

CO-386-online
SEP 15 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Colorado Wild Horse and Burro Coalition, Inc., American )
Mustang and Burro Association, Inc.; The Cloud Foundation, )
Inc., Front Range Equine Rescue, Inc., Dr. Don Moore )
)
)                                   Plaintiff )
vs )
)
Dirk Kempthorne, in his official capacity as Secretary, )
Department of the Interior; Kathleen Clarke, in her official )
capacity as Director, Bureau of Land Management, and Kent E. )
Walter, Field Manager, White River Field Office, )
)
                                   Defendant )

CASE NUMBER  1:06CV01609

JUDGE: James Robertson

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 09/15/2006

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __the above listed plaintiffs__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____ which have any outstanding securities in the hands of the public:

All plaintiff organizations are non-profit corporations and have no parent companies, subsidiaries or affiliates.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Valerie J. Stanley* (signature)
Signature

384882
BAR IDENTIFICATION NO.

Valerie J. Stanley
Print Name

329 Prince George Street
Address

Laurel       MD          20707
City         State       Zip Code

(301) 549-3126
Phone Number

3