UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>DIRK KEMPTHORNE, et al., )<br><br>Defendants. ) | Civ. No. 06-1609 RMC<br><br>**NOTICE OF APPEARANCE** |

The Court and counsel will please take notice that PAUL D. LALL and KEVIN J. LARSEN, of the United States Department of Justice, hereby enter their appearance as counsel for the Defendants in the above-captioned action. Mr. Lall's relevant address, telephone numbers, and contact information are as follows:

MAILING ADDRESS
Paul D. Lall
Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
Ben Franklin Station
P.O. Box 7369
Washington, D.C.  20044-7369

TELEPHONE AND FAX NUMBERS
Telephone: (202) 305-0201
Facsimile:  (202) 305-0275

ELECTRONIC CORRESPONDENCE:
Paul.Lall@usdoj.gov

Mr. Larsen's relevant address, telephone numbers, and contact information are as follows:

MAILING ADDRESS

Kevin J. Larsen
Environment and Natural Resources Division
Natural Resources Section
U.S. Department of Justice
Ben Franklin Station
P.O. Box 663
Washington, D.C.  20004

TELEPHONE AND FAX NUMBERS
Telephone: (202) 305-0258
Facsimile:  (202) 353-2021

ELECTRONIC CORRESPONDENCE:
Kevin.Larsen@usdoj.gov

Dated: September 20, 2006

        Respectfully submitted,

        SUE ELLEN WOOLDRIDGE
        Assistant Attorney General
        JEAN E. WILLIAMS, Section Chief

        */s/*
        PAUL D. LALL, Trial Attorney
        U.S. Department of Justice
        Wildlife & Marine Resources Section
        Environment & Natural Resources Division
        U.S. Department of Justice