# DECLARATION OF DONALD E. MOORE, DVM

1  I was born in Hayden, Colorado and have lived in northwestern Colorado for almost all my life.  Since I was a child, I have ridden on horseback many times every year through all the territory in and around the West Douglas Creek Herd Area, especially West Douglas Creek, Texas Creek, Texas Mountain and Oil Springs Mountain areas along with occasional trips in the area known as the Piceance-East Douglas Herd Area and Herd Management Area.

2. On these trips, I always look forward to observing wild horses.  Seeing them in their natural surroundings and running free is essential to the aesthetic enjoyment of these trips, which I have been taking for the past 54 years.  I intend to continue taking these trips for the very purpose of observing all wildlife species, especially wild horses for the rest of my life.  I now bring my children on camping and day trips to observe the wild horses just as my father brought me when I was a boy.  I find that sharing the experience of seeing wild horses living free as they have for centuries in these areas connect us with not only the rich history of western Colorado, but also a sense of freedom and an obligation for them to become stewards of our public lands.  My most recent trip to these areas was in June 2006 and I plan on returning prior to winter and next year.  I did not see any wild horses during my most recent trip.  I intend to continue taking trips to the area during various times of years as my schedule allows.

3. During the 1950s and 1960s, my father was involved in rounding up wild horses from the West Douglas Creek, Texas Creek, Texas Mountain, Oil Springs Mountain and Piceance-East Douglas Creek herds.  From my observation of these activities and my own subsequent experiences, I became very familiar with the areas that wild horses utilized in the years just prior to and after the passage of the Wild Horse and Burro Act in 1971.

4. While the West Douglas Creek Wild Horses indicate characteristics of their ancestors, the numbers of animals in this area cannot sustain a removal at this time and continue to maintain a self sustaining herd.  According to Gus Cothran, who has performed genetic analysis of wild horse herds for BLM, the West Douglas Herd has one of the lowest genetic variability that he has seen in American wild horse herds.  Dr. Cothran has only analyzed a small number of wild horses from West Douglas Creek and they have all been removed from the range and were from the past two roundups only.  In my opinion, as a veterinarian and an expert horseman, if a significant number of wild horses are removed from the West Douglas Creek Herd at this point in time, the American

public will be losing a significant historic and cultural component of western Colorado.

5. In the 1960s and early 1970s, I worked as part of a survey crew in what is known now as the Piceance-East Douglas Herd Management Area and the Piceance Herd Area. During the latter part of the 1960s and early 1970s I went for extended rides and camped in this area as well during my break times from college. Energy development has increased substantially in the Piceance-East Douglas Creek HMA and the Piceance HA since that time.

6. Between 1952 – 1965, I ran wild horses with my father (Don Moore), Jim Daggett, Lloyd and Hubert Hutchens and with schoolmates Warren Blanchard and Wes Yeager to name a few. We were in the areas of Gilliam Draw, E. Douglas Creek, Cathedrals, Philadelphia Draw, Stateline Draw, Four Mile Draw and the Staley Coal Mine area. I am aware and have seen pictures taken by Bob Broom of wild horses he and Clyde Slaugh caught off the Staley Coal Mine Road. There were blacks, bays and some grays.

7. In 1961, 1962, and 1963 I did cowboy day work and trail drives along the White River and Up Douglas Creek to the upper reaches of East Douglas Creek to Cow Creek with Bernard (Grandpa) Hazelwood, Junior Hazelwood, and Les Powell. Wild horses were seen on both sides of Douglas Creek, there were wild horses in Hammond and Fletcher Draws and east of Calamity Ridge and there were wild horses from Gillam Draw. The horses were sorrels, blacks, bays, grays, with occasional palominos, blue and red roans. I do not recall seeing any pintos.

8, In 1961, I cowboyed for Clarence Hendricks in Spring Creek along Calamity Ridge and on Cathedral Bluffs. I primarily saw sorrels with white socks and blazes, occasional palominos and bays.

9. In 1964 – 1965, I scouted and ran wild horses in Barcus Creek, Yellow Creek on Hugh Caldwell's permit with Mike Eller and Warren Blanchard. I only saw bay wild horses in this area.

10. Between 1962 and 1973 I performed cowboy day jobs and had two summer jobs working for Walt Deacon and Gordon Sullivan. This area included Douglas Creek, Cross Ranch and Douglas Pass area to and including Sand Draw, Little Horse Draw and all areas of Texas Mountain, Oil Springs Mountain, Red Rock, Cottonwood (or Moon Canyon as it was called then) Canyon. During this time period I saw wild horses in areas west of Hwy 139 as far south Oil Springs Mountain all the way to the Utah Border including Evacuation Creek. I saw wild horses during this time period as far north as Rabbit Mountain (on the east side) and Park Mountain. During my time working for Walt Deacon I saw wild horses

that were grays, blue roams, sorrels, bays, and occasionally I saw red roans, blacks, palominos, and pintos.

11. While hunting deer and elk between 1952 through 1993, I saw wild horses in Mailbox, Wagner Draw and all of the aforementioned areas. In later years, the predominant color of wild horses was bay, and some sorrels and blacks.

12. While attending scoping meetings with my father in Meeker in the early 1970s, I observed a slide show presented by local federal employees which showed a picture of a coyote and a wild horse and both were identified as predators on public lands. The implication was the coyote as a predator on livestock and the wild horse as a predator to forage the livestock consume. The lack of regard for the coyote and wild horse is evident today as neither species is mentioned as a value of the land in the current Environmental Impact Statements concerning energy development in the White River Field Office.

13. As a veterinarian, I am concerned the use of PZP (Porcine Zona Pellucida) in the Piceance-East Douglas Creek Herd is not being used as a scientific study, which is the intention of HSUS (The Humane Society of the United States) as there has been no scientific protocol established or published within the Herd Management Area Plan, The Resource Management Plan, nor the Environmental Assessment detailing the round up. In fact, the EA woefully omits any monitoring of the Piceance-East Douglas Creek Wild Horses once a roundup is completed and what few animals not sent for adoption are returned to the range. I am concerned that significant data, such as the ages and sexes of the animals on the range is non-existent, yet BLM is participating in a nationwide study, without submission of any protocol, nor has any plans to implement any, nor funding to support this action.

14. If BLM removes wild horses from West Douglas Creek during this roundup they will totally eradicate this herd from an area which I have lived near or visited almost my entire life. I will be unable to share these experiences with my children and others forever. If BLM removes wild horses from Piceance-East Douglas without proper assessment of the current and impending energy developments and probable land swaps, I will again lose the opportunity to visit these areas to enjoy the wild horse herds. If PZP is implemented as a management tool under the guise of a "scientific experiment", I fear that lack of oversight, lack of management objectives, and lack of funding except for removals will place this herd in the same situation as the West Douglas Creek herd, extinct within years.

Pursuant to 28 U.S.C. § 1746, I swear that the foregoing is true and correct.

_____
Donald E. Moore, DVM

Executed this 14 day of September, 2006