*Declaration*

I, Barbara Flores, submit this declaration in support of Plaintiffs Motion for Temporary Restraining Order/ Preliminary Injunction.

West Douglas Creek Herd Area

1. My enjoyment of wild horses in the West would be irreparably diminished by elimination of wild horses from the West Douglas Herd Area. West Douglas HA is one of the most beautiful of all the wild horse ranges I have visited in the six western states where I have been on wild horse or burro ranges. With its varied terrain and thick pinion juniper forests and streams, it is both rugged and peaceful. For the observant, the hidden pictographs on rock walls are gems to be cherished, reminders of the rich and ancient indigenous history of the area. The history of the horses themselves goes back to Ute travelers who brought horses to these hills before any white man arrived. When Spanish explorers Escalante and Domingues first visited the area in 1776 they encountered mounted Utes. The dawn of the 20th century saw local cowboys capturing, breaking and selling wild horses. An area so rich in wild horse and native American history in such a beautiful setting makes my spirit soar to visit it and catch the now isolated glimpse of the last remaining wild horses in West Douglas. Denying me and other citizens and AMBA members this experience in this uniquely historic and beautiful setting would be unforgivable. The WDHA is unique to Colorado and to the West.

2. I, as a member of the Colorado Wild Horse and Burro Coalition (CWHBC) since its inception in 1989, and as a member of the Board of Directors of the American Mustang and Burro Assoc., Inc. have been concerned and involved in the management of the wild horses in the West Douglas Herd Area (WDHA) and the Piceance/East Douglas Herd Management Area (P/ED HMA).

3. AMBA's involvement with the West Douglas Herd Area began when we first learned, in about 1989, that West Douglas and North Piceance Herd Areas were slated for total removal. Naturita had already been "zeroed out" at that time and the Douglas Mountain herd of over 600 horses had been wiped out, with the last few holdouts being shot.

4. The CWHBC met regularly with representatives of the Bureau of Land Management during the period between 1989 and 1992 and frequently discussed concern over the future of the WDHA and BLM's plans to eliminate the wild horses from that area.

5. On July 24, 1992, I attended a meeting with BLM, permitees Robertson and Theos and oil and gas industry representatives, on the future of the WD wild horses. I , and others, presented comments for retaining the WD herd. Permitees were amenable and oil and gas testified they had seen little impact so far on wild horses by their operations. The following day we toured the WDHA with BLM.

6. On July 29th I filed a Motion to Stay the 1992 West Douglas wild horse gather (IBLA 93-134), which was later withdrawn after the BLM Area Manager, Curt Smith, agreed not to gather horses from West Douglas until a new Resource Management Plan was developed (the previous one having been done in 1981).

7. I was told by BLM that our wishes would be taken into serious consideration.

8. During the coming years, I visited the range (WDHA) several times, noting that most damage attributed to wild horses seemed to be caused by cattle, which greatly outnumbered the wild horses and have distinctly different grazing habits.

9. AMBA responded to the draft RMP in 1995 and to the proposed RMP in 1996. West Douglas and North Piceance Herd Areas were still slated for total removal.

10. In 1996, I filed a Motion to Stay and an Appeal of the West Douglas gather to prevent irreparable damage to the genetic viability of that herd by a gather aimed toward the eventual elimination of it.

11. Our organization has tried to discuss the fate of these areas with the Colorado State Director, the Area Manager and Wild Horse Specialist, and to present our concerns to the National BLM office and to the National Wild Horse and Burro Advisory Board.

12. In late summer of 1997, Don Moore, Lane Wardell and I rode the northern section of the WDHA and Twin Buttes Allotment, entering from south of Rangely. We found only one small band of approximately 8 wild horses in the area of Texas Creek and county road 109.

13. On September 3, 1998, the Bureau of Land Management (BLM) finished rounding up about 77 of what they claim are approximately 137 wild horses remaining in Colorado's West Douglas Herd Area. This roundup was in furtherance of BLM's plan to completely eliminate, or "zero out" the wild horse population of the West Douglas Herd Area. BLM scheduled the horses for immediate adoption on September 5, 1998.

14. On September 4, 1998, the American Mustang and Burro Association (AMBA) filed a lawsuit in federal district court in Washington, DC, challenging BLM's action. AMBA asked the federal court to stop BLM from turning the 77 horses over to adopters until the court had reviewed the merits of the case. AMBA argued that (1) BLM's determination that a mere 137 wild horses had caused poor soil and grass conditions on the entire 150,000 acres of the West Douglas Herd Area was arbitrary, and (2) BLM's claim that the 77 horses it removed were "excess" was arbitrary and capricious because it was based on incomplete and erroneous data. That Court upheld the round-up.

