# **Declaration**

I, Ginger Kathrens, submit this Declaration in support of Plaintiffs' Motion for Preliminary Injunction.

1. The Cloud Foundation is dedicated to preventing the extinction of Cloud's herd through education, media events, programming, and public involvement. The Foundation is also determined to protect other wild horse herds on public lands, especially isolated herds with unique characteristics and historical significance. The Cloud Foundation has held a booth as an exhibitor at the Denver Horse Expo each year for the past three years. As a result of that work, The Cloud Foundation has learned of many individuals, who have since become supporters, who care deeply about what is happening to the wild horse herds of Colorado.

2. Supporters of The Cloud Foundation enjoy viewing wild horses in many areas of the West, including remote areas of Northwestern Colorado such as the Piceance-East Douglas Herd Management Area and the West Douglas Herd Area.

3. In August of 1998 Toni Moore and I visited Piceance/East Douglas Herd Area along with the West Douglas Creek Herd Area. Over the course of five hours searching for wild horses, all we found were cattle, fences and cross fences. We found not one wild horse in our search. These herd areas are approximately 300 miles from my home. As such, they represent one of the closest areas in which I can travel to find wild horses. I, personally, as well as the supporters of The Cloud Foundation, who enjoy viewing wild horses on the public lands, would be devastated if these wild horses were removed from these areas because we would never have the opportunity to see them again.

Pursuant to 28 U.S.C. §1746, I swear that the foregoing is true and correct.

_____
Ginger Kathrens

Executed this 14th day of September, 2006