## *FRONT RANGE EQUINE RESCUE*
## *<u>DECLARATION</u>*

I, Hilary T. Wood, submit this Declaration in support of Plaintiffs' Motion for a Temporary Restraining Order/Preliminary Injunction. I am the President and Founder of Front Range Equine Rescue (FRER).

1. FRER is a 501(c)3 non-profit organization dedicated to preventing the abuse and neglect of horses through rescue and education. In early 2005, Front Range Equine Rescue implemented its "Save the Wild Horses" campaign in direct response to Senator Conrad Burns' (R-MT) amendment which was slipped into the FY2005 Appropriations Bill. This amendment weakened the protection of America's wild horses as provided by the 1971 Wild Free Roaming Horses and Burros Act. Horses over the age of 10, and those put up for adoption three times but not placed, were removed from the Bureau of Land Management's (BLM) adoption program and allowed to be sold. This opened the door for many of these wild horses to end up at slaughterhouses.

2. Front Range Equine Rescue's Save the Wild Horses campaign includes educating FRER's supporters and the general public about wild horse issues, including but not limited to, round ups, legislation, rescue and rehabilitation of wild horses, and the status of specific herds. As a Colorado non-profit organization, we are especially concerned with the remaining, and dwindling, wild horse herds in Colorado, namely the East Piceance and West Douglas Creek herds.

3. It has been FRER's experience with wild horses entering its rescue program that those horses rounded up over the age of 1 ½ to 2 years have a much more difficult time adjusting to captivity. Their gentling process and any subsequent training are often costly and very time consuming.

Their chances of being placed successfully into a qualified adoptive home are significantly less than those of younger wild horses and domestic horses of any age.

4  In networking with other wild horse advocates and wild horse rescues/sanctuaries, Front Range Equine Rescue has found the above statement to be true based on first hand experiences of these organizations and/or individuals. As the head of Front Range Equine Rescue I have seen time and again horse owners taking the easy way out and abandoning difficult horses at livestock auctions, often to be purchased by killer buyers (i.e., slaughterhouse representatives). It has been brought to our attention many times that wild horses are sent to slaughter, particularly older ones, whether through the BLM's sale program or those previously titled through the BLM's adopt a wild horse program.

5. Through national media and a direct mail campaign, Front Range Equine Rescue has supporters across the country. No project or campaign to date has resulted in the overwhelming response of FRER supporters to help save horses in need than FRER's Save the Wild Horses campaign. Over 15,000 of FRER's supporters have sent petitions to the Director of the BLM in Washington, DC to protest round ups of a wild horse herd in Montana; over 20,000 of FRER's supporters sent petitions to their Senators to help save this wild horse herd as well. Front Range Equine Rescue and its supporters consider wild horses to be an important part of our American heritage, a true national treasure.

6. Many of FRER's supporters have expressed their great enjoyment of past or current interactions with wild horse herds when traveling out West. We've received correspondence from supporters who initially helped with "Wild Horse Annie's" efforts to save the wild horses back during the 1960's to early 1970's. The shock, dismay, and outrage in our supporters letters lets us know in no uncertain terms that the public wants wild horses to remain free on taxpayers' public lands and to truly be protected by the government. They are against round ups and herd reductions which place these horse herds below genetic viability.

7. Front Range Equine Rescue and its supporters would suffer irreparable injury with the removal of wild horses from the Piceance and West Douglas herds. Just as historic battlefields, national parks, and historic monuments are revered and enjoyed by thousands, so too are America's wild horses an integral part of our nation's history. To deny the public, who pay taxes to keep our public lands where wild horses roam freely, the right to experience them in their natural environment would cause a loss which could not be measured. FRER receives weekly correspondence from its supporters – both young and old alike – who express their love for wild horses and are angry over the chance they will be denied the opportunities to visit, photograph or film them in their wild, natural, and rightful by law setting.

## ***VERIFICATION***

Pursuant to 28 U.S.C. §1746, I swear that the foregoing is true and correct.

*Hilary T. Wood*

Hilary T. Wood

Executed this 14th day of September, 2006.