

**Minutes for 06/26/06**

Date Approved_____

MINUTES BOARD OF COUNTY COMMISSIONERS
June 26, 2006 Rio Blanco County

The Board of Rio Blanco County Commissioners met at 10:50am in regular session at the Road & Bridge meeting room in Meeker. Chairman Kim Cook, Commissioner Forrest Nelson, Commissioner Ken Parsons and Clerk to the Board Nancy Amick were present for the meeting.

BOARD OF COUNTY COMMISSIONERS

AGENDA CHANGES: Minutes were deleted from the agenda, and a resolution concerning the hours for early voting was added before the afternoon hearings.

WEST SLOPE RESOURCE DEVELOPMENT AGREEMENT FOR SERVICES

Teresa Anderson, County Coordinator, presented the agreement for a planning consultant. County Attorney Alan Hassler has reviewed the agreement and payment schedules. The consultant will be in the office six to eight days per month and available by phone. It was noted that the amount of time might not be adequate to cover the responsibilities involved.

Commissioner Ken Parsons moved to approve the Rio Blanco County contract for services between Rio Blanco County and Colleen Hammond dba West Slope Resource Development of Gunnison, CO. Commissioner Forrest Nelson seconded the motion. Roll call vote: Cook-Aye, Parsons-Aye, Nelson-Aye.

RPI CONSULTING LLC, AGREEMENT FOR SERVICES

RPI Consulting, LLC will be conducting meetings in both Meeker and Rangely during the month of July for the community assessment portion of the agreement funded by an Energy Impact Planning grant. Commissioner Forrest Nelson moved to approve the agreement between Rio Blanco County and RPI Consulting LLC for the Preliminary Project Assessment for Rio Blanco County, not to exceed $117,475 within the timeframe as included in the contract. Commissioner Ken Parsons seconded the motion. Roll call vote: Parsons-Aye, Nelson-Aye, Cook-Aye.

USDA FOREST SERVICE NOXIOUS WEED CONTROL PROJECTS - $13,500

Commissioner Ken Parsons moved to approve the intergovernmental agreement between Rio Blanco County and the State of Colorado Dept. of Agriculture for three contracts: 1) yellow toadflax not to exceed $2000; 2) leafy spurge grazing program not to exceed $6500; and 3) White River National Forest B-List Control and Eradification Program (five species) in an amount not to exceed $5000. Commissioner Forrest Nelson seconded the motion. Roll call vote: Nelson-Aye, Cook-Aye, Parsons-Aye.

ORDINANCE #2006-3 – FIRE BAN

Commissioner Forrest Nelson moved to approve Ordinance #2006-3, an emergency ordinance of the Board of County Commissioners of Rio Blanco County banning open fires in the unincorporated areas of Rio Blanco County pursuant to CRS 30-15-401, declaring an emergency and imposing penalties for violation of the Ordinance immediately upon adoption. Commissioner Ken Parsons seconded. Roll call vote: Cook-Aye, Parsons-Aye, Nelson-Aye.

BID OPENING – STRIPING BID

Ron Leeper, Road and Bridge Department, presented bids received prior to the deadline for the 2006 Striping Project. The bid consists of 2,047 gallons of striping various roads in the county.

United Rentals of Billings Montana - $42,987 was the total bid submitted.

Stripe Wright of Denver - $69,598 was the total bid submitted.

Patriot Highway Markings of Parachute. - $38,893 was the total bid.

Stripe-a-lot of Montrose. $31,728 was the bid submitted.

The apparent low bid is from Stripe-a-lot of Montrose, under the budgeted amount. Ron will review and return with his recommendation this afternoon.

BID AWARD – PICEANCE CREEK SATELLITE BUILDING

Ron Leeper presented the Notice of Award to Kuersten Concrete LLC in the amount of $396,310. The initial sole bid of $463,000 was over the budgeted amount for the project. The project was modified to eliminate an office, air conditioning, etc. The building size is the same. Commissioner Forrest Nelson moved to accept the bid of Kuersten Concrete LLC in the amount of $396,310 for a satellite building for Rio Blanco County on Piceance Creek. Commissioner Ken Parsons seconded the motion. Roll call vote: Parsons-Aye, Nelson-Aye, Cook-Aye.


