# WHITE RIVER
## RECORD OF DECISION AND APPROVED RESOURCE MANAGEMENT PLAN



U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WHITE RIVER RESOURCE AREA, COLORADO
JULY 1997

United States Department of the Interior
Bureau of Land Management

# RECORD OF DECISION AND APPROVED WHITE RIVER RESOURCE AREA RESOURCE MANAGEMENT PLAN

Craig District
White River Resource Area
Meeker, Colorado

*[signature]*
State Director
Colorado State Office

# WHITE RIVER RESOURCE AREA APPROVED RESOURCE MANAGEMENT PLAN

## TABLE OF CONTENTS

**CHAPTER 1, PURPOSE AND NEED**

| | Page |
|---|---|
| Introduction | 1-1 |
| Purpose and Need | 1-1 |
| Location of the Planning Area | 1-1 |
| Map 1-1. White River Resource Area Location and Land Status | |
| Implementation | 1-1 |
| Mitigation, Monitoring, and Evaluation | 1-2 |
| Changing the Plan | 1-2 |
| Maintaining the Plan | 1-2 |
| Protests of the Proposed Management Plan | 1-3 |
| Integrated Activity Plan | 1-3 |
| Relationship to Other Plans | 1-3 |
| Map 1-2. Integrated Activity Plan Areas by Priority | |
| Map 1-3. Geographic Reference Areas | |

**CHAPTER 2, RESOURCE MANAGEMENT DECISIONS**

| | |
|---|---|
| Introduction | 2-1 |
| Standards for Public Land Health | 2-1 |
| Resource Use Decisions | 2-1 |
| Air Quality Management | 2-1 |
| Soils Management | 2-2 |
| Hydrology Management | 2-2 |
|     Surface Water | 2-2 |
|     Ground water | 2-3 |
|     Water Rights | 2-3 |
|     Water Depletions | 2-4 |
| Minerals Management | 2-5 |
|     Oil and Gas | 2-5 |
|     Oil Shale | 2-5 |
|     Sodium | 2-6 |
|     Coal | 2-7 |
|     Mineral Materials | 2-8 |
|     Locatable Minerals | 2-8 |
| Hazardous Materials Management | 2-9 |
| Vegetation Management | 2-10 |
|     Plant Communities | 2-10 |
|     Noxious and Problem Weeds | 2-13 |
|     Riparian Areas | 2-14 |
|     Threatened and/or Endangered Plant Species | 2-17 |
|     Sensitive Plants and Remnant Vegetation Associations | 2-18 |

## Table of Contents

```
Forestry Management..................................................... 2-19
     Timberlands....................................................... 2-19
     Woodlands......................................................... 2-20
Livestock Grazing Management............................................ 2-22
Wild Horse Management................................................... 2-25
Wildlife Habitat Management............................................. 2-26
     Big Game Habitat.................................................. 2-26
     Raptor Habitat.................................................... 2-29
     Grouse Habitat.................................................... 2-31
     Fisheries Habitat................................................. 2-33
     Special Status Species............................................ 2-34
Wilderness Management................................................... 2-37
Wild and Scenic Rivers Management....................................... 2-38
Visual Resources Management............................................. 2-38
Areas of Critical Environmental Concern................................. 2-39
Recreation Management................................................... 2-40
Motorized Vehicle Travel Management..................................... 2-44
Cultural Resources Management........................................... 2-46
Paleontological Resources Management.................................... 2-48
Lands and Realty Management............................................. 2-49
     Land Use Authorizations........................................... 2-49
     Land Tenure Adjustment............................................ 2-52
     Access Management................................................. 2-53
     Withdrawals....................................................... 2-53
     Water Power and Reservoirs........................................ 2-54
Fire Management......................................................... 2-54
General Implementation Schedule......................................... 2-56
```

## Resource Management Maps

```
     Map 2-1.    Fragile Watersheds
     Map 2-2.    No Lease Areas
     Map 2-3.    No Surface Occupancy Stipulation Areas
     Map 2-4.    Timing Limitation Stipulation Areas
     Map 2-5.    Controlled Surface Use Stipulation Areas
     Map 2-6.    Lands Available for Oil Shale Leasing
     Map 2-7.    Lands Available for Sodium Leasing
     Map 2-8.    Weed Free Zones
     Map 2-9.    Grazing Allotment Categorization
     Map 2-10.   Wild Horse Herd Management Area and Herd Areas
     Map 2-11.   Mule Deer Winter Ranges
     Map 2-12.   Elk Winter Ranges
     Map 2-13.   Pronghorn Antelope Seasonal Ranges
     Map 2-14.   Mule Deer Summer Ranges
     Map 2-15.   Elk Summer Ranges
     Map 2-16.   Sage Grouse Seasonal Ranges
     Map 2-17.   Prairie Dog Distribution and Potential Black
                 Footed Ferret Reintroduction Areas
     Map 2-18.   Wilderness Study Areas
     Map 2-19.   Visual Resource Management Classifications
     Map 2-20.   Areas of Critical Environmental Concern (ACEC)
     Map 2-21.   Recreation Opportunity Spectrum (Blue Mountain
                 and White River Geographic Reference Areas)
     Map 2-22.   Off Highway Vehicle Designations
```

