4700

July 18, 2001

U. S. Senator Wayne Allard
C/O Shane K. Henry
215 federal Building, 400 Road Ave.
Grand Junction, CO 81501

Dear Shane:

Thank you for your note relating to wild horses and Davie Robertson's concerns. Frankly, it is easy to see the issue from Davie's perspective. The BLM has completed a series of approved land use plans dating back to 1975. Each plan specifies that wild horses will be managed in the Piceance East Douglas Herd Management Area, but not on range allotments associated with Davie's grazing permit. Despite this, horses continue to use the area. The region in question is called the West Douglas Herd Area. Until recently, the reason for continuing horse use was the logistical difficulty in catching them. The area features exceptionally rough terrain, with dense forest canopies.

Today there is a very dedicated group of people who strongly support permanent wild horse management in the West Douglas Region. The Wild-Free Roaming Wild horse and Burro Act of 1971 specifies that wild horses "are to be considered in the area where presently found, as an integral part of the natural system of the public lands." Many people believe that horses were present in the West Douglas Herd Area in 1971, and that the BLM has no legal authority to exclude horses from the area. When the BLM completed its first wild horse inventory in 1974, there were nine horses west of Douglas Creek. A year later there were probably 30 using the area.

Davie's often stated perspective is that the facts were current in 1975, and that was the only fair time to address the issue. He noted that it is now impossible to argue the negative - that horses were not present in 1971. Again, his point of view has merit.

In an effort to address this issue, I have decided to initiate a land use plan amendment. The White River Field Office still believes that our long term land use planning is both legal and wise. However if I simply issue a decision to catch all the horses in the West Douglas Area, a legal challenge is almost certain. Testing the legality of our long term planning within the narrow framework of a wild horse gather plan seems unwise. There are a lot of key points that would be difficult to inject into that process. Hopefully the land use plan amendment will provide the BLM the opportunity to collect all the facts, and make the best decision we can. Please don't hesitate to contact me if I can provide any additional information.

Sincerely,

James A. Cagney
Field Manager