United States Department of the Interior
BUREAU OF LAND MANAGEMENT
White River Field Office
73544 Highway 64
Meeker, Colorado  81641   

In Reply Refer to:  4700; 4720
CO-110

August 1, 2006

Dear Interested Party,

Enclosed are the Decision Record and Finding of No Significant Impact for Environmental Assessment CO-010-2006-030-EA, the Gather and Selective Removal of Wild Horses from the Piceance-East Douglas Herd Management Area (HMA) with the additional proposal to apply fertility control to the wild horse mares (approximately 40 to 60 head) that will be released back into the HMA. Comments received by close of business on July 10, 2006 have been considered and, where applicable, included in Appendix D of the Environmental Assessment.

In accordance with 43 CFR 4770.3(c), and to encourage expedient completion of the project, this Decision Record is being issued as a full force and effect decision. The gather is scheduled to begin September 17, 2006 and will remain in effect until the Piceance-East Douglas wild horse herd has been lowered to 135 wild horses within the Herd Area and until all wild horses outside the boundaries of the Herd Management Area have been removed and released back inside the Herd Management Area, or placed into the Wild Horse and Burro Adoption Program.

You have the right to appeal this Decision within 30 days from the August 1, 2006 postmark of the Decision in accordance with the regulations of Title 43 CFR 4770.3(a) and (c). The petition for stay and the appeal must be served upon the Interior Board of Land Appeals, Office of the Secretary, in accordance with the regulations contained in 43 CFR Part 4, except to the extent that these regulations conflict with 43 CFR 4770.3(c), in which case the provisions of 4770.3(c) are considered the controlling regulations. The appellant has the burden of proof to demonstrate that the decision being appealed is in error. If you wish to file a petition for a stay of the effectiveness of this decision during the time your appeal is being reviewed by the Board, the petition for a stay must accompany your notice of appeal. Please refer to the enclosed form 1842-1 for additional information.

Your motion to stay and appeal must also be filed with the Bureau of Land Management, White River Field Office; 73544 Highway 64, Meeker, Colorado 81641 within 30 days following the postmark of the 2006 Environmental Assessment.

If you request a stay, you have the burden of proof to demonstrate why the stay should be granted based upon the following standards:

1

1. The relative harm to the parties if the stay is granted or denied;
2. The likelihood of the appellant's success on the merits;
3. The likelihood of immediate and irreparable harm if the stay is not granted;
4. Whether the public interest favors granting a stay.

For further information please contact Melissa J. Kindall, Range Technician, at 970/878-3842 or email melissa_kindall@blm.gov.

Sincerely,

*for* [signature]

Kent E. Walter
Field Office Manager

Enclosures:	Form 1842-1
CO-110-2006-030-EA
   Includes the Decision Record
   And Finding of No Significant Impact

2