UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COLORADO WILD HORSE AND BURRO COALITION, et al.,** ) | |
| ) | |
| **Plaintiffs** ) | Civil No. 06CV1609 (RMC) |
| ) | |
| v. ) | |
| ) | |
| **DIRK KEMPTHORNE, et al.,** ) | |
| ) | |
| **Defendants** ) | |
| _____) | |

### (Proposed) ORDER

Upon consideration of Plaintiffs' Motion for a Temporary Restraining Order, the Memorandum of Points and Authorities submitted in support thereof, and accompanying Declarations and Exhibits, and the Verified Complaint, and upon the opposition thereto, and any reply bried, it is hereby this

_____ day of _____, ORDERED that

Plaintiffs' Motion is GRANTED.

_____

Rosemary Collyer
United States District Judge

To Be Served Upon:

Valerie J. Stanley
329 Prince George Street
Laurel, MD 20707
valeriejstanley@yahoo.com

Paul Lall
Kevin Larsen
DOJ, Environment and Natural Resources Division
601 D Street, N.W., Third Floor
Washington, DC  20004

Paul.Lall@usdoj.gov
Kevin.Larsen@usdoj.gov