**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Barbara M. Flores
C. Date of Delivery: AUG 09
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:
Barb Flores
American Mustang+Burro Assoc.
2406-15th Ave Court
Greeley Co 80631

Piceance-East Douglas Wild Horses

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

Postage: $ 2.07
Certified Fee: 2.40
Return Receipt Fee (Endorsement Required): 1.85
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $

Sent To: Animal Legal Defense Fund c/o Valerie J. Stanley
Street, Apt. No.; or PO Box No.: 329 Prince George Street
City, State, ZIP+4: Laurel MD 20702

PS Form 3800, June 2002    See Reverse for Instructions

Sent To: Toni Moore
Street, Apt. No.; or PO Box No.: 1787 K 6/10 Road
City, State, ZIP+4: Fruita CO 81521

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Robison
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:
Animal Legal Defense Fund
Valerie J. Stanley
329 Prince George Street
Laurel MD 20702

Piceance-East Douglas Wild Horses

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Savannah Nead
C. Date of Delivery: 8/2/06
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:
Toni Moore
1787 K 6/10 Road
Fruita Co 81521

Piceance-East Douglas Wild Horses

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Decision signed 7/27/6

7005 3110 0001 4708 1697

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Janis Botrick_ ☐ Agent ☒ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>  ROSTAPEN   7·31·06 |
| 1. Article Addressed to:<br>Valerie J. Stanley<br>329 Prince George St.<br>Laurel MD 20707 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| WRT DOUGLAS WILD HORSES | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| 2. Article Number<br>(Transfer from service label) | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Jeffrey Hersch
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Jeffrey Hersch
3016 Cook St.
Denver CO 81641

West Douglas Wild Horses
2. Article Number (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt

---

1. Article Addressed to:

Andrea Lococo, Animal Welfare Ins.
P.O. Box 3650
Washington DC 20027-015

West Douglas Wild Horses
2. Article Number (Transfer from service label)

PS Form 3811, February 2004   Domestic

---

1. Article Addressed to:

Valerie J. Stanley
329 Prince George St.
Laurel MD 20707

West Douglas Wild Horses
2. Article Number (Transfer from service label)

PS Form 3811, February 2004   Domestic

---

Humane Society of US
Patricia Lane
700 Professional Dr.
Gaithersburg MD 20879

West Douglas Wild Horses
2. Article Number (Transfer from service label)

PS Form 3811, February 2004   Domestic

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Darynne Anna Jessler
4408 Gentry Ave.
Studio City, CA 91607

West Douglas Wild Horses
2. Article Number (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Darynne Jessler
☐ Agent
☐ Addressee

B. Received by (Printed Name) D. Jessler   C. Date of Delivery 7-29-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

---

Barbara Warner, AHDF-KYSC
Sec., Marion Cty. Humane Soc.
1955 Tatum Lane
Lebanon KY 40033

West Douglas Wild Horses
2. Article Number (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15

If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

---

1. Article Addressed to:

OeBrooks & Assoc., P.C.
Michael Marinovich
999-18th St., Suite 1605
Denver CO 80202

West Douglas Wild Horses
2. Article Number (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

BLM - White River Field Office
73544 Hwy. 64
Meeker, CO 81641



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Toni Moore
505 Poplar Drive
Fruita CO 81521

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

West Douglas Wild Horses

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540