UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civ. No. 06-1609 RMC |

### DECLARATION OF PAUL D. LALL

I, Paul D. Lall, make the following declaration:

1. My name is Paul D. Lall. I am a Trial Attorney in the United States Department of Justice, Environment and Natural Resources Division, Wildlife and Marine Resources Section. I serve as counsel for the Federal Defendant in this case.

2. Attached as Exhibit A is a true and correct copy of a document entitled, "Environmental Assessment: 2006 Piceance-East Douglas Wild Horse Gather Plan: No. CO-110-2006-030-EA," dated August 1, 2006.

3. Attached as Exhibit B is a true and correct copy of a document entitled, "Environmental Assessment: 2006 West Douglas Wild Horse Gather Plan: No. CO-110-2006-166-EA," dated July 27, 2006.

4. Attached as Exhibit C is a true and correct copy of pages from the White River Record of Decision and Approved Resource Management Plan, dated July 1, 1997 that are pertinent to the Bureau of Land Management's management of wild horses in the White River Resource Area. Due to the size of this document and the fact that it discusses many issues that are not relevent to this case, Defendants are not submitting the entire document herewith.

Defendants can provide a paper copy of the entire document if the Court or opposing counsel wish.

5. Attached as Exhibit D is a true and correct copy of a document entitled "Notice of Final Decision, Full Force and Effect, 2006 Piceance-East Douglas Herd Management Area Wild Horse Removal," dated August 1, 2006.

8. Attached as Exhibit E is a true and correct copy of a document entitled "Notice of Final Decision, Full Force and Effect, 2006 West Douglas Herd Area, Wild Horse Removal," dated July 27, 2006.

9. Attached as Exhibit F is a true and correct copy of a document entitled "Immunocontraceptive Reproductive Control Utilizing Porcine Zona Pellucida (PZP) in Federal Wild Horse Populations (First Edition)," Kirkpatrick, Jay,. Ph.D., and Patricia, M., Ph.D., July 2006.

10. Attached as Exhibit G is a true and correct copy of Chief Judge Donald W. Molloy's Order denying motion for preliminary injunction dated August 2, 2006 (United States District Court, District of Montana, Missoula Division).

11. Attached as Exhibit H is a true and correct copy of a letter from Valerie J. Wilson, Esq. to Brenda Williams, Protest Coordinator, U.S. Department of Interior, Bureau of Land Management, dated July 8, 1006.

I affirm, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated this 28th day of September, 2006

/s/ _____
Paul D. Lall