# WHITE RIVER
## RECORD OF DECISION AND APPROVED RESOURCE MANAGEMENT PLAN



U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WHITE RIVER RESOURCE AREA, COLORADO
JULY 1997

United States Department of the Interior
Bureau of Land Management

# RECORD OF DECISION AND APPROVED WHITE RIVER RESOURCE AREA RESOURCE MANAGEMENT PLAN

Craig District
White River Resource Area
Meeker, Colorado

_[signature]_
State Director
Colorado State Office

# RECORD OF DECISION

## WHITE RIVER RESOURCE AREA
## RESOURCE MANAGEMENT PLAN

### INTRODUCTION

This document records the decisions reached by the Bureau of Land Management (BLM) for managing 1,455,900 of BLM surface estate and 365,000 acres of split mineral estate within the White River Resource Area.

### ALTERNATIVES

At the beginning of the planning process, issues were identified by the public and the BLM that needed to be resolved in the plan. The most critical issues revolved around oil and gas leasing stipulations, wild horse management areas, motorized vehicle travel, and vegetation management, including riparian, noxious/problem weeds, plant communities, and Threatened and Endangered plant species.

These, and other issues were incorporated into four alternatives including Alternative A-Existing Management (No Action Alternative), Alternative B-Enhanced Use, Alternative C-Enhanced Natural Values, and Alternative D- Preferred Alternative. These alternatives were displayed for public review and comment in the Draft RMP/EIS issued in November 1994. The Proposed Resource Management Plan published in May 1996, was a refinement of Alternative D based on public comments and internal BLM review. The decisions approved in this document represent the combination of management options that best resolve the issues identified during the planning process. This is considered to be the environmentally preferable alternative.

### MANAGEMENT CONSIDERATIONS

There were many considerations that pointed toward selection of the plan that is now being approved. First there is the need to consolidate and update management direction for the White River Resource Area. This plan incorporates or supersedes decisions in nine existing planning documents. It updates oil and gas lease management to be consistent with adjacent BLM resource areas. New program issues including the identification of Black footed ferret reintroduction areas, ecosystem management concepts, and standards for public land health are addressed in the plan. The resulting land use plan represents a mix of actions that best resolves the issues and management concerns that were raised during preparation of the plan. Resource use is managed under the multiple use concept by integrating ecological, economic, and social principles in a manner that safeguards the long term sustainability, diversity, and productivity of the land.

### MITIGATION

The approved plan has been designed to avoid or minimize environmental harm where practicable. In particular, the Surface Stipulations in Appendix A and Conditions of Approval in

1

Appendix B, when applied, serve this end.

## MONITORING

Decisions in the approved plan will be implemented over a period of years and must be tied to the BLM budget process. A general implementation schedule has been added to the plan to provide for the systematic accomplishment of the decisions. This general schedule will require further elaboration and continuous updating as implementation progresses and conditions change. An annual assessment of implementation progress will be made for use in budget preparation. Periodically, but not to exceed five year intervals, the Area Manager shall update the plan by evaluating: 1) progress in implementing plan decisions; 2) the effectiveness of plan decisions in achieving desired outcomes; and 3) identifying the need for plan amendments. The plan update shall include a description of implementation progress, maintenance, and amendment changes. These plan updates will be designed to inform the public and facilitate their involvement in implementing the plan.

## PUBLIC INVOLVEMENT

The views of the public have been sought throughout this planning and decision making process. Public participation in the process was summarized in Chapter 5, page 5-1 of the PRMP/FEIS.

## PROTESTS

The BLM received 11 protest letters to the plan. These protests involved concern about wild horse management, wilderness study area and wild and scenic river designations, oil and gas leasing stipulations, off highway vehicle management, Black footed ferret reintroductions and the socio-economic impacts of the PRMP decisions. All protests were responded to by the Director and the issues were resolved without significant change to the Proposed Resource Management Plan.

## CONSISTENCY

This plan is consistent with the plans, programs, and policies of other federal, state, and local governments.

## PUBLIC AVAILABILITY OF THIS DOCUMENT

Additional copies of the White River Resource Management Plan are available upon request from the White River Resource Area, PO Box 928 (73544 Highway 64), Meeker, Colorado 81641, phone (970) 878-3601.

## DECISION

It is my decision to approve the management decisions described in Chapter 2 of this document, as the resource management plan (RMP) for the White River Resource Area. The RMP was prepared in conformance with regulations (43 CFR 1600) implementing the Federal Land Policy and Management Act of 1976. An environmental impact statement (EIS) for this plan was prepared in conformance with the National Environmental Policy Act of 1969. The management decisions approved here are the same as those in the Proposed Resource Management Plan and Final Environmental Impact Statement (PRMP/FEIS) published in May 1996.

_Robert Abbey_
Robert Abbey
Acting Colorado State Director

7-1-97
Date

2

## Resource Decisions

Livestock Grazing Management Guidelines contained in Appendix C.

The estimated number of acres of pinyon-juniper, sagebrush-mountain browse, and greasewood that will be manipulated to improve rangeland conditions is shown in Table 2-8 of Appendix D.

Changes in management categories will be supported by a documented analysis.

## WILD HORSES

Objective:
Manage for a wild horse herd of 95-140 animals on 190,130 acres within the Piceance-East Douglas Herd Management Area (HMA) so that a thriving ecological balance is maintained for all plant and animal species on that range.

Management:
Wild horses will be managed to provide a healthy, viable breeding population with a diverse age structure.

The North Piceance and West Douglas Herd Areas will be managed in the short-term (0-10 years) to provide forage for a herd of 0 to 50 horses in each herd area. The long term objective (+10 years) will be to remove all wild horses from these areas (See Map 2-10).

The boundary of the Piceance-East Douglas HMA will be expanded to include the Greasewood allotment (presently a part of the North Piceance Herd Area).

The wild horse herd population will be managed to improve range condition.

Implementation:
Develop a cooperative management agreement with the private surface owner of 13,900 acres of patented oil shale claims that lie within the Boxelder Allotment and Pasture C of the Square S Allotment.

Update and revise the Piceance-East Douglas Herd Management Area Plan.

Monitoring studies will be conducted and the long term appropriate management level (AML) for the Herd Management Area will be adjusted based on the results of this monitoring.

## WILDLIFE HABITAT

### Big Game

Objective:
Ensure that big game habitats provide components and conditions necessary to sustain big game populations at levels commensurate with multiple use objectives and state-established population objectives.

Management:
Maintain or enhance the productivity and quality of preferred forages on all big game ranges.

Provide the forms, distribution and extent of vegetative cover and forage that satisfy the physiological and behavioral requirements of big game.

Reduce the duration, extent, and intensity of manageable forms of animal harassment during crucial timeframes, and avoidance-induced disuse of suitable habitats considered limited in supply and/or critical in fulfilling special functions.

Big game forage allocations will remain the same as identified in