IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF WASHINGTON, D.C.

| | | |
|---|---|---|
| COLORADO WILD HORSE AND<br>BURRO COALITION, INC., ET. AL., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | Civ. No. 06-1609 RMC |
| v. | )<br>) | |
| KEMPTHORNE, et. al., | )<br>) | |
| Defendants. | )<br>) | |

DECLARATION OF FRANCIS G. ACKLEY

I, Francis G. Ackley, declare as follows:

1. I am the wild horse and burro program leader for the U.S. Department of Interior's Bureau of Land Management (BLM) Colorado State Office, an agency of the U.S. Department of the Interior, located in Canon City, Colorado.  In my capacity as wild horse & burro program leader, I am responsible for the operation of the Colorado Wild Horse Inmate Program (a holding facility for wild horses and burros), for all wild horse and burro adoptions within the state, and for providing technical expertise and guidance to field offices throughout the state that manage wild horse herds and/or provide adoption compliance services for adopted wild horses and burros.  I have been serving in my current capacity since June, 1992.

2. The purpose of this declaration is to explain the ramifications of reversing the result of gather operations conducted to date i.e. returning already gathered horses back to the range.

3. I graduated with honors with a bachelor's degree in range and forest management from Colorado State University in May, 1983.  Since March, 1984 I have been employed with the BLM.  For the first 8 years of my career, I was a rangeland management specialist.  In this capacity, I was responsible for all aspects of rangeland management, including authorization of livestock grazing, rangeland monitoring, evaluation, and
management, riparian management, etc.  I began working in the wild horse and burro program as facility manager of the Colorado Wild Horse Inmate Program (CWHIP)

        and adoption coordinator.  In about 1994, I was promoted to wild horse and burro specialist for Colorado BLM.  Our facility has grown from a few small holding pens into a premier wild horse training facility nationally recognized for its achievements and now able to hold 1,500 horses when necessary.  I have provided technical oversight and advice for perhaps 20 gather operations, adopted over 3,500 wild horses and burros, and have provided care for over 20,000 wild horses and burros that have been shipped to our facility.  I developed the first wild horse & burro compliance guide for BLM, co-authored the handbook on WH&B compliance, and host and instruct a weeklong compliance training course in Canon City for BLM employees.  I received the honor of being the BLM wild horse and burro specialist of the year in 1999.

4.       Since 2003, the BLM has administered the two-year PZP vaccine to over 1,400 wild horse mares in 35 different HMAs covering 8 western states.  Another formulation of PZP has been used in several other herds where individual-based studies are ongoing.  The safety of this contraceptive is supported by a plethora of research.  It has been documented that treated mares maintain better body condition and live longer because the physiological stress of annual pregnancies is reduced.  PZP has been used for the last 19 years on Assateague Island ponies.  This contraceptive is not permanent.  Furthermore, if a mare is already pregnant, it will not affect the pregnancy and the mare will carry the foal to parturition.  PZP lasts for 1–3 years depending on the time of year when it is administered.  Our use of PZP is authorized through approval from the Humane Society of the United States.  Our goal in utilizing PZP is to reduce the rate of growth in larger herds, thereby reducing the frequency of gather operations.  This in turn results in having fewer horses in holding corrals awaiting adoption or in long term holding facilities and ultimately reduces animal stress associated with gathers and the taxpayers' cost of caring for them in captivity.

       Those mares that receive the PZP are freezemarked with a unique brand on the left hip so that we have a record of which mares were treated and can monitor effectiveness of the contraceptive during aerial surveys, and to ensure that these animals do not enter into the adoption program within 3 years after receiving the drug.

5.       The Canon City Wild Horse Inmate Program serves as an interstate holding facility for wild horses and burros gathered across the west.  As such, we hold wild horses and burros from any of 10 western states.  It also provides an inmate training program, regarded as the best in the country, that allows inmates to gentle and train some of the wild horses that are shipped here. We currently have over 1,000 horses at our facility.

6.       When horses are shipped to Canon City from a gather, they are placed in a corral environment, vaccinated, freezebranded, and dewormed.  All newly arrived horses

      are held in quarantine for at least 4 weeks until results of Coggins' testing is received. The quarantine serves to limit disease exposure from horse to horse contact but does not prevent exposure to viruses or other airborne diseases. The Coggins test is used to determine the presence of equine infectious anemia and is required of all equines that cross state lines. Within 4 weeks of arriving, the animals are boostered with the same vaccines.

7. From a veterinary standpoint, it is not wise or desirable to take horses in Canon City from the Piceance/East Douglas HMA and turn them back out into their herd area. These horses, while immunized here, may have been exposed to diseases or bacteria from other horses even though we have not seen symptoms yet. The immune system of new horses is very naïve, meaning that they have never been exposed to many of the diseases and bacteria that are prevalent in holding corrals. This is not usually a problem with horses that have been held in captivity for several months because, with the help of immunizations, they have built up some immunity to these diseases. (removed sentence here.) If these horses were to be released back into the HMA, we risk exposing the entire population to a disease that has never been in the herd before. It's analogous to the spread of smallpox in native Americans when settlers moved west.

8. Wild horse foals, recently weaned from their mothers, if turned back into the HMA would have a difficult time surviving. Most of the foals that have been gathered from the Piceance/East Douglas HMA are 4-6 months old. Since the mares will have dried up and are no longer lactating, the foals would be on their own. In a rangeland situation, it is not uncommon for foals to spend a year or more with their mothers learning about the terrain, the waterholes, the dangers of life on the range, and the social interaction that occurs within a herd. When we gather and remove the foals, they are cared for in captivity where they don't need this knowledge. It is likely that if weaned foals were turned back onto the range some of them would die.

9. Gathers in general are very stressful on horses. After the stress of gathering, confinement, and handling, it would be a hardship on the horses to turn them back onto the range, especially if they are going to be gathered again after legal proceedings are resolved. They would have to make another trip of 300 miles or so from Canon City. Considering that the matter before the court could have been addressed by plaintiffs weeks before the gather began, it is unfair to make the animals suffer because of procrastination on plaintiffs' part.

10. For some background information, in the late 1980's a small herd in southern Colorado was scheduled for gather but a horse interest group appealed the decision, and the case was not heard by the Interior Board of Land Appeals for 3 years. This was before BLM had the authority for full force and effect decisions. By the time the appeal was heard, the population had grown to the point that horses were forced to

      forage on noxious plants which would not normally be a part of their diet. Many of the horses died on the range or in captivity shortly after the gather from liver or kidney failure due to ingestion of these weeds. This is one of the reasons we now issue gather decisions in full force and effect. Incidentally, the above mentioned herd has been managed within the appropriate management level since and there has been no further evidence of noxious weed toxicities.

11.     The BLM has spent approximately $200,000.00 in salary, contract costs, vaccines, veterinarians, and preparation of environmental documents, and would incur even greater expense if the animals had to be turned back onto the range. Not only would this money and effort be wasted, but the horses would eventually have to be gathered again, resulting in over double the cost and subjecting the very horses that plaintiffs claim to be protecting to unnecessary stress and trauma, and for some, death.

I declare under penalty of perjury that the foregoing is true and correct to the best of my current knowledge.

    Executed in Canon City, CO on this 28th day of September, 2006.

/s/ _____
Francis G. Ackley

Wild Horse & Burro Specialist
Colorado State Office