U.S. Department of the Interior
Bureau of Land Management
White River Field Office
73544 Hwy 64
Meeker, CO 81641

# ENVIRONMENTAL ASSESSMENT

**NUMBER**: CO-110-2006-030-EA

**CASEFILE/PROJECT NUMBER** (optional):

**PROJECT NAME**: 2006 Piceance-East Douglas Wild Horse Gather Plan

**LEGAL DESCRIPTION**: The Piceance-East Douglas Herd Management Area encompasses approximately 158,281 acres of lands administered by the Bureau of Land Management, White River Field Office, Meeker, Colorado, as well as 31,741 acres of lands not managed by BLM with the following legal description:

> T1N R97W Sec 2-24
> T1N R98W Sec 1-36
> T1N R99W Sec 1-20, 30, 31
> T1N R101W Sec 1-36
> T2N R97W Sec 18-20, 28-34
> T2N R98W Sec 2-36
> T1S R98W Sec 1-36
> T1S R100W Sec 19, 29-32
> T1S R101W Sec 1-4, 9-15, 22-26, 36
> T2S R98W Sec 1-36
> T2S R99W Sec 1-36
> T2S R100W Sec 1-36

**APPLICANT**: Bureau of Land Management; White River Field Office

**ISSUES AND CONCERNS** (optional): None

**DESCRIPTION OF PROPOSED ACTION AND ALTERNATIVES**:

*Background/Induction:* Following a thorough review of current monitoring data and recognizing wild horses are to be managed in thriving, natural ecological balance with other multiple uses and resources, the Bureau of Land Management, White River Field Office (WRFO) has determined the wild horse population in the Piceance-East Douglas Herd Management Area (HMA) exceeds the appropriate management level (AML) and is no longer in balance with other resources managed in the HMA. In accordance with the Federal Land Policy

Appeals: Within 30 days of receipt of this decision, interested and affected parties have the right of appeal to the Board of Land Appeals, Office of the Secretary, in accordance with the regulations at 43 Code of Federal Regulations, Part 4, Subpart E, and 43 Code of Federal Regulations 4770.3(a) and (c). Within 30 days after filing a Notice of Appeal, parties are required to provide a complete statement of the reasons why you are appealing. The appellant has the burden of showing that the decision appealed from is in error. If a party wishes to file an appeal and petition for a stay, the petition for a stay must accompany the notice of appeal and be in accordance with 43 Code of Federal Regulations, submitted to (1) the Regional Solicitor's Office, Rocky Mountain Region, P.O. Box 25007, Denver, Colorado, 80225 and (2) White River Field Office, 73544 Highway 64, Meeker, Colorado, 81641. The original documents should be filed with the White River Field Office.

Any party requesting a stay bears the burden of proof to demonstrate why a stay should be granted. A petition for a stay of a decision pending appeals shall show sufficient justification based on the following standards:

- The relative harm to the parties if the stay is granted or denied,
- The likelihood of the appellant's success on the merits,
- The likelihood of immediate and irreparable harm if the stay is not granted, and
- Whether the public interest favors granting the stay.

Additional Information: Contact Melissa J. Kindall, Range Technician at 970/878-3842 with questions relating to this management decision.

Approval:

_____      August 1, 2006
for Kent E. Walter, Field Office Manager         Date
White River Field Office

CO-110-2006-030-EA                                                                                     3

and Management Act of 1976; the Wild & Free Roaming Horse and Burros Act of 1971; Title 43 Code of the Federal Regulation (CFR), Part 4720.1; and the White River Resource Management Plan.

**Proposed Action:** In compliance with 43 CFR 4710.4, all wild horses located outside the boundaries of the HMA approximately 50-100 head and approximately 436 head within the HMA will be captured. WRFO plans to remove approximately 301 wild horses from within the HMA and all wild horses (approximately 50-100) located outside of the HMA in September, 2006. The majority of these animals will be transported to the BLM Canon City wild horse holding facility. The wild horses will be removed in accordance with the current age selective removal policy. This policy identified the following priorities for removal: 1) 5 years old or younger; 2) 6 to 15 years old; 3) 16 years of age or older. The horses returned to the HMA will be released into the general vicinity from which they were captured. Horses determined unable to withstand the stress associated with capture, handling and transport will be returned to the HMA. At completion of the project the herd will consist of approximately 135 horses; the lower range of the appropriate management level of 135-235 wild horses.

In addition, the WRFO proposes to apply fertility control to the wild horse mares (approximately 40 to 60 head) that will be released back into the Herd Management Area. This action is being considered to help decrease the herd growth rate while continuing to manage a healthy, viable wild horse herd. All of the mares identified to be released back into the Herd Management Area will receive the 22-month time release PZP (Porcine Zona Pellucida) immunocontraceptive vaccine (with a maximum of 80% of the mares within the Piceance-East Douglas herd). Reference Appendix B for the Fertility Control Treatment method proposed under this environmental assessment.

The project will be completed by a BLM Wild Horse & Burro (WH&B) National Program Contractor using helicopter drive-trapping, helicopter assisted roping, water and hay trapping.

All wild horses gathered will be trucked to the Yellow Creek Corral holding facility (or contractor holding facility) were they will receive appropriate food and water. They will be paint- marked to identify the location from which they were gathered, aged, sorted into stud pens, dry mare pens, and mare/foal pens. They will be held at the holding facility until they are further trucked to the BLM wild horse permanent holding facilities located in Canon City, Colorado, or released back into the HMA. It is currently proposed to hold a wild horse adoption at the Yellow Creek Corrals upon completion of the gather for approximately 25 head with the date to be decided upon and advertised at a later date.

**No Fertility Control Alternative:** This alternative mirrors the Proposed Action with the exception that the selected mares will not be treated with immunocontraception (fertility) drugs. The herd would be reduced to the lower range of the AML and then allowed to increase naturally, without human manipulation. Annual herd recruitment is estimated to be between 20% and 23%. All wild horses would be removed from outside the HMA.

