vegetation cover and litter is a condition we have control over. Implementing proper management practice protects the watersheds from soil loss caused by water erosion during spring snowmelt and intense rainfall.

*Environmental Consequences of the Proposed Action:* Removal of wild horses would aid in relieving pressures on the existing drainage areas. Annual runoff from public land is quite variable and is dependent on soil type and properties, vegetation type and density, watershed aspect and slope, amount of precipitation, and management practices. Forage deficits could deplete the vegetation cover needed to protect watersheds from runoff/erosion and could cause long-term increases in hill slope soil erosion. Sensitive (e.g. fragile soils) watersheds have a very high erosion potential and are frequently high is salts. It is evident from the data collected by the USGS, that the affected drainages often contribute increased sediment/salt loads to the White River. Because wild horses tend to remain in the same area year after year, watershed conditions in these sensitive watersheds are at an extreme risk. Proper grazing practices within fragile watersheds are consequential in reducing erosion and sedimentation from both streambed and upland sources. Direct and indirect impacts from gather activities would include but are not limited to, disturbance of vegetation and soil compaction at the trap sites. These impacts are expected to be short-term recovering to pre-horse removal conditions within three years.

*Environmental Consequences of the No Fertility Control Alternative:* Without the use of fertility control the range would continue to experience watersheds at extreme risk levels.

*Mitigation*: None.

*Finding on the Public Land Health Standard for Upland Soils*: Most of the affected soils within the herd management area currently are meeting standards for upland soil health. However, areas identified as being in early seral states which are dominated by undesirable plant species such as cheatgrass (see Invasive, Non-Native Species and Vegetation portions of this document) do not meet standards. Portions of the herd management area in early seral states have significantly reduced infiltration and permeability rates which can lead to increased hill slope soil erosion.

## VEGETATION (includes a finding on Standard 3)

*Affected Environment*: The reader is referred to the 1996 White River Resource Area (WRRA) Removal Plan/Rangeland Evaluation, WRRA Environmental Assessment (EA) 96-072 and the 2002 Piceance-East Douglas HMA EA/Gather Plan, WR-02-049. Both these documents have detailed vegetation data and analysis.

Extensive information regarding the vegetation resource is available for review in the White River ROD/RMP. Vegetation in the project area is dominated by pinyon-juniper woodland sites. At the higher elevations the pinyon/juniper community is replaced by a mountain shrub type of mountain big sagebrush, serviceberry, chokecherry and snowberry, with pockets of aspen and subalpine fir on the north facing slopes. The top of the Cathedral Bluffs and the head of Greasewood feature a grassland community favored by horses for summer range. At the lowest

elevations Wyoming big sagebrush and basin big sagebrush/greasewood communities predominate. An Ecological Site Inventory of the entire Piceance-East Douglas HMA was completed from 1991-1993. An Ecological Site inventory was completed for the Greasewood portion of the HMA in 1997. The range sites are: Foothill Swale, Rolling Loam, Stony Foothills, Clayey Slopes, Loamy Slopes, Alkaline Slopes, Clayey Foothills, Brushy Loam, Mountain Loam, Dry Exposure and Mountain Swale. A complete description of these range sites, their physical, climatic, soil and vegetation components is available at the White River Field Office.



Photo #1- Willow Creek Fire 2001, showing moderate utilization.



Photo #2 - Willow Creek Fire 2005, showing heavy wild horse use and increasing rabbitbrush.



## Monitoring Studies

Rangeland monitoring, utilization, focused on the Barcus –Pinto Unit of the HMA primarily because of the fact that when the Piceance part of the HMA is overpopulated, wild horses tend to use this unit on a continuous rather than seasonal basis. This monitoring continues to show wild horse utilization in excess of prescribed levels both on a seasonal and yearlong basis. Utilization studies were conducted using the Key Forage Plant method.

**Piceance Portion Piceance East Douglas HMA Wild Horse Utilization Summary 2003-2005**

| Key Area | Season of Use | | | | % Utilization By Species | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Spring | Summer | Fall | Winter | Indian Rice Grass | Western Wheat Grass | Bluebunch Wheat Grass | Blue Grass (mutton sandberg) | Thickspike Wheat grass | Needle and Thread | Winter fat |
| **2003** | | | | | | | | | | | |
| Pinto Mesa | | X | | | 63 | 50 | | 60 | | | 63 |
| Pinto Gulch | | | X | | 70 | 44 | | 60 | | 62 | |
| Pinto Gulch | | | X | | | 70 | 50 | | | 61 | |
| Pinto Mesa | | | X | | | 55 | 70 | 70 | | 66 | |
| Pinto Mesa | | | X | | | 60 | | 60 | | 69 | |
| **2004** | | | | | | | | | | | |
| Middle Barcus | | | | X | 56 | | 66 | | | | |
| Middle Barcus | | | | X | | | 50 | 23 | | | 68 |
| North Barcus | | | | X | 56 | | 64 | | 54 | | |
| North Barcus | | | | X | 64 | | 70 | | 57 | | |
| Pinto Mesa | X | | | | | 35 | | 50 | | 45 | |
| Pinto Mesa | X | | | | | | | 50 | | 44 | |
| Pinto Mesa | X | | | | 50 | | 54 | | | 49 | |
| Pinto Mesa | X | | | | 68 | | 53 | | | 50 | |
| Pinto Mesa | X | | | | | 45 | | | | 59 | |
| **2005** | | | | | | | | | | | |
| North Barcus | | | | X | 85 | | 84 | | 81 | | |
| North Barcus | | | | X | 76 | | 78 | | 76 | | |
| North Barcus | X | | | | 66 | 43 | 64 | | | | |
| Pinto Mesa | X | | | | 60 | | 64 | | | 50 | |
| Pinto Mesa | X | | | | | 35 | 63 | | | 56 | |
| Pinto Mesa | X | | | | 63 | | 70 | | | | |
| Pinto Mesa | | X | | | 70 | 59 | | | | 60 | |

**East Douglas Portion Piceance East Douglas HMA Wild Horse Utilization Summary 2001, 2005**

| Year | Key Area | Season of Use C-Cattle H-Horses | | | | % Utilization By Species | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Spring | Summer | Fall | Winter | Western Wheat Grass | Crested Wheat grass | Pubescent wheatgrass | Orchard grass | Bluebunch wheatgrass | Carex |
| 2001 | Willow Cr Fire | C,H | H | C,H | H | | 37 | 47 | 90 | | |
| 2001 | Tommy's Uplands | C,H | H | C,H | H | 43 | | | | 43 | |
| 2001 | Tommy's Bottom | C,H | H | C,H | H | 70 | | | | | |
| 2001 | Tommy's Pipeline | C,H | H | C,H | H | | | 70 | | | |
| 2001 | Wild Rose | C,H | H | C,H | H | 42 | | | | | |
| 2001 | Horse Pasture | C,H | H | C,H | H | 50 | | | | | |
| 2005 | Willow Cr Fire | C,H | H | C,H | H | | Not Found | 84 | Not Found | | |
| 2005 | Tommy's Uplands | C,H | H | C,H | H | 50 | | | | | 50 |
| 2005 | Tommy's Bottom | C,H | H | C,H | H | | 90 | 90 | | | |
| 2005 | Tommy's Pipeline | C,H | H | C,H | H | | | 90 | | | |
| 2005 | Wild Rose | C,H | H | C,H | H | 40 | | | | | |
| 2005 | Horse Pasture | C,H | H | C,H | H | | | 70 | | | |

Studies continue to show that utilization of the forage resource exceeds both the White River ROD/RMP and Herd Management Area Plan limits both on a seasonal and yearly basis. The immediate past and current levels of forage utilization coupled with the severity of the drought conditions from 2001-2004 continues to negatively impact rangelands throughout the HMA.

Rangeland trend studies set up to monitor the success of fire rehabilitation projects in Barcus Creek, North Barcus and East Greasewood have also documented the ongoing negative impact that the overpopulation of wild horses is having on desirable plant species in these areas.

*Environmental Consequences of the Proposed Action:* Failing to remove wild horses will increase the numbers of wild horses by approximately 20% each year and 100% in four years. Utilization on those sites showing heavy or severe rates are expected to remain unchanged with horses continued use of these areas and the need to range further to acquire forage. As the horses range out further in search of forage, utilization both in terms of intensity and duration will increase on these areas as well. The end result will be degradation of these communities in composition and productivity which will require the horses to continue their search for forage. The above scenario is exactly what is occurring in the Tommy's Draw area where as horses have expanded their range outside of the HMA and degradation of plant communities are occurring. The photos below are of the Willow Creek fire which is immediately outside of the East Douglas Herd Management Area boundary.

