2. All BLM personnel, contractors and volunteers will wear protective clothing suitable for work of this nature. BLM will alert observers of the requirement to dress properly. BLM will assure that members of the public are in safe observation areas.

3. The handling of hazardous or potentially hazardous materials such as liquid nitrogen and vaccination needles will be accomplished in a safe and conscientious manner by BLM personnel or the contract veterinarian. (Refer to page 11, Wastes, Hazardous or Solid).

**K.    Responsibility and Lines of Communication**

1. The Contracting Officer's Representative and Project Inspectors have the direct responsibility to ensure the contractor's compliance with the contract stipulations.

2. The Associate Field Manager and the Field Manager will take an active role to ensure the appropriate lines of communication are established between the Field Office, State Office, and Royal Gorge Field Office.

3. All employees involved in the gathering operations will keep the best interests of the animals and their own safety at the forefront at all times.

4. The COR will maintain open communications with dispatch to assure both parties are aware of project status; capture locations; and daily aviation activity.

**Appendix B**
**Fertility Control Treatment:** The following management and monitoring requirements are part of the Proposed Action:

1. PZP vaccine would be administered by trained BLM personnel.

2. The fertility control drug is administered with two separate injections: (1) a liquid dose of PZP is administered using an 18 gauge needle primarily by hand injection; (2) the pellets are preloaded into a 14 gauge needle. These are loaded on the end of a trocar (dry syringe with a metal rod) which is loaded into the jabstick which then pushes the pellets into the breeding mares being returned to the range. The pellets and liquid are designed to release the PZP over time similar to a time release cold capsule.

3. Delivery of the vaccine would be as an intramuscular injection while the mares are restrained in a working chute. 0.5 cubic centimeters (cc) of the PZP vaccine would be emulsified with 0.5 cc of adjuvant (a compound that stimulates antibody production) and loaded into the delivery system. The pellets would be loaded into the jabstick for the second injection. With each injection, the liquid and pellets would be propelled into the left hind quarters of the mare, just below the imaginary line that connects the point of the hip and the point of the buttocks.

4. All treated mares would be freeze-marked on the hip to enable researchers to positively identify the animals during the research project as part of the data collection phase.
5. At a minimum, monitoring of reproductive rates using helicopter flyovers will be conducted in years 2 through 4 by checking for presence/absence of foals. The flight scheduled for year 4 will also assist in determining the percentage of mares that have returned to fertility. In addition, field monitoring will be routinely conducted as part of other regular ground-based monitoring activities.

6. A field data sheet will be used by the field applicators to record all the pertinent data relating to identification of the mare (including a photograph when possible), date of treatment, type of treatment (1 or 2 year vaccine, adjuvant used) and HMA, etc. The original form with the data sheets will be forwarded to the authorized officer at National Program Office (NPO) (Reno, Nevada). A copy of the form and data sheets and any photos taken will be maintained at the field office.

7. A tracking system will be maintained by NPO detailing the quantity of PZP issued, the quantity used, disposition of any unused PZP, the number of treated mares by HMA, field office, and state along with the freeze-mark applied by HMA.

8. The field office will assure that treated mares do not enter the adoption market for three years following treatment. In the rare instance, due to unforeseen circumstance, treated mare(s) are removed from an HMA before three years has lapsed, they will be maintained in either a BLM facility or a BLM-contracted long term holding facility until expiration of the three year holding period. In the event it is necessary to remove treated mares, their removal and disposition will be coordinated through NPO. After expiration of the three year holding period, the animal may be placed in the adoption program or sent to a long-term holding facility.

Appendix C

**Results of Population Modeling for Piceance-East Douglas HMA**

<u>**Population Model Overview**</u>

Population modeling is a tool designed to help Wild Horse and Burro Specialists evaluate various management alternatives and possible outcomes for management of wild horses. The population model is not applicable for burros.

The WinEquus program, developed by Dr. Steven Jenkins at the University of Nevada at Reno was designed to assist wild horse and burro specialists evaluate various management alternatives that might be considered for a particular area.

