U.S. Department of the Interior
Bureau of Land Management
White River Field Office
73544 Hwy 64
Meeker, CO 81641

# ENVIRONMENTAL ASSESSMENT

**NUMBER**: CO-110-2006-166-EA

**CASEFILE/PROJECT NUMBER**: Wild Horse Removal Plan; West Douglas Region

**PROJECT NAME**: 2006 West Douglas Wild Horse Gather Plan

**LEGAL DESCRIPTION**: The West Douglas Herd Area encompasses 127,387 acres of lands administered by the Bureau of Land Management, White River Field Office, Meeker, Colorado as previously described, in detail, in the West Douglas Herd Area Plan Amendment environmental assessment (EA) CO-110-2005-083-EA (April 28, 2005).

**APPLICANT**: BLM; White River Field Office

**ISSUES AND CONCERNS** (optional): None

## DESCRIPTION OF PROPOSED ACTION AND ALTERNATIVES

*Background/Introduction*: Due to the fact that protests on the proposed West Douglas Herd Area Plan Amendment to the 1997 White River Resource Management Plan (RMP) have not yet been resolved, the purpose and need for this gather is to remove wild horses from the West Douglas Herd Area down to the 0 – 50 range required by 2006 in the current RMP decision. The plan amendment decision under protest requires BLM to comply with the 1997 White River RMP for the total removal of wild horses from the West Douglas Herd Area by July 2007.

**Proposed Action:** The Bureau of Land Management, White River Field Office (WRFO) has determined the wild horse population in the West Douglas Herd Area (HA) exceeds the 0 – 50 short term range permitted in the 1997 RMP and is not in balance with other resources managed in the HA.

In accordance with the Federal Land Policy and Management Act of 1976; 43 U.S.C. 1732(a); the Wild, Free Roaming Horse and Burros Act of 1971; 16 U.S.C. 1333; the 43 Code of Federal Regulation (CFR) 4720.1, 4180.2, 4710.4, and 1610-5-3(a); BLM Manual 4180.06 and Handbook H-4180.1, CH. III; and the White River Resource Management Plan (RMP), the White River Field Office plans to gather approximately 89 wild horses from the HA in September, 2006. The project will be completed by a BLM Wild Horse and Burro (WH&B) National

petition for a stay much accompany the notice of appeal and be in accordance with 43 Code of Federal Regulations, submitted to (1) the Regional Solicitor's Office, Rocky Mountain Region, P.O. Box 25007, Denver, Colorado, 80225 and (2) White River Field Office, 73544 Highway 64, Meeker, Colorado, 81641. The original documents should be filed with the White River Field Office.

Any party requesting a stay bears the burden of proof to demonstrate why a stay should be granted. A petition for a stay of a decision pending appeals shall show sufficient justification based on the following standards:

- The relative harm to the parties if the stay is granted or denied,
- The likelihood of the appellant's success on the merits,
- The likelihood of immediate and irreparable harm if the stay is not granted, and
- Whether the public interest favors granting the stay.

Additional Information: Contact Melissa J. Kindall of my staff at 970/878-3842 with questions relating to this management decision.

Approval:

_____        _____
Kent E. Walter, Field Office Manager            Date
White River Field Office

Program Contractor using helicopter drive-trapping, helicopter assisted roping, water and hay trapping. The first 89 horses captured from inside the HA will be removed. We will not be selectively removing horses. At completion of the project, the herd will consist of approximately 50 wild horses; the high end of the 0 - 50 range required by the 1997 RMP to be attained in 2006.

In compliance with 43 CFR 4710.4, all horses that have relocated outside the boundaries of the HA will be captured and removed. These animals will either be transported to BLM Canon City wild horse holding facility or offered for adoption locally.

***No Action Alternative***: Under the no action alternative, the action would result in BLM's non-compliance with the 1997 White River RMP which requires BLM to reduce the West Douglas HA to 0-50 wild horses by 2006. As documented extensively by current monitoring data (detailed in EAs CO-110-2005-083 and CO-WRFO-03-050) and every land use planning and wild horse removal decision over the last 30 years, wild horses in the West Douglas HA cannot be maintained within the parameters of a thriving, natural ecological balance as required by law, and the consequent degradation of range sites from the no action alternative would be irreversible and irretrievable.

## ALTERNATIVES CONSIDERED BUT NOT CARRIED FORWARD

The no-action alternative was eliminated from further consideration because it is in direct conflict with the wild horse management objectives identified in the July, 1997 White River RMP Record of Decision, and the 1971 Wild and Free-Roaming Horse and Burro Act, PL-92-195. The Act mandates the Bureau to prevent range deterioration resulting from wild horse overpopulation, and directs the BLM to preserve and maintain a thriving natural ecological balance and multiple use relationships in areas where horses are managed as a component of multiple uses.

## NEED FOR THE ACTION

The twofold intent of this action is to restore a thriving, natural, ecological balance to the affected range resources, and to bring wild horse numbers into compliance with the 1997 White River RMP range of 0-50 wild horses required by 2006. BLM may not suspend action in conformance with an existing land use plan pending completion of a plan amendment. Further West Douglas Herd Area analysis is addressed in the following environmental assessments: CO-WRFO-03-050-EA and CO-110-2005-083-EA.

Wild horses are known to exist outside the boundaries of the HA. These wild horses must be captured in accordance with 43 CFR 4710.4 which states that "management of [wild horses] shall be undertaken with the objective of limiting the animals' distribution to herd areas", which is the "geographic area identified as having been used by a herd as its habitat in 1971" (43 CFR 4700.0-5), and with P.L. 92-195, which limits wild horse management to areas inhabited by wild horses at the time of the passage of the December, 1971 Act.

**PLAN CONFORMANCE REVIEW**: The Proposed Action is subject to and has been reviewed for conformance with the following plan (43 CFR 1610.5, BLM 1617.3):

Name of Plan: White River Record of Decision and Approved Resource Management Plan (ROD/RMP).

Date Approved: July 1, 1997

Decision Number/Page: Page 2-26, Wild Horse Management, "The North Piceance and West Douglas Herd Areas will be managed in the short-term (0-10 years) to provide forage for a herd of 0 – 50 wild horses in each herd area. The long term objective will be to removal all wild horses from these areas...The wild horse herd population will be managed to improve range condition."

**AFFECTED ENVIRONMENT / ENVIRONMENTAL CONSEQUENCES / MITIGATION MEASURES**:

**STANDARDS FOR PUBLIC LAND HEALTH**: In January 1997, the Colorado Bureau of Land Management approved the Standards for Public Land Health. These standards cover upland soils, riparian systems, plant and animal communities, threatened and endangered species, and water quality. Standards describe conditions needed to sustain public land health and relate to all uses of the public lands. Conformance with rangeland health standards is required, and BLM is required to reduce wild horses when an area fails to maintain, make progress towards meeting, or meet rangeland health standards and the wild horses are a causal factor. Because a standard exists for these five categories, a finding must be made for each of them in an environmental analysis. These findings are located in specific elements listed below:

**CRITICAL ELEMENTS**

**AIR QUALITY**

*Affected Environment*: The entire White River Resource area has been classified as either attainment or unclassified for all pollutants, and most of the area has been designated prevention of significant deterioration (PSD) class II. The proposed action is not located within a ten mile radius of any special designation air sheds or non-attainment areas. The air quality criteria pollutant likely to be most affected by the proposed actions is the level of inhalable particulate matter, specifically particles ten microns or less in diameter ($PM_{10}$) associated with fugitive dust. No air quality monitoring data is available for the survey area. However, it is apparent that current air quality within the herd area is good because only one location on the western slope (Grand Junction, CO) is monitoring for criteria pollutants other than $PM_{10}$. Furthermore, the Colorado Air Pollution Control Division (APCD) estimates the maximum $PM_{10}$ levels (24-hour average) in rural portions of western Colorado to be near 50 micrograms per cubic meter ($\mu g/m^3$). This estimate is well below the National Ambient Air Quality Standard (NAAQS) for $PM_{10}$ (24-hour average) of 150 $\mu g/m^3$ (CDPHE-APCD, 2005).

