| RANGE CONDITION CLASS | PERCENTAGE OF PRESENT PLANT COMMUNITY THAT IS CLIMAX FOR THE RANGE SITE. (BASED ON WEIGHT) |
|---|---|
| Potential Natural Community (PNC) | 76-100 |
| Late Seral | 51-75 |
| Mid Seral | 26-50 |
| Early Seral | 0-25 |

Listed below are the Ecological sites for the Herd area and Range Condition classification:

**Potential Natural Community Condition Class:**

| ECOLOGICAL SITE | ACRES |
|---|---|
| Alkaline Slopes | 97 |
| Dry Exposure | 149 |
| Total | 246 |

**Late Seral Condition Class:**

| ECOLOGICAL SITE | ACRES |
|---|---|
| Alkaline Slopes | 87 |
| Brushy Loam | 440 |
| Clayey Foothills | 20 |
| Clayey Slopes | 38,050 |
| Deep Loam | 729 |
| Loamy Slopes | 246 |
| Rolling Loam | 173 |
| Total | 39,74539,745 |

**Mid-Seral Condition Class:**

| ECOLOGICAL SITE | ACRES |
|---|---|
| Alkaline Slopes | 250 |
| Brushy Loam | 302 |
| Clayey Salt Desert | 68 |
| Clayey Slopes | 2,354 |
| Deep Loam | 27 |
| Foothills Swale | 972 |
| Loamy Slopes | 106 |
| Rolling Loam | 3,367 |
| Salt Desert Breaks | 53 |
| Total | 7,4997,499 |

**Early Seral:**

| ECOLOGICAL SITE | ACRES |
|---|---|
| Alkaline Slopes | 1,787 |
| Foothills Swale | 2,145 |
| Rolling Loam | 1,064 |
| Total | 4,996 |

Listed below are the non-range sites for the Herd area. Non-range sites are composed of forests, woodlands and non-graze able sites including badlands and rock outcrops. Non-range sites are generally not considered as range forage producing sites. The following tables list these sites and

the acres associated:

**Non-Range Sites:**

| NON-RANGE SITES | SUCCESSIONAL STAGE | ACRES |
|---|---|---|
| Torrifluvents | Not Classified | 1,164 |
| Pinyon/Juniper Woodlands | Late Seral | 40,716 |
| Douglas-fir-Spruce/Fir Forests | PNC | 1,196 |
| Pinyon/Juniper Chainings & Fires | Early | 3,250 |
| Badlands | Not Classified | 506 |
| Rock Outcrop | Not Classified | 16,247 |
| Stony Foothills (Pinyon/Juniper) | Late Seral | 7,822 |
| | Total | 70,90170,901 |

**Summary:** Within the West Douglas Herd area there are 52,488 acres (42%) identified as rangeland sites and 70,901 acres (58%) of non-rangeland sites. Of the rangeland sites **!The Formula Not In Table** acres (5%) are considered Potential Natural Community; **!The Formula Not In Table** acres (76%) are considered late-seral; **!The Formula Not In Table** acres (18%) are considered as mid-seral; and 4,996 acres (10%) are considered early-seral. Refer to Table 3-6

*Environmental Consequences of the Proposed Action:* Horses would be managed at 50 head of horses, which is approximately a 50% decrease in horse use. Wild horses are expected to continue to use their preferred ranges and maintain early seral vegetation conditions on approximately 1,000 acres within the West Texas and East Texas Pastures.

Impacts from gather activities would include disturbance of vegetation at trap sites. Vegetation is expected to recover from disturbance within three years.

*Finding on the Public Land Health Standard for plant and animal communities* (partial, see also Wildlife, Aquatic and Wildlife, Terrestrial): Removal of horses down to 50 head would decrease grazing by approximately 50% on those sites preferred by horses. Within this area approximately 1,000 acres do not meet standards in terms of noxious weeds (cheatgrass) which is directly attributable to wild horse use. Because of the influence of cheatgrass and low precipitation these vegetation associations are not expected to develop and meet standards within a ten year timeframe.

*Mitigation:* Vegetation monitoring studies and evaluation of those studies would be used to determine acres meeting the standards for rangeland health. These studies would be used for; documenting carrying capacity, determining the need for range improvements and land treatments, modifying livestock periods of use by pasture, adjustments in livestock numbers.

**WILDLIFE, AQUATIC** (includes a finding on Standard 3)

*Affected Environment:* Although an important Colorado River cutthroat trout fishery exists in the adjacent East Douglas watershed, there are no perennial systems capable of sustaining a cutthroat fishery in the herd area. Perennial reaches of the West Douglas and

mainstem Douglas channels are known only to support small numbers of speckled dace, an abundant and widely distributed nongame species. Beaver have intermittently colonized Douglas Creek, as well as a small portion of West Douglas Creek near Sand Draw. These beaver ponds and their lengthy backwaters are exploited by small, but well distributed breeding populations of mallard, green-winged teal, and spotted sandpiper.

*Environmental Consequences of the Proposed Action:* Those channel systems that support riparian or aquatic attributes within the herd area tend to remain unaffected by horse grazing due to passive constraints imposed by torturous and deep, vertically incised walls and extensive beaver ponding. The condition and function of these aquatic communities continues to improve under current herd influences and it is expected that the rate and direction of vegetation/channel improvements would not be altered appreciably with reduced numbers of horses.

*Mitigation*: None.

*Finding on the Public Land Health Standard for plant and animal communities* (partial, see also Vegetation and Wildlife, Aquatic): The aquatic communities associated with the herd area currently meet the land health standard and have consistently displayed long-term improving trends. The proposed action is not expected to have any appreciable influence on aquatic habitat condition or trends and would not detract from continued meeting of the standard.

## WILDLIFE, TERRESTRIAL (includes a finding on Standard 3)

*Affected Environment*: Wildlife inhabiting the West Douglas herd area, and upon which management emphasis is placed, includes big game (mule deer and elk), blue grouse, and nongame species (e.g. raptors.)

<u>Big Game</u>: Horse distribution in this Resource Area is coincident with the seasonal ranges of both mule deer and elk. The current herd area encompasses about 30% of the general winter range and 3% of the summer range (critical habitat) available to deer, and about 10% the summer range (critical habitat), 8% of the severe winter range, and about 39% of the remaining winter range extent available to elk in Game Management Unit (GMU) 21. Critical habitat is a designation conveyed to seasonal habitats that, within a given big game herd area (Data Analysis Unit - DAU), are most limited in supply or are of inordinate value; the loss or deterioration of which would adversely affect the species.

Game Management Unit 21 (within which the herd area lies) is managed by Colorado Division of Wildlife (CDOW) as a trophy unit for mule deer. Population management is geared to improving herd structure and numbers. Approximately 60% of the DAUs deer population winters at lower elevations in the Douglas, Missouri, and Evacuation Creek drainages in mature pinyon and juniper woodlands interspersed with sagebrush and/or deciduous browse shrublands. Suitable summer habitat in the herd area is confined to higher elevation Douglas-fir and mixed shrub associations on Oil Spring, Texas, and Rabbit Mountains.

