UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civ. No. 06-1609 RMC |

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the following documents filed by Federal Defendants to be filed electronically with the Clerk of Court through ECF, on September 28, 2006 and that ECF sent an e-notice of the electronic filing to Valerie J. Stanley, valeriejstanley@yahoo.com:

1. Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order,

2. Declaration of Kent E. Walter,

3. Declaration of Fran Ackley,

4. Declaration of Paul D. Lall.

Respectfully submitted this 28th day of September, 2006.

SUE ELLEN WOOLRIDGE, Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
Wildlife and Marine Resources Section
CHARLES FINDLAY, Assistant Chief

KEVIN J. LARSEN, Trial Attorney
Natural Resources Section

 /s/
PAUL D. LALL, Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C.  20044-7369
Telephone: (202) 305-0201
Facsimile: (202) 305-0275

Attorneys for Federal Defendants