UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civ. No. 06-1609 RMC |

## NOTICE OF ERRATA

Federal Defendants wish to notify the Court and the parties of an error in their Opposition to Plaintiffs' Motion for a Temporary Restraining Order. Footnote 15 of the Opposition (pg. 41) discusses a February 28, 2006 letter sent by Valerie J. Stanley, Esq. on behalf of Plaintiffs to Brenda Williams, BLM Protest Coordinator. The footnote incorrectly cites Exhibit H of the July 28, 2006 Declaration of Paul D. Lall. Attached herewith is a true and correct copy of the February 28, 2006 Letter from Ms. Stanley to Ms. Williams referred to in footnote 15.

Respectfully submitted this 28th day of September, 2006.

SUE ELLEN WOOLRIDGE, Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
Wildlife and Marine Resources Section
CHARLES FINDLAY, Assistant Chief
KEVIN J. LARSEN, Trial Attorney
Natural Resources Section

    /s/
PAUL D. LALL, Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0201
Facsimile: (202) 305-0275

Attorneys for Federal Defendants

## CERTIFICATE OF SERVICE

    I hereby certify that I caused the foregoing and the accompanying NOTICE OF ERRATA  to be filed electronically with the Clerk of Court through ECF, on September 28, 2006 and that ECF sent an e-notice of the electronic filing to Valerie J. Stanley at the following email address: valeriejstanley@yahoo.com.

DATED:   September 28, 2006

    /s/
PAUL D. LALL, Trial Attorney
U.S. Department of Justice, ENRD
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0201
Facsimile: (202) 305-0275

Attorney for Federal Defendants

- 2 -