UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al., ) ) ) ) ) Plaintiffs, ) ) v. ) ) DIRK KEMPTHORNE, et al., ) ) ) ) Defendants. ) ) | No. 06-1609 RMC  Judge Rosemary M. Collyer |

**DEFENDANTS' NOTICE OF FILING (SIGNED) DECLARATION OF FRANCIS G. ACKLEY**

Defendants hereby give notice of the filing of the Declaration of Francis G. Ackley, dated September 28, 2006. An unsigned duplicate of this document was filed as an exhibit to Defendants' Opposition to Plaintiffs' Motion for a Temporary Restraining Order earlier today. Due to unforeseen scheduling and technical difficulties, the Defendants were not able to procure a signed copy of Mr. Ackley's declaration until now. Defendants hereby submit this signed copy of Mr. Ackley's Declaration as a replacement to the unsigned declaration previously submitted.

Respectfully submitted this 28th day of September, 2006

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
Wildlife and Marine Resources Section
CHARLES FINDLAY, Assistant Chief

PAUL. D. LALL, Trial Attorney

  *s/ Kevin J. Larsen*
KEVIN J. LARSEN,
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044
202.305.0258
202.514.8164 (fax)

Attorneys for Defendants,