UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

No. 06-1609 RMC
Judge Rosemary M. Collyer

**DEFENDANTS' NOTICE OF FILING DECLARATIONS OF DONALD L. GLENN AND KENT E. WALTER**

Pursuant to the Order of this Court dated September 29, 2006, Defendants hereby submit and give this notice of the filing of the signed Declarations of Donald L. Glenn and Kent E. Walter, dated October 3, 2006.

Respectfully submitted this 28th day of September, 2006

SUE ELLEN WOOLDRIDGE
Assistant Attorney General


Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
Wildlife and Marine Resources Section
CHARLES FINDLAY, Assistant Chief
PAUL. D. LALL, Trial Attorney

 *s/ Kevin J. Larsen*
KEVIN J. LARSEN,
Trial Attorney
United States Department of Justice

Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044
202.305.0258
202.514.8164 (fax)

Attorneys for Defendants,