UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 06-1609 RMC<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING**

On October 3, 2006, Federal Defendants filed two declarations, including a declaration from Kent E. Walter. After Mr. Walter's declaration was filed, a typographical error was discovered. The term "adult" should not appear in paragraph 4. Thus, the corrected sentence reads: "If BLM is allowed to proceed, it will remove 89 wild horses from an estimated population of 139 wild horses in the West Douglas HA, leaving at least 50 horses." Accordingly, Federal Defendants respectfully submit a Corrected Declaration of Kent E. Walter with this correction.

Dated: October 4, 2006

        SUE ELLEN WOOLRIDGE, Assistant Attorney General
        U.S. Department of Justice
        Environment and Natural Resources Division
        JEAN E. WILLIAMS, Chief
        Wildlife and Marine Resources Section
        CHARLES FINDLAY, Assistant Chief
        KEVIN J. LARSEN, Trial Attorney
        Natural Resources Section

   /s/
PAUL D. LALL, Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0201
Facsimile: (202) 305-0275

Attorneys for Federal Defendants

## CERTIFICATE OF SERVICE

     I hereby certify that I caused the foregoing and the accompanying NOTICE OF FILING to be filed electronically with the Clerk of Court through ECF, on October 4, 2006 and that ECF sent an e-notice of the electronic filing to Valerie J. Stanley at the following email address: valeriejstanley@yahoo.com.

DATED:   October 4, 2006

   /s/
PAUL D. LALL, Trial Attorney
U.S. Department of Justice, ENRD
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0201
Facsimile: (202) 305-0275

Attorney for Federal Defendants