IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF WASHINGTION, D.C.

| | |
|---|---|
| COLORADO WILD HORSE AND<br>BURRO COALITION, INC., ET AL.,<br><br>    Plaintiffs,<br><br>v.<br><br>KEMPTHORNE, et al.,<br><br>    Defendants. | Civ. No. 06-1609 RMC |

CORRECTED DECLARATION OF KENT E. WALTER

I, Kent E. Walter, declare as follows:

1. I am the Field Manager for the U.S. Department of Interior's Bureau of Land Management (BLM), Colorado State Office, White River Field Office, an agency of the U.S. Department of the Interior, located in Meeker, Colorado. In my capacity as Field Manager, I am responsible for the administration and management of 1,445,900 acres of BLM surface estate and 365,000 acres of split mineral estate within the White River Resource Area, located in Northwestern Colorado. I have been serving in my current capacity since October 2001.

2. The purpose of this declaration is to explain how the West Douglas Herd Area (HA) wild horse gather will be performed to ensure that at least fifty wild horses are left in the HA after completion of the gather.

3. Unlike the gather in the Piceance/East Douglas HMA, BLM will not capture horses and release them back onto the range at the completion of the gather in the West Douglas HA. This is because it is more difficult to capture wild horses in the West Douglas HA than in the

Piceance/East Douglas HMA. The terrain of the West Douglas HA is more rugged and it is much harder to capture horses from a small population.

4.     If BLM is allowed to proceed, it will remove 89 wild horses from an estimated population of 139 wild horses in the West Douglas HA, leaving at least 50 horses.

5.     BLM's estimate that the West Douglas HA contains at least 139 wild horses is based on aerial censuses that the agency has conducted in the past. During an aerial census of the West Douglas HA conducted in February 2005, BLM recorded 97 wild horses. According to the 2005 census, 26.5 percent of the horses observed were yearlings (approximately 10 months of age). West Douglas EA at 44, attached as Ex. B to Lall Decl. Gather data collected between 1981 and 2001 showed that 20 to 26 percent of captured horses were foals under 6 months of age. Based on the 20 to 26 percent range of foals captured during gather activities and the 26.5 percent yearling ratio observed during the 2005 census, BLM estimates that the wild horse population in the West Douglas HA increases at least 20 percent per year. The census data of adult wild horses in the West Douglas EA (from years when gathers were not conducted) also supports this estimate. West Douglas EA at 42. There were at least 97 wild horses in the area in 2005. If this population increased at a rate of 20 percent per year, there were at least 116 wild horses in the West Douglas HA at the end of the foaling season in 2005 and at least 139 wild horses at the end of the foaling season in 2006.

6.     It is important to understand the reasons why BLM typically performs gathers and censuses at different times of the year. BLM conducts censuses in winter months to ensure the most accurate count of wild horses on the ground. There are a number of factors which

2

contribute to winter census work being more effective. There are no leaves on the trees which makes it much easier to see the horses, snow cover allows observers in planes to follow horse tracks and the horses tend to band together in larger herds because there is less water and forage available. As I discussed in my first declaration, gathers are typically conducted in the fall because this allows the foal crop to mature to the point where they can follow their mares when being gathered and it avoids the increased potential for adverse weather conditions in winter months which can pose safety risks to the horses, helicopter pilots and ground crew.

I declare under penalty of perjury that the foregoing is true and correct to the best of my current knowledge.

Executed in Meeker, Colorado on this ___4th___ day of October, 2006.

*[signature: Kent E. Walter]*

Kent E. Walter, Field Manager
U.S. Department of Interior
Bureau of Land Management
White River Field Office