MAP 3-6

3-6. WILD HORSE HERD MANAGEMENT AREAS (HMAs) AND HERD AREAS (HAs) PROPOSED MANAGEMENT

Piceance/East Douglas HMA
North Piceance HA
West Douglas HA

SCALE 1:500,000
MILES 0 6 12 18 24