UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COLORADO WILD HORSE AND BURRO COALITION, et al.,**<br><br>**Plaintiffs**<br><br>v.<br><br>**DIRK KEMPTHORNE,** in his official capacity as Secretary, United States Department of Interior, et al,<br><br>**Defendants** | Civil No. 06-1609 (RMC) |

**JOINT MOTION FOR EXTENSION OF TIME
IN WHICH TO ADVISE THE COURT AND SUBMIT
PROPOSED SCHEDULE**

On October 5, 2006, this Court denied Plaintiffs' Motion for Temporary Restraining Order and ordered the parties "to confer and, no later than October 19, 2006, advise the Court whether this case is to proceed and, if so, submit a proposed schedule to govern further proceedings."

On October 16, 2006, Defendants informed Plaintiffs that a final decision on the West Douglas Herd Area Amendment to the White River RMP (which will include responses to protests sent to BLM by Plaintiffs and others) will not be made until December 2006 at the earliest and perhaps much later. Defendants further informed Plaintiffs that they will not object if Plaintiffs wish to dismiss this case without prejudice,

allowing them to file a new action if BLM makes a final decision to remove all wild horses from the West Douglas HA.

One of the representatives of a plaintiff organization has been on extended business travel since October 13th. In addition, counsel for plaintiffs needs additional time to have plaintiffs consider the information provided this week by defendants and to discuss options with regard to further proceedings in this case. Counsel for defendants does not object to this request. The undersigned counsel jointly move the Court to extend to November 9, 2006, the date on which they will submit the report ordered by this Court.

    Respectfully submitted,

/s/   Valerie J. Stanley
Valerie J. Stanley
D.C. Bar No. 384882
329 Prince George Street,
Laurel, MD 20707
(301) 549-3126
Counsel for Plaintiffs

/s/   Paul D. Lall
Paul D. Lall
U.S. Department of Justice
Environment and Natural Resources Div.
601 D Street, N.W.
Washington, D.C. 20004
(202) 305-0201
Counsel for Defendants

Dated: October 18, 2006

2