UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COLORADO WILD HORSE** <br> **AND BURRO COALITION, et al.,** <br><br> **Plaintiffs** <br><br> v. <br><br><br> **DIRK KEMPTHORNE,** <br> in his official capacity as Secretary, <br> United States Department of Interior, <u>et al</u>, <br><br> **Defendants** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  **Civil No. 06-1609 (RMC)** |

## ORDER

Upon consideration of the Joint Motion for Extension of Time in Which to Advise the Court and Submit Proposed Schedule and there being good cause for the motion, it is hereby this _____ day of October, 2006,

ORDERED that the Joint Motion is GRANTED and the parties shall have until

2

November 9, 2006, in which to file this report.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

Copies to:

Valerie J. Stanley
329 Prince George Street,
Laurel, MD 20707

Paul D. Lall
U.S. Department of Justice
Environment and Natural Resources Div.
601 D Street, N.W.
Washington, D.C. 20004