UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **COLORADO WILD HORSE AND BURRO COALITION, et al.,** | ) ) ) |
| **Plaintiffs** | ) ) |
|  | ) Civil No. 06CV1609 (RMC) |
| v. | ) ) ) ) ) |
| **DIRK KEMPTHORNE, et al.,** | ) ) ) |
| **Defendants** | ) ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE AMENDED COMPLAINT**

Pursuant to the Joint briefing schedule filed in this case, plaintiffs are scheduled to file their Amended Complaint on December 1, 2006. Due to the undersigned counsel's illness during one full day of this past week and two plaintiffs' unscheduled out of town business travel this past week, however, counsel needs additional time in which to consult with her clients upon their return and finalize the amended complaint. Earlier today, plaintiffs' counsel contacted counsel for defendants to request their position on this motion for extension of time until Wednesday, December 6, 2006, in which to file the Amended Complaint. Counsel for defendants stated that the undersigned could represent in this motion that defendants do not oppose this request for extension of time, but that defendants would oppose any future requests.

Counsel for plaintiffs and defendants will confer further and submit to the Court during the week of December 4th a modified schedule for submission of further briefing.

WHEREFORE, for the foregoing reasons, plaintiffs move this Court to grant this unopposed Motion for Extension of Time in which to File Amended Complaint.

Respectfully submitted,

/s/ Valerie J. Stanley
Valerie J. Stanley
D.C. Bar No. 384882
329 Prince George Street
Laurel, MD 20707
(301) 549-3126

December 1, 2006