UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COLORADO WILD HORSE AND BURRO COALITION, et al.,** | ) ) ) |
| **Plaintiffs** | ) ) ) Civil No. 06CV1609 (RMC) |
| v. | ) ) ) ) ) |
| **DIRK KEMPTHORNE, et al.,** | ) ) ) |
| **Defendants** | ) ) |

**ORDER**

Upon consideration of the Unopposed Motion for Extension of Time in Which to File Amended Complaint, and there appearing good cause for the Motion, it is hereby this _____ day of December, 2006,

ORDERED that the Motion is GRANTED,

and Plaintiffs shall file their Amended Complaint by December 6, 2006.

_____
ROSEMARY COLLYER
UNITED STATES DISTRICT JUDGE