UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE<br>AND BURRO COALITION, INC. et al<br><br>v.<br><br>DIRK KEMPTHORNE,<br>in his official capacity as Secretary,<br>United States Department of Interior, et al. | )<br>)<br>)<br>)<br>)<br>) Civil No. 06-1609 (RMC)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2006, pursuant to agreement with counsel, I served a copy of the foregoing First Amended Complaint, by electronic mail to Paul Lall at Paul.Lall@usdoj.gov and to Kevin Larsen at Kevin.Larsen@usdoj.gov

/s/ Valerie J. Stanley
Valerie J. Stanley