UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND ) <br> BURRO COALITION, INC., et al., ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> KEMPTHORNE, et al., ) <br>   ) <br> Defendants. ) <br> _____ ) | Civ. No. 06-1609 RMC |

**JOINT MOTION FOR EXTENSION OF TIME TO ANSWER AND STIPULATED BRIEFING SCHEDULE**

Plaintiffs and Federal Defendants hereby submit this Joint Motion for Extension of Time to Answer and Stipulated Briefing Schedule. In the parties' joint status report filed on November 9, 2006, the parties indicated that they were attempting to agree on a briefing schedule. The parties have done so and propose the following schedule:

December 1, 2006:   Plaintiffs will file an amended complaint.

December 22, 2006:   Federal Defendants will file an answer *or* motion to dismiss Plaintiffs' amended complaint.

January 26, 2007:   Plaintiffs will file an opposition to Federal Defendants' motion to dismiss.

March 2, 2007:   Federal Defendants will file a reply in support of their motion to dismiss.

The parties respectfully request that oral argument on Federal Defendants' Motion to Dismiss be scheduled as soon as it is convenient for the Court after the close of briefing on March 2, 2007.

Respectfully submitted this 15th day of November, 2006.

        SUE ELLEN WOOLDRIDGE
        Assistant Attorney General
        JEAN WILLIAMS, CHIEF
        CHARLES FINDLAY, ASSISTANT CHIEF

        */s/ Paul D. Lall*
        KEVIN J. LARSEN,
        PAUL D. LALL
        United States Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C. 20044
        202.305.0258
        202.514.8164 (fax)

        */s/  Valerie J. Stanley (with authorization)*
        VALERIE J. STANLEY
        D.C. Bar No. 384882
        329 Prince George Street,
        Laurel, MD 20707
        (301) 549-3126
        Counsel for Plaintiffs