UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)　Civ. No. 06-1609 RMC<br>)<br>)<br>)　**STIPULATION AND [PROPOSED]**<br>)　**ORDER TO REVISE BRIEFING**<br>)　**SCHEDULE ON DEFENDANTS'**<br>)　**MOTIONS TO DISMISS**<br>)<br>)<br>) |

　　　　WHEREAS, in an order dated November 20, 2006, the Court granted the parties' Joint Motion for Extension of Time to Answer and approved the parties' proposed schedule for the filing of Plaintiffs' amended complaint and Defendants' motion to dismiss;

　　　　WHEREAS, on December 1, 2006, Plaintiffs filed an Unopposed Motion for Extension of Time to File an Amended Complaint and stated that the parties would confer further and submit to the Court a modified schedule;

　　　　WHEREAS, the parties have agreed that a revision of the current briefing schedule for Defendants' Motion to Dismiss is appropriate;

　　　　THE PARTIES HERETO, BY AND THROUGH THEIR UNDERSIGNED COUNSEL OF RECORD, STIPULATE AND AGREE, AND HEREBY REQUEST AN ORDER OF THE COURT amending the schedule for briefing Defendants' motion to dismiss as follows:

　　　　December 29, 2006:　Defendants file their Motion to Dismiss.

　　　　February 2, 2007:　　Plaintiffs file their Opposition to Defendants' Motion.

　　　　March 9, 2007:　　　Defendants file their Reply.

The parties respectfully request that oral argument be scheduled as soon as it is convenient for the Court after the close of briefing on March 9, 2007.

Respectfully submitted this 21st day of December, 2006.

SUE ELLEN WOOLRIDGE,
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
Wildlife and Marine Resources Section
CHARLES FINDLAY, Assistant Chief
KEVIN J. LARSEN, Trial Attorney
Natural Resources Section

 /s/   Paul D. Lall
PAUL D. LALL, Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C.  20044-7369
Telephone: (202) 305-0201
Facsimile: (202) 305-0275

Attorneys for Defendants

/s/ Valerie J. Stanley (with authorization)
VALERIE J. STANLEY
D.C. Bar No. 384882
329 Prince George Street,
Laurel, MD 20707
(301) 549-3126

Attorney for Plaintiffs

## PROPOSED ORDER

The Court hereby adopts the revised briefing schedule.

IT IS SO ORDERED.

DATED this _____ day of _____, 2006.

_____
THE HONORABLE ROSEMARY M. COLLYER
United States District Court Judge