UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| COLORADO WILD HORSE AND BURRO ) | |
| COALITION, INC., et al., ) | |
| ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 06-1609 RMC |
| ) | Judge Rosemary M. Collyer |
| DIRK KEMPTHORNE, et al., ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## FEDERAL DEFENDANTS' MOTION TO DISMISS

Plaintiffs' amended complaint seeks declaratory judgment regarding the legality of the

Bureau of Land Management's ("BLM") gather and removal of wild horses in the Piceance-East

Douglas Herd Management Area ("Piceance-East Douglas HMA"), and the West Douglas Herd

Area ("West Douglas HA"), a capture operation that occurred in September and October, 2006

respectively.  Plaintiffs also seek a declaratory judgment on the legality of a BLM "Instruction

Memorandum," which the Federal Defendants discern to be Instruction Memorandum #2002-95,

the 1981 Herd Management Area Plan ("1981 HMAP"), and the 1997 Resource Management

Plan ("1997 RMP").  Finally, Plaintiffs seek a declaratory judgment on the legality of a proposed

decision, which is currently pending BLM review, to remove all remaining wild horse herds

from the West Douglas HA.

The Federal Defendants, pursuant to Federal Rules of Civil Procedure 12(b)(1) and

12(b)(6), hereby move to dismiss the first amended complaint because: (1) the Plaintiffs' claims related to the gather/removals conducted in the Piceance-East Douglas HMA and the West Douglas HA are moot; (2) Plaintiffs' claims related to the "Instruction Memorandum," 1981 HMAP, and 1997 RMP, are time-barred under 28 U.S.C. § 2401 and fail to qualify as reviewable "final agency actions" under the Administrative Procedure Act ("APA"); and (3) Plaintiffs have no cognizable claim under the APA as to the *proposed* decision to remove all horses from the West Douglas Herd Area.  The reasons and authority supporting this motion are set forth more fully in the attached memorandum of points and authorities.

Respectfully submitted this 29th day of December, 2006

> SUE ELLEN WOOLDRIDGE
> Assistant Attorney General
>
>
> Environment & Natural Resources Division
> JEAN E. WILLIAMS, Chief
> Wildlife and Marine Resources Section
> CHARLES FINDLAY, Assistant Chief
> PAUL. D. LALL, Trial Attorney
>
>   s/ Kevin J. Larsen
> KEVIN J. LARSEN,
> Trial Attorney
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> P.O. Box 663
> Washington, D.C. 20044
> 202.305.0258
> 202.514.8164 (fax)
>
> Attorneys for Defendants,