UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al., ) ) ) ) ) Plaintiffs, ) ) v. ) ) DIRK KEMPTHORNE, et al., ) ) ) Defendants. ) | No. 06-1609 RMC Judge Rosemary M. Collyer |

**[PROPOSED] ORDER**

On this day, the Court considered the Defendants' Motion to Dismiss and, having reviewed said motion and all other matters relevant to said motion, the Court is of the opinion that the Motion is appropriate and is hereby GRANTED

Plaintiffs' Complaint for Declaratory and Injunctive Relief is dismissed.

IT IS SO ORDERED.

SIGNED, this _____ day of _____, 2007.

_____

1

UNITED STATES DISTRICT COURT JUDGE