# EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLOMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND<br>BURRO COALITION, INC., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>KEMPTHORNE, et al.,<br><br>Defendants. | Civ. No. 06-1609 RMC |

DECLARATION OF KENT E. WALTER

I, Kent E. Walter, declare as follows:

1. I am the Field Manager for the U.S. Department of Interior's Bureau of Land Management (BLM), Colorado State Office, White River Field Office, an agency of the U.S. Department of the Interior, located in Meeker, Colorado. In my capacity as Field Manager, I am responsible for the administration and management of 1,445,900 acres of BLM surface estate and 365,000 acres of split mineral estate within the White River Resource Area ("WRRA"), located in Northwestern Colorado. I have been serving in my current capacity since October 2001.

2. The purpose of this declaration is to explain the status of the two wild horse gather projects that Plaintiffs have challenged in this case and to provide this Court with historical background information related to BLM's planning and management decisions regarding wild horses since 1975.

3. Under the Federal Land Policy and Management Act (FLPMA), BLM is required to manage public lands in a manner that will protect the quality of scientific, scenic, historical,

ecological, environmental, air and atmosphere, water resource, and archeological values, while recognizing the Nation's need for domestic sources of minerals, food, timber and fiber from the public lands. Under FLPMA, Congress has directed BLM to manage public lands under principles of multiple use and sustained yield. To comply with these requirements, field offices of BLM develop and utilize Resource Management Plans (RMPs) to determine what resource uses are appropriate, where they are appropriate, how much use is anticipated and can be allowed with appropriate mitigation. An RMP establishes systems to monitor and evaluate the state of resources and the effectiveness of management practices over time. An RMP is developed using an interdisciplinary team of BLM employees, with public participation and is analyzed through the National Environmental Policy Act (NEPA) with an Environmental Impact Statement (EIS). An RMP for the White River Resource Area was approved in July of 1997. This RMP includes comprehensive land use decisions to effectively manage multiple uses throughout the White River Field Office including: mineral resources, grazing and livestock management, wildlife habitat, cultural and paleontological resources, soils, watersheds, forestry, wild horses and numerous other resources.

4. In 1971, Congress enacted the Wild Free Roaming Horses and Burros Act (Wild Horse and Burros Act), which instructed BLM and the U.S. Forest Service to protect and manage wild free-roaming horses and burros as components of the public lands. In the same Act, Congress instructed BLM to manage these horses and burros within areas where they were found in 1971. After this law was enacted, BLM designated Herd Areas (HAs) on BLM administered lands, which BLM defines as those areas where wild horse and burros existed in 1971. It is important to recognize that HAs represent those areas where BLM has the authority to manage for wild horses. If BLM chooses to manage wild horses in a particular area for an extended period of

2

time, it establishes a Herd Management Area (HMA) within an HA and develops an Appropriate Management Level (AML) for the number or range of horses the HMA can support. Pursuant to BLM regulations, field offices that manage wild horse populations set AMLs for each HMA to provide for a level of use by wild horses and burros that results in a thriving natural ecological balance, avoids deterioration of the range, and takes into account other range uses. BLM field offices that manage wild horses in Colorado typically establish a range for an AML. The range accommodates population growth over a period of time: The top of the range represents the maximum number of animals that the range can sustain and still maintain a thriving natural ecological balance, while the bottom of the range typically represents the baseline from which the population can grow.

5.    HMAs are established based upon scientific studies and other available information about each herds' biological requirements, and AMLs are developed for the HMA based upon other site-specific considerations such as soil and watershed protection, domestic livestock use, environmental quality, other resources uses and the needs of local wildlife.

6.    Pursuant to the Wild Horse and Burros Act, if BLM determines that an overpopulation exists on a given area of public land and that action is necessary to remove excess animals, it is required to immediately remove excess animals from the range so as to achieve the AML for the population. Because wild horse populations can expand rapidly, the goal of these operations typically is to return an overpopulation to the bottom of the AML range. This allows BLM to minimize the frequency of gather operations, which can be stressful for the horses.

