# EXHIBIT B

HERD MANAGEMENT AREA PLAN

WHITE RIVER RESOURCE AREA

CRAIG DISTRICT

WHITE RIVER RESOURCE AREA

...  ...GEMENT AREA PLAN

Originally Reviewed

_____        _____5/21/81_____
    Area Manager                      Date

Approved

_____        _____6/16/81_____
   District Manager                    Date

Reviewed and Updated

| AREA MANAGER | DATE |
|---|---|
| Gary Hergue | 6/9/81 |
| Donald Roberts | 12/8/83 |
| Donald Roberts | 11/27/84 |
| Mark Haffensberl | 2/86 |
| Mark Haffensberl | 12/89 |
| Mark Haffensberl | 6/96 |

TABLE OF CONTENTS

|                                                    | Page |
|----------------------------------------------------|------|
| I. INTRODUCTION                                    | 1    |
|                                                    |      |
| II. HERD MANAGEMENT AREA                           | 6    |
|    A.   General      | 6    |
|    B.   Habitat Data | 7    |
|       1.  Water | 7 |
|       2.  Cover | 8 |
|       3.  Seasonal Use Areas | 8 |
|       4.  Food | 9 |
|                                                    |      |
| III. COORDINATION WITH OTHER ACTIVITIES            | 9    |
|    A.   Livestock Management | 9 |
|    B.   Wildlife Habitat Management | 11 |
|    C.   Minerals     | 11   |
|    D.   Recreation   | 12   |
|    E.   Cultural Resources | 12 |
|    F.   Forest Management | 12 |
|    G.   Watershed Management | 13 |
|                                                    |      |
| IV. OBJECTIVES                                     | 13   |
|                                                    |      |
| V. SUPPORT FACILITIES                              | 16   |
|                                                    |      |
| VI. IMPLEMENTATION AND COST ESTIMATE               | 17   |
|                                                    |      |
| VII. MANAGEMENT EVALUATION AND REVISION            | 17   |
|                                                    |      |
| VIII. PUBLIC AFFAIRS                               | 19   |

## I.    INTRODUCTION

Wild horse herds were present in the Meeker area when the first settlers arrived in 1882.  Many early ranchers released horses into the wild herds to upgrade the wild horses for use in ranch work and for market.  As small ranches and homesteads were abandoned during the depression of the 1930's, domestic horses were left behind, increasing the size of wild horse herds and adding new genetic material to the wild horse population.

The current wild horse population within the White River Resource Area (WRRA) is estimated at 516 horses.  Several aerial surveys have been conducted in the area to estimate wild horse numbers and to observe the extent of their range.  Table 1 gives the dates of the helicopter counts and the population estimates obtained.  Appendix 1 shows the population structure of the wild horse herds as represented by 273 ~~264~~ of the horses gathered in August 1980 (~~information was not available for all 282 wild horses gathered~~).  The herds were composed of 53 ~~54~~ percent females and 47 ~~46~~ percent males.  Twenty-four ~~three~~ percent of the population was 1980 foals. *Additional data for 1981 and 1983 removals are located in appendix I. (1984 removal included in Appendix I)*    DRR

Wild horses presently range over 443,979 acres in the Piceance Basin and Douglas Creek areas.  Movement of wild horses within their range is influenced by existing fences and seasonal factors.  Horses tend to concentrate on windswept ridges and south slopes during periods of deep snow.  During summer and early fall, water availability influences wild horse movement.  Water is more scarce in the Douglas Creek area than in the Piceance Basin, therefore, water availability has a greater influence on the movement and concentration of the Douglas Creek horse herds.

1

I.   PURPOSE AND NEED FOR ACTION

The Wild Horse and Burro Act of 1971 declared the management of wild horses and burros under jurisdiction of the Secretary of the Interior, to be managed in such a way as to maintain a thriving natural ecological balance, and multiple-use relationship.  A Herd Management Area Plan (HMAP) is designed to protect, manage, and control wild free-roaming horses on a continuing basis.

