

# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**

Page 1 of 2

CRAIG DISTRICT OFFICE
**White River Resource Area**
317 EAST MARKET
MEEKER, COLORADO 81641

## 1980 WILD HORSE REMOVAL
## CATHEDRAL BLUFFS/PICEANCE BASIN

A total of 283 were removed from public lands between August 4, 1980 and August 14, 1980. Of the total, 272 head were shipped to BLM corrals in Rock Springs, Wyoming; 1 black yearling stud colt died at the trap; and 10 head were branded (private) horses. A total of 8 head of horses sent to Rock Springs were destroyed at Rock Springs.

The locations from where the horses were gathered are:

      Box Elder and 84 Mesa-133 head
      Cathedral Bluffs & Spring Creek Allotments-150 head

### Age/Sex Structure

| Age | Females | Males | Total | % of Herd |
|---|---|---|---|---|
| 4 years & Older | 60 | 49 | 109 | 39.9% |
| 3 years | 9 | 7 | 16 | 5.9% |
| 2 years | 16 | 13 | 29 | 10.6% |
| Yearlings | 28 | 25 | 53 | 19.4% |
| Foals | 31 | 35 | 66 | 24.2% |
| Total % of Herd | 144 | 129 | 273 | |
| | 53% | 47% | 100% | |

### Foal Crop/Population Increase

69 mares 3 years + with 66 foals=95.6% foal crop.
125 horses @ 3 years + and 29 horses @ 2 years=23.2% population increase.



*Save Energy and You Serve America!*

Appendix I

P9
1

APPENDIX 2

EXISTING WATER DEVELOPMENTS (see Appendix 5, Map 5)

| Project Number | Project Name | Twsp | Location Range | Section | |
|---|---|---|---|---|---|
| 0066 | West Fourmile Reservoir | 1S | 101W | 35 | |
| 0688 | Corcoran Spring | 2N | 97W | 32 | – SHALE, OIL SHALE |
| 0787 | Corral Spring | 3S | 100W | 13 | – " OR SHALE |
| 0789 | Dark Gulch Spring | 2S | 100W | 36 | – " " " |
| 0792 | Beef Gulch Spring | 2S | 100W | 22 | – " OR SHALE |
| 0795 | Spruce Gulch Spring | 2S | 100W | 13 | |
| 0800 | Maverick Spring | 2S | 99W | 5 | |
| 1355 | Lower Section 4 Well | 1N | 98W | 8 | |
| 1356 | Upper Section 4 Well | 1N | 98W | 19 | |
| 4118 | 84 Mesa Well and Pipeline | 1S | 98W | 17, 19, 20 | |
| 4190 | East Side Spring | 1S | 100W | 32 | |
| 4609 | Philadelphia Creek Spring | 2S | 100W | 9 | |

UNDEVELOPED SPRINGS

| | | Twsp | Range | Section |
|---|---|---|---|---|
| | | 1S | 101W | 16 |
| | | 2S | 100W | 20 |
| | | 1S | 100W | 32 |

**1994 Wild Horse Removal**

E.  **PROCESSING COSTS**

| | | | |
|---|---|---|---|
| 1. | Liquid Nitrogen | | $  50 |
| 2. | Veterinary (Labor) | | 2260 |
| 3. | Hay (15 tons @ $100/ton) | | 1500 |
| 4. | Rhino Vaccine (McCandless) | | 1000 |
| 5. | Wormer, vaccine, syringes, necktags | | 1926 |
| | | TOTAL | $4936 |

Processed 103 Horses
       16 Released
          86 Available for Adoption*
            1 Euthanized

Processing cost per horse = $47.92

   * 6 Adopted at Sandwash 8/17/94
     80 Shipped to Greeley 8/18/94

APPENDIX 3

FECAL ANALYSIS STUDY

PICEANCE BASIN WILD HORSE RANGE

TABLE #1

Table 1. Foods (mean % ± standard deviation) making up 2% or more of an average diet of wild horses, cattle, and mule deer in three vegetation zones, Piceance Basin, Colo., 1974.

