### AUGUST 1992 BARCUS CREEK
### WILD HORSE REMOVAL

A.   On August 10 and 11, 1992, 36 wild horses were trapped immediately
     above Centennial Well (within the Barcus-Pinto part of the HMA using
     the Rock Springs gathering crew and helicopter.  One branded Burke
     mare was also trapped.  The horses were transported to Sand Wash
     Corrals and processed on 8/13/92.  30 horses were transported to
     Canon City prison facility, 1 was adopted locally, 3 horses were
     released at the capture area and 2 older studs were released on the
     Douglas Creek side of the HMA near the upper end of E. Fourmile
     Draw.      No death loss was incurred from either the roundup or
     processing/adoption operation.

B

### AGE/SEX STRUCTURE

| AGE | FEMALES | MALES | TOTAL | % OF HERD |
|---|---|---|---|---|
| 4 YEAR OLDS AND OLDER | 12 | 3 | 15 | 42 |
| 3 YEAR OLDS | 6 | 2 | 8 | 22 |
| 2 YEAR OLDS | 1 | 1 | 2 | 5 |
| YEARLINGS | 0 | 2 | 2 | 5 |
| FOALS | 6 | 3 | 9 | 26 |
| TOTAL | 25 | 11 | 36 | - |
| % OF TOTAL | 69 | 31 | 100 | 100 |

FOAL CROP/HERD RECRUITMENT

12 MARES 3 YEARS PLUS WITH 9 FOALS= 75% FOAL CROP

23 HORSES 3 YEARS PLUS AND 13 HORSES, 2 YEARS OF AGE=

36% HERD RECRUITMENT.

**C.  COLOR ANALYSIS**

| COLOR | FEMALES | MALES | TOTAL | % OF HERD |
|-------|---------|-------|-------|-----------|
| Bay | 16 | 9 | 25 | 69 |
| Black | | | | |
| Sorrel | | | | |
| Brown | 7 | 2 | 9 | 25 |
| Gray | | | | |
| Red Roan | | | | |
| Blue Roan | | | | |
| Buckskin | | | | |
| Palomino | | | | |
| Albino | | | | |
| Chestnut | 1 | | 1 | 3 |
| Paint | | 1 | 1 | 3 |
| TOTAL | 24 | 12 | 36 | 100 |

**D. REMOVAL COSTS**

1) WAGES, PER DIEM ROCK SPRINGS CREW      $5880
2) HELICOPTER INCLUDING PER DIEM,          15662.02
   SERVICE TRUCK                           21542.

REMOVAL COST PER HORSE=    $$\text{REMOVAL COST PER HORSE} = \frac{\text{TOTAL REMOVAL COST}}{\text{\# of HORSES GATHERED}} = \$567./ \text{ HORSE}$$

**E. PROCESSING COSTS**

4720(CO-017)

## OCTOBER 1992
## WILD HORSE REMOVAL
## 84 MESA

A. On October 1 and 2, 1992 a total of 49 horses were gathered off the public lands on 84Mesa within the Piceance- East Douglas HMA. The horses were gathered by drive trapping at a single trap location.  4 branded horses were gathered during the course of the operation.  These horses were taken to the Rio Blanco County Fairgrounds were they were picked up by their owner, Mantle Ranch who paid in full all trespass and gathering costs.  The remaining 45 horses were transported to Sand Wash Corrals for processing. Of these, 36 were processed for adoption.  The remaining 9 were returned to 84 Mesa where they had been trapped.

**B.AGE/SEX STRUCTURE**

### AGE/SEX STRUCTURE

| AGE | FEMALES | MALES | TOTAL | % OF HERD |
|---|---|---|---|---|
| 4 YEAR OLDS AND OLDER | 13 | 13 | 26 | 57 |
| 3 YEAR OLDS | 4 | 1 | 5 | 11 |
| 2 YEAR OLDS | 3 | 0 | 3 | 6 |
| YEARLINGS | 4 | 1 | 5 | 11 |
| FOALS | 1 | 5 | 6 | 13 |
| TOTAL | 25 | 20 | 45 | - |
| % OF TOTAL | 55 | 45 | 100 | - |

**FOAL CROP/ HERD RECRUITMENT**

13 MARES 3 YEARS PLUS WITH 6 FOALS = 46% FOAL CROP
31 HORSES 3 YEARS PLUS AND 3 HORSES 2 YEARS OF AGE = 9% HERD RECRUITMENT

## C. COLOR ANALYSIS

| COLOR | FEMALES | MALES | TOTAL | % OF HERD |
|-------|---------|-------|-------|-----------|
| Bay | 1 | 3 | 4 | 8 |
| Black | 6 | 8 | 14 | 31 |
| Sorrel | 8 | 2 | 10 | 22 |
| Brown | 2 | 1 | 3 | 7 |
| Gray | 7 | 5 | 12 | 26 |
| Red Roan | | | | |
| Blue Roan | | | | |
| Buckskin | | | | |
| Palomino | | | | |
| Albino | | | | |
| Chestnut | 1 | 1 | 2 | 6 |
| Paint | | | | |
| TOTAL | 25 | 20 | 45 | 100 |

### D. REMOVAL COST

    1. Helicopter including Per Diem, service truck          7613.44
                    TOTAL                                     7613.44

    Removal cost per horse = 155.38

*Mark Haffenshue*
*Range Conservationist*
*12/93*

4720 (CO-017)

**1993 WATER TRAPPING**
**84 MESA BARCUS CREEK**

A. In June and August, 1993, 78 wild horses were trapped at three different water trap locations. Two of these were within the Piceance- East Douglas HMA at 84 Mesa and Barcus Creek. The third one was outside any wild horse management area at the Square S windmill. These horses originated from within the HMA, primarily off of Black Mountain. All horses were transported to Sand Wash for holding and processing. 20 horses were released back onto the range, 13 back into the Piceance part of the HMA, and 5 up Cow Canyon in the East Douglas part of the HMA. There was no death loss or injury to horses associated with this operation.

