IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALTION, INC., et al. ) ) ) | |
| Plaintiffs, ) ) | Case No. Civil No. 06-1609 (RMC) Judge Rosemary M. Collyer |
| vs. ) ) | |
| DIRK KEMPTHORNE, et al. ) ) | |
| Defendants. ) | |

## MOTION FOR ADMISSION PRO HAC VICE UNDER LOCAL RULE 83.2(D)

I, Elizabeth B. Sandza, a member of good standing of the bar of this Court, respectfully request that this Court, pursuant to Local Rule LCvR 83.2(d), grant Mara C. Hurwitt permission to participate, *pro hac vice*, in proceedings in the above case as *pro bono* counsel for Plaintiffs. Ms. Hurwitt is an associate with the law firm of LeBoeuf, Lamb, Greene & MacRae, LLP. I know Ms. Hurwitt personally and believe that she will conduct herself in the manner required of attorneys admitted to practice in this Court *pro hac vice*.

Dated: January 29, 2007

Respectfully submitted,

Elizabeth B. Sandza
LeBoeuf, Lamb, Greene & MacRae LLP
1875 Connecticut Ave., N.W.
Suite 1200
Washington, D.C. 20009-5728
Telephone: (202) 986-8000
Facsimile: (202) 986-8102