IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALTION, INC., et al. ) ) ) Plaintiffs, ) ) vs. ) ) DIRK KEMPTHORNE, et al. ) ) Defendants. ) | Case No. Civil No. 06-1609 (RMC) Judge Rosemary M. Collyer |

## DECLARATION OF MARA C. HURWITT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Mara C. Hurwitt, having been duly sworn, do hereby declare as follows:

1. My full name is Mara Cheryl Hurwitt.

2. I am an attorney with the law firm of LeBoeuf, Lamb, Greene & MacRae, LLP. My office address is 1875 Connecticut Ave., N.W., Suite 1200, Washington, D.C. 20009-5728. My office telephone number is 202-986-8094.

3. I am a member of good standing of the Virginia State Bar. My Virginia State Bar number is 68263.

4. I have not been disciplined by any bar or court.

5. I have not previously been admitted *pro hac vice* in this Court.

6. My application for admission to the District of Columbia Bar was submitted in June 2006 and was certified on January 25, 2007. I plan to take the oath of admission on February 9, 2007.

7.     This affidavit is respectfully submitted in support of a motion for admission *pro hac vice*, pursuant to Local Rule LCvR 83.2(d), in proceedings in the above captioned case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 29, 2007

*/s/ Mara C. Hurwitt*
Mara C. Hurwitt
LeBoeuf, Lamb, Greene & MacRae LLP
1875 Connecticut Ave., N.W.
Suite 1200
Washington, D.C. 20009-5728
Telephone: (202) 986-8094
Facsimile: (202) 986-8102

Sworn to before me this 29th day of January, 2007.

*/s/ Donna Mercer-Jones*
Notary Public

Donna Mercer-Jones
Notary Public, District of Columbia
My Commission Expires September 30, 2009

2