IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COLORADO WILD HORSE AND BURRO )
COALTION, INC., et al. )
)
        Plaintiffs, ) Case No. Civil No. 06-1609 (RMC)
) Judge Rosemary M. Collyer
vs. )
)
DIRK KEMPTHORNE, et al. )
)
        Defendants. )

ORDER GRANTING MOTION FOR
ADMISSION PRO HAC VICE OF MARA C. HURWITT

IT IS ORDERED by this Court that the Motion for Admission *Pro Hac Vice* of Mara C. Hurwitt in proceedings in the above captioned case is granted.

Dated: _____ 2007    _____
                                                       The Honorable Rosemary M. Collyer
                                                       United States District Judge