UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COLORADO WILD HORSE** )<br>**AND BURRO COALITION, INC.,** )<br><u>et al.</u>, )<br> )<br>      **Plaintiffs** )<br> )<br> )<br>v. )<br> )<br>**DIRK KEMPTHORNE,** )<br>in his official capacity as Secretary, )<br>United States Department of Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240, )<br><u>et al.</u>, )<br>_____) | Civil No. 06-1609 (RMC) |

**[Proposed] ORDER**

Upon consideration of Defendants' Memorandum in Support of Motion to Dismiss, Plaintiffs' Memorandum in Opposition thereto, Defendants' Reply Memorandum and after a hearing on this matter, it is hereby this _____ day of _____, 2007,

ORDERED that defendants' Motion to Dismiss is DENIED.

_____
Rosemary M. Collyer
United States District Judge