# Exhibit A

## *Declaration*

1. I, as a member of the Colorado Wild Horse and Burro Coalition (CWHBC) since its inception in 1989, and as a member of the Board of Directors of the American Mustang and Burro Assoc., Inc. have been concerned and involved in the management of the wild horses in the West Douglas Herd Area (WDHA). The West Douglas HA is one of the most beautiful of all the wild horse ranges I have visited in the six western states where I have been on wild horse or burro ranges. With its varied terrain and thick pinion juniper forests and streams, it is both rugged and peaceful. For the observant, the hidden pictographs on rock walls are gems to be cherished, reminders of the rich and ancient indigenous history of the area. The history of the horses themselves goes back to Ute travelers who brought horses to these hills before any white man arrived. When Spanish explorers Escalante and Dominguez first visited the area in 1776 they encountered mounted Utes. The dawn of the 20th century saw local cowboys capturing, breaking and selling wild horses. An area so rich in wild horse and native American history in such a beautiful setting makes my spirit soar to visit it and catch the now isolated glimpse of the last remaining wild horses in West Douglas.

2. AMBA's involvement with the West Douglas Herd Area began when we first learned, in about 1989, that West Douglas and North Piceance Herd Areas were slated for total removal. Naturita, in southwestern Colorado, had already been "zeroed out" at that time and the Douglas Mountain herd of over 600 horses had been wiped out, with the last few holdouts being shot.

3. The CWHBC met regularly with representatives of the Bureau of Land Management during the period between 1989 and 1992 and frequently discussed concern over the future of the WDHA and BLM's plans to eliminate the wild horses from that area.

4. On July 24, 1992, I attended a meeting with BLM, permitees Robertson and Theos and oil and gas industry representatives, on the future of the WD wild horses. I, and others, presented comments for retaining the WD herd. Permitees were amenable and oil and gas testified they had seen little impact so far on wild horses by their operations. The following day we toured the WDHA with BLM.

5. On July 29th I filed a Motion to Stay the 1992 West Douglas wild horse gather (IBLA 93-134), which was later withdrawn after the BLM Area Manager, Curt Smith, agreed not to gather horses from West Douglas until a new Resource Management Plan was developed (the previous one having been done in 1981).

6. I was told by BLM that our wishes would be taken into serious consideration.

7. At that time, in the early '90s, we would see close to a hundred wild horses in Piceance/East Douglas in the open spaces near the air strip. It was a beautiful sight

that all CWHBC members enjoyed and remembered. They would often run down or near the road and bands would come together to from a larger herd.

8. During the coming years, I visited the range (WDHA) several times, noting that most damage attributed to wild horses seemed to be caused by cattle, which greatly outnumbered the wild horses and have distinctly different grazing habits.

9. AMBA responded to the draft RMP in 1995 and to the proposed RMP in 1996. West Douglas and North Piceance Herd Areas were still slated for total removal.

10. In 1996, I filed a Motion to Stay and an Appeal of the West Douglas gather with the Interior Board of Land Appeals (IBLA) to prevent irreparable damage to the genetic viability of that herd by a gather aimed toward the eventual elimination of it.

11. Our organization has tried to discuss the fate of these areas with the Colorado State Director, the Area Manager and Wild Horse Specialist, and to present our concerns to the National BLM office and to the National Wild Horse and Burro Advisory Board.

12. In late summer of 1997, Don Moore, Lane Wardell and I rode the northern section of the WDHA and Twin Buttes Allotment, entering from south of Rangely. We found only one small band of approximately 8 wild horses in the area of Texas Creek and county road 109.

13. On September 3, 1998, the Bureau of Land Management (BLM) finished rounding up about 77 of what they claim are approximately 137 wild horses remaining in Colorado's West Douglas Herd Area. This roundup was in furtherance of BLM's plan to completely eliminate, or "zero out" the wild horse population of the West Douglas Herd Area. BLM scheduled the horses for immediate adoption on September 5, 1998.

