UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COLORADO WILD HORSE** ) | |
| **AND BURRO COALITION, INC.,** ) | |
| <u>et</u> <u>al.</u>, ) | |
| ) | |
|     **Plaintiffs** ) | |
| ) | |
| ) | |
| v. ) | Civil No. 06-1609 (RMC) |
| ) | |
| **DIRK KEMPTHORNE,** ) | |
| in his official capacity as Secretary, ) | |
| United States Department of Interior ) | |
| 1849 C Street, N.W. ) | |
| Washington, D.C. 20240, ) | |
| <u>et</u> <u>al.</u>, ) | |
| ) | |

### Motion for Leave to File Exhibits In Opposition to Motion to Dismiss

For the reasons set forth in the accompanying memorandum, Plaintiffs hereby move this Honorable Court to permit them to file the attached exhibits in support of their opposition to Defendants' Motion to Dismiss one day late. The undersigned attempted to reach counsel for the government to secure their position on this motion but had not heard back from them prior to filing this motion.

                                                                                   Respectfully submitted,

                                                                      _____/s/_____
                                                                      Valerie J. Stanley
                                                                       D.C. Bar No. 384882
                                                                       329 Prince George Street
                                                                       Laurel, MD 20707
                                                                       (301) 549-3126

Date: February 5, 2007                                             (301) 549-3228

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COLORADO WILD HORSE** | ) |
| **AND BURRO COALITION, INC.,** | ) |
| **et al.,** | ) |
| | ) |
| **Plaintiffs** | ) |
| | ) |
| | ) |
| v. | )   Civil No. 06-1609 (RMC) |
| | ) |
| **DIRK KEMPTHORNE,** | ) |
| **in his official capacity as Secretary,** | ) |
| **United States Department of Interior** | ) |
| **1849 C Street, N.W.** | ) |
| **Washington, D.C. 20240,** | ) |
| **et al.,** | ) |
| | ) |

**Memorandum in Support of Motion for Leave to File**
**Exhibits In Opposition to Motion to Dismiss**

Plaintiffs hereby move this Honorable Court to permit them to file the attached exhibits in support of their opposition to Defendants' Motion to Dismiss one day late. The undersigned attempted to reach counsel for the government to secure their position on this motion but had not heard back from them prior to filing this motion.

Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss was due February 2, 2007. The undersigned timely filed the Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss via Electronic Case Filing late in the evening of February 2, 2007. While the undersigned was finalizing the memorandum in preparation for filing, she lost a version of the draft with edits on her

computer. Reconstructing the draft which contained edits substantially delayed the preparation and filing of the exhibits, list of exhibits, Table of Authorities and Table of Contents in support of the opposition memorandum.  The undersigned was not able to submit these materials prior to the end of filing for February 2, 2007.

The eleven (11) Exhibits, plus Exhibit A, Declarations of Plaintiffs, in Support of the Opposition Memorandum were listed in the Memorandum which was filed on February 2, 2007, and the undersigned is not seeking to file additional exhibits.

The undersigned attempted to reach counsel for the government to secure their position on this motion but had not heard back from them prior to filing this motion.

WHEREFORE, for the foregoing reasons, Plaintiffs hereby move this Court to accept the filings of the attached Table of Authorities, Table of Contents, List of Exhibits and Exhibits A[1] and 1- 11 in support of  Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss, which are submitted herewith one day late.

                                  Respectfully submitted,

                                  _____/s/_____
                                  Valerie J. Stanley
                                  D.C. Bar No. 384882
                                  329 Prince George Street
                                  Laurel, MD 20707
                                  (301) 549-3126
Date: February 5, 2007                  (301) 549-3228

---

[1] Exhibit A was already submitted through the ECF.