# TABLE OF AUTHORITIES

**Statutes**

Federal Lands Policy Management Act (FLPMA), 43 U.S.C. §1701 et seq. ………...8

FLPMA §303(a) ……………………………………………………………………………8

FLPMA § 102(b) …………………………………………………………………………8

Public Rangelands Improvement Act, 43 U.S.C. §1901 ………………………………9

Wild Free-Roaming Horses and Burros Act (WFHBA), 16 U.S.C. §1331…………....28

16 U.S.C. § 1332 ………………………………………………………………………….2, 4, 6

16 U.S.C. §1332(f) …………………………………………………………………….......9

16 U.S.C. §1333(b) …………………………………………………………………….…9

28 U.S.C. §2401 …………………………………………………………………….....14, 15

28 U.S.C. §2401(a) ……………………………………………………………………….16

**Cases**

Adarand Constructors, Inc. v. Slater, 528 U.S. 216 (2000) …………………………. 20

American Mustang and Burro Ass'n v. Babbitt, Civ. Action No. 98-2144 (JR) …......11

Animal Protection Institute, 151 IBLA 396 (2000) ………………………………11, 12

Beethoven.com LLC. v. Librarian of Congress, 394 F.3d 939 (D.C. Cir. 2005) …17, 19

Bennett v. Spear, 520 U.S. 154 (1997) …………………………………………………25, 27

Beverly Enters, Inc. v. Herman, 50 F. Supp. 2d 7 (D.D.C. 1999)…………………13, 14

Burlington N. R.R. Co. v. Surface Transp. Bd., 75 F.3d 685 (D.C. Cir. 1996) ……….19

Caribbean Broad. Sys. Ltd. v. Cable & Wireless PLC, 148 F.3d 1080
(D.C. Cir. 1998) …………………………………………………………………………… 28

Chevron, U.S.A. Inc. v. Natural Resources Defense Council, Inc.,
467 U.S. 837 (1984) ………………………………………………………………………28

City of Mesquite v. Aladdin's Castle, Inc., 455 U.S. 283 (1982) ……………………..20

Conley v. Gibson, 355 U.S. 41 (1957) …………………………………………………..27

Domestic Secs. v. Secs. & Exch. Comm'n, 333 F.3d 239 (D.C.Cir.2003)…………….23

Dow Chem. Co. v. EPA , 605 F.2d 673 (3rd Cir. 1979) ………………………………....17

EEOC v. St. Francis Xavier Parochial Sch., 117 F.3d 621 (D.C. Cir. 1997) ………….14

First Nat'l Bank of Boston v. Bellotti, 435 U.S. 765 (1978) ……………………………...19

Friends of the Earth, Inc. v, Laidlaw Envtl. Servs., Inc., 528 U.S. 167 (2000) ………...20

Fund for Animals v. BLM, 460 F.3d 13 (D.C. Cir. 2006) …………………………….. 16

Functional Music, Inc. v. FCC, 274 F.2d 543 (D.C. Cir. 1958),
cert. denied, 361 U.S. 813 (1959) …………………………………………………………15.

Grand Lodge of Fraternal Order of Police v. Ashcroft, 185 F. Supp.2d 9 (D.D.C.
2001)…………………………………………………………………………………………..14

Humane Soc'y of the United States v. EPA, 790 F.2d 106 (D.C. Cir. 1986) …………...18

Indep. Petroleum Ass'n of Am. v. Babbitt, 235 F. 3d 588 (D.C. Cir. 2001) …………….24

Maryland People's Counsel v. FERC, 761 F.2d 768 (D.C. Cir. 1985) ……………...18, 19

Ohio Forestry Ass'n v. Sierra Club, 523 U.S. 726 (1998) ………………………………25

Oppenheim v. Coleman, 571 F.2d 660 (D.C. Cir. 1978) ……………………………… 15

Payne Enter., Inc. v. United States, 837 F.2d 486 (D.C. Cir. 1988) ……………….…20

PUC v. FERC, 236 F.3d 708 (D.C. Cir. 2001) ……………………………………………19

Research Air. Inc. v. Norton, 2006 U.S. Dist. LEXIS 10784
(D.D.C. March 1, 2006) ……………………………………………………………………..3

Rochon v. Gonzales, 438 F.3d 1211 (D.C. Cir. 2006) ……………………………...…28

Southern Pacific Terminal Co. v. ICC, 219 U.S. 498 (1911) ……………………......17

Sparrow v. United Air Lines, Inc., 216 F.3d 1111 (D.C. Cir. 2000) ……………………28

Super Tire Eng'g Co. v. McCorkle, 416 U.S. 115 (1974) ………………………...…… 17

United States v. W. T. Grant Co., 345 U.S. 629 (1953) ……………………………. 17, 20

Weinstein v. Bradford, 423 U.S. 147 (1975) ............................................................17, 19

Wilderness Society v. Griles, 824 F.2d 4 (D.C. Cir. 1987) ………………………………3

Wilderness Society v. Norton, 434 F.3d 584 (D.C. Cir. 2006) …………………………..15

Wind River Mining Corp. v. Lujan, 946 F.2d 710 (9th Cir. 1991) ………………………14

**Legislative Materials**

Protection of Wild Horses and Burros on Public Lands. Hearing on S. 862, S. 1116, S. 1090 and S. 1119. Before the Senate Subcomm. on Public Lands of the Comm. On Interior and Insular Affairs, 92nd Cong. (1971) ……………….…………………..3, 5, 6

H.R. CONF. REP. 92-681 (1971) …………………………………………………..........6

**Regulatory Materials**

43 C.F.R. §1610.5-2(a)(3) ……………………………………………………………… 27

33  Fed. Reg. 12920 (1968) ……………………………………………………………....5

**Federal Rules**

Fed. R. Civ. P. 12(b)(1) ……………………………………………………………….…3, 4

Federal Rule 12(b)(6) ……………………………………………………………. 28

**Law Review Articles**

Johnston, "The Fight to Save a Memory," 50 Texas L. Rev. 1055 (1972)……….…… 3, 6

**Secondary Source Materials**

W. Wyman, The Wild Horse of the West (1945) …………………………………….....3