UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| COLORADO WILD HORSE )<br>AND BURRO COALITION, INC., )<br>et al., )<br>  )<br>   Plaintiffs )<br>  )<br>  )<br>v. )<br>  )<br>DIRK KEMPTHORNE, )<br>in his official capacity as Secretary, )<br>United States Department of Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240, )<br>et al., )<br>_____) | Civil No. 06-1609 (RMC) |

**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS**

**Exhibit List**

A. Declarations of Barbara Flores, Don Moore, Toni Moore

1. Excerpts Draft Resource Management Plan, October, 1994, White River Resource Area

2. Wild Horse Inventory

3. Management Decision Summary, Wild Horses, and Unit Resource Analysis, (MFP) 1975

4. Excerpts Grazing EIS 1980 and Final Grazing EIS

5. 1997 Record of Decision, Page Regarding Wild Horses

6. Emails from James Cagney, Field Manager, White River Resource Area

7. BLM 2007 Wild Horse Roundup Schedule

8. February 28, 2006 Protest Addendum

2

9. BLM's Response to Comments on Piceance-East Douglas Roundup EA, 2006

10. Excerpt 2005 Record of Decision, West Douglas Herd Area Amendment to the White River Resource Management Plan

11. BLM "Instruction Memorandum"