# Exhibit 1

**United States Department of the Interior**



Bureau of Land Management
White River Resource Area
Craig District, Colorado

October 1994



# WHITE RIVER RESOURCE AREA
## DRAFT RESOURCE MANAGEMENT PLAN AND ENVIRONMENTAL IMPACT STATEMENT



Chapter 3, Affected Environment

4. Opportunities may exist for positive economic return from BLM investments.
5. Present management is accomplishing the desired results.
6. Allotments with high or medium riparian potential contain satisfactorily functioning riparian systems.

Appendix D, Tables D-1 and D-2 depict allotments with existing AMPs and allotments proposed for AMPs. Appendix D, Table D-3 shows the current allotment categorizations for the White River Resource Area.

Allotments may be moved from one category to another as new information becomes available, resource conditions change, or management activities are implemented. Such changes must be consistent with the category criteria discussed above. Such changes must also be supported by a documented analysis showing the basis for the change.
Livestock trailing use is authorized to and from BLM grazing allotments along established trails on 9,600 acres of BLM land. Established trails include the White River Trail, Victory Trial, Dragon Trail, Yellow Jacket Trail, Ute Trail and Staley Mine Trail, all collectively known as the White River Trail Allotment 6699.

## WILD HORSES

Wild horses presently occur in and are presently managed on a total of 512,528 acres of BLM land in the White River Resource Area (Table 3-19). The estimated current population of wild horses is 516. The wild horses are presently distributed among three wild horse units that occur in ten livestock grazing allotments. Of the three wild horse units, only one is a herd management area (HMA). It is called the Piceance-East Douglas Creek HMA. The other two units are called herd areas (HAs). They are the West Douglas HA and the North Piceance HA. A wild horse management plan for the Piceance-East Douglas HMA was approved in June 1981 at which time implementation of the plan began.

Table 3-19. Land Ownership within the Three Wild Horse Units

| Wild Horse Area | Acres ||||Animal Management Level | Horse Population |
|---|---|---|---|---|---|---|
| | BLM | State | Private | Total | | |
| Piceance-East Douglas HMA | 120,375 | 5,752 | 38,605 | 164,732 | 95-130 | 319 |
| West Douglas HA | 271,939 | -- | 30,352 | 302,291 | 0 | 91 |
| North Piceance HA | 120,214 | -- | 10,705 | 130,919 | 0 | 106 |
| Total | 512,528 | 5,752 | 79,662 | 597,942 | 95-130 | 516* |

*Derived from the last aerial census done in March 1993.

Historical records show that wild horses were present in the resource area when the first settlers arrived in 1882. Early ranchers released studs of their own selection into the wild herds to upgrade the overall quality of the herds. Partial gatherings were periodically made to provide ranch saddle and work horses. Prior to widespread mechanization, an average ranch in the area might require 100 saddle and work horses. During the depression years, when many small ranches and homesteads were abandoned, domestic horses were often released when their owners left. These horses, of both draft and light work stock, were readily absorbed into the wild horse herds, increasing their numbers and providing an infusion of genetic material into the existing wild horse population.

The resource area wild horse herd was initially counted in August 1975 and numbered 143 head. The current population estimate of 516 is an extrapolation from the last aerial census done in March 1993 with a 20 percent adjustment for annual population recruitment. Over the last ten years, 897 horses have been removed in the course of six gathering operations.

Wild horse movement within the three wild horse units is heavily influenced by livestock fences that occur in the ten livestock allotments. The fences are a restriction to their free-roaming character, in that they readily move between allotments that have incomplete boundary fencing. Lack of complete boundary fencing on the designated wild horse range has enabled horses to move into areas they have not recently occupied. Horses have moved over Cathedral Bluffs and into the Douglas Creek area providing for genetic interchange between the Douglas Creek and Piceance Basin herds.

Seasonal factors also influence horse movement and areas of concentration. During periods of deep snow cover, horses concentrate on wind-swept ridges and southern exposures where forage is more readily available. During summer, early fall, and throughout drought years, wild horses rely heavily on perennial water sources as intermittent waters (ponds, seeps, etc.) dry up. The most important water sources in the wild horse range are Yellow Creek, Upper and Lower Barcus windmills, Stake Springs, Boxelder Creek, Corral Gulch, Duck Creek, Spring Creek and Douglas Creek. There are also approximately 19 developed springs, ten undeveloped springs feasible for development, and 37 reservoirs within the wild horse range.

Increased energy development and the increased forage requirements for wild horses have resulted in expansion of the wild horse range. Presently, wild horses inhabit areas beyond the recognized wild horse range (those areas used by wild horses at the passage of the *Wild and Free-Roaming Horse and Burro Act of 1971).*

# BIG GAME

## PRONGHORN ANTELOPE

Pronghorn antelope occupy approximately 224,062 acres within the Area, 83 percent of which is administered by BLM. Distribution is primarily confined to the sagebrush/saltbush corridor extending from Pinyon Ridge to the Utah State Line (see Map 3-1). This area presently supports a resident herd of about 235 animals. General distribution shifts toward the west in the winter.

Pronghorn in the State-established Game Management Unit (GMU) 10 are currently allocated federal forage sufficient to accommodate 219 animals. Current long-term forage allocations allow for a slight increase on BLM land to 224 animals. Colorado Division of Wildlife's (CDOW's) long-term goals call for an average post-season herd of 300 animals, 249 on BLM. To meet CDOW's goal, additional forage equivalent to 8 AUMs for 25 additional animals on BLM land would be necessary.

The remaining pronghorn range occurs in GMU 11, the Crooked Wash area. Pronghorn use the sagebrush-grass range year-round, although winter populations are generally larger due to an influx of animals from the north. The number of pronghorn occupying this area normally does not exceed 40 to 50 animals, and no revision to the current forage allocation is considered necessary.

Based on Kindschy's (1982) habitat rating system, general condition of Unit 10's pronghorn range is roughly 40 percent of optimum but within 30 percent of the range's potential. Habitat quality is most limited by insufficient availability of broad-leaved herbaceous forage and poorly distributed sources of reliable water. Forbs comprise an average 1-2 percent of vegetative ground cover on pronghorn ranges and rarely exceed 5 percent. Water sources are favorably distributed across pronghorn ranges, however, many facilities do not retain water during dry periods. Woody forage and cover conditions are generally favorable, with excessive shrub density and height occurring on an estimated 10 to 20 percent of occupied range.

## MULE DEER

The resource area provides seasonal or year-round habitat to three general herds of mule deer: the Blue Mountain herd, the Bookcliff herd, and the Piceance Basin herd. The Blue Mountain herd summers on Blue Mountain and winters on benches along the White and Yampa Rivers and the south face of Blue Mountain.

The Bookcliff herd summers on the Colorado/White River divide. Suitable summer habitat for this herd is confined to a portion of the Cathedral Bluffs, the Baxter/Douglas Pass divide, and isolated tracts on Oil Spring, Rabbit and Texas Mountains. Approximately 60 percent of the population winters at lower elevations in the Douglas, Missouri, and Evacuation Creek drainages. CDOW has designated approximately 148,963 acres of summer range in the Douglas/Cathedral Creek Areas as critical habitat.

Most deer in the Piceance Basin herd inhabit the resource area during the fall through spring months and summer on the White River National Forest and Roan Plateau. Due to heavy concentrations of animals on limited range in late