**Exhibit 2**



## WILD HORSE INVENTORY
### February 26 to March 6, 1974

METHODS:

A Bell-47 helicopter was contracted from Skychoppers, Inc., of Grand Junction, Colorado. The Bell-47 lacked the power necessary to fly the high ridges. The ridges were flown crossways rather than up the ridges and down the valleys, which would have been more efficient. We were not able to complete the survey with the Bell-47. Skychoppers sent us an Allovete III to finish the survey. This aircraft proved satisfactory for the remainder of the survey.

There were two observers in the helicopter at all times. One person marked horse locations on the map while the other person recorded number and noted condition of the horses.

RESULTS:

The difficulties encountered with the Bell-47 chopper probably reduced the overall efficiency of the inventory. There were a total of 389 horses counted in the Craig District. A 15 percent correction factor was added to the herd units in Douglas Creek, Douglas Mountain, and Piceance Basin. The 15 percent was added because the dense stands of pinyon-juniper located in these areas made observation of horses difficult. It was felt that the count in Sandwash Basin was accurate and the 15 percent was not needed in this herd unit.

Only one horse observed was in poor condition. This horse was old and separated by a considerable distance from other horses on Cross Mountain.

There were only 21 colts observed. Most colts are approaching the size of yearlings which makes it difficult to separate the colts from other horses.

Twenty one colts represent a 5.4 percent production rate, which is far below the 18 to 20 percent that has been reported in other areas.

COST:

Total air time for both helicopters was 33.4 hours. Actual flight time while counting horses was 17.3 hours. Travel time was 12.8 hours and ferry time was 3.3 hours. Total cost of the helicopters was about $5,497.00. Of this $5497.00, approximately 1,650.00 could have been saved had we been able to use the Bureau helicopter. There was almost as much time spent in travel with the Bell-47 as there was counting horses. The Bell-47 was inadequate because it would not reach the higher altitudes where a large percentage of the horses are found. If any future wild horse surveys are to be made, a strong effort should be made to acquire the Bureau's Jet Ranger.

CONCLUSIONS:

There are a high density of horses located within a small area on Douglas Mountain. It should be evident that the range in this area will deteriorate quite rapidly unless some reductions are made in the near future.

Production rates cannot be calculated from aerial counts alone. The 5.4 rate that was calculated from this survey is far below the accepted rate of 18 to 20 percent. To come up with an accurate production rate, the following data will be necessary: number of new colts born in spring, number of colts that survive, and present mortality of the other horses.

I was assisted on this survey by Bob Baker, Bruce Conrad, Ernie Most, Frank Rowley, and Hal Greenlee of Dinosaur National Park.

                                Bill Lawhorn
                                Wildlife Biologist
                                White River Resource Area