**Exhibit 3**

*1975*

## MANAGEMENT DECISION SUMMARY

## WILD HORSES

The decision that has been made for wild horses will carry out the provisions of the wild horse law. The final decision is a collection of the three objectives recommended in Step 1 of the MFP.

The decision has been made to manage wild horses with wildlife and livestock. The wild horses will be managed on their present range with the exception of that portion of the horse range lying west of Douglas Creek. Thirty to forty horses will be removed and disposed of from this area.

Decisions have been made to update 244,000 acres of forage survey to determine carrying capacity for numbers of wild horses, livestock and wild-life that can be supported in this area.

Fences will be constructed along the main Douglas Creek road and along the east Douglas Creek road. These fences are necessary to confine the horses within the selected range.

Studies will be initiated to determine the impact of existing fences and to determine if fences could be designed to allow movement of horses during and after the livestock grazing season.

Vegetative manipulation of monotypes will be accomplished to produce additional forage to offset losses from energy resource development and other destructive developments.

Subsequent to the need being identified in a management plan, stock ponds will be will be fenced to aid in capturing horses and to improve the quality of the water and increase the longevity of the stock ponds. These ponds will be fenced to provide water for livestock, wild horses and wildlife.

All gates within the horse range will be left open after the grazing season. This action may speed up dispersal of horses from the upper portion of the Box Elder and Square S Allotments. These areas presently have the maximum number of horses using them.

ORV use will not be allowed within the horse range during the winter and spring months. This will be implemented when regulations allow. This action will prevent undue harassment during critical periods.

The decision has been made to build new watering developments in those areas that have a limited water supply. This action will aid in better distribution of horses, livestock and wildlife and decrease overuse of the range resource in isolated areas.

RANGELY PLANNING UNIT

UNIT RESOURCE ANALYSIS - STEP 3
1605 DRAFT MANUAL
WILD HORSE AND BURRO

PRESENT SITUATION

A.  Maps and Overlays:

     WH-1.  This overlay identifies the wild horse range boundaries,
location of watering areas and fences.

B.  Tabulations:

        Table 1 - Number of bands, colts, yearlings, mares and studs and
                  number of acres, Federal, private and State.

C.  Narrative:

   1.  Population History.
   2.  Seasonal Use Areas.
   3.  Vegetation.
   4.  Food Habitat.
   5.  Cover.
   6.  Water.
   7.  Water Limitations.
   8.  Habitat Problems.
   9.  Population Condition.
  10.  Utilization Related Problems .
  11.  Step II Public Workshops.
  12.  Areas in Which More Scientific Data is Needed.
  13.  Bibliography.

**WH-1**

Step III Wild Horse & Burro
February 1975
B. Lawhorn

1.   Population History (Colorado):

In Wyman's The Wild Horse of the West, the map showing the northern spread of horses among the Indian tribes indicates that horses were first introduced to Colorado in the 1730's.

Between 1730 and 1880, there seems to be little information on the history of horses in Colorado.  Interviews with local residents of the Meeker Area establishes that there were wild horse herds here when the first settlers arrived in 1882.  From Stories About the White River Valley and the Life of Cecil V. Gross, "There were a lot of wild horses in the park.  We got several bunches together and started out with them."  According to Cecil V. Gross, author of the book, this event took place in 1900.

Local residents in the Douglas Creek area feel that most of the free roaming horses found in this area are descendants of domestic stock.  Many of the early ranchers released high quality studs into the wild herds that roamed the area.  This practice was intended to upgrade the wild horses for use in ranch work and for the market. Ranchers rounded up these horses as they needed them.  However, many bands were in remote areas that were inaccessible.  In some cases, these horses were shot to control their numbers.

From the February 25, 1905 issue of the White River Review, the following article:  "Twelve wild horses were captured on the sandhills and in Crooked Wash.  It is estimated there are 2,000 head of wild stock in the western portion of Rio Blanco and Routt Counties. They are a general nuisance and should be rounded up next spring.

Step III Wild Horse & Burro
February 1975
B. Lawhorn

WH-2

In Nevada, where range condition is poor, the legislature pays a bounty for killing off the wild mustangs."

During the depression years, many homesteaders and small ranchers went broke and moved out of the Basin. When they left, they took only those possessions that were necessities. Their horses and other livestock were left behind. This created an increase in horses during the depression years. A local resident said he had captured 165 horses during this period and sold them in Rifle for $3.00 per head.

According to Wyman in The Wild Horse of the West, there were only 200 unbranded horses left in northwest Colorado in 1940. Today, there are an estimated 780 horses in northwest Colorado.

