**Exhibit 4**

# SECTION 1

# PURPOSE AND NEED FOR THE ACTION

The White River Resource Area (the EIS area) is located in northwestern Colorado and is comprised of Rio Blanco county along with portions of northern Garfield County and southern Moffat County (Map 1-1). The entire Resource Area encompasses approximately 3,808 square miles containing 2,125,675 acres, of which 71 percent is public land managed by BLM, 26 percent is private land, 2 percent is State land managed by the Colorade Board of Land Commissioners, and 1 percent is State land managed by the Colorado Division of Wildlife.

Domestic livestock grazing first occurred within the White River Resource Area during the late 1880's. Livestock grazing use on public land has decreased since that time to where present livestock use is at the lowest levels since the turn of the century. At present, public lands provide at least 21 percent of the total forage requirements for the range livestock industry within the EIS area. An even greater dependency for seasonal forage requirements occurs during the spring growing season.

Considerable grazing use by big game wildlife species occurs within the EIS area. The area has the largest wintering mule deer herd in North America, and consequently, large winter kills occur during severe winters. Most livestock grazing capacity inventories (range surveys) within the EIS area did not make direct allocations or allowances for wildlife grazing use.

In addition to wildlife use, a relatively small wild horse herd (in 1970) has rapidly increased in numbers to the present population of 625 horses. As with wildlife, livestock forage inventories did not make direct allocations for wild horse grazing use.

Besides conflicting grazing uses, anticipated energy development within the EIS area would have an effect on future uses of the vegetation resource. Within the EIS area, the largest oil shale deposit in the United States occurs in the Piceance Basin, one of the largest oil and gas fields in the state occurs near Rangely, and coal deposits underlie most areas north of the White River.

As a result of court actions, the Federal Land Policy and Management Act of 1976, and the diverse uses and influences on the vegetation resource, the land use plan was revised in 1978-1979. From the revision, coordinated land use allocations were made for all resource uses.

The multiple use objectives of the land use plan are to enhance the vegetation resource, improve range conditions, provide quality habitat for wildlife and wild horses, provide a continuous supply of livestock forage, reduce soil erosion and sedimentation damage, improve water quality, improve the recreation and visual resources, and protect archeological and historical sites.

Alternative proposals for allocating vegetation and managing livestock grazing were developed from the individual resource optimization recommendations and from the multiple use recommendations for all resources developed during revision of the land use plan.

The land use planning effort from which the alternatives are derived is responsive to the requirements of the Federal Land Policy and Management Act of 1976 including the policy goals that, the "national interest will be best realized if the public land and their resources are periodically and systematically inventoried and their present and future use is projected through a land use planning process...", and "that the public lands be managed in a manner which recognizes the Nation's need for domestic sources of minerals, food, timber, and fiber from the public lands...".

Further, this Environmental Impact Statement (EIS) is the result of a suit filed by environmental interests in Federal Court in 1973 which alleged that BLM's programmatic grazing EIS did not comply with the National Environmental Policy Act. Following a finding by the Court largely in favor of the plaintiffs and subsequent agreements, BLM scheduled the development of a new Management Framework Plan (MFP) for the White River Resource Area.

This statement was prepared under the new Council on Environmental Quality (CEQ) regulations for environmental assessments. This has resulted in a new format for EISs with the impacts of all alternatives discussed in the Environmental Consequences section (Section 4) and description and comparison of each alternative in Section 2. The Affected Environment section (Section 3) discusses only those elements of the environment or those resources that would be affected by the proposals within each alternative.

remain at the existing levels during this period. After necessary livestock adjustments are fully implemented, forage made available through livestock reductions would be partially allocated to big game wildlife populations. The allocation to big game wildlife would provide the following increase in competitive livestock-wildlife forage to wildlife: 23 percent for deer, 8 percent for elk, and 2 percent for antelope.

It is anticipated that deer populations would not expand to the level (23 percent increase) provided by the initial allocation, at least in the short term Summer populations of deer may expand to the allocation level but not wintering populations. Prior to expansion of wintering deer herds, increased production of mule deer winter forage would be necessary. Land treatments, proposed in this alternative, would be required to increase production of winter forage.

In addition to increased allocations to large consumptive users, the reduced livestock grazing use would provide accelerated improvement in watershed and soil protection through improved vegetation conditions (improved vigor, increased reproduction, and increased litter).

