**Exhibit 5**

# WHITE RIVER
## RECORD OF DECISION AND APPROVED RESOURCE MANAGEMENT PLAN



U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WHITE RIVER RESOURCE AREA, COLORADO
JULY 1997

United States Department of the Interior
Bureau of Land Management

# RECORD OF DECISION AND APPROVED WHITE RIVER RESOURCE AREA RESOURCE MANAGEMENT PLAN

Craig District
White River Resource Area
Meeker, Colorado

*[signature]*

State Director
Colorado State Office

### Resource Decisions

Livestock Grazing Management Guidelines contained in Appendix C.

The estimated number of acres of pinyon-juniper, sagebrush-mountain browse, and greasewood that will be manipulated to improve rangeland conditions is shown in Table 2-8 of Appendix D.

Changes in management categories will be supported by a documented analysis.

## WILD HORSES

<u>Objective:</u>
Manage for a wild horse herd of 95-140 animals on 190,130 acres within the Piceance-East Douglas Herd Management Area (HMA) so that a thriving ecological balance is maintained for all plant and animal species on that range.

<u>Management:</u>
Wild horses will be managed to provide a healthy, viable breeding population with a diverse age structure.

The North Piceance and West Douglas Herd Areas will be managed in the short-term (0-10 years) to provide forage for a herd of 0 to 50 horses in each herd area. The long term objective (+10 years) will be to remove all wild horses from these areas (See Map 2-10).

The boundary of the Piceance-East Douglas HMA will be expanded to include the Greasewood allotment (presently a part of the North Piceance Herd Area).

The wild horse herd population will be managed to improve range condition.

<u>Implementation:</u>
Develop a cooperative management agreement with the private surface owner of 13,900 acres of patented oil shale claims that lie within the Boxelder Allotment and Pasture C of the Square S Allotment.

Update and revise the Piceance-East Douglas Herd Management Area Plan.

Monitoring studies will be conducted and the long term appropriate management level (AML) for the Herd Management Area will be adjusted based on the results of this monitoring.

## WILDLIFE HABITAT

### Big Game

<u>Objective:</u>
Ensure that big game habitats provide components and conditions necessary to sustain big game populations at levels commensurate with multiple use objectives and state-established population objectives.

<u>Management:</u>
Maintain or enhance the productivity and quality of preferred forages on all big game ranges.

Provide the forms, distribution and extent of vegetative cover and forage that satisfy the physiological and behavioral requirements of big game.

Reduce the duration, extent, and intensity of manageable forms of animal harassment during crucial timeframes, and avoidance-induced disuse of suitable habitats considered limited in supply and/or critical in fulfilling special functions.

Big game forage allocations will remain the same as identified in