# Exhibit 6

Jim Cagney
04/11/2000 05:33 PM

To: Tom Pogacnik/NVSO/NV/BLM/DOI@BLM
cc: Bud Cribley/WO/BLM/DOI@BLM, KIMBERLY FONDREN@DOI, Bob Schmidt/COSO/CO/BLM/DOI@BLM, Fran Ackley/CCFC/CO/BLM/DOI, ANDREA GELFUSO@DOI, Fran Ackley/CCFO/CO/BLM/DOI, Bob Fowler/MEFO/CO/BLM/DOI@BLM, Rusty Roberts/MEFO/CO/BLM/DOI@BLM, Glen Wallace@NPS

Subject: Re: Conference Call

Hi folks,

First of all I'm sorry I missed the conference call. I missed the email because I was in meetings all Monday afternoon and Tuesday morning. At the time of the conference call I having lunch with the county weed pro and the Colorado state office weed coordinator. I was thinking I was right where I needed to be. Look how wrong you can be. I have officially learned that a Field Manager can not negelect email the way an Associate Field Manager can. I'm afraid this will not be my last lesson. Rusty said it was a good discussion of the facts.

Bob, Rusty and I had a good converstation with Fran thereafter, and here is now I understand our game plan. We will draft responses to Valerie Stanley and Barb Florez' comments on the double and get them to everyone on this email. We will incorporate advice from the solicitor in the best NEPA format we can bring to the table, through consultation with Glen Wallace our state office NEPA pro. Bob Fowler has been working closely with Glen the last two weeks. Our fundamental approach will be to characterize this gather as an outside the Herd Management Area function. That is a true and fair characterization.

The problem with that latter issue is we called the West Douglas Herd Area a "herd area" in our Land Use Plan. That is unfortunate terminology that we initiated in the mid 80's to report the location of horses west of the HMA. That is our present and continuing problem - the terminology we have used. That is the obstacle we must overcome. However we are certain we can tell our story and demonstrate conclusively that our actions adhere to both the letter and the spirit of the Wild-Free Roaming Wild Horse and Burro Act.

Again, I'm sorry I missed that important call. We really appreciat the support we are getting from the BLM, and the absolute last thing I'd like to do here/now is look disinterested. I think this is the most important issed I've addressed in my 22 years with this outfit.



Jim Cagney
06/05/2001 10:58 AM

To: Bud Cribley/WO/BLM/DOI@BLM
cc: Doug Koza/COSO/CO/BLM/DOI@BLM

Subject: West Douglas

Good Morning Bud,

I've been thinking about the legal advice we received from Amy Sosin pretty much non stop since the middle of last week when I received it. I'll spare you the point by point analysis and summarize by saying that I don't think that advice leads to any direction. There is a lot of criticism regarding difficult issues without any insight regarding what to do instead.

Clearly I can not attempt to address these comments and retain my time line. I don't believe those comments form a basis form which to hammer out a consensus, but lets assume for the moment that they are. A month to make adjustments takes us to Mid July. The document would change so much that I would have to seek comments for another month - to Mid August. A week to incorporate comments takes me to late August. A 30 day courtesy window or appeal period takes us to late September.

Given the fact that the BLM's lawyer doesn't support White River's position, and I'm just an acting field manager it seems prudent for me to back off. I propose to send a letter to my mailing list saying that I have received sufficient comment that I cannot meet my timeline, and am therefore canceling the gather operation. Hopefully the new White River Field Manager will come up with a solution that no one here can see. There is no process where White River is allowed to frame these issues. We are only allowed to respond.

But there is a bottom line here Bud. In 1975 the term "Herd Area" did not exist. In 1983, the definition of a Herd Area in the national program guidance was "herd areas collectively represent the maximum distribution of horses and burros in a planning area." Through various documents, most notably congressional reports, the West Douglas Area was irreversibly termed a herd area by that benign definition. Then in 1986, the BLM changed the Herd Area definition in the regulations to link it to the Wild Free Roaming Horse and Burro Act by saying "Herd Area means the geographic area identified as having been used by a herd as its habitat in 1971." With all due respect to that latest definition, the horses on Texas Mountain have been in trespass for 28 years. This is not about cows or oil and gas. I think it's time for the national program office to help us with that issue rather than let us twist in the wind.

I'm going to pull the plug on this operation June 22nd unless I see some chance of success.

STUV