# Exhibit 7

2007 GATHER SCHEDULE 20%  This gather schedule is subject to change.  La: 10/4/2006

| State | Agency | Herd Management Area | Complex | Start Date | End Date | # Planned Gathered | # Planned Removed | Contractor/ BLM |
|---|---|---|---|---|---|---|---|---|
| NV | BLM | Clan Alpine | | 10/24/06 | 10/28/06 | 100 | 100 | Cook |
| CA | FS | Devils Garden | | 10/30/06 | 11/20/06 | 160 | 160 | Cattoor |
| NV | BLM | Dry Lake | Dry Lake | 12/1/06 | 12/20/06 | 100 | 44 | Cattoor |
| NV | BLM | Highland Peak | Dry Lake | 12/1/06 | 12/20/06 | 95 | 95 | Cattoor |
| NV | BLM | Rattlesnake | Dry Lake | 12/1/06 | 12/20/06 | 1 | 1 | Cattoor |
| NV | BLM | Seaman | | 12/1/06 | 12/20/06 | 20 | 20 | Cattoor |
| NV | BLM | Clover Creek | | 12/20/06 | 12/23/06 | 25 | 25 | Cattoor |
| CA | BLM | Slate Range | | 12/10/06 | 12/14/06 | 20 | 20 | Cook |
| CA | BLM | Cenntennia | | 12/15/07 | 12/17/06 | 35 | 35 | Cook |
| CA | BLM | Clark Mt | | 12/19/06 | 12/23/06 | 150 | 150 | Cook |
| WY | BLM | Salt Wells Creek | Adobe Town | 1/2/07 | 2/2/07 | 1556 | 1100 | Cattoor |
| WY | BLM | Outside HMA-Salt Wells | Adobe Town | 1/2/07 | 2/2/07 | 42 | 42 | Cattoor |
| NV | BLM | Johnnie Burros | Spring Mtn | 1/2/07 | 1/21/07 | 241 | 241 | Cook |
| NV | BLM | Red Rock Burros | Spring Mtn | 1/2/07 | 1/21/07 | 123 | 123 | Cook |
| NV | BLM | Wheeler Pass Burros | Spring Mtn | 1/2/07 | 1/21/07 | 25 | 25 | Cook |
| NV | BLM | Johnnie Horses | Spring Mtn | 1/2/07 | 1/21/07 | 47 | 47 | Cook |
| NV | BLM | Wheeler Pass Horses | Spring Mtn | 1/2/07 | 1/21/07 | 8 | 8 | Cook |
| NV | BLM | El Dorado Mt | | 1/2/07 | 1/21/07 | 6 | 6 | Cook |
| NV | BLM | Muddy Mt | | 1/2/07 | 1/21/07 | 13 | 13 | Cook |
| NV | BLM | Gold Butte | | 1/2/07 | 1/21/07 | 40 | 40 | Cook |
| NV | BLM | Saulsbury | Saulsbury | 1/22/07 | 2/12/07 | 100 | 89 | Cook |
| NV | BLM | Stone Cabin | Saulsbury | 1/22/07 | 2/12/07 | 364 | 165 | Cook |
| NV | BLM | Reveille | Saulsbury | 1/22/07 | 2/12/07 | 128 | 52 | Cook |
| NV | FS | Monitor WHT | Saulsbury | 1/22/07 | 2/12/07 | 169 | 169 | Cook |
| NV | BLM | Outside HMA | Saulsbury | 1/22/07 | 2/12/07 | 64 | 64 | Cook |
| UT | BLM | Hill Creek | | 2/14/07 | 2/20/07 | 280 | 247 | Cook |
| NV | BLM | Wilson Creek | Wilson/ Deer | 2/7/07 | 2/27/07 | 675 | 650 | Cattoor |
| NV | BLM | Deer Lodge Canyon | Wilson/ Deer | 2/7/07 | 2/27/07 | 125 | 102 | Cattoor |
| UT | BLM | Mt. Elinor | Wilson/ Deer | 2/7/07 | 2/27/07 | 25 | 25 | Cattoor |
| UT | BLM | Choke Cherry | Wilson/ Deer | 2/7/07 | 2/27/07 | 25 | 25 | Cattoor |
| CO | BLM | West Douglas | | 2/22/07 | 2/28/07 | 60 | 60 | Cook |
| CA | BLM | Chemehuevi | | 4/1/07 | 9/29/07 | 40 | 40 | BLM |

