# Exhibit 8

*Law Office of Valerie J. Stanley*
*329 Prince George Street*
*Laurel, MD 20707*

**Admitted in Maryland**
**and the District of Columbia**

(301) 549-3126
(301) 549-3228 fax

*By Hand Delivery*

February 28, 2006

Director (210)
Bureau of Land Management
Attn: Brenda Williams, Protest Coordinator
1620 L Street, N.W., Suite 1075
Washington, D.C. 20036

Re: Decision Record/Finding of No Significant Impact
West Douglas Herd Area Amendment to the White
River Resource Management Plan
CO-WRFO-05-083-DR/FONSI

Dear Director:

On October 3, 2005, I submitted a protest to the above DR/FONSI on behalf of Toni Moore, the Colorado Wild Horse and Burro Coalition (CWHBC), the American Mustang and Burro Association (AMBA) and The Cloud Foundation (TCF) ("protesters"). That protest is pending.

I write to call your attention to a BLM document protesters have obtained since the filing of the protest – which directly contradicts certain statements made by the White River Field Office (WRFO) in the DR/FONSI under protest. This information is related to and has a direct bearing on the EA under protest, issues protesters raised during the public comment period on the EA and in their protest.

**The Decision Record's Statements Regarding the West Douglas Herd Area and the Piceance-East Douglas Herd Management Area**

In mitigation of BLM's selection of the alternative which provided for the removal of wild horses from the West Douglas Herd Area, Field Manager Kent Walter of

the White River Field Office stated in the DR/FONSI,

> It is also important to take into account that during the 1997 White River Resource Area Resource Management Plan planning process all existing Herd Areas, including the West Douglas Herd Area were comprehensively considered for the management of wild horses. As a result of that inclusive public planning process and analysis, which considered all the historic horse range and habitat within our jurisdiction, the Piceance/East Douglas Herd Management Area containing 190,130 acres was established. <u>The Piceance/East Douglas Herd Management Area, which lies adjacent to the West Douglas Herd Area but is separated by a highway and fences, was created because it is the most suitable area where a self sustaining herd of wild horses could be managed in a manner that would result in a thriving natural ecological balance. The Land Use Plan specifies 95 to 140 animals as the initial herd size</u>, but identifies a process for revision based on an analysis of long term grazing use by all sources, in conjunction with climate studies and rangeland trend. <u>Our current objective of 165 animals (in the Piceance/East Douglas Herd Management Area) is based on an analysis of long term grazing use by all sources, in conjunction with climate studies and rangeland trend.</u>

DR at 2 (emphasis and explanatory parenthetical added).

Mr. Walter then states,

> Furthermore, as a result of this analysis, I concur with the existing 1997 White River Resource Area Management Plan that the Piceance East Douglas Herd Management Area is the most suitable area to manage wild horses within the White River Resource Area and the decision to remove the wild horses from the West Douglas Herd Area still remains the most appropriate management decision.

DR at 2.

The Decision Record was signed August 27, 2005 and this protest was filed on October 3, 2006. After the protest was submitted, BLM made public its planned roundups for FY2005; a copy of this document is attached hereto as Exhibit 1. This document lists the start and end dates of the planned roundups throughout the United States, the complex where the wild horses and/or burros will be taken from, the name of the Herd Management Area or Herd Area where the wild horses and/or burros will be taken from, whether the entity rounding up the horses and/or burros is BLM or a contractor, the number of wild horses and/or burros planned to be rounded up and the number of wild horses and/or burros planned to be removed from the particular area of the public lands.

In direct contravention of the statements made by Mr. Walter in the DR -- i.e. assuring the public that it would be acceptable to remove wild horses from West Douglas

2

because a decision had already been made to manage a population of 165 wild horses in the nearby area of Piceance East Douglas Herd Management Area -- BLM's plans now call for a roundup of the 175 wild horses from Piceance/East Douglas, removal of 155 of those horses, leaving that area with 20 wild horses. This roundup is scheduled for September 17th through September 29th, 2006.

It should also be noted that the WRFO has scheduled West Douglas for a roundup of its 116 wild horses, with removal of 110 (leaving 5 wild horses) for September 7th through September 16th, 2006. The areas are highlighted on the attached exhibit.

