**Exhibit 9**

**Appendix D**

## PUBLIC COMMENTS ON PICEANCE/EAST DOUGLAS WILD HORSE GATHER PLAN OF 2006 AND BLM'S RESPONSES TO THE COMMENTS

### INTRODUCTION

The public comment period for this Environmental Assessment was from June 5th through July 10th, 2006. Every comment letter was read and comments identified. The appropriate Team Member was then assigned the comments relating to their specialty in order to develop a response. When the responses were complete, an effort was made to combine comments that contained the same or similar subject matter. Table A-1 contains a list of respondents and affiliation, the number of comments contained in each letter, and the number assigned to their specific comment(s). Individual respondents should be able to track their comments from the following table by finding their name and noting the comment numbers assigned to their comment.

**Table A-1: List of Respondents**

| Name/Affiliation | Number of Comments | Comment Numbers |
|---|---|---|
| Valerie Stanley | 4 | 1,2,3,4 |
| Toni Moore | 5 | 1,5,6,7,8 |

**Comment/Responses to the Piceance-East Douglas Gather Plan:**

**1.)** BLM has already committed resources to engage in these roundups in violation of the National Environmental Policy Act.

**Response:** The gather date is determined through advanced scheduling that is required to process wild horses through the national system of adoptions and care. The Piceance-East Douglas Herd Management Area was identified for gather in 2006 through the national budget process, contingent upon the completion of NEPA. This EA provides information to the public and the decision maker on the number of horses counted in the 2006 census, rangeland conditions, and the method(s) of capture.

**2.)** BLM has drastically reduced the amount of acreage available to wild horses and burros by eliminating herd areas or artificially decreasing herd areas to create herd management areas.

**Response:** The process for determining the size of herd management areas and allowable management level (AML) is outside the scope of this particular EA, as that occurs through land use planning and is monitored through periodic activity level environmental assessments. Herd Areas are not eliminated, they remain available for horse management through review and preparation of land use plans. In the White River Field Office the Piceance/East Douglas HMA was increased in size by 31,200 acres with the Greasewood addition.

**Appendix D**

**PUBLIC COMMENTS ON PICEANCE/EAST DOUGLAS WILD HORSE GATHER PLAN OF 2006 AND BLM'S RESPONSES TO THE COMMENTS**

**INTRODUCTION**

The public comment period for this Environmental Assessment was from June 5th through July 10th, 2006. Every comment letter was read and comments identified. The appropriate Team Member was then assigned the comments relating to their specialty in order to develop a response. When the responses were complete, an effort was made to combine comments that contained the same or similar subject matter. Table A-1 contains a list of respondents and affiliation, the number of comments contained in each letter, and the number assigned to their specific comment(s). Individual respondents should be able to track their comments from the following table by finding their name and noting the comment numbers assigned to their comment.

**Table A-1: List of Respondents**

| Name/Affiliation | Number of Comments | Comment Numbers |
|---|---|---|
| Valerie Stanley | 4 | 1,2,3,4 |
| Toni Moore | 5 | 1,5,6,7,8 |

**Comment/Responses to the Piceance-East Douglas Gather Plan:**

**1.)** BLM has already committed resources to engage in these roundups in violation of the National Environmental Policy Act.

**Response:** The gather date is determined through advanced scheduling that is required to process wild horses through the national system of adoptions and care. The Piceance-East Douglas Herd Management Area was identified for gather in 2006 through the national budget process, contingent upon the completion of NEPA. This EA provides information to the public and the decision maker on the number of horses counted in the 2006 census, rangeland conditions, and the method(s) of capture.

**2.)** BLM has drastically reduced the amount of acreage available to wild horses and burros by eliminating herd areas or artificially decreasing herd areas to create herd management areas.

**Response:** The process for determining the size of herd management areas and allowable management level (AML) is outside the scope of this particular EA, as that occurs through land use planning and is monitored through periodic activity level environmental assessments. Herd Areas are not eliminated, they remain available for horse management through review and preparation of land use plans. In the White River Field Office the Piceance/East Douglas HMA was increased in size by 31,200 acres with the Greasewood addition.

HMA to be consistent with management objectives outlined in the RMP for wild horses and other natural resources.

According to Drs. Jay F Kirkpatrick Patricia M Fazio products developed with public monies are in the domain of the public, and therefore have no intention of commercialization. Therefore, it will always be called "experimental," despite the fact that PZP has been studied and field-tested extensively, for safety and efficiency, and is currently being used with more frequency on federal wild horse mares.

See Reference section of the EA for a list of literature pertaining to the fertility control.

Every mare that is treated with contraception rather than removed is a mare that will be delaying her reproduction rather than being eliminated permanently from the range. This preserves herd genetics, while gathers and adoptions do not.

This EA makes no commitment to long term use of fertility control. Prior to any subsequent gather operations, data collected from post 2006 gather monitoring would be incorporated into any proposed management actions.

**9.)** Numbers of horses removed does not correlate with other published BLM post roundup documents.

**Response**: Our current gather plan is based on numbers derived from the February, 2006 census. Please refer to the tables in the Wild Horse section beginning on page 42.