UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE<br>AND BURRO COALITION, INC.,<br>et al.,<br><br>      Plaintiffs<br><br>v.<br><br>DIRK KEMPTHORNE,<br>in his official capacity as Secretary,<br>United States Department of Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240,<br>et al., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 06-1609 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[Proposed] Order**

Upon consideration of Plaintiffs' Motion for Leave to File Exhibits in Opposition to Defendants' Motion to Dismiss, and there being good cause for the Motion, it is hereby this _____ day of February, 2007,

ORDERED that Plaintiffs' Motion is GRANTED, and the Exhibits, Table of Authorities, Table of Contents and Exhibit List shall be filed in support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss.

 

                                                                        Rosemary M. Collyer
                                                                       United States District Judge