IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al., ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 06-1609 RMC<br>Judge Rosemary M. Collyer |
| DIRK KEMPTHORNE, et al., ) ) ) | |
| Defendants. ) ) | |

## NOTICE OF ERRATA

The Federal Defendants hereby give notice of errata with regard to an exhibit filed in connection with their Memorandum in Support of Motion to Dismiss [Docket Entry #27]. The Federal Defendants inadvertently filed a duplicate copy of Exhibit D as Exhibit E. A corrected copy of the intended Exhibit E is attached hereto.

Respectfully submitted this 27th day of February, 2007,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General

Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
Wildlife and Marine Resources Section
CHARLES FINDLAY, Assistant Chief
PAUL. D. LALL, Trial Attorney

  s/ Kevin J. Larsen
KEVIN J. LARSEN,

1

Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044
202.305.0258
202.514.8164 (fax)

Attorneys for Federal Defendants Defendants