UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, et al., <br><br> Defendants. | Civ. No. 06-1609 RMC <br><br> **UNOPPOSED MOTION AND [PROPOSED] ORDER TO REVISE BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS** |

Defendants, DIRK KEMPTHORNE, sued in his official capacity as Secretary of the Interior, United States Department of the Interior; KATHLEEN CLARKE, in her official capacity as Director, Bureau of Land Management; and KENT E. WALTER in his official capacity as Field Manager, BLM, by and through counsel, hereby moves the Court for a one week extension of time to file Defendants' Reply in Support of Motion to Dismiss until March 16, 2007. As grounds for this motion, Defendants request additional time due to commitments that counsel have on other pending cases. Defendants have conferred with Plaintiffs regarding this motion and Plaintiffs do not oppose.

Respectfully submitted this 5th day of March, 2007.

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
Wildlife and Marine Resources Section
CHARLES FINDLAY, Assistant Chief
KEVIN J. LARSEN, Trial Attorney
Natural Resources Section

        /s/_____
        PAUL D. LALL, Trial Attorney
        Wildlife and Marine Resources Section
        P.O. Box 7369
        Washington, D.C. 20044-7369
        Telephone: (202) 305-0201
        Facsimile: (202) 305-0275

        Attorneys for Defendants

## PROPOSED ORDER

The Court hereby adopts the revised briefing schedule.

IT IS SO ORDERED.

DATED this _____ day of _____, 2007.

        _____
        THE HONORABLE ROSEMARY M. COLLYER
        United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing and the accompanying UNOPPOSED MOTION AND [PROPOSED] ORDER TO REVISE BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS to be filed electronically with the Clerk of Court through ECF, on March 5, 2007 and that ECF sent an e-notice of the electronic filing to:

1. Valerie J. Stanley, valeriejstanley@yahoo.com; and

2. Elizabeth B. Sandza, ebsandza@llgm.com.

DATED:   March 5, 2007

                                                  /s/
                                         PAUL D. LALL, Trial Attorney
U.S. Department of Justice, ENRD
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C.  20044-7369
Telephone: (202) 305-0201
Facsimile: (202) 305-0275

Attorney for Federal Defendants