UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE<br>AND BURRO COALITION, INC.,<br>et al.,<br><br>   Plaintiffs<br><br>v.<br><br>DIRK KEMPTHORNE,<br>in his official capacity as Secretary,<br>United States Department of Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240,<br>et al., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 06-1609 (RMC)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT DISCOVERY
ON JURISDICTIONAL ISSUES RAISED BY DEFENDANTS' MOTION
TO DISMISS AND RELATING TO DEFENDANTS' POSITION
REGARDING THE LEGALITY OF ZEROING OUT A WILD HORSE
<u>HERD AREA</u>**

  Plaintiffs hereby move this Court for leave to conduct discovery on Jurisdictional Issues Raised by Defendants' Motion to Dismiss and Relating to Defendants' Position Regarding the Legality of Zeroing out a Wild Horse Herd Area.  Plaintiffs submit a supporting Memorandum.  Plaintiffs have contacted counsel for defendants to obtain their position with respect to this motion.  Plaintiffs represent that defendants will oppose this motion.

Date: June 25, 2007

      Respectfully submitted,


    _____/s/_____
    Valerie J. Stanley
    D.C. Bar No. 384882
    329 Prince George Street
    Laurel, MD 20707
    (301) 549-3126
    (301) 549-3228 fax

    _____/s/_____
    Mara C. Hurwitt
    D.C Bar 482409
    LeBoeuf, Lamb, Greene & MacRae LLP
    1101 New York Avenue, N.W., Suite 1100
    Washington, D.C. 20005-4213
    (202) 986-8094
    (202) 986-8102 fax