# Exhibit 2

Case 1:06-cv-01609-RMC   Document 36-4   Filed 06/25/2007   Page 1 of 6

*Declaration*

I, Barbara Flores, submit this declaration in support of Plaintiffs Motion for Temporary Restraining Order/ Preliminary Injunction.

1. BLM's Restoration of Threatened Watersheds Initiative ("Restoration Initiative"), which targets wild horses, does not consider impacts from domestic livestock use or wildlife. When Bud Cribley, a Senior Wild Horse and Burro Specialist working out of the Washington, DC, office, was working on this document, in 1999 or early 2000, I specifically asked him why there was no consideration of livestock impacts, as this was an ecosystem with many components. He stated flatly, that he was told to only look at wild horses and that was what he was doing.

2. At a public meeting of the National Wild Horse and Burro Advisory Board in 2001 or 2002, after the "Restoration Initiative" had begun to be implemented, I heard one of the Livestock Management representatives on the Board state that the current national AML number for wild horses (27,000) was the same number proposed to the BLM by the National Cattlemen's Beef Association, as the number of wild horses they could find acceptable on a national level. This seems to indicate that AML for wild horses is indeed set at the national level first, then broken down by the number of horses each state may have and divided by the states between the Herd Management Areas. This is contrary to determining the number of horses an Area can support first by monitoring within each area, then adding those up within a state, and finally adding all the state numbers to determine a national AML.

3. Another indication of the power of the NCBA to set wild horse policy and drive changes in the wild horse act and its administration is a "• 2003 NCBA Recommendation", which recommended in item 3. "Authorization for sale (and immediate title transfer), or disposal, of unadopted horses and burros by the BLM/USFS with sales receipts to be used in the Wild Horse and Burro Program." Almost exactly one year later the Burns Amendment was snuck into the Appropriations Bill.

4. Achieving a "thriving natural ecological balance" is a myth as long as wild horses and burros are outnumbered in HMAs by domestic livestock and, in most cases, wildlife. An example is the Piceance/East Douglas HMA, where an average of 2220 Animal Unit Months (AUM)s of wild horse use (135 – 235 horses) compares with 16,984 AUMs of use by livestock, a 1 to 8 ratio (See Piceance/East Douglas HMA Livestock Use).

Pursuant to 28 U.S.C. § 1746, I swear that the foregoing is true and correct.

_____
Barbara M. Flores

Executed this __4__ day of October, 2006

# • *2003 NCBA Recommendation*

*In November 2003, almost one year to the day before the Burns rider was slipped into the Appropriations Bill, the National Cattlemen's Beef Association issued the recommendations listed below, including support for a wild horse sale or disposal authority (See Section 3.).*

**National Cattlemen's Beef Association**
Thursday, November 20, 2003

WHEREAS, excessive numbers of feral horses and burros continue to cause increasing deterioration of range conditions in many areas of the West, and

WHEREAS, NCBA is concerned with the escalation in costs of the Wild Horse and Burro Program,

THEREFORE BE IT RESOLVED, that NCBA supports legislation that would provide for:

> 1. Immediate identification of proper population levels where not currently identified, enforce currently permitted numbers, and engage in the management and removal of wild horses and burros, to levels that will allow the herd population not to exceed permitted numbers
> 2. A re-opening of a period to allow ranchers to claim horses and burros not previously removed from federal and private lands.
> 3. Authorization for sale (and immediate title transfer), or disposal, of unadopted horses and burros by the BLM/USFS with sales receipts to be used in the Wild Horse and Burro Program.
> 4. A finding that permittee owners of state water Rights and related facilities, are not responsible for providing water for wild horses and burros without prior agreement and unless permittees are compensated for expenses incurred.
> 5. A restriction of wild horse and burro Populations to lands occupied in 1971 when the Wild Horse and Burro Act was enacted.

BE IT FURTHER RESOLVED, the NCBA supports the recommendations of the Wild Horse and Burro Advisory Board and urges the Secretaries of Agriculture and Interior to immediately implement them.

BE IT FURTHER RESOLVED, that NCBA supports the non-profit North American Wild Horse and Range System's program for wild horse sanctuaries and other similar sanctuaries.

BE IT FURTHER RESOLVED, that the federal land management agencies should stand all costs of maintaining range improvements damaged by feral horses.

**Top of Page** • **Close Window**

Copyright © 2004-2006 AWHPC. All rights reserved.
Reproduction authorized solely for educational purposes,
provided www.wildhorsepreservation.org is credited as source.