UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **COLORADO WILD HORSE** ) | |
| **AND BURRO COALITION, INC.,** ) | |
| <u>et al.</u>, ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | |
| ) | |
| v. ) | Civil No. 06-1609 (RMC) |
| ) | |
| **DIRK KEMPTHORNE,** ) | |
| in his official capacity as Secretary, ) | |
| United States Department of Interior ) | |
| 1849 C Street, N.W. ) | |
| Washington, D.C. 20240, ) | |
| <u>et al.</u>, ) | |
| _____) | |

## (Proposed) ORDER

Upon consideration of Plaintiffs' Motion for Leave to Conduct on Jurisdictional Issues Raised by Defendants' Motion to Dismiss and Relating to Defendants' Position Regarding the Legality of Zeroing out a Wild Horse Herd Area, any opposition thereto filed by Defendants, and considering the entire record in this case, it is hereby this _____ day of _____, 2007 ORDERED that Plaintiffs' Motion is GRANTED.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE