UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>Defendants. | Civ. No. 06-1609 RMC<br><br>**JOINT MOTION AND [PROPOSED] ORDER TO REVISE BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT DISCOVERY** |

WHEREAS, on June 25, 2007, Plaintiffs filed a Motion for Leave to Conduct Discovery on Jurisdictional Issues Raised by Defendants' Motion to Dismiss;

WHEREAS, the parties have agreed that a revision of the briefing schedule under the local rules is appropriate;

THE PARTIES HERETO, BY AND THROUGH THEIR UNDERSIGNED COUNSEL OF RECORD, STIPULATE AND AGREE, AND HEREBY REQUEST AN ORDER OF THE COURT setting a schedule for briefing of Plaintiffs' motion as follows:

| | |
|---|---|
| July 20, 2007: | Defendants file an Opposition to Plaintiffs' Motion and a Cross-motion for a Protective Order; |
| August 3, 2007: | Plaintiffs file a Reply and an Opposition to Defendants' Motion for a Protective Order; |
| August 13, 2007: | Defendants file a Reply. |

Respectfully submitted this 5th day of July, 2007.

RONALD J. TENPAS,
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief

       Wildlife and Marine Resources Section
       CHARLES FINDLAY, Assistant Chief
       KEVIN J. LARSEN, Trial Attorney
       Natural Resources Section

       /s/ Paul D. Lall
       PAUL D. LALL, Trial Attorney
       Wildlife and Marine Resources Section
       P.O. Box 7369
       Washington, D.C. 20044-7369
       Telephone: (202) 305-0201
       Facsimile: (202) 305-0275

       Attorneys for Defendants


       /s/   Valerie J. Stanley (with authorization)
       VALERIE J. STANLEY
       D.C. Bar No. 384882
       329 Prince George Street,
       Laurel, MD 20707
       (301) 549-3126

       Attorney for Plaintiffs

## PROPOSED ORDER

The Court hereby adopts the proposed briefing schedule.

IT IS SO ORDERED.

DATED this _____ day of _____, 2007.

       _____
       THE HONORABLE ROSEMARY M. COLLYER
       United States District Court Judge