UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)  Civ. No. 06-1609 RMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FEDERAL DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

Federal Defendants pursuant to Fed. R. Civ. P. 26(c) hereby move this honorable Court for a protective order relieving Federal Defendants' obligation to respond to any jurisdictional discovery in this case and further prohibiting Plaintiffs in this action from taking discovery related to the so-called BLM Instruction Memorandum (see Exh. F to Federal Defendants' Motion to Dismiss (Docket No. 27)).[1] The Instruction Memorandum has long since expired and claims related thereto have been expressly recognized as moot by the D.C. Circuit. See Fund for Animals v. BLM, 460 F.3d 13, 18 (D.C. Cir. 2006). Moreover, this Court lacks jurisdiction to review the Instruction Memorandum under the Administrative Procedure Act, 5 U.S.C. §§ 701-706, because the memorandum is not a final agency action. See Lujan v. National Wildlife Federation, et al., 497 U.S. 871, 883 (1990). This Court's review authority is limited to the discrete agency actions referenced in the Federal Defendants' decisional documents pertaining to the Piceance-East Douglas

---

[1] On June 27, 2007, Plaintiffs without awaiting the leave requested from this honorable Court, served Federal Defendants (albeit improperly) with their First Request for Production of Documents. See Exh. A attached. Moreover, Plaintiffs' Motion for Leave to Take Discovery (Docket #36) suggests that they intend to seek one or more depositions pursuant to Fed. R. Civ. P. 30(b)(6). See Plaintiffs' Mot. at 4 n. 3.

Herd Management Area and the West Douglas Herd Area.  See Exhs. D and E to Federal Defendants' Motion to Dismiss.  At bottom, Plaintiffs cannot identify any facts that would change this Court's jurisdictional analysis with respect to the Instruction Memorandum.  See Mwani v. bin Laden, 417 F.3d 1, 17 (D.C. Cir. 2005).  Plaintiffs' discovery request can be nothing more than a desperate fishing expedition to find a basis for allegations unsuccessfully made in their motion for preliminary injunction.  Accordingly, Federal Defendants respectfully submit that the Court should deny Plaintiffs' Motion and issue a protective order prohibiting Plaintiffs' from taking discovery in this case.

Respectfully submitted this 18th day of July, 2007.

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
Wildlife and Marine Resources Section
CHARLES FINDLAY, Assistant Chief
PAUL. D. LALL, Trial Attorney

  s/ Kevin J. Larsen
KEVIN J. LARSEN,
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044
202.305.0258
202.514.8164 (fax)

Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing MOTION FOR PROTECTIVE ORDER, AND [PROPOSED] ORDER and the attached MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT DISCOVERY was served on July 18, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

**Valerie J. Stanley**
329 Prince George Street
Laurel, MD 20707
(301) 221-9726
Email: valeriejstanley@yahoo.com

**Mara C. Hurwitt**
LEBOEUF, LAMB, GREENE & MACRAE, LLP
1875 Connecticut Avenue, NW
Suite 1200
Washington, DC 20009
(202) 986-8094
Fax: (202) 986-8102

                                             */s/ Kevin J. Larsen*
                                             KEVIN J. LARSEN