UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>           Defendants. | )<br>)<br>)<br>)  Civ. No. 06-1609 RMC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

This matter is before the Court on the Federal Defendants' Opposition to Plaintiffs' Motion for Leave to Conduct Discovery and Cross-Motion for a Protective Order. Upon consideration of the Federal Defendants' motion and for good cause shown, it is hereby ordered that:

1.     The Plaintiffs' Motion for Leave to Conduct Discovery is hereby DENIED, Plaintiffs shall not propound any further discovery on Federal Defendants absent express approval from this Court;

2.     The Federal Defendants' Cross Motion for Protective Order should be and hereby is GRANTED;

3.     Federal Defendants shall not be obligated to respond to Plaintiffs' First Request for Production of Documents dated June 27, 2007.

SO ORDERED.

Date: _____     _____
                                                HON. ROSEMARY M. COLLYER
                                                United States District Court Judge