UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)  Civ. No. 06-1609 RMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FEDERAL DEFENDANTS' NOTICE OF FILING CERTIFICATE OF CONFERENCE PURSUANT TO FED. R. CIV. P. 26 (C)**

On July 18, 2007, undersigned counsel filed a Motion for Protective Order pursuant to Fed. R. Civ. P. 26(c) (Docket # 38) on behalf of the Federal Defendants in the above-captioned matter. Undersigned counsel inadvertently neglected to file the attached Certificate of Conference as required by Fed. R. Civ. P. 26(c), and hereby gives notice of filing of same.

Respectfully submitted this 23rd day of July, 2007.

　　　　　　　　　　　　RONALD J. TENPAS
　　　　　　　　　　　　Acting Assistant Attorney General
　　　　　　　　　　　　Environment & Natural Resources Division
　　　　　　　　　　　　JEAN E. WILLIAMS, Chief
　　　　　　　　　　　　Wildlife and Marine Resources Section
　　　　　　　　　　　　CHARLES FINDLAY, Assistant Chief
　　　　　　　　　　　　PAUL. D. LALL, Trial Attorney

　　　　　　　　　　　　 *s/ Kevin J. Larsen*
　　　　　　　　　　　　KEVIN J. LARSEN,
　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　Environment & Natural Resources Division
　　　　　　　　　　　　Natural Resources Section
　　　　　　　　　　　　P.O. Box 663
　　　　　　　　　　　　Washington, D.C. 20044
　　　　　　　　　　　　202.305.0258

        202.514.8164 (fax)

        Attorneys for Federal Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing NOTICE OF FILING OF CERTIFICATE OF CONFERENCE PURSUANT TO FED. R. CIV. P. 26(C) was served on July 23, 2007, by Electronic Case Filing or by regular, first-class United States mail, postage pre-paid, and by electronic mail or telefax, unless otherwise noted below, on the following counsel:

**Valerie J. Stanley**
329 Prince George Street
Laurel, MD 20707
(301) 221-9726
Email: valeriejstanley@yahoo.com

**Mara C. Hurwitt**
LEBOEUF, LAMB, GREENE & MACRAE, LLP
1875 Connecticut Avenue, NW
Suite 1200
Washington, DC 20009
(202) 986-8094
Fax: (202) 986-8102

*/s/ Kevin J. Larsen*
KEVIN J. LARSEN