UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)  Civ. No. 06-1609 RMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF CONFERENCE PURSUANT TO FED. R. CIV. P. 26 (C)

Counsel undersigned pursuant to Fed. R. Civ. P 26(c), hereby certifies that the parties have personally conferred about Plaintiffs' desire to take jurisdictional discovery in the above-captioned case. On June 25, 2007, undersigned counsel personally spoke with counsel of record for Plaintiffs, Ms. Valerie Stanley, regarding Plaintiff's Motion for Leave to Conduct Discovery on Jurisdictional Issues (Docket # 36). Counsel undersigned stated that the Federal Defendants would not agree to discovery in this case. Subsequent to this conversation, Ms. Stanley and co-counsel for the Federal Defendants in this case, Mr. Paul Lall, discussed and agreed upon a briefing schedule to include the Motion for Protective Order filed herewith.

Respectfully submitted this 18th day of July, 2007.

                                                *s/ Kevin J. Larsen*
                                                KEVIN J. LARSEN,
                                                Trial Attorney
                                                United States Department of Justice
                                                Environment & Natural Resources Division
                                                Natural Resources Section