UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>Defendants. | Civ. No. 06-1609 RMC<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

Federal Defendants hereby give notice of the withdrawal of Paul D. Lall as co-counsel, and the substitution of Kristen Byrnes Floom as co-counsel for the Federal Defendants. Service of all further pleadings, documents or other papers herein, exclusive of original process, should be made upon the Federal Defendants by service upon Ms. Floom in substitution for Mr. Lall at the address indicated below:

>   Kristen Byrnes Floom
>   U.S. Department of Justice
>   Environment and Natural Resources Division
>   Wildlife and Marine Resources Section
>   Benjamin Franklin Station, P.O. Box 7369
>   Washington, DC 20044-7369
>   Telephone: (202) 305-0340
>   Facsimile: (202) 305-0275
>   E-mail: Kristen.Floom@usdoj.gov

Service of all further pleadings, documents or other papers herein, exclusive of original process, should continue to be made upon Kevin J. Larsen, co-counsel for the Federal Defendants.

Respectfully submitted this 2nd day of August, 2007.

RONALD J. TENPAS,
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
Wildlife and Marine Resources Section
CHARLES FINDLAY, Assistant Chief
KEVIN J. LARSEN, Trial Attorney
Natural Resources Section

 /s/ Paul D. Lall
PAUL D. LALL, Trial Attorney
Wildlife and Marine Resources Section
P.O. Box 7369
Washington, D.C.  20044-7369
Telephone: (202) 305-0201
Facsimile: (202) 305-0275

Attorneys for Defendants