# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COLORADO WILD HORSE** ) <br> **AND BURRO COALITION, INC.,** ) <br> <u>et</u> <u>al.</u>, ) <br>   ) <br> Plaintiffs ) <br>   ) <br> v.  ) <br>   ) <br> **DIRK KEMPTHORNE,** ) <br> in his official capacity as Secretary, ) <br> United States Department of Interior ) <br> 1849 C Street, N.W. ) <br> Washington, D.C. 20240, ) <br> <u>et</u> <u>al.</u>, ) <br> _____) | Civil No. 06-1609 (RMC) |

## [PROPOSED] ORDER

This matter having come before this Court upon Plaintiffs' Motion for Leave to Conduct Discovery on Jurisdictional Issues and Defendants' Position Regarding the Legality of Zeroing Out a Wild Horse Herd and upon Defendants' Cross-Motion for a Protective Order, it is hereby ordered that:

1. The Defendants' Cross-Motion for a Protective Order is hereby DENIED;

2. The Plaintiffs' Motion for Leave to Conduct Discovery is hereby GRANTED;

3. The Defendants shall respond to Plaintiffs' First Request for Production of Documents within 14 days of the date of this Order.

SO ORDERED.

Date. _____       _____
                                                                                    HON. ROSEMARY M. COLLYER
                                                                                    United States District Court Judge