## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COLORADO WILD HORSE** )<br>**AND BURRO COALITION, INC.,** )<br><u>et</u> <u>al.</u>, )<br> )<br>  **Plaintiffs** )<br> )<br> )<br>v. )<br> )<br>**DIRK KEMPTHORNE,** )<br>in his official capacity as Secretary, )<br>United States Department of Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240, )<br><u>et</u> <u>al.</u>, )<br>_____) | Civil No. 06-1609 (RMC) |

### [PROPOSED] ORDER

This matter having come before this Court upon Plaintiffs' Motion for Leave to Conduct Discovery on Jurisdictional Issues and Defendants' Position Regarding the Legality of Zeroing Out a Wild Horse Herd and upon Defendants' Cross-Motion for a Protective Order, it is hereby ordered that:

1. The Defendants' Cross-Motion for a Protective Order is hereby DENIED;

2. The Plaintiffs' Motion for Leave to Conduct Discovery is hereby GRANTED;

3. The Defendants shall respond to Plaintiffs' First Request for Production of Documents within 14 days of the date of this Order.

SO ORDERED.

Date. _____    _____
                                        HON. ROSEMARY M. COLLYER
                                        United States District Court Judge