UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, et al., <br><br> Defendants. | Civ. No. 06-1609 RMC <br><br> **FEDERAL DEFENDANTS' STATUS REPORT ON WEST DOUGLAS HERD AREA** |

Federal Defendants submit this Status Report to explain a recent action taken by the Bureau of Land Management ("BLM") with respect to the West Douglas Herd of wild horses in BLM's White River Resource Area. In their First Amended Complaint, Plaintiffs allege that "BLM's plans to zero out the West Douglas Herd" violate the Wild Free-Roaming Horses and Burros Act, 16 U.S.C. § 1331 et seq. First Amended Complaint, Docket No. 24 (Dec. 6, 2006) at ¶ 83.

As explained in the attached Second Declaration of Kent Walter, Field Manager of the White River Resource Area ("Second Walter Decl."), on October 10, 2007 the Colorado State Director of BLM approved Mr. Walter's proposed decision to remove all wild horses from the West Douglas Herd Area. Second Walter Decl. at ¶ 8. Before BLM gathers any horses from the herd area, the White River Field Office must prepare a gather plan and related Environmental Assessment ("EA") and issue a final decision, which will be subject to public comment. Id. at ¶¶ 9, 10. BLM anticipates that the earliest any gathers, if approved, could occur is August 2008. Id. at ¶ 11.

Respectfully submitted this 22nd day of October, 2007.

>RONALD J. TENPAS,
>Acting Assistant Attorney General
>U.S. Department of Justice
>Environment and Natural Resources Division
>JEAN E. WILLIAMS, Chief
>Wildlife and Marine Resources Section
>CHARLES FINDLAY, Assistant Chief
>KEVIN J. LARSEN, Trial Attorney
>Natural Resources Section
>601 D Street, N.W.
>Washington, D.C. 20004
>Telephone: (202) 305-0258
>Kevin.Larsen@usdoj.gov
>
>/s/ Kristen Byrnes Floom
>KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
>Wildlife and Marine Resources Section
>601 D Street, N.W.
>Washington, D.C. 20004
>Telephone: (202) 305-0340
>Facsimile: (202) 305-0275
>Kristen.Floom@usdoj.gov
>
>Attorneys for Defendants