IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF WASHINGTION, D.C.

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> KEMPTHORNE, et al., <br><br> Defendants. | Civ. No. 06-1609 RMC |

SECOND DECLARATION OF KENT E. WALTER

I, Kent E. Walter, declare as follows:

1.  I am the Field Manager for the U.S. Department of Interior's Bureau of Land Management (BLM), Colorado State Office, White River Field Office, an agency of the U.S. Department of the Interior, located in Meeker, Colorado. In my capacity as Field Manager, I am responsible for the administration and management of 1,445,900 acres of BLM surface estate and 365,000 acres of split mineral estate within the White River Field Office, located in Northwestern Colorado. I have been serving in my current capacity since October 2001.

2.  The purpose of this declaration is to explain the status of the West Douglas Herd Area Amendment (Amendment) to the White River Resource Management Plan (RMP). The RMP is described at Paragraph 3 of my declaration dated December 28, 2006 (Docket No. 27, Exhibit A). The Amendment relates to Plaintiffs' claim that BLM is not authorized to "zero out" a herd area (HA) by removing all wild horses present in the area. See First Amended Complaint, Docket No. 24 (Dec. 6, 2006) at 31.

3.  In 1975, BLM drafted a White River Resource Area Management Framework Plan

(MFP)[1] that provided a framework for managing multiple uses in the area, including the management of wild horses. In 1980, BLM issued an updated MFP which recommended that all horses west of Douglas Creek (later designated as the West Douglas HA) be removed because other resource activities in this area were causing horses to disperse into areas where they did not exist in 1971. In 1985, BLM unsuccessfully attempted to completely remove wild horses from the West Douglas HA.

4.  On July 1, 1997, the Colorado State Director of BLM signed a Record of Decision for the White River Resource Area Management Plan (1997 RMP). The 1997 RMP management objective for the West Douglas HA, which encompasses 123,387 acres, allows for the management of 0-50 wild horses until 2007, when all horses are to be removed from the West Douglas Herd Area. Although the 1997 RMP calls for the total removal of wild horses from the West Douglas HA, as discussed in further detail below, BLM decided to reconsider this decision and conduct further analysis (see paragraphs 6-7 infra).

5.  On April 28, 2005, BLM published an environmental assessment that considered two alternatives: Alternative A, removing all wild horses from the West Douglas HA by 2007; and Alternative B, managing a small herd of 29-60 wild horses in this area.

6.  On August 29, 2005, I issued a proposed Decision Record and a Finding of No Significant Impact (FONSI) on the proposed decision to implement Alternative A, removing all wild horses from the West Douglas HA. The proposed decision was protested by five parties, including counsel for Plaintiffs in this case.

---

[1] A Management Framework Plan (MFP) is the equivalent of what is now known as a Resource Management Plan (RMP).

7.  BLM elected to fully-resolve all protests prior to implementation of Alternative A. By letters dated October 10, 2007, Bud Cribley, the Acting Assistant Director for Renewable Resources and Planning in the Bureau's Washington Office, responded to each protesting party. The Acting Assistant Director concluded that the White River Field Office and BLM Colorado State Director followed the appropriate planning procedures and complied with applicable law in developing the Amendment. To the extent the protesting parties are adversely affected by BLM's decision to implement some portion of the Amendment, they may appeal the action to the Interior Board of Land Appeals (IBLA) at the time the action is implemented

8.  On October 10, 2007, the Colorado State Director of BLM approved my proposed decision calling for the total removal of the wild horses in the West Douglas HA. See Decision Record (October 10, 2007), attached hereto as Exhibit 1.

9.  Before the October 10, 2007 Decision Record can be implemented, BLM's White River Field Office will prepare a site-specific gather plan and associated Environmental Assessment (EA) that will set forth how the horses would be removed from the West Douglas HA and analyze environmental impacts of the proposed action (*see e.g.* Docket No. 11, Exh. A and Docket No. 12, Exh. B). BLM anticipates that the gather plan and EA will be completed by Spring, 2008.

10. The gather plan and EA process will include public participation and a required public hearing for the use of aircraft along with a thirty day public comment period. Assuming that BLM decides, based on the EA, to move forward with the removal, it will issue a final decision, and the public will have an opportunity to comment and appeal the final decision before the

gather plan is implemented.

11.     As a matter of BLM policy, no horse gathers will be conducted during the annual foaling season, which will occur between March and June 2008. As such, BLM anticipates that the earliest any gathers, if approved, could occur is August, 2008.

I declare under penalty of perjury that the foregoing is true and correct to the best of my current knowledge.

Executed in Meeker, Colorado on this 22nd day of October, 2007.

*Kent E. Walter* (signature)
Kent E. Walter, Field Manager
U.S. Department of Interior
Bureau of Land Management
White River Field Office