# EXHIBIT 1

U.S. Department of the Interior
Bureau of Land Management
Colorado State Office
2850 Youngfield Street
Lakewood, CO 80215

Decision Record

West Douglas Herd Area Amendment
to the
White River Resource Management Plan
CO-WRFO-05-083-EA

**Background:** After extensive analysis and public input, the BLM concluded that a self-sustaining population of healthy wild horses could not be maintained within the West Douglas Herd Area in balance with their habitat and other uses, within the bounds of where wild horses existed in 1971, and with the minimum level of management needed to achieve land use plan objectives. Intensive management would be required to maintain genetic viability of the herd, provide adequate horse habitat and suitable conditions for other competing uses, keep the horses within the boundaries of the management area, and to carry-out horse gathers in the localized rough terrain. For these reasons, BLM concluded that wild horses could be better managed within the adjacent Piceance/East Douglas Herd Management Area.

On August 29, 2005, Field Manager Kent E. Walter issued a Decision Record and a Finding of No Significant Impact (FONSI) on his proposed decision to implement Alternative A, of EA CO-WRFO-05-083. This alternative was to implement the Record of Decision for the 1997 White River Resource Management Plan/Environmental Impact Statement, which calls for the total removal of the wild horses in the West Douglas Herd Area.

This proposed decision was protested by five parties whose principal assertions were that the Bureau lacked authority to implement this proposed decision, that the proposed decision violated the Wild Free Roaming Horse and Burro and the Federal Land Policy and Management Acts, and that the process used to reach the proposed decision violated the Administrative Procedure and the National Environmental Policy Acts. The proposed decision has been held in abeyance pending resolution of the protests by the Bureau's Assistant Director for Renewable Resources and Planning under authority delegated by the Bureau Director.

After careful review, the Assistant Director concluded that the Colorado State Director and the White River Field Office Manager followed the applicable planning procedures, laws regulations, and policies and considered all relevant resource information and public input in arriving at the proposed decision described above.

**Decision:** Consistent with the resolution of the protests by the Assistant Director, it is therefore my decision to approve the proposed decision of Field Manager Kent E. Walter calling for the total removal of the wild horses in the West Douglas Herd Area at the earliest practicable date.

_____          10/10/07
Sally Wisely, Colorado State Director          Date