UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COLORADO WILD HORSE AND BURRO COALITION, INC.**, *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 06-1609 (RMC) ) |
| **DIRK KEMPTHORNE**, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**ORDER**

This matter comes before the Court on Plaintiffs' Motion for Leave to Conduct Discovery on Jurisdictional Issues Raised by Defendants' Motion to Dismiss and Relating to Defendants' Position Regarding the Legality of Zeroing Out a Wild Horse Herd Area and Defendants' Motion for Protective Order. For the reasons stated in the Court's Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Plaintiffs' motion for jurisdictional discovery [Dkt. #36] is **DENIED**; and it is

**FURTHER ORDERED** that Defendants' motion for a Protective Order [Dkt. #38] is **DENIED AS MOOT**; and it is

**FURTHER ORDERED** that Defendants shall notify the Court within 14 days of this Order whether they wish to resuscitate their Motion to Dismiss.

**SO ORDERED.**

DATE: November 30, 2007

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge