UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, et al., <br><br> Defendants. | Civ. No. 06-1609 RMC <br><br> **FEDERAL DEFENDANTS' NOTICE OF RENEWING MOTION TO DISMISS** |

Pursuant to the Court's November 30, 2007 Order, Doc. No. 49, Federal Defendants hereby inform the Court that they wish to resuscitate their Motion to Dismiss, Doc. No. 27 (December 29, 2006). For the reasons stated therein, the Court should dismiss Counts One through Five of Plaintiffs' First Amended Complaint, Doc. No. 24 (December 6, 2006).

Respectfully submitted this 14th day of December, 2007.

RONALD J. TENPAS,
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources
Division

JEAN E. WILLIAMS, Chief
Wildlife and Marine Resources Section

CHARLES FINDLAY, Assistant Chief
KEVIN J. LARSEN, Trial Attorney
Natural Resources Section
601 D Street, N.W.
Washington, D.C. 20004
Telephone: (202) 305-0258
Kevin.Larsen@usdoj.gov

/s/ Kristen Byrnes Floom
KRISTEN BYRNES FLOOM
Trial Attorney (DC Bar No. 469615)
Wildlife and Marine Resources Section
601 D Street, N.W.
Washington, D.C.  20004
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

Attorneys for Defendants