UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| COLORADO WILD HORSE <br> AND BURRO COALITION, INC. <br> <u>et al.</u>, <br> <br>     Plaintiffs, <br> <br> v. <br> <br> DIRK KEMPTHORNE, <br> <u>et al.</u>, <br> <br>     Defendants. <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 06-1609 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME IN WHICH TO
RESPOND TO DEFENDANTS' RENEWED MOTION TO DISMISS**

    On Friday, November 30, 2007, this Court issued a Memorandum Opinion denying Plaintiffs' Motion for Leave to Conduct Discovery on Jurisdictional Issues and ordering Defendants to notify the Court within 14 days as to whether they wished to renew their fully briefed Motion to Dismiss.

    On Monday, December 3, 2007, the undersigned contacted counsel for Defendants and counsel scheduled a conference call for Thursday, December 5, 2007, in which to discuss the Court's order and possible further scheduling of the case.

    Counsel for the parties conferred by phone on December 5th and discussed, <u>inter alia</u>, the fact that the briefed Motion to Dismiss did not address Defendants' subsequent issuance of a final decision of the Secretary to zero out the West Douglas herd.  Counsel also discussed the possibility that the parties could jointly request additional time in which to respond to this Court's November 30th ruling.

Counsel for Defendants represented that they would confer with their clients and advise Plaintiffs during the week of December 10th. On the afternoon of December 13th, counsel for Defendants advised that they would be seeking to renew their Motion to Dismiss, which they did by Notice on December 14, 2007.

The undersigned would like additional time in which to respond to Defendants' Renewed Motion to Dismiss. Accordingly, Plaintiffs hereby move this Honorable Court to allow them until December 28, 2007 in which to do so.

Counsel for Defendants do not oppose this request for extension of time.

Dated this 18th day of December, 2007.

Respectfully submitted,

/s/ Valerie J. Stanley
Valerie J. Stanley
D.C. Bar No. 384882
329 Prince George Street
Laurel, MD 20707
(301) 549-3126
(301) 549-3228 fax

/s/ Mara C. Hurwitt
Mara C. Hurwitt
D.C. Bar No. 482409
Dewey & LeBoeuf LLP
1101 New York Ave. N.W.
Suite 1100
Washington, D.C. 20005-4213
(202) 986-8094
(202) 956-3280 fax

Counsel for Plaintiffs