UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| **COLORADO WILD HORSE** )<br>**AND BURRO COALITION, INC.** )<br><u>et al.</u>, )<br>      )<br>     **Plaintiffs**  )<br>      )<br>v.     )   Civil Action No. 06-1609 (RMC)<br>      )<br>**DIRK KEMPTHORNE,**  )<br><u>et al.</u>, )<br>      )<br>     **Defendants** )<br>_____ ) | |

### [Proposed] ORDER

Upon consideration of Plaintiffs' Motion for Extension of Time in Which to Respond to Defendants' Renewed Motion to Dismiss, it is hereby this _____ day of _____, 2007,

ORDERED that Plaintiffs' Motion is GRANTED and Plaintiffs shall respond to Defendants' Notice of Renewing Motion to Dismiss on or before December 28, 2007.

_____
Rosemary M. Collyer
United States District Judge