# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| **COLORADO WILD HORSE**<br>**AND BURRO COALITION, INC.**<br>**et al.,**<br><br>　　　　**Plaintiffs**<br><br>**v.**<br><br>**DIRK KEMPTHORNE,**<br>**et al.,**<br><br>　　　　**Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)　**Civil Action No. 06-1609 (RMC)**<br>)<br>)<br>)<br>)<br>)<br>) |

_____ )

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME UNTIL JANUARY 4, 2008 IN WHICH TO RESPOND TO DEFENDANTS' RENEWED MOTION TO DISMISS

On December 18, 2007, the undersigned counsel for plaintiffs requested that they be allowed until December 28, 2007 in which to respond to Defendants' Renewed Motion to Dismiss.  Counsel for defendants did not oppose Plaintiffs' Motion and the Court granted Plaintiffs' Motion.

Counsel have been diligently preparing this filing, however, on the evening of December 26 and during the day of December 27, counsel Mara Hurwitt was very ill with a stomach virus. In light of this, and because the undersigned need additional time in which to prepare and finalize Plaintiffs' response, Plaintiffs are filing this Motion.

Counsel for defendants does not oppose Plaintiffs' Motion for Extension of Time until January 4, 2008 in which to respond to Defendants' Renewed Motion to Dismiss.

WHEREFORE, Plaintiffs move this Honorable Court to grant them until January 4, 2008 in which to respond to Defendants' Renewed Motion to Dismiss.

Dated this 27th day of December, 2007.

Respectfully submitted,

/s/ Valerie J. Stanley
Valerie J. Stanley
D.C. Bar No. 384882
329 Prince George Street
Laurel, MD 20707
(301) 549-3126
(301) 549-3228 fax


/s/ Mara C. Hurwitt
Mara C. Hurwitt
D.C. Bar No. 482409
Dewey & LeBoeuf LLP
1101 New York Ave. N.W.
Suite 1100
Washington, D.C. 20005-4213
(202) 986-8094
(202) 956-3280 fax