UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COLORADO WILD HORSE** ) <br> **AND BURRO COALITION, INC.** ) <br> <u>et</u> <u>al.</u>, ) <br> ) <br>       **Plaintiffs** ) <br> ) <br> v. ) <br> ) <br> **DIRK KEMPTHORNE,** ) <br> <u>et</u> <u>al.</u>, ) <br> ) <br>       **Defendants** ) | Civil Action No. 06-1609 (RMC) |

## [Proposed] ORDER

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time until January 4, 2008 in which to Respond to Defendants' Renewed Motion to Dismiss, it is hereby this _____ day of _____, _____,

ORDERED that Plaintiffs' Motion is GRANTED and Plaintiffs shall file their Response to Defendants' Renewed Motion to Dismiss on January 4, 2008.

_____
Rosemary M. Collyer
United States District Judge