**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | | |
|---|---|---|
| **COLORADO WILD HORSE** | ) | |
| **AND BURRO COALITION, INC.,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Civil No. 06-1609 (RMC)** |
| | ) | |
| **DIRK KEMPTHORNE,** | ) | |
| **in his official capacity as Secretary,** | ) | |
| **United States Department of Interior** | ) | |
| **1849 C Street, N.W.** | ) | |
| **Washington, D.C. 20240,** | ) | |
| **et al.,** | ) | |
| | ) | |

**[Proposed] ORDER**

Upon consideration of Plaintiffs' Motion for Leave to File Second Amended

Complaint, any opposition filed thereto, and the entire record in this case, it is hereby this

_____ day of _____, 2008,

ORDERED that the motion is GRANTED; and it is further

ORDERED that Plaintiffs' Second Amended Complaint shall be accepted for

filing.

_____ _____
Rosemary M. Collyer
United States District Judge