UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 06-1609 RMC<br><br>**FEDERAL DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND WITHDRAWAL OF MOTION TO DISMISS** |

　　　　Federal Defendants hereby inform the Court that they do not oppose Plaintiffs' Motion for Leave to File Second Amended Complaint, Doc. No. 53 (January 4, 2008).

　　　　Further, Federal Defendants withdraw their pending Motion to Dismiss, Doc. No. 27 (December 29, 2006), which relates to Plaintiffs' First Amended Complaint, Doc. No. 24 (December 6, 2006).  However, Federal Defendants anticipate that they may file a motion to dismiss some or all counts of Plaintiffs' Second Amended Complaint, should the Court grant leave to amend.  Federal Defendants respectfully request that the Court permit them thirty (30) days to file a motion to dismiss or other response to Plaintiffs' Second Amended Complaint.  A Proposed Order to this effect is filed herewith.

　　　　Federal Defendants have conferred with counsel for Plaintiffs, and counsel represents that Plaintiffs will not oppose this request.

Respectfully submitted this 24th day of January, 2008.

>RONALD J. TENPAS,
>Assistant Attorney General
>U.S. Department of Justice
>Environment and Natural Resources Division
>
>JEAN E. WILLIAMS, Chief
>Wildlife and Marine Resources Section
>
>CHARLES FINDLAY, Assistant Chief
>KEVIN J. LARSEN, Trial Attorney
>Natural Resources Section
>601 D Street, N.W.
>Washington, D.C.  20004
>Telephone: (202) 305-0258
>Kevin.Larsen@usdoj.gov
>
>/s/ Kristen Byrnes Floom
>KRISTEN BYRNES FLOOM
>Trial Attorney (DC Bar No. 469615)
>Wildlife and Marine Resources Section
>601 D Street, N.W.
>Washington, D.C.  20004
>Telephone: (202) 305-0340
>Facsimile: (202) 305-0275
>Kristen.Floom@usdoj.gov
>
>Attorneys for Defendants