UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>    Defendants. | Civ. No. 06-1609 RMC<br><br>**[PROPOSED] ORDER** |

This Court, having considered Federal Defendants' Notice of Non-Opposition to Plaintiffs' Motion for Leave to File Second Amended Complaint and Withdrawal of Motion to Dismiss, hereby ORDERS that:

Federal Defendants shall file a motion to dismiss or other response to Plaintiffs' Second Amended Complaint within thirty (30) days of the Court's order granting Plaintiffs' Motion for Leave to File Second Amended Complaint.


Dated: _____          _____
                                                      Hon. Rosemary M. Collyer
                                                      United States District Judge