UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>    Defendants. | Civ. No. 06-1609 RMC<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

Federal Defendants hereby give notice of the withdrawal of Kevin J. Larsen as co-counsel, and the substitution and appearance of Jacob T. Haseman as co-counsel for the Federal Defendants. Service of all further pleadings, documents or other papers herein, exclusive of original process, should be made upon the Federal Defendants by service upon Mr. Haseman in substitution for Mr. Larsen at the address indicated below:

>Jacob T. Haseman
>United States Department of Justice
>Environment and Natural Resources Division
>Natural Resources Section
>P.O. Box 663
>Washington, D.C. 20044-0663
>Telephone: (202) 305-0240
>Facsimile: (202) 305-0274
>E-mail: jacob.haseman@usdoj.gov

Service of all further pleadings, documents or other papers herein, exclusive of original process, should continue to be made upon Kristen Byrnes Floom, co-counsel for the Federal Defendants.

Respectfully submitted this 19th day of March, 2008.

        RONALD J. TENPAS,
        Assistant Attorney General
        United States Department of Justice
        Environment and Natural Resources Division
        JEAN E. WILLIAMS, Chief
        KRISTEN BYRNES FLOOM, Trial Attorney
        Wildlife and Marine Resources Section
        CHARLES FINDLAY, Assistant Chief
        Natural Resources Section

        /s/ Jacob T. Haseman
        JACOB T. HASEMAN, Trial Attorney
        WY Bar No. 6-4238
        Natural Resources Section
        P.O. Box 663
        Washington, D.C.  20044-7369
        Telephone: (202) 305-0240
        Facsimile: (202) 305-0274
        jacob.haseman@usdoj.gov

        Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL was served on March 19, 2008, by means of the Court's Electronic Case Filing system on the following counsel:

Valerie J. Stanley
329 Prince George Street
Laurel, MD 20707

Mara C. Hurwitt
Dewey & LeBoeuf LLP
1101 New York Ave. N.W.
Suite 1100
Washington, D.C. 20005-4213

/s/ Jacob T. Haseman
JACOB T. HASEMAN