UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civ. No. 06-1609 RMC |

**DEFENDANTS' NOTICE OF FILING ADMINISTRATIVE RECORD**

PLEASE TAKE NOTICE that Defendants are hereby filing the Administrative Record for the captioned matter. Attached hereto as Exhibit 1 is the certification of Francis Ackley, Wild Horse Program Leader, Bureau of Land Management ("BLM") Colorado State Office. Attached hereto as Exhibit 2 is the Index to the Administrative Record. Attached hereto as Exhibit 3 is the Declaration of Sarah E. Wisely, BLM Colorado State Director, describing those documents withheld from the Administrative Record on the basis of the deliberative process privilege.

Respectfully submitted this 15th day of April, 2008.

>RONALD J. TENPAS,
>Assistant Attorney General
>U.S. Department of Justice
>Environment and Natural Resources
>Division
>
>CHARLES FINDLAY, Assistant Chief
>JACOB HASEMAN, Trial Attorney
>Natural Resources Section
>601 D Street, N.W.
>Washington, D.C.  20004
>Telephone: (202) 305-0240
>Jacob.Haseman@usdoj.gov
>
>JEAN E. WILLIAMS, Chief
>Wildlife and Marine Resources Section
>Kristen Byrnes Floom
>KRISTEN BYRNES FLOOM
>Trial Attorney (DC Bar No. 469615)
>Wildlife and Marine Resources Section
>601 D Street, N.W.
>Washington, D.C.  20004
>Telephone: (202) 305-0340
>Facsimile: (202) 305-0275
>Kristen.Floom@usdoj.gov
>
>*Attorneys for Defendants*