**EXHIBIT ONE**

# United States of America

## DEPARTMENT OF THE INTERIOR
## Bureau of Land Management, Colorado State Office

*I certify that the official records of the Department of the Interior identified below are in my legal custody and attest that each annexed paper is a true copy of a document comprising part of the official records of the Department of the Interior:*

- Administrative Record, as reflected in the attached index, supporting the Dept. of Interior's Bureau of Land Management, Colorado State Office October 10, 2007 Record of Decision for the West Douglas Herd Area Amendment to the White River Resource Management Plan (CO-WRFO-05-083-EA). The Administrative Record does not contain fax cover sheets, privileged and protected documents, or voluminous publicly available scientific records.
- Additional documents related to Plaintiff's claims in the litigation.
- The Department of Interior, Bureau of Land Management, Colorado State Office is presently implementing the Oct. 10, 2007 Record of Decision for the West Douglas Herd Area Amendment to the White River Resource Management Plan (CO-WRFO-05-083-EA) and anticipates generating additional documents with respect to such implementation before the total removal of wild horses from the West Douglas herd area begins.

*IN TESTIMONY WHEREOF, I swear under penalty of perjury that the foregoing is true and correct. Signed this 11th day of April, 2008.*



SIGNATURE: *Francis Ackley*

TITLE: *Wild Horse Program Leader*

OFFICE: *BLM Colorado State Office*

MY COMMISSION EXPIRES 8/24/2010

Subscribed and sworn to me this 11th day of April 2008
Tammy K Lester *Tammy K Lester 4-11-08*