UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>Defendants. | )<br>)<br>)<br>) Civ. No. 06-1609 RMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# JOINT PROPOSED BRIEFING SCHEDULE

Plaintiffs Colorado Wild Horse and Burro Coalition, Inc.; American Mustang and Burro Association, Inc.; The Cloud Foundation, Inc.; Front Range Equine Rescue, Inc.; and Dr. Don Moore (collectively "Plaintiffs") and Defendants Dirk Kempthorne, Secretary of the Interior; James L Caswell, Director, Bureau of Land Management ("BLM"); Kent E. Walter, Field Manager, BLM White River Field Office; and Sally E. Wisely, BLM Colorado State Director (collectively "Defendants"), hereby propose the following schedule for briefing of this matter:

| | |
|---|---|
| May 16, 2008 | Deadline for filing any motion to supplement the record |
| June 18, 2008: | Plaintiffs file motion for summary judgment |
| July 16, 2008: | Defendants file opposition and cross-motion for summary judgment and supplement the administrative record with final environmental assessment and gather plan |
| July 30, 2008: | Plaintiffs file reply and opposition to cross-motion |
| August 13, 2008: | Defendants file reply |

Respectfully submitted this 15th day of April, 2008.

<u>Valerie J. Stanley (by KBF with permission)</u>
Valerie J. Stanley
D.C. Bar No. 384882
329 Prince George Street
Laurel, MD 20707
(301) 549-3126

Mara C. Hurwitt
LEBOEUF, LAMB, GREENE & MACRAE, LLP
1101 New York Ave., N.W.
Washington, DC 20005
(202) 986-8094

*Attorneys for Plaintiffs*

RONALD J. TENPAS,
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

CHARLES FINDLAY, Assistant Chief
JACOB HASEMAN, Trial Attorney
Natural Resources Section
601 D Street, N.W.
Washington, D.C. 20004
Telephone: (202) 305-0240
Jacob.Haseman@usdoj.gov

JEAN E. WILLIAMS, Chief
Wildlife and Marine Resources Section
<u>Kristen Byrnes Floom</u>
KRISTEN BYRNES FLOOM
Trial Attorney (DC Bar No. 469615)
Wildlife and Marine Resources Section
601 D Street, N.W.
Washington, D.C. 20004
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

*Attorneys for Defendants*