UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, et al., <br><br> Defendants. | ) ) ) ) Civ. No. 06-1609 RMC ) ) ) ) ) ) ) ) |

**[PROPOSED] ORDER**

The Joint Proposed Briefing Schedule is hereby adopted by the Court, and the parties are ordered to comply therewith. The briefing schedule in this case is as follows:

| | |
|---|---|
| May 16, 2008 | Deadline for filing any motion to supplement the record |
| June 18, 2008: | Plaintiffs file motion for summary judgment |
| July 16, 2008: | Defendants file opposition and cross-motion for summary judgment and supplement the administrative record with final environmental assessment and gather plan |
| July 30, 2008: | Plaintiffs file reply and opposition to cross-motion |
| August 13, 2008: | Defendants file reply |

Dated: _____    _____
                        HON. ROSEMARY M. COLLYER
                        UNITED STATES DISTRICT JUDGE