UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>    Defendants. | Civ. No. 06-1609 RMC<br><br>**DEFENDANTS' NOTICE OF POSTPONEMENT OF DATE FOR WEST DOUGLAS GATHER** |

    At the April 23, 2008 status conference in the captioned case, the Court asked the undersigned counsel to confer with Defendants to determine whether it would be possible to delay the start date for the gather of wild horses in the West Douglas Herd Area, which had been planned for September 1, 2008.

    As explained in the Third Declaration of Kent Walter, Field Manager for the U.S. Department of Interior's Bureau of Land Management (BLM), Colorado State Office, White River Field Office ("Third Walter Decl.") (attached hereto), Defendants have made arrangements to modify the gather schedule. The West Douglas gather has been postponed until October 1, 2008, to give the Court an opportunity to consider the parties' cross-motions for summary judgment prior to commencement of the gather. See Third Walter Decl. at ¶ 5 (noting that October 1-7, 2008 is the only alternate window for the gather in light of contractor availability).

Respectfully submitted this 30th day of April, 2008.

> RONALD J. TENPAS,
> Assistant Attorney General
> U.S. Department of Justice
> Environment and Natural Resources Division
>
> JEAN E. WILLIAMS, Chief
> Wildlife and Marine Resources Section
>
> CHARLES FINDLAY, Assistant Chief
> JACOB HASEMAN, Trial Attorney
> Natural Resources Section
> 601 D Street, N.W.
> Washington, D.C. 20004
> Telephone: (202) 305-0240
> Jacob.Haseman@usdoj.gov
>
> /s/ Kristen Byrnes Floom
> KRISTEN BYRNES FLOOM
> Trial Attorney (DC Bar No. 469615)
> Wildlife and Marine Resources Section
> 601 D Street, N.W.
> Washington, D.C. 20004
> Telephone: (202) 305-0340
> Facsimile: (202) 305-0275
> Kristen.Floom@usdoj.gov
>
> Attorneys for Defendants