## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

COLORADO WILD HORSE AND
BURRO COALITION, INC., ET AL.,

     Plaintiffs,

  v.

KEMPTHORNE, et al.,

     Defendants.

Civ. No. 06-1609 RMC

### THIRD DECLARATION OF KENT E. WALTER

I, Kent E. Walter, declare as follows:

1.    I am the Field Manager for the U.S. Department of Interior's Bureau of Land Management (BLM), Colorado State Office, White River Field Office, an agency of the U.S. Department of the Interior, located in Meeker, Colorado. In my capacity as Field Manager, I am responsible for the administration and management of 1,445,900 acres of BLM surface estate and 365,000 acres of split mineral estate within the White River Resource Area, located in Northwestern Colorado. I have been serving in my current capacity since October 2001.

2.    The purpose of this declaration is to respond to the Court's inquiry at the April 23, 2008 status conference regarding whether BLM has any flexibility to delay the start date of the planned gather in the West Douglas Herd Area.

3.    BLM had planned to begin the gather on or after September 1, 2008. The White River Field Office had arranged for a third-party contractor to be available beginning on September 1 to undertake the gather activities. In response to the Court's inquiry, BLM has evaluated whether it

would be possible to modify the contract and delay the planned gather until October 2008, at the earliest.

4.      Due to the anticipated weather conditions in the West Douglas Herd Area, BLM must undertake the gather before mid-November. There is often snow in that area by Thanksgiving, which would make it difficult for BLM to get vehicles into the Herd Area to remove wild horses. Nor is it feasible for BLM to wait until the spring of 2009 to gather any horses, because BLM policy precludes gathers during the annual foaling season (March through June). Thus, any horses not gathered prior to March would continue to reproduce throughout the spring, making it more difficult and more expensive to gather all horses within the Herd Area.

5.      Given the availability of contractors who are qualified to undertake this work, the only alternate window for the gather is **October 1-7**. BLM has made arrangements with its contractor to modify its schedule to begin the West Douglas gather on **October 1**. The contractor is scheduled to gather horses in Wyoming from October 8 – 31 and is therefore not available any other time during October. Furthermore, the Colorado Division of Wildlife has requested that BLM not gather the West Douglas horses from November 1-7. The West Douglas herd area falls within a trophy game management unit for deer. Hunters must wait a minimum of 5 years before drawing a license in this unit and the economies of the towns nearby depend on revenue from these hunters. BLM will provide notice to Plaintiffs via an email to counsel, Valerie Stanley and Mara Hurwitt, one week prior to beginning the gather.

I declare under penalty of perjury that the foregoing is true and correct to the best of my current knowledge.

2

Executed in Meeker, Colorado on this  29th  day of April, 2008.

Kent E. Walter, Field Manager
U.S. Department of Interior
Bureau of Land Management
White River Field Office

3