UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| COLORADO WILD HORSE <br> AND BURRO COALITION, INC. <u>et al.</u>, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, <u>et al.</u>, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-1609 (RMC) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

_____ )

**PLAINTIFFS' MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD AND TO REQUIRE DEFENDANTS TO INCLUDE IN THE ADMINISTRATIVE RECORD CERTAIN INFORMATION NOTED AS WITHHELD IN THE DEFENDANTS' PRIVILEGE LOG**

On October 10, 2007, the Secretary of the Department of the Interior issued a final decision on the 2005 West Douglas Herd Area Amendment to the White River Resource Management Plan ("White River RMP"), CO-WRFO-05-083-EA. The October 10, 2007 Decision Record ("DR") on that Amendment explicitly states that it is the intention of the Bureau of Land Management ("BLM") to eradicate all wild horses from the West Douglas Herd Area "at the earliest practicable date."

On April 15, 2008, Defendants filed the Administrative Record ("AR") in this case. The AR must include all documents that were before the BLM at the time it made its decision. However, as Plaintiffs demonstrate in the accompanying memorandum of law, a number of documents that are in the BLM's files and are clearly relevant to the agency's decision are missing from the AR. Therefore, Plaintiffs move this Court to compel production of those documents and to consider them as part of the AR.

In addition, Plaintiffs move this Court to compel Defendants to submit a revised Deliberative Process Privilege Log that provides sufficient information upon which to determine if any or all of these documents are, in fact, subject to the deliberative process privilege and, further, to produce any documents listed on Defendants' Privilege Log that were improperly withheld under the deliberative process privilege, and are not, in fact, subject to that privilege.

Counsel for Defendants have indicated that they will oppose this motion to supplement the record and to produce documents listed in their Deliberative Process Privilege Log in the Administrative Record.

Dated this 16th day of May, 2008.

Respectfully submitted,

/s/ Valerie J. Stanley
Valerie J. Stanley
D.C. Bar No. 384882
329 Prince George Street
Laurel, MD 20707
(301) 549-3126
(301) 549-3228 fax

/s/ Mara C. Hurwitt
Mara C. Hurwitt
D.C. Bar No. 482409
Dewey & LeBoeuf LLP
1101 New York Ave. N.W.
Suite 1100
Washington, D.C. 20005-4213
(202) 346-8094
(202) 956-3280 fax

Counsel for Plaintiffs