**Appendix 1**

West Douglas Herd Area Amendment to the White River Resource Management Plan
CO-WRFO-05-083-EA
Administrative Record
DOCUMENT INDEX
(Volumes 1 - 4)

| Date | Document | Vol | Tab No | Page No |
|---|---|---|---|---|
| | **BACKGROUND INFORMATION** | | | |
| 1971 | Wild & Free Roaming Horses & Burros Act | 1 | 1 | 1 |
| 10/2006 | Title 43 Code of Federal Regulations Part 4700: Protection, Management, and Control of Wild Free-Roaming Horses and Burros | 1 | 2 | 9 |
| 3/2005 | Excerpt from Land Use Planning Handbook H-1601-1 concerning wild horse & burro management | 1 | 3 | 18 |
| 12/2002 | Summary of legislation, planning documents, litigation, and management activities in West Douglas Herd Area (WDHA) | 1 | 4 | 21 |
| 10/14/99 | Memorandum from Jim Cagney, White River Field Office (WRFO), to Fran Ackley, Colorado State Office (CSO) Wild Horse & Burro Program (WHBP), regarding naming of herd areas (HAs) and herd management areas (HMAs) in WRFO | 1 | 5 | 26 |
| 10/03/05 | IBLA 99-386: Dismissal of appeal and denial of stay on grazing permit renewal for Twin Buttes Allotment | 1 | 6 | 27 |
| 10/29/04 | IBLA 2001-384, 2001-385, 2001-386: Dismissal of appeals by 3 parties to a removal of West Douglas horses | 1 | 7 | 36 |
| 02/15/00 | IBLA 96-489, 96-490, 96-492: Appeal by several parties to decision to remove horses from Piceance/East Douglas HMA and West Douglas HA. Decision affirmed. | 1 | 8 | 51 |
| 10/06/94 | IBLA 94-703: Appeal and petition for stay by several parties to decision to remove horses from Piceance/East Douglas HMA and West Douglas HA. Stay denied, decision affirmed. | 1 | 9 | 62 |

**CO-WRFO-05-083-EA, WEST DOUGLAS HERD AREA AMENDMENT TO THE WHITE RIVER RESOURCE MANAGEMENT PLAN**

| Date | Document | Vol | Tab No | Page No |
|---|---|---|---|---|
| 10/11/07 | News release of decision record for 2005 EA | 1 | 10 | 66 |
| Unknown | Draft op ed from WRFO manager Kent Walter concerning decision of 2005 EA | 1 | 11 | 68 |
| 10/10/07 | Final decision record for 2005 EA | 1 | 12 | 70 |
| 10/10/07 | BLM response to protest from Valerie Stanley | 1 | 13 | 72 |
| 10/10/07 | BLM response to protest from Colorado Environmental Coalition (CEC) | 1 | 14 | 81 |
| 10/10/07 | BLM response to protest from Humane Society of the U.S. (HSUS) | 1 | 15 | 90 |
| 10/10/07 | BLM response to protest from Animal Welfare Institute (AWI) | 1 | 16 | 95 |
| 10/10/07 | BLM response to protest from Darynne Anna Jessler | 1 | 17 | 105 |
| 10/09/07 | Transmittal of final decision from Kent Walter, WRFO manager, to BLM Director Caswell | 1 | 18 | 108 |
| 10/09/07 | Internal communications plan for protest resolutions | 1 | 19 | 109 |
| 10/09/07 | DRAFT internal questions and answers about protest resolutions | 1 | 20 | 114 |
| 10/05/07 | E-mail between Fran Ackley, CSO WH&B, and Dr. E. Gus Cothran, Ph.D. concerning moving horses from West Douglas HA to Piceance/East Douglas HMA | 1 | 21 | 118 |

