UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COLORADO WILD HORSE AND BURRO COALITION, INC., <u>et al.</u>,**  <br><br>**Plaintiffs,**<br><br>v.<br><br>**DIRK KEMPTHORNE, <u>et al.</u>,**<br><br>**Defendants.** | **Civ. No. 06-1609 RMC**<br><br>**[Proposed] Order** |

Upon consideration of Plaintiffs' Motion to Supplement the Administrative Record and to Require Defendants to Include in the Administrative Record Certain Information Noted as Withheld in Defendants' Privilege Log, the Memorandum in Support and Defendants' Opposition thereto, it is hereby this _____ day of _____, 2008,

ORDERED that Plaintiffs' Motion is GRANTED, and it is further

ORDERED that Defendants shall supplement the Administrative Record on or before _____, 2008, and it is further

ORDERED that Defendants shall submit a revised Deliberative Process Privilege Log or submit the documents listed therein for review on or before _____, 2008.

_____
Rosemary M. Collyer
United States District Judge

Copies to:

Valerie J. Stanley
329 Prince George Street
Laurel, MD 20707

Mara L. Hurwitt
Dewey & LeBoeuf LLP
1101 New York Ave. N.W.
Suite 1100
Washingtton, D.C. 20005-4213

Kristen Byrnes Floom, Trial Attorney
U.S. Department of Justice
ENRD, Wildlife and Marine Resources Section
P.O. Box 7369
Washington, DC 20044-7369

Jacob Hasemann, Trial Attorney
U.S. Department of Justice
ENRD, Wildlife and Marine Resources Section
P.O. Box 7369
Washington, DC 20044-7369