UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>DIRK KEMPTHORNE, et al., )<br><br>Defendants. ) | Civ. No. 06-1609 RMC |

**DEFENDANTS' NOTICE OF FILING**
**<u>SUPPLEMENTAL ADMINISTRATIVE RECORD</u>**

PLEASE TAKE NOTICE that Defendants are hereby filing a Supplemental

Administrative Record for the captioned matter.  As stated in their Opposition to

Plaintiffs' Motion to Supplement the Administrative Record, Dkt. No. 64 (Def.

Opp.), in the interest of avoiding further litigation on the scope of the administrative

record Defendants are filing a supplemental record containing certain documents sought

by Plaintiffs.  Attached hereto as Exhibit 1 is the certification of Francis Ackley,

Wild Horse Program Leader, Bureau of Land Management ("BLM") Colorado

State Office.  Attached hereto as Exhibit 2 is the Index to the Supplemental

Administrative Record.

Also attached are the 1974 population map, 1998 Gather Environmental

Assessment ("EA"), 2000 Gather EA, 2001 Gather EA, and 1999 Twin Buttes

Allotment Management Plan, as delineated in Exhibit 2.  By permission of the Court

on June 6, 2008, Defendants will further file two (2) copies of a supplemental paper

administrative record for Tabs A through X as delineated in Exhibit 2.

Defendants searched their files for, but were unable to locate, a letter from

Senator Allard to Associate Field Manager Cagney.  See Def. Opp. at 5.  Thus,

Defendants have not included that letter in the Supplemental Administrative Record.

Defendants also searched their files for additional historical information in

response to Plaintiffs' request.  See id. at 6.  Defendants located several maps that are too

large to reproduce, including one titled "1975 Ground Inventory" and another titled

"1981 Wild Horse Count."  These maps are available for public inspection at the White

River Field Office of the Bureau of Land Management ("BLM") in Meeker, Colorado.

The information contained in the maps is summarized in other documents already

contained in the Administrative Record.

Defendants continue to diligently search their files for a complete copy of

Plaintiffs' protest letter to the 2005 Amendment.  When discovered, Defendants will

further supplement the record with a complete copy of this letter and attachments thereto.

Respectfully submitted this 6th day of June, 2008.

RONALD J. TENPAS
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

CHARLES FINDLAY, Assistant Chief
Natural Resources Section

/s/ Jacob T. Haseman
JACOB T. HASEMAN
Trial Attorney (WY Bar No. 6-4238)
Natural Resources Section
601 D Street, N.W.
Washington, D.C.  20004
Telephone: (202) 305-0240
Jacob.Haseman@usdoj.gov

JEAN E. WILLIAMS, Chief
Wildlife and Marine Resources Section
KRISTEN BYRNES FLOOM
Trial Attorney (DC Bar No. 469615)
Wildlife and Marine Resources Section
601 D Street, N.W.
Washington, D.C.  20004
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

*Attorneys for Defendants*