# Exhibit 2

West Douglas Herd Area Amendment to the White River Resource Management Plan
CO-WRFO-05-083-EA
**Supplemental** Administrative Record
DOCUMENT INDEX

| Date | Document | Tab | Page No | Filename on CD |
|---|---|---|---|---|
| 02,03/1974 12/74, 01/75 | 1974 population map of West Douglas HA from aerial census (02,03/1974) and public observation (12/74, 01/75) | | | 1974 Population Map |
| 1998 | 1998 West Douglas gather EA | | | 1998 Gather EA |
| 2000 | 2000 West Douglas gather EA (cancelled) | | | 2000 Gather EA |
| 2001 | 2001 West Douglas gather EA | | | 2001 Gather EA |
| 1999 | Twin Buttes Allotment Management Plan EA - 1999 | | | Twin Buttes AMP EA |
| 1/30/98, 3/28/05 | Grazing permits for James Steele, Twin Buttes allotment | A | 1 | |
| 3/1/97 | 3/1/97 – 2/28/98 Grazing bill for James Steele, Twin Buttes allotment | B | 5 | |
| 3/1/98 | 3/1/98 – 2/28/99 Grazing bill for James Steele, Twin Buttes allotment | C | 6 | |
| 3/1/99 | 3/1/99 – 2/28/00 Grazing bill for James Steele, Twin Buttes allotment | D | 7 | |
| 3/1/00 | 3/1/00 – 2/28/01 Grazing bill for James Steele, Twin Buttes allotment | E | 8 | |
| 3/1/01 | 3/1/01 – 2/28/02 Grazing bill for James Steele, Twin Buttes allotment | F | 10 | |
| 3/1/02 | 3/1/02 – 2/28/03 Grazing bill for James Steele, Twin Buttes allotment | G | 11 | |
| 3/1/03 | 3/1/03 – 2/28/04 Grazing bill for James Steele, Twin Buttes allotment | H | 12 | |
| 3/1/04 | 3/1/04 – 2/28/05 Grazing bill for James Steele, Twin Buttes allotment | I | 13 | |
| 3/1/05 | 3/1/05 – 2/28/06 Grazing bill for James Steele, Twin Buttes allotment | J | 14 | |
| 3/1/06 | 3/1/06 – 2/28/07 Grazing bill for James Steele, Twin Buttes allotment | K | 15 | |
| 5/1/07 | 5/1/07 – 2/28/08 Grazing bill for James Steele, Twin Buttes allotment | L | 16 | |
| 5/20/99 | Grazing permit for Twin Buttes Ranch Co, Twin Buttes allotment | M | 17 | |
| 3/1/97 | 3/1/97 – 2/28/98 Actual use grazing bill for Twin Buttes Ranch Co., Twin Buttes allotment | N | 19 | |
| 3/1/98 | 3/1/98 – 2/28/99 Actual use grazing bill for Twin Buttes Ranch Co., Twin Buttes allotment | O | 21 | |
| 3/1/99 | 3/1/99 – 2/28/00 Actual use grazing bill for Twin Buttes Ranch Co., Twin Buttes allotment | P | 23 | |
| 3/1/00 | 3/1/00 – 2/28/01 Actual use grazing bill for Twin Buttes Ranch Co., Twin Buttes allotment | Q | 25 | |

| Date | Document | Tab | Page No | Filename on CD |
|---|---|---|---|---|
| 3/1/01 | 3/1/01 – 2/28/02 Actual use grazing bill for Twin Buttes Ranch Co., Twin Buttes allotment | R | 27 | |
| 3/1/02 | 3/1/02 – 2/28/03 Actual use grazing bill for Twin Buttes Ranch Co., Twin Buttes allotment | S | 29 | |
| 3/1/03 | 3/1/03 – 2/28/04 Actual use grazing bill for Twin Buttes Ranch Co., Twin Buttes allotment | T | 31 | |
| 3/1/04 | 3/1/04 – 2/28/05 Actual use grazing bill for Twin Buttes Ranch Co., Twin Buttes allotment | U | 33 | |
| 3/1/05 | 3/1/05 – 2/28/06 Actual use grazing bill for Twin Buttes Ranch Co., Twin Buttes allotment | V | 35 | |
| 3/1/06 | 3/1/06 – 2/28/07 Actual use grazing bill for Twin Buttes Ranch Co., Twin Buttes allotment | W | 37 | |
| 4/30/07 | 4/30/07 – 1/25/08 Actual use grazing bill for Twin Buttes Ranch Co., Twin Buttes allotment | X | 39 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |