# 1974 West Douglas Wild Horse Census Including Public Observations