15. I visited the West Douglas Herd Area in the early summer of 2000, where I was troubled to find only a couple of wild horses on a far ridge. After spending the night at the foot of Oil Spring Mountain, I traveled along the slopes to the lower levels in close proximity to Missouri Creek, where I encountered a group of riders on horseback who said they rode the area often. I continued along the track until Missouri Creek crossed the road, preventing me from going further with my car. Quite a number of cattle were grazing there, standing in the creek and some were defecating in it. This is common for cattle, but almost unheard of for wild horses, which will drink and then leave, behavior I have witnessed many times while observing wild horses on the range.

2

16. The decision to manage wild horses on only 190,130 (pg. 3-14, White River RMP-Proposed, June 1996) of the original 462,812 acres originally identified as their 1971 habitat violates the Law. The BLM premise that concentrating wild horse in the areas considered by BLM to be their "preferred habitat" has no basis in law and violates even the CFRs governing wild horse protection and management. Exclusion of West Douglas, North Piceance and large chunks of traditional wild horse territory from the current East Douglas/Piceance HMA violates both the letter and the spirit of the Act.

17. On November 19th, 2004, I visited the WDHA and observed only one band of 3 wild horses. There were several head of cattle in the area. I counted 75 in various areas of the HA, primarily in the Texas Creek Pasture. There were mounds of cattle feces under some of the pinions, not unlike what you would find in a feedlot. I believe these cattle were in that pasture past the date they were to be removed.

Piceance/East Douglas Herd Management Area

1. As with the WDHA, I have been involved with the protection and enjoyment of P/ED HMA since the late 1980s. This HMA, with its sweeping expanses of hills and open range has been an excellent, very enjoyable, and easily accessed range on which to view wild horses in their natural state. In the 90s I often enjoyed watching the wild horse bands run across 84 Mesa and the air strip. It is difficult to find an area with such open spaces, where horses can be easily viewed that is so beautifully landscaped with the native vegetation and surrounded by views of hills and mesas. This is true, classic wild horse country. Using PZP on nearly all the mares in a herd that will be below a viable herd level (fewer than 150 animals) will destroy the genetics of this magnificent area and reduce the reproduction rate to nearly zero.

2. Lately there have been fewer and fewer horses visible, and the herd area, supposedly protected for them by the Wild Free Roaming Horses and Burros Act of 1971, has been steadily shrinking.

3. North Piceance was fenced off and all the horses removed and the horses in E. Douglas lost their summer range and water when it was decided not to allow them to use the N. Piceance HA. At last census, Feb. 2006) there were only 51 of the supposedly 415 P/ED HMA horses in the E. Douglas side (West) of the HMA.

4. BLM rationalized eliminating wild horses from the WDHA by saying "The Piceance/East Douglas Herd Management Area, which lies adjacent to the West Douglas Herd Area but is separated by a highway and fences, was created because it is the most suitable area where a self sustaining herd of wild horses could be managed in a manner that would result in a thriving natural ecological balance. The Land Use Plan specifies 95 to 140 animals as the initial herd size, but identifies a process for revision based on current rangeland data. Our current objective of 165 animals is based on an analysis of long term grazing use by all sources, in conjunction with climate studies and rangeland trend." in the **West Douglas Herd Area Amendment to the White River Resource Management Plan CO-WRFO-05-083-DR/FONSI,** signed by Kent Walter on 8/29/05.

5. In February of 2006, when the census was taken, the BLM Wild Horse Specialist involved in the census observed "When we fenced the North Piceance HA off from the East Douglas side of the HMA and closed N Piceance to management we took away the East Douglas horses summer range and water." She further commented "I also am concerned about the maze of fences we have in the HMA – fences that effectively isolate horses into portions of the HMA." These fences and the elimination of the horses summer range and water in North Piceance violate wild horse management policy according to 43CFR4700.06(c) "Management activities affecting wild horses and burros shall be undertaken with the goal of maintaining free-roaming behavior." The fences also create greater impact on the range when horses are unable to migrate as the would naturally.

6. ENVIRONMENTAL ASSESSMENT CO-110-2006-030-EA, states that "all wild horses located outside the boundaries of the HMA approximately 50-100 head", will be removed. Since this area outside the HMA is still INSIDE the original HA, this action is not supported by law, and is, in fact illegal, as they are in an area that they occupied at the time the Act was passed, where they are supposed to be considered "in the area where presently found, as an integral part of the natural system of the public lands."

7. This same document states that "at the completion of this project the herd will consist of approximately 135 horses". The only way to guarantee this, is to do either a "mark re-mark" census after the gather, or to release 135 of the captured horses. Of these 135 horses "all of the mares identified to be relaeased back into the Herd Management Area will receive the 22-month time release PZP immunocontraceptive vaccine". This will virtually reduce the reproduction rate to zero. There is not mention as to what age mares will be released. This action will destroy the genetic viability of this herd.

Pursuant to 28 U.S.C. § 1746, I swear that the foregoing is true and correct.

_____
Barbara M. Flores

Executed this 14th day of September, 2006