Rio Blanco County Commissioners Minutes – June 26, 2006 – Page 2 of 3

COUNTY COMMISSIONERS UPDATES

Commissioner Ken Parsons stated that the Board toured Riata facilities and wells.

A community group interested in encouraging the Ute Indians to return to the area met at the Forest Service. Representatives will travel to the Fort Duscheune area to meet with the Ute Tribe officials in late July.

Commissioner Ken Parsons participated in several committees at the Club 20 meeting in Rangely. The Higher Education Committee disbanded but may be reorganized with a broader focus on the entire education spectrum, such as trained workforce, etc.

The Business Affairs Committee approved the University of Denver (DU) comprehensive reports concerning government financial accountability and investments. DU is proposing an annual performance report from all publicly financed agencies, a comprehensive review of Colorado's tax structure, strategic identification of public investment returns, benefits, and future costs. Club 20 adopted a resolution promoting good government in Colorado, an internet based interactive taxpayer information system to enable citizens to understand tax dollar expenditures, and the formation of an informative non-partisan, non-governmental organization to educate the public on civic responsibility and processes. A resolution on balancing constitutional fiscal restraints and flexibility was also adopted. The group promotes all government entities operating with a balanced budget, and that tax policies should be set in statute and not in the constitution. The committee also drafted a position on initiative and legislative referendum processes.

Parsons also attended an energy efficiency audit meeting and presented handouts from Chevron Energy Solutions concerning their proposal to work with all public entities to sign off for an energy audit for public facilities. It is anticipated that the energy audit will result in long-term savings for the entities involved. Commissioner Parsons explained that there was interest in Rangely and asked if the Meeker area would want to participate.

BLM UPDATE - KENT WALTER

Kent Walter reported that there was a slight increase in the payment in lieu of taxes (PILT) in the amount of $303,197.

He reported on office activities. Two wild horse gatherings are planned, one for the Piceance East Douglas Herd Management Area and the other for the West Douglas Herd Area.

In the area of oil and gas activity, Walter reported that the process to amend the Resource Management Plan is underway. The 45-day scoping period was started by publication in the federal register. Public meetings will be held in Meeker, Rangely, and Rifle, and the county will receive a cooperating agency letter shortly. Kent stated that applications for permits to drill (APD) continue to increase beyond projections. The office will process approximately 250 APD's this year.

Kent reported that he requested an internal review on the environmental assessments for the oil shale research, development and demonstration (RD&D) lease applications. That process is taking longer than anticipated, but he is hopeful that these will be available for public review within the next 30 days.

The office will hire a total of four new employees to address the increasing workload.

The BLM will be revising their fire restrictions recommendations as the area has surpassed three of the five criteria for a Stage 1 Fire Restriction. In light of the fire ban resolution passed by the Board, he will go ahead with fire restrictions to be consistent with the local restrictions. He noted that letters have been sent to grazing permittees, based on the location of the allotment, alerting them to the probable need to modify the grazing schedule based on the conditions of the range and available forage out there. The dry weather is impacting several programs.

Kent stated that he will be meeting later this week to review emergency services needs and the information the BLM can provide to aid in connecting emergency services to the site of an incident.

In response to questioning from Commissioner Parsons, Ken stated that letters concerning dust control, along with other issues, was sent to BLM right-of-way holders. The letter reminded ROW holders of compliance with the conditions of approval associated with the issuance of the right-of-way.

The Board and Kent Walter discussed sharing energy development projections as received from industry to better prepare for development. Commissioner Parsons stated that a contract was just signed for a community assessment. He invited BLM participation in the process.