**Table of Contents**

Map 2-23A. ACEC Designated Roads and Trails (Raven Ridge and Coal Oil Rim)
Map 2-23B. ACEC Designated Roads and Trails (Upper and Lower Greasewood and Yanks Gulch)
Map 2-23C. ACEC Designated Roads and Trails (Black Gulch)
Map 2-23D. ACEC Designated Roads and Trails (Duck Creek, Ryan Gulch and Dudley Bluffs)
Map 2-23E. ACEC Designated Roads and Trails (Coal Draw and South Cathedral Bluffs)
Map 2-23F. ACEC Designated Roads and Trails (Deer Gulch)
Map 2-24. Indian Valley/Deep Channel Designated Roads and Trails
Map 2-25. Canyon Pintado NHD Designated Roads and Trails
Map 2-26. Major Utility Corridors
Map 2-27. Areas Needing Enhanced Access
Map 2-28. Potential Prescribed Natural Fire Areas

# APPENDIXES

Appendix A: Surface Stipulations .................................... A-1
    No Surface Occupancy Table A-1 ................................ A-2
    Controlled Surface Use Table A-2 .............................. A-8
    Timing Limitation Table A-3 ................................... A-13
    Lease Notice Table A-4 ........................................ A-22

Appendix B: Conditions of Approval .................................. B-1
    All Surface Disturbing Activities ............................. B-1
    Road Construction and Maintenance ............................. B-2
    Tanks and Pits ................................................ B-5
    Oil and Gas ................................................... B-6
    Geophysical Exploration ....................................... B-8
    Coal Exploration .............................................. B-8
    Forest Stand Treatments ....................................... B-9
    Pipeline and Powerline Construction ........................... B-9
    Fence Location, Design, and Construction ...................... B-10
    Archaeological and Paleontological Sites ...................... B-11
    Wildfire Suppression .......................................... B-12
    Water Developments ............................................ B-13
    Livestock Grazing ............................................. B-13
    Pesticide and Herbicide Application ........................... B-14
    Prescribed Burning ............................................ B-14
    Mechanical Treatments ......................................... B-15
    Hazardous Substances .......................................... B-16
    Wildlife Habitat .............................................. B-16
    Noxious Weeds ................................................. B-17
    Reclamation ................................................... B-17
    Standard Seed Mixes Table B-1 ................................. B-19
    Native Seed Mixes Table B-2 ................................... B-21

Appendix C: Standards and Guidelines ................................ C-1
    Standard 1. Upland Soils ...................................... C-1
    Standard 2. Riparian System ................................... C-1
    Standard 3. Healthy Desirable Species ......................... C-2
    Standard 4. Special Status Plants and Animals ................. C-2

**Resource Decisions**

Livestock Grazing Management Guidelines contained in Appendix C.

The estimated number of acres of pinyon-juniper, sagebrush-mountain browse, and greasewood that will be manipulated to improve rangeland conditions is shown in Table 2-8 of Appendix D.

Changes in management categories will be supported by a documented analysis.

# WILD HORSES

Objective:
Manage for a wild horse herd of 95-140 animals on 190,130 acres within the Piceance-East Douglas Herd Management Area (HMA) so that a thriving ecological balance is maintained for all plant and animal species on that range.

Management:
Wild horses will be managed to provide a healthy, viable breeding population with a diverse age structure.

The North Piceance and West Douglas Herd Areas will be managed in the short-term (0-10 years) to provide forage for a herd of 0 to 50 horses in each herd area. The long term objective (+10 years) will be to remove all wild horses from these areas (See Map 2-10).

The boundary of the Piceance-East Douglas HMA will be expanded to include the Greasewood allotment (presently a part of the North Piceance Herd Area).

The wild horse herd population will be managed to improve range condition.

Implementation:
Develop a cooperative management agreement with the private surface owner of 13,900 acres of patented oil shale claims that lie within the Boxelder Allotment and Pasture C of the Square S Allotment.

Update and revise the Piceance-East Douglas Herd Management Area Plan.

Monitoring studies will be conducted and the long term appropriate management level (AML) for the Herd Management Area will be adjusted based on the results of this monitoring.

# WILDLIFE HABITAT

## Big Game

Objective:
Ensure that big game habitats provide components and conditions necessary to sustain big game populations at levels commensurate with multiple use objectives and state-established population objectives.

Management:
Maintain or enhance the productivity and quality of preferred forages on all big game ranges.

Provide the forms, distribution and extent of vegetative cover and forage that satisfy the physiological and behavioral requirements of big game.

Reduce the duration, extent, and intensity of manageable forms of animal harassment during crucial timeframes, and avoidance-induced disuse of suitable habitats considered limited in supply and/or critical in fulfilling special functions.

Big game forage allocations will remain the same as identified in