*No-Action Alternative:* Under this alternative, no gather operation would be conducted and the horses would be allowed to expand at the existing rate of 20+% annually. The horse population

would be approximately 436 in 2006 (February 2006 Census counted 363 wild horses within the HMA) and 523 wild horses in the year 2007.

### ALTERNATIVES CONSIDERED BUT NOT CARRIED FORWARD:

The No-Action alternative was eliminated from further consideration because it is in direct conflict with the wild horse management objectives identified in the July, 1997 White River RMP Record of Decision, and the 1971 Wild and Free-Roaming Horse and Burro Act, PL-92-195. The Act mandates the Bureau to prevent range deterioration resulting from wild horse overpopulation, and directs the BLM to preserve and maintain a thriving natural ecological balance and multiple use relationships in areas where horses are managed as a component of multiple uses.

### NEED FOR THE ACTION:

The twofold intent of this action is to restore a thriving, natural, ecological balance to the affected range resources, and to allow for long term maintenance of wild horse herd health and viability. The AML range of 135 to 235 horses was derived from the analysis of range monitoring data accumulated between 1981 and 2002 that indicated the Piceance-East Douglas HMA will support an average of 165 horses over any extended period. The analysis used to determine this AML range is documented in the White River Field Office Wild Horse Program Analysis and Operational Plan (July 1999).

The need for the planned gather arises from the legal requirement that wild horse herd management adhere to 43 CFR 4700.0-2 which states, in part, that [wild horses will be managed] "as an integral part of the natural system of the public lands under the principle of multiple use…", with 43 CFR 4700.0-6 which identifies that [wild horses] "shall be managed as self-sustaining animals in balance with other uses and the productive capacity of their habitat.", and with P.L. 92-195, Sec. 3 (b) (2) which identifies the need to maintain appropriate numbers of wild horses within their HMA's.

**PLAN CONFORMANCE REVIEW**: The Proposed Action is subject to and has been reviewed for conformance with the following plan (43 CFR 1610.5, BLM 1617.3):

    Name of Plan: White River Record of Decision and Approved Resource Management Plan (ROD/RMP).

    Date Approved: July 1, 1997

    Decision Number/Page: Page 2-26, Wild Horse Management, Paragraph 2, "Wild horses will be managed to provide a healthy, viable breeding population with a diverse age structure."

## AFFECTED ENVIRONMENT / ENVIRONMENTAL CONSEQUENCES / MITIGATION MEASURES:

**STANDARDS FOR PUBLIC LAND HEALTH**: In January 1997, the Colorado Bureau of Land Management approved the Standards for Public Land Health. These standards cover upland soils, riparian systems, plant and animal communities, threatened and endangered species, and water quality. Standards describe conditions needed to sustain public land health and relate to all uses of the public lands. Because a standard exists for these five categories, a finding must be made for each of them in an environmental analysis. These findings are located in specific elements listed below:

## CRITICAL ELEMENTS

### AIR QUALITY

*Affected Environment*: The entire White River Resource area has been classified as either attainment or unclassified for all pollutants, and most of the area has been designated prevention of significant deterioration (PSD) class II. The proposed action is not located within a ten mile radius of any special designation air sheds or non-attainment areas. The air quality criteria pollutant likely to be most affected by the proposed actions is the level of inhalable particulate matter, specifically particles ten microns or less in diameter ($PM_{10}$) associated with fugitive dust. No air quality monitoring data is available for the survey area. However, it is apparent that current air quality within the herd management area is good because only one location on the western slope (Grand Junction, CO) is monitoring for criteria pollutants other than $PM_{10}$. Furthermore, the Colorado Air Pollution Control Division (APCD) estimates the maximum $PM_{10}$ levels (24-hour average) in rural portions of western Colorado to be near 50 micrograms per cubic meter ($\mu g/m^3$). This estimate is well below the National Ambient Air Quality Standard (NAAQS) for $PM_{10}$ (24-hour average) of 150 $\mu g/m^3$ (CDPHE-APCD, 2005).

*Environmental Consequences of the Proposed Action*: Reductions in the local horse herd will minimize the grazing impact horses currently have on the vegetation. As a result, effective ground cover is expected to increase which will reduce exposure of soils to eolian processes minimizing potential fugitive dust production. Air quality is expected to benefit from removal of horses.

*Environmental Consequences of the No Fertility Control Alternative*: Impacts to Air quality would be similar to the proposed action except the improvments would not be realized over as long a period.

*Mitigation*: None.

### AREAS OF CRITICAL ENVIRONMENTAL CONCERN (ACEC)

*Affected Environment*: The East Douglas portion of the HMA contains the Coal Draw ACEC. This ACEC was designated for the unique paleontological resources contained within its

boundary. Four ACEC's designated for rare plants occur within the Piceance Basin portion of the HMA. The Duck Creek ACEC encompasses 3,430 acres; 2,434 acres lie within the HMA. The Duck Creek ACEC was designated for primary management of the threatened Dudley Bluffs bladderpod (*Lesquerella congesta*). The South Cathedral Bluffs ACEC encompasses 1,280 acres of which about 400 acres lie within the HMA. This ACEC was designated for primary management of three rare plants that are BLM's sensitive species list, the Piceance bladderpod, the Utah gentian and the sun loving meadowrue. The Upper Greasewood ACEC encompasses 2,434 acres of which about 1,200 acres lie within the HMA. This ACEC was designated for primary management of one BLM sensitive plant (the Piceance bladderpod) and several remnant plant communities. The Lower Greasewood ACEC encompasses 205 acres which lie within the HMA and was designated for primary management of one BLM sensitive plant (the narrow-stem Gilia) and remnant pinyon/juniper woodland.

*Environmental Consequences of the Proposed Action:* Potential impacts to paleontological resources, such as those within the Coal Draw ACEC, are described Paleontology section below. Impacts to the rare plant resources of the other four ACECs (Duck Creek, South Cathedral, Upper and Lower Greasewood) could also occur. The reader is referred to the Threatened and Endangered Plants discussion below.