Removal of the 35 horses in the Tommy's Draw area and immediately outside of the HMA will decrease use in these areas by 795 AUMs which would decrease forage utilization between

horses and livestock by more than 63%. In addition year-long grazing would be reduced until horses reoccupy the area, with the expected result that these plant communities will recover.

Applying immunocontraception would, in the case of the wild horses released back into East Douglas area allow the population to recover to approximately 26 horses in 2010 (this figure is 10%/year rate).

Rangeland monitoring studies continue to support the need for a drastic reduction in the population of horses in the Piceance – East Douglas HMA so that rangeland recovery may take place. Should the proposed action be fully implemented and the horse population managed in the future within the prescribed AML rang, e then it is reasonable to expect that rangeland vegetation would experience both a short and long term recovery in cover and production.

*Environmental Consequences of the No Fertility Control Alternative:* Gathering the horses down to the low end of the AML without fertility control will mean that by the next scheduled gather in approximately 2010 (4 year cycle), the adult population will exceeded the high end of the AML by at approximately 40 head of wild horses and possibly upwards of 100 head of wild horses. This overpopulation is not compatible with maintaining and improving rangeland conditions as prescribed in the White River ROD/RMP.

*Mitigation*: Monitoring will assist identifying any additional actions necessary; i.e. aggressive rehabilitation and re-vegetation efforts including but not limited to aerial and drill seeding with adapted species especially following large wildland fires within the Herd Management Area.

*Finding on the Public Land Health Standard for plant and animal communities* (partial, see also Vegetation and Wildlife, Terrestrial): In summary, the current and immediate past overpopulation of wild horses and their utilization of rangelands in the Piceance – East Douglas HMA is inconsistent with and is a direct contradiction of the Colorado Standards for Rangeland Health adopted July 1, 1997.


**WILDLIFE, AQUATIC** (includes a finding on Standard 3)

*Affected Environment*: The larger mainstem and East Douglas Creeks and Yellow Creek are the only systems capable of supporting higher order aquatic habitats (i.e., vertebrate forms) within the area occupied by horses. Mainstream Douglas and East Douglas Creek are proper functioning systems that have sustained a long term improving trend in aquatic habitat conditions. Lower East Douglas Creek, a willow-dominated system heavily colonized by beaver, is occupied throughout its length by speckled dace and occasionally by trout that disperse from upstream reaches. Enhanced flow delivery from East Douglas Creek has initiated improving trends in mainstem Douglas such that willows continue to expand downstream and laterally as does the persistence and extent of beaver occupation. At the present time and in spite of flow variability and heavy periodic sediment loads that severely limits habitat conditions for fish and other vertebrate forms; Douglas Creek persists in supporting discontinuous populations of speckled dace.

Beaver have sporadically occupied portions of lower Yellow Creek, a larger sedge-dominated system, over the past 20 years, but within 3 miles of the White River, recent occupation by beaver has tended to be more expansive and prolonged. As of 1993, no fisheries had ever been documented from Yellow Creek, but recent investigations by BLM found relatively strong populations of native speckled dace and introduced white sucker below the Barcus Creek confluence.

*Environmental Consequences of the Proposed Action:*  Horse use is not currently influencing riparian character or aquatic conditions in the Douglas Creek drainage. Removal of horses as proposed would ensure that continued expansion of horse populations would not begin to adversely influence these systems. Vegetation density and residual aftermath remaining after the grazing period (including regrowth) on those portions of Yellow Creek now sustaining yearlong use by horses would be expected to undergo marked improvement in the short term (see discussion in Riparian section). Reducing the HMA's horse population by 70% should have the effect of not only reducing the intensity of use during the grazing period, but, by reestablishing seasonality in grazing use patterns, allow effective vegetation recovery after the grazing use period. By removing the influence of yearlong horse use, livestock grazing systems that have been designed to operate in a manner that is more compatible with riparian and channel function would be allowed to express themselves in the longer term development of obligate riparian/wetland forms (e.g., sedge, rush) which offer superior erosion resistance and are key elements in supporting processes that improve and restore channel function. Proper functioning systems, by merit of riparian vegetation expression, increased channel stability, prolonged flow, and more complex channel morphology, generally support richer and more diverse animal communities than degraded stream systems, be it a vertebrate or invertebrate.

*Environmental Consequences of the No Fertility Control Alternative:*  Same as the proposed action, but by suppressing effective fecundity, the risk and intensity of grazing effects attributable to a chronic excess of horses (i.e., exceeding established population objectives) would be reduced in the short term.

*Mitigation*:  None

*Finding on the Public Land Health Standard for plant and animal communities* (partial, see also Vegetation and Wildlife, Terrestrial):  Aquatic habitats associated with the HMA currently meet the land health standards. Adjusting horse populations to meet approved population objectives within the HMA would substantially reduce grazing use intensity and the deleterious effects of season-long grazing regimes in localized portions of these watersheds and would complement recent improvements in livestock grazing management. Both alternatives would support and strengthen sustained improvements in aquatic habitat conditions consistent with continuing to meet land health standard.

**WILDLIFE, TERRESTRIAL** (includes a finding on Standard 3)

*Affected Environment*: Big Game: Horse distribution in this Resource Area is coincident with the seasonal ranges of mule deer and elk. Elk populations in Game Management Units 21 and 22 (part of DAU E-10) are thought to be fairly consistent with Colorado Division of Wildlife's (CDOW) long-term population objective. Although the numbers of elk in DAU E-10 are thought to be at population objective, it is believed that the number of animals actually occupying public land portions of Piceance Basin has declined since 1996, whereas elk in the Douglas basin are thought to have undergone modest increases since that time. Deer population objectives are consistent with those authorized in the White River ROD/RMP in 1997 for the Piceance and Douglas planning units, but their current status varies widely. Although overall deer populations exceed objectives in the expansive DAU D-7 (which includes Piceance Basin), winter use in GMU 22 may more accurately mirrors trends in adjoining units to the south (about 30% below objective). Wintering deer populations are thought to be substantially lower (as much as 50%) than desired objectives in Douglas (GMU 21).

In general, the seasonal ranges of horses are not as spatially distinct as big game and their continuous, yearlong pattern of occupation tends to largely coincide with traditional big game transition and winter ranges. This distribution pattern appears to be exaggerated at higher horse densities. The effects of horse removal on big game habitats involves the incremental reduction in the rate, persistence, and ultimate degree of herbaceous and woody plant material removed by large grazers within and surrounding the HMA. Forage-related impacts between horses and big game are additive to and similar in nature to livestock and interspecific big game competition. Although horses compete with big game for forage resources, authorized forage use within the HMA has been integrated in a multiple use context. However, the demographics of current horse populations aggravate forage-related competition between and among deer, elk, and livestock by exceeding the range of authorized use (i.e., currently 200 head over the upper end of AML) and extending to at least 100,000 acres outside the HMA.

Competitive interaction among horses and big game during the summer is most likely when horses co-habit ranges in close proximity to Piceance Basin's relatively limited aspen habitats. Favored fawn and calf-rearing habitat along the Cathedral Rim is best represented by aspen woodlands and surrounding mixed shrub communities within 1 mile of free water. Considering the attraction of water for all summer/fall grazers, these areas are frequently subjected to heavy use of herbaceous growth. Declining availability in preferred forb forage, both through grazing use and a decline in conditions amenable to soil moisture retention (i.e., standing crop and litter), reduces the prospects of deer or elk maintaining favorable nutritional status through the fawn or calf-rearing period. In any case, increasing numbers of horses impose still further on a limited herbaceous forage base and increases the likelihood of short-term overuse and long-term deterioration of rangeland productivity and plant diversity in favored big game summer habitats.

Horses have expanded their range to include expanses of important big game winter habitats outside the HMA (see table in Affected Environment). In situations where herbaceous forage is limited (i.e. excessive grazing use, declining range condition, or limited site potential) horses make increasing use of woody forages relied upon by wintering deer. Forage competition is exaggerated with coincident use of southerly exposures during the winter use period by deer and

horses. Horses, by virtue of behavior and physique, are capable of seeking new range when forage supplies are exhausted, whereas deer, because of strong and rigid fidelity to traditional seasonal home ranges, will remain on discrete winter range parcels depleted by transient and gregarious groups of horses. It appears, too, that horses exert indirect and long-term influences on woody forage supplies on deer winter and transitional ranges by quickly discovering and making prolonged use of vegetation manipulation projects or wildfires (e.g., a number of recent large fires on Calamity Ridge). Although emerging herbaceous growth is likely the primary attraction, horses wander extensively through these areas during the growing season, stripping leaves from leaders of resprouting shrubs. This form of use causes the leaders to die-back, reducing the availability of dormant woody forage for subsequent winter use and reducing overall plant vigor and further growing season production, as well as causing a long-term shift in community structure and composition adverse to deer.