The model uses data on average survival probabilities and foaling rates of horses to simulate population growth for up to 20 years. The model accounts for year-to-year variation in these demographic parameters by using a randomization process to select survival probabilities and foaling rates for each age class from a distribution of values based on these averages. This aspect of population dynamics is called environmental stochasticity, and reflects the fact that future environmental conditions that may affect horse populations cannot be known in advance. Therefore, each trial with the model will give a different pattern of population growth. Some trials may include mostly "good years", when the population grows rapidly; other trials may include a series of several "bad" years in succession. The stochastic approach to population modeling uses repeated trials to project a range of possible population trajectories over a period of years, which is more realistic than predicting a single specific trajectory.

The model incorporates both selective removal and fertility control treatment as management strategies. A simulation may include no management, selective removal, fertility control treatment, or both removal and fertility control treatment. Wild horse and burro specialists can specify many different options for these management strategies such as the schedule of gathers for removal or fertility control treatment, the threshold population size which triggers a gather, the target population size following a removal, the ages and sexes of horses to be removed, and the effectiveness of fertility control treatment.

Modeling was complete for this HMA. Population modeling was completed for all alternatives including the No Action Alternative. Initial population age structures were developed for the HMA based on the gather/release history data. All simulations used the survival probabilities and foaling rates supplied with the WinEquus population model for the Garfield Flat HMA. Survival data was collected by M. Ashley and S. Jenkins at Garfield Flat, Nevada between 1993 and 1999. Marked individuals were followed for a total of 708 animal-years to generate these survival probabilities.

Foaling rate data was collected by M. Ashley and S. Jenkins at Garfield Flat, Nevada between 1993 and 1999. Marked females were followed for a total of 351 animal-years to generate these data on foaling rates.

These initial populations for the Piceance-East Douglas HMA were entered into the model and put though simulations that included Fertility Control with Gather, Gather Only (No Fertility

Control) or No Management (No Gather). The simulations were run for 100 trials for the eleven years. For each simulation, a series of graphs and tables were provided which included the "most typical" trial, population sizes, growth rates, and gather numbers.

### Results of Population Modeling

Out of the 100 trials in each simulation run, the model tabulated minimum, average, and maximum population sizes. The model was run for a period of eleven years from 2006 to 2016, and gives output through 2016. These numbers are useful to make relative comparisons of the different alternatives, and potential outcomes under different management options. The lowest, median and highest trials are displayed for each simulation completed. This output, together with the time series and most typical trial graphs are useful representations of the results of the program in terms of assessing the effects of the management alternatives because it shows not only expected average results but also extreme results that might be possible. The minimum population size in general reflects the numbers that would remain following management or random environmental impacts. The maximum population size generally reflects the population that existed prior to the gather, and in many cases that figure would not be exceeded during the ten years of the simulations. Half of the trials were greater than the median and half of them less than the median.

Table 1.  Population Size – Proposed Action Alternative

| Estimated Population Sizes in 11 Years | | | |
|---|---|---|---|
| Trial | Minimum | Average | Maximum |
| Lowest | 95 | 232 | 365 |
| Median | 196 | 318 | 466 |
| Highest | 290 | 413 | 630 |

Table 2.  Population Size – No Fertility Control Alternative

| Estimated Population Sizes in 11 Years | | | |
|---|---|---|---|
| Trial | Minimum | Average | Maximum |
| Lowest | 326 | 480 | 503 |
| Median | 384 | 630 | 971 |
| Highest | 532 | 931 | 1508 |

Table 3.  Population Size – No Action Alternative

| *Estimated Population Sizes in 10 Years versus 11 Years | | | |
|---|---|---|---|
| Trial | Minimum | Average | Maximum |
| Lowest | 351 | 709 | 1204 |
| Median | 394 | 1468 | 3028 |
| Highest | 523 | 1954 | 4520 |

### Time Series Graph of Most Typical Trial

Based on the results from the model, spaghetti graphs (see below) were generated for each simulation. These graphs show how population size changes over time. The Y-axis scale remains constant for each graph; however the X-axis was determined based on results and was unable to be changed. At first glance, there appears to be not much difference between the trials, but if the reader takes a closer look one finds the scales to be different.