*Environmental Consequences of the Proposed Action:*  Reducing the number of wild horses to 50 will minimize the grazing impact horses currently have on the vegetation. As a result, effective ground cover is expected to increase which will reduce exposure of soils to eolian processes minimizing potential fugitive dust production. Air quality is expected to benefit from removal of horses. Implementation of the proposed action will have the greatest benefit to maintain/improve local air quality within the herd area.

*Mitigation*:  None

## CULTURAL RESOURCES:

*Affected Environment*:  The Douglas Creek area, in general, and the core herd area specifically, are known to contain a wide variety of prehistoric and historic resources. Sites include but are not necessarily limited to open lithic scatters, open campsites, wickiup villages, Rock Art sites and horse trap sites. Such sites seem to be particularly concentrated on the ridges overlooking the various tributaries to Douglas Creek, particularly where the Piñon-juniper and sagebrush vegetation communities come together. Recent inventory data suggests that site densities tend to be very high throughout the area. Horse traps, both prehistoric and historic seem to be concentrated on ridges in the Piñon-juniper vegetation communities where the traps can be camouflaged. Historic resources are primarily related to early ranching and livestock grazing efforts and are concentrated along the moister drainage bottoms. Sites include, but are not limited to, old homesteads, line shacks, corrals, pasture fences, occasional irrigation ditches and hay meadows.

*Environmental Consequences of the Proposed Action:*  Reduction of horses to the high end of the 1997 RMP range will serve to reduce the concentration of horses in sensitive site locations. Reduction of concentration in high site density areas will reduce the damage to sites from trampling due to concentration, from trailing to water or foaling areas or thermal cover locations where horses congregate to avoid intense summer heat or shelter from intense winter cold conditions. Horses may also scratch and rub on standing features such as wickiup poles or fence poles which serve to accelerate the collapse of the structures present. Reducing horse numbers will reduce the impacts associated with these activities.

*Mitigation*:  Horse trap locations and holding areas, except for the Yellow Creek holding facility, will need to be sited to avoid archaeological resources. In areas with acceptable levels of inventory no additional field work should be necessary except to ensure that sites in the near vicinity can be adequately avoided by drive lines, wing fences and traps. In areas where inadequate inventory data exists an inventory will be necessary to ensure that any resources present are avoided.

## INVASIVE, NON-NATIVE SPECIES (This includes vegetation information related to Public Land Health Standard 3.)

*Affected Environment*:   Noxious weeds and their continued encroachment on BLM lands represent a serious threat to the continued productivity, diversified use and aesthetic value of White River Resource Area lands.  We currently have an active noxious weed management program which emphasizes cooperation with Rio Blanco County, private landowners and BLM land users.  This program is based in part on the 1990 White River Resource Area Noxious Weed Management Plan and the priorities established by the *Record of Decision, Vegetation Treatment on BLM Lands, 13 Western States* (BLM 1991).  The current program uses an integrated management approach using: (1) chemical control using BLM approved chemicals, (2) biological control insect releases focused on leafy spurge, musk and Canada thistles, (3) mechanical control primarily digging of initial infestations of biennial noxious weed species, and (4) management to maintain competitive vegetation to prevent noxious weed invasion and spread.  All aspects of this program have been effective where they have been applied.

Within the herd area there has been a number of outbreaks of noxious weeds.  Noxious weeds of concern include cheatgrass, halogeton, thistles (bull, musk and Canada), knapweeds (spotted, diffuse and Russian), burdock, hoary cress, mullein, black henbane and houndstongue.  Cheatgrass and halogeton are found throughout the herd area, with the primary control method being management to maintain competitive desirable species.  On those noxious weed species which are controlled by direct control methods, there has been good success at containing the initial outbreaks.

*Environmental Consequences of the Proposed Action:*   Failure to reduce horses in these areas would continue to degrade plant communities as the horse population increases.  Readily available forage will continue to decrease as the wild horses are expected to expand their range in search of forage.  Degraded plant communities are expected to increase.  Weakened plant communities will be susceptible to weed invasion.

Gather activities would disturb soils in localized areas, primarily associated with traps and holding pens.  Follow-up inspections by BLM of these sites and treatment of any noxious weeds would prevent noxious weeds from invading and dominating adjacent native plant communities. Hay utilized at trap sites or holding facilities could be a source of noxious weeds.

*Mitigation*:  Any hay fed at trap sites or holding facilities, on BLM, will be certified as weed free.  Any noxious weeds that establish as a result of the proposed action will be controlled by the BLM.

## MIGRATORY BIRDS

*Affected Environment*:  A large array of migratory birds fulfills nesting functions throughout the herd area's woodland and shrubland habitats during the months of May, June, and July.  Species associated with these shrubland and woodland communities are typical and widely represented in the Resource Area and region.  Those bird populations associated with this Resource Area's shrublands and pinyon-juniper identified as having higher conservation interest (i.e., Rocky Mountain Bird Observatory, Partners in Flight program) are listed in table below.

These birds are typically well distributed in extensive suitable habitats. Species classified with the forest types (aspen/fir) are best associated with mesic aspen stands in this Resource Area—a habitat type that does not occur within the herd area. There is no reasonable expectation for these birds to be well represented in the herd area's small and disjunct fir stands.

*Birds with High Conservation Priority by Habitat Association in Herd Area:*

|  | Habitat Association | | | |
|---|---|---|---|---|
|  | **Sagebrush** | **Pinyon-juniper** | **Mountain shrub** | **Aspen/fir** |
| **Birds** | Brewer's sparrow, green-tailed towhee | gray flycatcher, gray vireo, pinyon jay, juniper titmouse, black-throated gray warbler, violet-green swallow | blue grouse, common poorwill, Virginia's warbler | broad-tailed hummingbird, red-naped sapsucker, purple martin, Cordilleran flycatcher, MacGillivray's warbler |

Those portions of Douglas and West Douglas Creeks within the herd area boundary also support a strong contingent of riparian-affiliated (willow and tamarisk) neo-tropical migratory birds, including: yellow warbler, yellow-breasted chat, blue grosbeak, and lazuli bunting. Although uncommon and sporadic breeding species at this time, willow flycatcher and common yellowthroat are expected to increase in abundance and distribution as these channels continue to develop more stable and extensive willow and sedge dominated components.

*Environmental Consequences of the Proposed Action:* Inventory and gather operations commonly involve the use of aircraft and considerable ground activity, but these activities would be relegated to the late summer or fall months (i.e., August-October). Although water and hay trapping strategies that involve the assembly and emplacement of fence panels may precede contracted gather operations, these activities would be extremely localized (maximum trap size of about 0.1 acre) and would involve only the latest nesting attempts (mid to late July). It would be inconceivable that these activities would involve more than 2 pairs of higher priority nesting birds.

*Mitigation*: None.

**THREATENED, ENDANGERED, AND SENSITIVE ANIMAL SPECIES** (includes a finding on Public Land Health Standard 4)

*Affected Environment*: No animals listed, proposed, or candidate under the Endangered Species Act are known to make appreciable use of the herd area. Those that occur within the project area or that could be influenced by the project are discussed below.

Colorado River pike-minnow: The endangered pike-minnow occupies the lower White River below Taylor Draw dam. The White River and its 100-year floodplain below Rio Blanco Lake have been designated as critical habitat for the fish. The West Douglas herd area is located in the Douglas, Cottonwood, and Evacuation Creek watersheds, all of which drain to the White River below Taylor Draw dam. The river is separated varying distances from affected portions of the watershed by ephemeral or intermittent drainage systems, as follows:

Douglas Creek watershed (65% of herd area): 6 miles
Cottonwood Creek watershed (15% of herd area): 7 miles
Evacuation Creek watershed (20% of herd area): 22 miles

Management of the herd area within the constraints of the Bureau's Standards for Rangeland Health would pose no reasonable threat of direct or indirect influence on water quality or channel/floodplain condition or function in those portions of the White River regarded as critical habitat.