Deer population objectives remain consistent with those authorized in the RMP in 1997 for the Douglas planning unit (i.e., about 9,385 on BLM surface). CDOW estimates that wintering deer populations are about 50% below objective levels in GMU 21, which translates to a desired increase of about 4700 deer on Public Lands within the Game Management Unit. At present, it is estimated that about 100 deer summer in the Oil Spring/Texas Mountain area and an average 1600 deer winter on ranges within the herd area.

Elk populations in GMU 21 are considerably higher than Colorado Division of Wildlife's (CDOW) long-term population objective (2-3 times higher). CDOW is currently reevaluating their plans for managing elk in Data Analysis Unit (DAU) E-10, which includes the Piceance (Game Management Unit (GMU) 22) and Douglas (GMU 21) basins. However, it is likely that CDOW will continue to manage for reduced numbers of elk in an effort to reach the established population objective. Population density varies by season with fewer elk occupying the herd area during the core winter months (about 100 from late November through February) and larger numbers supported spring and fall (about 160-200 animals). Critical summer range habitat for elk is similar in distribution to that of mule deer. Oil Spring and Texas Mountains provide suitable summer habitat for elk, but relatively few animals (about 50) summer in the herd area.

In reviewing and mediating grazing management concerns in the Twin Buttes allotment (report dated March 1998), the Colorado Department of Agriculture Section 8 team found that numbers of deer and elk at that time were having little apparent affect on the allotment's vegetation resources or the livestock operation. However, the team cautioned that if Game Management Unit 21's elk populations continued to expand concurrent with increased deer abundance, excessive forage use would be of concern. Deer populations have remained relatively constant in GMU 21 since 1998 ($\pm$8%), whereas elk have increased in annual increments approaching 3%. Overall, increased big game forage use attributable to elk (about 350 AUMs) has been generally compensated by the current paucity of deer. Within the herd area, it is estimated that deer and elk consume an equivalent of 800 AUMs during the spring and summer and about 1800 AUMs during the dormant season—some 1650 AUMs below calculated forage use at objective levels. Achieving deer population objectives would add nearly 2000 AUMs of use to the herd area. CDOW is attempting to install innovative and aggressive methods to reduce elk populations in GMU 21 with the 2004 season.

Spring and fall elk numbers have increased such that localized forage/riparian conflicts with livestock have begun to occur (e.g., early spring use of bottoms in close proximity to steep conifer slopes, and on upland spring sites). Sources of free water are limited within the herd area. Larger, more persistent springs receive concentrated use by all large grazing animals on a seasonal or year-round basis.

The mid to late winter/early spring period (December to early May) presents the greatest nutritional challenge for deer, in part, because the quantity and accessibility of forage is constrained by snow accumulations and the nutritional properties of available forage is low. Adequate forage volume and quality are essential for avoiding excessive and irreversible weight loss that results in excessive winter mortality and inadequate fetal development. During most

winters, snow cover limits the effective foraging area available to deer. Under heavy snow conditions and under normal circumstances by February, deer are often relegated to south facing slopes on late winter ranges which offer moderated daytime temperatures and snow depth. Although forage volume is small, south-facing slopes promote early herbaceous emergence and minimal constraint in accessing forage.

In March, April, and May deer seek and make increasing use of emerging herbaceous forage (up to 40% grasses) particularly in bottomland and valley situations. Early spring (April-May) forage supplies and availability are essential for increasing the physical condition of deer recuperating from winter deficiencies in preparation for spring movements, accelerated fetal growth and development, and subsequent lactation. Similarly, summer diets (June-August) involve 60-90% herbaceous forage, primarily nutrient-rich forbs.

As forbs progress toward dormancy with the onset of warmer and drier summer conditions, their nutritional value declines, and management that prolongs the availability of succulent, high quality forage is of great advantage (e.g., riparian and mesic channels/valleys). As sites producing fresh herbaceous material decline through late fall, browse begins to assume a dominant and nutritionally superior dietary fraction. Throughout this period (August through December), deer must assimilate nutrients and energy in excess of need, thereby allowing for the production and storage of fat and protein reserves in preparation for winter. Nutritional assimilation is strongly enhanced by a diverse diet, regardless of season.

Although elk in GMU 21 are thought to rely principally on herbaceous forage throughout the year, seasonal patterns of forage use and nutritional need are similar to deer.

Blue grouse: The herd area encompasses a peninsula of higher elevation habitats extending north from the Douglas-Baxter Pass divide that support year-long blue grouse occupation (i.e., West Creek pasture and higher elevations of the East and West Texas Creek pastures). This range comprises about 14% of the potential blue grouse habitat available in Game Management Unit (GMU) 21. Grouse winter habitat and year-round distribution centers on the 1200 acres of mixed spruce and fir forest on Texas and Oil Spring Mountains. Habitats that support nesting, brood-rearing, and general summer and fall distribution are confined to about 2380 acres of surrounding mixed shrub and higher elevation (above 7200') sagebrush habitats (about 7% of those available in GMU 21).

After the first snows, blue grouse distribution is strongly associated with mature arboreal cover in spruce, fir, and pine; and diets consist primarily of conifer needles. Optimal nest and brood habitat consists of open mixed shrub stands with a conformation that provides effective horizontal and vertical concealment. Well developed herbaceous understory vegetation complements horizontal nest concealment and improves microclimatic (e.g. temperature, humidity, wind) conditions at the nest site. Both nest success and the survival of young broods is enhanced by well developed herbaceous understories beneath and among shrub canopies. Upland parks and adjacent drainage systems and spring sites produce persistent broadleaf herbage and insects favored and nutritionally required by hens and broods from April through August.

Collective use of herbaceous growth by livestock, horses, and big game on grouse nest and brood ranges affects the availability and utility of herbaceous plants used directly as forage, or as substrate for invertebrate prey, and the efficacy of herbaceous cover (i.e. grasses and forbs) as cover and concealment during the nesting and early-brood rearing period. Both early herbaceous growth (April-June) and residual stubble that persists from the previous growing season are thought to be important determinants in nest success and brood survival. Heavy grazing use typically prompts retreat of broods to more moderately utilized ranges, if available (i.e., concentrating birds and reducing the extent of suitable habitat).

Overall, herbaceous ground cover in potential grouse nest and brood habitats range in the vicinity of Texas and Oil Spring Mountains is ineffective as supplemental cover in terms of residual height and horizontal ground cover. In those areas with persistent spring through fall grazing by elk and horses, little interstitial (i.e., between shrub crowns) ground cover remains on bench, ridgeline, and basin habitats through the summer brood period and into the following nesting season. In particular, with water developed for seasonal livestock use, the woodland chainings on the east side of Texas Mountain have assumed heavy and persistent growing and dormant season use by horses. Although growing season use by horses and elk likely plays an influential role in preventing improvements in herbaceous expression, BLM believes the local condition may be related principally to advancing age and decadence within these shrub stands.