7.    Once BLM determines that an overpopulation exists in a given area, it typically proposes a gather plan in an environmental assessment (EA) which is open to public comment. If BLM decides to proceed with the proposed gather plan, it develops and issues a gather plan

decision describing removal methods (including the techniques to ensure that the gathers are conducted humanely), impacts on the horses and other resources, and timing for the gather and removal of excess animals. BLM provides the public with at least 30-days notice of the gather plan prior to the gather to allow any interested parties to file an appeal and a petition to stay the decision with the Department of Interior Board of Land Appeals (IBLA).

8. Gather operations can take from a few days to several weeks, depending on the number of animals to be gathered and a number of other factors, such as the size of the search area, the nature of the terrain and the ability of a gather contractor to locate wild horses and coax them into traps.

9. Some of the captured horses are adopted, while others that are considered unadoptable for reasons of age or health are returned to the range or placed in private long term pasturing arrangements. Adoption is the primary tool for placing healthy animals that have been removed during a gather.

10. Boundaries for HAs or HMAs are established, with public input, through an RMP or other environmental analysis. As discussed above, the Wild Horse and Burros Act requires BLM to manage wild horse populations within existing HA or HMA boundaries. When horses take up residence outside of established HMA or HA boundaries, the Act requires BLM to remove these excess horses as soon as practical.

11. In 1974, three years after the Wild Horse and Burros Act was enacted, BLM conducted a census of the wild horse population in the White River Resource Area and found that there were 133 horses in the area that is now designated as the Piceance/East Douglas HMA and 9 horses in the area that is now designated as the West Douglas HA. In 1975, BLM drafted a

White River Resource Area Management Framework Plan (MFP)[1] that provided a framework for managing multiple uses in the area, including the management of wild horses. In 1980, an updated draft MFP was published. Several management scenarios for wild horses were considered in connection with this updated draft MFP. In April 1981, the State Director approved the updated MFP. The updated MFP established the Piceance/East Douglas HMA consisting of 148,153 acres. The MFP called for management of 95-140 wild horses within the Piceance/East Douglas HMA. The MFP also recommended that all horses in the 123,387 acres west of Douglas Creek, (later designated as the West Douglas HA), be removed because other uses or human activities in this area were causing horses to disperse into areas where they did not exist in 1971. In 1983, State Highway 139 was fenced on both sides. These fences create a physical barrier between the Piceance/East Douglas HMA and the West Douglas HA. In 1985, BLM attempted to completely remove wild horses from the West Douglas HA but was unsuccessful due a variety of reasons such as the size of the search area, the rough and inaccessible nature of portions of the terrain and the fact that horses were wary of the helicopters used to coral them into gather locations. The decision to remove all wild horses from the areas west of Douglas Creek was originally made back in 1975.

12.      In 1981, BLM published a Herd Management Area Plan for the Piceance/East Douglas HMA ("1981 HMAP"). The 1981 HMAP was an activity plan which implemented, in part, the management decisions referenced in the MFP (such as setting the size and geographic scope of the Piceance/East Douglas HMA). The HMAP also reiterated BLM's planning decisions to manage 95-140 horses within the Piceance/East Douglas HMA and to eventually remove all

---

[1] A Management Framework Plan (MFP) is the equivalent of what is now known as a Resource Management Plan (RMP).

5

horses from the West Douglas HA.