II.  ALTERNATIVES INCLUDING THE PROPOSED ACTION

A.   Alternative A

This alternative involves acceptance and implementation of the WRRA Herd Management Area Plan.  This plan provides for a herd management area of 148,153 acres of public land (Map I).  A total of 90-140 wild free-roaming horses would be maintained in this area.  Management facilities would be designed and constructed so as to not interfere with the free-roaming behavior of the wild horse herds.  The perimeter of the herd management area would be fenced and no new interior fencing would be proposed.  Water would be developed as set out in the allotment management plans (AMPs) for the specific allotments which are included in the herd management area (Cathedral Bluffs, Yellow Creek, and Square S).  Cooperative agreements would be made with Colorado Division of Wildlife and other affected private parties with land in the herd management area (i.e., Mobil Oil Company).  Site specific EAs would be written prior to construction of any facilities associated with the HMAP and mitigation would be included in those EAs.

B.  Alternative B - No Action

A Herd Management Area Plan is required by the Code of Federal
Regulations (4730.6) for wild free-roaming horse and burro management.
A no action alternative is therefore not feasible and will not be
considered further in this EA.

III. AFFECTED ENVIRONMENT

There are no flood plains or flood hazards, areas of critical
environmental concern, wilderness study areas or prime or unique farmlands
within the area of the proposed action.  Any impacts to visual resources
or cultural resources will be discussed in a site specific environmental
assessment for a specific project.  There will be no socio-economic
impacts due to the proposed action.

A.  Vegetation

Seven vegetation associations exist within the herd management
area:  greasewood, sagebrush, pinyon-juniper, mountain shrub,
aspen, conifer and grassland (pinyon-juniper chainings).  Understory
vegetation varies with the association.  More information on these
types is found in the URA Step II Range Management.

Range condition in the management area is fair to poor with
static or declining trend.

T/E: Populations of two sensitive plant species, Astragalous
lutosus and Aquilegia barnebyi, exist within the herd management
area.

B.  Soils

A wide variety of soils occur in the proposed herd management
area.  The seven different associations include:  Glenburg-Uffens-
Billings; Havre-Glendive-Redrob; Kinnear-Azfield-Nihill; Rentsac-

2

Moyerson-Blazon; Zoltay-Work-Picenace; Mergel-Kobar-Castner; and
Parachute-Irigul-Starman.   These different soils have a variety of
characteristics.   For more detail on these associations refer to
the URA Step II - Physical Profile.

C.   Livestock Grazing

The herd management area encompasses all of the Yellow Creek
allotment and parts of Square S and Cathedral Bluffs allotments.
Average annual authorized and actual grazing use for the past four
years is as follows:

| Allotment | Authorized Use | Actual Use |
|-----------|----------------|------------|
| Yellow Creek | 3,400 | 2,380 |
| Cathedral Bluffs | 2,998 | 282 |
| Square S (Past C) | 812 | 328 |
| Total Use | 7,210 | 2,990 |

D.   Wild Horses

Between 450 and 550 wild free-roaming horses currently exist
in the WRRA.   They range over 443,980 acres in the Piceance Basin
and Douglas Creek areas.   The number of wild horses has increased
from approximately 165 in 1971.

E.   Wildlife

Wildlife use in the proposed action area can be correlated to
the major vegetation communities involved.   The sagebrush and
pinyon-juniper communities provide winter and critical winter range
for mule deer.   The mountain browse community provides summer range
for mule deer and year-long range for elk.   Sage grouse inhabit the
upper elevation sagebrush-mountain browse communities.

Riparian vegetation exists in the upper portions of the larger drainages. No wetlands occur in this area.

No threatened or endangered wildlife species permanently reside or derive essential benefit from the HMAP area. However, bald eagles occasionally forage over these upland areas.

IV. ENVIRONMENTAL CONSEQUENCES

A.   Vegetation

The proposed action would have beneficial effects on the vegetation throughout the area where wild horses now exist. Reduction of horse numbers would decrease forage competition between wild horses, livestock, and wildlife. Allocation of forage for wild horses, as well as, livestock, in allotment management plans will help to maintain a proper level of use of forage. These will improve range condition by improving plant vigor and species composition.

T/E: Populations of sensitive species found in the area are not known to be affected by grazing animals. Site-specific EAs, written before any surface disturbance, will further analyze possible effects to threatened, endangered, or sensitive plant species.

B.   Soils

Soil erosion would be decreased through implementation of the HMAP. Improved range condition through reduced horse numbers would include an increase in soil holding plant species, resulting in decreased erosion.