| Plant name | Wild horses | | | Cattle | | | Mule deer | | |
|---|---|---|---|---|---|---|---|---|---|
| | Mountain shrub | Ecotone | Pinyon-juniper | Mountain shrub | Ecotone | Pinyon-juniper | Mountain shrub | Ecotone | Pinyon-juniper |
| **Grasses and grasslikes** | | | | | | | | | |
| Sedge (*Carex* spp.) | 46 ± 23 | 20 ± 11 | 6 ± 7 | 60 ± 8 | 21 ± 8 | 13 ± 9 | 1 ± 2 | <1 | <1 |
| Needleandthread (*Stipa comata*) | 8 ± 6 | 24 ± 13 | 32 ± 16 | 6 ± 4 | 22 ± 5 | 11 ± 6 | <1 | 1 ± 2 | <1 |
| Wheatgrasses (*Agropyron* spp.) | 10 ± 4 | 18 ± 13 | 10 ± 7 | 9 ± 7 | 31 ± 14 | 9 ± 1 | <1 | <1 | <1 |
| Prairie Junegrass (*Koeleria cristata*) | 12 ± 7 | 10 ± 3 | 7 ± 4 | 9 ± 3 | 9 ± 2 | 18 ± 3 | | <1 | <1 |
| Bromes (*Bromus* spp.) | 1 ± 2 | 12 ± 7 | 13 ± 11 | <1 | 8 ± 7 | 14 ± 6 | | <1 | <1 |
| Indian ricegrass (*Oryzopsis hymenoides*) | 4 ± 6 | 9 ± 2 | 8 ± 5 | 2 ± 1 | 3 ± 3 | 8 ± 7 | <1 | <1 | <1 |
| Bluegrass (*Poa* sp.) | 1 ± 1 | 4 ± 7 | 13 ± 18 | 5 ± 6 | <1 | 1 ± 8 | | | <1 |
| Fescue (*Festuca* spp.) | 3 ± 2 | <1 | <1 | 3 ± 2 | <1 | <1 | <1 | <1 | <1 |
| **Forbs and shrubs** | | | | | | | | | |
| ...erviceberry (*Amelanchier utahensis*) | 8 ± 11 | <1 | <1 | <1 | <1 | <1 | 74 ± 9 | 68 ± 15 | 13 ± 10 |
| ...on pine (*Pinus edulis*) | | | <1 | | <1 | <1 | 3 ± 4 | 11 ± 10 | 40 ± 14 |
| Junipers (*Juniperus* spp.) | | | <1 | | | <1 | 2 ± 2 | 3 ± 4 | 38 ± 16 |
| Bladderpod (*Lesquerella* sp.) | <1 | <1 | <1 | <1 | <1 | <1 | 3 ± 2 | 3 ± 2 | 3 ± 3 |
| Barberry (*Berberis* sp.) | | | | | <1 | <1 | 4 ± 5 | 3 ± 1 | <1 |
| Big sagebrush (*Artemisia tridentata*) | <1 | | | | | | <1 | 3 ± 4 | 3 ± 4 |
| True mountainmahogany (*Cercocarpus montanus*) | <1 | | | | <1 | | 3 ± 2 | 2 ± 1 | <1 |
| Snowberry (*Symphoricarpos* sp.) | | | | <1 | | <1 | 3 ± 2 | <1 | <1 |
| Bluebells (*Mertensia* spp.) | <1 | | | <1 | | <1 | 3 ± 1 | <1 | <1 |
| Rabbitbrushes (*Chrysothamnus* spp.) | <1 | <1 | <1 | <1 | <1 | <1 | <1 | 2 ± 2 | 1 ± 1 |
| Gambel oak (*Quercus gambeli*) | <1 | | | | | | 2 ± 2 | <1 | <1 |
| Common winterfat (*Eurotia lanata*) | 4 ± 2 | 2 ± 1 | 7 ± 4 | 5 ± 1 | 3 ± 2 | | <1 | <1 | <1 |

APPENDIX 3

FECAL ANALYSIS STUDY

PICEANCE BASIN WILD HORSE RANGE

TABLE #2, #3, & #4

Table 2. Mean similarity indexes (%) and rank-order correlation coefficients ($r_s$) comparing plant components of horse, cattle, and mule deer diets within three vegetation zones, Piceance Basin, Colo.

| Vegetation zone | Herbivores compared | | | | | |
| | Horse vs cattle | | Horse vs mule deer | | Cattle vs mule deer | |
| | % | $r_s$ | % | $r_s$ | % | $r_s$ |
| Mountain shrub | 71 | 0.83[1] | 11 | −0.14 | 4 | 0.15 |
| Ecotone | 75 | 0.86[1] | 4 | −0.26 | 4 | −0.09 |
| Pinyon-juniper | 59 | 0.79[1] | 2 | −0.02 | 2 | −0.02 |

[1]Correlation coefficients significant at the 2% level of probability.

Table 3. Mean similarity indexes (%) and rank-order correlation coefficients ($r_s$) comparing plant components of horse, cattle, and mule deer diets between three vegetation zones, Piceance Basin, Colo.

| | Vegetation zones compared[2] | | | | | |
| | Mountain shrub vs ecotone | | Mountain shrub vs pinyon-juniper | | Pinyon-juniper vs ecotone | |
| imal | % | $r_s$ | % | $r_s$ | % | $r_s$ |
| Horse | 53 | 0.86 | 37 | 0.67 | 53 | 0.80 |
| cattle | 48 | 0.84 | 44 | 0.78 | 53 | 0.75 |
| Mule deer | 74 | 0.66 | 21 | 0.59 | 33 | 0.84 |

[2] pairs of diets were used in each comparison.
correlation coefficients are significant at the 1% level of probability.