B. AGE/ SEX STRUCTURE

AGE/SEX STRUCTURE

| AGE | FEMALES | MALES | TOTAL | % OF HERD |
|---|---|---|---|---|
| 4 YEAR OLDS AND OLDER | 5 | 14 | 19 | 47 |
| 3 YEAR OLDS | 2 | 6 | 8 | 20 |
| 2 YEAR OLDS | 2 | 2 | 4 | 10 |
| YEARLINGS | 2 | 1 | 3 | 7 |
| FOALS | 2 | 4 | 6 | 16 |
| TOTAL | 13 | 27 | 40 | - |
| % OF TOTAL | 32 | 68 | 100 | - |

FOAL CROP/HERD RECRUITMENT

7 MARES 3 YEARS PLUS WITH 6 FOALS = 86% FOAL CROP

27 HORSES 3 YEARS PLUS  AND 4 HORSES, 2 YEARS OF AGE = 15% HERD RECRUITMENT

4720 (CO-017)

## C. COLOR ANALYSIS

| COLOR | FEMALES | MALES | TOTAL | % OF HERD |
|---|---|---|---|---|
| Bay | 3 | 12 | 15 | 37.5 |
| Black | 5 | 6 | 11 | 27.5 |
| Sorrel | 1 | 3 | 4 | 10 |
| Brown | 1 | | 1 | 2 |
| Gray | 2 | 5 | 7 | 17.5 |
| Red Roan | | | | |
| Blue Roan | | | | |
| Buckskin | | | | |
| Palomino | | | | |
| Albino | | | | |
| Chestnut | | | | |
| Paint | 1 | 1 | 2 | 5.5 |
| TOTAL | 13 | 27 | 40 | 100 |

### D. GATHERING COST

The only non-fixed cost associated with the operation was purchasing of W-W panels. The total cost of all panels purchased was $7,781. If this entire cost is charged to this one operation then gathering cost per horse would be  ( 7,781 + 975[remote control radio setup] =$8756 divided by 78 horses gathered = 112.26 per horse.

### E. PROCESSING COST

| | | |
|---|---|---|
| Vaccine, wormer, etc. | = | 1109.12 |
| Don Hamilton Vet labor | = | 1600.00 |
| Bock neck tags | = | 212.50 |
| Hay | = | 579.00 |
| Brand inspection | = | 20.08 |
| Liquid nitrogen | = | 18.00 |
| | | 3538.62 |

$3538.62 divided by 77 horses= $45.95 per horse

Mark Haffenoluk  1/30/94
Rangeland Management Specialist

4720 (CO-017)

## 1993 SPRING CREEK
## HORSE REMOVAL

A. Between August 30 and September 2, 1993, 15 wild horses were captured by drive trapping with a helicopter. The horses were removed from the East Spring Creek bench part of the North Piceance Herd Area. All 15 horses were transported to Sand Wash corrals for holding and processing.

No death or injury to the horses resulted from the removal operation. 5 10 year old plus studs were released on the head of the South Fork Texas Creek in the West Douglas Herd Area. The remaining horses were adopted at Sand Wash or transported to Canon City for adoption/saddle training.

B.                          AGE/SEX STRUCTURE

| AGE | FEMALES | MALES | TOTAL | % OF HERD |
|---|---|---|---|---|
| 4 YEAR OLDS AND OLDER | 4 | 7 | 11 | 73 |
| 3 YEAR OLDS | 2 | | 2 | 13.5 |
| 2 YEAR OLDS | - | - | - | |
| YEARLINGS | - | - | - | |
| FOALS | 1 | 1 | 2 | 13.5 |
| TOTAL | 7 | 8 | 15 | 100 |
| % OF TOTAL | 47 | 53 | 100 | - |

FOAL CROP/HERD RECRUITMENT
   6 MARES 3 YEARS PLUS WITH 2 FOALS=  33% FOAL CROP
   13 HORSES 3 YEARS PLUS AND 0 HORSES, 2 YEARS OF AGE = 0% RECRUITMENT

   PRODUCING MARES= 8, 4 , 6, AND 7 YEARS OLD; 2 3 YEAR OLD MARES

## C. COLOR ANALYSIS

| COLOR | FEMALES | MALES | TOTAL | % OF HERD |
|-------|---------|-------|-------|-----------|
| Bay | 1 | 1 | 2 | 13 |
| Black | | 1 | 1 | 7 |
| Sorrel | 5 | 2 | 7 | 47 |
| Brown | 1 | 4 | 5 | 33 |
| Gray | | | | |
| Red Roan | | | | |
| Blue Roan | | | | |
| Buckskin | | | | |
| Palomino | | | | |
| Albino | | | | |
| Chestnut | | | | |
| Paint | | | | |
| TOTAL | 7 | 8 | 15 | 100 |

## D. REMOVAL COST
1) Helicopter including Per Diem, service truck etc.
   (Timberline Helicopters, Ron Shane)              =       12,160.05

Removal cost per horse= 12,160.0 divided by 15 horses = $810.67

Note: the first thing Shane did was explicitly ignore my instructions to bring individual bands of horses. When he put two bands of horses together and failed to get them to the trap he had effectively trained them and thus, we had to set up a new trap which was time consuming; in addition valuable flight time (425. per hour) was wasted. This is reflected well in the cost per horse gathered.