14. On September 4, 1998, the American Mustang and Burro Association (AMBA) filed a lawsuit in federal district court in Washington, DC, challenging BLM's action. AMBA asked the federal court to stop BLM from turning the 77 horses over to adopters until the court had reviewed the merits of the case. AMBA argued that (1) BLM's determination that a mere 137 wild horses had caused poor soil and grass conditions on the entire 150,000 acres of the West Douglas Herd Area was arbitrary, and (2) BLM's claim that the 77 horses it removed were "excess" was arbitrary and capricious because it was based on incomplete and erroneous data. That Court upheld the round-up.

15. I visited the West Douglas Herd Area in the early summer of 2000, where I was troubled to find only a couple of wild horses on a far ridge. After spending the night at the foot of Oil Spring Mountain, I traveled along the slopes to the lower levels in close proximity to Missouri Creek, where I encountered a group of riders on horseback who said they rode the area often. I continued along the track until

Missouri Creek crossed the road, preventing me from going further with my car. Quite a number of cattle were grazing there, standing in the creek and some were defecating in it. This is common for cattle, but almost unheard of for wild horses, which will drink and then leave, behavior I have witnessed many times while observing wild horses on the range.

16. The decision to manage wild horses on only 190,130 (pg. 3-14, White River RMP-Proposed, June 1996) of the original 462,812 acres originally identified as their 1971 habitat violates the Law. The BLM premise that concentrating wild horse in the areas considered by BLM to be their "preferred habitat" has no basis in law and violates even the CFRs governing wild horse protection and management. Exclusion of West Douglas, North Piceance and large chunks of traditional wild horse territory from the current East Douglas/Piceance HMA violates both the letter and the spirit of the Act.

17. In November of 2004 I visited the WDHA and observed only one band of 3 wild horses, including a foal. There were several head of cattle in the area. I counted 75 in various areas of the HA, primarily in the Texas Creek Pasture. There were mounds of cattle feces under some of the pinions, not unlike what you would find in a feedlot, indicating excessive livestock use in that area.

18. In April of 2005, when traveling from Craig, CO, to Grand Junction along Highway 139, I was unable to locate the little band, or any other wild horses from any of the side roads off 139. I was very disappointed.

19. I will visit both Piceance/East Douglas and West Douglas in the late spring or early summer of 2007. Remembering the heart lifting sight of wild horses running in P/ED, I will be looking for such a spirit healing experience and will be sorely disappointed if I am unable to find a thriving herd of wild horses.

20. The band of wild horses I viewed from horseback in West Douglas in 1997 were tucked in among the Piñons and Junipers, and I will look for them in such areas next summer. The elusive nature of the WD horses, and the terrain, make it even more rewarding when they are found. The beauty of the West Douglas Creek Herd Area makes the whole experience of finding, viewing and photographing the wild horses there a near magical experience. I must say, however, that the large number of cows and their filth and damage to the environment in West Douglas is very disconcerting.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 31, 2007

_____
Barbara M. Flores

## DECLARATION OF DONALD E. MOORE, DVM

1. I was born in Hayden, Colorado and have lived in northwestern Colorado for almost all my life. Since I was a child, I have ridden on horseback many times every year through all the territory in and around the West Douglas Creek Herd Area, especially West Douglas Creek, Texas Creek, Texas Mountain and Oil Springs Mountain areas along with occasional trips in the area known as the Piceance-East Douglas Herd Area and Herd Management Area.

2. On these trips, I always look forward to observing wild horses. Seeing them in their natural surroundings and running free is essential to the aesthetic enjoyment of these trips, which I have been taking for the past 54 years. I intend to continue taking these trips for the very purpose of observing all wildlife species, especially wild horses for the rest of my life. I now bring my children on camping and day trips to observe the wild horses just as my father brought me when I was a boy. I find that sharing the experience of seeing wild horses living free as they have for centuries in these areas connect us with not only the rich history of western Colorado, but also a sense of freedom and an obligation for them to become stewards of our public lands. My most recent trip to these areas was in October 2006 to observe the condition of wild horses during the roundup and to assess the trap site facilities. I was denied access to the trap site as well as viewing the one stallion that was captured in that trap by onsite BLM officials. Mark Hafkenshield, the BLM representative refused to even take pictures of the stallion and the trap indicating that the contractor did not wish to have anyone at the location, even though they had completed the roundup. As a veterinarian I planned to assess the trap site, which was photographed by other interested public during media day in Piceance Creek as to being inferior in size and design compared to previous roundups by this contractor and others during past roundups. As the first contract veterinarian in Colorado for wild horse roundups, I initiated protocols for the safety of the animals during the Douglas Mountain roundups which started in 1976 and ended in 1980. BLM apparently removed the trap shortly after I left. When I returned to the area several hours later the trap was gone and the roundup appeared to have finished.