Until the passage of Public Law 92-195, "mustanging" was a popular sport with local ranchers and citizens. This helped to control the number of horses and was also instrumental in keeping the horses wild.

Public Law 86-234 (known as the Wild Horse Annie Bill) was approved on September 8, 1959. This law prohibits the capture of wild horses by any motorized vehicle. The law also prohibits the capture of wild horses by pollution of waterholes on public lands. Public Law 86-234 did not protect wild horses from capture by other methods.

Public Law 92-195 was put into effect on December 15, 1971. This law prohibits the capture and selling of wild horses by all methods.

Step III Wild Horse & Burro
February 1975
B. Lawhorn

**WH-3**

Presently, there are approximately 71 horses in the Douglas Creek wild horse herd unit. The actual count by helicopter was 45 in August of 1974. Twelve more were located after the census in an area that was not included in the wild horse range, bringing the total to 57. Twenty-five percent was added to the total count of 57 to allow for those horses not observed in the census area.

The horses occupy a range of 187,970 acres. About one-half of these horses are located just below the Cathedral Bluffs on the east side of Douglas Creek road. The remainder are located throughout the horse range, with about 10 to 15 using Texas Mountain.

2.  Seasonal Use Areas:

Studies have not been initiated to determine seasonal use areas. Observations have been limited to aerial surveillance. Six to ten horses can usually be found on top of Texas Mountain during the winter. The top of this mountain is flat and winds keep the grass exposed. These horses move down on all four sides of the mountain during the spring and summer, using the chained areas and side canyons. Observations on the east side of Douglas Creek indicate that more horses use this area during the winter months. Indications are that these horses are coming from the Piceance Basin herd unit; but until a number of horses are marked and sufficient data collected, these conclusions can only be presumed.

There is no available information on foaling areas in the Douglas Creek herd unit.

Step III Wild Horse & Burro
February 1975
B. Lawhorn

WH-4

3. Vegetation:

Most of the Douglas Creek wild horse range consists of the pinyon-juniper vegetative type. There are small amounts of the mountain shrub type and the sagebrush type is found in the northwestern section of the range.

The pinyon-juniper type is found throughout the wild horse range. In the higher elevations, pinyon-juniper is more-or less a solid belt. As one moves north and west, the pinyon-juniper is restricted to the ridge tops. Sagebrush parks are found along the drainages and scattered throughout the area.

Common plant species within the pinyon-juniper type are: big sagebrush (Artemisia tridentata), western wheatgrass (Agropyron smithii), bluegrass (Poa), cheatgrass (Bromus tectorum), pinyon (Pinus edulis), juniper (Juniperus utahensis) and needle and thread (Stipa Comata).   Indian ricegrass (Oryzopsis hymenoides) is quite common along roads, trails, pipelines and other disturbed areas.

Common plant species found within the sagebrush type are: big sagebrush, western wheatgrass, rabbitbrush (Chrysothamnus), greasewood (Sarcobatus vermiculatus), shadscale (Atriplex confertifolia) and cheatgrass.

Very little of the mountain shrub type is present in the wild horse range. This type consists mostly of serviceberry (Amelanchier utahensis) and snowberry (Symphoricarpos telonensis). The mountain shrub types are located along the Cathedral Bluffs and on top of Texas Mountain.

4. Food Habitat:

There is no available data on the food or food habitat of
horses in this horse unit. Presumably, these horses would prefer
the same type of plants as those in Piceance Basin. Most of the
horse range is winter range for cattle and sheep. The area is also
used heavily by deer during the winter. If there is a shortage of
food, it would probably be during this period when other uses are at
their peak. A range survey should be completed on this unit to
determine the available forage for domestic livestock, wild horses
and wildlife. (See 4. Food Habitat in Piceance Basin Wild Horse
narrative, Step III).

5. Cover:

The importance or function of cover seems to be an area in
which considerable research is needed. There is little written on
the subject. In Behavior of Feral Horses in the Pryor Mountain Wild
Horse Range, it was mentioned that mares may leave the band and go
into stands of pinyon-juniper to foal.

Stud piles and trails occur as frequently in the pinyon-
juniper as in the open grasslands within the Douglas Creek herd
unit. It is believed that in this area, the home ranges of some
bands are predominantly located in pinyon-juniper areas. It is
believed that during hot weather, most horses seek areas of shade;
which may account for the stud piles that are located along the
ridgetops in the pinyon-juniper.

It can only be assumed that these heavily timbered areas
are also used during winter storms.