Improvement of 142 acres of riparian vegetation would involve livestock exclusion from 55.5 miles of streams. The initial allocation for livestock includes a reduction of 142 AUMs for improvement of these areas (Table 2-9).

## Wild Horse Management Area

Wild horses would be managed on 107,000 acres of the existing 443,979 acre horse area, the same area proposed in Alternative A (Map 2-1). A maximum of 450 wild horses with a minimum of 280 horses would be maintained on this area. Wild horses would be allowed to increase to the maximum on each allotment as follows:

6027 Square S - 146 horses to 157 horses

6030 Yellow Creek - 133 horses to 172 horses

6337 Cathedral Bluffs - 87 horses to 121 horses

Removal of 259 wild horses from 11 allotments (excluding Square S, Yellow Creek, and Cathedral Bluffs) would be required under this alternative. In order to maintain a maximum of 450 wild horses on Square S, Yellow Creek, and Cathedral Bluffs allotments, removal of the number of horses above the minimum would be required about once in 4 years.

## Grazing Management

### EXISTING INTENSIVE MANAGEMENT AREAS

The six allotments presently under intensive management would continue under the existing management described in Alternative A (Action Proposal). However, these allotments would be subject to the vegetation allocation (Table 2-8) and grazing treatments (described below) proposed under this alternative.

### PROPOSED INTENSIVE MANAGEMENT AREAS

Intensive management is proposed for eight allotments containing 437,226 acres of public land. Intensive management is proposed for these allotments to improve critical deer winter ranges on the North Dry Fork (6005), Greasewood (6036), Little Spring Creek (6038), and Twin Buttes (6346) allotments and to improve deer summer and winter ranges on the K Ranch (6307) and Wolf Creek (6323) allotments.

Allotment management plans along with the associated grazing systems and range improvements would be developed during implementation of this alternative. The grazing systems and range improvements would be designed to improve critical or limited wildlife habitat.

### PROPOSED LESS INTENSIVE MANAGEMENT AREAS

Less intensive management is proposed for 125 allotments containing 915,269 acres of public land. The vegetation allocation (Table 2-8) and the grazing treatments discussed below would be incorporated into the grazing management of these allotments. Range improvements on these allotments would be limited to the types of improvements required to enhance resource values other than livestock grazing.

### GRAZING TREATMENTS

The minimum rest requirements proposed for each allotment in Alternative A (Appendix B, Table B-1), would be applied each year on the entire allotment under this alternative (Appendix B, Table B-4). Applying these rest periods annually would eliminate spring livestock grazing from approximately March to June on lower elevation rangeland and from approximately April to July (in some cases mid-July) on higher elevation rangeland (above 7,000 feet). Elimination of spring livestock grazing



**Map 2-1. Existing and Proposed Wild Horse Range (Alternative A)**

No change in fish habitat would occur along 26 miles of public stream. Included here are 12 miles along the White River and 4.5 miles along Piceance Creek. Improved watershed conditions would decrease the sediment loads in these streams, however, these changes would not be substantial enough to improve fish habitat. Public segments of these streams are generally short and intermittent along the entire length separated by long stretches of private or state owned stream. Public portions comprise less than 10 percent of both streams. For this reason, impacts resulting from activities on public owned stream frontage would be neglible.

Fish habitat in Divide Creek reservoir, and the reservoirs on West and Bitter Creeks would not change substantially. Divide Creek reservoir has been previously fenced. Livestock reductions would not be sufficient to reduce the impacts on bottom disturbance by wading livestock in the reservoirs on West and Bitter Creeks.

A decline in the fish habitat along the 3 miles of Brush Creek would occur as a result of the declining riparian conditions, causing a loss in cover, increase in siltation, and a decrease in available food organisms.

## THREATENED AND ENDANGERED FISH SPECIES

There would be no impacts as a result of the action proposal on either of the endangered fish species, Colorado squawfish and boneytail chub, which occur in the White River. Both species are either presently existing at low population levels, or use the river only sporadically. Such conditions would not be expected to change from impacts associated with this alternative.

The Colorado cutthroat trout populations in Trappers, Lake, and Soldier Creeks would improve due to improved habitat conditions following the fencing along all three streams.