2007 GATHER SCHEDULE 20%     This gather schedule is subject to change.    La:   10/4/2006

| State | Agency | Herd Management Area | Complex | Start Date | End Date | # Planned Gathered | # Planned Removed | Contractor/ BLM |
|---|---|---|---|---|---|---|---|---|
| CA | BLM | Chicago Valley | | 4/1/07 | 9/29/07 | 2 | 2 | BLM |
| CA | BLM | Chocolate-Mule Mt | | 4/1/07 | 9/29/07 | 10 | 10 | BLM |
| AZ | BLM | Tassi/Gold Butte | | 4/15/07 | 4/30/07 | 10 | 10 | BLM |
| AZ | BLM | Outside | | 5/1/07 | 8/1/07 | 45 | 45 | BLM |
| AZ | BLM | Lake Pleasant | | 5/1/07 | 5/15/07 | 30 | 30 | BLM |
| UT | BLM | Sinbad | Muddy/sinbad | 5/1/07 | 5/3/07 | 50 | 50 | BLM |
| AZ | BLM | Cibola | | 5/16/07 | 5/31/07 | 25 | 25 | BLM |
| AZ | BLM | Black Mountain | | 6/1/07 | 6/30/07 | 50 | 50 | BLM |
| NM | BLM | Bordo Atravesado | | 6/1/07 | 6/15/07 | 52 | 26 | BLM |
| AZ | BLM | Alamo | 3 Rivers | 7/1/07 | 7/31/07 | 25 | 25 | BLM |
| AZ | BLM | Big Sandy | 3 Rivers | 7/1/07 | 7/31/07 | 15 | 15 | BLM |
| AZ | BLM | Havasu | 3 Rivers | 7/1/07 | 7/31/07 | 50 | 50 | BLM |
| NM | FS | Jarita Mesa | | 7/1/07 | 9/1/07 | 25 | 25 | FS |
| NM | FS | Jicarilla | | 7/1/07 | 9/1/07 | 75 | 75 | FS |
| UT | BLM | Swasey | | 7/1/07 | 7/6/07 | 180 | 155 | BLM |
| NV | BLM | Bald Mountain | S. Shoshone | 7/1/07 | 7/14/07 | 321 | 209 | Cook |
| NV | BLM | South Shoshone | S. Shoshone | 7/1/07 | 7/14/07 | 285 | 240 | Cook |
| NV | BLM | Roberts Mountain | Roberts Mtn | 7/15/07 | 7/22/07 | 416 | 348 | Cook |
| NV | BLM | Whistler Mountain | Roberts Mtn | 7/15/07 | 7/22/07 | 31 | 18 | Cook |
| UT | BLM | North Hills | | 7/16/07 | 7/22/06 | 40 | 30 | Cattoor |
| UT | FS | North Hills | | 7/16/07 | 7/22/06 | 60 | 50 | Cattoor |
| NV | FS | Powell Mtn | | 7/23/07 | 7/28/07 | 75 | 75 | Cook |
| CO | BLM | Little Bookcliffs | | 8/1/07 | 8/7/07 | 120 | 100 | BLM |
| ID | BLM | Challis | | 8/13/07 | 8/18/07 | 145 | 112 | Cattoor |
| CA | BLM | Nut Mountain | | 8/15/07 | 8/19/07 | 160 | 160 | BLM |
| OR | BLM | Kiger | | 9/10/07 | 9/25/07 | 154 | 103 | Cook |
| OR | BLM | Riddle | | 9/10/07 | 9/25/07 | 80 | 50 | Cook |
| OR | BLM | Jackies Butte | | 9/10/07 | 9/25/07 | 174 | 100 | Cook |
| CA | BLM | Carter Reservoir | | 9/11/07 | 9/14/07 | 100 | 100 | BLM |
| CA | BLM | Massacre Lake | | 9/15/07 | 9/20/07 | 140 | 140 | BLM |
| CA | BLM | New Ravendale | | 9/15/07 | 9/20/07 | 20 | 20 | BLM |
| NV | BLM | Jackson Mountains | | 9/15/07 | 9/23/07 | 340 | 247 | Cattoor |

2007 GATHER SCHEDULE 20%   This gather schedule is subject to change.   Last: 10/4/2006

| State | Agency | Herd Management Area | Complex | Start Date | End Date | # Planned Gathered | # Planned Removed | Contractor/BLM |
|---|---|---|---|---|---|---|---|---|
| NV | BLM | Jakes Wash | | 9/24/07 | 9/30/07 | 100 | 72 | Cattoor |
| NV | BLM | Moriah | | 9/24/07 | 9/30/07 | 40 | 36 | Cattoor |
| CA | BLM | Bitner | | 9/20/07 | 9/30/07 | 80 | 80 | BLM |
| | | | | | 3883 winter | | | |
| | | | | | 2923 summer | | | |
| | | | | | 6806 total | | | |