Thus, BLM plans over the course of 22 days to remove a total of 265 wild horses both from Piceance/East Douglas and West Douglas, leaving a mere 25 wild horses to roam over these several hundred thousand acre areas. This number of wild horses is well under the number of wild horses BLM knows are needed in a population to ensure its genetic viability.

## Conclusion

Neither the Director, nor the public, should be under the mistaken impression put forth in this DR/EA that wild horses will remain in sufficient numbers to ensure their continued presence and genetic viability in this area of Colorado. While appellants' protest – and the DR/EA under protest – concern the West Douglas herd, BLM's reference in that document to wild horse herds in the adjacent area of Piceance/East Douglas, coupled with the attached document demonstrating BLM's plans to eradicate wild horses from both areas, compel the conclusion that the Director should set aside the DR/EA under protest. In addition, at the least, the Director should require preparation of a new EA in light of BLM's plans to severely reduce the populations of wild horses in both areas this year, and/or order that an Environmental Impact Statement be prepared

addressing wild horse use of both areas and prohibit BLM from rounding up wild horses in either area until completion of these analyses in compliance with NEPA and the Wild Free-Roaming Horses and Burros Act, 16 U.S.C. §1331 et seq.

Respectfully submitted,

*Valerie J Stanley*
Valerie J. Stanley
Counsel for Protesters

Toni Moore and Colorado Wild Horse and Burro Coalition
c/o 1787 K 6/10 Rd.
Fruita, CO 81521 (new address)

Barb Flores and the American Mustang and Burro Association

Ginger Kathrens
The Cloud Foundation

Enclosure:
Exhibit 1
Cc: Joby Warrick
    Washington Post

**EXHIBIT 1**

| Start Date | End Date | State | Complex | Herd Management Area | Contractor/BLM | Planned Gathered | Planned Removed |
|---|---|---|---|---|---|---|---|
| 10/7/05 | 10/17/05 | UT | Bible Springs | Bible Springs | Cook | 83 | 63 |
|  |  |  |  | Blawn Wash HA | Cook | 112 | 112 |
|  |  |  |  | Four-mile | Cook | 40 | 30 |
|  |  |  |  | Tilly Creek | Cook | 75 | 65 |
|  |  |  | Bible Springs Total |  |  |  |  |
|  |  |  | (blank) |  |  |  |  |
| 10/16/05 | 10/30/05 | WY |  | Green Mountain | Cattoor | 310 | 270 |
|  |  |  | (blank) Total |  |  | 560 | 490 |
| 10/19/05 | 10/26/05 | OR |  | Sand Springs | Cook | 560 | 490 |
|  |  |  | (blank) Total |  |  | 295 | 195 |
| 10/27/05 | 11/1/05 | MT |  | PMWHR | Cook | 295 | 195 |
|  |  |  | (blank) Total |  |  | 6 | 6 |
| 10/28/05 | 11/29/05 | MT |  | PMWHR | Cook | 6 | 6 |
|  |  |  | (blank) Total |  |  | 125 | 54 |
| 11/1/05 | 11/7/05 | NV | Blue Wing | Selenite Range HA | Cattoor | 125 | 54 |
|  |  |  |  | Seven Troughs | Cattoor | 140 | 140 |
|  |  |  | Blue Wing Total |  |  | 142 | 130 |
|  | 11/10/05 | NV |  | Souther NV complex | Cook | 282 | 270 |
|  |  |  | (blank) Total |  |  | 380 | 380 |
| 11/8/05 | 11/24/05 | NV | Blue Wing | Antelope Range HA | Cattoor | 380 | 380 |
|  |  |  |  | Kamma Mtns | Cattoor | 64 | 64 |
|  |  |  |  | Lava Beds | Cattoor | 122 | 89 |
|  |  |  |  | Nightingale Mtns | Cattoor | 138 | 64 |
|  |  |  |  | Selenite Range HA | Cattoor | 14 | 14 |
|  |  |  |  | Seven Troughs | Cattoor | 107 | 107 |
|  |  |  |  | Shawave Mtns | Cattoor | 165 | 89 |
|  |  |  |  | Trinity Range HA | Cattoor | 24 | 24 |
|  |  |  | Blue Wing Total |  |  | 8 | 8 |
| 11/27/05 | 12/1/05 | NV |  | Simpson Park | Cattoor | 642 | 459 |
|  |  |  | (blank) Total |  |  | 200 | 200 |
| 12/3/05 | 12/6/05 | NV |  | Hot Springs | Cook | 200 | 200 |
|  |  |  | (blank) Total |  |  | 92 | 92 |
| 12/8/05 | 12/10/05 | NV |  | Mcgee Mtns | Cook | 92 | 92 |
|  |  |  | (blank) Total |  |  | 83 | 51 |
| 12/12/05 | 12/20/05 | CA |  | Clark Mtn | Cook | 83 | 51 |
|  |  |  | (blank) |  |  | 125 | 125 |