| Date | Document | Vol | Tab No | Page No |
|---|---|---|---|---|
| 07/03/07 | E-mail from Fran Ackley, CSO WH&B, to Glen Wallace, CSO Planning, concerning genetic analysis of West Douglas herd | 1 | 22 | 120 |
| 05/16/07 | E-mail exchange (redacted) between Glenn Wallace and Bob Fowler, WRFO. concerning WO questions for protest responses | 1 | 23 | 121 |
| 04/23/07 | E-mail from Glen Wallace to Colin Voigt regarding protest resolutions | 1 | 24 | 123 |
| 04/02/07 | E-mail from Glenn Wallace, CSO, to WRFO addressing WO concerns about 2005 EA | 1 | 25 | 125 |
| 03/28/07 | E-mail from Glenn Wallace, CSO, to Colin Voigt et. al., WO Planning, concerning WO questions on 2005 EA | 1 | 26 | 127 |
| 03/03/07 through 04/04/07 | E-mail chain between Glen Wallace, CSO Planning, and Matthew Higdon, Washington Office (WO) Planning, concerning adequacy of 2005 EA | 1 | 27 | 130 |
| 03/01/07 | E-mail from Wallace to Fowler concerning acreage of West Douglas HA | 1 | 28 | 136 |
| 02/22/07 | E-mail between Wallace and Voigt concerning the incorporation of 2004 EA into the 2005 EA | 1 | 29 | 137 |
| 10/18/06 | Report from APHIS veterinarian of 10/2006 West Douglas gather | 1 | 30 | 140 |
| 10/17/06 | Internal memo (redacted), author unknown, concerning chronology of West Douglas decisions 1996 - 2005 | 1 | 31 | 142 |
| 08/17/06 | E-mail exchange (redacted) between Wallace and Don Glenn, WO WHB, concerning questions on sale authority | 1 | 32 | 144 |
| 07/26/06 | E-mail from Don Glenn to Voigt about WO comments on responses to Stanley and AWI protests | 1 | 33 | 146 |
| 06/08/06 | E-mail from Deb Rawhouser, WO Planning, to Glenn Wallace concerning planning regulations | 1 | 34 | 148 |
| Unknown | Transmittal of protest responses from Colorado State Director to WO planning (WO-210) | 1 | 35 | 152 |
| 05/17/06 | Briefing paper (redacted), author unknown, regarding history of West Douglas herd and status of protest responses and gather plans | 1 | 36 | 161 |
| 03/27/06 | Letter from and BLM response to Valerie Stanley about 2006 gather plans in WRFO | 1 | 37 | 163 |
| 03/10/06 | Ackley comments on Stanley protest | 1 | 38 | 174 |
| 03/10/06 | Ackley comments on CEC protest | 1 | 39 | 189 |
| 03/10/06 | Ackley comments on HSUS protest | 1 | 40 | 215 |
| 03/10/06 | Ackley comments (redacted) on AWI protest | 1 | 41 | 221 |
| Unknown | Second set of Ackley comments (redacted) on AWI protest | 1 | 42 | 242 |
| 03/10/06 | Ackley comments on Jessler protest | 1 | 43 | 262 |
| 01/13/06 | E-mail from Ackley to Dean Bolstad, National Program Office (NPO) WHB, concerning naming of horse areas, acreages, genetics, etc. for WRFO | 1 | 44 | 268 |
| 01/12/06 | E-mail exchange between Ackley and E. Gus Cothran, Ph.D. concerning management of the genetics of the West Douglas herd and the occurrence of rare genetic variants | 1 | 45 | 271 |
| 10/01/05 | Protest to 2005 EA by Valerie Stanley | 1 | 46 | 273 |
| 09/30/05 | Protest to 2005 EA by CEC et. al. | 1 | 47 | 283 |
| 09/30/05 | Protest to 2005 EA by AWI | 1 | 48 | 305 |
| 09/28/05 | Protest to 2005 EA by HSUS | 1 | 49 | 323 |
| 09/15/05 | Protest to 2005 EA by Darynne Anna Jessler | 1 | 50 | 338 |
| 09/01/05 | News Release of 2005 EA decision to remove all horses from West Douglas HA | 1 | 51 | 339 |