Commissioner Parsons informed Kent that the county has contracted with Visual Lease to perform well site audits for the county for tax purposes. A portion of that contract will include GPS and GIS data on well locations and facilities. He questioned if the BLM would be interested in cost-sharing on the GIS data. Kent Walter noted that the BLM may aid in the

Rio Blanco County Commissioners Minutes – June 26, 2006 – Page 3 of 3

compilation of data by requesting digital information on permits and sharing digital information already in the BLM database. He will work on drafting a request for funds to assist in the project. The need for accurate data for emergency response is critical.

Commissioner Forrest Nelson questioned concerning the report on leaving 50 horses in the West Douglas Wild Horse Area. Ken Walter explained that the current plan calls for 29-63 horses. The recommendation of the BLM is to remove the horses, but that recommendation is under protest. With staff turn-over, those protests are on hold. The West Douglas gather plan for this fall calls for removal down to 50 as the office is still in the plan amendment process. It allows flexibility until the process is completed. If removal is approved, a new gathering plan will be issued.

NOTICE OF AWARD – 2006 STRIPING PROJECT

Ron Leeper recommended an award to Stripe-a-lot in the amount of $31,728.50 for the 2006 Striping Project. This is under the budget of $47,586. Commissioner Forrest Nelson moved to award the 2006 Striping Project to Stripe-a-lot in the amount of $31,728.50. Commissioner Ken Parsons seconded the motion. Roll call vote: Cook-Aye, Parsons-Aye, Nelson-Aye.

RESOLUTION 2006-13 – SETTING HOURS FOR EARLY AND ABSENTEE VOTING

Commissioner Nelson moved to approve #2006-13, a resolution of the Board of County Commissioners of Rio Blanco County establishing the hours for early and absentee for the 2006 Primary and 2006 General Election at the Western Annex and the Fairfield Center as presented. Commissioner Parsons seconded. Roll call vote: Parsons-Aye, Nelson-Aye, Cook-Aye.

HEARINGS

CONDITIONAL USE PERMIT #06-7, GILCO TRANSPORTATION INC. FUEL TANK FARM

Mike Neumann, Land Use Director, presented the application for Conditional Use Permit #06-7, for Gilco Transportation Inc. for a fuel tank farm constructed on the Piceance Basin on County Rd. #26. The permit proposes to construct up to five 12,000-gallon double-walled tanks in a graded site within a containment berm. The project's close proximity to Black Sulphur Creek is a concern, along with several other issues. Keith Gilstrap, owner of Gilco Transporation, was present to answer questions. Paragon, a consulting company in Denver, developed the conceptual site plan for Gilco and worked with the Colorado Department of Oil and Public Safety (CDOPS) which reviews the plan. If approved, the site must be built to CDOPS specifications. The company is currently in the interim stages between construction and state approval.

The Board discussed several mitigation measures, such as the distance from the creek and the road, the concrete berm, and landlines for emergency response. It was noted that one benefit of the fuel tank farm will be decreased truck traffic. Under the Conditional Use process, the project will be reviewed on an annual basis for compliance.

Mike Neumann explained that, although it is not an ideal site, there are significant safeguards under the state procedure such as requiring certification by the engineering facility. The FCC Plan has been implemented as designed and the owner has signed off on the plan.

Road & Bridge Scott Neilsen noted that the county will share the west access for the fuel tank farm to access the county satellite facility. Dave Morlan requested that an additional condition be added to require 50 ft. of asphalt on the access to avoid damage to the county road.

Commissioner Ken Parsons moved to approve Conditional Use #06-7 for Gilco Transportation for a fuel tank farm on County Rd. #26 subject to the Planning Commissions eleven conditions with a 12th condition of a permit fee of $500 to be paid in advance and a 13th condition that a 50 ft. asphalt apron onto County Rd. #26 be required. Commissioner Forrest Nelson seconded the motion. Roll call vote: Nelson-Aye, Cook-Aye, Parsons-Aye.

PUBLIC COMMENT

There were no public comments.

With no other business to come before the Board, the meeting was recessed.

Attest:

_____  _____
Nancy R. Amick, Clerk to the Board   Kim Cook, Chairman to the Board

Back to Archived Minutes

Commissioners Main Page

County Departments  ▼ Go