*Environmental Consequences of the No Fertility Control Alternative:* Same as proposed action.

*Mitigation:* See Paleontology for the Coal Draw ACEC and to Threatened and Endangered Plants below for mitigation for the rare plants occurring in the other four ACECs.

**CULTURAL RESOURCES:**

*Affected Environment:* The Piceance Basin, in general, and the core herd area specifically, is known to contain a wide variety of prehistoric and historic resources. Sites include but are not necessarily limited to open lithic scatters, open campsites, wickiup villages, and horse trap sites. Such sites seem to be particularly concentrated on the ridges overlooking the various tributaries to Yellow Creek, particularly where the Piñon-juniper and sagebrush vegetation communities come together. Recent inventory data suggests that site densities tend to be very high throughout the area. Horse traps, both prehistoric and historic seem to be concentrated on ridges in the Piñon-juniper vegetation communities where the traps can be camouflaged. Historic resources are primarily related to early ranching and livestock grazing efforts and are concentrated along the moister drainage bottoms. Sites include, but are not limited to, old homesteads, line shacks, corrals, pasture fences, occasional irrigation ditches and hay meadows.

*Environmental Consequences of the Proposed Action:* Reduction of horses to the low end of the AML range and initiating immunocontraceptive fertility control will serve to reduce the concentration of horses in sensitive site locations. Use of fertility control to reduce the recruitment rate will serve to help extend the time that sites are protected by reduced numbers due to the reduction of herd recruitment rates. Reduction of concentration in high site density

areas will reduce the damage to sites from trampling due to concentration, from trailing to water or foaling areas or thermal cover locations where horses congregate to avoid intense summer heat or shelter from intense winter cold conditions. Horses may also scratch and rub on standing features such as wickiup poles or fence poles which serve to accelerate the collapse of the structures present. Reducing horse numbers will reduce the impacts associated with these activities.

*Environmental Consequences of the No Fertility Control Alternative:* Impacts would be similar to the proposed action except for not implementing the fertility control along with the horse removal would shorten the time that sites are protected.

*Mitigation:* Horse trap locations and holding areas, except for the Yellow Creek holding facility, will need to be sited to avoid archaeological resources. In areas with acceptable levels of inventory no additional field work should be necessary except to ensure that sites in the near vicinity can be adequately avoided by drive lines, wing fences and traps. In areas where inadequate inventory data exists an inventory will be necessary to ensure that any resources present are avoided.

**INVASIVE, NON-NATIVE SPECIES** (This includes vegetation information related to Public Land Health Standard 3.)

*Affected Environment:* On the East Douglas portion of the HMA weeds of concern include; tamarisk, Russian olive, cheatgrass, thistles (Canada, bull and musk), knapweeds (Russian, spotted and diffuse), houndstongue, burdock and hoary cress. Tamarisk, Russian olive, Canada thistle, bull thistle and hoary cress are all found in the riparian community primarily East and Main Stem of Douglas creek. Cheatgrass is relegated to the drier upland sites that have disturbed native vegetation. These sites are highly susceptible to invasion by noxious weeds and without control these areas are expected to be dominated by cheatgrass, houndstongue and burdock. Monitoring studies in the Tommy's Draw pasture are showing localized severe overgrazing by wild horses. These sites are undergoing vegetation composition changes of decreasing desirable perennial plant species. These species are being replaced by annual species, primarily cheatgrass, annual mustards and annual chenopods. Within Tommy's Draw there has also been an increase in houndstongue and burdock.

*Environmental Consequences of the Proposed Action:* Removal of the horses would decrease the intensity and duration (season long) of grazing use within the target area of Tommy's Draw. Even though there would be decreases in grazing use, because of the reductions in perennial species these sites are not expected to recover over the short term of five years and may have crossed a threshold where mechanical treatment would be required to restore these communities.

Gather activities would disturb soils in localized areas, primarily associated with traps and holding pens. Follow-up inspections by BLM of these sites and treatment of any noxious weeds would prevent noxious weeds from invading and dominating adjacent native plant communities. Hay utilized at trap sites or holding facilities could be a source of noxious weeds.

*Environmental Consequences of the No Fertility Control Alternative:* Same as proposed action except benefits of reduced horses would be shorter duration.

*Mitigation*: Any hay fed at trap sites or holding facilities, on BLM, will be certified as weed free. Any noxious weeds that establish as a result of the proposed action will be controlled by the BLM.

**MIGRATORY BIRDS**

*Affected Environment*: A large array of migratory birds fulfills nesting functions throughout the area's woodland and shrubland habitats during the months of May, June, and July. Species associated with these shrubland and woodland communities are typical and widely represented in the Resource Area and region. Those bird populations associated with this Resource Area's shrublands and pinyon-juniper identified as having higher conservation interest (i.e., Rocky Mountain Bird Observatory, Partners in Flight program) are listed below. These birds are typically well distributed in extensive suitable habitats. Species classified with the forest types (aspen/fir) are best associated with limited aspen and Douglas fir stands along the Cathedral Rim—a habitat type that does not normally attract or sustain horse use.

*Birds with High Conservation Priority by Habitat Association in Herd Management Area:*

|  | Habitat Association | | | |
|---|---|---|---|---|
|  | **Sagebrush** | **Pinyon-juniper** | **Mountain shrub** | **Aspen/fir** |
| **Birds** | Brewer's sparrow, green-tailed towhee | gray flycatcher, pinyon jay, juniper titmouse, black-throated gray warbler, violet-green swallow | blue grouse, Virginia's warbler | broad-tailed hummingbird, red-naped sapsucker, purple martin, Cordilleran flycatcher, MacGillivray's warbler |

Portions of perennial or intermittent systems inside the HMA boundary (e.g., Left Fork Stake Springs Draw, Duck Creek, Box Elder Gulch, Corral Gulch, Yellow Creek, Tommy's Draw, and the East and mainstem of Douglas Creek) and those outside the HMA boundary (e.g., Spring Creek, Boise Creek) support a contingent of riparian-affiliated (willow and tamarisk) migratory birds, including: yellow warbler, yellow-breasted chat, blue grosbeak, and lazuli bunting. Although uncommon and sporadic breeding species at this time, willow flycatcher and common yellowthroat are expected to increase in abundance and distribution as the larger channels (i.e., Douglas Creeks) continue to develop more stable and extensive willow and sedge dominated components.