The current distribution of horses in Piceance Basin outside the HMA boundary involves double the extent of Piceance Basin's deer and elk ranges as authorized within the HMA. Current horse distribution in the Douglas basin east of mainstem Douglas and East Douglas Creeks involves relatively little big game range outside the HMA (approximately 5,000 acres each of deer general winter range and elk severe winter range).

| Relative extent(%) of big game seasonal ranges within authorized HMA boundary and that coinciding with current horse distribution | | | | | | |
|---|---|---|---|---|---|---|
| | **Deer** | | | **Elk** | | |
| Seasonal Ranges | HMA within Piceance Basin | Current Piceance Basin | HMA within Douglas Basin | HMA within Piceance Basin | Current Piceance Basin | HMA within Douglas Basin |
| General Winter Range | 16 | 35 | 15 | 23 | 58 | 17 |
| Severe Winter Range | 16* | 40* | 5 | 48 | 96 | 17 |
| Summer Range | 17 | 31 | 2* | 5* | 12* | --- |
| *Designation conveyed to habitats that, within a given herd area (DAU), are most limited in supply or are of inordinate value; the loss or deterioration of which would adversely affect the species. | | | | | | |

The mid to late winter/early spring period (December to early May) presents the greatest nutritional challenge for deer, in part, because the quantity and accessibility of forage is constrained by snow accumulations and the nutritional properties of available forage are low. Adequate forage volume and quality are essential for avoiding excessive and irreversible weight loss that results in excessive winter mortality and inadequate fetal development. Under heavy snow conditions and under normal circumstances by February, deer are often relegated to south facing slopes on late winter ranges (i.e. severe winter ranges) which offer moderated daytime temperatures and snow depth. Although forage volume is small, south-facing slopes promote early herbaceous emergence and minimal constraint in accessing forage. Severe winter ranges are those that by virtue of elevation and aspect moderate the effects of snow depth and temperatures during winters of heavy snowfall and extreme cold. They are specifically defined as that part of the winter range where 90% of the animals are located when snowpacks are a maximum in the worst two years out of 10, but receive consistent annual use by large numbers of animals in the late winter and early spring months.

In March and April, deer seek and make increasing use of emerging herbaceous forage (up to 40% grasses). Early spring (April-May) forage supplies and availability are essential for increasing the physical condition of deer recuperating from winter deficiencies in preparation for spring movements, accelerated fetal growth and development, and subsequent lactation. Summer diets (June-August) involve 60-90% herbaceous forage, primarily forbs. As forbs progress toward dormancy with the onset of warmer and drier summer conditions, their nutritional value declines, and management that prolongs the availability of succulent, high quality forage is of great advantage. As the sites producing fresh herbaceous material decline through late fall, browse begins to assume a dominant and nutritionally superior dietary fraction. Throughout this period (August through December), deer must assimilate nutrients and energy in excess of need, thereby allowing for the production and storage of fat and protein reserves in preparation for winter. Nutritional assimilation is strongly enhanced by a diverse diet, regardless of season. There are indications that depressed deer production and periodic low winter fawn survival is depressing the resilience of Piceance and Douglas populations and is indicative of forage-related deficiencies on ranges occupied outside the late winter season (i.e. spring and early winter). CDOW has responded to this issue, in part, by reducing herd objectives in the Douglas and Piceance basins by 10-20% for deer (compared to 1987-90 populations) and adopting a management strategy of maintaining smaller, more resilient herds with enhanced productivity and reduced winter carryover. DOW is also continuing to curb/reduce the rate of elk expansion in Piceance and Douglas basins through regulated harvest.

Raptors/Nongame: Raptor nesting activities (i.e. hawks, eagles, and owls) are dispersed throughout the project area in pinyon-juniper woodlands (e.g. Cooper's hawk, long-eared owl) and on rock outcrops (e.g. golden eagle). The bulk of nest activities are normally complete by early August, but late attempts or renesting can lapse through the first two weeks of August. Although limited, nesting records for all potentially affected species indicate that virtually all buteo hawks, eagles, and owls would successfully fledge young by late July. Conversely, about 15% of accipitrine hawk nesting attempts (i.e., sharp-shinned and Cooper's hawks) would not have fledged young by early August. The maintenance of raptor populations (production and recruitment) is largely dependent on its small mammal and bird prey base.

The wide variety of habitats encompassed by the HMA support a broad array of nongame birds and mammals that are typical of the region's woodland and shrubland communities. These nongame populations appear in appropriate density and widely distributed in extensive like-habitats across the Resource Area and northwest Colorado; there are no narrowly endemic or highly specialized species known to inhabit those lands potentially influenced by this action. Nongame animal populations are relied upon to provide sufficiently abundant and diverse prey to satisfy the requirements of the predator array. Under any given circumstance, nongame populations are generally more diverse and abundant when the habitat's herbaceous component, as substrate for cover or forage, is better expressed in terms of height, ground cover, and compositional diversity.

Sage-grouse: The current Herd Management Area encompasses about 7% of all occupied sage grouse range in the Piceance Basin, including 13% of delineated production and brood areas. Horses outside the HMA presently occupy 18% of Piceance Basin's sage grouse ranges, including 31% of available brood and production areas. There is serious concern over the

dramatic decline of sage grouse populations throughout the western United States, and in particular, small, insular populations aptly represented by the Piceance Basin/Roan Plateau birds. This concern has prompted a hunting closure in this area and may yet culminate in the nation-wide listing of sage grouse as a threatened species. Major concerns that perennially surface as sage grouse management issues include:

- excessive grazing use of riparian/wet meadow areas or upland meadows which provide a persistent source of broadleaf herbs during the brood period (mid-May through August)
- excessive removal of herbaceous cover on production (nesting) and brood areas during the previous fall and winter, and during the nesting and early brood-rearing periods (April-August)
- Mesic upland meadows and adjacent drainage bottoms and spring sites produce persistent broadleaf herbage and insects favored and nutritionally required by grouse broods from April through August.

Deterioration of upland meadows and channel systems and premature depletion of broadleaf forage is considered a factor coequal with sagebrush conversion in contributing to declines in continental sage grouse populations. Optimal nest habitat consists of sagebrush stands with conformation that provides effective horizontal and vertical concealment. Understory herbaceous components, including grasses, complements horizontal nest concealment and improves microclimatic (e.g. temperature, humidity, wind) conditions at the nest site. There is evidence suggesting that both nest success and the survival of young broods is markedly enhanced by well developed herbaceous understories beneath and among sagebrush canopies. Heavy grazing use not only reduces the availability of forbs and, perhaps, invertebrates as grouse forage, but aggravates soil moisture loss in the later part of the growing season, and typically prompts retreat of broods to light or moderately utilized ranges, if available. Throughout the year, but particularly during the reproductive period (April through August), sage grouse are behaviorally relegated to the gently sloping sagebrush and mixed brush ridgetop situations at higher elevations of Piceance Basin--habitat that is generally confined to narrow ridgetop situations, and areas for which horses show mutual preference spring through fall.

*Environmental Consequences of the Proposed Action:* <u>Big Game</u>: Horse gather operations conducted in September would not coincide with any important big game activity or function. Short term disturbance caused by helicopter flyovers on higher elevation summer and transition ranges would be of no significant consequence in terms of animal distribution or energetics.

Competitive interaction among horses and big game during the summer is most likely when horses co-habit ranges in close proximity to Piceance Basin's relatively limited aspen habitats. Favored fawn and calf-rearing habitat along the Cathedral Rim is best represented by aspen woodlands and surrounding mixed shrub communities within 1 mile of free water. Considering the attraction of water for all summer/fall grazers, these areas are frequently subjected to heavy use of herbaceous growth. Declining availability in preferred forb forage, both through grazing use and a decline in conditions amenable to soil moisture retention (i.e., standing crop and litter), reduces the prospects of deer or elk maintaining favorable nutritional status through the fawn or calf-rearing period. In any case, increasing numbers of horses impose still further on a limited

herbaceous forage base and increases the likelihood of short-term overuse and long-term deterioration of rangeland productivity and plant diversity in favored big game summer habitats.