Each line represents one of the 100 trials for the simulations completed for each alternative. The two horizontal lines located in the graphs represent the threshold for gather (upper range of AML) and the target population size (low range of AML). The Most Typical Trial graph includes a dark heavy line (red) which represents what the model has chosen as the trial with the most typical results. This trial closely matches the average of all 100 trials. The most typical trial is useful for making comparisons between alternatives, and for predicting what would be the probable results of the action.

### Population Size Graph of Most Typical Trial
### Proposed Action Alternative



### Population Size Graph of Most Typical Trial
### No Fertility Control Alternative



The results of the modeling indicate that when 135 wild horses remain in the HMA following the gather, that the average population would not reach the upper end of the AML until the fourth

year. Which could potentially make for adjustments in future gathers to be further out from the current four year gather cycle. The model indicated that without fertility control, the AML could possibly be exceeded by as early as 2009. The maximum population reflects the population that existed before the gather. This is one demonstration of why the fertility control option was selected as the Proposed Action for this HMA.

### Growth Rates

Through the model, average population growth rates were obtained for the Proposed Action and the Alternative to Reduce Herd to Lower AML Range but not to implement Fertility Control on Select Mares out of 100 trials. Growth rates are displayed for the lowest, median and highest trial.

**Piceance/East Douglas HMA - Percent Average Growth Rates in 11 years, Fall 2006 Gather**

| Trial | Proposed Action: Gather + Fertility Control | Alternative: Gather + No Fertility Control |
|---|---|---|
| Lowest | 10.2 | 15.7 |
| Median | 19.0 | 26.3 |
| Highest | 24.2 | 32.8 |

Population modeling data reflects that the implementation of fertility control would result in reduced growth rates of the wild horse population in the Piceance-East Douglas HMA. Growth rate analyzed for the fertility control alternative were 29-51% lower than when fertility control was not implemented. The model also indicates that growth rates would not be so low as to cause risk to the population should fertility control be implemented.

## No Action Alternative (No Wild Horse Gather)

Population modeling was completed for the No Action Alternative. The most typical trial was utilized to demonstrate the projected population over time if a gather does not take place. The spaghetti graph of most typical trial for the gather area is displayed below for the No Action Alternative as a comparison only. The graphs clearly show the continued increase in population size if a gather was not completed.

### Population Size Graph of Most Typical Trial
### No Action Alternative



*Population Modeling Summary*

To summarize the results obtained by simulating the range of alternatives for the Piceance-East Douglas HMA wild horse gather, the following questions can be addressed.

- *Do any of the Alternatives "crash" the population?*
  None of the alternatives indicate that a crash is likely to occur to the population. Minimum population levels and growth rates are all within reasonable levels, and adverse impacts to the population are not likely.

- *What effect does fertility control have on population growth rate?*
  As expected, the alternative implementing fertility control (Proposed Action) reflects the lowest overall growth rates. The growth rates for the Piceance-East Douglas HMA proposed for fertility controls are 10-24% lower than the non-fertility control growth rates.

- *What effect do the different alternatives have on the average population size?*
  The population sizes obtained through the model indicate that fertility control implementation could result in average population sizes lower than if fertility control is not implemented for the Piceance-East Douglas HMA. Growth rate analyzed for the fertility control alternative were 29-51% lower than when fertility control was not implemented.

The No Action Alternative is clearly unacceptable, however, was analyzed for comparison with the other alternatives. Without a wild horse gather, populations could potentially triple within a five year period.

Appendix D

## PUBLIC COMMENTS ON PICEANCE/EAST DOUGLAS WILD HORSE GATHER PLAN OF 2006 AND BLM'S RESPONSES TO THE COMMENTS

### INTRODUCTION

The public comment period for this Environmental Assessment was from June 5th through July 10th, 2006. Every comment letter was read and comments identified. The appropriate Team Member was then assigned the comments relating to their specialty in order to develop a response. When the responses were complete, an effort was made to combine comments that contained the same or similar subject matter. Table A-1 contains a list of respondents and affiliation, the number of comments contained in each letter, and the number assigned to their specific comment(s). Individual respondents should be able to track their comments from the following table by finding their name and noting the comment numbers assigned to their comment.