Bald eagle: The White River corridor is the hub for seasonal bald eagle use of the lower White River Valley. Particularly during the later fall and winter months, up to several dozen bald eagles make regular foraging use of open upland communities south of the river, but these forays in search of big game and livestock carrion and small game (e.g., rabbit and hare) are dispersed and opportunistic. Concentrated diurnal use and nocturnal roosting functions during the winter, and potential summer use attributable to a former nest site near the Utah border are associated with the river corridor's cottonwood stands, a minimum of five miles north of the herd area boundary.

Bald eagle use associated with the lower White River valley, especially during the fall and winter use period, is loosely linked to populations of big game and small game as a source of nutrition, but the availability of winter forage is largely independent of horse management associated with the herd area.

Mexican spotted owl: BLM is aware of several records of Mexican spotted owl in the vicinity of this Resource Area: one unpaired male in the canyons of Dinosaur National Monument, CO in the summer of 1996 and 1997 (about 35 miles north of the herd area) and a single bird in the Book Cliffs of east-central Utah during the fall of 1958 where several owls have been documented in recent follow-up surveys (about 40 miles southwest of the herd area. Extensive surveys for Mexican spotted owl by the Vernal, Utah Field Office in woodland habitats similar to those available in this Resource Area have not produced any owls. The nearest designated critical habitat lies is Carbon County, Utah, about 60 miles west of the herd area, and the only persistently occupied habitats in western Colorado occur near Mesa Verde National Park, about 170 miles south of the herd area.

Suitable habitat in Utah and, ostensibly, in adjacent portions of western Colorado, is believed to consist of arid canyonlands or steep (>40% slopes) canyons with dense stands of mature pinyon-juniper with Douglas-fir or mixed-conifer forest with high canopy closures and open understories, particularly in association with rock outcrops. In the course of preparing state-wide Biological Assessments for BLM's land use plans, contractors evaluated the suitability of Mexican spotted owl habitat within this Resource Area. Initial indications are that potential suitable habitat is narrowly confined to about 1,700 acres in 5 relatively small (320 acres $\geq$ 4 sites $\geq$ 65 acres) parcels of steep, north-facing canyons supporting mixed conifer forests along the White-Colorado River divide. These habitat parcels are located a minimum of two miles south of the current herd area boundary.

Management of horses within the West Douglas herd area would not be expected to have any effective influence on the suitability or utility of habitat that has potential for occupation by Mexican spotted owls in this Resource Area.

BLM Sensitive Species: A number of animals are classified as sensitive by the BLM. These species are thought to be especially susceptible to population-level influences from incompatible land use actions. It is the policy of BLM to identify these species on a state-by-state basis and ensure that BLM actions do not contribute to their becoming candidate for listing under the Endangered Species Act. Sensitive species that may occupy the herd area include the northern goshawk, greater sage-grouse, Townsend's big-eared bat, and fringed and Yuma myotis. These species will not be discussed separately in the Environmental Consequences Section (bellow), but will be evaluated, where applicable, by inference or in conjunction with nongame terrestrial wildlife discussions.

*Northern goshawk:* The northern goshawk is normally associated with mature, higher elevation coniferous and aspen forests. The BLM has no record of goshawk nesting activity in the herd area, but based on experience in the adjacent Piceance Basin, the goshawk probably nests sparingly (e.g., 1-3 pair) in the southern half of the herd area in mature pinyon-juniper woodlands (above 6500') and in the area's higher elevation Douglas-fir and spruce-fir forests. Goshawks subsist primarily on a diet of medium-sized mammals and birds (e.g., grouse, ground and tree squirrel, rabbit). Although never common, an influx of migrant goshawk appears to elevate densities in this Resource Area during the winter months.

Outside of more heavily developed natural gas fields within the herd area (about 30% of the herd area), the extent and character of mature pinyon-juniper woodlands and other forest types within the herd area as goshawk nest habitat are believed static. Since much of the birds' prey base appears to fluctuate around long term means (e.g., blue grouse) or are relatively independent of prevailing land use activities (e.g., red squirrel), it is presumed that local breeding and wintering populations of northern goshawk are also stable. However, because reductions in herbaceous ground cover, riparian damage, and deleterious shifts in native bunchgrass composition, attributable to collective ungulate use (past and present) suppress the abundance and availability of potential prey, it is likely that annual goshawk reproduction and winter survival are, to an indeterminate degree, responsive to grazing effects.

*Greater sage-grouse:* Small numbers of sage grouse have been sporadically encountered in larger Wyoming big sagebrush parks on the north and northwest portions of the herd area, but there appears to be no consistent use or occupation of these habitats. These areas are not associated with any known strutting grounds and the habitat offers few attributes that would be expected to serve summer, nesting, or brood-rearing functions.

*Townsend's big-eared bat, and fringed and Yuma myotis:* Although the distribution and ecology of these bats are poorly understood, limited collections have documented their presence from western Colorado's, semi-desert shrublands, woodlands, and canyonlands. These bats use caves, mines, and unoccupied buildings for night, nursery, and hibernation roosts. The big-eared bat and Yuma myotis, in particular, prefer to forage over riparian habitats.

Although these bats likely occur seasonally in small numbers in or near the herd area, habitat suitability may be sharply constrained by the paucity of suitable night, nursery, and hibernation sites. Although rock outcrops suitable for temporary daytime roosts are well distributed in the herd area, and relatively extensive riparian communities are available in West Douglas and mainstem Douglas Creeks, there are no underground mines or known caves, and unoccupied buildings are extremely limited within several miles of the herd area.

*Environmental Consequences of the Proposed Action:* Proposed gather operations would have no influence on listed, proposed, or candidate animal species or associated habitat. Sediment contribution attributable to the present horse population in the Douglas basin probably represents an indiscernible fraction of Douglas Creek's total sediment load. Although it is unlikely that resource degradation from expanding horse populations would ever be allowed to reach a magnitude that would significantly increase sediment loads in Douglas Creek, postponing control of horses would allow persistent and incremental annual increases in sediment yields to the lower White River's endangered fisheries.

Because BLM sensitive animals either occur peripherally in the herd area (i.e., greater sage-grouse) or are associated with pinyon-juniper woodlands or rock outcrops that are relatively unresponsive to short term grazing influences, current management of horses in the herd area probably has only subtle, indirect effects on the northern goshawk and the 3 bats through their small mammal/bird and insect prey bases. Because proposed horse gather operations would be expected to result in relatively localized and temporary overall reductions in grazing-related influences within and outside the herd area, it is unlikely that horse reductions would have any functional effect on the current demographics of these BLM sensitive species.

*Mitigation*: None.

*Finding on the Public Land Health Standard for Threatened & Endangered species*: Horse management within and in proximity to the herd area has little effective influence on animals protected under the Endangered Species Act and likely exerts only peripheral or subtle indirect influences on BLM sensitive animal species (see discussion above). Considering its limited support of special status animal populations, the project area generally satisfies the land health standard. The proposed action, in and of itself, would provide for relatively short-term vegetation responses that cannot be expected to enhance attributes at scales that could effect measurable responses in special status species populations. However, reducing the intensity of growing season use by 40-50% on ranges co-occupied by big game and horses during the summer months would maintain and prevent further decline in the vigor and composition of herbaceous understories as forage and cover for resident big game, small game, and non-game animals—a result that complements continued meeting of the land health standard.

**THREATENED AND ENDANGERED PLANTS**: (This includes all information related to plants in Public Land Health Standard 4.)