Raptors and Non-game Wildlife: Raptor nesting activities are dispersed throughout the project area. Nesting records are heavily skewed toward the more conspicuous cliff-nesting species. Golden eagles and red-tailed hawks nest predominantly on cliff faces found throughout this region. Systematic or extensive inventory for the less obvious, but probably more common woodland nesting species, including Cooper's and sharp-shinned hawks, northern pygmy, saw-whet, and long-eared owls, is lacking and few nests have been recorded relative to the extent of available habitat. Relatively small and dispersed forest tracts of spruce-fir and aspen can support inordinately high number of breeding woodland raptors. Nesting records for potentially affected hawks, eagles, and owls indicate that nest attempts (initiated as early as March) are largely (85%) complete and young fledged by early August.

The maintenance of raptor populations is largely dependent on its small mammal and bird prey base. Nongame animal populations are relied upon to provide sufficiently abundant and diverse prey to satisfy the requirements of these predators. Under any given circumstance, nongame populations are typically more diverse and abundant when the habitat's herbaceous component, as substrate for cover or forage, is better expressed in terms of height, ground cover, and compositional and structural diversity. Conversely, progressive declines in the density and height of herbaceous ground cover normally detract from the abundance and richness of nongame bird and small mammal communities.

The non-game bird community throughout the herd area's uplands is considered representative and complete with no obvious deficiencies in composition. Over 200 species of nongame birds have been recorded in habitats widely represented within the West Douglas herd area (e.g., pinyon-juniper, mountain shrub, sagebrush). Species associated with riparian/wetland and

spruce/fir forest communities are confined to limited acreage in mainstem and West Douglas Creek (forming the eastern boundary of the herd area) and the tops of Texas and Oil Spring Mountains, respectively.

Small mammal populations are poorly documented; however, the 20 or so species that are likely to occur in the herd area are widely distributed throughout the Great Basin or Rocky Mountain regions. Even though several species have relatively specialized habitat affiliation (i.e., shrubland with well developed understories), all species display broad ecological tolerance. No narrowly distributed or highly specialized species or subspecific populations are known to occur in the herd area.

 *Environmental Consequences of the Proposed Action:* Big game: Gather operations would be conducted in the late summer through fall months and are not expected to interfere with any important seasonal use functions (e.g., post-partum/lactation, severe winter range).

The proposed action is comparable to analyses made in the West Douglas Herd Area Amendment to the White River Resource Management Plan (Environmental Assessment CO-WRFO-05-083-EA, April 2005). The current proposal to reduce the herd area's horse population to 50 head would be similar in short term effect to the average horse population associated with the upper half of the AML range presented in Alternative B of the above-referenced Amendment (average 44 head, range 29-60). The following effects assessment is considered reasonably equivalent to that developed for Alternative B of the 2005 Amendment.

*Summer Use:* Near term removal of 89 horses within the West Douglas herd area (65% reduction in total horse numbers) would reduce collective ungulate summer grazing use on the Oil Spring/Texas Mountain complex by about half across 3 and 10 percent of the deer and elk summer habitats available in Game Management Unit (GMU) 21, respectively. It would also reduce collective ungulate grazing intensity by about 5% across nearly 10% of both the general deer winter ranges and elk severe winter ranges within the GMU.

Big game summer use and fawning and calve-rearing habitats in the Oil Spring/Texas Mountain area are tied to the availability of a limited number of upland waters. Considering the attraction of water for all summer/fall grazers, about 6,000 acres of bottomland and mixed-shrub habitats within two miles of water are subjected to persistent growing season use. Accelerated declines in the availability of preferred herbaceous forage through concentrated grazing use or failure to accumulate sufficient herbaceous litter to prolong the retention of soil moisture reduces the prospects of deer or elk maintaining favorable nutritional status through the fawn or calf-rearing period. Under prevailing levels of big game, livestock, and horse use, understory character (i.e., density, vigor, and composition of native perennial herbaceous vegetation) in preferred horse use areas remains static or continues to regress, implying that collective ungulate use during the growing season is currently more intensive or persistent than thresholds that would allow for recovery and/or improvement of understory conditions.

The proposed gather would temporarily reduce cumulative ungulate use in the Oil Spring/Texas Mountain area during June, July, and August by up to 50%. This short term reduction in grazing

intensity would provide for increased herbaceous expression on about 3,700 bottomland and shrubland acres preferred by horses during the summer, but continued season-long regimens would not be expected to prompt any meaningful community-level advances in plant density, ground cover, or herbaceous composition, particularly on the estimated 1,600 acres of early seral habitats in the East and West Texas and West Creek pastures. Under this grazing regimen, the vigor and seed production of native herbs would be expected to remain static, thereby temporarily deferring progressive adverse shifts in herbaceous composition (i.e., replacement of cool season grasses and broadleaf forbs important to elk and deer during the spring, summer, and fall with annuals and warm season perennials).

Static trends or diminutive gains in herbaceous forage conditions on big game critical summer habitats would fail to contribute to the timely improvement of forage properties considered paramount in elevating the nutritional status and enhancing the reproductive performance of GMU 21's mule deer populations. Horse-induced displacement of big game from critical summer habitats would continue to contribute incrementally to continued declines in the utility (i.e., effective extent) of critical deer habitat and would not lend substantively to efforts by the Colorado Division of Wildlife to stem or reverse the decline in the State's mule deer populations.

*Winter Use:* Horse reductions would reduce cumulative ungulate grazing loads on big game winter ranges in the herd area by no more than 2% (i.e., 5% reduction in collective grazing use on about 30% of big game winter range in herd area), although localized effects would be more pronounced in preferred bottomland sites in the East and West Texas pastures and on elk severe winter ranges where about 80-90 AUMs of horse use during June, July, and August would be removed.

Continued season-long grazing regimens on the Texas and Oil Spring Mountain complex at 50-60% of current levels (i.e., next 2 years) would not be expected to allow for substantive reductions in the duration of spring livestock use on big game winter ranges at lower elevations in the herd area. Indirect improvements to herbaceous forage conditions on these winter ranges would likely be unremarkable and functionally indistinguishable from present conditions.

Blue grouse: Gather activities would be asynchronous with and would have no effective influence on the reproductive or wintering functions of blue grouse.

Horses make year-round use of the open mountain shrub and sagebrush communities which comprise general summer, nesting, and/or brood-rearing habitats for blue grouse in the Oil Spring/Texas Mountain area. A recurring issue identified on each pasture during the latest livestock grazing evaluation is the need to improve litter accumulation and increase the native component in understory composition. From the wildlife perspective, this issue indicates strong reductions in residual ground cover during the dormant season and/or late in the growing season, as well as persistent growing season use that suppresses plant vigor and competitiveness. Cumulative cover height reductions through July, particularly near water, are sufficient to substantially reduce the utility of grouse brood and nest ranges. Alterations in the composition of herbaceous communities also involve increased expression of annual (cheatgrass, mustards), introduced (Kentucky bluegrass), or grazing tolerant (grama) species which fail to offer

comparable persistence, structure, or production as substrate for invertebrate prey and/or supplemental cover for reproductive functions.

Temporary reductions in horse populations would be expected to reduce cumulative ungulate use during the late nest and brood period by about 40-50% in the short term (i.e., next 2 years). Although this action would reduce the rate and ultimate level of herbaceous cover decline on 2,400 acres of blue grouse nest and brood habitats in the herd area, continued season-long grazing regimens applied to these reproductive habitats are expected to be capable of only maintaining current understory characteristics such that little functional improvement in herbaceous plant vigor, ground cover density, or understory composition would be expected. It is likely that the utility of grouse brood or nest habitat in the herd area would remain static.