13.     On July 1, 1997, the Colorado State Director of BLM signed a Record of Decision for the White River Resource Area Resource Management Plan (RMP). The RMP became the definitive land use planning document for all resources within the WRRA. The 1997 RMP considered the multiple uses that BLM must manage in the White River Resource Area (i.e., wild horse populations, wildlife populations, such as elk and deer, livestock grazing, extraction of oil and gas deposits, watershed control, recreation). One particular issue of concern is that there must be enough forage to sustain wild horses, other wildlife and livestock that graze in the White River Resource Area. Nearly all of the herd areas in the Resource Area are semi-arid and are between approximately 6,000 and 8,000 feet above sea level. Because vegetation is sparse and slow-growing, the ecosystem on the range can deteriorate quickly if there are too many animals (such as wild horses, elk and cattle) competing for forage. Considering these factors, the 1997 RMP established an AML for wild horses in the Piceance/East Douglas HMA of 95-140 animals on 190,130 acres, so that a thriving, natural ecological balance is maintained for all plant and animal species on that range. Since the development of the 1997 RMP, the AML for the Piceance/East Douglas HMA has been increased 65 percent to 135-235 wild horses to ensure the existence of a self-sustaining, genetically viable herd. The 1997 RMP management objective for the West Douglas HA, which encompasses 123,387 acres, allows for the management of 0-50 wild horses until 2007, when all horses are to be removed from the West Douglas Herd Area. Although the 1997 RMP calls for the total removal of wild horses from the West Douglas HA, BLM decided to reconsider this decision and conduct further analysis. On April 28, 2005, BLM published an environmental assessment that considered two alternatives: 1) removing all wild horses from the West Douglas HA by 2007; and 2) managing a small herd of 29-60 wild horses

6

in this area. BLM has not issued a final decision on which alternative it will pursue.

14. The Bureau of Land Management, Colorado State Office, White River Field Office issued full force and effect decisions (August 1, 2006 and July 27, 2006) for both the 2006 Piceance/East Douglas Herd Management Area and West Douglas Herd Area Wild Horse Removals, as per Environmental Assessments (EA), CO-110-2006-030-EA and CO 1102006-166-EA. The wild horse gathers were performed in accordance with FLPMA, the Wild Horse and Burros Act, NEPA, and BLM regulations on the removal of excess wild horses from public lands (43 C.F.R. § 4720.1). The objective of these gathers was to leave 135 horses in the Piceance/East Douglas HMA and 50 horses in the West Douglas HA, which is consistent with the 1997 RMP and allowed BLM to continue managing horses in both areas until a decision is made on whether to remove all horses from the West Douglas HA.

15. On September 17, 2006, BLM implemented its East Douglas Gather, which was completed on September 29, 2006. During the course of this operation, BLM gathered 260 of the 436 horses known to be living within the Piceance/East Douglas HMA, and 60 horses from outside the HMA. BLM removed 220 of the 260 horses gathered from within the HMA, returning the balance back to the HMA. Of those horses returned to the range, BLM administered 28 wild horse mares with an immunocontraceptive fertility vaccine known as Porcine Zona Pellucida ("PZP"). BLM estimates that there are at least 216 wild horses remaining in this area.

16. On October 15, 2006, BLM completed its West Douglas Gather. BLM removed 38 wild horses during its gather in the West Douglas Herd Area. BLM estimates that there are at least 101 wild horses remaining in this area.

17. BLM was unable to remove its anticipated targets of 301 from the Piceance/East

7

Douglas HMA and 89 from the West Douglas HA principally due to a number of factors, including but not limited to, the rugged nature of the terrain (in the West Douglas HA), the horses' familiarity with BLM's capture techniques, scheduling conflicts with the government-hired contractor, inclement weather, budgetary concerns, and additional matters beyond BLM's control.

18.     BLM will not capture any more wild horses pursuant to the August 1, 2006 and July 27, 2006 full force and effect decisions to remove wild horses from the Piceance/East Douglas Herd Management Area and West Douglas Herd Area. If BLM chooses to remove additional wild horses from these areas in the future, it will issue new decisions and provide the public with an opportunity to comment and protest the final decisions before they are implemented.

I declare under penalty of perjury that the foregoing is true and correct to the best of my current knowledge.

Executed in Meeker, Colorado on this 28th day of December, 2006.

*[signature: Kent E. Walter]*
Kent E. Walter, Field Manager
U.S. Department of Interior
Bureau of Land Management
White River Field Office