C.   Livestock Grazing

Reduction of wild horse numbers would decrease competition between livestock and wild horses and would improve forage for

TABLE 1.   POPULATION ESTIMATES FROM HELICOPTER SURVEYS

A.   Piceance Basin

| Date | Adults | Colts | Total | 28 1/ Percent | Estimated Total |
|------|--------|-------|-------|---------------|-----------------|
| August 1974 | 87 | 28 | 115 | 32 | 147 |
| May 1977 | 249 | 61 | 310 | 87 | 397 |
| January 1981 2/ | 223 | 47 | 270 | 76 | 346 |

B.   Douglas Creek

| Date | Adults | Colts | Total | 28 1/ Percent | Estimated Total |
|------|--------|-------|-------|---------------|-----------------|
| August 1974 | 49 | 8 | 57 | 16 | 73 |
| April 1977 | 100 | 7 | 107 | 30 | 137 |
| January 1981 3/ | 116 | 17 | 133 | 37 | 170 |

1/   Twenty-eight percent is added to the actual number of horses observed during a census effort to account for those horses missed during the census. During the Douglas Mountain wild horse roundup this twenty-eight percent difference was found between the number of wild horses observed in an aerial census prior to the roundup and the number of horses actually gathered.

2/   132 wild horses were removed August 1980.

3/   150 wild horses were removed August 1980.

The proposal to limit the herd management area to 148,153 acres of public land was established through the land use planning process as a compromise aimed at maintaining a viable wild horse population while simultaneously satisfying the needs for various other resource considerations. The herd management area has reliable sources of water throughout the year and has a balance between summer and winter range. The wild horses within the herd management area are healthy, productive animals which will maintain healthy, productive herds.

The decision to intensively manage livestock grazing allotments to improve range and watershed condition will result in a considerable amount of fencing to control livestock. This fencing would interfere with the free-roaming behavior of wild horses. Limiting the herd management area, where no interior fences will be built, will allow for adequate control of livestock throughout the area in which wild horses will be removed.

The following are the policies and guidelines under which the wild horses within the White River Resource Area will be managed.

A.  Bureau-wide Policy

    1.  Administration of public lands must provide for the management, protection, and control of wild and free-roaming horses and burros.

    2.  Wild and free-roaming horses and burros will be protected from unauthorized capture, branding, harassment or death.

    3.  Wild and free-roaming horses and burros must be managed in a manner that is designed to achieve and maintain a thriving natural ecological balance on the public lands.

3

4.    All management activities must be at a minimum feasible level
      and carried out in consultation with the wildlife agency of
      the State wherein such lands are located in order to protect
      the natural ecological balance of all wildlife species which
      inhabit such lands, particularly endangered wildlife species.

5.    Adjustments in forage allocation on any such land must take
      into consideration the need of wildlife species and authorized
      livestock which inhabit such lands.

6.    Management of wild and free-roaming horses and burros will not
      be assigned to any private individual or association through a
      grazing license, lease or permit.

7.    The Bureau will resort to supplemental feeding only in unusual
      and extreme circumstances when total herd populations are
      threatened.  We must recognize winter losses as one of nature's
      ways of selection and population control as it is recognized
      in other wildlife situations.

8.    Aircraft and motorized vehicles may be used in the enforcement
      and inventorying aspects of the program.  Only helicopters and
      ground personnel may be used in actual roundups.  Motorized
      vehicles may only be used for transporting captured animals.

9.    Public hearings will be held prior to the use of helicopters *and motor vehicle*
      in roundups.

B.  Area Guidelines

The following Management Framework Plan decisions were accepted in
February, 1981 for the White River Resource Area.

Range

1.   Develop grazing systems that will

a.   Satisfy key forage species minimum rest requirements

b.   Make necessary adjustments in livestock use to bring

grazing use to within the estimated carrying capacity allocated

to livestock.

2.   Develop management facilities (water, fences, stock trails)

and land treatments necessary for improved range conditions

and improved livestock management subject to multiple use and

ecological constraints.

Wild Horses

1.   Reserve 2,101 AUMs for forage for between 95 to 140 head of

wild horses.  This number is approximate to the number of wild

horses in the Resource Area in 1971 at the time the Wild Horse

and Burro Act was passed.

2.   Wild horses will be maintained on 148,153 acres of public land

and removed from 295,826 acres according to the following

plan.  Herds will be allowed to intermingle during portions of

the year by removing or temporarily dropping diversion fences.

a.   Remove all horses west of Douglas Creek.

b.   Reduce Cathedral Bluffs herd to 30 head.

c.   Reduce the herd in Pasture C of Square S to 25 head.

d.   Reduce the herd in Box Elder division of Yellow Creek to

25 head; reduce the herd to 15 head in the Barcus-Pinto

division of Yellow Creek.