The principal foods (>5%) of both wild horses and cattle were ...ges, needleandthread, wheatgrasses, prairie Junegrass, ...mes, Indian ricegrass, bluegrasses, and common winterfat ...ble 1). Utah serviceberry, one of the most abundant plants in ... upper zones, was a principal food of wild horses only in the ...untain shrub zone. Utah serviceberry, pinyon pine, and

Table 4. Mean trophic diversity indexes for horse, cattle, and mule deer diets in three vegetation zones, Piceance Basin, Colo.

| Vegetation type | Herbivore | | |
| | Horse | Cattle | Deer |
| Mixed mountain shrub | 1.66 abd[1] | 1.41 acd | 2.24 c |
| Ecotone | 1.83 ab | 1.75 ab | 1.23 cd |
| Pinyon-juniper | 1.88 ab | 2.12 b | 1.41 cd |

[1]Means followed by the same letter are not significantly different ($\alpha$ = .05) by Newman-Keuls multiple range test.

juniper were the only forages which averaged at least 5% of the mule deer diet in any vegetation zone (Table 1).

APPENDIX 3


## DOUGLAS CREEK WILD HORSE RANGE


One hundred samples were taken from fresh feces (less than 1 month old).  The samples were taken from the Philadelphia Creek and Tommy's Draw Allotments.


Percent relative density of fragment from a horse fecal sample collected by Ron Krager.  Based on 100 fields.  Analyzed Jan. 1978.

|                        | Percentage (%) |
| ---------------------- | -------------- |
| Stipa                  | 29.60          |
| Agropyron              | 25.72          |
| Eurotia lanata         | 19.64          |
| Oryzopsis hymenoides   | 7.16           |
| Poa                    | 6.29           |
| Quercus                | 4.20           |
| Bromus                 | 2.62           |
| Sporobolus             | 1.85           |
| Carex                  | 1.46           |
| Phlox                  | 1.10           |
| Astragalus             | 0.36           |

07-.44    p.    Nov/78    B. Lawhorn

APPENDIX 4

PLANT SPECIES INCLUDED IN THE HERD MANAGEMENT AREA PLAN

|  | Common Name | Genus | Species |
|---|---|---|---|
| Grasses & and Grass-likes | Wheatgrasses | Agropyron | spp. |
|  | Bromes | Bromus | spp. |
|  | Sedges | Carex | spp. |
|  | Fescue | Festuca | spp. |
|  | Prairie junegrass | Koeleria | cristata |
|  | Indian ricegrass | Oryzopsis | hymenoides |
|  | Bluegrass | Poa | spp. |
|  | Dropseed | Sporobolus | spp. |
|  | Needle-and-thread | Stipa | comata |
| Forbs, Shrubs and Trees | Utah Serviceberry | Amelanchier | utahensis |
|  | Big sagebrush | Artemisia | tridentata |
|  | Milkvetch | Astragalus | spp. |
|  | Barberry | Berberis | sp. |
|  | True Mtn. mahogany | Cercocarpus | montanus |
|  | Rabbitbrushes | Chrysothamnus | spp. |
|  | Winterfat | Eurotia | lanata |
|  | Junipers | Juniperus | spp. |
|  | Bladderbod | Lesquerella | sp. |
|  | Bluebells | Mertensia | spp. |
|  | Phlox | Phlox | spp. |
|  | Pinyon pine | Pinus | edulis |
|  | Aspen | Populus | tremuloides |
|  | Douglas fir | Psuedotsuga | menziesii |
|  | Gambel oak | Quercus | gambeli |
|  | Greasewood | Sarcobatus | vermiculatus |
|  | Snowberry | Symphoricarpos | sp. |

APPENDIX 5

MAPS

Case 1:06-cv-01009-RMC    Document 27-6    Filed 12/29/2006    Page 9 of 31



MAP 1

WHITE RIVER HERD
MANAGEMENT AREA

LAND STATUS

Private Land

State Land

C-a C1 Shale Tract

Oil Shale Claims (Patented, 1987)



Case 1:96-cv-01689(RMC) Document 21-6 Filed 12/29/2008 Page 11 of 31



Map 2

# WHITE RIVER HERD
## MANAGEMENT AREA

Critical Areas

- ⬭ Winter Range
- ♂ Undeveloped Springs
- ♂ Developed Springs
- △ Reservoir
- ----- Stream



# WHITE RIVER HERD
## MANAGEMENT AREA

PROPOSED RANGE IMPROVEMENT
PROJECTS

● WATER DEVELOPMENTS

✗—✗—✗ FENCES



# WHITE RIVER HERD
## MANAGEMENT AREA
### EXISTING PROJECTS

- Developed Springs
- Wells
- Reservoirs
- Fence

livestock grazing. The HMAP and AMPs would set out proper levels of use for both livestock and wild horses to maintain the forage resource at improved levels.