## E. PROCESSING COSTS
THESE COSTS WERE NOT CALCULATED SEPARATELY AS THEY HAD BEEN PREVIOUSLY FIGURED UNDER THE 1993 WATER TRAPPING OPERATION.

Mark Haplesvelial
Rangeland Management Specialist

4720(C0017)

### 1994 WILD HORSE REMOVAL —
### NORTH PICEANCE HA AND
### PICEANCE PORTION OF PICEANCE-E. DOUGLAS HMA

A.  A total of 113 horses were gathered off of public lands between
July 26 and August 8, 1994.  All horses were gathered by drive
trapping.  A total of 6 wild horses were released at the trap
sites; 4 branded horses and their offspring were also gathered.
The remaining 103 wild horses were transported to Sand Wash
Corrals for processing and adoption.

No death loss was incurred during either the roundup or
processing phases of the removal operation.  At the
recommendation of the veterinarian, 1 crippled 2 yr. old stud was
euthanized.

The locations from which horses were removed were as follows:

| | |
|---|---|
| Hammond Draw | 23 |
| Greasewood | 19 |
| Little Duck Creek | 25 |
| (outside HMA, HA) | |
| Barcus-Pinto | 33 |
| Spring Creek | 13 |
| | 113 |

B.  **AGE/SEX STRUCTURE**

| AGE | FEMALES | MALES | TOTAL | % OF HERD |
|---|---|---|---|---|
| 4 Year Olds and Older | 22 | 18 | 40 | 39 |
| 3 Year Olds | 18 | 16 | 34 | 33 |
| 2 Year Olds | 4 | 3 | 7 | 7 |
| Yearlings | 2 | 0 | 2 | 2 |
| Foals | 8 | 12 | 20 | 19 |
| TOTAL | 54 | 49 | 103 | |
| % OF TOTAL | 52 | 48 | 100 | 100 |

**FOAL/CROP/HERD RECRUITMENT**

22 Mares 3 Yrs+ with 20 Foals = 91% Foal Crop

74 Horses 3 Yrs+ and 7 Horses, 2 Yrs of Age = 9% Herd Recruitment[*]

* *This number is not necessarily
meaningful as I was selective
in that I brought to the trap
...*

1994 Wild Horse Removal

## C.  COLOR ANALYSIS

| COLOR | FEMALES | MALES | TOTAL | % OF HERD |
|-------|---------|-------|-------|-----------|
| Bay | 27 | 33 | 60 | 58 |
| Black | 6 | 4 | 10 | 10 |
| Sorrel | 2 | 2 | 4 | 3 |
| Brown | 6 | 1 | 7 | 6 |
| Gray | 9 | 6 | 15 | 14 |
| Red Roan | 0 | 0 | 0 | 0 |
| Blue Roan | 0 | 0 | 0 | 0 |
| Buckskin | 1 | 0 | 1 | 1 |
| Palomino | 0 | 0 | 0 | 0 |
| Albino | 2 | 2 | 4 | 6 |
| Chestnut | 0 | 1 | 1 | 1 |
| Paint | 1 | 0 | 1 | 1 |
| TOTAL | 54 | 49 | 103 | 100 |

## D.  REMOVAL COST

```
1.   Wages - Rock Springs, Arizona Crew        $  6,486
2.   Travel - Rock Springs, Arizona Crew          2,904
            Sub Total                             9,390

3.   Helicopter including Per Diem,              24,788
         Service Truck
            Sub Total                            34,178

4.   Brand Inspection                                43
5.   Veterinary Cost (Sutures, Stud)                106
6.   Hay - (Wrangler Horses - 2 Ton)               200

            TOTAL                               $34,527
```

Removal cost per horse = ___Total Removal Cost___ = $302.86 horse
                          # of horses gathered*
                               (114)

*Includes filly on Burke mare

Discussion

I believe that we did not need RockSprings/Arizona crew
assistance and therefore could have elimated $9390 expense, or
almost 1/3 of the total removal cost.  Thus the total cost would
have been $25,137 or $220.50/horse, a substantial savings.

2

4720 CO-017

1996 WRRA WILD HORSE REMOVAL
PICEANCE BASIN

A.   From September 7, 1996 through September 17, 1996, a total
     of 356 horses were gathered  form Piceance Basin.  Six of
     these horses were branded, the remainder were wild horses.
     All gathered horses were transported to the contractor's
     holding and sorting corrals at the 84 Ranch.  After sorting
     as to age, all potentially adoptable horses were transported
     to the Yellow Creek Corrals.for processing and disposition.
     All older horses (10 years plus) were held at the 84 corrals
     until work was complete in a given unit and then were
     returned to the range where they had been gathered.  The
     following is a breakdown of the origin of the gathered
     horses.