3. During the 1950s and 1960s, my father was involved in rounding up wild horses from the West Douglas Creek, Texas Creek, Texas Mountain, Oil Springs Mountain and Piceance-East Douglas Creek herds. From my observation of these activities and my own subsequent experiences, I became very familiar with the areas that wild horses utilized in the years just prior to and after the passage of

the Wild Horse and Burro Act in 1971. Wild horses were present in areas just south and west of Rangely, Colorado along the White River, which farther north and west of the area identified by BLM in 1974, wild horses also roamed west on public lands utilized by the Cripple Cowboy cattle operation (there were no boundary fences or natural barriers prohibiting their movement) towards the Utah border. There were areas of interior fencing, but they did not contain the free-roaming nature of the wild horses. In fact, there was a herd of wild horses north of Colorado Highway 139 near the Staley Coal Mine which were not observed during the initial flyover during the last week of February and the first week of March in 1974. These horses were removed by local residents during the Douglas Mountain roundups, BLM later acknowledged they missed these animals, but they had been removed and no further action was taken by the agency. Wild horses occasionally roamed north of Hwy 64, but were most definitely utilizing all of the area known as the North Piceance Herd Area, which BLM removed from their habitat. Wild horses also drifted southeast of the "identified" Piceance Herd Area due to the lack of fencing and natural barriers. Their movements correlated to seasonal migration for grazing, access to water and areas used for foaling. Boundaries given to the wild horse herds closely mirror boundaries used by livestock permittees to graze their cattle or sheep. It appears they were set as to facilitate management, without regard to the biotic needs of the animals as required by the Act.

4. While the West Douglas Creek Wild Horses indicate characteristics of their ancestors, the numbers of animals in this area cannot sustain a removal at this time and continue to maintain a self sustaining herd. According to Gus Cothran, who has performed genetic analysis of wild horse herds for BLM, the West Douglas Herd has one of the lowest genetic variability that he has seen in American wild horse herds. Dr. Cothran has only analyzed a small number of wild horses from West Douglas Creek and they have all been removed from the range and were from the past two roundups only. In my opinion, as a veterinarian and an expert horseman, if a significant number of wild horses are removed from the West Douglas Creek Herd at this point in time, the American public will be loosing a significant historic and cultural component of western Colorado.

5. In the 1960s and early 1970s, I worked as part of a survey crew in what is known now as the Piceance-East Douglas Herd Management Area and the Piceance Herd Area. During the latter part of the 1960s and early 1970s I went for extended rides and camped in this area as well during my break times from college. Energy development has increased substantially in the Piceance-East Douglas Creek HMA and the Piceance HA since that time and will continue to significantly impact the wild horses based on current and projected energy projects for the next 20 to 25 years. This type of a significant impact was not

anticipated by BLM when boundaries were artificially set several years following passage of the Wild Horses and Burros Act in 1971.

6. Between 1952 – 1965, I ran wild horses with my father (Don Moore), Jim Daggett, Lloyd and Hubert Hutchens and with schoolmates Warren Blanchard and Wes Yeager to name a few. We were in the areas of Gilliam Draw, E. Douglas Creek, Cathedrals, Philadelphia Draw, Stateline Draw, Four Mile Draw and the Staley Coal Mine area. I am aware and have seen pictures taken by Bob Broom of wild horses he and Clyde Slaugh caught off the Staley Coal Mine Road in the early 1970s, there were blacks, bays and some grays).

7. In 1961, 1962, and 1963 I did cowboy day work and trail drives along the White River and Up Douglas Creek to the upper reaches of East Douglas Creek to Cow Creek with Bernard (Grandpa) Hazelwood, Junior Hazelwood, and Les Powell. Wild horses were seen on both sides of Douglas Creek, there were wild horses in Hammond and Fletcher Draws and east of Calamity Ridge and there were wild horses from Gillam Draw. The horses were sorrels, blacks, bays, grays, with occasional palominos, blue and red roans. I do not recall seeing any pintos.