Step III Wild Horse & Burro
February 1975
WH-6                            B. Lawhorn

While attempting to capture branded horses, it was found that they made good use of the trails in the pinyon-juniper areas. It may be that many of the trails in the pinyon-juniper are escape routes. Most wild animals have trails that are primarily used as escape routes.

6. Water:

    a. Permanent Streams:

East Douglas Creek (Stream #1 on the wild horse overlay) and Douglas Creek (Stream #2 on the wild horse overlay) are the only permanent streams in the horse range. East Douglas Creek enters the horse range at Tommy's Draw and then joins Douglas Creek just below White Coyote Draw and Indian Draw. Douglas Creek enters the horse range at its confluence with West Creek. This section of the stream flows along the eastern boundary of the southern one-half of the wild horse range until its confluence with East Douglas Creek. At this point, Douglas Creek flows north through the wild horse range. Horses from both sides of the creek water at several locations along the stream. East Douglas Creek is not used by the horses as most of this stream is on private, fenced property.

    b. Perennial Streams:

Perennial streams or dry washes are quite numerous throughout the Douglas Creek wild horse range. (See Rangely wild horse overlay #1 for distribution of streams). Most of these streams only have water during periods of heavy rain and just after the spring thaw. The larger of these perennial streams is #3 Cottonwood Creek, #4 Little Horse Draw, #5 Rocky Point Draw and #6 West Fourmile Draw.

Step III Wild Horse & Burro
February 1975
B. Lawhorn

c.  Reservoirs:

There are 35 reservoirs in the horse range.  Most of
these reservoirs are dry by the first of July.  Red Wash Reservoir,
#7 on the wild horse overlay, Water Canyon Reservoir #8 and West
Fourmile Reservoir #9 are the most frequently used by horses.  These
three reservoirs generally have some water available most of the
summer.  Average size of these reservoirs is 100' circumference by
1' in depth.  They were not built for permanent water supplies.
Many of the older reservoirs have washed out and will not hold water.

d.  Windmills and Tanks:

There are no windmills and tanks in the Douglas Creek
wild horse range.  There is one well that a permittee pumps to obtain
water for his livestock.  It is only is use when livestock are on
the allotment.

e.  Springs:

There are three springs in the horse range.  All three
springs were developed at one time.  These springs are: #10 located
at the head of Rocky Point Draw, Wild Rose Spring #11, and Big Cedar
Spring #12 located on the west side of Texas Mountain.  All three
springs are used extensively by wild horses.  Wild Rose Spring and
Big Cedar Spring have deteriorated to the point that both should
be completely redeveloped.

7.  Water Limitations:

The Douglas Creek range lacks the necessary water to provide
proper distribution of horses.  There are only two watering areas on
the east side of Douglas Creek.  These two areas are used extensively

WH-8

Step III Wild Horse & Burro
February 1975
B. Lawhorn

during the summer, resulting in overgrazed areas around the perimeter
of the water areas.  Although Douglas Creek is used as a watering
area, it is adjacent to Highway 139 and is probably a secondary
choice.

        The situation on the (east) *west* side of Douglas Creek is not as
severe.  During dry years, 3 or 4 watering areas would be used.  This
would cause some overuse around these reservoirs and springs for the
duration of the dry period.

        Snowfall in this area is generally light until late winter
which could cause further complications of the water supply.

8.  Habitat Problems:

    a.  Range Conditions:

        The only forage surveys that would cover the wild horse
range were completed in 1939.  The forage data from this survey is
inadequate for present use.

        The Deming Two Phase Condition and Trend studies have
been conducted in the past.  These studies show 14.7% in good con-
dition; 39.7% in fair condition; 43.9% in poor condition; and 1.7%
in bad condition.  This study covers the entire portion of the south
half of the Rangely Planning Unit, and the wild horse range covers less
than one-half of the area.

        Most of this range was severely overgrazed in the early
1900's and has not fully responded to present management practices.

        There are 12 grazing allotments[1]/ within the wild horse
range.  These allotments are all cattle allotments with the exception

[1]/ Grazing Allotment.  Those areas set aside to control domestic grazing
by livestock. They are generally fenced or have natural barriers for
boundaries.  They were set up under the authority of the Taylor
Grazing Act of June 28, 1934.