## CONCLUSION OF IMPACTS ON AQUATIC WILDLIFE

Implementation of the action proposal would result in an overall improvement in habitat for both aquatic invertebrates and fish. Improvements in fish populations would be marginal due to the limited carrying capacities of most streams in the EIS area. On streams where public ownership comprises only a small percentage of the total stream length, impacts to aquatic life would be negligible. Fish habitat would improve along 45 miles of stream, remain the same on 25 miles, and decline along 3 miles.

## Impacts on Wild Horses

The initial allocation of vegetation in the action proposal would result in a 8,014 AUM reduction in wild horse use. The 8,014 AUM reduction would decrease the wild horse population from 366 to 90 (75 percent) in the Yellow Creek, Cathedral Bluffs, and Square S allotments and decrease the remainder of the existing wild horse range (Map 2-1) by 100 percent (259) horses). Total wild horse reductions would be 86 percent (535 horses) of the present wild horse herd of 625.

The action proposal recommends total removal of wild horses outside the proposed 107,000 acre wild horse area. Total removal would cause short term periods of stress by removing horses from their natural environment. During a recent total removal operation on Douglas Mountain in northwest Colorado, most of the remaining 10 percent of the herd had to be removed with a capture gun resulting in a 3 percent death loss. Death losses in the EIS area could be expected to exceed this figure because the wild horses are scattered over a larger area which includes more fences and rougher terrain.

The 75 percent reduction of wild horse use in the proposed 107,000 acre wild horse management area should not have a significant impact on range condition for the first one to two years after the reductions have been made. However, the wild horse reduction should have a beneficial effect on forage production during the spring growing season with improved plant composition, density and cover occuring 3 years after wild horse reductions are completed. This reduction would decrease the competition between horses for forage, water, and living space during the short term which, according to Dasmann (1964), would increase annual forage production because the density of the population is below the carrying capacity of the environment.

The reduction of 276 wild horses from the proposed wild horse management area would only leave an average of 30 wild horses in each of the three allotments. Herds of 30 wild horses could be susceptible to total elimination during severe winters. For example, a local rancher reported observing 20 winter-killed wild horses in pasture C (Square S allotment) in the early summer of 1979. According to local CDOW information (personal communication), a large percentage of the animals that die in a wildlife population are not ususaly observed. This could indicate that the number of horses dying in pasture C exceeded the 20 that were observed during the 1978-1979 winter which was one of the severest winters in the last several years.

149

# FINAL ENVIRONMENTAL IMPACT STATEMENT



# WHITE RIVER

# RESOURCE AREA

# GRAZING MANAGEMENT

**Riparian and Aquatic Habitats**

Concern has been expressed that the Action Proposal (Alternative A) would not provide the level of improvement to riparian vegetation which would be necessary for quality wildlife and fisheries habitat, with the exception of certain streams containing State listed threatened fish species. The analysis of this alternative does indicate, however, that some slight improvement would occur. In order to insure that these riparian areas continue to improve as expected, recommendations in the land use plan provide for monitoring these areas and for mitigation on a case by case basis for those areas not responding to improved livestock grazing management.

**Wild Horses**

Public responses indicated concern regarding proposals in the land use plan for managing wild horses. Major areas of interest included: 1) the need for reducing the size of the wild horse range; 2) the proposed population levels; and 3) the possibility of the proposals violating the mandates of the Wild and Free-Roaming Horse and Burro Act. The two primary factors which were considered in the proposed reduction in range size were: 1) the amount of habitat lost from increased oil and gas production and human disturbance, and 2) the areas where horse movements are restricted by existing fences creating competition between horses and deer for winter range. The remaining wild horse range, considered to be their preferred habitat, has been allocated for continued wild horse use.

**Vegetation Manipulations**

Wildlife interests have expressed concern over potentially adverse impacts to mule deer and sage grouse habitats from the proposed vegetation manipulations in the action proposal. The WRRA's Land Use Plan and this EIS have identified the specific mitigation measures and design restrictions which would provide for the protection of habitat values for deer, sage grouse and the other wildlife species. Briefly, wildlife habitat values would be protected through the mitigations developed through both the land use plan and EIS process, site-specific analysis and environmental assessment procedures, coordination with local resource agencies, and monitoring studies.