| Date | Date | State | Subunit | HMA | Contractor | Count1 | Count2 |
|---|---|---|---|---|---|---|---|
| 12/12/05 | 12/20/05 | CA | (blank) | Monte Cristo | Cook | 125 | 125 |
| 1/6/06 | 1/30/06 | NV | te Cristo-Sand Sp | Sand Springs East | Cook | 343 | 149 |
|  |  |  |  | Sand Springs West | Cook | 354 | 200 |
|  |  |  |  |  |  | 277 | 267 |
|  |  |  | Monte Cristo-Sand Springs Total |  |  | 974 | 616 |
|  |  |  | (blank) | Monte Cristo | Cook | 140 | 140 |
|  |  |  | (blank) Total |  |  | 140 | 140 |
| 1/20/06 | 1/26/06 | OR | (blank) | Alvod Tules | Cattoor | 206 | 133 |
|  |  |  | (blank) Total |  |  | 206 | 133 |
| 2/1/06 | 2/10/06 | NV | Fish Creek | Fish Creek | Cook | 186 | 161 |
|  |  |  |  | Little Fish Lake /WHT | Cook | 0 | 0 |
|  |  |  |  | North Monitor | Cook | 42 | 39 |
|  |  |  |  | Outside | Cook | 53 | 53 |
|  |  |  | Fish Creek Total |  |  | 143 | 90 |
| 7/1/06 | 7/2/06 | CA | (blank) | Sevenmile /Butler Basin W | Cook | 424 | 343 |
|  |  |  | (blank) Total |  |  |  |  |
|  | 8/1/06 | NV | (blank) | McGavin Peak | Cook | 60 | 60 |
|  |  |  | (blank) Total |  |  | 60 | 60 |
| 7/7/06 | 7/11/06 | NV | (blank) | Buck and Bald | Cattoor | 1100 | 1030 |
|  |  |  | (blank) Total |  |  | 1100 | 1030 |
| 7/12/06 | 7/13/06 | NV | (blank) | Paymaster | Cook | 181 | 172 |
|  |  |  | (blank) Total |  |  | 181 | 172 |
| 7/14/06 | 7/16/06 | NV | (blank) | Silver Peak | Cook | 61 | 61 |
|  |  |  | (blank) Total |  |  | 61 | 61 |
| 7/18/06 | 7/21/06 | UT | (blank) | pilot Mt | Cook | 100 | 100 |
|  |  |  | (blank) Total |  |  | 100 | 100 |
| 7/23/06 | 7/30/06 | UT | (blank) | Swasey | Cook | 120 | 100 |
|  |  |  | (blank) Total |  |  | 120 | 100 |
| 8/1/06 | 8/5/06 | UT | (blank) | Sulpur | Cook | 260 | 225 |
|  |  |  | (blank) Total |  |  | 260 | 225 |
|  | 8/22/06 | WY | (blank) | Range Creek | Cook | 75 | 63 |
|  |  |  | (blank) Total |  |  | 75 | 63 |
| 8/23/06 | 8/28/06 | WY | (blank) | Divide Basin | Cattoor | 725 | 435 |
|  |  |  | (blank) Total |  |  | 725 | 435 |
| 8/27/06 | 8/30/06 | OR | (blank) | Lost Creek | Cattoor | 215 | 191 |
|  |  |  | (blank) Total |  |  | 215 | 191 |
|  |  |  | (blank) | Three Fingers | Cook | 198 | 123 |
|  |  |  | (blank) Total |  |  | 198 | 123 |