| Date | Document | Vol | Tab No | Page No |
|---|---|---|---|---|
| 08/29/05 | Internal communications plan, speaking points, fact sheet for release of final decision on 2005 EA | 1 | 52 | 341 |
| 08/29/05 | Mailing list for BLM responses to public comments on 2005 EA | 1 | 53 | 347 |
| 08/27/05 | BLM Responses to public comments on 2005 EA | 1 | 54 | 359 |
| 07/29/05 | Draft resolution of Northwest Resource Advisory Council supporting total removal of horses from West Douglas HA | 1 | 55 | 390 |
| 07/08/05 | Comments on 2005 EA from C .E. Brooks & Assoc., P.C. | 1 | 56 | 394 |
| 07/08/05 | Comments on 2005 EA from Craig Downer | 1 | 57 | 418 |
| 07/08/05 | Comments on 2005 EA from Gail Fox | 1 | 58 | 419 |
| 07/08/05 | Comments on 2005 EA from Leah and Robert Plant | 1 | 59 | 420 |
| 07/08/05 | Comments on 2005 EA from Larry and Jane Yazzie | 1 | 60 | 421 |
| 07/08/05 | Comments on 2005 EA from The Cloud Foundation | 1 | 61 | 422 |
| 07/08/05 | Comments on 2005 EA from the Colorado Dept. of Agriculture | 1 | 62 | 424 |
| 07/08/05 | Comments on 2005 EA from Jon Hill | 1 | 63 | 426 |
| 07/08/05 | Comments on 2005 EA from Wild Horse Observers Assoc. | 1 | 64 | 428 |
| 07/08/05 | Comments on 2005 EA from Colo. Environmental Coalition, et. al. | 1 | 65 | 438 |
| 07/08/05 | Comments on 2005 EA from Humane Society of the U.S. | 1 | 66 | 458 |
| 07/07/05 | Comments on 2005 EA from Colorado Wild Horse & Burro Coalition | 1 | 67 | 462 |
| 07/07/05 | Comments on 2005 EA from American Mustang & Burro Assoc. | 1 | 68 | 470 |
| 07/07/05 | Comments on 2005 EA from Animal Welfare Institute | 1 | 69 | 474 |
| 07/06/05 | Comments on 2005 EA from Robert Schmidt | 1 | 70 | 481 |
| 07/01/05 | Comments on 2005 EA from Pati Temple | 1 | 71 | 483 |
| 06/25/05 | Comments on 2005 EA from Barbara Warner | 1 | 72 | 484 |
| 06/06/05 | Draft CO-WRFO-05-083-EA and letter requesting comments from the public | 1 | 73 | 485 |
| 06/06/05 | Appendices to CO-WRFO-05-083-EA | 1 | 74 | 556 |
| 04/18/05 | Comments from Jay Thompson, CSO riparian coordinator, on 2005 draft EA | 1 | 75 | 569 |
| 03/08/05 | Comments from Ackley, CSO WHB, on alternatives to draft 2005 EA | 1 | 76 | 570 |
| Unknown | Comments by Tamara Sadoo, CSO, on wild horse sections of draft 2005 EA | 1 | 77 | 572 |
| 02/18/05 | Summary from Valerie Dobrich, WRFO WHB, on census of West Douglas HA | 1 | 78 | 579 |