*Environmental Consequences from All Alternatives:* This document analyzes prescribed horse removal and alternative forms of population management, but authorizes no activities that risk the take of migratory birds or their nests. Gather operations commonly involve the use of aircraft and considerable ground activity, but these activities would be relegated to the fall months outside the migratory bird nesting season.

*Mitigation:* None.

**THREATENED, ENDANGERED, AND SENSITIVE ANIMAL SPECIES** (includes a finding on Public Land Health Standard 4)

*Affected Environment*: No threatened or endangered animals would be directly involved with, or influenced by, the proposed action. The White River below Piceance Creek is designated critical habitat for the endangered Colorado pike-minnow. Taylor Draw dam, five miles east of Rangely, currently impedes fish access to those portions of the river above Kenney Reservoir.
See the Terrestrial Wildlife section for a discussion of BLM-sensitive greater sage-grouse.

*Environmental Consequences of the Proposed Action:* Enhanced ground cover and residual litter attending reductions in the intensity and duration of grazing use would incrementally reduce the amount of sediment contributed to the White River and habitats occupied by Colorado pike-minnow. However, only the East Douglas portion (about 30%) of the HMA enters the White River below Kenney Reservoir, which otherwise acts as an effective trap for any upstream sediment (i.e., the Piceance Basin portions of the HMA). Because overland erosion and sediment attributable to the present number of excess horses in the HMA and outlying areas probably constitutes a minor fraction of total sediment load, and although a positive effect, it remains inconceivable that the proposed action would have a discernible influence on the condition, integrity, or function of the lower White River as pike-minnow habitat.

*Environmental Consequences of the No Fertility Control Alternative:* Same as the proposed action, but by suppressing effective fecundity, the risk and intensity of grazing effects attributable to a chronic excess of horses (i.e., exceeding established population objectives) would be reduced in the short term.

*Mitigation*: None.

*Finding on the Public Land Health Standard for Threatened & Endangered species*: Colorado pike-minnow habitat associated with the lower White River in Colorado currently meets the land health standard. Adjusting horse populations consistent with approved objectives (both alternatives) would remedy the incremental, but detrimental influences of elevated grazing use on watershed and channel conditions (i.e., sediment contribution to the White River) and would more fully complement meeting of the land health objectives.

**THREATENED AND ENDANGERED PLANTS**: (This includes all information related to plants in Public Land Health Standard 4.)

*Affected Environment*: Two plant species listed as federally threatened (FT) and four plant species listed as BLM sensitive species (BS) occur within the areas of consideration for this removal action.

| SPECIES | COMMON NAME | STATUS | LOCATION |
|---|---|---|---|
| *Gentianella trotuosa* | Utah Gentian | BS | South Cathedral ACEC |

| SPECIES | COMMON NAME | STATUS | LOCATION |
|---|---|---|---|
| *Gilia stenothyrsa* | Narrow-Stem Gilia | BS | Lower Greasewood ACEC |
| *Lesquerella congesta* | Dudley Bluffs Bladderpod | FT | Duck Creek ACEC<br>Lower Yellow Creek |
| *Lesquerella parviflora* | Piceance bladderpod | BS | South Cathedral ACEC<br>Upper Greasewood ACEC |
| *Physaria obcordata* | Piceance Twinpod | FT | Lower Yellow Creek |
| *Thalictrum heliophilum* | Sun-Loving Meadowrue | BS | South Cathedral ACEC |

Nearly all the known populations of these plant species occurring within the area of consideration with the exception of the Piceance twinpod and the Dudley Bluffs bladderpod which also occur within the boundaries of one of the four designated ACECs. All six plants occur on habitats that are barren to semi-barren shales of the Green River Formation or of the Uinta Formation in the case of the narrow-stem Gilia.

Monitoring studies have been established within the HMA on populations of five of the six species. Monitoring studies in the South Cathedral Bluffs ACEC have shown stable populations for the Utah gentian, the Piceance bladderpod and the sun-loving meadow-rue. All three plants occur on shale barrens that are moderately to very steep and are not foraged upon by large herbivores due to the stature of the plant, steepness of the slope and the barrenness of their habitat. Absolutely no evidence was observed at these monitoring sites that horses have ever occupied the habitats for these three species. Likewise, monitoring studies for the narrow-stem Gilia in the Lower Greasewood ACEC have shown very little use of this plant's habitat by horses. Its habitat is also shale barrens on very steep slopes. Monitoring studies on narrow-stem Gilia have shown stable populations that are not foraged upon by large herbivores. Two monitoring sites for the Dudley Bluffs bladderpod occurs in the Duck Creek ACEC, one within the HMA and one within Pasture B of the Square S allotment. Both monitoring sites were established in May, 1996. Each has been sampled four times with the most recent sample taken in May, 2000. The monitoring study within the HMA has shown a declining trend with a 29 percent decrease in the density of the Dudley Bluffs bladderpod. The monitoring study outside the HMA within Pasture B had a 10 percent decline in the density of the Dudley Bluffs bladderpod the 2nd year following establishment. The last two samples (in 1999 and in 2000) have shown an improving trend in density back to the same density as in 1996 when the study was established.

Trampling damage by horses was noted at both study sites. The damage noted was from horses trailing across the study sites, from some horses rolling in the seemingly barren soil and from some horses scuffling and fighting. In most cases due to the weight of the animal and the size of their hooves, some individual plants that were trampled were uprooted or severed at the crown resulting in death of the plant. There are two known locations of the Piceance twinpod within the area under consideration, one population within the HMA and a similar sized population in Pasture A of the Square S allotment. Both populations occur on the east slope of lower Yellow Creek. Both populations contain about 200 plants and are located on the upper third of very steep slopes. No monitoring studies occur for the Piceance twinpod within the area under consideration. No evidence has been observed at either site that indicates horses or any other large herbivore has ever occupied these sites.