Under the proposed action, reducing the overall grazing load through horse reduction or removal would provide both immediate and longer-term indirect improvement in big game forage conditions throughout the year. Grazing management which moderates or defers use of mutually preferred forages would increase herbaceous forage availability, reduce reliance on alternate woody forage by livestock and horses or inappropriate seasonal use by big game (as a winter forage base for deer), and maintain or enhance plant diversity and vigor in the mixed shrub and sagebrush communities (promoting divergent forage selection and enhancing animal nutrition, especially on late summer through early winter ranges). Although non-wildlife grazing use, including horses, can be managed in a manner that enhances or maintains important forage attributes of seasonal big game ranges, the cumulative influence of inappropriate grazing use (timing or intensity) that depresses the vigor, density, persistence and diversity of vegetation is counterproductive to all species. Present horse use within the HMA is about double the maximum that is currently authorized (midpoint of AML range). Removal of excess horses from within the HMA would reduce cumulative grazing use on herbaceous and woody forage within the HMA by 15-20%.

Removal of horses from areas outside the HMA boundary would eliminate competitive influences of horses from about 20% of the overall deer winter range in Piceance Basin, including 24% of its critical severe winter range habitats and 14% of the Basin's deer summer range extent. Similarly, horse removal outside the HMA would remove forage competition attributable to horses on about 35% of Piceance Basin's elk winter ranges, including nearly half of its severe winter range extent and 7% of its critical elk summer range.

Raptors-Nongame:  Horse removal operations in September would occur after non-game (including raptor) nesting activities are complete and would have no influence on non-game reproductive functions.

Reducing excess grazing influences on herbaceous understory expression lends impetus for widespread enhancement and development of herbaceous ground cover and woody elements throughout the project area's woodland and shrubland habitats--key determinants in the capacity of habitats to support raptors and their small mammal and nongame bird prey. Removing unauthorized horse use and reducing horse populations within the HMA to objective levels more compatible with sustained plant vigor and range capacity would help reverse deteriorating or static rangeland trends and would contribute incrementally to improved understory expression across 40% of the Piceance Basin and 22% of the Douglas Creek watersheds.

Grouse:  Proposed horse removal would decrease the total ungulate grazing load by 15-20% within the HMA. It is estimated that grazing reductions within the HMA would be capable of increasing effective herbaceous cover heights on nest and brood ranges by up to 2 inches across 7% of all occupied sage-grouse range, including 13% of delineated production and brood areas in Piceance Basin. The influence of year-round grazing use attributable to horses would be removed from an additional 11% of overall sage-grouse range in Piceance Basin, including 18% of delineated brood and nest habitats. Proposed horse removal and reductions would provide

tangible relief of grazing-related influences being imposed on sage-grouse nesting and brood rearing functions and would aid in achieving grazing management consistent with maintenance and recovery of this species in Piceance Basin.

*Environmental Consequences of the No Fertility Control Alternative:*  Same as the proposed action, but by suppressing effective fecundity, the risk and intensity of grazing effects attributable to a chronic excess of horses (i.e., exceeding established population objectives) would be reduced in the short term.

*Mitigation:*  Surveys for raptor nesting activity will be conducted by WRFO staff on those trap sites proposed for use or development prior to August 15. In the event an active raptor nest is found in the vicinity of trapping operations, these sites will be afforded a buffer adequate to effectively isolate nesting activity from disruptions generated from horse trapping operations.

*Finding on the Public Land Health Standard for plant and animal communities* (partial, see also Vegetation and Wildlife, Terrestrial):  Although wildlife habitat conditions in the HMA and surrounding allotments generally meet the public land health standard, elevated grazing loads attributable to horse populations in substantive excess of established objectives detract from the availability and utility of vegetation resources as wildlife forage and cover.  Both alternative actions would be effective in ensuring continued meeting of the land health objectives by moderating grazing effects across the HMA and removing horse-related influence from surrounding areas outside the HMA.

**OTHER NON-CRITICAL ELEMENTS:**  For the following elements, only those brought forward for analysis will be addressed further.

| Non-Critical Element | NA or Not Present | Applicable or Present, No Impact | Applicable & Present and Brought Forward for Analysis |
|---|---|---|---|
| Access and Transportation | | X | |
| Cadastral Survey | X | | |
| Fire Management | | | X |
| Forest Management | | X | |
| Geology and Minerals | | X | |
| Hydrology/Water Rights | | | X |
| Law Enforcement | | X | |
| Noise | | | X |
| Paleontology | | | X |
| Rangeland Management | | | X |
| Realty Authorizations | | X | |
| Recreation | | | X |
| Socio-Economics | X | | |
| Visual Resources | X | | |
| Wild Horses | | | X |

# FIRE MANAGEMENT

*Affected Environment*: Projects completed within and adjacent to the horse management area for wildland fuels management include the Wolf Ridge prescribed burn, Natural Soda brush beating, and the Greasewood wildland fire use rehabilitation. The Wolf Ridge burn occurred within the HMA treating 550 acres. Since the completion of this project undesired invasive annuals including cheatgrass have established on the site and now average 22% of the species composition and 4% of the total plant cover on the treated site. This is of concern in the post fire environment where the average plant cover for the treated site is only 14.8%. Pretreatment the project area did have cheatgrass however the species was a minor component of the plant community comprising less than 5% of the species composition. Since the completion of the prescribed burn in August 2004 a resident horse herd of unknown size has utilized the burn area all four seasons of the year. The early seral perennial vegetation has been directly impacted by continued year round grazing to a threshold where aggressive annuals may dominate the site without some deferment of grazing within the burn area. Cattle grazing has been deferred from the burn area since 2004 to the present to allow re-establishment of early seral perennial vegetation which would indicate a correlation between horse utilization and undesirable species composition within the burn area.

The Natural Soda Project and Greasewood rehabilitation projects occurred outside the HMA and upon completion of the projects horse herds have taken up residence within close proximity to each project. The Natural Soda Project was a cooperative project between BLM and Natural Soda Inc. to protect the soda mine from damage by wildfire and to enhance mule deer winter ranges. Natural Soda Inc. provided native seed to enhance degraded sagebrush understories. Upon completion of the project a horse herd living outside the HMA began utilizing these treatment areas throughout the fall of 2005 to present with moderate to severe utilization observed. This use could jeopardize the seeding efforts designed to enhance mule deer winter ranges, because of the continued use through the critical growing season, as well as the partnership developed between BLM and Natural Soda Inc to manage for land health. The Greasewood WFU rehabilitation was a project designed to preempt cheatgrass establishment utilizing native grasses and forbs on the north end of Magnolia Bench well outside the HMA. The project was completed in December 2004 and had exceptional first season growth and establishment. Going into the fall of 2005 a horse herd moved onto the fire from the eastern side of Magnolia bench. The utilization in the spring of 2006 has been severe in Greasewood Gulch and the adjoining uplands.

From a fire ecology perspective, increased cheatgrass dominance within a plant community leads to a disruption in the natural fire cycle by increasing the fine fuel loading and fuel bed continuity. This results in an increased fire return interval which leads to larger uncharacteristically intense fires that further degrade native plant communities.

*Environmental Consequences of the Proposed Action*: Removal of horses that are present outside the HMA and managing the HMA at the appropriate management level will aid in maintaining the ecological stability of native plant communities. Plant communities will be less susceptible to weed invasion, including increased dominance of cheatgrass. This will decrease

the potential to change the fire regime of the affected native plant communities from infrequent fire return intervals ($\geq$ 100 years) to more frequent $\leq$ 10 year fire cycles which inhibit native plant growth and establishment and favor short lived, flashy annuals which result in uncharacteristically large and difficult to control fires.

   *Environmental Consequences of the No Fertility Control Alternative:*    Same as above.

   *Mitigation*: None.


## HYDROLOGY AND WATER RIGHTS:

   *Affected Environment*:  There are many water sources within the herd management area, and horse trampling around these water sources occurs. When the numbers of horses within the herd management area are not controlled, negative impacts such as trampling, removal of vegetation to bare ground and eventually head cutting will occur.