Table A-1:  List of Respondents

| Name/Affiliation | Number of Comments | Comment Numbers |
|---|---|---|
| Valerie Stanley | 4 | 1,2,3,4 |
| Toni Moore | 5 | 1,5,6,7,8 |

**Comment/Responses to the Piceance-East Douglas Gather Plan:**

**1.)** BLM has already committed resources to engage in these roundups in violation of the National Environmental Policy Act.

**Response:** The gather date is determined through advanced scheduling that is required to process wild horses through the national system of adoptions and care. The Piceance-East Douglas Herd Management Area was identified for gather in 2006 through the national budget process, contingent upon the completion of NEPA. This EA provides information to the public and the decision maker on the number of horses counted in the 2006 census, rangeland conditions, and the method(s) of capture.


**2.)** BLM has drastically reduced the amount of acreage available to wild horses and burros by eliminating herd areas or artificially decreasing herd areas to create herd management areas.

**Response:** The process for determining the size of herd management areas and allowable management level (AML) is outside the scope of this particular EA, as that occurs through land use planning and is monitored through periodic activity level environmental assessments. Herd Areas are not eliminated, they remain available for horse management through review and preparation of land use plans. In the White River Field Office the Piceance/East Douglas HMA was increased in size by 31,200 acres with the Greasewood allotment.

**3.)** BLM should complete an EIS that analyzes on the State level, its segmented actions toward wild horses within the state of Colorado.

**Response:** These gathers would implement existing decisions documented in the 1997 RMP Record of Decision and analyzed in the 1996 FEIS for the proposed RMP. Existing analyses adequately address impacts, mitigation measures, and appropriate management practices.

**4.)** The current EA fails to analyze whether the area is eligible under the National Historic Preservation Act and its Implementing Regulations.

**Response:** The BLM will conduct all gather operations in accordance with Section 106 of the National Historic Preservation Act, as amended. Any further evaluation is beyond the scope of this Environmental Assessment.

**5.)** The WRFO has not completed any monitoring and inventory of the Piceance-East Douglas wild horse herd post round-up or after the erection of fences to record impacts to herd health, change in migratory patterns or range use.

**Response:** During each census conducted by WRFO, including the recent census in February of 2006, specialists make note of the numbers of animals, seasonal distribution, and assess the condition of the animals. No problems related to fences have been noted.

**6.)** We contest the legality of WRFO BLM's assertion of discretionary management with regard to herd boundaries.

**Response:** The establishment of the Herd Management Area boundary occurred through the land use planning process and is beyond the scope of this Environmental Assessment.

**7.)** The EA intends to restore a thriving, natural, ecological balance, yet there is no monitoring of the herd status as well as vegetation post removal to confirm achievement of this goal. The Herd Management Plan states the need to "conduct utilization studies within the Herd management Area before and after livestock use to differentiate between wild horse and livestock use."

**Response:** Please refer to the discussion of vegetation monitoring is the EA beginning on page 18, as well as the discussion of wild horses beginning on page 40.

**8.)** The respondent had concerns about the use of fertility control.

**Response:** Utilizing a tool with nearly 20 years of research in place expands the management options available to the BLM to effectively manage wild horses according to the *Wild Free-Roaming Horse and Burro Act of 1971*. It will help us manage the number of wild horses in the

HMA to be consistent with management objectives outlined in the RMP for wild horses and other natural resources.

According to Drs. Jay F Kirkpatrick Patricia M Fazio products developed with public monies are in the domain of the public, and therefore have no intention of commercialization. Therefore, it will always be called "experimental," despite the fact that PZP has been studied and field-tested extensively, for safety and efficiency, and is currently being used with more frequency on federal wild horse mares.

See Reference section of the EA for a list of literature pertaining to the fertility control.

Every mare that is treated with contraception rather than removed is a mare that will be delaying her reproduction rather than being eliminated permanently from the range. This preserves herd genetics, while gathers and adoptions do not.

This EA makes no commitment to long term use of fertility control. Prior to any subsequent gather operations, data collected from post 2006 gather monitoring would be incorporated into any proposed management actions.


**9.)** Numbers of horses removed does not correlate with other published BLM post roundup documents.

**Response**: Our current gather plan is based on numbers derived from the February, 2006 census. Please refer to the tables in the Wild Horse section beginning on page 42.