*Affected Environment*:   Limited inventories have been conducted for rare and endemic or rare and BLM sensitive species within the herd area. Many of these sensitive species in the region are endemic to the Green River geologic formation. This formation is limited to the Uintah Basin of Utah and the Piceance Basin/Roan Plateau of Colorado. Exposures of the Parachute Creek Member of the Green River Formation along Banta and Gilsonite Ridges (both outside the herd area) provide the habitat for five sensitive plant species. Two sensitive species (*Penstemon grahamii* (Graham beardtongue) and *Penstemon albifluvis* (White River Penstemon)) are rare throughout their range of distribution in the White River resource area. The other three sensitive species (*Oreocarya rollinsii* (*Rollins cryptanth*), *Eriogonum ephedroides* (*Ephedra buckwheat*), and *Parthenium ligulatum* (*Ligulate feverfew*)) are rare in Colorado and are more common in the Uintah Basin of Utah. The following species could have suitable habitat in the WSA portion of the herd area: *Penstemon grahamii* (Graham beardtongue) and *Penstemon albifluvis* (White River Penstemon). Both of these have been found only on Raven Ridge (north of the herd area) in Colorado, and extend along the White River towards eastern Utah where the formation occurs. Some suitable habitat for both the penstemon species occurs along the White River in Colorado just west of Raven Ridge, but no reports of either species has been documented there. *Oreocarya rollinsii* (*Rollins cryptanth*), *Eriogonum ephedroides* (*Ephedra buckwheat*), and *Parthenium ligulatum* (*Ligulate feverfew*) occur on exposures of the Parachute Creek Member and have been found along the Utah state line to the west of the herd area. Potential habitat also occurs in the Green River formation adjacent to the herd area on Texas Mountain, Oil Spring Mountain, Gilsonite Hills, Rabbit Mountain, Park Mountain and perhaps in Lower Evacuation Creek.

*Environmental Consequences of the Proposed Action:* All of the rare and sensitive plant species described in the Affected Environment section are narrow endemics of the Green River Geologic formation. In general, the sites on which the plants are found provide little in the way of forage because the formation consists of barren shale and is not used much by wild horses. Removal of the wild horses would not result in substantial increases in the protection of these plant species.

*Mitigation*:   Oil Spring Mountain Wilderness Study Area maintains a No Surface Occupancy Stipulation on all sites where rare/protected species could exist. Threatened, endangered and sensitive plant species found would be inventoried and monitored to determine their location and density. Populations determined to be impacted by management would be protected or avoided.

*Finding on the Public Land Health Standard for Threatened & Endangered species*: There is no reasonable likelihood that the proposed action or no action alternative would have an influence on the condition or function of Threatened, Endangered, or Sensitive plant species provided that the mitigation is followed. Thus there would be no effect on achieving the land health standard.

**WASTES, HAZARDOUS OR SOLID**

*Affected Environment*:  Needles may be used for treatment of wild horses; however only by the contract veterinarian and by qualified BLM personnel. No liquid nitrogen will be stored or used at the temporary holding facility.

*Environmental Consequences of the Proposed Action:*  Needles could present a hazard to public safety.

*Mitigation*:  All needles will be disposed of by the contract veterinarian. The hazmat coordinator will be notified in the case of any issues or concerns regarding the needles.

## WATER QUALITY, SURFACE AND GROUND (includes a finding on Standard 5)

*Affected Environment*:  The affected environment includes four watersheds; Douglas Creek, Evacuation Creek, Hells Hole, and Cottonwood Creek. Cottonwood Creek, Evacuation Creek and Douglas Creek watersheds were identified in the White River ROD/RMP as being fragile watersheds because a large amount of the soils present in these watersheds have characteristics of fragile soils (i.e. very high erosion potential, high salt content, slopes greater than 35%, and lack of vegetation cover that protects the watershed from overland flows). The "Status of Water Quality in Colorado – 2004" plus the 2006 update (CDPHE, 2006b) were reviewed for information related to the proposed recreation area. The herd area is situated entirely within the White River Drainage Basin.  The following table (Table 1) shows the affected water quality stream segments, area impacted (in acres), as well as any special designations for each of the affected stream segments.

Table 1:

| Stream Segment | River Basin | Acres Affected | Designated Beneficial Uses | Use Protected (Y/N) | 303(d) listed? | M&E listed? | Impairment | Priority |
|---|---|---|---|---|---|---|---|---|
| 22 | White | 40,328 | Aquatic Life Warm 2, Recreation 1b, Agriculture | Y | Douglas Creek | Soldier Creek | Sediment | Low |
| 23 | White | 21,888 | Aquatic Life Cold 1, Recreation 1a, Water Supply, Agriculture | N | N/A | N/A | N/A | N/A |

Stream segment 23 is defined as the mainstem of East and West Douglas Creek, including all tributaries, from their sources to their confluence.  Stream segment 23 has not been classified as use protected.  An intermediate level of water quality protection applies to waters that have not been designated outstanding waters or use-protected waters.  For these waters, no degradation is allowed unless deemed appropriate following an antidegradation review.

Stream segment 22 is defined as all tributaries to the White River, including all wetlands, lakes and reservoirs, from a point immediately above the confluence with Douglas Creek to the Colorado/Utah border, except for specific listings in segment 23.  Stream segment 22 has been designated as use protected. The antidegradation review requirements in the Antidegradation Rule are not applicable to waters designated use-protected. For those waters, only the protection specified in each reach will apply. Numeric standards for each stream segment can be found in Regulation No. 37 Classifications and Numeric Standards for Lower Colorado River Basin (CDPHE, 2004a).

Newly promulgated Colorado Regulations Nos. 93 and 94 (CDPHE, 2006c and 2006d, respectively) were also reviewed for information related to the proposed project area drainages. Regulation No. 93 is the State's list of water-quality-limited segments requiring Total Maximum Daily Loads (TMDLs). The 2006 list of segments needing development of TMDLs includes two segments within the White River - segment 9b, White River tributaries North & South Forks to Piceance Creek, specifically the Flag Creek portion (for impairment from selenium with a low priority for TMDL development) and segment 22, tributaries to the White River, Douglas Creek to the Colorado/Utah boarder, specifically West Evacuation Wash, and Douglas Creek (sediment impairments). Regulation 94 is the State's list of water bodies identified for monitoring and evaluation, to assess water quality and determine if a need for TMDLs exists. The list includes two White River segments that are potentially impaired – 9 (Flag Creek) and 22 (Soldier Creek). Neither Flag Creek nor Soldier Creek are located within the boundaries of the Herd area.

Douglas Creek Watershed: There are 271,504 acres in the Douglas Creek watershed, 240,796 acres are Federal lands and 79,368 acres are on Federal lands within the West Douglas Herd Area. Douglas Creek is tributary to the White River near Rangely, Colorado. The hydrologic setting of the Douglas Creek watershed ranges from relatively low lying, semi-arid lands yielding relatively little flow to steep, moderately high mountains that contribute major flows to Douglas Creek. There is very little flow or water quality data available for the tributaries to Douglas Creek. A USGS gauging station at the mouth of Douglas Creek collected instantaneous flows and periodic water quality data for the water years, 1977, 1978 and 1995. For the period of record, data indicates, this drainage to be an ephemeral stream, flowing in direct response to snow melt or rain. Spring runoff from the semi-arid lands, generally occurs from March through early May and, from the higher terrain, into early June. Documented instantaneous peak flows from summer storms are 3,250 cfs on July 24, 1977, and 541 cfs on July 14, 1995. The major pollutants that the Douglas Creek watershed contributes to the White River are high sediment and salinity loads. USGS measured a late summer rainstorm on October 6, 1994. The instantaneous sediment load at the discharge of 6.3 cfs was 15,800 mg/l or 270 tons per day with a specific conductance of 4,750 $\mu$mhos. Douglas Creek was added to the states 303(d) list of impaired watersheds requiring TMDLs (sediment) effective April 30, 2006. Douglas Creek is also listed in the White River ROD/RMP as a fragile watershed because it has soils that are both highly erosive and moderately saline.