<u>Non-Game Wildlife:</u>  Gather activities would be asynchronous with and would have no effective direct influence on the reproductive functions of non-game wildlife.

The abundance and distribution of nongame bird and mammal populations would be expected to remain static under this alternative. Although temporary reductions in grazing use intensity (i.e., 40-50% over next 2 years) attributable to horse reductions would be expected to enhance ground cover expression (e.g., residual volume) on approximately 6,000 acres of bottomland and mixed-shrub habitats within 2 miles of water that receive concentrated ungulate use, this change is not considered sufficiently prolonged or dramatic enough to elicit functional improvements in ground cover density, community composition, or the accumulation of residual ground cover.

Reduced upland use attributable to horse removal would have little influence on riparian conditions in mainstem and West Douglas Creek or West Creek channels. Long-term improvements in channel and floodplain character that have favored expansion and improved continuity of woody and herbaceous riparian habitats for those birds (e.g., see migratory bird section) and mammals (e.g., bats, montane and long-tailed vole) associated with well developed riparian habitats would continue.

*Mitigation*:  Surveys for raptor nesting activity will be conducted by WRFO staff on those trap sites proposed for use or development prior to August 15. In the event an active raptor nest is found in the vicinity of trapping operations, these sites will be afforded a buffer adequate to effectively isolate nesting activity from disruptions generated from horse trapping operations.

*Finding on the Public Land Health Standard for plant and animal communities* (partial, see also Vegetation and Wildlife, Aquatic):  On a landscape scale, the herd area and its encompassing watersheds generally meet the land health standard in providing for viable native animal communities commensurate with habitat potential. Particularly on those higher elevation ranges associated with the Oil Spring/Texas Mountain complex, the proposed action would provide important temporary relief of grazing-related influences attributable to horse populations well in excess of authorized use (i.e., current population of 139+ versus 0-50 authorized). Although the proposed action cannot be expected to prompt any long-term vegetation improvements in locales that have been subjected to persistent growing season use, this action would be consistent with maintaining the current status in meeting the land health standard. There are no indications that

current conditions are jeopardizing the viability of any regional wildlife population for the foreseeable future.

**OTHER NON-CRITICAL ELEMENTS:** For the following elements, only those brought forward for analysis will be addressed further.

| Non-Critical Element | NA or Not Present | Applicable or Present, No Impact | Applicable & Present and Brought Forward for Analysis |
|---|---|---|---|
| Access and Transportation | | X | |
| Cadastral Survey | X | | |
| Fire Management | | | X |
| Forest Management | | X | |
| Geology and Minerals | X | | |
| Hydrology/Water Rights | | | X |
| Law Enforcement | | X | |
| Noise | | | X |
| Paleontology | | | X |
| Rangeland Management | | | X |
| Realty Authorizations | | X | |
| Recreation | | | X |
| Visual Resources | | X | |
| Wild Horses | | | X |

# FIRE MANAGEMENT

*Affected Environment*: In September, 2003, the Texas Mountain prescribed burn was completed for wildland fuels management within the herd area. The prescribed burn treated 1,230 acres within the herd area. Since the completion of this project undesired invasive annuals including cheatgrass have established on the site and appear to be increasing. This is of concern in the post fire environment due to the increased flammability and fire return interval for cheatgrass. Pretreatment the project area did have cheatgrass, however the species was a minor component of the plant community. Since the completion of the prescribed burn a resident horse herd of unknown size has utilized the burn area all four seasons of the year. The early seral perennial vegetation has been directly impacted by continued year round grazing to a threshold where aggressive annuals may dominate the site without some deferment of grazing within the burn area. Cattle grazing has been deferred from the burn area from the time of the burn through 2005 to allow re-establishment of early seral perennial vegetation. This would indicate a correlation between horse utilization and undesirable species composition within the burn area. Preliminary monitoring results from May 16, 2006 indicate moderate to severe utilization of grasses on the monitoring plot site. There was also little residual plant biomass from the previous year (2005) which was an abnormally wet year for the area.

From a fire ecology perspective, increased cheatgrass dominance within a plant community leads to a disruption in the natural fire cycle by increasing the fine fuel loading and fuel bed continuity. This results in an increased fire return interval which leads to larger uncharacteristically intense fires that further degrade native plant communities.

*Environmental Consequences of the Proposed Action*: Removal of horses that are present in the herd area will aid in maintaining the ecological stability of native plant communities. Plant communities will be less susceptible to weed invasion, including increased dominance of cheatgrass. This will decrease the potential to change the fire regime of the affected native plant communities from infrequent fire return intervals ($\geq$ 100 years) to more frequent $\leq$ 10 year fire cycles which inhibit native plant growth and establishment and favor short lived, flashy annuals which result in uncharacteristically large and difficult to control fires.

*Mitigation*: None.

## HYDROLOGY AND WATER RIGHTS:

*Affected Environment:* Spring inventories were completed in 1985, 1986 and 1987 for all of White River Resource Area to identify springs that could have water rights filed on them. Table 2 below shows the findings of this inventory. Identified are sixteen springs that are located within the West Douglas Herd Area. The State of Colorado water courts do not except water filings on seasonal water sources so they do not have water rights filed on them. Twelve of the sixteen springs are in the Evacuation Creek watershed, while the other four are in the Douglas Creek watershed. There are no springs on record in the upper tributaries of Cottonwood Creek or Hells Hole. In addition, the specific conductances (SC) of twelve of these sources have values greater than 5,000 micromhos indicating high levels of salinity. Levels this high make them less desirable as water sources.

### Table 2:

| SPRING NAME | QR | SEC# | LOCATION | WATER RIGHT | SC | PH | Q IN GPM | COMMENTS | WATERSHED |
|---|---|---|---|---|---|---|---|---|---|
| 155-01 | NWSW | 10 | T1S R102W | 85CW439 | 9790 | 8 | 0.79 | Perennial | West Douglas |
| 176-03 | SENE | 20 | T3S 102W | -- | 6321 | 7.6 | 0.2 | Seasonal | Evacuation Ck |
| Wild Rose | NWSE | 20 | T3S 102W | W1547 | 8280 | 7.9 | 2 | Perennial | Evacuation Ck |
| Big Cedar | SENE | 29 | T3S R102W | W1546 | 10315 | 7.7 | 30 | Perennial | Evacuation Ck |
| 176-06 | NESE | 29 | T3S R102W | 85CW391 | 12574 | 8 | 7.5 | Perennial | Evacuation Ck |
| 176-20 | NWSE | 29 | T3S R102W | 85CW391 | 2838 | 8.6 | 6.7 | Perennial | Evacuation Ck |
| Wild Horse | NWSE | 11 | T3S R103W | W0467 | 1317 | 8.2 | 0.8 | Seasonal | Evacuation Ck |
| Shale | SWNW | 12 | T4S R103W | W0467 | 4629 | 6.5 | 0.3 | Seasonal | Evacuation Ck |
| 180-03 | SWNE | 16 | T4S R102W | -- | 12602 | 8 | 0.5 | Seasonal | Evacuation Ck |
| 180-20 | NESE | 18 | T4S R102W | -- | 8172 | 8.1 | 1.6 | Seasonal | Evacuation Ck |
| 180-24 | SENW | 18 | T4S R102W | -- | 1414 | 10.9 | 1.1 | Seasonal | Evacuation Ck |
| 181-01 | SWNE | 32 | T3S R102W | -- | 13930 | 8.2 | 0.1 | Seasonal | Evacuation Ck |
| 181-21 | NENE | 8 | T4S R102W | -- | 8588 | 8.2 | 0.5 | Seasonal | West Douglas |
| 181-31 | NWNE | 17 | T4S R102W | 85CW355 | 5278 | 8.3 | 0.1 | Perennial | West Douglas |
| Oak Spg No 1 | NWSE | 17 | T4S R102W | W1553 | 5170 | 8.8 | 2.9 | Seasonal | West Douglas |
| 181-34 | SWNW | 32 | T3S R102W | -- | 13298 | 7.5 | 0.4 | Seasonal | Evacuation Ck |