5

e.   Remove all horses from other allotments within the Piceance Planning Unit.

3.   Complete boundary fencing of Yellow Creek and Cathedral Bluffs to eliminate drift of wild horses into adjacent allotments.

4.   Update forage surveys in the Cathedral Bluffs and Yellow Creek allotments in FY 81.

Watershed

1.   Increase and/or maintain vegetative ground cover to reduce the present erosion level and decrease sediment yield downstream.

2.   Provide protection for these watershed areas that are presently in a stable condition or in the highly susceptible erosion classification.

Wildlife

1.   Habitat will be managed for all wildlife species.

Minerals

1.   Allow continued exploration and development, with measures to protect the environment, for oil and gas, coal, oil shale, and uranium.

II.  HERD MANAGEMENT AREA

A.   General

The herd management area is located in northwest Colorado in the western portion of the Piceance Basin and the eastern drainages of Douglas Creek. This area is approximately 45 miles southwest of Meeker, Colorado and is southeast of Rangely, Colorado.

6

Land status in the area is as follows:

|  | Acres | Percent |
|---|---|---|
| Federal | 148,153 | 89.9 |
| State (CDOW) | 8,552 | 5.2 |
| Private | 8,027 | 4.9 |
| Total | 164,732 | 100.0 |

A Map of the land status is included in Appendix 5 (Map 1).

Within the herd management area characteristics such as elevation (5600' to 8700'), annual precipitation (10 to 25"), general topographic features, and vegetation types vary greatly. The area drained by Yellow Creek in the Piceance Basin is typically gentle to moderately sloping pinyon-juniper woodlands interspersed with sagebrush parks. The remainder of the lower area is mostly pinyon-juniper interspersed with sagebrush parks and greasewood bottoms. The Cathedral Bluffs, running in a north-south direction, forms a high spine separating the herd management area, with the Piceance Basin to the east and the Douglas Creek area to the west. The vegetation along the bluffs is mostly mountain shrub and sagebrush with pockets of Douglas fir and aspen.

Important resources that exist within the herd management area are oil and gas fields, the C-a Oil Shale Tract Lease, large expanses of critical deer winter range, the Canyon Pintado Historic District and livestock grazing.

B.    Habitat Data

    1.    Water

        Water is possibly the most critical resource within the herd management area. A list of springs and other water

7

developments can be found in Appendix 2 and a map of existing development is in Appendix 5 (Map 5). Several streams also provide water for wild horses. These are Douglas Creek which runs along the western edge of the management area, Yellow Creek which runs along the eastern edge of the area, and streams in Box Elder Gulch and Stake Springs Draw. Naturally, these streams are intermittent, but dewatering of the C-a Oil Shale Tract has made them a perennial water source.

2.  Cover

The dominant vegetation type within the herd management area is pinyon-juniper. This type provides most of the cover required by wild horses. Use of this type of cover is more predominant during the summer months for shade or during severe winter storms.

3.  Seasonal Use Areas

Movement of wild horses throughout the year is affected by forage and water supplies. Some horses in the Piceance Basin herd move three to five miles to the rim of the Cathedral Bluffs during the winter months. There the horses tend to concentrate on windswept ridges and south slopes during periods of deep snow. The horses migrate back down in the spring. Horses in the Douglas Creek herd tend to winter in sagebrush and greasewood bottoms and migrate to higher elevations as water becomes scarce in the summer. Critical wintering areas, as well as critical water sources are shown on Map 2.

Some interaction between the Piceance Basin and Douglas Creek herds does occur allowing for the mixing of gene pools

8

between the herds. Trails along the face of the Cathedral Bluffs indicate that horses move back and forth between the two areas.

4.    Food

Fecal analysis studies were conducted by Colorado State University to determine the food habitats of wild horses in the White River Resource Area. A summary of the results the studies are included in Appendix 3. The main plant species in the diets of horses within the Piceance Basin Herd were sedge (Carex spp.), needle-and-thread (Stipa comata), wheatgrass (Agropyron spp.) and prairie junegrass (Koeleria cristata). Samples from the Douglas Creek area indicated that major plant species in the diets of horses in this area were needle-and-thread, wheatgrass and winterfat (Eurotia lanata).