Removal of interior fencing in allotments would increase the difficulty of maintaining good livestock distribution. Livestock operators would have to spend more time riding to control livestock drift.

D.  Wild Horses

Wild horses would be reduced in number and their range would be reduced. Numbers would be great enough that a viable herd would be maintained and forage would be allocated to maintain sufficient nutrition for a healthy herd. The herd management area is the preferred habitat for the horses and has reliable water sources. This will help maintain a healthy wild horse population.

Movement of horses between the Piceance Basin and Douglas Creek herds would not be blocked and this would help to prevent inbreeding within the herds.

E.  Wildlife

Implementation of the proposed action would decrease interspecific competition for forage and water between wildlife and wild horses. The quality and quantity of forage and habitat available for wildlife (especially mule deer, elk, and sage grouse) use would improve. No impacts would occur to the bald eagle, hence consultation with the Fish and Wildlife Service is unnecessary.

F.  Unavoidable Adverse Effects

There would be no unavoidable adverse effects due to the proposed action.

G.    Short-Term Vs. Long-Term Productivity

Long-term productivity of the range over 443,980 acres would be increased through implementation of the Herd Management Area Plan.  This would help to increase the long-term productivity of the livestock, wildlife, and wild horse herds in that area.

H.    Irreversible/Irretrievable Commitments

There would be no irreversible or irretrievable commitments made through acceptance of the proposed action.

V.    PUBLIC INTEREST

A public meeting was held April 28, 1981 in Rangely, Colorado to solicit public input into the Herd Management Area Plan.  All comments and letters received concerning the plan and wild horse management are on file at the White River Resource Area Office.

Activity 4322-4426

# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT

# EA FACE SHEET

OFFICE: __White River Resource Area, Craig District__    FY & REPORT # CO-017-81- 28

ACTION: __Herd Management Area Plan__    NO. OF PAGES    6
    (Project Name, Case Type, etc.)

LOCATION: __Piceance Basin/Cathedral Bluffs__    SERIAL NO. C-

| TEAM SIGNATURES | TITLE | RESOURCE VALUES ASSIGNED | HOURS |
|---|---|---|---|
| Elaine E. Crags | Range Conservationist | Range/Wild Horses | 3 |
| G. A. G. Crne | Outdoor Recreation Planner | Recreation | 1 |
| Michael H. Peterson | Wildlife Biologist | Wildlife | 1 |
| Priscilla C. Mecham | Archaeologist | Cultural Resources | ½ |
| Dean Moss | Realty Specialist | Lands | |

ENVIRONMENTAL
COORDINATOR: __Richard M Arcand__    __5-28-81__
    (Signature)    (Date)

COMPLIANCE
OFFICER: _____

    Area
    ~~DISTRICT~~ MANAGER: __B. Pat Smith__
        (Signature)

        __5/31/81__
        (Date)

CSO 1790-1 (Jun. 1977)

May 19, 1981

DECISION RECORD/RATIONALE - EA No. CO-010-81-28

Decision:  The Herd Management Area Plan for the White River Resource Area
is accepted.  Implementation, as described within the plan, is to
begin.

Rationale:  A determination has been made that implementation of the Herd
Management Area Plan will be beneficial to a number of resources and
will have no negative impacts to any resource.

Recommendation: _____
Range Conservationist

Decision: _____
Area Manager
(for District Manager)



# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**

CRAIG DISTRICT OFFICE
**White River Resource Area**
317 EAST MARKET
MEEKER, COLORADO 81641

### 1981 WILD HORSE REMOVAL
### TWIN BUTTES/PICEANCE BASIN

A total of 263 horses were removed from public lands
between September 2, 1981 and September 24, 1981. Of these,
251 head were shipped to BLM corrals in Rock Springs, Wyo;
7 head were destroyed at the trap or Sand Wash corral; and
5 head were branded (private) horses. Death loss as a
result of the round-up was 7 head. Death loss at Rock Springs
was 6 head.

The locations from where the horses were gathered are:
  Twin Buttes (West of douglas Creek)-74 head
  Piceance Basin (Box Elder & Pasture C)-141 head
  Lower Yellow, Barcus, & Greasewood Creeks-48 head

Age/Sex Structure

| Age | Females | Males | Total | % of Herd |
|---|---|---|---|---|
| 4 years & Older | 79 | 42 | 121 | 46.9% |
| 3 years | 4 | 6 | 10 | 3.9% |
| 2 years | 12 | 15 | 27 | 10.5% |
| Yearlings | 24 | 14 | 38 | 14.7% |
| Foals | 28 | 34 | 62 | 24.0% |
| Total % of | 147 | 111 | 258 | |
| Herd | 57% | 43% | 100% | |

Foal Crop/Population Increase
  83 mares @ 3 years + with 62 foals=74.7% foal crop
  131 horses @ 3 years + and 27 horses @ 2 years=20.6%
    population increase.