        Pasture C, Square S-    Gathered 64, 63 wild horses, 1 brand-
                                   ed

        Boxelder-               Gathered 115, 110 wild horses, 4
                                                   branded, one
                                                   colt

        Barcus-Pinto-           Gathered 153, all wild horses

        Reagles-                Gathered 16, all wild horses

        Little Hills-           Gathered 8, all wild horses

        North Dry Fork -        Moved 5 head from here to Rocky Ridge

B.                      AGE/SEX STRUCTURE

| AGE | FEMALES | MALES | TOTAL | % OF HERD |
|---|---|---|---|---|
| 4 YEAR OLDS AND OLDER | 89 | 61 | 150 | 42 |
| 3 YEAR OLDS | 27 | 10 | 37 | 11 |
| 2 YEAR OLDS | 38 | 27 | 65 | 18 |
| YEARLINGS | 16 | 9 | 25 | 8 |
| FOALS | 44 | 30 | 74 | 21 |
| TOTAL | 214 | 137 | 351 | 100 |
| % OF TOTAL | 60 | 40 | | |

<u>Foal Crop/ Herd Recruitment</u>

<u>116</u> Mares 3 Years +  with <u>74</u> Foals= <u> 63%</u> Foal Crop

<u>187</u> Horses 3 Years + and <u>65</u> Horses 2 years of age + = <u>34%</u> Herd Recruitment

NOTE:

This data accounts for all gathered horses, excluding those that were branded.

C. COLOR ANALYSIS

| COLOR | FEMALES | MALES | TOTAL | % OF HERD |
|-------|---------|-------|-------|-----------|
| BAY | 70 | 34 | 104 | 40 |
| BLACK | 29 | 20 | 49 | 19 |
| SORREL | 12 | 3 | 15 | 5 |
| BROWN | 5 | 4 | 9 | 3 |
| GRAY | 45 | 25 | 70 | 27 |
| RED ROAN | 2 | 5 | 7 | 2 |
| BLUE ROAN | 0 | 1 | 1 | 1 |
| BUCKSKIN | 0 | 0 | 0 | 0 |
| PALOMINO | 0 | 0 | 0 | 0 |
| ALBINO | 0 | 0 | 0 | 0 |
| CHESTNUT | 4 | 1 | 5 | 1 |
| PAINT | 0 | 2 | 2 | 1 |

NOTES: My records recorded at the traps indicate that 10 horses entered on the processing sheets and signalment key as *brown* were actually dark bay; I have corrected for this error on this chart. At least 5 horses entered on processing and signalment as red roan were gray (rose gray). This was not changed on the chart.

D. REMOVAL COSTS

    Contract gathering, aging, sorting inc. helicopter
recon                                  = $59,247.

    Brand inspection                     = $   207.60

    Feeding and care of horses to be returned  = $ 2,100.

                                       ————————
                                     $61,554.60

    Removal cost on per horse basis(354 horses gathered)=

                                     **$173.88**

E. PROCESSING COSTS

    Veterinarian                       = $ 7,424.

    Vaccine                           = $ 6,297.73

    Wormer                            = $ 3,226.00

    Neck ropes                      = $   521.75

    Misc.                              = $   316.06

    Liquid Nitrogen               = $   203.00

                                       ————————
                                 $ 17,988.54

    Processing cost on per horse basis
(including Texas Creek horses, 322)=       **$55.86**

F. TRANSPORTATION (contractor)

    Transport to Canon City           $3,549.80

G. Return of 10+ Year Old Horses

    1. Pasture C, Square S-    turned out **8**, including 4 gray
    mares, 2 black studs, and 2 gray studs

    2. Boxelder- 7 mares 10 years plus and 2 1-2 month old colts
               8 studs 10 years plus
               3 mares, all sorrel, 2 5 yr olds, 1 3 yr old
       Total=   **20**

    3. Barcus-Pinto, Rocky Ridge-    25 mares 10 years plus with
                                     1 < 1 month colt
                                     1 yearling mare
                                     21 10 years plus studs

                                     ────
                                      48
        Last band of 4 trapped on 9/17 were 3 mares and a dark
        bay stud turned out earlier in the week-

                                    4


    4. Turned out by others-

            Reagles- 2, escaped at 84 Ranch, aged mare and
            stud


            Barcus-Pinto-  Mare and young colt
                           Crooked legged bay mare
                           Buckskin mare- 3 year old (from
                                             Little Hills)
                           3,2 gray studs and bay, released
                                                 from YC
                                                 Corral

        Total=  7

    According to my records and what I've found out from others,
    a total of **87** horses were turned back out in Piceance part
    of the HMA.


H. NARRATIVE

    58% of the herd(s) in the Piceance part of the HMA were 3
    years old or younger (this is the sample of all horses
    gathered, including horses turned back out on the range).
    This could be said to indicate that we have a young healthy
    horse herd(s). We intend to keep it that way.

    During processing, at least 10 horses and probably more than
    that were dark bays were entered as *brown* on the processing
    sheets and signalment key.  The same is true of the horses
    identified as red roans during processing.  All but one of
    these were gray.  I know this because I am a student of the
    color of horses.