8. In 1961, I cowboyed for Clarence Hendricks in Spring Creek along Calamity Ridge and on Cathedral Bluffs. I primarily saw sorrels with white socks and blazes, occasional palominos and bays.

9. In 1964 – 1965, I scouted and ran wild horses in Barcus Creek, Yellow Creek on Hugh Caldwell's permit with Mike Eller and Warren Blanchard. I only saw bay wild horses in this area.

10. Between 1962 and 1973 I performed cowboy day jobs and had two summer jobs working for Walt Deacon and Gordon Sullivan. This area included Douglas Creek, Cross Ranch and Douglas Pass area to and including Sand Draw, Little Horse Draw and all areas of Texas Mountain, Oil Springs Mountain, Red Rock, Cottonwood (or Moon Canyon as it was called then) Canyon. During this time period I saw wild horses in areas west of Hwy 139 as far south Oil Springs Mountain all the way to the Utah Border including Evacuation Creek. I saw wild horses during this time period as far north as Rabbit Mountain (on the east side) and Park Mountain. During my time working for Walt Deacon I saw wild horses that were grays, blue roams, sorrels, bays, and occasionally I saw red roans, blacks, palominos, and pintos.

11. While hunting deer and elk between 1952 through 1993, I saw wild horses in Mailbox, Wagner Draw and all of the aforementioned areas. In later years, the predominant color of wild horses was bay, and some sorrels and blacks. More recently, I have only observed wild horses in the Texas Mountain, Mailbox, and

Waggoner Draw areas which are inside what is the West Douglas Herd Area. Wild horse numbers are extremely low due to repeated removals and genetically threatened. I plan to continue my observations in West Douglas Creek and Piceance East Douglas Creek as soon as the winter snows recede.

12. While attending scoping meetings with my father in Meeker in the early 1970s, I observed a slide show presented by local federal employees who showed a picture of a coyote and a wild horse and both were identified as predators on public lands. The implication was the coyote as a predator on livestock and the wild horse as a predator to forage the livestock consume. The lack of regard for the coyote and wild horse is evident today as neither species is mentioned as a value of the land in the current Environmental Impact Statements concerning energy development in the White River Field Office.

13. As a veterinarian, I am concerned the use of PZP (Porcine Zonas Pellucida) in the Piceance-East Douglas Creek Herd is not being used as a scientific study, which is the intention of HSUS (The Humane Society of the United States) as there has been no scientific protocol established or published within the Herd Management Area Plan, The Resource Management Plan, nor the Environmental Assessment detailing the round up. In fact, the EA woefully omits any monitoring of the Piceance-East Douglas Creek Wild Horses once a roundup is completed and what few animals not sent for adoption are returned to the range. I am concerned that significant data, such as the ages and sexes of the animals on the range is non-existent, yet BLM is participating in a nationwide study, without submission of any protocol, nor has any plans to implement any, nor funding to support this action.

14. If BLM removes wild horses from West Douglas Creek during this roundup they will totally eradicate this herd from an area which I have lived near or visited almost my entire life. I will be unable to share these experiences with my children and others forever. If BLM removes wild horses from Piceance-East Douglas without proper assessment of the current and impeding energy developments and probable land swaps, I will again loose the opportunity to visit these areas to enjoy the wild horse herds. If PZP implemented as a management tool under the guise of a "scientific experiment", I fear that lack of oversight, lack of management objectives, and lack of funding except for removals will place this herd in the same situation as the West Douglas Creek herd, extinct within years, especially when compounded by the ever increasing impacts of energy development.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 1, 2007

_Donald E. Moore, D.V.M._

    Donald E. Moore, D.V.M.

# DECLARATION OF TONI HUTCHESON MOORE

1. I, Toni Hutcheson Moore, submit this declaration in my individual capacity and on behalf of Colorado Wild Horse and Burro Coalition and its members
I moved to Grand Junction, Colorado in November, 1976 and have lived in this area for 29 years. Since that time, I have hiked, ridden horseback, and driven four wheel drive vehicles to observe wild horses in their historic ranges in northwestern Colorado, more specifically in the public lands managed by the White River Field Office of the Bureau of Land Management.