Step III Wild Horse & Burro
February 1975
B. Lawhorn

of the Johnson Draw allotment, which is a sheep allotment. These
allotments have a total authorized use of 11,860 AUM's (Animal Unit
Months). Authorized use is what the permittee is qualified to use
and does not indicate the amount of available forage. In 1974,
permittees used 11,019 AUM's of forage. Horse use for the area was
calculated for 71 horses and they used 1,070 HUM's (Horse Unit Months).
Total AUM's used by both horses and domestic livestock was 12,089
AUM's. It is not practical to determine whether or not the range is
being utilized properly without knowing the present available forage
for use by domestic livestock, wild horses, and wildlife. However,
there are no records that show that allowances have been made for
wild horse use.

   b.  <u>Mining</u>:  *Oil & Gas Development*

        The primary land use as far as local economy is concerned
is that of the oil and gas industry. Currently, the greatest activity
concerning oil and gas production in the Craig District is taking place
within the Rangely Planning Unit. With the advent of more emphasis
on energy resources, this area has already begun an increase in
exploratory ventures for energy resources.

        There will be surface disturbance for any oil and gas
drilling production. When drilling operations take place in the
spring during the wet season, erosion becomes a major problem. With
the limited water facilities present in the wild horse range, any
increase in the silt load will further limit the water supplies.

        Any type of vehicular activity occurring within areas
heavily utilized by wild horses will have an impact on these horses.

                                    Step III Wild Horse & Burro
                                    February 1975
              WH-10                 B. Lawhorn

Horses will be scared away from water holes and feeding areas. Removal of vegetation from oil and gas production could have a detrimental effect on the horses if a large scale development program were to be initiated in the wild horse range.

   c.  <u>Fences</u>:

       There are few fences in the Douglas Creek area. Fence #1 on the wild horse overlay restricts horse movement to the west. *← not complete* This fence extends from Texas Creek to two miles south of Rangely. A major portion of this fence is adjacent to the Dragon Road. Fence #1 also restricts movement to the east of those horses in the Cottonwood drainage. Fence #2 on the wild horse overlay restricts the movement of horses into Piceance Basin. Fence #2 is not a continuous fence, therefore there are areas that the horses can use to move into the Piceance Basin. Fence #3 prohibits horses from entering the area between Douglas Creek and East Douglas Creek.

       Many of the reservoirs are fenced but most of these fences are down and do not restrict the movement of horses.

   d.  <u>Hunting</u>:

       The wild horse range is located in one of the more heavily hunted areas in the state of Colorado. Deer hunting is the primary target, but other species such as mountain lion, bobcat and coyote are hunted. The wild horse area has a maze of roads and trails that have been built to serve industry's needs. Vehicular traffic during the hunting seasons is probably a greater threat to the horses than hunting. Other activities also use these roads.

WH-11

Step III Wild Horse & Burro
February 1975
B. Lawhorn

Many of the roads could be closed, as they were built into oil and
gas wells which are now abandoned.

    e.  <u>Rancher</u>:

       Most ranchers that attended the Step II public workshops
in Meeker and Rangely indicated that the presence of the wild horses
would be acceptable.  However, they were highly concerned about the
current increase in number of horses and the lack of any control
measures by the BLM.  Their primary concern was for loss of live-
stock forage and destruction of the range by an overpopulation of
wild horses.

9.  <u>Population Condition</u>:

       Studies have not been initiated to determine population
condition.  Observations indicate that the horses are in good
physical condition.

       Two intensive wild horse censuses have been conducted in
the past year.  The first census was conducted in February of 1974,
the second in August of 1974.

       The first census in February of 1974, accounted for 56 horses.
These horses were not segregated into bands.  The second census in
August 1974, totaled 45 horses in eleven bands.  During the public
meeting, it was learned that there were horses in an area that we
did not census.  Twelve horses were located in two bands in this
area, making a total of 57 horses in 13 bands.  The average band
size was 4.4 horses per band.  There were 4 stud bands and 9 harem
bands.  The harem bands averaged 5.2 horses per band.  (Determination
of band type is questionable since it was determined from a helicopter).