| Date | Date2 | State | Sub | Location | Contractor | Val1 | Val2 |
|---|---|---|---|---|---|---|---|
| 8/29/06 | 8/31/06 | WY | (blank) | Antelope Hills | Cattoor | 75 | 26 |
| 8/31/06 | | | (blank) Total | | | 75 | 26 |
| 8/31/06 | 9/6/06 | OR | (blank) | Warm Springs | Cook | 271 | 160 |
| 9/1/06 | | | (blank) Total | | | 271 | 160 |
| 9/1/06 | 9/3/06 | WY | (blank) | Crooks Mountain | Cattoor | 105 | 56 |
| 9/4/06 | | | (blank) Total | | | 105 | 56 |
| 9/4/06 | 9/9/06 | WY | (blank) | Stewart Creek | Cattoor | 205 | 115 |
| 9/7/06 | | | (blank) Total | | | 205 | 115 |
| 9/7/06 | 9/16/06 | CO | (blank) | West Douglas | Cook | 116 | 110 |
| 9/11/06 | | | (blank) Total | | | 116 | 110 |
| 9/11/06 | 10/10/06 | NV | (blank) | Wilson Creek | Cattoor | 750 | 654 |
| | | | (blank) Total | | | 750 | 654 |
| | | | Wilson/ Deer | Wilson / Deer | Cattoor | 30 | 30 |
| 9/17/06 | | UT | Wilson/ Deer | Choke Cherry | Cattoor | 15 | 15 |
| | | | Wilson/ Deer | Mt. Elinor | Cattoor | 15 | 15 |
| | | | Wilson/ Deer Total | | | 60 | 60 |
| 9/17/06 | 9/29/06 | CO | (blank) | Piceance/E Douglas | Cook | 175 | 155 |
| (blank) | | | (blank) Total | | | 175 | 155 |
| (blank) | (blank) | CA | (blank) | Centennia | Cook | 50 | 50 |
| | | | | Chemehuevi | Cook | 75 | 75 |
| | | | | Panamint | Cook | 25 | 25 |
| | | | | Picacho | Cook | 25 | 25 |
| | | | | Slate Range | Cook | 25 | 25 |
| | | | (blank) Total | | | 200 | 200 |
| 10/1/05 | 10/5/05 | NV | (blank) | Dogskins | BLM | 60 | 50 |
| | | | (blank) Total | | | 60 | 50 |
| 8/3/06 | 8/7/06 | UT | (blank) | Conger | BLM | 120 | 100 |
| | | | (blank) Total | | | 120 | 100 |
| April | (blank) | AZ | (blank) | Black Mountain | BLM | 80 | 80 |
| | | | (blank) Total | | | 80 | 80 |
| Aug. 06 | Sept. 06 | CA | (blank) | High Rock | BLM | 422 | 343 |
| | | | | Massacre Lakes | BLM | 124 | 114 |
| | | | (blank) Total | | | 546 | 457 |
| Aug/Sept | (blank) | NM | (blank) | Jarita Mesa | FS | 25 | 25 |
| | | | | Jicarilla | FS | 100 | 100 |
| | | | (blank) Total | | | 125 | 125 |
| Jul | (blank) | AZ | (blank) | Lake Pleasant | BLM | 30 | 30 |

| | | | | | |
|---|---|---|---|---|---|
| Jul | (blank) | | | | |
| Jun | (blank) | | | | |
| | (blank) Total | | | | 30 |
| | (blank) | | | | 30 |
| May | (blank) | AZ | | alamo | BLM | 40 | 40 |
| | | | | Big Sandy | BLM | 40 | 40 |
| | (blank) Total | | | | | | 80 |
| | (blank) | AZ | | Cibola | BLM | 40 | 40 |
| | | | | Havasu | BLM | 80 | 50 |
| Oct. 05 | (blank) Total | | | | | | 90 |
| Nov. 05 | (blank) | CA | | Bitner | BLM | 55 | 69 |
| | | | | Nut Mountain | BLM | 115 | 145 |
| | | | | Wall Canyon | BLM | 52 | 67 |
| | (blank) Total | | | | | 222 | 281 |
| Grand Total | | | | | | 9154 | 11308 |