**CO-WRFO-03-050-EA, WEST DOUGLAS HERD AREA AMENDMENT TO THE WHITE RIVER RESOURCE MANAGEMENT PLAN.**
**(THIS EA WAS WITHDRAWN AND IS HEREINAFTER REFERRED TO AS THE 2004 EA.)**

| Date | Document | Vol | Tab No | Page No |
|---|---|---|---|---|
| 01/07/05 | E-mail from Steven Hall, Grand Junction Field Office, notifying staff of news release declaring that CO-WRFO-03-050-EA has been withdrawn | 2 | 1 | 1 |
| Unknown | Draft letter to protesters notifying them that the 2004 EA has been withdrawn | 2 | 2 | 5 |
| 12/08/04 | E-mail from Ackley to WRFO describing HA vs. HMA terminology | 2 | 3 | 6 |
| 11/24/04 | E-mail (redacted) from Tamara Sadoo, CSO, to CSO & WRFO staff forwarding notes from facilitated meeting between CSO & WRFO staff concerning 2004 EA | 2 | 4 | 7 |
| 10/29/04 | E-mail (redacted) from Tom Forre, CSO Range, transmitting his comments on 2004 EA | 2 | 5 | 11 |

| Date | Document | Vol | Tab No | Page No |
|---|---|---|---|---|
| 10/26/04 | E-mail from Wes Anderson, CSO Wildlife biologist, transmitting his comments on 2004 EA | 2 | 6 | 12 |
| 10/25/04 | E-mail from Jay Thompson, CSO Riparian, transmitting his comments on 2004 EA | 2 | 7 | 15 |
| 10/21/04 | E-mail from Jay Thompson, acting Branch Chief for Renewable Resources at CSO, outlining expectations of staff for an upcoming meeting | 2 | 8 | 16 |
| 08/25/04 | Protest of 2004 EA from Jacqueline Beham | 2 | 9 | 18 |
| 08/25/04 | Protest of 2004 EA from Connie Page et. al. | 2 | 10 | 19 |
| 08/16/04 | Protest of 2004 EA from Margot Hubbell | 2 | 11 | 20 |
| 08/13/04 | Protest of 2004 EA from Sharen Branch | 2 | 12 | 21 |
| 08/12/04 | Protest of 2004 EA from Valerie Stanley | 2 | 13 | 23 |
| 08/11/04 | Protest of 2004 EA from Colo. Environmental Coalition et. al. | 2 | 14 | 178 |
| 08/11/04 | Protest of 2004 EA from C.E. Brooks & Assoc., P.C. | 2 | 15 | 225 |
| 08/11/04 | Protest of 2004 EA from Western Watershed Projects | 2 | 16 | 269 |
| 08/10/04 | Protest of 2004 EA from Fund for Animals | 2 | 17 | 271 |
| 08/08/04 | Protest of 2004 EA from Marcia Wells | 2 | 18 | 289 |
| 08/06/04 | Protest of 2004 EA from Alexa Kasper | 2 | 19 | 290 |
| 08/06/04 | Protest of 2004 EA from Barbara Harvey | 2 | 20 | 291 |
| 08/04/04 | Protest of 2004 EA from Susan Cowdin | 2 | 21 | 292 |
| 08/04/04 | Protest of 2004 EA from Diane Broccardo | 2 | 22 | 293 |
| 08/04/04 | Protest of 2004 EA from Rose Eagar | 2 | 23 | 294 |
| 08/04/04 | Protest of 2004 EA from Sandi Armstrong | 2 | 24 | 295 |
| 08/04/04 | Protest of 2004 EA from Holly Kennedy | 2 | 25 | 296 |
| 08/04/04 | Protest of 2004 EA from G. Brunner | 2 | 26 | 297 |
| 08/04/04 | Protest of 2004 EA from Katherine Keck | 2 | 27 | 298 |
| 07/08/04 | Final:  CO-WRFO-03-050-EA and decision record for total removal of horses from West Douglas HA | 2 | 28 | 299 |
| 07/08/04 | Final:  Appendices to CO-WRFO-03-050-EA | 2 | 29 | 406 |
| Unknown | Summary list of written comments to 2004 EA and BLM's response to those comments | 2 | 30 | 490 |
| 09/20/04 | Comments to 2004 EA from Donna Caplan | 2 | 31 | 536 |
| 08/01/04 | Comments to 2004 EA from Barbara Warner | 2 | 32 | 541 |
| 06/01/04 | Comments to 2004 EA from Northwest Resource Advisory Council | 2 | 33 | 543 |
| 05/07/04 | Comments to 2004 EA from Darynne Anna Jessler | 2 | 34 | 544 |
| 05/05/04 | Comments to 2004 EA from Thomas Berry | 2 | 35 | 549 |
| 05/05/04 | Comments to 2004 EA from Nancy Rife | 2 | 36 | 556 |
| 05/05/04 | Comments to 2004 EA from Center for Native Ecosystems | 2 | 37 | 559 |
| 05/05/04 | Comments to 2004 EA from Fund for Animals | 2 | 38 | 573 |
| 05/05/04 | Comments to 2004 EA from C.E. Brooks & Assoc., P.C. | 2 | 39 | 578 |
| 05/05/04 | Comments to 2004 EA from Western Watershed Projects | 2 | 40 | 592 |
| 05/05/04 | Comments to 2004 EA from Colo. Dept. of Agriculture | 2 | 41 | 596 |
| 05/05/04 | Comments to 2004 EA from Colo. Environmental Coalition et. al. | 2 | 42 | 599 |
| 05/04/04 | Comments to 2004 EA from Sharen Branch | 2 | 43 | 624 |
| 05/03/04 | Comments to 2004 EA from Toni & Dr. Donald Moore | 2 | 44 | 626 |
| 05/03/04 | Comments to 2004 EA from Don Peach | 2 | 45 | 632 |
| 05/03/04 | Comments to 2004 EA from Ted Rozkuska | 2 | 46 | 640 |
| 05/03/04 | Comments to 2004 EA from Wild Horse Observers Assoc. | 2 | 47 | 643 |
| 05/01/04 | Comments to 2004 EA from Twin Buttes Ranch Co. | 2 | 48 | 656 |
| 04/30/04 | Comments to 2004 EA from Cripple Cowboy Outfit, Inc. | 2 | 49 | 671 |
| 04/30/04 | Comments to 2004 EA from Maureen Gould | 2 | 50 | 676 |