*Environmental Consequences of the Proposed Action:* The potential impacts associated with the proposed action are short term impacts from placement of traps and wings or herding horses with a helicopter on or across the habitat of one on these special status plant species. Also, long term impacts can be associated with the number of horses within the areas under consideration over a given period of time. The Dudley Bluffs bladderpod is likely the only special status plant species that could be impacted by the proposal. No short or long term impacts, negative or positive, are anticipated to occur to the other five special status plant species occurring within the removal area. No impacts are anticipated to these five plants due to the steepness of their habitat and due to the lack of evidence that horses use their habitats. Those species include the Piceance twinpod, the narrow-stem Gilia, the Piceance bladderpod, the Utah gentian and the sun-loving meadowrue. They are not discussed further. During the removal operation, horses are herded by helicopter to a trap site. When the horses are not near the trap, they are allowed to proceed at their own pace, rather than being driven by the helicopter, on trails they are familiar with and use frequently. This part of the operation is not expected to impact the Dudley Bluffs bladderpod. Any trails used in the gather operation which cross habitat for this plant are well used and have been so for many years. No individuals of this plant are expected to occur within these well traveled trails.

The greatest potential for impact from the removal operation on the Dudley Bluffs bladderpod is the location and placement of the trap and the trap wings. Construction of the wings and trap involves mostly hand labor and very little surface disturbance. Some disturbance comes from horses being pushed and squeezed in the wings and the trap. There is surface trampling by the horses in the wings and in the trap. If the trap or wings were located on habitat for this plant, it is likely that a large number of individual plants would be destroyed especially inside the trap. It is not BLM's intent to utilize any potential habitat of the Dudley Bluffs Bladderpod or destroy any individuals of this plant in any aspect of the removal operation. The mitigation noted below will be used to avoid any known or potential habitat for this plant during removal operations. With the noted mitigation, the physical removal of horses as proposed is not likely to affect the Dudley Bluffs bladderpod.

The proposed action is not likely to have any effect, positive or negative on the Piceance twinpod, the narrow-stem Gilia, the Piceance bladderpod, the Utah gentian nor the sun-loving meadowrue. The proposed action is likely to affect the Dudley Bluffs bladderpod but not likely to adversely affect the viability of any populations within the area under consideration.

*Environmental Consequences of the No Fertility Control Alternative:* Will be the same as the proposed action.

*Mitigation:* No facilities associated with removal actions (trap sites including any wings, corrals, holding pens, etc.) will be allowed within the boundaries of the Duck Creek ACEC. A botanical inventory for the presence of *Lesquerella congesta* (Dudley Bluffs bladderpod) and/or *Physaria obcordata* (Piceance twinpod) and any potential habitat for either species would be conducted on all facilities before any activity takes place within Pastures A and B of the Square S allotment and within T1N, R98W; T1N, R99W; T1S, R98W and T1S, R99W of the Yellow

Creek allotment. Any plant locations or potential habitat identified in the inventory will become complete avoidance areas for any facilities proposed for use in this removal action.

Any facilities associated with removal actions (trap sites including any wings, corrals, holding pens, etc.) placed within the South Cathedral Bluffs ACEC, the Upper Greasewood ACEC or the Lower Greasewood ACEC will have a botanical inventory conducted for the BLM sensitive plants known to occur within one of these ACECs. Any plant locations identified in the inventory will become complete avoidance areas for any facilities proposed for use in this removal action.

*Finding on the Public Land Health Standard for Threatened & Endangered species*: There is no reasonable likelihood that the proposed action or alternative would have an influence on the condition or function of Threatened, Endangered, or Sensitive plant species provided that the mitigation is followed. Thus there would be no effect on achieving the land health standard.

## WASTES, HAZARDOUS OR SOLID

*Affected Environment*: Any equine medical products may be used on the wild horses requiring medical attention. Any products used will be collected by the contract veterinarian and/or qualified BLM personnel. Approximately 35 wild horses will be prepared for adoption at the Yellow Creek Corrals. These wild horses will be vaccinated and freeze branded. All needles will be handled by the contract veterinarian and/or by qualified BLM personnel. The liquid nitrogen used for freeze branding will be handled by BLM personnel familiar with freeze branding and handling of liquid nitrogen. The Porcine Zona Pellucida (PZP) would be handled by trained BLM personnel and/or the veterinary team doing the primer and booster at the Yellow Creek Corrals.

*Environmental Consequences of the Proposed Action:* Wild horses offered by adopt to the public require vaccinations and permanent identification marks through freeze branding. Porcine Zona Pellucida (PZP) would be used for fertility control in the mares being released back into the HMA. Each mare will receive a permanent, specific freeze brand marking of an Alpha-numeric on the left hip. Needles or equipment and supplies used for freeze branding and fertility control could present a hazard to public safety.

*Environmental Consequences of the No Fertility Control Alternative:* Same as proposed action less the PZP.

*Mitigation*: All needles and/or medical supplies will be collected and disposed of by the contract veterinarian or trained BLM personnel. The liquid nitrogen will be handled only by experienced personnel familiar with freeze branding. The Hazardous Materials Coordinator will be notified in the case of nitrogen spillage. The Porcine Zona Pellucida (PZP) would be handled by trained BLM personnel and/or the veterinary team doing the primer and booster at the Yellow Creek Corrals.

CO-110-2006-030-EA

11

**WATER QUALITY, SURFACE AND GROUND** (includes a finding on Standard 5)

*Affected Environment*: The management area lies primarily within the upper Douglas Creek watershed and the Yellow Creek drainage which are both partially perennial tributaries to the White River. The White River is a tributary to the Green River (in Utah) which is a tributary to the Colorado River. Spring discharge from these semi-arid lands generally occurs from mid March through early May. Runoff-producing rainfall occurs as localized storms in the late summer and early fall.