The primary drainages affected by the proposed action are Douglas Creek, Yellow Creek (tributary to White River) and Ryan Gulch (tributary to Piceance Creek). Overland runoff to these streams results mostly from snowmelt in spring and short-duration, high- intensity rainstorms in summer. Most main streams within the Douglas Creek, Piceance Creek and Yellow Creek basins are intermittent, meaning some reaches have no flow while other reaches have perennial flows. Base-flow to these streams originates principally from springs and other ground water inflow. Surface discharge and periodic water quality records are available on Douglas Creek and Yellow Creek for the years 1973-1982 and 1988 to present in the Colorado annual water resources reports (U.S. Geological Survey). Yellow Creek's annual mean water discharge for period of record is 2.28 cubic feet per second. To signify the magnitude of an intense rainstorm, the historical instantaneous peak flow on this drainage occurred on September 7, 1978, where 6,800 cubic feet per second were measured using the slope area technique. In the White River Water Atlas, there have been 90 springs identified in the Herd Management Area. Seventy-seven of the springs have had inventories and fifty-one have water rights filed on them. The data collected in these inventories is listed below.

| SECTION NUMBER | TOWNSHIP | RANGE | MAP CODE | WATER RIGHT | SC | PH | Q IN GPM | DATE MEASURED |
|---|---|---|---|---|---|---|---|---|
| 6 | 2N | 99W | 119-01 | 85CW341 | 5851 | 8 | 0 | 11-Jul-83 |
| 4 | 2N | 99W | 119-02 | | 2589 | 7 | 1.15 | 31-Aug-83 |
| 1 | 2N | 100W | 119-03 | 85CW460 | 5000 | 8 | | 05-Jul-83 |
| 1 | 2N | 100W | 119-04 | | 5589 | 9 | 0.02 | 30-Jun-83 |
| 12 | 2N | 100W | 119-05 | | 5249 | 9 | 0.05 | 30-Jun-83 |
| 10 | 2N | 100W | 119-06 | | 9563 | 8 | 1.5 | 30-Jun-83 |
| 7 | 2N | 99W | 119-07 | 85CW341 | 3469 | 9 | 0.13 | 05-Jul-83 |
| | | | | | 3648 | 7 | 0.04 | 12-Jul-83 |
| 9 | 2N | 99W | 119-09 | 85CW412 | 1659 | 8 | 0.08 | 31-Aug-83 |
| 17 | 2N | 99W | 119-10 | | 1411 | 9 | 0.46 | 12-Sep-83 |
| 19 | 2N | 99W | 119-12 | 85CW458 | 4600 | 8 | 0.88 | 13-Jul-83 |
| 9 | 2N | 100W | 119-13 | 85CW461 | 2402 | 8 | 0.61 | 30-Jun-83 |

| SECTION NUMBER | TOWNSHIP | RANGE | MAP CODE | WATER RIGHT | SC | PH | Q IN GPM | DATE MEASURED |
|---|---|---|---|---|---|---|---|---|
| 9 | 2N | 100W | 119-15 | 85CW461 | 2201 | 8 | 0.16 | 30-Jun-83 |
| 9 | 2N | 100W | 119-16 | 85CW461 | 6617 | 7 | | 30-Jun-83 |
| 19 | 2N | 99W | 119-19 | 85CW458 | 2691 | 8 | 8.11 | 13-Jul-83 |
| 19 | 2N | 99W | 119-20 | 85CW458 | 8347 | 9 | 0.75 | 13-Jul-83 |
| 18 | 2N | 99W | 119-21 | 85CW458 | 5563 | 8 | 0.09 | 13-Jul-83 |
| 18 | 2N | 99W | 119-22 | 85CW458 | 6192 | 7 | 0.02 | 13-Jul-83 |
| 18 | 2N | 99W | 119-23 | | | | | 13-Sep-83 |
| 7 | 2N | 99W | 119-24 | 85CW341 | 5170 | 8 | 0.93 | 12-Jul-83 |
| 6 | 2N | 99W | 119-26 | . | 6742 | 9 | 0.08 | 11-Jul-83 |
| 6 | 2N | 99W | 119-27 | | 6321 | 9 | | 11-Jul-83 |
| 1 | 2N | 100W | 119-28 | 85CW460 | 4834 | 9 | 0.02 | 05-Jul-83 |
| 7 | 2N | 99W | 119-30 | 85CW411 | 3907 | 8 | 1 | 12-Jul-83 |
| 7 | 2N | 99W | 119-31 | 85CW411 | 2132 | 8 | 1.56 | 12-Jul-83 |
| 6 | 2N | 99W | 119-32 | 85CW411 | 8160 | 6 | 0.13 | 12-Jul-83 |
| 6 | 2N | 99W | 119-35 | | | | | 11-Jul-83 |
| 6 | 2N | 99W | 119-36 | | 5710 | 9 | | 11-Jul-83 |
| 5 | 2N | 99W | 119-40 | 85CW410 | 3380 | 8 | 17.9 | 15-Sep-83 |
| 15 | 2N | 100W | 119-44 | | 3945 | 7 | | 30-Jun-83 |
| 6 | 2N | 99W | 119-45 | 85CW341 | 6508 | 10 | 0.01 | 11-Jul-83 |
| 6 | 2N | 99W | 119-46 | | 6017 | 7 | | 12-Jul-83 |
| 7 | 2N | 99W | 119-48 | 85CW411 | 2215 | 8 | 0.07 | 12-Jul-83 |
| 18 | 2N | 99W | 119-50 | 85CW458 | 50000 | 8 | | 13-Jul-83 |
| 19 | 2N | 99W | 119-51 | 85CW458 | 3816 | 8 | 3.16 | 13-Jul-83 |
| 19 | 2N | 99W | 119-52 | 85CW458 | 6440 | 9 | 0.12 | 13-Jul-83 |
| 19 | 2N | 99W | 119-53 | 85CW458 | 13000 | 9 | | 13-Jul-83 |
| 19 | 2N | 99W | 119-54 | 85CW458 | 9820 | 8 | 0.03 | 13-Jul-83 |
| 5 | 2N | 99W | 119-55 | 85CW368 | 4450 | 8 | 0.41 | 15-Sep-83 |
| 26 | 2N | 98W | 146-02 | | 4198 | 8 | | 16-Sep-83 |
| 31 | 2N | 99W | 148-06 | 85CW459 | 1415 | 8 | 1.39 | 31-Aug-83 |
| 24 | 2N | 100W | 148-34 | 85CW462 | 8034 | 9 | 4.17 | 26-Aug-83 |
| 30 | 2N | 99W | 148-44 | 85CW459 | 2057 | 8 | 0.95 | 31-Aug-83 |
| 28 | 1N | 101W | 149-02 | | 11419 | 8 | 0.2 | 21-Jun-84 |
| 33 | 1N | 100W | 149-03 | AR72,81CW4 | 2549 | 8 | 1 | 14-Aug-84 |
| 4 | 1N | 101W | 149-04 | 85CW455 | 1957 | 9 | 0.54 | 26-May-83 |
| 35 | 2N | 101W | 149-12 | 85CW374 | 6251 | 8 | 7.5 | 14-Aug-84 |
| 18 | 1S | 100W | 156-03 | 85CW376 | 6283 | 9 | 12 | 14-Aug-84 |
| 32 | 1S | 100W | 156-05 | 85CW377 | 8610 | 8 | 20 | 13-Jun-84 |
| 32 | 1S | 100W | 156-06 | 85CW443 | 3269 | 8 | 0.7 | 09-Jul-84 |
| 32 | 1S | 100W | 156-07 | 85CW443 | 3175 | 9 | 4.6 | 09-Jul-84 |
| 9 | 2S | 100W | 156-09 | | 3078 | 9 | 100 | 26-Jun-84 |
| 18 | 1S | 100W | 156-14 | 85CW376 | 3096 | 9 | 0.5 | 14-Aug-84 |
| 18 | 1S | 100W | 156-15 | 85CW376 | 4645 | 9 | 5 | 14-Aug-84 |
| 21 | 1S | 100W | 156-16 | | 2049 | 7 | 2.5 | 14-Aug-84 |
| 32 | 1S | 100W | 156-19 | 85CW377 | 9479 | 8 | 0.8 | 13-Jun-84 |
| 32 | 1S | 100W | 156-20 | | 5096 | 8 | 0.2 | 13-Jun-84 |