Evacuation Creek Watershed: Evacuation Creek watershed is 114,800 acres; of these acres 99,100 Federal lands; and of these; 24,700 acres are in the herd area. Within the herd area the tributaries to Evacuation Creek are Texas and Missouri Creeks, and Park Canyon. The hydrologic setting of the area ranges from relatively flat dissected basins to steep, barren side slopes in the upper reaches. Texas Creek is an ephemeral channel and is listed in the White River ROD/RMP as a fragile watershed. This listing is due to the highly erosive soils within the watershed and the fact that it contains soils that are moderately saline. Runoff from these semi-arid areas is generally from snowmelt; March through May and high intensity summer and late fall rainstorms. The White River ROD/RMP recommends using best management practices to help heal the watershed and reduce sediment and salinity loads. Instantaneous measurements of flow and water quality data are not available for these tributaries of Evacuation Creek.

Currently, there are two active soil stabilization plans within the Evacuation Creek watershed. The purposes of these activity plans are to reduce the present rate of soil erosion, control salinity transportation off-site, improve native plant cover, and aid the watershed's ability to retain precipitation.

As required by the Clean Water Act, the state of Utah has designated the White River from the Colorado-Utah state line to the confluence with the Green River as fully supporting of all of its beneficial use classifications. This segment beneficial use classification is: Recreation and Aesthetics, 2B; and Aquatic Life Use Support, 3C. Four parameters have been listed on the Numeric Criteria for this reach. These parameters are: dissolved oxygen = 5.5 mg/l, pH = 6.5 - 9.0, maximum Fecal Coliform = 2000/100ml and maximum Total Coliform = 5000/100ml. For these parameters, a fully supporting rating indicated the criterion was not exceeded in more than 10% of the samples collected. Evacuation Creek in Utah has not been assessed at this time. Data that is available for this drainage indicates total dissolved solids entering the White River to exceed state standards in 18 of the 19 samples collected. The mean concentration was 3,041 mg/l.

Cottonwood Creek Watershed: There are 28,300 acres in the Cottonwood Creek watershed, 26,500 acres are Federal lands and 18,460 acres are Federal lands within the West Douglas Herd Area. Cottonwood Creek is an ephemeral drainage that is tributary to the White River downstream from Rangely Colorado. It is typical of a semi-arid setting, in that runoff comes during spring snowmelt and intense summer or late fall rainstorms and carries with it elevated sediment loads. A localized intense storm has the ability to erode upstream sediments deposited over a five to ten year period in just one event. Cottonwood Creek watershed is listed in the White River ROD/RMP as a fragile watershed because it is a low precipitation area with flashy intense runoff and soils that are highly erosive.

Hell's Hole Watershed: There are 7,486 total acres in the Hell's Hole watershed all of which are Federal lands; 831 acres are within the Herd area. The hydrologic setting of Hells Hole is similar to Cottonwood Creek and Hells Hole is in the same stream segment identified by the State.

*Environmental Consequences of the Proposed Action:* Because feral horses tend to remain in the same area year after year, watershed conditions in these sensitive watersheds are at an extreme risk of becoming even more degraded. Proper grazing practices within fragile watersheds are consequential in reducing erosion and sedimentation from both streambed and upland sources. Compliance and consistency with the state non-point source management plan, state water quality standards and the Clean Water Act (CWA) is mandatory. The CWA places responsibility for protection of water quality with the states and requires federal agency compliance. Improving the rangeland conditions and vegetation cover by reducing the amounts of vegetation grazed by horses and better distributing the animals, would have a positive affect on watershed stability and water quality.

*Mitigation*: None

*Finding on the Public Land Health Standard for water quality*: This standard states that water quality of all water bodies, including ground water where applicable, located on or influenced by BLM lands will achieve or exceed the Water Quality Standards established by the State of Colorado. Water Quality standards for surface and ground-waters include the designated beneficial uses, numeric criteria, narrative criteria and antidegradation requirements set forth under State law (5 CCR 1002-8) as required by Section 303(c) of the Clean Water Act. Indicators for achieving these standards are: appropriate populations of macroinvertebrates, vertebrates, and algae are present and surface and ground waters only contain substances (e.g. sediment, scum, floating debris, odor, heavy metal precipitates on channel substrate) attributable to humans within the amounts, concentrations or combinations as directed by the water quality standards established by the State of Colorado (5 CCR 1002-8).

With the exception of Douglas Creek (listed on the states 303(d) list for sediment impairments) most of the affected watersheds within and just outside the herd area are identified as meeting land health standards. However, many of the upper tributaries are ephemeral in nature and do not meet standards during periods of peak flows. In addition, reducing horse numbers within the herd area may help to improve over time, portions of stream segment 22 (Douglas Creek) back to meeting standards.


**WETLANDS AND RIPARIAN ZONES** (includes a finding on Standard 2)

*Affected Environment*: The descriptions of riparian systems are organized by the same four watersheds as the above descriptions of water quality.

Douglas Creek Watershed: Within the Douglas Creek watershed, riparian systems occur on Main Douglas, West Douglas, and West Creeks. These riparian systems are located within relatively wide valley bottoms (200-600 yards). The upper terraces of these valleys are composed of sagebrush, greasewood, western wheatgrass and annual grasses and forbs. The riparian habitat is located within incised channels of these valley bottoms. Plant composition within the riparian zone is coyote willow, tamarisk, cattails, carex and juncus. The stream channels are confined by incised channel banks, have low stream gradients, meandering channel and have channel materials composed of silt clay bed materials. These streams are in proper functioning condition with an upward trend. These streams are dependant on coyote willow and carex/juncus plant communities for streambank stability. All of these streams have beaver which subsist even when the channel and their ponds are dry. Suitable habitat for willow growth is limited to the area between the incised channel banks, which limits forage and dam building materials for the beaver. Once willow stocks are depleted, beaver abandon these stretches of the stream to inhabit suitable habitat either upstream or downstream.

Under the current livestock management program, the majority of livestock use along West Douglas Creek is during the migrations between the winter and summer ranges. Grazing use of the riparian area is physically limited by the incised channels and beaver ponds which act as enclosures. Where livestock do have access to the stream channel, livestock use is localized and heavy. No adverse impacts to riparian habitats have been identified as a result of grazing use by

wild horses. Horse use may be limited as a result of disturbance from vehicles using state highway 139, which runs along Main and West Douglas Creeks.

Livestock use on West Creek is similar to that described for West Douglas Creek.

Livestock use on Main Stem Douglas Creek is primarily during the winter and spring with a four year livestock management program requiring removal of livestock by May 15, May 31, April 1 and May 1, providing for total deferment of one year and partial deferment two of the four years. A group of wild horses has been using Main Douglas Creek in the vicinity of Vandamore Draw. The riparian area continues to develop and improve under these current uses and management.

Texas Creek Watershed: Texas Creek has no riparian vegetation nor is there any known opportunity for the development of a riparian system in this channel.

Cottonwood Creek Watershed: Cottonwood Creek has no riparian vegetation nor is there any known opportunity for the development of a riparian system in this channel. Cottonwood Creek is named for several cottonwoods growing within two miles of the confluence of the White River. The cottonwood habitat is the result of side hill springs which do not contribute to Cottonwood Creek.

Hell's Hole Watershed: Only the upper portion of this watershed is contained in the herd area, there is no perennial water, or any opportunity for development of a riparian system.

Larger, more persistent springs receive concentrated use by all large grazing animals on a seasonal or year-round basis. Heavy and persistent use has suppressed riparian development on some sites, degrading the downstream potential for riparian expression and suppressing vegetation-derived stability to the spring site and downstream channels and banks.

  *Environmental Consequences of the Proposed Action:* Actual gather operations would have no impact on riparian or wetland sites as no traps will be placed in or adjacent to riparian areas. Removal of the horses within the HA is expected to promote more seasonality in subsequent grazing use patterns by horses, remove the confounding influence of long duration horse use, and allow livestock management prescriptions designed to enhance riparian and channel conditions to operate as intended. Grazing patterns of more seasonal, shorter duration and of reduced intensity would be more consistent with desired maintenance or improvement of these at-risk riparian and channel systems.