*Environmental Consequences of the Proposed Action:* When the numbers of horses within and outside a herd area are not controlled negative impacts such as trampling, removal of vegetation to bare ground and eventually head cutting will occur. By removing horses as in the proposed action, one would expect water sources experiencing these impacts to improve. Removal of horses and limiting the number of horses on the range, would aid in relieving pressures on the existing water sources.

*Mitigation:* Refer to the Wetland Riparian section for recommended mitigation.

## PALEONTOLOGY

*Affected Environment:* The proposed horse gather area is located in an area that is primarily mapped as the Mesa Verde Group which the BLM has classified as a Condition I area, meaning it is known to produce scientifically important fossil resources. Other formations in the area are the Wasatch, a Condition I formation and the Douglas Creek member of the Green River which is classified by the BLM as a Condition II formation.

*Environmental Consequences of the Proposed Action:* Reducing herd numbers to the prescribed RMP range will reduce the potential impacts to fossil resources from trampling on horizontal surfaces associated with trailing, concentration in areas of thermal cover/shade and water. Potential impacts from rubbing on exposed fossils on vertical surfaces would also be reduced by reducing herd numbers to the upper end of the prescribed RMP range.

Fossils could be impacted by gather operations if trap sites and associated wing fences or holding facilities are located in known and reported fossil localities.

*Mitigation:* Known and reported fossil localities shall be avoided when locating trap sites and associated wing fences and holding facilities. Sites without adequate inventory data will need to be examined for the presence of fossils during trap site selection activities. Trap facilities may need to be modified to avoid impacting identified fossil resources.

## RANGELAND MANAGEMENT:

*Affected Environment:* The descriptions for grazing management are organized by the two allotments within the planning area: Twin Buttes and Bull Draw. Twin Buttes allotment contains a total of 158,520 acres of which 113,825 acres are within the West Douglas herd area. Bull Draw allotment contains 9,564 acres and is entirely within the herd area.

BULL DRAW ALLOTMENT: The Bull Draw allotment is used in conjunction with the East Douglas Creek Allotment. This allotment contains 9,526 acres of public land and 38 acres of private land that are not controlled by the permittee. The permitted use for the Bull Draw allotment is 187 AUMs. The grazing schedule for the Bull Draw allotment is 43 cattle during the period November 16, to March 30.

TWIN BUTTES ALLOTMENT: The Twin Buttes Allotment contains 158,520 acres of public land and 17,540 acres of private land and is operated as an in-common allotment with two grazing permittees: James Steele and the Twin Buttes Ranch Company. James Steele runs 59 cattle during the period of November 1 to May 30 on the Twin Buttes allotment. The Twin Buttes Ranch Company runs 1157 cattle and is reliant on the public lands throughout the year. The Twin Buttes Ranch Co. manages livestock under an Allotment Management Plan completed in 1984, with a major revision completed in 1999. Twin Buttes Ranch Company is a cow/calf operation that also maintains a registered Hereford herd.

In general, the northern part of the allotment (which is the West Douglas Herd Area) is lower in elevation with a milder climate and precipitation averaging about 10-12 inches per year. These lower elevations are used during the winter and spring. The middle elevations centered around Texas Mountain have a wide variance in elevation and vegetation associations. This area is used during the fall, winter, and spring. The southern part of the allotment has the highest elevations (8000 feet) with precipitation ranging from 15-20 inches/year. This area is used during the summer and fall.

Within the Texas Creek pasture there are approximately 1,150 acres of pinyon/juniper forage manipulations completed in the 1960's and 1980's to augment spring and fall livestock forage on the allotment. These chainings currently produce approximately 144 AUMs of forage. As horse distribution shifted to the south these manipulations became their preferred habitat during the fall, winter and spring months. The 2005 census recorded 32 horses located on the chainings, a figure that equates to 320 AUMs, based on an eight month use period. Because of the limited forage there is competition among horses, wildlife, and livestock during the spring period, which results in decreased livestock management flexibility and shifts grazing use to other areas.

The inability of Twin Buttes Ranch to make use of the Texas Mountain area places an additional burden on the other pastures, and Twin Buttes Ranch has significantly decrease its grazing use of the area to account for wild horse use. Livestock use that coincides with the wild horses' preferred habitat in the Texas Mountain area during the spring period is necessary for the current Allotment Management Plan to function, which was based on the premise that BLM would follow the land use plans and removal all the wild horses. Implementation of the Twin Buttes Ranch's AMP would allow the opportunity for forage species to meet physiological requirements for growth, reproduction and carbohydrate storage.

The table below identifies the Permitted use by pasture for the Twin Buttes Allotment:

**Twin Buttes Allotment Permitted Use by Pasture (Both Operators)**

| PASTURE | ACTIVE AUMS | SUSPENDED AUMS | TOTAL AUMS |
|---|---|---|---|
| Cottonwood | 1340 | 1130 | 2470 |
| Lower Horse Draw | 680 | 0 | 680 |
| Water Canyon | 3360 | 0 | 3360 |

| PASTURE | ACTIVE AUMS | SUSPENDED AUMS | TOTAL AUMS |
|---|---|---|---|
| Park Canyon | 96 | 0 | 96 |
| Texas Creek** | 3550 | 57 | 3607 |
| Red Rock* | 140 | 0 | 140 |
| West Douglas* | 1095 | 0 | 1095 |
| West Creek** | 1289 | 0 | 1289 |
| **Total** | **11550** | **1187** | **12737** |

\* Pasture not within Herd Area.
\*\* Part of pasture not within Herd Area

The grazing program for the Twin Buttes allotment is described in the Allotment Management Plan completed in 1999. This activity plan is based on the current Land Use Plan decision which calls for the removal of horses by 2007.