A comparison of the diets of wild horses, cattle and mule deer in the Piceance Basin showed a dietary overlap of 71 percent between wild horses and cattle and 11 percent between wild horses and mule deer in the mountain shrub vegetation type. Within the pinyon-juniper type there was a 59 percent dietary overlap between wild horses and cattle and a 2 percent dietary overlap between wild horses and mule deer.

III. COORDINATION WITH OTHER ACTIVITIES

A.    Livestock Management

The proposed herd management area range encompasses parts of three livestock allotments: Cathedral Bluffs, Yellow Creek and

9

Pasture C of Square S.  Cattle graze Cathedral Bluffs and Square S yearlong and Yellow Creek in the spring, summer, and fall.  Present authorized livestock use and actual livestock use (4 year average) for the portions of the allotments within the herd management areas are as follows:

| Allotment | Present Authorized Livestock Use (AUMs) | Actual Livestock Use (AUMs) | Percent of Authorized Us |
|---|---|---|---|
| Cathedral Bluffs | 2,998 | 282 | 9.4% |
| Yellow Creek | 3,400 | 2,380 | 70.0% |
| Square S | 812 | 328 | 40.4% |
| Total | 7,210 | 2,990 | 41.5% |

Allotment management plans (AMPs) will be written by 1985 for the three livestock allotments in the herd management area.  These AMPs will provide for the management of wild horses and will include:

1. Initally reserving 1,350 AUMs forage for 95 horses on Cathedral Bluffs, Square S, and Yellow Creek Allotments and increasing this to 2,101 AUMs by the year 2000.

2. Designing projects associated with grazing management systems which do not restrict the free-roaming behavior of wild horses.

3. Constructing water developments which provide adequate water from April 1 through November 30 each year.

4. Insuring that adequate cover for wild horses will remain available before initiating any pinyon-juniper manipulations.

10

B.    Wildlife Habitat Management

The herd management area supports a large variety of wildlife species.  The major game animals in the area include deer, elk, and sage grouse.  Forage use by elk and deer in the horse management area is estimated at 7,056 AUMs per year.

A complete list of wildlife species in the area is included in the Unit Resource Analysis (URA Step II - Wildlife).

Objectives for wildlife habitat management are discussed in the Piceance Basin Wildlife Habitat Management Plan.  Proper manage- ment of wild horses will contribute to the accomplishment of five of the listed objectives.  These objectives are to improve browse vigor and density in the Hammond - Barcus key area (mule deer #2) and the Barcus - Ryan area (mule deer #3), and maintain browse vigor and increase browse density in the Ryan - Story key area (mule deer #4) to help increase the winter deer population in Game Management Unit 22 to 40,000 (mule deer #7) and in Game Management Unit 21 to 10,000-12,000 (mule deer #10).

C.    Minerals

There is extensive oil and gas development within the herd management area.  This development will continue as the country attempts to become energy self-sufficient.  A discussion of the impacts of oil and gas activity on wild horse populations is included in the WRRA Oil and Gas Umbrella EA.  Impacts include a loss of wild horse habitat, a potential change in patterns of wild horse movement and a loss of naturalness of the herd management area.

11

Mitigation of these impacts is possible through rehabilitation of disturbed areas, designing facilities which do not interfere with the free-roaming behavior of wild horses, and avoidance of areas which are critical to wild horses, i.e. water sources, south slopes and windswept ridges.

The Rio Blanco Oil Shale Project (C-a Tract) lies within the herd management area. There is potential for oil shale development to expand throughout the Piceance Basin portion of the area.

D.    Recreation

The major recreational activity in the area is big game hunting. The potential for wild horse observation areas will be assessed after the herd management area plan has been completed and implementation has begun. There is presently public access into the herd management area which allows wild horse viewing.

E.    Cultural Resources

Cultural resource surveys have been done in the area on a project specific basis. Cultural sites are present within the herd management area, including the Canyon Pintado Historic District which lies along the Douglas Creek drainage on the western boundary of the area. All potential project sites will undergo a cultural resource survey and clearance will be obtained prior to any surface disturbance.

F.    Forest Management

Small patches of Douglas fir are found at the eastern end of the drainages at the higher elevations. The main forest resource

in the herd management area is the pinyon-juniper woodlands. Potential products from these woodlands include firewood and fence-posts.