CONSERVE
AMERICA'S
ENERGY

*Save Energy and You Serve America!*

*Appendix I*

3

## Color Analysis

| Color | Females | Males | Total | % of Herd |
|-------|---------|-------|-------|-----------|
| Sorrel | 31 | 33 | 64 | 23.4 |
| Bay | 30 | 21 | 51 | 18.7 |
| Roan | 26 | 26 | 49 | 17.9 |
| Black | 19 | 18 | 37 | 13.6 |
| Brown | 10 | 14 | 24 | 8.8 |
| Grey | 13 | 6 | 19 | 6.9 |
| Chestnut | 7 | 6 | 13 | 4.8 |
| Buckskin | 3 | 4 | 7 | 2.6 |
| Palomino | 3 | 1 | 4 | 1.5 |
| Grulla | 3 | 0 | 3 | 1.1 |
| Albino | 2 | 0 | 2 | 0.7 |
| | 144 | 128 | 273 | 100 |

## Removal Cost Data

Contract payment was based on all horses 6 months and older.
There was 237 horses, including branded, 6 months and older.
Removal costs are:
1) Gather and transport to Rock Springs-237 head @$80=$18,960
2) Helicopter (BLM provided) 60.3 hours @$225 per hour=$13,567.50
3) Veterinary costs for emergency care during roundup=$460
4) Brand Inspection fees=$50
5) Hay-8 tons @$55 per ton=$440
Total round-up costs=$33,477.50 for 283 horses or $118.30 per horse.

## Adoption Costs

100 tons of hay for Rock Springs @$90 per ton=$9000.  Other costs
unknown.

*Appendix I*

2



**IN REPLY REFER TO**

# United States Department of the Interior

**BUREAU OF LAND MANAGEMENT**                    Page 1 of 2

CRAIG DISTRICT OFFICE
**White River Resource Area**
317 EAST MARKET
MEEKER, COLORADO 81641

### 1983 WILD HORSE REMOVAL

### CATHEDRAL BLUFFS/LOWER PICEANCE BASIN

A total of 160 horses were removed from public lands
between Sept.6 and Sept 13, 1983.  All horses were taken
to Sand Wash Corrals for processing for adoption.  Of these,
71 head were sent to Denver for adoption; 63 head were
adopted from Sand Wash Corrals; 13 head of studs were sent
to Rock Spring, Wyoming; 5 head were returned to the Piceance
herd management area; 6 head were released on the Little
Bookcliffs Wild Horse Range; and 2 branded (private) horses.

No death loss was incurred from either the round-up or
processing/adoption phases of the removal operation.  The
locations from where the horses were gathered are:

      Philadelphia Draw )
      Spring Creek      )          46 head
      Lower Piceance Creek         20 head
      Lower Yellow Creek           34 head
      Hammond Draw                 60 head including 2 branded

### Age/Sex Structure

| Age | Females | Males | Total | % of Herd |
|---|---|---|---|---|
| 4 years & older | 37 | 33 | 70 | 44.3 |
| 3 years | 17 | 18 | 35 | 22.2 |
| 2 Years | 5 | 14 | 19 | 12.0 |
| Yearlings | 2 | 1 | 3 | 1.9 |
| Foals | 15 | 16 | 31 | 19.6 |
| Total % of Herd | 76 | 82 | 158 | |
| | 48% | 52% | 100% | |

### Foal Crop/Population Increase

      54 mares 3 years + with 31 foals=57.4% foal crop
      105 horses 3 years + and 19 horses @2 years=18.1%
          population increase



CONSERVE
AMERICA'S
ENERGY

*Save Energy and You Serve America!*

*Appendix I*

### 1981 WILD HORSE REMOVAL

#### Color Analysis

| Color | Females | Males | Total | % of Herd |
|-------|---------|-------|-------|-----------|
| Bay | 47 | 39 | 86 | 33.3 |
| Grey | 25 | 17 | 42 | 16.3 |
| Black | 17 | 14 | 31 | 12.0 |
| Red Roan | 12 | 7 | 19 | 7.4 |
| Brown | 9 | 9 | 18 | 7.0 |
| Sorrel | 10 | 8 | 18 | 7.0 |
| Chestnut | 8 | 5 | 13 | 5.0 |
| Blue Roan | 10 | 3 | 13 | 5.0 |
| Buckskin | 2 | 5 | 7 | 2.7 |
| Palomino | 4 | 3 | 7 | 2.7 |
| Mouse | 2 | 1 | 3 | 1.2 |
| Dun | 1 | 0 | 1 | 0.4 |
| | 147 | 111 | 258 | 100 |

#### Removal Cost Data

Contract payment was based on all horses 6 months and older.
There was 259 horses, including branded, 6 month and older.
Removal cost were:
  1) Gather and transport to Rock Springs-259 head @
     $58.05=$15,034.95
  2) Helicopter (BLM provided) 125 hours @$225 per hour=$28,125
  3) Veterinary costs for emergency care during round-up=
     $930.00
  4) Brand inspection fees=$150.00
  5) Hay=10 tons @$75 per ton=$750.00
Total round-up costs=$44,989.95 for 263 horses or $171.06
per horse.