    Horses gathered from a given unit should have been processed
    timely as soon as they got to the Yellow Creek corral so
    that they could be accurately identified as to their range
    unit (herd) of origin.  Some of the Square S horses were
    mixed with the Boxelder horses.  The Little Hills and Reagle
    horses were mixed with the Barcus-Pinto horses.  This

obviously is a difficult thing to do when you are dealing
with large numbers of horse due to corral space.

Heretofore we should permanently mark all released horses
with a number brand high on the hip that can be readily be
observed from the air.  This would be a single digit for the
year all older horses were gathered and a two or three digit
number for younger horses- year of capture and age at that
time  This will require having an extra squeeze chute if it
is a contractor gathering operation.  This is a simple, low
cost start for tracking of the herd(s) age structure and
demography.  Marked horses can be identified during census
along with band composition.

Processing sheets identified a number of colts as orphans
(5- 10).  With the exception of 1 colt from Little Hills, no
orphans were sent to Yellow Creek. All colts old enough to
wean were separated from older mares to be turned back out.
Older mares to be turned back out with colts too young to
wean were held together at the 84 corral and tuhed back out
together.  Colts on younger mares were not sent to Yellow
Creek as pairs and should not hve been paired up once they
got there.

The net number of horses removed from the Piceance part of
the HMA was 239.  The estimated population prior to the
gathering operation was 497 horses (including colts).  That
means that the present net population within that area is
258 horses. This means we are about 145 horses over the
current revised AML of 113.  However, if we allow for 20-30
horses on Greasewood which was not included in the analysis
that arrived at the 113 figure, we are about 115 horses over
the AML at this time.  We need to gather more horses in
Barcus-Pinto and Rocky Ridge to get down close to the AML
for the Piceance part of the HMA.  The 1997 census will tell
us where we are in terms of these numbers.



# United States Department of the Interior

## BUREAU OF LAND MANAGEMENT
White River Resource Area
P.O. Box 928
Meeker, Colorado 81641

IN REPLY REFER TO: 4720

Dec. 17, 1997

## 1997 WRRA WILD HORSE REMOVAL
## YELLOW CREEK

A. From October 1 through October 5, 1997, a total of 186 horses were gathered from Yellow Creek in the Piceance Basin portion of the Piceance- E. Douglas HMA. One of these horses was a branded mare which belonged to Burke Brothers. The remaining 185 were wild horses. All but three horses (1 jumped out of the trap, 2 released at the trap) were transported to the Yellow Creek Corrals for aging. All horses ten years and older were sorted off and held to be released back on the range once gathering operations were complete. A net of 131 horses were removed from the HMA and 54 were returned to the range. Horses were gathered primarily from the Barcus-Pinto and Boxelder units of the range.

## B. AGE/SEX STRUCTURE

| AGE | FEMALES | MALES | TOTAL | % OF HERD |
|---|---|---|---|---|
| 20 AND OLDER | 1 | 6 | 7 | 4 |
| 19 YEARS | 1 | 0 | 1 | 1 |
| 18 YEARS | 1 | 2 | 3 | 2 |
| 17 YEARS | 1 | 1 | 2 | 1 |
| 16 YEARS | 0 | 1 | 1 | 1 |
| 15 YEARS | 4 | 1 | 5 | 3 |
| 14 YEARS | 1 | 0 | 1 | 1 |
| 13 YEARS | 2 | 1 | 3 | 2 |
| 12 YEARS | 5 | 0 | 5 | 3 |
| 11 YEARS | 2 | 4 | 6 | 3 |
| 10 YEARS | 4 | 0 | 4 | 2 |
| 9 YEAR OLDS | 5 | 4 | 9 | 5 |
| 8 YEAR OLDS | 5 | 5 | 10 | 5 |
| 7 YEAR OLDS | 5 | 7 | 12 | 6 |

| | | | |
|---|---|---|---|
| 6 YEAR OLDS | 6 | 3 | 9 | 5 |
| 5 YEAR OLDS | 3 | 3 | 6 | 3 |
| 4 YEAR OLDS | 6 | 11 | 17 | 9 |
| 3 YEAR OLDS | 8 | 9 | 17 | 9 |
| 2 YEAR OLDS | 8 | 5 | 13 | 7 |
| YEARLINGS | 4 | 6 | 10 | 5 |
| FOALS | 21 | 23 | 44 | 23 |
| TOTAL | 93 | 92 | 185 | 100 |
| % OF TOTAL | 50 | 50 | | |

## Foal Crop/ Herd Recruitment

60 mares 3 years + with 44 foals = 73% Foal Crop

118 horses 3 years + and 13 horses 2 years of age =  11% Herd Recruitment

Note: this data accounts for all gathered horses excluding the 1 branded mare

## C. COLOR ANALYSIS*

| COLOR | FEMALES | MALES | TOTAL | % OF HERD |
|---|---|---|---|---|
| BAY | 48 | 47 | 95 | 52 |
| BLACK | 18 | 23 | 41 | 23 |
| SORREL | 10 | 7 | 17 | 9 |
| BROWN | 6 | 2 | 8 | 5 |
| GRAY | 9 | 11 | 20 | 10 |
| RED ROAN | 0 | 0 | 0 | 0 |
| BLUE ROAN | 0 | 0 | 0 | 0 |
| BUCKSKIN | 0 | 0 | 0 | 0 |
| PALOMINO | 0 | 0 | 0 | 0 |
| ALBINO | 0 | 0 | 0 | 0 |
| CHESTNUT | 1 | 0 | 1 | tr |

| PAINT | 1 | 2 | 3 | 1 |
|---|---|---|---|---|
| TOTAL | 93 | 94 | 185 | 100 |

*The color analysis was very difficult to compile from the processing sheets because an inordinate number of bay horses were misidentified as brown. Likewise, a substantial number of brown horses were called black. I therefore used my own records of the gathered bands (recorded at the trap site), though in the case of colts, I didn't get a chance to segregate them by sex, so in this case, I evenly split the number.