2. The purposes of my trips have been to observe wild horses in their natural habitat. I have enjoyed watching several bands, during the late 1980s migrate throughout their range, observe the changes in the social hierarchy including the birth of foals and changing of leadership of band stallions. I have come to understand appreciate the efforts made by Congress and the President to declare wild horses one of our national heritage species. The adaptability, strength, and the very wildness of this species represents a significant and historic time in our country, as well as the cultural evolution of America. I have enjoyed taking my five children to view wild horses in West Douglas Creek and in the Piceance-East Douglas Creek and Piceance Creek areas. Their appreciation and understanding of their heritage, wildlife, and those of people who lived here before us has enriched their lives and those whom they share these experiences with.

3. For approximately eight years, I traveled through some part of West Douglas Creek and the Piceance-East Douglas Creek areas at least three times a month enroute to work at my husband's veterinary clinic in Rangely, Colorado. There were times we would drive out in search of wild horses during the lunch hour to observe them as we had lunch. During the trips to and from Rangely and on the occasional lunches wild horses could be viewed without binoculars on both sides of Colorado 139 in the draws and gullies and were also seen south of Hwy 64 while driving east towards Meeker, Colorado. During this time, I also observed many vehicles with out-of-state license plates photographing and observing the wild horses.

4. Starting in October, 1991, I became aware that BLM sponsored meetings concerning the removals of wild horses and attended a helicopter meeting prior to the planned removal of wild horses from West Douglas Creek. It was my understanding that early snow and high winds canceled the planned removal. Following that meeting I requested to be placed on BLM's mailing list in order to be kept informed of actions and management decisions concerning this area and the herds who lived there.

5. From that time forward, I researched the Wild Horse and Burro Act, other applicable federal laws and regulations. I regularly attended public meetings, responded to verbally and in writing to issues pertinent to the management of this area and as well as the wild horse herds that live there. In 1993, I joined the newly formed Colorado Wild Horse and Burro Coalition, whose original mission was to disseminate information between BLM and the general public. In 1995, I was appointed to the Colorado Northwest Resource Advisory Council to represent the interests of wild horses in northwestern Colorado. In

1998, I became the Administrator for the Wild Horse and Burro Freedom Alliance, a coalition of humane and wild horse advocacy groups with approximately 9 million members.

6. Upon review of planning documents generated by the White River Resource Area/Field Office since 1991, I have found there have been several statements which have found inconsistencies between the congressional mandate and land use planning documents as they pertain to wild horse management. The following is a synopsis of that information.

1971 – The Wild Horse and Burro Act passed December 16, 1971.

1974 – WRRA conducted a wild horse inventory for the entire Craig District between February 26 and March 6, 1974. The actual flight time while counting horses was 17.3 hours (Wild Horse Inventory dated April 11, 1974, Page 2, Paragraph 2). August, 1974 Helicopter Flyover Count Noted in URAs.

1975 – February Unit Resource Analysis Step III – Page WH-4, Paragraph 2, states approximately one half of the identified wild horses from the August, 1974 helicopter count were located west of the Douglas Creek Road (County Road 139) with about 10 – 15 using Texas Mountain. Paragraph 5 states "Studies have not been initiated to determine seasonal use areas. Observations have been limited to aerial surveillance. Six to ten horses can usually be found on top of Texas Mountain during the winter." Page WH-12, Paragraph 2, "Most ranchers that attended the Step II public workshops in meeker and Rangely indicated that the presence of the wild horses would be acceptable…Their primary concern was for loss of livestock forage…" Paragraph 5, "During the public meeting, it was learned that there were horses in an area that we did not census". Page WH-14 – Step II Public Workshops: "Of the three public workshops that were held on wild horses, one primarily of people from wild horse organizations. This was the meeting held in Denver…About 90% of the people who attended this meeting indicated that wildlife/wild horse habitat was the most important use of public lands." Page WH-15, "The Rangely workshop consisted of several interest groups with stockmen being in the majority. Very few questionnaires were filled out for the Rangely workshop, about 50% thought livestock forage was the most important resource and 50% thought wildlife habitat was the most important."