Step III Wild Horse & Burro
February 1975
B. Lawhorn

WH-12

1605 – UNIT RESOURCE ANALYSIS
TABLE 1
Wild Horse/Burro Herd Units

Present Situation

P.U. Rangely

| Bands | Approximate Numbers | | | | | Acres | | | | | Inv. Date |
|-------|-------|-------|-----------|-------|-------|-----|------|-------|---------|-------|------|
| | Studs | Mares | Yearlings | Colts | Total | BLM | Other Fed. | State | Private | Total | |
| #1 | 1 | | | | 1 | | | | | | |
| #2 | 2 | | | | 2 | | | | | | |
| #3 | 1 | 4 | 2 | 1 | 8 | | | | | | |
| #4 | 1 | 3 | 2 | | 6 | | | | | | |
| #5 | 1 | 4 | | 1 | 6 | | | | | | |
| #6 | | 1 | | 1 | 2 | | | | | | |
| #7 | 1 | | 1 | | 2 | | | | | | |
| #8 | 1 | 1 | | 1 | 3 | | | | | | |
| #9 | 3 | | | | 3 | | | | | | |
| #10 | 1 | 3 | 1 | | 5 | | | | | | |
| #11 | 1 | 4 | | 2 | 7 | | | | | | |
| #12 | 1 | 3 | | | 4 | | | | | | |
| #13 | 1 | 5 | | 2 | 8 | | | | | | |
| Total | 15 | 28 | 6 | 8 | 57 | | | | | | |

LAND STATUS

| | | | | |
|-------|------|-------|---------|-------|
| 182,157 | | | 5,810 | 187,970 |

Sex and colt counts were taken with the aid of a helicopter. Colt to adult ratio
is accurate; however, sex ratios could vary considerably.

Wild Horse & Burro Step III
February 1975
B. Lawhorn

Only one stud was counted for each harem band.  According to
James D. Feist in <u>Behavior of Feral Horses in the Pryor Mountain</u>
<u>Range</u>, nearly all the harem bands that he observed had a secondary
stud, usually a non-breeding stud.

At the present time, it is believed that this range has the
maximum number of horses that it can support with the other uses
that are taking place.

Present wild horse production is thought to be less than
15% which may be an indicator to range conditions.  The 15% colt
crop in Douglas Creek  is 9% lower than the 24% colt crop in the
Piceance Basin Planning Unit.

10.  <u>Utilization Related Problems</u>:

With the current emphasis on development of energy related
resources, the western slope of Colorado will undoubtedly gain
several thousand people.  This area will have increased demands for
development of resources, recreation and travel routes.

There is already a road or trail on most ridges and in most
canyons in the wild horse range.  It will be impossible to accurately
determine what the impacts to wild horses will be.  There are three
actions that one can expect:  The horses will migrate into other
areas of the range that are not as accessible to the human population.
The areas they will migrate into will probably be less desirable than
the areas presently occupied.  These areas would have less forage and
could eventually be overused.  The second action that may take place
is that horses will migrate into areas already used by horses.  This
would result in overuse of the range and possibly increased conflict

WH-13

Step III Wild Horse & Burro
February 1975
B. Lawhorn

between horses.  The third action is that the horses will remain within the disturbed area.  This would result in horse behavior that would resemble the behavior of black bears in Yellowstone National Park.

Although the horse range is open to snowmobiling, the area is not heavily used.  With the increase in people population, the wild horse range should be protected from snowmobiles and other O.R.V. uses.  This activity would have a destructive effect on horses during periods of stress, such as severe winters.

One can expect an increase in night time traffic if the oil and gas industry expands operations.  This will present another hazard to the horses, as they travel considerably during this period. The horses would also create a safety hazard to motorists.

11.  Step II Public Workshops:

Of the three public workshops that were held on wild horses, only one consisted primarily of people from wild horse organizations. This was the meeting held in Denver.  Most of the people there felt that there was not adequate scientific data presented and would have liked to have had more information sent to them prior to the meetings. Most of the people were aware that the horse had to be controlled to protect the environment.  Several wanted to expand the wild horse range into other areas.  One suggested that we geld the horses in order to reduce the production potential.  About one-half were in favor of using a helicopter for roundups, while the other one-half were deadset against use of any mechanical methods.  About 90% of the people who attended this meeting indicated that wildlife/ wild horse habitat was the most important use of public lands.

WH-14

Step III Wild Horse & Burro
February 1975
B. Lawhorn

The Rangely workshop consisted of several interest groups, with stockmen being in the majority. The stockmen did indicate they did not want to get rid of wild horses but wanted them controlled to realistic numbers. Very few questionnaires were filled out for the Rangely workshop. Of those that were filled out for the Rangely workshop, about 50% thought livestock forage was the most important resource and 50% thought wildlife habitat was the most important. Several people at the Rangely meeting thought we should permit "mustanging" as a means of controlling horses. (For more information on the public workshops, see Public Participation records on file in the Meeker Area Office and Craig District Office).

12. Areas in which more scientific data is needed:

1. Determination of home ranges and exact range boundaries.

2. Population data (marking system).

3. Importance and function of cover.

4. Status of old fences and inventory of private fences.

5. Range survey on horse range.

6. Extensive fecal analysis studies over entire range.

Step III Wild Horse & Burro
February 1975
B. Lawhorn

WH-15