| Date | Document | Vol | Tab No | Page No |
|---|---|---|---|---|
| 04/30/04 | Comments to 2004 EA from Cindy Meyer | 2 | 51 | 681 |
| 04/30/04 | Comments to 2004 EA from Celia Wetherill | 2 | 52 | 683 |
| 04/30/04 | Comments to 2004 EA from Nancy Lindley | 2 | 53 | 684 |
| 04/29/04 | Comments to 2004 EA from Audrey & Marvin Kipp | 2 | 54 | 685 |
| 04/29/04 | Comments to 2004 EA from Glen Papez | 2 | 55 | 688 |
| 04/29/04 | Comments to 2004 EA from Jacqui Crews | 2 | 56 | 691 |
| 04/24/04 | Comments to 2004 EA from Kathryn Baker | 2 | 57 | 693 |
| 03/02/04 | Comments to 2004 EA from American Mustang & Burro Assoc. | 2 | 58 | 694 |
| | | | | |
| 04/2004 through 05/2004 | List of e-mail commentors to the 2004 EA. These were included as a group rather than individually identified here because most of the e-mails were very brief (a few sentences), and most supported alternative G. | 3 | 1 | 1 |
| 04/2004 through 05/2004 | Above referenced e-mail comments to the 2004 EA | 3 | 2 | 12 |
| 02/19/04 | Update to West Douglas HA amendment to the White River RMP | 3 | 3 | 511 |
| Unknown | Internal meeting notes concerning development of alternatives for the West Douglas HA amendment | 3 | 4 | 527 |
| 11/14/02 | Draft scoping report for West Douglas HA amendment | 3 | 5 | 545 |
| 07/08/02 | Planning bulletin #1 for West Douglas HA amendment | 3 | 6 | 565 |
| 06/25/02 | Federal register notice for preparation of an EA to amend the White River RMP | 3 | 7 | 568 |
| 03/19/02 | E-mail exchange between Glenn Wallace, CSO Planning, and Scott Pavey, WRFO, incorporating Wallace's suggestions into Notice of Intent | 3 | 8 | 569 |
| 03/13/02 | E-mail from Scott Pavey to Glenn Wallace stating that herd area boundaries will not be included as an issue in the amendment due to precedent decision by IBLA | 3 | 9 | 571 |
| | | | | |