The "Status of Water Quality in Colorado – 2004" plus the 2006 update (CDPHE, 2006b) were reviewed for information related to the proposed recreation area. The herd management area is situated entirely within the White River Drainage Basin. The following table (Table 1) shows the affected water quality stream segments, area impacted (in acres), as well as any special designations for each of the affected stream segments.

Table 1

| Stream Segment | River Basin | Acres Affected | Designated Beneficial Uses | Use Protected (Y/N) | 303(d) listed? | M&E listed? | Impairment |
|---|---|---|---|---|---|---|---|
| 12 | White | 18,540 | Aquatic Life Warm 1, Recreation 1a, Water Supply, Agriculture | N | N/A | N/A | N/A |
| 13a | White | 73,834 | Aquatic Life Warm 2, Recreation 2, Agriculture | Y | N/A | N/A | N/A |
| 13b | White | 123,695 | Aquatic Life Warm 2, Recreation 2, Agriculture | Y | N/A | N/A | N/A |
| 15 | White | 2,642 | Aquatic Life Warm 2, Recreation 1b, Agriculture | N | N/A | N/A | N/A |
| 16 | White | 1 | Aquatic Life Warm 2, Recreation 2, Agriculture | Y | N/A | N/A | N/A |
| 22 | White | 40,345 | Aquatic Life Warm 2, Recreation 1b, Agriculture | Y | Douglas Creek | Soldier Creek | Sediment |
| 23 | White | 21,893 | Aquatic Life Cold 1, Recreation 1a, Water Supply, Agriculture | N | N/A | N/A | N/A |

Stream segments 12, 15 and 23 have not been classified as use protected. An intermediate level of water quality protection applies to waters that have not been designated outstanding waters or use-protected waters. For these waters, no degradation is allowed unless deemed appropriate following an antidegradation review. Stream segments13a, 13b, 16, and 22 have been designated as use protected. The antidegredation review requirements in the Antidegradation Rule are not applicable to waters designated use-protected. For those waters, only the protection specified in each reach will apply. Numeric standards for each stream segment can be found in Regulation No. 37 Classifications and Numeric Standards for Lower Colorado River Basin (CDPHE, 2004a).

Newly promulgated Colorado Regulations Nos. 93 and 94 (CDPHE, 2006c and 2006d, respectively) were also reviewed for information related to the proposed project area drainages. Regulation No. 93 is the State's list of water-quality-limited segments requiring Total Maximum Daily Loads (TMDLs). The 2006 list of segments needing development of TMDLs includes one segments affected by the HMA, segment 22, tributaries to the White River, Douglas Creek to the Colorado/Utah boarder, specifically West Evacuation Creek, and Douglas Creek (sediment impairments). Regulation 94 is the State's list of water bodies identified for monitoring and evaluation, to assess water quality and determine if a need for TMDLs exists. The list includes the White River segment 22. A significant portion (40,345 acres) of the herd management area

is situated in the Douglas Creek catchment area. Douglas Creek was added to the states 303(d) list of impaired watersheds requiring TMDLs effective April 30, 2006. Compliance and consistency with the state nonpoint source management plan, state water quality standards and the Clean Water Act (CWA) is mandatory. The CWA places responsibility for protection of water quality with the states and requires federal agency compliance.

*Environmental Consequences of the Proposed Action:* Removal of wild horses would aid in relieving pressures on the existing drainage areas. Because wild horses tend to remain in the same area year after year, watershed conditions in sensitive watersheds are at an extreme risk of becoming more degraded if horses are left to exceed AML. Proper grazing practices within fragile watersheds are consequential in reducing erosion and sedimentation from both streambed and upland sources. Improving the rangeland condition and vegetation cover by reducing the amount of vegetation grazed by wild horses, would have a positive affect on watershed stability and water quality. It is expected that fertility control on mares would help keep the number of yearly increases (foals being born) to a minimum. This too, would have a positive affect on watershed conditions.

*Environmental Consequences of the No Fertility Control Alternative:* Impacts would be similar to the proposed action except the benefits derived from fertility control (less foals being born) would not be realized over the short-term.

*Mitigation*: None

*Finding on the Public Land Health Standard for water quality*: With the exception of Douglas Creek (listed on the states 303(d) list for sediment impairments) most of the affected watersheds within the herd management area are identified as meeting land health standards. However, many of the upper tributaries are ephemeral in nature and do not meet standards during periods of peak flows. Reducing horse numbers within the herd management area will help return portions of stream segment 22 back to meeting standards.

**WETLANDS AND RIPARIAN ZONES** (includes a finding on Standard 2)

*Affected Environment*: Within those areas currently occupied by horses, there are a number of perennial or intermittent systems that support riparian vegetation, both within (e.g., Left Fork Stake Springs Draw, Box Elder and Corral Gulch, Duck and Yellow Creeks, Tommy's Draw, and East and mainstem Douglas Creeks) and outside (e.g., Spring Creek, Boise Creek) the HMA. A number of these systems are not noticeably influenced by horse use. Horses are not prone to use deeply incised channels or areas in close proximity to heavily traveled roads (e.g., East and main stem Douglas Creeks, Duck Creek). Beaver are present on both Main Stem and East Douglas creek and the flooded areas behind the beaver dams largely discourage livestock and horses from traveling the floodplain. There are currently insufficient numbers of horses in the Spring Creek and Boise Creek area and riparian habitats on Magnolia to noticeably influence these systems (minimum 14 channel miles), though grazing-related effects continue to be pertinent and would become apparent if these populations outside the HMA are allowed to expand.