CO-110-2006-030-EA

| SECTION NUMBER | TOWNSHIP | RANGE | MAP CODE | WATER RIGHT | SC | PH | Q IN GPM | DATE MEASURED |
|---|---|---|---|---|---|---|---|---|
| 32 | 1S | 100W | 156-21 | 85CW377 | 11076 | 8 | 1.9 | 13-Jun-84 |
| 5 | 1S | 100W | 156-24 | 85CW375 | 8132 | 7 | 3.8 | 14-Aug-84 |
| 6 | 2S | 99W | 157-01 | 82CW317 | 2780 | 7 | 5.8 | 27-Jul-83 |
| | | | | | 1694 | 9 | 23.6 | 31-Aug-82 |
| 7 | 2S | 99W | 157-02 | | 1619 | 8 | 5.3 | 31-Aug-82 |
| 16 | 1S | 100W | 157-10 | | 2078 | 8 | 21.9 | 28-Jul-83 |
| 22 | 1S | 100W | 157-11 | 85CW446 | 2328 | 8 | 7.5 | 02-Aug-83 |
| 23 | 1S | 100W | 157-14 | | 2409 | 8 | 5.6 | 02-Aug-83 |
| 25 | 1S | 100W | 157-15 | | 2869 | 8 | | 26-Jul-83 |
| 25 | 1S | 100W | 157-16 | | 2505 | 7 | | 27-Jul-83 |
| 25 | 1S | 100W | 157-17 | | 2468 | 7 | | 27-Jul-83 |
| 2 | 2S | 100W | 157-19 | 85CW363 | 1870 | 7 | | 20-Jul-83 |
| 25 | 1S | 100W | 157-23 | | 2365 | 8 | | 02-Aug-83 |
| 25 | 1S | 100W | 157-25 | | 1932 | 8 | 7.5 | 26-Jul-83 |
| 26 | 1S | 100W | 157-26 | | 2783 | 8 | | 02-Aug-83 |
| 23 | 1S | 100W | 157-28 | | 2101 | 8 | 1.5 | 02-Aug-83 |
| 9 | 2S | 99W | 157-36 | | 1585 | 8 | | 26-Jul-83 |
| 2 | 2S | 100W | 157-44 | 85CW363 | 2203 | 7 | | 20-Jul-83 |
| 12 | 3S | 100W | 174-01 | | 1277 | 7 | 4.22 | 17-Aug-82 |
| 22 | 2S | 100W | 174-02 | | | | 45.2 | 19-Jul-83 |
| | | | | | 2102 | 8 | 2.73 | 27-Jul-83 |
| 24 | 2S | 100W | 174-03 | | 2275 | 8 | | 19-Jul-83 |
| | | | | | 1223 | 7 | 0.26 | 17-Aug-82 |
| 1 | 3S | 100W | 174-09 | 82CW317 | 826 | 8 | 22.5 | 21-Jul-83 |
| | | | | | 735 | 9 | 3.69 | 24-Aug-82 |
| 22 | 3S | 100W | 174-11 | 82CW317 | 609 | 8 | 3.35 | 25-Aug-82 |
| 14 | 2S | 100W | 174-12 | 85CW383 | 1641 | 7 | | 18-Jul-83 |
| 36 | 2S | 100W | 174-13 | | 1287 | 8 | 54.6 | 20-Jul-83 |
| 2 | 3S | 100W | 174-29 | 85CW388 | 2795 | 9 | 0.3 | 13-Aug-84 |
| 11 | 3S | 100W | 174-30 | 85CW388 | 2360 | 8 | 7.1 | 10-Jul-84 |
| 2 | 3S | 100W | 174-31 | 85CW351 | 1718 | 8 | 3.53 | 21-Jul-83 |
| 14 | 2S | 100W | 174-34 | 85CW364 | 2484 | 8 | 0.5 | 18-Jul-83 |
| 14 | 2S | 100W | 174-35 | 85CW364 | 2021 | 7 | | 18-Jul-83 |
| 1 | 3S | 100W | 174-46 | 85CW351 | 1965 | 8 | 6.67 | 25-Jul-83 |
| 36 | 2S | 100W | 174-48 | | 1867 | 8 | 12.5 | 26-Jul-83 |
| 31 | 2S | 99W | 174-49 | 85CW382 | 3916 | 8 | 4.5 | 26-Jul-83 |
| 26 | 2S | 100W | 174-53 | 85CW367 | 775 | 8 | 0.28 | 20-Jul-83 |
| 14 | 2S | 100W | 174-66 | | 3008 | 7 | 3.3 | 18-Jul-83 |
| 2 | 3S | 100W | 174-67 | 85CW351 | 1041 | 8 | 4.34 | 21-Jul-83 |
| 2 | 3S | 100W | 174-68 | 85CW351 | 1278 | 8 | 1.3 | 21-Jul-83 |
| 1 | 3S | 100W | 174-69 | 85CW351 | 908 | 8 | 8.57 | 21-Jul-83 |
| 1 | 3S | 100W | 174-70 | 85CW351 | 995 | 8 | 0.25 | 21-Jul-83 |
| 1 | 3S | 100W | 174-71 | | 2300 | 8 | 0.74 | 25-Jul-83 |
| 1 | 3S | 100W | 174-72 | 85CW394 | 2288 | 8 | 0.63 | 25-Jul-83 |
| 26 | 2S | 100W | 174-73 | 85CW366 | 1729 | 7 | 7.3 | 26-Jul-83 |

In addition to these springs, there are also two water gaps located on Yellow Creek for horse, livestock and wildlife watering. Implementation of the proposed action including fertility control will be most beneficial to water resources.

*Environmental Consequences of the Proposed Action:* Removal of wild horses and limiting the number of wild horses on the range would aid in relieving pressures on the existing water sources.

*Environmental Consequences of the No Fertility Control Alternative:* Short term reductions in the number of horses within the herd management area will benefit spring sources and stream channel morphology in the immediate future. However, without any control over reproduction in the herd, benefits from horse removal will be only short term.

*Mitigation*: None

## PALEONTOLOGY

*Affected Environment*: The area of the Piceance Basin consists primarily of horizontal plains and near vertical outcrops of the Uinta Formation of Eocene age. The area is known to produce fossils of large mammals, particularly herbivores such as *Titanotherium, Uintatherium* and *Coryphodon*. Smaller species may also be present but are poorly reported. The area has also produced vegetation fossils including some of the most easterly known, well preserved samples of *Araucaria* in addition to various bits of petrified wood and various leaf impressions. Well preserved samples of palm, a type of willow and sycamore have also been reported from the area. Other invertebrates that have been recently reported from the shale fingers in the formation include a variety of insect fossils previously unreported from the area.

Inventory data indicate that horse trampling can negatively impact exposed fossils. These impacts are manifest by badly fragmented or crushed fossils found on the surface of the more horizontal and gently sloping areas of the formation.

*Environmental Consequences of the Proposed Action:* Reduction of the numbers of horses to the lower end of the AML and implementation of fertility control would significantly reduce the overall damage to exposed fossils by limiting the opportunity for concentrations of horse on exposed localities with the attendant trampling, crushing and displacing of the fossils. A reduction in the rate at which the herd grows extends the time span where exposed fossils are protected from higher concentrations of animals that could potentially cause damage from trampling. Fossils could be impacted by gather operations if trap sites and associated wing fences or holding facilities are located in known and reported fossil localities. Careful siting of trap sites and holding facilities would also limit the damage to exposed fossils and fossil localities.

*Environmental Consequences of the No Fertility Control Alternative:* Impacts would be similar to the proposed action except for not implementing the fertility control along with the horse removal would shorten the time exposed fossils are protected.

*Mitigation*: Known and reported fossil localities shall be avoided when locating trap sites and associated wing fences and holding facilities. Sites without adequate inventory data will need to be examined for the presence of fossils during trap site selection activities. Trap facilities may need to be modified to avoid impacting identified fossil resources.

## RANGELAND MANAGEMENT:

*Affected Environment*: The reader is referred to the 1996 White River Resource Area (WRRA) Removal Plan/Rangeland Evaluation, WRRA Environmental Assessment (EA) 96-072 and the 2002 Piceance-East Douglas HMA EA/Gather Plan, WR-02-049. Both these documents have detailed vegetation data and analysis. Neither of the decisions of these documents was fully implemented because past gathering operations were not completely able to gather the number of horses necessary to bring the population down to the established AML.

Site specific impacts on vegetation in key areas have been described in the Rangeland Evaluation section of the 1996 WRRA Wild Horse Removal Plan/EA and in the 2002 Piceance - East Douglas HMA EA/Gather Plan. In general, maintenance of wild horses at current population levels is causing an accelerated decline in desirable vegetation. Rangelands within the affected area will continue to suffer loss of individual species, production, cover and site potential unless immediate action is taken to adjust stocking as described in the Evaluation. Utilization, trend and precipitation monitoring data clearly substantiate the need for the proposed action in order to effect a significant positive change in vegetation within the Herd Management Area. Cheatgrass (Bromus tectorum) continues to occur in virtually all key areas. This species' presence and its increase in the plant composition in the plant communities in the HMA is a direct result of an undesirable level of grazing disturbance directly attributable to overstocking of wild horses. The only way to avoid increases in cheatgrass composition or affect its actual decline as a component of the vegetation on a given site is to manage to maximize the vigor and productivity of desirable native plant species so that there is no niche (opportunity) for the invasion or proliferation of cheatgrass. This can be difficult with any level of yearlong horse use. However, providing for the plant growth requirements of preferred species is most attainable with stocking of wild horses commensurate with the planned forage allocation.