Horses contribute to the cumulative removal of herbaceous material from channel features and valley terraces. The horses presently exceed the prescribed 1997 RMP range within the HA and all horses outside the HA, either through prolonging the duration and/or intensity of grazing use, exacerbate grazing-related effects on riparian condition and function, including: 1) increasing the rate and absolute quantity of bank and floodplain vegetation removed, which impairs the systems ability to capture and retain sediment for channel development and restoration processes (this effect can involve extending concentrated use more deeply into the growing season or increasing dormant season use when there are no further opportunities for regrowth and reestablishment of

effective stubble), 2) prolonging growing season use that depresses the vigor and density of channel vegetation and selects against those obligate herbaceous forms that yield optimum channel stability and erosion resistance, and 3) reducing plant vigor and density and reducing residual surface litter on valley terraces, which reduces moisture infiltration and alluvial storage that sustains and prolongs delivery to adjacent channels through the summer and fall months. Reducing the duration and intensity of grazing by wild horses along these valley terraces would increase foliar cover, surface litter, and stem/root mass densities, thereby enhancing moisture infiltration and directly increasing channel recharge and contributing incrementally to prolonged flow and vegetation expression in adjacent channels. Removal or horses outside the HA would eliminate the influence of horse use on riparian-bearing channels, but more importantly, eliminate the potential for the eventual development of grazing-related problems on these systems as horse populations increase. Implementation of the proposed action will have the greatest benefit to maintain/improve riparian systems within the HA.

*Mitigation*:  Enhance riparian development at springs by preventing access to the source and providing water outside of the riparian area.

*Finding on the Standard for Public Land Health for Riparian Systems:* Based on the impacts described for the proposed action the standard for public land health for riparian systems will be affected as described in the following table:

| WEST DOUGLAS CREEK WATERSHED | CONDITION OF STREAM BY STREAM MILES | | | |
| | CURRENT SITUATION | | PROPOSED ACTION | |
| | Functioning | Not Functioning | Functioning | Not Functioning |
|---|---|---|---|---|
| West Creek | 1.2 | 0 | 1.2 | 0 |
| West Douglas Ck | 2 | 0 | 2 | 0 |
| Main Douglas Ck | 4.8 | 0 | 4.8 | 0 |
| Totals | 8 | 0 | 8 | 0 |

**WILDERNESS**:

*Affected Environment*:  Oil Spring Mountain Wilderness Study Area (WSA), which straddles the southern boundary of the West Douglas Herd Area, is an undeveloped island surrounded by scattered oil and gas wells, roads and well pads.  There are no other areas remaining in a natural state with similar landforms and ecosystems within the oil and gas development belt in this region of Western Colorado. Management of WSAs is directed by the BLM's Interim Management Policy (IMP) which mandates management so as not to impair their suitability for preservation as wilderness. This language is derived from the Federal Land Policy and Management Act (FLPMA), and is referred to as the "non-impairment" mandate. The *Wilderness Study Report, Record of Decision, Craig District Study Areas* (BLM 1991*)* does not recommend that Oil Spring Mountain WSA become a designated wilderness because of pre-

FLPMA oil and gas leases; however, the WSA will continue to be managed per the IMP until such time as Congress acts to either release the area to other multiple uses or designate it as wilderness. Public interest groups in Colorado have identified additional area with potential wilderness character within the herd area which includes additional acres adjacent to, and north of the WSA.

The values listed below are typically used to describe the wilderness character of a WSA. The Oil Spring Mountain WSA specific descriptions following each value are excerpts from the Craig District *Wilderness Study Report Record of Decision* (BLM 1991).

NATURALNESS: The Oil Spring Mountain WSA is predominantly natural in character with negligible human imprints. Only minor imprints of humans are scattered around the periphery of the WSA. Existing range improvements include five improved springs and seven stock ponds which are screened by vegetation and topography. Eleven abandoned or plugged wells occur within the WSA and two shut-in gas wells in the western portion of the WSA, all of which are well screened by vegetation and topography and remain substantially unnoticeable within the area.

SOLITUDE: Topographic and vegetative screening within the WSA provides outstanding opportunities for visitors to experience solitude. The large blocked configuration of the WSA provides ample room for visitors to disperse and become isolated and segregated from others using the area. The relatively low use within the WSA also contributes to outstanding opportunities for solitude.

PRIMITIVE AND UNCONFINED RECREATION: The WSA contains outstanding opportunities for primitive and unconfined recreation. Big game hunting is the primary activity while others include hiking, backpacking, horseback riding and wildlife viewing. The rugged dissected topography and varying landforms are appealing for photography. The very diverse botanic communities within the WSA provide excellent opportunities for nature study. The WSA is accessible via dirt roads which nearly surround the WSA. The large blocked configuration allows for unconfined movement within the WSA. Low use of this WSA contributes to excellent primitive recreation experiences.

SPECIAL FEATURES/SUPPLEMENTAL VALUES: A portion of the WSA is identified as critical habitat (summer range) for mule deer. The diverse vegetation types also provide a variety of wildlife habitat and biological diversity. The WSA is an undeveloped island surrounded by oil and gas development. The area provides undisturbed habitat for flora and fauna displaced by human activities outside the WSA. A small natural arch and cave in the southwest portion of the WSA adds interest. Archeological sites also occur within the WSA. No other special features are known to occur in the Oil Spring Mountain WSA. It is of note that horses were identified in the original wilderness inventory conducted in 1979 and within the *Intensive Wilderness Inventory Analysis of Public Comment and Final Wilderness Study Areas*, within the WSA, yet this information was not carried through to the Craig District *Wilderness Study Report, Record of Decision* (BLM 1991).

*Environmental Consequences of the Proposed Action:*

NATURALNESS: No impact.

SOLITUDE: Periodic low flying helicopter gathers operations may occur over the WSA at regular intervals and this event could impact wilderness users by introducing the sight and sound of mechanized equipment which would disrupt the experience of solitude.

PRIMITIVE & UNCONFINED RECREATION: Wild horses may add to the primitive recreation experience as they add to the free and wild character of the landscape and their decrease in numbers in the WSA may decrease primitive and unconfined recreation opportunities such as wild horse viewing and photography.

SPECIAL FEATURES: By retaining some of the wild horses, a supplemental value to the WSA will persist.

*Mitigation:*  Avoid high-use public use periods such as fall big game hunting seasons and weekends when implementing wild horse gather and census operations.


**CRITICAL ELEMENTS NOT PRESENT OR NOT AFFECTED:**

No ACEC's, flood plains, prime and unique farmlands, or Wild and Scenic Rivers exist within the area affected by the proposed action.  There are also no Native American religious or environmental justice concerns associated with the proposed action.

**NON-CRITICAL ELEMENTS**

The following elements **must** be addressed due to the involvement of Standards for Public Land Health:

**SOILS** (includes a finding on Standard 1)

*Affected Environment:*  The table below depicts the soils/soil associations by range sites and the acres of each type within the herd area.  A detailed description of each of the soils can be found in the Order III, Soil Survey of Rio Blanco County Area Colorado, available at the BLM White River Field Office.