The following description is directly from the Twin Buttes Allotment Management Plan. Four units within the grazing management area have been identified within the lower winter and spring ranges. These units are Lower Cottonwood, Lower Big Horse, Lower Douglas Creek and Lower Texas Creek. Livestock would be spread across the whole of the winter range from approximately November 1 to March 31. This will allow for livestock to use the rims and south slopes through the winter periods. On the Cottonwood Grazing Management (Unit #1), over a four year period, livestock would be cleared out by April 1, May 1, May 7, and May 31. On the remaining area of Cottonwood pasture, livestock would be progressively moved off the pasture ending May 31. On the Lower Horse Draw Grazing Management (Unit #2), over a four year period livestock would be cleared out by May 31, April 1, May 1, and May 15 (bottom areas cleared by May 7). On the Lower Douglas Grazing Management (Unit #3), over a four year period livestock would be cleared by May 15, May 31, April 1, and May 1. On the remaining Water Canyon pasture livestock would be progressively moved off the pasture ending May 31. On the W1/2 Texas Creek Grazing Management (Unit #4), over a four year period livestock would be cleared by May 1, May 15, May 31 and April 1. On the remaining area of W1/2 Texas Creek pasture livestock would be progressively moved off the pasture ending May 31.

The summer use period is June 5 to November 1 using the Red Rock, West Douglas and West Cr. Pastures (outside this planning area). Livestock are split, with half of the herd using the Red Rock and West Douglas pastures, and the remainder using the West Creek pasture. Cattle are rotated around each grazing area for two years and then the rotation would be reversed. Shown in the table below is the grazing schedule for this grazing program.

## Twin Buttes Grazing Schedules

| PASTURE | GRAZING USE PERIOD | |
|---|---|---|
| Cottonwood | March 1 to April 1<br>March 1 to May 1<br>March 1 to May 20 | November 1 to February 28 |

**Twin Buttes Grazing Schedules**

| PASTURE | GRAZING USE PERIOD | |
|---|---|---|
| | March 1 to May 20 | |
| Lower Horse Draw | March 1 to May 20<br>March 1 to April 1<br>March 1 to May 1<br>March 1 to May 20 | November 1 to February 28 |
| Water Canyon | March 1 to May 20<br>March 1 to May 20<br>March 1 to April 1<br>March 1 to May 1 | November 1 to February 28, |
| W1/2 Texas Creek | March 1 to May 1<br>March 1 to May 20<br>March 1 to May 20<br>March 1 to April 1 | November 1 to February 28 |
| E1/2 Texas Creek | March 1 to June 12 | November 1 to February 28 |
| West Creek | June 5 to November 1 | |
| West Douglas Creek & Red Rock | June 5 to November 1 | |
| Park Canyon Pasture (1) | March 1 to May 20 | November 1 to February 28 |

*Studies and Evaluation:* Actual use records are maintained by the permittee throughout the course of each grazing season. These records provide the basis for actual use billings at the end of each grazing/billing period. Studies are being conducted on the allotment and include those necessary to make an evaluation of the effectiveness of the plan.

**Allotment Studies**

| RANGE STUDY | COMPLETION DATE | FREQUENCY | METHOD | RESPONSIBILITY |
|---|---|---|---|---|
| Actual Use | End of each grazing period | With each pasture change | Actual Use Record | Permittee |
| Utilization Mapping | 3 Periods-winter spring, summer/fall | Every year | Key Forage plant | BLM |
| Condition and Trend | August/September | 5 years | ESI, Photo Plots Daubenmire | BLM |

AMP Evaluation: Evaluations of the AMP are made after each monitoring cycle.

Existing Water Developments: Within the West Douglas Herd area there are 69 stock ponds, 3 wells and four developed springs. The stock ponds range in age and usability and the majority are functional. None of the wells are functional.

*Environmental Consequences of the Proposed Action:* Under the proposed action, the wild horse population would be decreased to approximately 50 head. Wild horse impacts to the

livestock operation are expected to decrease proportionally to the reduction in horse numbers. Current problems of localized overgrazing and season-long grazing, which has maintained sub-optimal forage resources would be improved in the Texas Mountain area, as would direct conflict between horses and cattle. Retaining wild horses would decrease the flexibility of the livestock operation in terms of planning movements of livestock and managing forage resources. Over the long term, rangeland monitoring studies would provide data which may be used to modify livestock numbers, periods of use and/or permitted use.

*Mitigation*: None

## RECREATION

*Affected Environment*: *Affected Environment*:  The proposed action occurs within the White River Extensive Recreation Management Area (ERMA). BLM custodially manages the ERMA to provide for unstructured recreation activities such as hunting, dispersed camping, hiking, horseback riding, wildlife viewing and off-highway vehicle use.

The West Douglas Herd area is located within Colorado Division of Wildlife (CDOW) Game Management Unit (GMU) 21. GMU 21 is heavily used by public land hunters during the fall mule deer and elk big game hunting season from August through November. Additionally, the following Special Recreation Permits have been issued for big game hunting outfitting within the West Douglas Herd area: Rimrock Outfitters, Peters Hunting Service, Bookcliff Outfitters, and Twin Buttes Outfitting.

*Environmental Consequences of the Proposed Action:* If helicopter horse gather operations coincide with big game hunting seasons, it is likely that conflict between public land hunters and the gather operations will develop. Gather operations may disrupt public land hunters to a degree that the recreational activity, in this case big game hunting, may not be able to occur within helicopter gather operation impacted areas of the White River ERMA.

*Mitigation*:  Avoid fall big game hunting seasons for helicopter gather operations.

## NOISE

*Affected Environment*: The gather is expected to take as long as 9 days to complete. During this time the gather helicopter will be operating daily in specific locations within the areas identified for horse capture. The helicopter will not remain in any given location for long durations of time; rather the noise associated with helicopter use will be intense, isolated and short-lived between one gather location and another. Vehicular traffic in the form of motor vehicles and equipment pulled by these motor vehicles will occur in locations within the gather area. Again, this activity will focus in locations where wild horses are being captured and will shift from location to location on an almost daily basis.

*Environmental Consequences of the Proposed Action*:  All of the areas identified for gather will be temporarily affected by noise associated with helicopters and increased vehicular traffic.

*Mitigation:* None

## WILD HORSES

*Affected Environment*: <u>Wild Horse History</u>: The 1971 Wild and Free Roaming Horse and Burro Act mandate mandates that management of wild horses be considered in areas where they existed at the passage of the Act. Horses that relocate outside management boundaries, or onto private lands, are prioritized for removal. The White River Field Office completed the first land use plan in 1975. Two wild horse units were identified in the 1975 Plan: Piceance Unit and Douglas Creek Unit. The Douglas Creek Unit included what is now the East Douglas portion of the Piceance/East Douglas Herd Management Area and the West Douglas Herd Area. The East and West Douglas portions were physically separated by completion of a highway right-of way fence in 1983. The planning process established the boundary of the West Douglas Herd Area by considering the location of the horses within what was believed to be physical boundaries consisting of fences and topographic barriers. All Land Use Plans since 1975 contained the decision that wild horses would not be managed in the area now identified as the West Douglas Herd Area.

<u>Wild Horse Herd Distribution</u>: The initial aerial census recorded 9 wild horses in the area now recognized as the West Douglas Herd Area. These animals were located in the central eastern portion of the West Douglas Herd Area. Additional horses were identified in the Cottonwood Creek and Texas Mountain vicinities by the local public during scoping meetings held during the planning stages of the 1975 Management Framework Plan.