Harvesting of woodland products could remove cover necessary for wild horses during severe winter storms and in the hot summer months. Any forest disturbing activities will be planned to leave enough cover for wild horses.

G.    Watershed Management

With the exception of the 84 Mesa area, the herd management area is all within a severe erosion susceptibility class. The 84 Mesa area has slight erosion susceptibility.

Watershed management goals are to provide protection for those areas in the highly susceptible erosion classification. Reduction of the number of grazing animals to a level consistent with the carrying capacity for the area will help to provide this protection through improved range condition.

IV.  OBJECTIVES

A.    Maintain wild horse herds at a level consistent with the carrying capacity for the area while providing adequate forage for livestock and wildlife.

Rationale: Maintaining grazing animals at a level consistent with forage production will allow for a viable wild horse population, livestock for red meat production, and productive wildlife populations without damage to the range resource.

Planned Action:

1.    Reduce the number of wild horses to between 90-140 by
      1985 by drive trapping, water trapping, and hay baiting.

2.    Maintain a wild horse herd of 90-140 horses.  Periodic
removal of excess horses may be necessary.  If the number
of wild horses falls below 90 horses the BLM may import
wild horses from other areas to maintain the herd size.

3.    Adjust livestock use on the allotments within the herd
management area to a level consistent with forage production,
an estimated reduction of 1,209 AUMs.

B.    Improve the range condition (poor to fair or fair to good) in
the herd management area within 15 years.

Rationale:  Improved range condition would provide improved
habitat for wild horses.  Increased desirable forage would provide
improved nutrition for wild horses and would improve the soil
erosion conditions within the herd area.

Planned Action

1.    Maintain wild horses, livestock and wildlife at levels
consistent with the carrying capacity of the area (see
objective A).

2.    Manipulate vegetation to improve forage production in
areas where more than adequate cover for wild horses
exists.

3.    Construct water developments to improve distribution of
wild horses, livestock and wildlife (Appendix 5, Map 4).

C.    Maintain a moderate level of utilization (maximum of 60 percent)
on key forag                           The following utilization
standards will be adopted for wild horse key areas: For
those ranges that are used on a continuous yearlong basis,
Ra        the maximum allowable utilization rate will be 40%.  This
would specifically apply to the Barcus-Pinto and Rocky Ridge
range c    units of the Piceance- E. Douglas HMA.  For ranges that are
used on a continuous seasonal basis such as the winter and
summer ranges of Boxelder and Pasture C, Square S, the
horses,    maximum allowable utilization rate will be 50%.

14

Planned Action

1.  Conduct utilization studies within the herd management
    area before and after livestock use to differentiate
    between wild horse and livestock use. Make adjustments
    in numbers of grazing animals based on these studies.

D.  Maintain the free-roaming behavior of wild horses.

    Rationale - Maintenance of the free-roaming behavior of wild
horses would help maintain normal band integrity and herd interactions.
Preserving the free-roaming behavior of wild horses is one method
of providing an interchange of the gene pool and lessening the
occurance of inbreeding within the herd unit.

    Planned Action

1.  No interior fences will be built within the herd management
    area. (This will not include any riparian fences;
    unless these net effect would prevent movement
    of horses from one unit of HMA to another)
2.  Maintain access for wild horses among livestock allotments
    within the management area.

E.  Maintain a healthy, viable breeding population of wild horses.

    Rationale: Maintenance of a healthy viable breeding population
will insure the survival of wild horses within the herd management
area.

    Planned Action

1.  The sex ratio will be maintained at approximately 50-50.

2.  Maintain a herd with at least 15 percent foals.

3.  Protect watering sources from disturbance.

4.  Attempt to mitigate habitat loss due to energy development.

F.  Provide for the protection of wild horses from harassment and
unauthorized capture.

Rationale - This protection is required by the Wild Horse and
Burro Act (PL 92-195) and is necessary to maintain a healthy,
viable population.

### Planned Action

1.    BLM personnel are periodically in the area.  All personnel
will be made aware of the policy concerning protection of
wild horses so that violations can be reported.

V.    SUPPORT FACILITIES

All projects and gathering operations will be subject to constraints
within the MFP and will undergo a site specific environmental assessment
prior to any on-the-ground work.