#### Adoption Costs

These costs are unknown as horses were sent to Rock Springs.

*Appendix I*



IN REPLY REFER TO:

# United States Department of the Interior

### BUREAU OF LAND MANAGEMENT
### WHITE RIVER RESOURCE AREA
P.O. Box 928
Meeker, Colorado 81641

4730

## 1984 WILD HORSE REMOVAL*

A total of 87 horses were removed from public lands between September 10 and September 20, 1984. The captured horses were taken to the Sand Wash Corrals for processing and adoption. Two horses were put down due to severe injury incurred during capture. Six more horses were put down due to injuries occurring in the ~~in the~~ holding corrals. Of the remaining 79 horses, 38 were sent to Denver for adoption, 24 were sent to Rock Springs for adoption; 14 of the horses sent to Denver were sent on to Rock Springs after they were not adopted in Denver. The remaining 17 head were adopted out at Sand Wash.

The number and gathering location of the horses are:

| | |
|---|---|
| Texas Creek | 17 |
| Water Canyon/W. Fourmile | 28 |
| Greasewood | 32 |
| Rocky Ridge/Rough Gulch | 10 |

Age/Sex Structure:

| Age | Females | Males | Total | % of Herd |
|---|---|---|---|---|
| 4 years & older | 31 | 23 | 54 | 62 |
| 3 years | 4 | 1 | 5 | 6 |
| 2 years | 7 | 1 | 8 | 9 |
| Yearlings | 2 | 4 | 6 | 7 |
| Foals | 4 | 10 | 14 | 16 |
| Total | 48 | 39 | 87 | 100% |
| % of Herd | 55 | 45 | | |

Foal Crop/Population Increase
   35 mares 3 years+ with 14 foals=40% foal crop
   59 horses 3 years+ 8 two year olds=13.5% population increase (herd recruitment)

*TWIN BUTTES/LOWER PICEANCE BASIN

Appendix I   7

## 1983 WILD HORSE REMOVAL

### Color Analysis

| Color | Females | Males | Total | % of Herd |
|-------|---------|-------|-------|-----------|
| Bay | 20 | 18 | 38 | 24.0 |
| Black | 15 | 18 | 33 | 20.9 |
| Sorrel | 15 | 9 | 24 | 15.2 |
| Brown | 11 | 9 | 20 | 12.7 |
| Grey/White | 6 | 12 | 18 | 11.4 |
| Roan | 4 | 3 | 7 | 4.4 |
| Buckskin | 2 | 4 | 6 | 3.8 |
| Palomino | 1 | 4 | 5 | 3.2 |
| Pinto | 1 | 2 | 3 | 1.9 |
| Albino | 1 | 2 | 3 | 1.9 |
| Chestnut | 0 | 1 | 1 | 0.6 |
| | 76 | 81 | 158 | 100 |

### Removal Cost Data

Contract payment was based on all horses 6 months of age and older. There was 129 horses, including branded, one year old or older and 6 colts over 6 months old. Contract/Removal costs were:

1) Gather and transport to Sand Wash including helicopter costs 135 horses at $180 per head=$26,460
2) 10 hours helicopter recon time at $200 per hour=$2000
3) Brand Inspection Fees=$74.
4) No veterinary costs incurred during removal

Total round-up costs=$28,534 for 160 horses or $178.34 per horse.

### Processing/Adoption Costs

Hay-15.345 tons @$60 per ton=$920.70
Veterinary-155 horses @$30 per horse=$4650
Transportation=$1080
Total adoption cost=$6650.70 or $41.57 per horse

*Appendix I*



IN REPLY REFER TO:

# United States Department of the Interior

### BUREAU OF LAND MANAGEMENT
#### WHITE RIVER RESOURCE AREA
##### P.O. Box 928
##### Meeker, Colorado 81641

4730 (162)

## 1985 WILD HORSE REMOVAL
## TWIN BUTTES

A total of 52 horses were removed from public lands between July 22 and August 10, 1985.  The captured horses were taken to Sand Wash Corrals for processing and adoption.  Four horses were put down on site due to severe injury incurred during capture.  Four more horses were disposed of due to injures present at capture which essentially made them unadoptable.