D. REMOVAL COSTS (everything except brand inspection, feeding and care is included in removal contract)

Contract gathering, aging, sorting, helicopter recon = 45,295.

Brand inspection                                    =        85.30

Transportation                                      =      1629.

Feeding and care                                    =      1608.
                                                          48,617.30

Removal cost on a per horse basis (186 horses)      =     **$258.**
                                Paid 188

E. PROCESSING COSTS

Veterinarian contract                               =      3,050.

Vaccine                                             =      1,736.

Wormer                                              =       895.

Misc. supplies(inc. liquid Nitrogen                 =       173.
                                                           5854.

Processing cost on a per head basis (139 horses)    =      **$42.**

The processing sheets showed a total of 139 horses. On those

sheets, 5 horses are marked as turnouts.  3 more on these sheets
were turned out that were not marked as such.  Those were:

          92245979    Bay mare with bad knee

          97245985    Bay filly too small to wean
                       (with 12 year old mare)

          97245995    Big gray filly turned back out with
                       sorrel mare, # 91245994

Therefore,  139(processed horses) - 8 (turned out) =    131

Total horses gathered = **186**
                        -1 (branded)
                        ———
                       185
                      -54 (turnouts)
                       ————

Net number of horses    **131**
 removed


## F. HORSES RETURNED TO THE RANGE

A total of 54 horses were returned to the range.  The following
is a summary:

| Mares | | Studs | |
|---|---|---|---|
| 30 | 10 years or older | 18 | 10 years or older |
| 6 | < 10 years including 1 weanling filly | | |
| 36 | | 18 | |

Total number of horses returned to the range= **54**


## G. SUMMARY

In general, the removal operation went very smoothly.  A lot of
this can be attributed to the experience and professionalism of
the Catoor crew.  I believe that it is very important to freeze
mark all turned back horses as this provides an essential
information base on survival rates when horses are gathered in
subsequent years.  A freeze mark on the neck is unobtrusive and
does not detract from the wildness of the horses on the range.
It is also important that horse colors be properly identified and

recorded.  The misidentification that has occurred the past two
years is unacceptable.  The seminal work with respect to color is
*Color of Horses*, Ben K. Green.  There was also almost a ton and a
half of hay that was brought to the corrals that was too poor in
quality to feed to the horses.  This is unacceptable.  All hay
must be high quality grass hay and should be weighed to determine
bales per ton, thus insuring that we get what we pay for.

Mark Hoffmeister
Rangeland Management
Specialist

4720                                          Dec.22, 1998

## 1998 WRRA WILD HORSE REMOVAL
## PICEANCE/OUTSIDE HMA

A. From October 26- October 29, 1998 a total of 69 horses were
gathered from allotments outside the Piceance portion of the
Piceance- East Douglas Herd Management Area.  The number of
horses and the location from which they were gathered is as
follows:

Pastures A and B, Square S-    51

Duck Creek                     10

N. Dry Fork-                    7

Pasture F, Square S-            1

11 horses, 10 years and older (one turned out to be 7 years old)
were returned to the range.  These horses were hauled to the
Cathedral Bluffs part of the HMA once the removal operation was
completed.  One aged mare with bad knees was humanely put down.
The remainder of the horses, 57 were either shipped to Canon City
or adopted locally.

B. AGE/SEX STRUCTURE

| AGE | FEMALES | MALES | TOTAL | % OF HERD |
|---|---|---|---|---|
| 20 AND OLDER | 0 | 0 | 0 | 0 |
| 19 YEARS | 0 | 0 | 0 | 0 |
| 18 YEARS | 1 | 1 | 2 | 3 |
| 17 YEARS | 0 | 1 | 1 | 1 |
| 16 YEARS | 0 | 0 | 0 | 0 |
| 15 YEARS | 1 | 1 | 2 | 3 |
| 14 YEARS | 1 | 0 | 1 | 1 |
| 13 YEARS | 0 | 0 | 0 | 0 |
| 12 YEARS | 0 | 1 | 1 | 1 |
| 11 YEARS | 0 | 1 | 1 | 1 |
| 10 YEARS | 2 | 1 | 3 | 4 |
| 9 YEAR OLDS | 1 | 2 | 3 | 4 |

| | | | |
|---|---|---|---|
| 8 YEAR OLDS | 0 | 2 | 2 | 4 |
| 7 YEAR OLDS | 3 | 1 | 4 | 6 |
| 6 YEAR OLDS | 2 | 4 | 6 | 9 |
| 5 YEAR OLDS | 2 | 3 | 5 | 7 |
| 4 YEAR OLDS | 4 | 4 | 8 | 12 |
| 3 YEAR OLDS | 4 | 2 | 6 | 9 |
| 2 YEAR OLDS | 6 | 3 | 9 | 13 |
| YEARLINGS | 0 | 0 | 0 | 0 |
| FOALS | 9 | 5 | 14 | 21 |
| TOTAL | 36 | 32 | 68 | 100 |
| % OF TOTAL | | | | |