1979 – Management Framework Plan Recommendation – Analysis – Decision February, 1979 "1. All horses west of Douglas Creek be removed. Rationale is the increase in oil and gas activities in this area warrants removal of the horses."

1980 – Management Framework Plan Step III, Summary, December, 1980. Paragraph 1, "The MFP step III Decision presents a workable solution to the various conflicts identified under Step I Recommendation 2.1. The resolution is aimed at maintaining a viable wild horse population on 148,153 acres of public land, a reduction of 295,826… This 148,153 acre area was chosen because it has the most concentrated wild horse population (their preferred habitat)." "Key decisions to accomplish these objectives

include: 1. Reserve 2,101 AUMs of forage for between 95 to 140 head of wild horses. This number is in excess of the number of wild horses in the Resource Area in 1971 at the time the Wild Horse and Burro Act was passed."

1981 – Herd Management Area Plan, Page 1, Paragraph 3, "Wild horses presently range over 443,979 acres in the Piceance Basin and Douglas Creek areas. Movement of wild horses within their range is influenced by existing fences and seasonal factors." Page 3, Paragraph 1, "The proposal to limit the herd management area to 148,153 acres of public land was established through the land use planning process…"

1981 – Grazing EIS calls for a reduction of acreage to the WRRA wild horse herds, admits this decision may not be legal.

1983 – Allotment Management Plan, Twin Buttes Allotment – August, 1983, Page 8, Paragraph 2, "Currently there are approximately 200 wild horses on the Twin buttes Allotment." Page 16, Paragraph 1, "By removal of wild horses in which case AUMs allocated to wild horses would be reallocated to livestock and wildlife."

1993 – Piceance/E. Douglas Wild Horse Removal Plan, EA-CO-017-93-045, states decisions concerning wild horse management were based on: "Manage horse herd on 140,000 acres public land…Remove all wild horses from 295,000 acres of public land and manage those areas more *intensively for livestock use*."

1995- Colorado Northwest Resource Advisory Council. In August, 1995, I was appointed by the Secretary of the Interior, to the Colorado Northwest Resource Advisory Council (NW RAC). Our first action was to assist Colorado BLM in writing Standards and Guidelines for Livestock Grazing for our state. The Standards and Guidelines for Livestock Grazing in Colorado address Special Status Species, which include wild horses. Once S&G's for Livestock Grazing were completed the CO NW RAC then began the task of assisting the State BLM Office in writing Standards and Guidelines for Recreation. My second term ended prior to the completion of that task. Only once during my two term appointment did WRRA field personnel come before the RAC to present information on the West Douglas Creek Wild Horse Herd and the Piceance/East Douglas Creek. WRRA personnel only addressed their current management of the herd and did not ask for advice. The Advisory Council's duties and responsibilities are advisory in nature only, and the WRRA did not request the RAC's advice. The current Colorado NW RAC was asked by the WRRA BLM office to sanction a subcommittee concerning the issues regarding the West Douglas Creek Herd, which was initiated in early 2003. The subcommittee, comprised of RAC members from oil and gas, livestock, grazing, country government, off road vehicle users and an environmental group, were not versed in wild horse law nor consulted with wild horse advocates who were.

1998 – White River Resource Area Gather Plan, Page 1, Paragraph 2 states, "through the planning process's the determination of habitat suitability has consistently been for the removal of all horses from the West Douglas Herd Area."

3

The 1981 Grazing EIS stated the reduction of acreage was probably not legal. The WRRA has a pattern of linking wild horse habitat suitability to livestock grazing.

In 1994, I was party to an appeal of a proposed removal of wild horses from West Douglas Creek. The removal was subsequently canceled.

In 1996, CWHBC appealed a round up decision and asked for an injunction in federal court in Colorado. The Court advised us that we needed to pursue the stay we had sought with the Interior Board of Land Appeals.

On October 19, 1999, CO-01-97-01, I attended a hearing for CWHBC where we requested to be granted Intervener status in an Appeal of the WRRA Manager's 1997 decision denying an Application for Additional Active Use and Temporarily Suspending Grazing Use for the Burke Brothers, a livestock permit holder in the Piceance-East Douglas Creek HMA.