## HISTORICAL INFORMATION

| Date | Document | Vol | Tab No | Page No |
|---|---|---|---|---|
| 02/06/02 | DNA analysis of West Douglas herd | 4 | 1 | 1 |
| 08/26/97 | White River Resource Area wild horse program analysis and operational plan | 4 | 2 | 12 |
| 06/13/97 | Protest to 1997 RMP by Jimmie Dearman and BLM's response to the protest | 4 | 3 | 27 |
| 06/13/97 | Protest to 1997 RMP by Barbara Flores and BLM's response to the protest | 4 | 4 | 36 |
| 06/1996 | Record of decision for the 1997 RMP. Only those pages pertaining to wild horse management are included. | 4 | 5 | 45 |
| 03/1987 | Record of decision for the 1987 White River Resource Area RMP. Only those pages pertaining to wild horse management are included. | 4 | 6 | 60 |
| 06/16/1981 | Herd Management Area Plan (HMAP) for White River Resource Area (WRRA) | 4 | 7 | 69 |
| 04/1981 | Rangeland Program Summary for WRRA | 4 | 8 | 98 |
| 01/1981 | Management Framework Plan revision for the WRRA | 4 | 9 | 141 |
| 11/1978 | Unit Resource Analysis update for Rangely planning unit | 4 | 10 | 205 |
| 04/04/77 | Census of Douglas Creek herd unit | 4 | 11 | 236 |
| 06/30/75 | Management Framework Plan for WRRA | 4 | 12 | 238 |

| Date | Document | Vol | Tab No | Page No |
|---|---|---|---|---|
| 02/1975 | Unit Resource Analysis for Piceance Basin planning unit | 4 | 13 | 334 |
| 02/1975 | Unit Resource Analysis for Rangely planning unit | 4 | 14 | 370 |
| 01/1974 | Field notes from census of WRRA herd units | 4 | 15 | 393 |

West Douglas Herd Area Amendment to the White River Resource Management Plan
CO-WRFO-05-083-EA
Administrative Record
PRIVILEGED DOCUMENT INDEX