The overall status and condition of riparian-bearing channels in the HMA potentially influenced by horses are consistently assigned a "functional at-risk" condition rating with slowly improving to non-apparent trends. Typically, these channels suffer from poorly developed bank and floodplain vegetation which is dominated by facultative upland species or grazing-tolerant introduced species. Many of these systems involve nonfunctional reaches that attend recent or active downcutting events. These conditions and their inability to establish proper functioning conditions or a strong improving trend lies with their continued subjection to inappropriate duration, timing, and intensity of grazing and trampling effects from livestock, horses and, in some cases, big game. At population levels within the AML range, horse distribution within the HMA tends to display pronounced seasonal elevation shifts similar to big game. At higher population densities, and due to their territorial nature, horse distribution becomes increasingly uniform and sedentary across the HMA, and any tendency for horses to move between discrete seasonal ranges weakens. At higher densities, including current populations, horse distribution involves year-round occupation of the HMA's lowest elevation ranges to the northeast and east.

Current horse use within the HMA (i.e., more sedentary range use) tends to compromise seasonal livestock grazing regimens that have been designed and implemented to reduce the intensity and duration of grazing use of riparian and valley terrace vegetation. For example, the Left Fork of Stake Springs, associated with higher elevation mixed shrub habitats receives about 30-45 days of livestock use during the spring/early summer, but is subject to over 200 days of horse use (May through November). Tommy's Draw is grazed by livestock for 60 days in the spring and 45 days in the winter versus over 250 days spring through the early winter season use by horses. Similarly, lower Yellow Creek is grazed by livestock for 40 days in the spring and 60 days in winter versus virtual yearlong use by horses at present. Persistent, long duration use through the growing season invariably reduces the vigor and density of herbaceous components and prompts shifts in composition to grazing or trampling tolerant species such as redtop, Kentucky bluegrass, dandelion, and yarrow plus invites the establishment and proliferation of noxious weeds. These shallow and relatively weakly-rooted species provide little resistance to erosion and are incapable of supporting proper functioning channel conditions. This situation is most applicable on two miles of the Left Fork of Stake Springs, three miles of Tommy's Draw, and some less confined reaches within the lower six to eight miles of Yellow Creek channels.

Removal of nearly 70% of the horses within the HMA is expected to promote more seasonality in subsequent grazing use patterns by horses, relieve the influence of long duration horse use, and allow livestock management prescriptions designed to enhance riparian and channel conditions to operate as intended. Cumulative grazing use patterns that are more seasonal, of shorter duration, and of reduced intensity would be more consistent with desired maintenance or improvement of these at-risk riparian and channel systems.

In all cases, horses contribute to the cumulative removal of herbaceous material from channel features and valley terraces. The 200 to 300 horses presently excess to the prescribed AML range of 135 to 235 horses within the HMA and all horses outside the HMA (62 head), either through prolonging the duration and/or intensity of grazing use, exacerbate grazing-related effects on riparian condition and function, including: 1) increasing the rate and absolute quantity of bank and floodplain vegetation removed, which impairs the systems ability to capture and retain

sediment for channel development and restoration processes (this effect can involve extending concentrated use more deeply into the growing season or increasing dormant season use when there are no further opportunities for regrowth and reestablishment of effective stubble), 2) prolonging growing season use that depresses the vigor and density of channel vegetation and selects against those obligate herbaceous forms that yield optimum channel stability and erosion resistance, and 3) reducing plant vigor and density and reducing residual surface litter on valley terraces, which reduces moisture infiltration and alluvial storage that sustains and prolongs delivery to adjacent channels through the summer and fall months. Reducing the duration and intensity of grazing on valley terraces along riparian-bearing channels within the HMA would increase foliar cover, surface litter, and stem/root mass densities, thereby enhancing moisture infiltration and directly increasing channel recharge and contributing incrementally to prolonged flow and vegetation expression in adjacent channels. Removal of horses outside the HMA would eliminate the minor influence of horse use on about 14 miles of riparian-bearing channel, but more importantly, would eliminate the potential for the eventual development of grazing-related problems on these systems as horse populations expand.

*Environmental Consequences of the Proposed Action:* Actual gather operations would have no direct impact on any riparian or wetland sites as no traps will be placed in or adjacent to riparian areas.

*Environmental Consequences of the No Fertility Control Alternative:* Same as the proposed action, but by suppressing effective fecundity, the risk and intensity of grazing effects attributable to a chronic excess of horses (i.e., exceeding established population objectives) would be reduced in the short term.

*Mitigation*: None

*Finding on the Public Land Health Standard for riparian systems*: Adjusting horse populations to meet approved population objectives within the HMA would substantially reduce ungulate grazing use intensity and the deleterious effects of season-long grazing regimes on affected channel systems. This management action would complement recent improvements in livestock grazing management and promote grazing use compatible with sustained improvements in channel function and condition.

**CRITICAL ELEMENTS NOT PRESENT OR NOT AFFECTED**:

No flood plains, prime and unique farmlands, or Wild and Scenic Rivers exist within the area affected by the proposed action. There are also no Native American religious or environmental justice concerns associated with the proposed action.

**NON-CRITICAL ELEMENTS**

The following elements **must** be addressed due to the involvement of Standards for Public Land Health:

**SOILS** (includes a finding on Standard 1)

*Affected Environment*: Overgrazing removes the vegetation that protects soils during runoff events. The production of vegetation is dependent on conditions we do and do not control. Some of these conditions are the amount and distribution of precipitation, water infiltration rates, subsurface soil conditions and management practices.