Piceance-East Douglas Herd Management Area: The Piceance-East Douglas Herd Management Area includes all or part of four grazing allotments. The table below shows the relationship between livestock grazing administration and the HMA.

| Allotment | Operator | Acres | BLM Preference |
|---|---|---|---|
| Yellow Creek | Burke Brothers | 63,191* | 2,725 |
| Square S, Pasture C | Mantle Ranch and Boone Vaughn | 18,126* | 289 |
| Cathedral Bluffs | W. Russell Withers | 57,761 | 2,597 |
| Greasewood | Oscar Wyatt | 27,810* | 1,567 |
| **HMA Total** | | 166,888 | 7,178 |

\* BLM acres only.

**Livestock use on the Yellow Creek allotment for the period 1996- 2005 was as follows:**

| YEAR | AUMS | YEAR | AUMS |
|------|------|------|------|
| 1996 | 1692 | 2001 | 2157 |
| 1997 | 2186 | 2002 | 1394 |
| 1998 | 2186 | 2003 | 1689 |
| 1999 | 2186 | 2004 | 1503 |
| 2000 | 2157 | 2005 | 1649 |
| | | YEARS | AUMS |
| Mean Use | | 1996-2001 | 2139 |
| Average Use | | 1981-1995 | 2104 |
| Average Use | | 1996-2005 | 1907 |
| Average Use | | 2001-2005 | 1678 |

Livestock use on the Yellow Creek allotment from 1996 - 2001 was essentially identical to the level analyzed in the 1996 Rangeland Evaluation. Livestock use from 2002-2005 on the Yellow Creek allotment has been less than the level analyzed in the 1996 Rangeland Evaluation.

Precipitation in the HMA ranges from over 20 inches per year at highest elevations on the Cathedral Bluffs to less than 10 inches at the lower elevations. Precipitation in the region is relatively evenly distributed throughout the year with no notable wet or dry periods. The table below shows the growing season precipitation from the Pinto Mesa Remote Access weather station (April through October), and yearlong data taken from the Weather Station in Rangely, Colorado.

| Year | Growing Season Precipitation (Inches) Pinto Mesa Remote Access Weather Station | Annual Precipitation (Inches) in Rangely, CO |
|------|------|------|
| 1996 | 3.80 | 14.42 |
| 1997 | 13.61 | 13.84 |
| 1998 | 6.24 | 11.06 |
| 1999 | 8.05 | 8.55 |
| 2000 | 6.51 | 10.40 |
| 2001 | 4.06 | 11.34 |
| 2002 | 4.36 | $6.73^X$ |
| 2003 | 4.28 | 6.51 |
| 2004 | 6.03 | $8.84^X$ |
| 2005 | 9.93 | $12.15^M$ |
| Average | 6.69 | 10.38 |

$^M$ Used to indicate data element missing. No December recording for 2005.
$^X$ Totals based on incomplete time series. 1 to 9 days are missing.

The Society for Range Management defines drought as "prolonged dry weather, generally when precipitation is less than three-quarters of the average annual amount". The conventional wisdom is that it would take several years of precipitation above the mean to "break" a period of drought. The period of 1995- 2005 is best characterized as a drought period and this period is likely just part of a long term warmer drier period in terms of geologic time, an altithermal. In fact, drought is more the norm than the exception in this region.

Correlation of precipitation with wild horse use: For the period of 1991-2005 which has been

drier than normal (or a drought), we have had a horse population that has been consistently above the Appropriate Management Level for the Piceance- East Douglas HMA (135-235). Often the population has been more than double the AML. Heavy season long use of rangeland grasses has resulted in marked decreases in grass plant cover, production and ultimately in plant mortality. An extended period of normal precipitation *in combination* with maintenance of horse populations within the appropriate management level will be necessary for rangeland recovery such that we are in compliance with the Standards for Rangeland Health.

East Douglas Part of the Herd Management Area:    The East Douglas Portion of the Herd Management Area is located in the Cathedral Bluffs grazing allotment. The Herd Management Area portion, of this allotment, is used by livestock during the fall, winter and spring months. There are two pastures Hogan Draw and Tommy's Draw.  Hogan Draw pasture contains 30,659 acres of public land.  Tommy's Draw pasture contains 27,109 acres of public land.

Hogan Draw pasture:  Annual precipitation is 10 inches to 12 inches. This pasture is characterized by deeply dissected drainages. The vegetation in this area is mostly hillside bunchgrass with ridgetop pinyon-juniper stands and greasewood bottoms. The livestock grazing program for the Hogan Draw pasture, defers grazing every year allowing forage plants the complete growing season for growth and reproduction. Horse use on this pasture is related to the availability of water. Very few wild horses remain in the Hogan Draw pasture since moving onto the Spring Creek allotment.  The lack of perennial water on the Hogan Draw pasture limits the number of horses. On wet years where Main Stem Douglas Creek continues to flow, horses have adequate water. During dry years horses migrate South to Tommy's Draw pasture, or if gates are left open, the horses move into Spring Creek, as happened the spring of 2001. During the spring of 2001 approximately 25 horses moved into the Spring Creek allotment from Cathedral Bluffs Allotment.  As of 2006 these horses have not returned to the East Douglas part of the Herd Management Area.  Hogan Draw pasture has the potential to support approximately 10 horses based on water availability.

Tommy's Draw pasture: An analysis of forage availability conducted in 2001 estimated the Tommy's Draw pasture was capable of supporting 17 horses on a yearlong basis.  A similar analysis conducted in 2006 was inconclusive, wild horse numbers have increased from 27 head in 2001, to 52 horses in 2006, horses have continued to overuse the areas identified in 2002, but have shifted their use to the south outside the Herd Management Area.  Livestock use has decreased 58% averaging 580 AUMs in the Tommy's Draw Pasture over the past five years and range condition and production continue to decline.  During 2005 livestock used 464 AUMs and wild horses used 780 AUMs for a total of 1,244 AUMs.  Removal of the 35 horses outside the HMA and retaining the horses in Cow Canyon and Rocky Point Draw (17 horses) would improve the distribution of horses and remove the horses from the most damaged rangelands.

Annual precipitation is 12 inches to 15 inches. This pasture is characterized by deeply dissected drainages running up to the Cathedral Bluffs. The vegetation in this pasture is sage/western wheatgrass bottoms, south hillsides with bunchgrass association, north hillsides are pinyon/juniper grading into a mountain browse type at the upper elevations. Water sources include East and Mainstem Douglas Creek and Tommy's Draw, all of which are perennial through this pasture. There are also numerous springs along the base of the Cathedral Bluffs of

which few can be considered reliable. There are scattered stock ponds which generally are dry during the summer months. Tommy's Draw Pasture is grazed by livestock during the spring and fall, 4/1 to 5/31 and 11/15 to 12/30. As expected impacts from horse grazing were found further from water than were cattle. Horse use was found in Cow Canyon, Rocky Point Draw, Dry Lake, Coal, Bowman, Horse Pasture, Tommy's draws and along the bench above Cathedral Creek. Cattle impacts were found in all draws, with highest utilization rates near water. The area around Tommy's draw and Cathedral Bluffs showed concentrated use by horses.

**Actual Use for Livestock, East Douglas portion of the Herd Management Area:**

| Year | Base Cattle Herd Number | Cattle AUMs Hogan Draw | Cattle AUMs Tommy's Draw | Total Cattle AUMs |
|------|------|------|------|------|
| 1999 | 420 | 1502 | 804 | 2306 |
| 2000 | 433 | 1587 | 674 | 2259 |
| 2001 | 440 | 1509 | 398 | 1730 |
| 2002 | 396 | 2024 | 405 | 2429 |
| 2003 | 360 | 732 | 175 | 907 |
| 2004 | 275 | 1227 | 183 | 1406 |
| 2005 | 453 | 1008 | 464 | 1472 |

Base Herd Number is the approximate number of cattle run during the year. Cattle are removed and added as forage conditions allow. This is reflected in the Total Cattle AUMs.

Given the analysis in this section the Herd Management Area is capable of supporting 171 horses in conjunction with other multiple uses, a figure considered to be approximately the same as the 165 estimate that has been the White River target since the 1996 gather plan and environmental assessment. Once achieved it will be possible to monitor actual conditions within the AML range and get a more precise view of the actual carrying capacity. Managing wild horses in the range of 135 to 235 animals described in the proposed action will assure that the AML (as calculated in this section) will be achieved over the four year gather cycle, and over any extended period of time. This AML range will achieve long term vegetation and watershed objectives while taking into consideration the remaining approved multiple uses.