*Soil Mapping Units found within the Herd Area with Soil Characteristics*

| Soil # | Soil Name | Slope | Range site | Salinity | Run Off | Erosion Potential | Bedrock | Acres in HA |
|---|---|---|---|---|---|---|---|---|
| 74 | Rentsac-Moyerson-rock outcrop complex | 5-65% | PJ Woodlands/Clayey Slopes | <2 | Medium | Moderate to very high | 10-20 | 82414 |
| 53 | Moyerson stony clay loam | 15-65% | Clayey Slopes | 2-4 | Rapid | Very high | 10-20 | 8438 |

| Soil # | Soil Name | Slope | Range site | Salinity | Run Off | Erosion Potential | Bedrock | Acres in HA |
|---|---|---|---|---|---|---|---|---|
| 91 | Torriorthents-rock outcrop complex | 15-90% | Stoney Foothills | | Rapid | Very high | 10-20 | 7910 |
| 10 | Blazon, Moist-Rentsac complex | 6-65% | Pinyon-Juniper woodland | 2-4 | Rapid | Moderate to very high | 10-20 | 6732 |
| 41 | Havre loam | 0-4% | Foothill Swale | <4 | Medium | Slight | >60 | 2307 |
| 104 | Yamac Loam | 2-15% | Rolling Loam | <2 | Medium | Slight to moderate | >60 | 1861 |
| 64 | Piceance fine sandy loam | 5-15% | Rolling Loam | <2 | Medium | Moderate to high | 20-40 | 1853 |
| 61 | Patent loam | 3-8% | Rolling Loam | <2 | Medium | Moderate | >60 | 1839 |
| 68 | Rabbitex-Work loams | 10-25% | PJ woodland/Deep Loam | <2 | Medium | Moderate to high | 40-60 | 1822 |
| 67 | Rabbitex flaggy loam | 10-65% | Pinyon-Juniper woodland | <2 | Medium | Moderate to very high | 40-60 | 1774 |
| 73 | Rentsac channery loam | 5-50% | Pinyon-Juniper woodlands | <2 | Rapid | Moderate to very high | 10-20 | 1344 |
| 89 | Tisworth fine sandy loam | 0-5% | Alkaline Slopes | >4 | Rapid | Moderate | >60 | 1215 |
| 90 | Torrifluvents gullied | 0-5% | None | | Rapid | Very high | >60 | 1211 |
| 69 | Razorba channery sandy loam | 30-75% | Spruce-Fir woodland | <2 | Medium | Very high | >60 | 1197 |
| 36 | Glendive fine sandy loam | 2-4% | Foothills Swale | 2-4 | Slow | Slight | >60 | 990 |
| 75 | Rentsac-Piceance complex | 2-30% | PJ woodland/Rolling Loam | <2 | Medium | Moderate to high | 10-20 | 778 |
| 9 | Blakabin-Rhone-Waybe complex | 5-50% | Brushy Loam/Brushy Loam/Dry Exposure | <2 | Medium to rapid | Moderate to very high | >60 | 587 |
| 5 | Badland | 50-100% | None | -- | Very rapid | Very high | 0-10 | 512 |
| 94 | Turley fine sandy loam | 3-8% | Alkaline Slopes | 2-4 | Medium | Slight to moderate | >60 | 484 |
| 93 | Turley fine sandy loam | 0-3% | Alkaline Slopes | 2-4 | Medium | Slight | >60 | 463 |
| 70 | Redcreek-Rentsac complex | 5-30% | PJ woodlands/PJ woodlands | <2 | Very high | Moderate to high | 10-20 | 445 |
| 60 | Patent loam | 0-3% | Rolling Loam | <2 | Medium | Slight | >60 | 292 |
| 78 | Rock Outcrop | 50-100% | None | -- | Very high | Slight | 0 | 194 |
| 96 | Veatch channery loam | 12-50% | Loamy Slopes | <2 | Medium | Moderate to very high | 20-40 | 160 |
| 19 | Chipeta-Walknolls complex | 5-15% | Clayey Saltdesert/Saltdesert breaks | 8-16 | Rapid | High | 10-20 | 152 |

| Soil # | Soil Name | Slope | Range site | Salinity | Run Off | Erosion Potential | Bedrock | Acres in HA |
|--------|-----------|-------|-----------|----------|---------|-------------------|---------|-------------|
| 58 | Parachute loam | 25-75% | Brushy Loam | <2 | Medium | Very high | 20-40 | 152 |
| 76 | Rhone loam | 30-75% | Brushy Loam | <2 | Medium | Very high | 40-60 | 144 |
| 42 | Irigul channery loam | 5-50% | Loamy Slopes | <2 | Medium to rapid | Very high | 10-20 | 128 |
| 15 | Castner channery loam | 5-50% | Pinyon-Juniper woodlands | <2 | Medium to rapid | Moderate to very high | 10-20 | 124 |
| 3 | Absher loam | 0-3% | Alkaline Slopes | 4-8 | Medium | Moderate to high | >60 | 118 |
| 37 | Glenton sandy loam | 1-6% | Alkaline Slopes | <4 | Slow | Moderate | >60 | 116 |
| 95 | Uffens loam | 0-5% | Alkaline Slopes | 4-8 | Slow | Moderate | >60 | 78 |
| 62 | Patent loam | 8-15% | Rolling Loam | <2 | Medium | High | >60 | 60 |
| 43 | Irigul-Parachute complex | 12-45%5-30% | Loamy Slopes/Mountain Loam | <2 | Rapid | Slight to high | 10-20 | 43 |
| 13 | Bulkley channery silty clay loam | 5-30% | Pinyon-Juniper woodlands | <2 | Rapid | High | 40-60 | 42 |
| 6 | Barcus channery loamy sand | 2-8% | Foothills Swale | <2 | Slow | Moderate | >60 | 40 |
| 4 | Absher loam | 3-8% | Alkaline Slopes | 4-8 | Rapid | Moderate to very high | >60 | 31 |
| 101 | Work loam | 3-8% | Deep Loam | <2 | Medium | Moderate | >60 | 27 |
| 54 | Nagitsy-Irigul Channery loams | 5-50% | Brushy Loam/Loamy Slopes | <2 | Medium | Slight to very high | 20-40 | 24 |
| 1 | Abor Clay loam | 5-30% | Clayey Foothills | <4 | Rapid | High | 20-40 | 20 |
| 33 | Forelle loam | 3-8% | Rolling Loam | <2 | Medium | Moderate | >60 | 12 |
| 48 | Kobar silty clay loam | 3-8% | Deep Clay Loam | <2 | Medium to rapid | Moderate | >60 | 7 |
| 98 | Waybe-Vandamore Variant-rock outcrop complex | 5-30% | Dry Exposure | <4 | Rapid | Moderate to high | 10-20 | 2 |
| 1 | Abor clay loam | 5-30% | Clayey Foothills | <4 | Rapid | High | 20-40 | 20 |
| 33 | Forelle loam | 3-8% | Rolling Loam | <2 | Medium | Moderate | >60 | 12 |
| 48 | Kobar silty clay loam | 3-8% | Deep Clay Loam | <2 | Medium to rapid | Moderate | >60 | 7 |
| 98 | Waybe-VandamoreVariant-rock outcrop complex | 5-30% | Dry Exposure | <4 | Rapid | Moderate to high | 10-20 | 2 |

Many of the soils within the herd area are considered to be fragile on slopes greater than 35 percent and have been mapped as Controlled Surface Use Stipulation 1 (CSU-1) in the White River ROD/RMP. CSU-1 states that surface disturbing activities will be allowed in these areas only after an engineered construction/reclamation plan is submitted by the operator and approved by the Field Manager. An exception may be granted by the Field Manager if an environmental

analysis of the proposed action identifies that the scale of the operation would not result in any long term decrease in site productivity or increased erosion. A total of 52,570 acres are considered to be fragile or extremely saline on slopes exceeding 35 percent; of these; 51,782 acres are mapped as being fragile. Excessive slope steepness increases the erosion potential of soils because it increases the rate at which water will flow overland and transport soil particles. The USDA Soil Conservation Service publications state that slopes of 20 to 35 percent contribute to a severe erosion hazard.

Approximately 788 acres within the herd area are mapped as being highly saline as well as fragile. In addition, a substantial acreage of soils are slightly to strongly saline at the surface or in a near surface subhorizon. These soils generally support a sparse vegetation cover of low salt tolerant desert shrubs, grasses, and cryptogamic lichens. They formed in alluvium, colluvium, residuum, and reworked eolian deposits derived dominantly from shale and sandstone. Because they lack continual moisture, these soils are dry, causing salts to precipitate at the surface as soil moisture evaporates. Runoff from these areas transports salt in solution and sediment contains undissolved salts that go rapidly into solution when they reach a major waterway

In addition, within the planning area, approximately 108,767 acres or 85% of the total acres consist of soils less than 20 inches deep. The majority of these soil surfaces generally have a high portion of fine materials with little organic matter. Characteristic of these soils is slow permeability, low available water capacity, steep slopes, and shallow depth to rock; making runoff rapid.