Since the early 1980's varying numbers of wild horses have drifted outside the herd area. In 2001, when the herd was estimated at 113 head, 57 horses were documented outside the herd area expanding south to the top of Roan Plateau, and west to the Colorado-Utah border. The 2002 census recorded 15 of the 77 horses tallied located outside the herd area. The February 2005 census recorded 6 of the 97 horses outside the Herd Area boundary. Three of these horses were located approximately 4 miles west of the herd area boundary and the other 3 horses were immediately adjacent to the herd area boundary fence.

Total removals have been attempted starting in the early 1980's, with a concerted attempt in 1985. The 1985 attempt was unsuccessful for a variety of reasons including helicopter wary horses, horses inhabiting inaccessible locations and the size of the search area (approximately 20,000 acres). Gather projects aimed at total removal completed since 1985 were also unsuccessful due to a variety of reasons. Not all gathers have been targeted for total removal. The 2001 gather project concentrated on the removal of 53 horses that had relocated outside the Herd Area boundary. At least 4 horses remained outside the Herd Area at completion of the 2001 gather.

Wild horse herd distribution has been shifting to the Texas Mountain vicinity since the early 1980's. The 1981 inventory documented 92 horses in the herd area with 52 (69%) using the northern portion and 36 using the area around Texas mountain. The 1985 inventory showed 65% of the horses in the Texas Mountain area. In the 1996 survey 100% of the horses were using the Texas Mountain area. The 2005 census documented all but 7 horses in the southern half of the HA in the vicinity of Texas Mountain.

The current distribution of wild horses is attributable to a variety of factors including:

> Human manipulation – Wild horse capture through the 1980's concentrated on removing horses from the northern Herd Area principally because the northern terrain is less rugged and is more road-accessible. The majority of the horses in the northern Herd Area were removed by 1985 with small groups continuing to use their northern range into the early 1990's. The last of these horses is the Vandamore Draw band. This small band normally summers on Texas Mountain but for the last few years has instead remained along the Main Stem Douglas Creek.

> Wild horse habitat variables –The West Douglas Herd Area contains a habitat imbalance long on winter range and short on summer range. The lack of perennial waters on the winter range augments wild horse preference for higher elevation habitat during the summer months. Since the summer range is concentrated in the southern portion of the herd area, horses through time have shifted their habitat preference south since entering the area in the mid 1970's. Wild horses have not attempted to reoccupy the northern part of the herd area.

> Human disturbance – The Douglas Creek Arch is a prolific zone for energy production. Energy production efforts in the north-central portion of the herd area have been substantial. While wild horses can certainly be found in proximity to developmental activities, heavy industrial activity in the north appears a factor in the horse's preference for ranges to the south.

> Competition with livestock – Livestock primarily utilize the northern half of the Herd Area because of the limited forage in the wild horse preferred habitat, there is competition among horses, wildlife, and livestock which result in decreased livestock management flexibility and shifts livestock grazing use to other areas.

> Preferred habitat – For wild horses in the Texas Mountain area includes; Mailbox, Waggoneer and Sand Draw chainings; the bottoms of Texas Creek; the mountain shrub hillsides around Texas and Oil Springs Mountain and the connecting habitat. A total of 2,179 AUMS are available for cattle and wild horses in the Texas Mountain vicinity. Approximately 60% of this area is considered preferred habitat for horses.

Population Census: The earliest aerial survey (helicopter) was completed in February 1974. The February inventory recorded 9 horses located in the Big Bull Draw area. The local public later identified two other areas in the herd area that supported wild horses: Texas Mountain (7 horses)

and Cottonwood Draw (5 horses). Since 1974 herd numbers have increased as high as 151 head (in 1996). The most recent census, completed in February, 2005 documented 97 horses: 72 adults and 25 yearlings.

The White River Field Office completed six gathers in West Douglas Herd Area between 1981 and 2001, removing a total of 372 horses between these dates. Table 3-1 below contains census data, estimated population size for years between census, gather years, and the number of horses removed during each gather.

**Wild Horse Population History of the West Douglas Herd Area**

| Year | Number Removed | Estimated Population | | Year | Number Removed | Estimated Population |
|------|----------------|----------------------|---|------|----------------|----------------------|
| 1974 |  | 9* | | 1990 |  | 50 |
| 1975 |  | 30 | | 1991 |  | 61* |
| 1976 |  | 40 | | 1992 |  | 66* |
| 1977 |  | 53* | | 1993 |  | 84 |
| 1978 |  | 68 | | 1994 |  | 105* |
| 1979 |  | 85 | | 1995 |  | 126 |
| 1980 |  | 106 | | 1996 | 60 | 151 |
| 1981 | 74 | 133* | | 1997 |  | 95* |
| 1982 |  | 68* | | 1998 | 72 | 137 |
| 1983 |  | 82 | | 1999 |  | 78 |
| 1984 | 45 | 98 | | 2000 |  | 94 |
| 1985 | 45 | 59 | | 2001 | 53 | 113 |
| 1986 |  | 32 | | 2002 |  | 77* |
| 1987 |  | 44 | | 2003 |  | 85 |
| 1988 |  | 50 | | 2004 |  | 95 |
| 1989 | 23 | 63 | | 2005 |  | 97* |

*Number observed in Aerial Counts; all censuses were conducted by helicopter
**All census data is prior to the census year foal crop Projected population size

Dietary Habits of Wild Horses and Competition with Other Species: The National Research Council (NRC), established in 1916 by the National Academy of Sciences, completed an in-depth study of wild horses in the western states in 1982. Findings in the Council's report include the dietary and spatial overlap between wild horses and other ungulates occupying the same habitat. Horse dietary preferences over a range of vegetation types represented in the West Douglas Herd Area are listed in the table below:

**Wild Horse Dietary Preferences**

| Vegetation Type | Season of Use | % Grasses | % Forbs | % Browse |
|-----------------|---------------|-----------|---------|----------|
| Mountain Shrub | Annual | 85 | 1 | 12 |
| Pinyon-Juniper | Annual | 89 | 0 |  |
| Sagebrush-Grass / Pinyon-Juniper | Annual | 94 | 0 | 5 |
| Sagebrush-Grass (4 locations) | Annual | 92.8 | 7 | 0.2 |
|  | Annual | 95.9 | 3.6 | 0.3 |
|  | Annual | 85.8 | 12.9 | 1.2 |
|  | Annual | 95.2 | 2.5 | 2.4 |

NRC's results were obtained from studies conducted over all seasons under a variety of environmental conditions in vegetative type representative of the majority of wild horse habitat. The table illustrates that wild horses rely primarily on grass plant species and compete to a far lesser extent for browse and forb plant species. The report identifies that wild horses rely on forbs and browse plant species primarily during isolated spans of time when heavy snowfall limits a horses' ability to reach the grasses. The NRC Report states that horses and cattle share the most similar dietary preferences and, as such, possess the highest potential to compete with one another for available forage, especially during dry years when plant nutrition is seasonally low. NRC recognizes dietary overlap between wild horses and elk, particularly during the winter months. NRC does not recognize notable dietary overlap between wild horses and deer with the exception of during the early spring months when grasses move from dormancy and become the preferred forage of livestock, big game and wild horses. The NRC study concludes that wild horse and deer conflicts are more closely linked to dominance and displacement rather than dietary conflicts.

NRC identifies a difference between dietary overlap and spatial competition: ungulates can exhibit dietary overlap without negative impacts to the vegetative resource, or to species sharing the same resource. Competition only occurs when dietary overlap is coupled with a less than adequate supply of forage for user species.

Spatial Overlap and Competition: Wild horse distribution is seasonally coincident with livestock, elk and mule deer in the herd area. The NRC states that data related to forage preferences and competition between ungulate species does not provide adequate information to support decisions regarding forage allocations for wildlife, livestock and wild horses. Patterns of interaction between the user species are needed prior to determining management strategies addressing forage allocation. The report summarizes the following patterns of interaction between livestock, wildlife and wild horses:

1. The different species select mutually exclusive habitat types. There is no spatial interaction between the species.

2. The species have overlapping habitat preferences but segregate into distinct locations within their habitat.

3. The different species have overlapping habitat preferences and co-exist with one another. If the species have overlapping habitat preferences they do not compete with one another. If the species have overlapping forage requirements but are not present in sufficient numbers to deplete the forage reserves they do not compete with one another. If the forage is limited competition between the species will occur.

Herd Phenotype: The West Douglas wild horse is generally small (~14 – 14.2 hands high and 700-800 pounds), with a large, rounded jaw, straight to convex forehead, and a convex nose. Many of the horses have a deep chest, a short back and a sloping croup with relatively low set tail. The eyes are set wide apart and the ears are of average to short length.

Population Color Balance: Color variation in this herd has diminished between 1981 and the present. In 1981 the colors bay, black, grey, sorrel, and brown each contributed to at least 17% of the herd. The remaining 25% was composed of palomino, red and blue roan, buckskin, and pinto, and an occasional (3) albino. In 1996 the colors bay, brown, sorrel and black accounted for over 93% of captured horses. Three grey horses were captured, and removed. In 2001 74% of the horses captured were bay. The remaining 26% were sorrel, black and brown.

Decreased herd genetic diversity and genetic traits that exist in only trace frequencies likely contribute to the diminished variation in color. Natural selection and human selection are other probable reasons for the decrease in color variation. While colorful horses are desirable in that they serve as 'marker' horses during census and gather operations and are often more popular with adopters, herd health and survival cannot be directly linked to the expression of any particular color pattern within a population. Recognition is made that managing to encourage rarer colors is secondary to managing for desirable herd social structure and individual reproductive fitness.

Population demographics: Unless otherwise indicated, the data discussed below has been compiled during gathers completed between 1981 and 2001, and during ground observations.

Foaling Rates and Foal Survival: The 2005 census recorded 26.5% of the horses observed were yearlings (young yearlings approximately 10 months of age). Gather data collected between 1981 and 2001 recorded between 20% and 26% of captured horses were foals under 6 months of age. The 20% - 26% range of foals captured during gather activities and the 26.5% yearling ratio observed during the 2005 census indicates a productive population. Foal survival will continue to be monitored during aerial census and during gather activities.

Sex Ratio: Historically, and continuing into 2001, the adult and foal sex ratio of captured horses has been close to 50% male and 50% female. The most recent gather statistics (2001) was the one exception with a sex ratio of 60% male and 40% female. Studies suggest that wild horse populations with long-term minimal human manipulation tend to favor a 40% male and 60% female ratio.

Herd Structure: Typical age structure for a wild ungulate herd is pyramid in shape, with each age group represented and the majority of horses present in the youngest age categories. The desired pyramid structure was recorded in the West Douglas herd during the original, 1981 gather of 110 horses with each age group less than 15 years of age well represented. Foals accounted for 25% of the horses captured. Note is made that no horses over 15 years of age were captured in 1981, suggesting early mortality since it is unlikely that the horses were wizened to helicopters and avoided capture. Data collected in 1996 and 1998 showed similar herd age structure with 20% of the captured horses under one year of age and no horses over 17 years captured.

Genetic Ancestry: Wild horse herds historically have been founded by a limited number of horses which then contribute to the resulting makeup of the herd. Blood samples from horses captured in October, 2001 were analyzed by Dr. Gus Cothran, geneticist at the University of Kentucky to determine genetic ancestry and genetic frequency. The West Douglas herd shares

genetic similarity with the gaited North American breeds (most common was the Mountain Pleasure Horse), followed by the Iberian (Spanish ancestry) breeds. The Iberian similarity Cothran believes is more linked to the Spanish ancestry of many of the North American breeds rather than being directly linked with the historic Spanish Barb ancestry.

While comparison of the West Douglas herd with the Piceance-East Douglas HMA 84 Mesa Sub-group showed some genetic similarity, the West Douglas herd does not appear to have originated solely, or even primarily from the Piceance-East Douglas herd. Of the three Colorado horse herds genetically compared with West Douglas, the Piceance-East Douglas herd ranks the lowest in genetic similarity to West Douglas. West Douglas horses are most closely linked with Colorado's Little Bookcliffs herd followed by the Sand Wash herd.

Genetic Viability: Smaller herds (<200 horses in size) which experience some degree of isolation tend to lose genetic information through genetic drift (the loss of genetic material resulting from random mating of two individuals.) This loss of material has a negative impact on the genetic composition of a herd. According to the 2001 Cothran study, genetic variation in the West Douglas herd is among the lowest he has observed in any wild horse herd and the herd exhibits vulnerability to inbreeding depression. As much as 30% of herd diversity is present at notably low frequencies and risks being lost if the herd is managed under the current restrictions of low population size and no introduction of horses. Cothran states that herd variability can be preserved most effectively by managing as many horses as possible in the herd, and periodically introducing mares from other herds.

Two genetic variations were found in the West Douglas horses (PGD-D and A-be) that have seldom been observed in domestic horses and that were not detected in the adjoining Piceance-East Douglas herd. The PGD-D variant does not seem to be associated with any particular breed type. Cothran states that the A-be variant is "extremely rare" and that it has been seen in some standard breeds; possibly as few as 5 or 6 breeds. Cothran has not seen the A-be variant in any other wild horse herds. The horse possessing this marker was removed from the herd. It is unknown whether any of the horses remaining in the West Douglas herd possess this marker gene. Neither previous gather records nor Cothran's genetic analysis documents this herd as possessing 'undesirable' genetic traits.

*Environmental Consequences of the Proposed Action:* The herd would be reduced to 50 head of wild horses, the high end of the 1997 RMP range of 0-50 wild horses required by 2006.

*Mitigation:* None

**CUMULATIVE IMPACTS SUMMARY:** Cumulative impacts can result from individually minor but collectively significant actions taking place over a period of time. The area of cumulative impact analysis is the area immediately adjacent to it. Issues of major importance that are analyzed are maintaining rangeland health and proper management of wild horses within the established boundaries of a Herd Area.