A.    Construct a boundary fence around the wild horse management
area (Appendix 5, Map 4).  Complete the fence along Douglas Creek by
1982 and the fence along Big Ridge by 1983.  Complete the boundary fence
in the Barcus-Greasewood area by 1983.

Rationale:  This will prevent horses from drifting into adjoining
allotments which are being recommended for complete removal.  It
will also keep horses off Highway #139 and out of the active oil
and gas field.

B.    Construct three water traps in the Rangely S½ Planning Unit,
west of Highway #139 and a minimum of two water traps on the Cathedral
Bluffs allotment.

Rationale:  This area has a limited supply of water which will
make water trapping an effective means of removing wild horses from
this area.

C.    Construct water developments which will provide adequate water
between April 1 through November 30 each year.

16

Rationale: Providing water during this time of year will help to keep horses dispersed and lessen inter-herd competition for forage as well as lessening livestock – wild horse forage competition.

D.   Complete land treatments on areas suitable for increased forage production while maintaining adequate cover for wild horses.

Rationale: Land treatments will help to increase the AUMs available to wild horses, wildlife, and livestock and will increase distribution of grazing animals and decrease forage competition.

VI.   IMPLEMENTATION AND COST ESTIMATE

| Project | Target Date | WM | Cost |
|---|---|---|---|
| Horse Removal (250) | FY 81 | 2.0 | $25,000 |
| Traps (5) | FY 82 | | $22,000 |
| Water Trapping, Hay Baiting (110) | FY 82 | | $11,000 |
| Horse Removal (90) | FY 83 | | $22,500 |
| Water Trapping, Hay Baiting (30) | FY 83 | | $3,000 |
| Water Trapping, Hay Baiting (35) | FY 85, 87, 89, etc. | | $3,500 |
| Helicopter Census | FY 82, 84, 86, etc. | 0.5 | $5,000 |

Fencing, water developments and trend, utilization and climate studies will be done in conjunction with AMPs.

VII. MANAGEMENT EVALUATION AND REVISION

A.   Herd

Aerial surveys will provide estimates of total numbers of horses, herd number and size, and herd movement.  Aerial surveys will be conducted by BLM personnel.

Ground observations during the spring foaling period will add to information on herd productivity.

In addition, herd composition, productivity and mortality estimates will be based on samples taken during horse removal operations.

17

B. Trend

.... .... ... ... ...studies ...  .......... ... up
within the wild horse range.  These plots will be read each
year for three years after the implementation of allotment
management plans.  They will be read at a minimum of five
year intervals thereafter.

C. Utilization

Utilization in the wild horse management areas will be
determined by paired plot and the key forage plant methods
(BLM Manual 4412).  Cages will be set up in pairs with one
set of paired plots being clipped prior to domestic livestock
grazing to help differentiate between livestock and wild
horse use.

During periods when livestock and wild horses are using the
same area actual use may be difficult to differentiate.
Observations of the locations of livestock and wild horses by
BLM personnel will help to determine use areas.

D. Climate

Climate data will be collected in the area in coordination
with allotment management plan implementation.

E. Fecal

Comprehensive fecal studies were conducted in 1974 and
1978.  These studies determined the composition of diets for
wild horses, domestic cattle, mule deer, and elk and evaluated
dietary overlap between horses and other animals.  A summary of
the results of these studies are included in Appendix 3.

18

VIII.  PUBLIC AFFAIRS

   A.   Objective

        Create an awareness of the wild horse program in the WRRA.

   Make the public aware of how wild horses interact with other resources.

   B.   Planned Action

        1.   Public Meetings

             Public meetings will be held prior to wild horse gathering

        operations.  This will help the public become aware of methods

        of gathering and the use of roundups to obtain management

        objectives.

        2.   Other

             Brochures are available at the Area Office which explain

        the BLM's wild horse and adopt-a-horse programs.  Special

        interest groups, schools and any interested public will be

        given presentations on the wild horse program upon request.

19

## REFERENCES CITED

Unit Resource Analysis, WRRA.  1977.  On file in Meeker Area Office.

Management Framework Plan, WRRA.  1981.  On file in Meeker Area Office.

Piceance Basin Wildlife Habitat Management Plan.  On file in Meeker
    Area Office.

WRRA Oil and Gas Umbrella EA.  On file in Meeker Area Office.

Detailed Development Plan for Rio Blanco Oil Shale Project.  On file at
    Meeker Area Office.