The number and gathering location of the horses was as follows:

|  |  |
|---|---|
| Texas Creek | 40 |
| Reagles | 7 |
| Cottonwood | 5 |

### Age/Sex Structure

| Age | Females | Males | Total | %of Herd |
|---|---|---|---|---|
| 4 years & older | 13 | 20 | 33 | 63 |
| 3 years | 0 | 0 | 0 | 0 |
| 2 years | 4 | 3 | 7 | 13 |
| Yearlings | 3 | 2 | 5 | 10 |
| Foals | 3 | 4 | 7 | 14 |
| Total | 23 | 29 | 52 |  |
| % of Herd | 44 | 66 |  | 100 |

### Foal Crop/Population Increase

a)  13 mares 3 years+ with 3 foals = 23% foal crop
b)  33 horses 3 years+ and 7 2 year olds = 21% herd recruitment

*Appendix 1*

*1984 Wild Horse Removal*                                    *Pg 2 82*

## Color Analysis

| Color | Females | Males | Total | % of Herd |
|-------|---------|-------|-------|-----------|
| Bay | 36 | 24 | 60 | 69 |
| Black | 1 | 12 | 13 | 15 |
| Sorrel | 2 | 2 | 4 | 5 |
| Brown | 1 | 0 | 1 | 1 |
| Grey | 8 | 1 | 9 | 10 |
| Roan | 0 | 0 | 0 | 0 |
| Buckskin | 0 | 0 | 0 | 0 |
| Palomino | 0 | 0 | 0 | 0 |
| Pinto | 0 | 0 | 0 | 0 |
| Albino | 0 | 0 | 0 | 0 |
| | 48 | 39 | 87 | 100% |

## Removal Cost Data

1) Gather and transport to Sand Wash including helicopter cost-87 horses at $157./head=$13,659.

2. 10 hours helicopter recon time at $205 per hour=$2050

3) Brand inspection fees=$21.80

4) No veterinary costs incurred during removal

Total round-up costs=$15,730.8 for 87 horses or $180.81/horse

## Processing/Adoption Costs

Hay-7.76 tons (at $55.00 ton.#426.80)

Veterinary-worming, Coggins test etc...#2,332.00

Transportation....#520.00

Total adoption cost.....$3,278.80 or #38.57 per horse (85 hd)

*Appendix I*

1989 WILD HORSE REMOVAL
LOWER PICEANCE BASIN/TEXAS MOUNTAIN

A total of 67 horses were rounded up on public lands between August 15, 1989 and
September 8, 1989. A total of three (3) head were released; one (1) at Barcus
Creek and two (2) at the Sand Wash Corrals. All of the 64 remaining horses were
taken to the Sand Wash Corrals for processing for adoption. Of these, 58 horses
were sent to the Wild Horse Facility in Cañon City, Colorado, and six (6) horses
were adopted from the Sand Wash Corrals.

No death loss was incurred from either the round up or processing/
adoption of the removal operation. The locations from where the horses were
gathered were:

| | |
|---|---|
| Hammond Draw | 31 |
| Texas Creek/Mountain | 23 |
| Reagles (Stake Springs) | 15 |

AGE/SEX STRUCTURE

| AGE | FEMALES | MALES | TOTAL | % OF HERD |
|---|---|---|---|---|
| 4 Year Olds and Older | 20 | 12 | 32 | 50.0000 |
| 3 Year Olds | 5 | 4 | 9 | 14.0625 |
| 2 Year Olds | 3 | 2 | 5 | 7.8125 |
| Yearlings | 1 | 3 | 4 | 6.2500 |
| 1989 Foals | 7 | 7 | 14 | 21.8750 |
| TOTAL | 36 | 28 | 64 | |
| TOTAL % | 56.25% | 43.75% | 100.00% | |

FOAL CROP/POPULATION INCREASE

__25__ Mares 3 Years+ with __14__ Foals = __56__ % Foal Crop

__41__ Horses 3 Years+ and __5__ Horses at 2 Years = __12__ % of Herd Recruitment

APPENDIX 1

11

Color Analysis

| Color | Females | Males | Total | % of Herd |
|-------|---------|-------|-------|-----------|
| Bay | 7 | 15 | 22 | 42 |
| Black | 3 | 8 | 11 | 21 |
| Sorrel | 7 | 5 | 12 | 23 |
| Brown | | | | |
| Grey | | 1 | 1 | 2 |
| Roan | 6 | | 6 | 12 |
| Buckskin | | | | |
| Palomino | | | | |
| Pinto | | | | |
| Albino | | | | |
| Total | 23 | 29 | 52 | 100 |

Removal Cost Data

1) Gathering and transport to Sand Wash including helicopter flight time 52 horses at $370/head = $19,240

2) 10 hours helicopter recon time at $225 per hour = $2,250

3) Brand inspection fees =

4) No veterinary costs incurred during removal

Processing/Adoption Costs

Hay - 15 ton ($60/ton) = $900

Veterinary - worming, Coggins test = $2080.50

Transportation - (to Bloomfield, NE) = $170

Total adoption cost = $3,150.50 or $71.60/horse (44 head)

APPENDIX 1

1989 Wild Horse Removal
Page 3 of 3

PROCESSING/ADOPTION COSTS

    1.    Hay:  7 Tons @ $N/C per ton = $0.00 (Carryover from LSRA Gathering).

    2.    Veterinary:  67 Horses @ $18.89 per Horse = $1,266.00

    3.    Transportation to Cañon City:  1 Truck/2 Separate Loads = $1,050.00.

N/A    4.    Total Adoption Costs = $0.00 or $0.00 per horse.

*Mark Heffenduie* 10/89

*Appendix 1*

13

COLOR ANALYSIS

| COLOR | FEMALES | MALES | TOTAL | % OF HERD |
|---|---|---|---|---|
| Bay | 5 | 2 | 7 | 10.9375 |
| Black | 5 | 8 | 13 | 20.3125 |
| Sorrel | 3 | 5 | 8 | 12.0000 |
| Brown | 8 | 5 | 13 | 20.3125 |
| Gray | 8 | 3 | 11 | 17.1875 |
| Red Roan | 0 | 0 | 0 | 0.0000 |
| Blue Roan | 3 | 1 | 4 | 6.2500 |
| Buckskin | 1 | 0 | 1 | 1.5625 |
| Palomino | 3 | 1 | 4 | 6.2500 |
| Albino | 0 | 1 | 1 | 1.5625 |
| Chestnut | 0 | 0 | 0 | 0.0000 |
| Paint | 0 | 2 | 2 | 3.0000 |

REMOVAL COST

* Contract payment was based on all horses six (6) months of age and older.  There
was 50 head of horses, one year old or older and 14 colts over six months old.

Contract Removal Costs were:

1.   Gather and Transport to Sand Wash including helicopter costs
     $19,715.35.

2.   Helicopter recon time at $256.80 per hour.

3.   Brand Inspection Fees:   August 28, 1989       $24.70
                              September 14, 1989     17.10
                                                    $41.80

4.   Veterinary Costs during removal:  $0.00

     Total Round Up Costs were:
         $19,756.96 for 67 Head or $294.88 per horse.

APPENDIX 1

12

NOV. 1991 BLAIR MESA HORSE REMOVAL

ON NOV. 13, 1991, A TOTAL OF 17 HORSES WERE TRAPPED ON BLAIR MESA USING THE ROCK
SPRINGS GATHERING CREW AND HELICOPTER.  ONE DOMESTIC HORSE WAS ALSO TRAPPED AND
WAS RETURNED TO ITS OWNER.  THE HORSES WERE TRANSPORTED TO SANDWASH CORRALS AND
PROCESSED 11/22/91.  6 HORSES WERE ADOPTED AT SANDWASH ON 11/23/91.  8 HORSES
WERE TRANSPORTED TO CANON CITY FOR ADOPTION.  3 STUDS WERE RELEASED BACK INTO THE
HMA AT PHILADELPHIA CREEK (12/6/91).

NO DEATH LOSS WAS INCURRED FROM EITHER THE ROUNDUP OR PROCESSING

THE FOLLOWING IS AN ANALYSIS OF THE GATHERED HORSES.

AGE/SEX STRUCTURE

| AGE | FEMALES | MALES | TOTAL | % OF HERD |
|---|---|---|---|---|
| 4 Year Olds and Older | 6 | 5 | 11 | 65 |
| 3 Year Olds | 0 | 2 | 2 | 12 |
| 2 Year Olds | 0 | 0 | 0 | 0 |
| Yearlings | 0 | 1 | 1 | 5 |
| 1989 Foals | 2 | 1 | 3 | 18 |
| TOTAL | 8 | 9 | 17 | |
| TOTAL % | 47% | 53% | 100.00% | |

FOAL CROP/POPULATION INCREASE

__6__ Mares 3 Years[+] with __3__ ___ Foals = __50__ % Foal Crop

__11__ Horses 3 Years[+] and __4__ Horses at 2 Years = __24__ % Herd Recruitment

## COLOR ANALYSIS

| COLOR | FEMALES | MALES | TOTAL | % OF HERD |
|-------|---------|-------|-------|-----------|
| Bay | 8 | 7 | 15 | 88 |
| Black | 0 | 0 | 0 | 0 |
| Sorrel | 0 | 1 | 1 | 6 |
| Brown | 0 | 1 | 1 | 6 |
| Gray | 0 | 0 | 0 | 0 |
| Red Roan | 0 | 0 | 0 | 0 |
| Blue Roan | 0 | 0 | 0 | 0 |
| Buckskin | 0 | 0 | 0 | 0 |
| Palomino | 0 | 0 | 0 | 0 |
| Albino | 0 | 0 | 0 | 0 |
| Chestnut | 0 | 0 | 0 | 0 |
| Paint | 0 | 0 | 0 | 0 |

*M. Hayhashie*
*/2/92*

## REMOVAL COST