+ One horse is unaccounted for

Foal Crop/ Herd Recruitment

21 mares 3 years + with 14 foals = 66% Foal Crop

45 horses 3 years + and 9 horses 2 years of age =  20% Herd Recruitment

16% of the gathered horses were 10 years and older. 42 % of the gathered horses were three years and younger.  Last year the number of horses (HMA) gathered three years and younger was 44%. Particularly noteworthy is the total lack of yearlings, - some of this has to do with the difficulty in mouthing them at this age; however, there still should have been some horses that aged as yearlings.  Extra time needs to be taken to distinguish this age class.  This is apparently not being done.

Note: this data accounts for all gathered horses excluding the 1 unaccounted for horse

C. COLOR ANALYSIS*

*The color analysis was very difficult to compile from the processing sheets because an inordinate number of bay horses were misidentified as brown.  Likewise, several obviously black horses were called brown.

| COLOR | FEMALES | MALES | TOTAL | % OF HERD |
|---|---|---|---|---|
| BAY | 17 | 18 | 35 | 51 |
| BLACK | 5 | 4 | 9 | 13 |
| SORREL | 4 | 1 | 5 | 7 |
| BROWN | 1 | 2 | 3 | 4 |
| GRAY | 6 | 2 | 8 | 12 |
| RED ROAN | 1 | 1 | 2 | 3 |
| BLUE ROAN | 0 | 0 | 0 | 0 |
| BUCKSKIN | 1 | 1 | 2 | 3 |
| PALOMINO | 1 | 1 | 2 | 3 |
| ALBINO | 0 | 0 | 0 | 0 |
| CHESTNUT | 1 | 0 | 1 | 2 |
| PAINT | 0 | 1 | 1 | 2 |
| TOTAL | 37 | 32 | 68 | 100 |

D. REMOVAL COSTS (everything except brand inspection, feeding and care

Contract gathering, aging, sorting, helicopter recon = 23,406.

Transportation                                    =      859.20

Feeding and care                                  =      376.
                                                       _____
                                                       24,641.20


Removal cost on a per horse basis (69 horses)     =      357.11

## E. PROCESSING COSTS

| | |
|---|---|
| Veterinarian contract (inc strangles vacc.) | = 1578. |
| Vaccine, wormer | = 1097. |
| EIA Test- CSU Diagnostic Lab | = 336. |
| Misc. supplies(inc. liquid Nitrogen | = 108. |
| Brand Inspection | = 197. |
| | 3316. |

Processing cost on a per head basis (57 horses)    = 58.17

## F. HORSES RETURNED TO THE RANGE

A total of    horses were returned to the range.  The following
is a summary:

| Mares | | Studs | |
|---|---|---|---|
| 4 | 10 years or older | 6 | 10 years or older |
| 1 | 7 years old+ (6315) | | |
| — | | | |
| 5 | | | |

+ I did not know that this mare was not over 10, she should have
gone to Canon City

Total number of horses returned to the range=  11

On October 29, 1998 Dave Cattoor and I hauled, with his truck and
trailer, 11 head of horses to be returned to the range, in the
HMA.  Because these horses had been removed from outside the HMA,
east of Yellow Creek, we decided it would be best to take them to
the other side of the bluffs(Cathedral), so it wasn't so easy for
them to return to their home range.  We released 4 studs about
1/4 mile up Cow Canyon and 5 mares and 2 studs about 1 mile up
Philadelphia Draw.  Forage conditions were excellent and there
was an abundance of standing water due to recent rains.  The
following is a description of the horses:

```
1 black stud,  age = 15
1 bay stud,    age = 12
1 bay stud,    age = 10
1 grey stud,   age = 11
```

```
1 sorrel mare, (had had young grey filly that was weaned to
    be bottle fed) age = 10
1 black mare with blaz and socks, age = 7
1 paint stud (Hammond Draw origin), age= 17
1 aged bay stud, age= 18
1 bay mare, age = 15
1 bay mare, age = 10
1 bay mare, age = 14   Freeze brand from previous operator
```

```
TOTAL = 11
```

## G. SUMMARY

The removal operation went very smoothly.  A lot of this can be
attributed to the experience and professionalism of the Catoor
crew and our rapport with them.  I believe that it is very
important to freeze mark all turned back horses as this provides
an essential information base on survival rates when horses are
gathered in subsequent years.  A freeze mark on the neck is
unobtrusive and does not detract from the wildness of the horses
on the range.  There is a least one horse that is not accounted
for according to my records.  Canon City received 46 horses, 7
were adopted locally, 1 was destroyed, 11 horses were turned back
out. *This totals to 67, thus 2 horses are not accounted for in
the shipping/disposition records*.  It is very important that
these records jive.

Once again, it is also very important that horse colors be
properly identified and recorded.  The misidentification that has
occurred the past three years is unacceptable. The processing
sheets do not correspond with the preliminary (contractor) aging
sheets.   The potential for abuse is obvious. Numerous bay horses
were identified as brown.  Brown is not a common color.  The
seminal work with respect to color is *Color of Horses*, Ben K.
Green.  All hay  should be weighed at certified scales, the
weight recorded on a weigh ticket to determine bales per ton,
thus insuring that we get what we pay for.  $120/ ton is too much
to pay for hay.

Mark Hofferschied
Rangeland Management Specialist
12/23/95

4720

### OCTOBER 1999 WRRA WILD HORSE REMOVAL
### PICEANCE PORTION OF PICEANCE- E. DOUGLAS HMA

A.  From Sept 28 to Oct 4, 1999 a total of 159 wild horses were gathered from the Boxelder, Pasture C Square S, and Barcus- Pinto units of the Piceance Basin portion of the Piceance- E. Douglas HMA.  The number of horses and the approximate location that they were gathered from is as follows:

| | |
|---|---|
| Boxelder- | 50 |
| Pasture C , Square S | 47 |
| Barcus- Pinto | 62 |

69 horses, predominately 9  years and older ( 2  4 year old mares, 1 six year old mare, and 1 eight year old mare from Hammond Draw) were returned to the range. One young mare that apparently broke her neck during sorting/loading for Canon City was euthanized.  The remaining 89 horses were either shipped to Canon City, adopted locally or adopted at a satellite adoption.

B. AGE/SEX STRUCTURE

| AGE | FEMALES | MALES | TOTAL | % OF HERD |
|---|---|---|---|---|
| 20 YEARS and OLDER | 5 | 2 | 7 | 4 |
| 19 YEARS | 0 | 1 | 1 | 1 |
| 18 YEARS | 1 | 4 | 5 | 3 |
| 17 YEARS | 0 | 0 | 0 | 0 |
| 16 YEARS | 0 | 0 | 0 | 0 |
| 15 YEARS | 2 | 6 | 8 | 5 |
| 14 YEARS | 0 | 2 | 2 | 1 |
| 13 YEARS | 3 | 1 | 4 | 3 |
| 12 YEARS | 1 | 1 | 2 | 1 |
| 11 YEARS | 2 | 1 | 3 | 2 |
| 10 YEARS | 1 | 1 | 2 | 1 |
| 9 YEAR OLDS | 1 | 2 | 3 | 2 |
| 8 YEAR OLDS | 10 | 6 | 16 | 10 |
| 7 YEAR OLDS | 1 | 6 | 7 | 4 |

| | | | |
|---|---|---|---|
| 6 YEAR OLDS | 3 | 2 | 5 | 3 |
| 5 YEAR OLDS | 4 | 3 | 7 | 4 |
| 4 YEAR OLDS | 3 | 5 | 8 | 5 |
| 3 YEAR OLDS | 11 | 7 | 18 | 12 |
| 2 YEAR OLDS | 16 | 6 | 22 | 14 |
| YEARLINGS | 2 | 0 | 2 | 1 |
| FOALS | 18 | 14 | 32 | 21 |
| TOTAL | 84 | 70 | 154* | 100 |
| % OF TOTAL | 54 | 46 | | |

*Missing or incomplete data for 5 horses

Foal Crop/ Herd Recruitment

48  mares 3 years + with 32  foals = 66  % Foal Crop

98  horses 3 years + and 22  horses 2 years of age = 22  % Herd Recruitment

22 % of the gathered horses were 10 years and older. 48   % of the gathered horses were three years and younger.  Last year the number of horses (HMA) gathered three years and younger was 44 %.

D. REMOVAL COSTS (everything except processing, brand inspection)

Contract gathering, aging, sorting, helicopter recon = 34,344.

Transportation                                    =    2577.60

Feeding and care                                  =     693.75
                                                      _____

Removal cost on a per horse basis (159 horses)    =     **236.57**

E. PROCESSING COSTS

| | |
|---|---|
| Veterinarian contract) | = 1350. |
| Vaccine, wormer (on hand, charged to previous op.) | = |
| EIA Test- CSU Diagnostic Lab | = 264. |
| Misc. supplies(inc. liquid Nitrogen, neck tags | = 245.74 |
| Brand Inspection | = 155. |
| | 2014.74 |
| Processing cost on a per head basis (44 horses) | = 45.78 |

F. HORSES RETURNED TO THE RANGE (verbatum from Rusty's notes)

9/30/99

    13 studs and 9 mares, allover 9 released back onto Boxelder at Dead horse Ridge above the drift fence.

    6 studs and 6 ~~studs~~ mares all over 9 released back onto the Square S pasture C near trap site in Boxelder Gulch

10/4/99

    Returned to Barcus Creek area (head of Pinto Gulch)

        7 studs, 6 over 9 years of age

        11 mares, (7 over 9 years, 1 8 yr, 2 6 year, 1 5 yr old)

    Returned to Boxelder Gulch

        2 mares over 9 years that came off Boxelder

        2 mares over 9 years old that came off Hammond Draw

        1 mare 8 years old that came off Hammond Draw

10/7/99

2 mares both 4 years old returned to Boxelder from which
they came.  Released on Dead Horse Ridge above drift fence

2 studs 9 and older back to Barcus Creek

4 mares back to Barcus Creek ( 1 6 yr old mare we wanted to
keep in herd and 3 bay mares 6-8 years of age with crooked
legs

PRESENT WILD HORSE RANGE
PROPOSED WILD HORSE RANGE
EXISTING FENCES
PROPOSED FENCES
EXISTING RESERVOIRS
PROPOSED RESERVOIRS