2004 – An amendment to the 1996 White River RMP was initiated. A ruling has not been issued for protests to that ROD.

2006 – Submitted comments against the roundup and use of PZP for the Piceance/East Douglas Creek Herd as well as comments on West Douglas Creek via counsel.

7. Since that time I have continued to comment on actions affecting the West Douglas Creek Wild Horse Herd and Piceance/East Douglas Herd located in the White River Field Office. I have also attended national and local meetings pertaining to the management of wild horses in Colorado and nationwide.

8. I have made several visits to the White River Field Office in search of the original flyover census map from the last week of February and the first week of March in 1974, only to be informed by Rusty Roberts and Valerie Dobrich (both former BLM employees) that those maps are not located in the White River Field Office. These maps were not filed in the Craig District Office, the Grand Junction District Office, nor in the State archives. In 1995, I took a small copy machine to the White River Field Office where I copied the Unit Resource Analysis and the Management Framework Plans, only to find pages randomly missing or incorrectly filed as they pertained to wild horses. Public access to BLM documents for wild horse management since 1971 is limited and often proves to be ineffective due to these types of instances.

9. The very reason I and my family travel to these areas is to enjoy observing wild horses in a habitat they have used since before the arrival of European settlers. It would be impossible to replace the cultural and historical significance they add to the landscape. The heart and soul of the law to protect America's wild free roaming horses will be broken. Congress responded to the wishes people of this country and gave management and protection guidelines to save a vanishing American icon from extinction. These guidelines have been ignored and protection avoided by the White River Field Office

since the passage of the Act. The law is specific in calling for *"current monitoring and inventorying"* to identify whether or not animals should be removed to *"maintain a thriving natural ecological balance"*, yet current monitoring data of who eats what, when and where is noticeably absent in both Environmental Assessments. Both documents came in the mail in the very same envelope, with deadlines for comments due at the same time, thereby depriving the public the time for meaningful and thoughtful dialogue as mandated by the National Environmental Policy Act (NEPA). The general public would have a difficult time interpreting these documents, much less fulfilling their mandate to provide meaningful comments unless they had followed this situation for years. To read these documents, one would think they are without interference or impact from the potential impacts of a growing energy industry. Even in the now dated RMP (1997) the current demands for leasing of oil, gas, and oil shale were discussed as to the impacts on the wild horse herds. Issues such as ground water, traffic, potential pollution, loss of vegetation were not addressed as they pertain to wild horse management.

10. The proposed used of PZP as an "experiment" for herd control has not been adequately discussed. This issue was noticeably absent from discussion in the RMP, yet given less than adequate review in the removal document. The WRFO has not discussed the impacts of cost of using this "experimental vaccine", or provided a format for post injection monitoring to keep in line with a scientific experiment, only providing for an aerial census in two years and observation from the next roundup of an absence of foals. Again, BLM is planning for a roundup in four years, without benefit of review of any monitoring and inventorying data between 2004 and 2008. The use of PZP by BLM is directed by the Humane Society of the United States, who authorizes one individual to grant use. This individual was not even made aware of the roundup initially and did not even review the EA until the date the ROD was issued. BLM does not acknowledge the use of this vaccine will create a new age class of mares who will be living longer due to the fact they will not foal, thereby creating an impact the rest of the herd by what they claim is scarce vegetation. To be deprived of the ability to drive only a short distance to view wild horses will have a tremendous impact on me and my family. The current and threatened future actions of the White River BLM office will undertake to eradicate the West Douglas Creek wild horses and their protocol and lack of protection for the Piceance East Douglas Creek wild horses is illegal, violates the very intention of Congress when it passed the Wild Free Roaming Horses and Burros Act. These actions have deprived our family of one of the most important values which we treasure. The right granted by Congress to view wild free roaming horses on lands in the White River Field Office which they have been documented since the mid 1600s, long before settlement by Europeans. To explain to the next generation why one law has been set aside for the benefit of easy management or vested interests is truly an American tragedy. This is a tragedy that will impact those of us who reside locally but also Americans from across the nation who rely on government agencies to manage public lands by the law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 1, 2007

_____

Toni Hutcheson Moore