| Date | Document |
|------|----------|
| **ATTORNEY CLIENT PRIVILEGED LOG** | |
| 08/29/05 | Memorandum from Andrea Gelfuso, Rocky Mountain Solicitor's Office (SOLRMR), to Bob Fowler, WRFO, providing legal advice regarding changes to the Decision Record/FONSI for 2005 EA |
| 01/06/06 | Memorandum prepared by Gelfuso and Art Kleven, SOLRMR, providing an analysis of statutes, regulations, and case law regarding Dept. of Interior's (DOI) management of wild horses |
| 03/30/06 (approx.) | Memo from Gelfuso to Glenn Wallace, CSO, transmitting Gelfuso's comments on draft response to protest from Valerie Stanley |
| 03/30/06 (approx.) | Memo from Gelfuso to Wallace transmitting Gelfuso's comments on draft response to protest from Colorado Environmental Coalition (CEC) |
| 03/30/06 (approx.) | Memo from Gelfuso to Wallace transmitting Gelfuso's comments on draft response to protest from Daryanne Anna Jessler |
| 03/30/06 (approx.) | Memo from Gelfuso to Wallace transmitting Gelfuso's comments on draft response to protest from Animal Welfare Institute (AWI) |
| 04/24/06 (approx.) | Memo from Gelfuso to Wallace transmitting Gelfuso's comments on draft response to protest from Humane Society of the U.S. (HSUS) |
| 07/2006 | Memo from Gelfuso to Wallace transmitting Gelfuso's second set of comments on draft response to protest from Valerie Stanley |
| 07/17/06 | Memo from Gelfuso to Wallace transmitting Gelfuso's second set of comments on draft response to protest from CEC |
| 07/19/06 | Memo from Gelfuso to Wallace transmitting Gelfuso's second set of comments on draft response to protest from Daryanne Anna Jessler |
| 07/19/06 | Memo from Gelfuso to Wallace transmitting Gelfuso's second set of comments on draft response to protest from HSUS |
| 07/24/06 | Memo from Gelfuso to Wallace transmitting Gelfuso's second set of comments on draft response to protest from AWI |
| 04/25/07 | Memo from Gelfuso to Veronica Larvie, DOI Solicitor's Office in D.C. (SOLDC), responding to Larvie's concerns regarding legal issues in the 2005 EA |
| 06/27/07 | Memo from Gelfuso to Larvie providing Gelfuso's comments to draft protest responses |
| 07/2007 | Memo describing Wallace's response to Gelfuso's comments of 06/27/07 and incorporation of comments into draft responses |
| 07/16/07 | E-mail from Wallace to managers and staff of WO, CSO, and WRFO discussing issues raised by a DOJ attorney regarding protests of the 2005 EA |
| 08/23/07 | Memo from Sarah Shattuck, SOLDC, to Colin Voigt, WO, providing comments to draft responses to protests of 2005 EA |
| **DELIBERATIVE PROCESS PRIVILEGED LOG** | |
| 03/14/03 | E-mail from Bob Schmidt, CSO Branch Chief for Renewable Resources, to WRFO Field Manager questioning management options, providing recommendations, and analyzing issues within draft 2004 EA |
| Unknown | WRFO response to legal and policy issues raised by Bob Schmidt in 03/14/03 e-mail |

| Date | Document |
|---|---|
| 03/10/04 | E-mail from Fran Ackley, CSO wild horse and burro program leader, to staff members of WRFO and CSO critiquing 2004 EA and offering Ackley's opinion on legal and policy issues |
| 03/10/04 | Attachment to above e-mail from Ackley presenting recommendations for management options for West Douglas herd |
| Unknown | Memo from unnamed author (probably Bob Schmidt) responding to a request for comments on draft Finding of No Significant Impact (FONSI) for 2004 EA |
| 06/09/04 | E-mail from Ackley to WRFO and CSO analyzing legal and policy issues raised by the 2004 EA, and offering questions for management in making decisions for 2004 EA |
| 06/23/04 | E-mail from Bob Fowler, WRFO, to CSO staff describing changes made to draft 2004 EA FONSI in response to comments from BLM staff |
| 06/24/04 | E-mail from Ackley to WRFO field office manager critiquing 2004 EA and offering questions to be considered in determining management options for the West Douglas herd |
| Unknown | E-mail from Valerie Dobrich, WRFO wild horse and burro specialist, critiquing the 2004 EA, offering recommendations, and providing opinion on legal and policy issues raised by the EA |
| 07/08/04 | E-mail from Schmidt to a CSO manager and Ackley recommending consideration of certain information prior to making a decision regarding the West Douglas herd |
| 09/23/04 | E-mail from Tamara Sadoo, CSO, to Ackley summarizing request by CSO manager for thorough analysis of 2004 EA |
| 09/27/04 | Memo prepared by Ackley critiquing the 2004 EA and evaluating legal and policy issues to be considered prior to issuance of a final decision on West Douglas herd |
| 09/29/04 | Memo prepared by Tamara Sadoo, CSO, critiquing 2004 EA, providing evaluation of legal and policy issues raised, and suggesting further analysis |
| 10/25/04 | Memo from Jay Thompson, CSO Riparian Coordinator, to CSO and WRFO staff providing comments and analyzing issues in the 2004 EA |
| 10/29/04 | E-mail (redacted) from Tom Forre, CSO Rangeland Management Specialist, to CSO and WRFO staff presenting his opinion of range conditions during a tour of the West Douglas HA |
| 10/29/04 | Attachment to above e-mail by Forre responding to Sadoo comments and opinions of the 2004 EA |
| Unknown | Memo by unknown author that responds to issues and questions raised by Sadoo comments and opinions |
| 11/22/04 | E-mail from Ackley to CSO managers and staff proposing a new alternative for the draft 2005 EA |
| 11/24/04 | Draft notes (redacted) prepared by unidentified facilitator concerning a meeting between CSO and WRFO staff regarding the land use plan amendment process |
| 12/01/04 | Notes by unknown author of an internal meeting between CSO & WRFO discussing withdrawal of 2004 EA and preparation of a new EA |
| Unknown | Excerpt from 2005 EA by unknown author with comments from various staff comparing draft alternatives and providing substantive edits and recommendations |
| 02/14/06 | E-mail from Dean Bolstad, Wild Horse & Burro National Program Office (NPO), transmitting comments concerning legal and policy issues on draft responses to protests to 2005 EA |
| Undated | Attachment to above e-mail containing Bolstad's opinion regarding legal and policy issues raised by protest to 2005 EA filed by Valerie Stanley |
| Undated | Attachments to Bolstad's e-mail of 2/14/06 containing Bolstad's opinion regarding legal and policy issues raised by protest to 2005 EA filed by HSUS |
| Undated | Attachment to Bolstad's e-mail of 2/14/06 containing Bolstad's opinion regarding legal and policy issues raised by protest to 2005 EA filed by AWI |
| Undated | Attachment to Bolstad's e-mail of 2/14/06 containing Bolstad's opinion regarding legal and policy issues raised by protest to 2005 EA filed by Darryne Anna Jessler |
| 03/10/06 | Comments (redacted) from Francis Ackley, CSO wild horse & burro program leader, concerning policy issues in draft protest response to AWI |
| Unknown | Second set of comments (redacted) from Ackley concerning policy issues in draft protest |

| Date | Document |
|---|---|
| | response to AWI |
| 04/12/06 | E-mail between Don Glenn, W.O. wild horse & burro program, and Ackley, with Ackley requesting W.O. guidance on legal and policy issues raised during a conference call |
| Unknown | Memo from unknown author in W.O. to Ackley providing recommendations on draft responses to protests |
| 05/17/06 | Briefing paper (redacted) prepared by unknown author for Colorado State Director. |
| 06/02/06 | E-mail from Don Glenn, W.O., to Glenn Wallace, CSO, and other CSO and WO staff transmitting Don Glenn's comments on draft protest responses |
| 08/16/06 – 08/17/06 | E-mail (redacted) between Don Glenn, Ackley, and Glenn Wallace concerning draft responses to protests |
| 10/16/06 | Memo from unknown author outlining legal and policy issues to be considered in making a final decision concerning management of the West Douglas herd |
| 10/17/06 | Memo (redacted) by unknown author describing chronology of NEPA actions and legal issues raised with regards to the West Douglas herd |
| 10/18/06 | E-mail from Wallace to WO staff describing a briefing of Colorado State Director and legal and policy concerns of protests |
| 03/01/07 | E-mail from Wallace to Ackley and WRFO discussing a request for a litigation report from a CSO manager |
| 04/25/07 | E-mail from Colin Voigt, WO, to various WO staff discussing Voigt's criticisms concerning legal and policy implications of the 2005 EA |
| 05/09/07 – 05/16/07 | E-mail exchange (redacted) between Wallace and Bob Fowler, Grand Junction F.O., concerning draft responses to protests |