The soils have been mapped by the Natural Resources Conservation Service (NRCS) in an Order III soil survey for Rio Blanco County. Complete detailed maps and mapping unit descriptions are found in the published survey (NRCS 1982) and are on file at the White River Resource Area office. Listed below, are major soil mapping units which occur within the Piceance HMA.

| Soil Number | Soil Name | Affected Acres | Ecological site | Salinity Mmohs | Erosion Potential |
|---|---|---|---|---|---|
| 73 | Rentsac channery loam | 68,476 | Pinyon-Juniper woodlands | <2 | Moderate to very high |
| 74 | Rentsac-Moyerson-Rock Outcrop complex | 56,127 | PJ Woodlands/Clayey Slopes | <2 | Moderate to very high |
| 91 | Torriorthents-Rock Outcrop complex | 41,159 | Stoney Foothills | - | Very high |
| 36 | Glendive fine sandy loam | 11,501 | Foothills Swale | 2-4 | Slight |
| 15 | Castner channery loam | 10,122 | Pinyon-Juniper woodlands | <2 | Moderate to very high |
| 75 | Rentsac-Piceance complex | 8,334 | PJ woodland/Rolling Loam | <2 | Moderate to high |
| 10 | Blazon, moist-Rentsac Complex | 7,967 | Pinyon-Juniper woodland | 2-4 | Moderate to very high |
| 53 | Moyerson stony clay loam | 7,799 | Clayey Slopes | 2-4 | Very high |
| 1 | Abor Clay Loam | 6,722 | Clayey Foothills | <4 | High |
| 42 | Irigul channery loam | 6,142 | Loamy Slopes | <2 | Very high |
| 13 | Bulkley channery silty clay loam | 5,023 | Pinyon-Juniper woodlands | <2 | High |
| 104 | Yamac Loam | 3,775 | Rolling Loam | <2 | Slight to moderate |
| 70 | Redcreek-Rentsac complex | 3,748 | PJ woodlands/PJ woodlands | <2 | Moderate to high |
| 58 | Parachute Loam | 3,310 | Brushy Loam | <2 | Very high |
| 41 | Havre loam | 3,236 | Foothill Swale | <4 | Slight |
| 59 | Parachute-Rhone loams | 2,831 | Mountain Loam | <2 | Moderate to high |
| 87 | Starman-Vandamore complex | 2,743 | Dry Exposure/Dry Exposure | <2 | Moderate to very high |
| 43 | Irigul-Parachute complex | 2,535 | Loamy Slopes/Mountain Loam | <2 | Slight to high |
| 64 | Piceance fine sandy loam | 2,501 | Rolling Loam | <2 | Moderate to high |
| 76 | Rhone loam | 2,399 | Brushy Loam | <2 | Very high |
| 96 | Veatch channery loam | 2,330 | Loamy Slopes | <2 | Moderate to very high |
| 21 | Cliffdown-Cliffdown Variant complex | 1,851 | Saltdesert Breaks | <2 | Slight to moderate |

| Soil Number | Soil Name | Affected Acres | Ecological site | Salinity Mmohs | Erosion Potential |
|---|---|---|---|---|---|
| 90 | Torrifluvents gullied | 1,461 | None | - | Very high |
| 78 | Rock Outcrop | 1,447 | None | - | Slight |
| 89 | Tisworth fine sandy loam | 1,421 | Alkaline Slopes | >4 | Moderate |
| 56 | Northwater loam | 1,218 | Aspen Woodlands | <2 | Moderate to very high |
| 11 | Borollic Calciorthids-Guben Complex | 1,081 | Stony Foothills/Rolling Loam | <2 | Moderate to high |
| 69 | Razorba channery sandy loam | 990 | Spruce-Fir woodland | <2 | Very high |
| 55 | Nihill channery sandy loam | 974 | Saltdesert Breaks | <2 | Moderate to very high |
| 95 | Uffens loam | 864 | Alkaline Slopes | 4-8 | Moderate |
| 35 | Gaynor-Midway silty clay loam dry | 853 | Silty Saltdesert | <2 | Moderate to high |
| 7 | Billings silty clay loam | 752 | Alkaline Slopes | 2-8 | Moderate to high |
| 33 | Forelle loam | 735 | Rolling Loam | <2 | Moderate |
| 31 | Dollard silty clay loam | 657 | Clayey Foothills | <2 | Very high |
| 6 | Barcus channery loamy sand | 654 | Foothills Swale | <2 | Moderate |
| 46 | Kinnear fine sandy loam | 641 | Loamy Saltdesert | <4 | Slight |
| 48 | Kobar silty clay loam | 604 | Deep Clay Loam | <2 | Moderate |
| 25 | Colorow sandy loam | 555 | Sandy Saltdesert | <2 | Slight |
| 66 | Potts-Begay fine sandy loams | 520 | Loamy Saltdesert/Sandy Saltdesert | <2 | Moderate |
| 67 | Rabbitex flaggy loam | 407 | Pinyon-Juniper woodland | <2 | Moderate to very high |
| 9 | Blakabin-Rhone-Waybe complex | 394 | Brushy Loam/Brushy Loam/Dry Exposure | <2 | Moderate to very high |
| 94 | Turley fine sandy loam | 367 | Alkaline Slopes | 2-4 | Slight to moderate |
| 93 | Turley fine sandy loam | 338 | Alkaline Slopes | 2-4 | Slight |
| 5 | Badland | 306 | None | - | Very high |
| 82 | Silas loam | 276 | Mountain Swale | <2 | Slight to moderate |
| 62 | Patent loam | 252 | Rolling Loam | <2 | High |
| 37 | Glenton sandy loam | 189 | Alkaline Slopes | <4 | Moderate |
| 22 | Clifterson channery loam | 155 | Loamy Saltdesert | <2 | Moderate |
| 49 | Kobar silty clay loam | 135 | Deep Clay Loam | <2 | Moderate to high |
| 34 | Forelle loam | 60 | Rolling Loam | <2 | Moderate to high |
| 38 | Guben loam | 60 | Rolling Loam | <2 | Slight |
| 61 | Patent loam | 41 | Rolling Loam | <2 | Moderate |
| 92 | Trembles loam Wet | 40 | Salt Meadow | <2 | Slight |
| 102 | Work Loam | 36 | Deep Loam | <2 | Moderate to high |
| 40 | Hagga loam | 22 | Swale Meadow | 2-8 | Slight |
| 47 | Kobar silty clay loam | 15 | Deep Clay Loam | <2 | Slight |

In addition, 77 percent of the soils within this HMA have soil properties (i.e. saline, very high erosion potential with slopes greater than 35%, subject to flooding, etc.) that restrict their use. Impacts to soils would be the same as any surface disturbing activity. Managing for proper

CO-110-2006-030-EA    17