*Environmental Consequences of the Proposed Action:* Implementation of the proposed action would result in destruction of vegetation at individual trap sites. Depending on the duration a trap is used and the number of horses gathered there, this vegetation loss would be short term. In most cases, sites for the actual trap enclosure are selected because they don't have a heavy vegetation cover. Recovery of herbaceous species could be expected to occur in one to two years.

When wild horses are managed at planned levels in the HMA they distribute themselves in accordance with seasonal ranges. At current populations summer range becomes limiting and horses tend to occupy spring, fall and winter ranges yearlong, to the detriment of these sites.

Implementation of the proposed action will provide forage vegetation species with relief from grazing pressure and therefore, enhance their ability to perform basic plant functions including growth, storage and utilization of carbohydrate reserves, and reproduction, ultimately resulting in an increase in plant vigor, cover and production on range sites. The net result will be improved rangeland health. However, this recovery could take a minimum of five to seven years (Cook

and Child, 1971) and most likely would take 10-15 years with maintenance of the recommended horse stocking rate.

*Environmental Consequences of the No Fertility Control Alternative:* Gathering the horses down to the low end of the AML without fertility control will mean that by the time horses are scheduled for gather in 2010 (4 year cycle), the adult population will have exceeded the high end of the AML by at least 40 and possibly up to 100 horses. This overpopulation is not compatible with maintaining and improving rangeland condition as prescribed in the White River ROD/RMP.

*Environmental Consequences of the No Fertility Control Alternative:* Not applying immunocontraception would in the case of the wild horses released back into East Douglas area will allow the population to recover to approximately 38 horses in 2010.

*Mitigation*: None.

## RECREATION

*Affected Environment*: The proposed action occurs within the White River Extensive Recreation Management Area (ERMA). BLM manages the ERMA as custodial providing for unstructured recreation activities such as hunting, dispersed camping, hiking, horseback riding, wildlife viewing and off-highway vehicle use.

The Piceance-East Douglas Herd Management Area is within the northwestern corner of Colorado Division of Wildlife (CDOW) Game Management Unit (GMU) 22 as well as the northeast corner of GMU 21. Both GMUs are heavily used by public land hunters during the fall mule deer and elk big game hunting season from August through November. Additionally, the following Special Recreation Permits have been issued for big game hunting outfitting within the Piceance-East Douglas Herd Management Area: Rimrock Outfitters, Brush Mountain Outfitting, Outlaw Adventures and Peters Hunting Service.

*Environmental Consequences of the Proposed Action:* If helicopter horse gather operations coincide with big game hunting seasons, it is likely that conflict between public land hunters and the gather operations will develop. Gather operations may disrupt public land hunters to a degree that the recreational activity, in this case big game hunting, may not be able to occur within helicopter gather operation impacted areas of the White River ERMA.

*Environmental Consequences of the No Fertility Control Alternative:* Similar consequences to that of the Proposed Action.

*Mitigation*: Avoid; if at all possible, gather operations on western (Cathedral Bluffs area) portions of gather area at higher elevations due to increased concentrations of public land hunters on September 16th and 17[th.] Additionally, inform Colorado Division of Wildlife field going personnel of gather operations, specifically: duration, reason for gather and mitigation measures.

**NOISE**

*Affected Environment*: All of the areas identified for gather will be temporarily affected by noise associated with helicopters and increased vehicular traffic.

*Environmental Consequences of the Proposed Action*:  The gather is expected to take as long as 10 days to complete. During this time the gather helicopter will be operating daily in specific locations within the areas identified for horse capture. The helicopter will not remain in any given location for long durations of time; rather the noise associated with helicopter use will be intense, isolated and short-lived between one gather location and another. Vehicular traffic in the form of motor vehicles and equipment pulled by these motor vehicles will occur in locations within the gather area. Again, this activity will focus in locations where wild horses are being captured and will shift from location to location on an almost daily basis.

*Environmental Consequences of the No Fertility Control Alternative:*  Same as for proposed action.

*Mitigation:*  None

**WILD HORSES**

*Affected Environment*: 1) Horse Herd Distribution:  The proposed action makes reference to six geographic regions within the Piceance-East Douglas Herd Management Area. These geographic regions correspond with areas of preferred habitat that form distinct home ranges. These distinct home ranges are terrain and vegetation driven and an asset because they promote good distribution in the HMA.  While the home ranges of all six groups overlap, particularly among animals using adjacent geographical regions, each geographic region hosts a herd with a unique habitat use pattern.

- The *Greasewood horses* summer on Calamity Ridge at the head of Greasewood Creek and use the lower reaches and part of the Barcus-Pinto region in the winter, fall and spring.

- The *Rocky Ridge horses* utilize a range centered on Black Mountain which includes lower Yellow Creek, Barcus Creek, and lower Greasewood. Their home range and preferred forage use area overlaps with that of the Barcus-Pinto herd principally in the Barcus and Yellow Creek drainages.

- The *Barcus-Pinto horses'* core distribution area is Pinto Mesa, the area between Barcus Creek and Pinto Gulch. This unit's range extends over into Barcus Creek proper which is used extensively for forage, particularly in the summer months. The lower reaches of Barcus Creek are particularly vulnerable to overgrazing when horse numbers exceed the AML range.  The herd's affinity for Pinto Mesa is the result of a nearly ideal mixture of habitat features including thermal cover, large open foraging areas and proximity to reliable water sources. Pinto Mesa's prime habitat and central location within the

Piceance Portion of the HMA, makes it the area with the most overlap among the geographic regions of the HMA. Animals from the Greasewood, Rocky Ridge, Barcus Pinto and Boxelder herds all use this area. At proper stocking levels, the area serves as valuable fall, winter and early spring range, but most horses leave the area for the growing season. When numbers exceed the Appropriate Management Level the summer range becomes limiting and bands from Greasewood, Rocky Ridge and Barcus-Pinto tend to remain in the area during the entire growing season.

- The *Boxelder horses'* home range includes a rectangular block of rangeland with prime summer habitat on the Cathedral Bluffs to the west and lower elevation habitat for the other seasons to the east. On 84 Mesa, at the east end of the region, the Boxelder herd overlaps with the Barcus-Pinto herd. The key winter use area of this sub-unit is the south exposures of Dry Gulch and, to a lesser extent, the south slope of Corral Gulch below its junction with Water Gulch. The herd's summer use area features the upper reaches of Boxelder and Corral Gulch on the Cathedral bluffs, due to the favorable mix of water and foraging habitat. The key summer forage habitats are the dry exposure and loamy slope range sites. On Cathedral Bluffs the Boxelder herd intermingles with animals from the Square S, Pasture C, and East Douglas herds.

- The *Square S, Pasture C* horses' home range coincides with a pasture in the Square S grazing allotment that is fenced on three sides. The Pasture C herd winters on the south slopes along the lower reaches Stake Springs. When the snow melts, the bands move south and west to the upper elevation ridges to preferred foraging habitat on the Cathedral Bluffs. The ridgetop grasslands that are their primary habitat are the Dry Exposure and Loamy Slopes range sites. Pasture C horses sometimes move west into the East Douglas portion of the HMA. Gates on the fenceline between Pasture C and the Boxelder Region are commonly left open when not needed for livestock management, so the Boxelder and Pasture C horses interchange frequently.

- The *East Douglas horses* focus on the rugged west face of the Cathedral Bluffs. Some of these horses summer on the top of the bluffs in the vicinity of Tommy's Draw, where they overlap with the Boxelder and Square S, Pasture C herds. The inventory conducted in 2006 found 35 of the 52 horses counted south of the Herd Management Area on the Cathedral Creek pasture of the Cathedral Bluffs allotment.

The following table is the intended locations of horses to be removed and released back in to the HMA by estimated numbers/populations based on 2006 Census:  The ratio of stallions to mares that will be released in each location will be 50/50 to the best of our ability.

| AREA | FEBRUARY 2006 CENSUS DATA | PROJECTED POPULATION AUGUST 2006 | HORSES TO BE REMOVED UNDER THE PROPOSED ACTION | POST GATHER POPULATION |
|---|---|---|---|---|
| East Douglas | 51 | 61 | 43 | 17 |
| Greasewood/Barcus Pinto | 166 | 199 | 137 | 62 |
| Rocky Ridge | 13 | 16 | 10 | 6 |
| Boxelder | 65 | 78 | 54 | 24 |