Soils susceptible to wind erosion cover approximately 10,300 acres. These soils have very fine sands and sandy loam and lack clay and organic matter. Permeability is usually rapid, available water capacity is moderate.

The soil types used to determine land health standard are listed in the table below with corresponding acreage of each soil type. These soils are primarily located in drainage bottoms where the horses tend to congregate.

### *Soils not meeting the Land Health Standard*

| SOIL NUMBER | SOIL NAME | RANGE SITE | SLOPE | ACRES IN HA |
|---|---|---|---|---|
| 3 | Absher loam | Alkaline Slopes | 0-3% | 118 |
| 6 | Barcus channery loamy sand | Foothills Swale | 2-8% | 40 |
| 36 | Glendive fine sandy loam | Foothills Swale | 2-4% | 990 |
| 37 | Glenton sandy loam | Alkaline Slopes | 1-6% | 116 |
| 41 | Havre loam | Foothill Swale | 0-4% | 2307 |
| 61 | Patent loam | Rolling Loam | 3-8% | 1839 |
| 89 | Tisworth fine sandy loam | Alkaline Slopes | 0-5% | 1212 |
| 90 | Torrifluvents gullied | Alkaline Slopes | 0-5% | 1210 |
| 93 | Turley fine sandy loam | Alkaline Slopes | 0-3% | 463 |
| 94 | Turley fine sandy loam | Alkaline Slopes | 3-8% | 483 |
| | | | **Total Acres** | 8778 |

*Environmental Consequences of the Proposed Action:* Season long grazing in fragile watersheds would cause soil compaction, reduce infiltration, and decrease watershed stability.

Improving the rangeland conditions and vegetation cover by removing horses and thus removing some of the current grazing pressure would help to reduce this depletion of vegetation, and therefore have a positive affect on watershed stability and soil productivity. Direct and indirect impacts from gather activities would include but are not limited to, disturbance of vegetation and soil compaction at the trap sites. These impacts are expected to be short-term recovering to pre-horse removal conditions within three years.

*Mitigation*: No additional mitigation would be necessary.

*Finding on the Public Land Health Standard for Upland Soils*: This standard states: upland soils exhibit infiltration and permeability rates that are appropriate to soil type, climate, land form, and geologic processes. Adequate soils infiltration and permeability allows for the accumulation of soil moisture necessary for optimal plant growth and vigor, and minimizes surface runoff. Indicators of this standard are: expression of rills and soil pedestals is minimal, evidence of actively-eroding gullies (incised channels) is minimal, canopy and ground cover is appropriate, with litter accumulating in place and is not sorted by normal overland water flow, there is appropriate organic matter in soil, there is diversity of plant species with a variety of root depth, upland swales have vegetation cover or density greater than that of adjacent uplands, and there are vigorous, desirable plants.

Most of the affected soils within the herd area currently are meeting standards for upland soil health. However, areas identified as being in early seral states which are dominated by undesirable plant species such as cheat grass (see Invasive, Non-Native Species and Vegetation portions of this document) do not meet standards. Portions of the herd area in early seral states have significantly reduced infiltration and permeability rates which can lead to increased hill slope soil erosion. Season-long grazing (prolonged use during the growing and dormant seasons) is a primary cause of soils not meeting the Land Health Standards. With implementation of the proposed action, herd reduction is expected to temporarily allow soils the opportunity to improve and work towards achieving the standards.

## VEGETATION (includes a finding on Standard 3)

*Affected Environment*: The native plant communities can be described by major plant associations that are characterized by one or two dominant plant species or an association of several dominant plant species. Distribution of these associations is influenced primarily by precipitation and elevation and, to a lesser extent, by aspect and soil type.

*Vegetation Communities by Ecological Site and Acreage*

| ECOLOGICAL SITE/ RANGE SITE/ WOODLAND TYPE | PLANT COMMUNITY APPEARANCE | PREDOMINANT PLANT SPECIES IN PLANT COMMUNITY | ACRES WITHIN HERD AREA |
|---|---|---|---|
| Pinyon/Juniper | P/J Woodland | Pinyon, Juniper | 43966 (36%) |

| ECOLOGICAL SITE/ RANGE SITE/ WOODLAND TYPE | PLANT COMMUNITY APPEARANCE | PREDOMINANT PLANT SPECIES IN PLANT COMMUNITY | ACRES WITHIN HERD AREA |
|---|---|---|---|
| Clayey Slopes | Hillside Bunchgrass/Salt Desert Shrub | Salina wildrye, Indian ricegrass, Sandberg bluegrass shadscale, sagebrush | 40404 (32.7%) |
| Rock Outcrop | Barren | Very Scattered shrubs and grasses | 16247 (13%) |
| Stony Foothills | Pinyon/Juniper | Pinyon, juniper, Indian ricegrass, beardless wheatgrass, prairie junegrass, low rabbitbrush | 7822 (6%) |
| Rolling Loam | Sagebrush/grass Shrubland | Wyoming big sagebrush, winterfat, low rabbitbrush, horsebrush, bitterbrush, western wheat grass, Indian rice grass, squirreltail, June grass, Nevada and Sandberg bluegrass | 4604 (3.7%) |
| Foothills Swale | Grass Shrubland | Basin wildrye, western wheatgrass, Indian ricegrass, big sagebrush, rubber rabbitbrush | 3117 (2.5%) |
| Alkaline Slopes | Sagebrush/grass | Greasewood, Big Sagebrush, western wheatgrass, sand dropseed | 2221 (1.7%) |
| Mountain Loam/D-fir | Douglas-Fir Forest Stands | North and West facing steep slopes of predominately Douglas-Fir | 1196 (.9%) |
| Torrifluvents | Nearly Barren | Sparse Desert Shrubs and annual grasses | 1164 (.9%) |
| Brushy Loam | Mountain Shrub type | Utah serviceberry, snowberry, mountain brome, elk sedge | 742 (.6%) |
| Deep Loam | Low Shrubs and Grass | Beardless wheatgrass, muttongrass, snowberry and sagebrush | 756 (.6%) |
| Badlands | Barren | Low Desert Shrubs and grasses | 506 (.4%) |
| Loamy Slopes | Sagebrush/grass Shrubland | Wyoming big sagebrush, Beardless wheatgrass, western wheatgrass and serviceberry | 352 (.3%) |
| Dry Exposure | Grass Shrubland | Bluebunch wheatgrass, bottlebrush squirreltail, Colorado buckwheat, winterfat, Douglas rabbitbrush | 149 (.1%) |
| Clay Salt Desert | Salt Desert Shrub | Douglas rabbitbrush, Indian ricegrass, Sandberg bluegrass shadscale, sagebrush | 68 (.05%) |
| Salt Desert Breaks | Salt Desert Shrub | Indian ricegrass, galleta, needle and threadgrass, thickspike wheatgrass, Douglas rabbitbrush, shadscale | 53 (.04%) |
| Clayey Foothills | Grass Shrubland | Western wheatgrass, green needlegrass, big sagebrush, dwarf rabbitbrush | 20 (.02%) |
| | | Total | 123,387 |

Within the Herd Area plant communities are classified by "range sites" or "non-range sites". A range site is a distinctive kind of rangeland that differs from other kinds of rangeland in its ability to produce a characteristic natural plant community. A range site is the product of all the environmental factors responsible for its development. It is capable of supporting a native plant community typified by an association of species that differs from that of other range sites in the kind or proportion of species or in total production (National Range Handbook 1976). Range sites were classified by the present communities' similarities to the climax communities. The following chart shows this classification: