June 6, 2008

**2000 WRRA WILD HORSE REMOVAL PLAN/ENVIRONMENTAL
ASSESSMENT**

**West Douglas Herd Area and Adjacent Land**

NUMBER: CO-WRFO-00-133 -EA

TABLE OF CONTENTS

PURPOSE AND NEED FOR ACTION...................................................................4
CONFORMANCE WITH THE LAND USE PLAN.....................................................5
RELATIONSHIP TO STATUTES, REGULATIONS OR OTHER PLANS...............6
DESCRIPTION OF THE ALTERNATIVES.............................................6
PROPOSED ACTION; REMOVAL OF HORSES      ..........................................6

PROJECT AREA

Removal Method............................................................................7
Guidelines in Herding and Handling Horses........................................................... 7
Public Participation................................................................... 9
Transportation........................................................................ 9
Holding Facilities.............................................................................8
Preparation of Horses.........................................................................8
Disposition of Privately Owned Horses......................................................9
Disposition of Gathered Horses Determined to be Wild.............................9
Safety.............................................................................................9

REMOVAL OF HORSES OUTSIDE THE HERD AREA ONLY.....................11

NO ACTION ALTERNATIVE.............................................................11

WATER TRAPPING, BAIT TRAPPING, DARTING, NET GUNNING................11

AFFECTED ENVIRONMENT AND ENVIRONMENTAL CONSEQUENCES............12

Introduction Landscape Analysis................................................................12
Summary Table of Horse Impacts on Soil and Vegetation Standards............................13
Landscape - Cottonwood Pasture Impacts on Soil and Vegetation Standards..........14
Landscape - Lower Horse Draw Pasture Impacts on Soil and Vegetation Standards..... 16
Landscape - Water Canyon Pasture Impacts on Soil and Vegetation Standards.......... 17
Landscape - Texas Creek Pasture General.................................... 19
West Side Impacts on Soil and Vegetation Standards............................................ 19
East Side Impacts on Soil and Vegetation Standards................................................. 21
Landscape - West Creek Pasture Impacts on Soil and Vegetation Standards........ 23
Landscape - Park and Water Hole Pastures Impacts on Soil and Vegetation Standards. 25
Landscape - Bull Draw Allotment Impacts on vegetation Standards........................ 26
Landscape - Douglas Creek Watershed -Riparian and Water Quality Standards..........27
Landscape - Cottonwood Creek Watershed - Water Quality Standard.............. 29
Landscape - Evacuation Creek Watershed - Riparian and Water Quality Standards.... 31
Landscape - Regional Healthy Animal Component.................................... 33
Landscape - Regional Special Status and T & E Species............................................. 34
Landscape - Regional Wild Horse Management......................................... 35

Landscape - Regional Livestock Management..........................................37
Landscape - Regional Cultural and Historical Resources........................ 38
Landscape - Regional Hazardous Materials....................................................... 39
Landscape - Regional Wilderness Study Areas..............................................................39
Landscape - Regional Floodplains, Wetlands, Riparian Zones, and alluvial valleys....40
Landscape - Regional Noise...............................................................................40
Landscape - Regional Recreation........................................................40
Landscape -Invasive Plant /Noxious Weeds................................................40
Landscape -Land Status/Realty Authorizations................................................... 41
Landscape - Regional Air Quality...............................................................41
Landscape -Areas of Critical Environmental Concern....................................41
Landscape-Wild and Scenic Rivers ....................................................41
Landscape-Environmental Justice.................................................................41
Landscape-Prime and Unique Farmlands.................................................41
Landscapes-Native American Religious Concerns...................................41

**Cumulative Impacts**............................................................................42

**CONSULTATION AND COORDINATION**................................................ 42

DECISION RECORD................................................................................ 43

FINDING OF NO SIGNIFICANT IMPACT.................................................. 43

DECISION AND RATIONALE................................................. 43

MITIGATION MEASURES.............................................................................44

COMPLIANCE PLAN........................................................................ 44

SIGNATURE PAGE.......................................................... 44

Form 1842-1 Appealing a Decision of the Authorized Officer

**2000 WRRA WILD HORSE REMOVAL PLAN/ENVIRONMENTAL ASSESSMENT**
**West Douglas Herd Area and Adjacent Land**
NUMBER: CO-WRFO-00-133 -EA

## PURPOSE AND NEED FOR ACTION

There are two actions associated with this proposal:  This gather plan implements the White River Resource Area, Land Use Plan decision of July 1, 1997, for total removal of horses from the West Douglas Herd Area.  This gather plan also implements 43 CFR 4710.4 which requires removal of horses outside of Herd Areas.  The environmental consequences of total removal of horses from the West Douglas Herd Area were analyzed in the White River Resource Area Environmental Impact Statement on Grazing Management (1981) and the Land use Plan EIS of 1997.  The analysis contained in this document will focus on the removal of the horses, and the impacts of the removal operation on the environment.

This document addresses the following issues:

**Habitat Analysis**-*Pursuant to the passage of the Wild-Free Roaming Horse and Burro Act of 1971, the first wild horse census was conducted in 1974.  An analysis followed in 1975 to identify the key habitat associated with the 1974 distribution. The prime habitat in the "Douglas Unit" was incorporated into the Piceance - East Douglas Herd Management Area.   The West Douglas Herd Area held nine horses in 1974.   All nine horses were located within 3 miles of the current Piceance/East Douglas Herd Management Area boundary.   The acreage addressed in this wild horse removal plan/environmental assessment has <u>never</u> been identified as important wild horse habitat in a BLM planning document.  BLM rangeland monitoring since 1979 using, trend in range condition, utilization and actual use studies have shown that the West Douglas Herd Area is not capable of supporting a genetically viable herd without disrupting the "thriving natural ecological balance" specified in the Wild-Free Roaming Horse and Burro Act. <u>(Dahl v. Clark)</u>*

**Herd Viability**- *In 1974 the first census of the West Douglas H.A. found nine horses. Between 1974 and 1983 horses moved into the West Douglas Herd Area from the Piceance - East Douglas Herd Management Area.  During that era horses increased substantially in both numbers and acreage occupied.  In 1983 fences along Colorado State Highway 139 were completed which physically separated the West Douglas Herd Area and the Piceance- East Douglas Herd Management Area.   In 1984 and 1985, the BLM attempted to remove the horses from the West Douglas area.  This attempt fell 32 horses short due to difficult terrain and vegetation.  All horses addressed in this wild horse removal plan/environmental assessment is descendant from the 32 animals that occupied the West Douglas Herd Area in 1986.  As a result, this upcoming gather operation does not involve an irreversible commitment relating to wild horse genetics.   Long term management of wild horses in the West Douglas Herd Area would require the introduction of new genetic material, independent of any actions associated with this gather operation.  Conversely removal of these animals does not constitute a reduction in the regional wild horse gene pool.   All the horses currently using the area came from the Piceance- East Douglas Herd Management Area which has been identified as permanent wild horse range in the White River Resource Management Plan.*

**Horses outside of the Herd Area**- *Since pioneering into the area West of Douglas Creek and subsequently becoming isolated by the highway fences, wild horses have shifted their home range distribution south. This shift is the result of habitat loss from intensive oil and gas development. Today the core of preferred habitat straddles the southern boundary of the West Douglas Herd Area. More than a third of these horses have now selected a home range south of anything even contemplated in 1974. This region can not be described as an "area where [horses are] presently found" as specified in the Wild-Free Roaming Horse and Burro Act. Furthermore these animals appear to still be shifting south in search of a home range.*

**Equine Infectious Anemia**- *Equine Infectious Anemia has been identified in the Bonanza Herd Management Area, 15 miles west of the West Douglas Herd Area. The West Douglas Herd tested negative in 1998, and there is no specific reason to conclude that the herd is currently infected. However allowing an infection to proceed undetected endangers both the horses addressed in this document, the animals planned for long term management in the Piceance-East Douglas HMA, and privately owned animals. The anemia issue is not the basis for the removal operation, but adds to the urgency of implementing the land use plan decision.*

**Livestock Management**-*The proposed action is not designed to enhance livestock grazing. Throughout the Affected Environment/Environmental Consequences section the bureau has tried to provide an objective evaluation of the Standards for Public Land Health. Livestock are identified in several areas as contributing to problems with the land health indicators. The bureau is addressing the livestock grazing issues through a recently completed Allotment Management Plan (AMP). The AMP is the process for identifying problems, determining appropriate management and monitoring the results of the grazing program. This document is to determine the environmental impacts of the alternatives described below and not to prescribe livestock management.*

CONFORMANCE WITH THE LAND USE PLAN:

Name of Plan:          The proposed action conforms with the 1996 White River Resource Area Resource Management Plan and Record of Decision.

Date Approved:          July 1, 1997

Decision Number:          Page 2-26, Wild Horse Management, Paragraph 2 The proposed action has been reviewed for conformance with this plan (43 CFR 1610.5,BLM 1617.3).

**The following is a brief synopsis of the key planning decisions for the West Douglas Herd Area.**

1975 WRRA Management Framework Plan - A habitat analysis was conducted in 1974, The area of the "Douglas Herd Unit" in general contained the Cathedral Bluffs, Bull Draw and Twin Buttes allotments. This analysis identified the area east of State highway 139 as the best habitat for maintenance of wild horses based on three reasons:

    1.) This area contained the majority of the horses in the herd unit and best opportunity for

genetic variability.  These horses interchange with the Piceance herds.
2.) This area contained the best mix of summer and winter ranges for maintenance of a healthy wild horse herd.
3.) In contrast to the area west of state highway 139, east of the highway was not projected to have intensive oil and gas development.

1980-1981 WRRA Management Framework Plan- 1) Allocate 2,101 AUMs of forage for a range of 95-140 old horses to be managed in an area of 148,153 acres (the Piceance-East Douglas HMA), 2) Remove all horses west of Douglas Creek, 3) Remove horses from all other allotments within the Piceance Planning Unit, 4) Complete boundary fencing of Yellow Creek and Cathedral Bluffs (allotments) to eliminate drift of wild horses into adjacent allotments.

1981 WRRA Environmental Impact Statement on Grazing Management- Reiterated the 1980 Management Framework Plan decisions with the following rationale: "Decisions for wild horse management are aimed at maintaining a viable wild horse population within the best habitat of their present range, while simultaneously satisfying the needs for various other resource considerations."

1981 WRRA Herd Management Plan- Reiterated the 1980 Management Framework Plan and 1981 Grazing Environmental Impact Statement decisions and again called for removal of all horses west of Douglas Creek and in allotments outside the Herd Management Area.

1985 WRRA Piceance Basin RMP- Wild horse management would continue according to decisions approved in the WRRA Herd Management Area Plan (Piceance-East Douglas Herd Management Area Plan). The plan designates the areas on which horses will be managed and states how the maintenance of a viable herd will be achieved.

1988 the area west of the highway received administrative designation as the "West Douglas Herd Area" for the purpose of monitoring horse numbers outside of the Herd Management Area. This is the first use of the Herd Area designation.

1997 WRRA Resource Management Plan- Manage for a healthy, viable breeding population of 95-140 wild horses on 190,130 acres (added Greasewood allotment from North Piceance HA to the Piceance-East Douglas HMA) so that a thriving ecological balance is maintained for all plant and animal species on that range. Continue monitoring studies and adjust the long term AML based on the results of that monitoring.  In the long term, remove all horses from West Douglas and the remainder of North Piceance Herd Areas.

RELATIONSHIP TO STATUTES, REGULATIONS OR OTHER PLANS

The Wild and Free Roaming Horse and Burro Act of 1971 (Public Law 92-195) requires removal of excess wild horses in order to restore a thriving natural ecological balance of the range.

The Public Rangeland Improvement Act of 1978 specifically tied the management of wild horses to the Federal Land Policy and Management Act of 1976.  The Federal Land Policy and Management Act required the development or revision of  land use plans with public

involvement.  The White River Resource Area, Resource Management Plan of 1997, and all subsequent planning efforts were prepared in accordance with these laws.

The necessity of removing horses **outside** the West Douglas Herd Area is consistent with 43 CFR 4710.4 which states "Management of wild horses will be undertaken with the objective of limiting the animal's distribution to herd areas".  A herd area is the geographic area identified as having been used by a herd as its habitat in 1971 (43 CFR 4700.0-5).

Following approval of the land use plan, the field office prepared an operational plan to guide implementation.  The operation plan was developed with extensive public participation and it specified five gather operation necessary to reach our wild horse Appropriate Management Level.  This proposed West Douglas Gather Operation has been scheduled on a public document since August of 1997.

The removal action is consistent with both the Strategic Plan for Management of Wild Horses and Burros on Public Lands (1992) and the Strategic Plan for the Management of Wild horses and Burros in Colorado (1993).


## DESCRIPTION OF THE ALTERNATIVES

### A.  PROPOSED ACTION: REMOVAL OF HORSES FROM THE WEST DOUGLAS HERD AREA AND ADJACENT AREAS OF THE HERD AREA

This removal will target all horses within the West Douglas Herd Area; the majority of horses are located in the Texas Creek, Texas Mountain, and Sand Draw areas.  Horses are also found in the West Vandamore and Cottonwood Draw areas.  Removal will also target those horses outside of the Herd Area on the Evacuation Creek and East Douglas Creek Allotments. (See attached map)

As of the late summer of the year 2000 we estimate there will be approximately 94 horses to gather. This estimate includes the horses inside the herd area (54 horses) and outside (40 horses). (Population estimates are contained in the Wild Horse Section).

The operation may take two to three weeks to complete and is scheduled to start in August of 2000.  This plan would remain in effect until all horses are removed.

Removal Method
Drive trapping using a helicopter would be the primary removal method.  With this method horses are herded to a pre-constructed trap using a helicopter.  The trap is constructed of portable steel panels constructed of 2" round pipe.  Wings are constructed off the ends of the panel trap to aid in funneling horses into the trap.  The wings are constructed of natural jute netting which is hung on both trees and long steel posts.  This sort of wing forms a very effective visual barrier to the horses that they typically will not run through.   When the trap is ready for use, a helicopter will start moving one band of horses at a time toward the trap and into the wings.  People on horseback or on foot will wait outside the wings of the trap and haze the horses on into the trap

once the helicopter puts the horses within the wings.

Roping will be the other method of capturing horses. Those horses which will not go into the trap would be roped and guided to the trap or a horse trailer.

The Authorized Officer will determine trap locations based upon horse distribution, concentration, accessibility, and helicopter safety.

Responsibility for Removal Action
Drive trapping will be completed either by a private contractor hired and supervised by USDI-BLM or by in house BLM personnel who are experienced in drive trapping horse removal.

Trap Locations
Trap locations in the removal area will be determined prior to removal in that area. The Project Inspector and a contractor will determine trap locations based upon horse distribution, concentration, accessibility, and helicopter safety.

Guidelines in Herding and Handling Horses

In the herding and gathering phase of the project, a major concern will be for the welfare of the horses. The efficiency of the operation lies in the ability of the helicopter to encourage the animals to move, thus allowing the helicopter to herd them to the trap site. The helicopter pilot maneuvers the helicopter in such a way as to use the horses' natural apprehension to move them in the direction that is necessary for their capture. Actual herding of the horses by the helicopter will be done as far away from the horses and as slowly as possible. The objective is to let the horses set their own pace to the trap.

The helicopter will be used to herd horses to the trap. Once the horses are in the wings, the ground crew will drive the horses into the trap. This will keep the helicopter from low over flying the hazer's and trap.

A parada horse will be used to guide the wild horses into the trap.

Where horses are likely to cross fences, the fences will be taken down. At no time will there be the opportunity for horses to encounter barbed wire around the trap.

When necessary, low-level flying will be used to haze the horses onto existing roads or trails leading to the trap. This will apply more to open flatter terrain where horses may not be inclined to travel on existing trails.

If the pilot identifies bands of animals which may warrant special consideration (such as a small band of older studs or a band containing a very near term mare) the pilot will relay this information to the Authorized Officer and await a response as to the course of action.

Roping will be done only when necessary and only with prior approval by the Authorized Officer. Tying an animal down will be used only as a last resort to subdue the animal.

Should an animal be tied down, priority will be given to freeing the animal in a trailer.

The Authorized Officer may fly with the pilot to locate and select bands of horses to be moved to the trap. The Authorized Officer will not be in the helicopter during actual moving of the horses.

A contract veterinarian or an APHIS veterinarian will be available for the duration of the removal operation. The APHIS Veterinarian will not administer care to the horses but will work in a advisory capacity on all aspects of horse health.

Animals which are diseased, crippled or otherwise handicapped so that destruction is an act of mercy, or where their characteristics affect survivability, will be disposed of humanely. These actions will be taken at the discretion of the veterinarian, Authorized Officer, and will be performed in a humane and expedient manner by a qualified individual.

Public Participation

The public is welcome to view the capture of the horses at traps where the public presence will not interfere with the operation, or where the safety of the public or employees is not at risk. The public must adhere to guidance from the agency representative and viewing must be prearranged. Qualified local volunteers may also help in the preparation and adoption of the horses. Volunteers will only be placed in non-hazardous support roles. Each volunteer will have a current BLM Volunteer agreement in place prior to helping with any facet of the removal or adoption operation.

Transportation

Gathered horses will be transported from individual trap locations to the Yellow Creek Holding Facility for preparation and disposition. Listed below are the guidelines for transporting horses.

During the transport of animals from the trap to the holding facility, and from the holding facility to release locations, all precautions will be taken to assure the safety and welfare of the animals. Should any complications arise, or be foreseen to arise, immediate action will be taken to alleviate the problem. These actions include, but are not limited to, regrading access roads, relocating traps to more accessible locations and temporary cessation of operations. Alternative routes of travel may also be considered.

All motorized equipment employed in the transportation of captured animals shall be in compliance with appropriate State and Federal laws and regulations applicable to the humane transportation of animals. Vehicle drivers must possess complete knowledge regarding the capabilities of the vehicle they are driving and the terrain over which they must travel. Drivers must be qualified and licensed to operate the vehicles used.

Vehicles shall be in good repair, of adequate rated capacity, and operated so as to insure that captured animals are transported without undue risk or injury.

Only stock trailers shall be allowed to transport animals from traps to temporary holding facilities. Only Bobtail trucks, stock-trailers, or single deck trucks shall be used between

temporary holding facilities to final destination. Sides or stock racks of transporting vehicles shall be a minimum height of 6 feet 6 inches from vehicle floor. Single deck trucks with trailers 40 feet or longer shall have two partition gates to separate animals. Trailers less than 40 feet shall have at least one partition gate to separate the animals. Each partition shall be a minimum of 6 feet high and shall have a minimum 5 foot wide swinging gate. The use of double deck trailers is unacceptable and shall not be allowed.

All vehicles used to transport animals to final destination shall be equipped with at least one door at the rear end of the vehicle which is capable of sliding either horizontally or vertically.

Floors of vehicles and the loading chute shall be covered and maintained with a non-skid surface such as sand, mineral soil or wood shavings, to prevent the animals from slipping prior to loading (every load).

Animals to be loaded and transported in any vehicle shall be as directed by the Authorized Officer and may include limitations on numbers according to age, size, sex, temperament, and animal condition.

The officer supervising the loading of the wild horses to be transported from the trap to the temporary holding corral may require separation of small foals and/or weak horses from the rest to prevent injury during the trip. The Authorized Officer will consider the distance and condition of the road and animals in making this determination. Horses shipped from the temporary holding corral to the BLM facility will normally be separated by studs, mares and foals (including small yearlings).

The Authorized Officer shall assure that the appropriate numbers of horses are on the trailer/truck.

The officer shall consider the condition of the animals, weather conditions, type of vehicles, distance to be transported, or other factors when planning for the movement of captured animals. The officer shall provide for any brand and/or inspection services required for the captured animals.

If the officer determines road conditions are such that the animals could be endangered during transportation, the contractor will be instructed to adjust speed.

Periodic checks by BLM employees will be made as the horses are transported along dirt roads. If speed restrictions are placed in effect, then BLM employees will, at times, follow and/or time trips to ensure compliance.

In the event that weather conditions become unfavorable, alternate trap locations and routes of travel will be considered.

<u>Holding Facilities</u>
The horses will be transferred from the trap site to the Yellow Creek Corrals. Horses will be held at Yellow Creek until the tests for Equine Infectious Anemia are obtained. As soon as a

semi-truck load is acquired the horses will be shipped to the Canon City wild horse facility.

Preparation of Horses

All horses will be tested for Equine Infectious Anemia by Elisa or Coggins test. Because of the outbreak of Equine Infectious Anemia in Utah, horses will be held until the test results are received. Horses testing positive with an Elisa test will be separated from the rest of the animals and have a Coggens test. Those testing positive with a Coggins test will be euthanized. Those testing negative will be shipped to the Cannon City facility. At the Cannon City facility the horses will be quarantined for a period of 60 days, and additional Coggens tests will be performed.

Disposition of Gathered Horses Determined To Be Privately Owned

After the horses have been transported to the holding facilities, the Authorized Officer will notify the State Brand Inspector and local ranchers that horses are available for inspection. If the Brand Inspector determines that one or more of the horses are branded, he will notify the owner of those horses. After consultation with the parties who inspected the horses, the BLM Authorized Officer will then make a final written determination and decision concerning wild horses, and ownership of claimed animals pursuant to the appropriate Federal Regulations and the cooperative agreement between the BLM and the Colorado State Board of Stock Inspection. Those unclaimed, branded horses, their determined progeny, and horses with obvious signs of domestication will be released to the State of Colorado for disposition under the state estray laws. Those branded horses (or unbranded horses with a valid claim) will be considered to have been in trespass and will not be released until trespass charges have been assessed by the Authorized Officer and have been paid by the claimant. No animal will be removed from the holding facility by a claimant until the claim of ownership has been proven and documented to the satisfaction of the Authorized Officer. This will include a written certification by the Brand Inspector, as required by State law.

Disposition of Gathered Horses Determined "Wild"

All horses regardless of age will be placed in the adoption program or sent to a sanctuary.

Safety

Safety of BLM employees, wild horses and members of the public during the removal operation will be given primary consideration. The following safety measures will be used by the Authorized Officer and all others involved in the operation as the basis for evaluating safety performance and for safety discussions during the daily briefings:

The Authorized Officer and pilot will take a familiarization flight identifying all natural hazards (rims, canyons, winds) and man-made hazards in the area so that helicopter flight crew, ground personnel, and wild horse safety will be maximized. Aerial hazards will be recorded on the project map.

The Authorized Officer will make a careful determination of a boundary line to serve as an outer limit within which horses will be herded to a selected trap site. Authorized Officer will insure that the pilot is fully aware of all natural and man made barriers which might restrict free movement of horses. Topography, distance, and current condition of the horses are factors that

will be considered to set limits so that undue stress on horses is avoided.

All BLM personnel, contractor and volunteers will wear protective clothing suitable for work of tis nature.  BLM will alert observers of the requirement to dress properly.  BLM will assure that members of the public are in safe observation areas.

The handling of hazardous, or potentially hazardous materials such as liquid nitrogen and vaccination needles will be accomplished in a safe and conscientious manner by BLM personnel or the contract veterinarian.

An Aircraft Safety Plan and flight hazard analysis will have been filed and approved prior to commencing the removal operation.  Daily flight plans will also be filed.  If a BLM contract helicopter is used, all BLM, Colorado and Craig District Aircraft Safety and Operations standards will be adhered to.

There will be daily briefings with the helicopter pilot, Authorized Officer and all personnel involved in the days operation.  The purpose of this meeting is to discuss in detail all information gathered during the familiarization flight such as hazards, location of horses, potential problems, etc.  Discuss any safety hazards anticipated for the coming day's operation or any safety problems observed by the Authorized Officer or anyone else, outline the plan of action, delineate course of actions,  specifically position the hazers and their  responsibilities, logistics, and timing.  After each flight, removal personnel will discuss any problems and suggest solutions.  This may be accomplished over the radio or on the ground as the need dictates.

A flight operations plan will be filed with the Craig Dispatch Center.  This plan will describe the area to be flown.  The expected time frames of flight operations.  A weather forecast will be acquired from the dispatcher.  There will be no flights on days of high or gusty, erratic winds or days with poor visibility.

Two-way radio communication between the helicopter and the ground crew will be maintained at all times during the operation.

An operation or contractor's log will be maintained for all phases of the operation.  The log will be as detailed as possible and will include names, dates, places and other pertinent information, as well as, observations of personnel involved.

## B. REMOVAL OF HORSES OUTSIDE THE HERD AREA ONLY

Under this alternative, those horses found outside of the West Douglas Herd Area would be removed. This alternative would remove approximately 40 horses. The capture methods would be the same as detailed under Alternative A.


## C. NO ACTION ALTERNATIVE

Under this alternative, no gather operation would be conducted and the horses would be allowed

to expand at the existing rate of about 20%. The horse population would be, 94 horses in 2000, and 112 horses in the year 2001.

Those horses outside the Herd Area would not be gathered which is not in accordance with the Wild and Free Roaming Horse and Burro Act, Section 1, which says " horses are to be considered in the area where presently found.".

For the reasons above, the no action alternative is not a reasonable alternative as a violation of law would continue to exist, and unacceptable rangeland health conditions would be perpetuated or exacerbated.


D. WATER TRAPPING, BAIT TRAPPING, DARTING, NET GUNNING ALTERNATIVES

Water trapping of wild horses is not a feasible method of gathering, because of the number of reliable water sources occurring in the area prevents concentration of the horses. To use water trapping would require fencing numerous springs, seeps, creeks and ponds.

Bait trapping is not feasible because of terrain and weather problems. Bait trapping can only be effectively conducted during severe winters when horses are concentrated. The horses winter ranges are remote with difficult terrain and a lack of roads. Suitable access is needed to transport and set a trap, haul bait, to monitor horses use of the bait, and transport captured horses out of the area. There are no reasonable areas for bait trapping the horses.

At this point in time BLM believes that all the horses can be caught by drive trapping. Darting and net gunning may be required in the future because of isolated animals not coming to the trap site. If necessary, in the future, an environmental analysis will be prepared analyzing these alternatives.

For the above reasons water trapping, bait trapping, darting and net gunning are considered unreasonable and are not be considered feasible alternatives, and will not be considered further in this document.


**AFFECTED ENVIRONMENT AND ENVIRONMENTAL CONSEQUENCES**

The West Douglas Herd Area is made up of the Twin Buttes and Bull Draw allotments. Generally the area is characterized as a canyon/plateau geographic type. Elevations range from 6,300 feet near Rangely to 8,000 feet on Oil Spring Mountain. Precipitation ranges from 11 inches at the lower elevations to 18 inches at the higher elevations. Vegetation is highly varied as a result of topography and precipitation. At the lower elevations are greasewood bottoms. Mid-elevations are Pinyon/juniper woodlands and sagebrush parks. Upper elevations are made up of the mountain shrub and Douglas-fir communities. There are few natural waters (springs, seeps, creeks) with the majority of water provided by stock ponds which are scattered throughout the area.

**Landscape Analysis**

Wherever practical, the Affected Environment and Environmental Consequences have been evaluated through the application of the Colorado Public Land Health Standards. The Standards and Guidelines for Colorado are attached in Appendix A. To facilitate this analysis the standards have been applied on three fundamental landscapes. This landscape analysis was conducted as follows;

| | |
|---|---|
| Pasture | -Standard 1, Upland Soils |
| | -Standard 3, Healthy Plant Community Component |
| | |
| Watershed | -Standard 2, Riparian System Function |
| | -Standard 5, Water Quality |
| | |
| Region | -Standard 3, Healthy Animal Community Component |
| | -Analysis of issues and values (such as Cultural Resources) that are not |
| | directly addressed by the Colorado Public Land Health Standards, |
| are | conducted using a regional landscape framework |

**Pasture**

An analysis of Public Land Health was conducted during consultation and coordination for revision of the Twin Buttes Allotment Management Plan, which contains the West Douglas Herd Area. This analysis was conducted by applying the Colorado Standards for Public Land Health. During this analysis the primary concern delt with the soil and vegetation resources. Also, as a part of the process the "causitive factors' were determined. Causative factors are the responsible agent for degradation of the standard. For this gather plan an analysis of the Bull Draw Allotment has also been included.

Following the summary chart of "Wild Horse Impacts on the Soils and Vegetation Standards" is the pasture by pasture analysis. For each pasture a map is included showing the location of the pasture, a brief description of the pasture, followed by a chart showing the indicators of concern, and causative factor.

**Watershed**

Analysis of Riparian Systems and Water Quality is based on three watersheds - Douglas Creek, Cottonwood Creek, and Evacuation Creek.

**Region**

Several values, most notably the animal component of healthy public lands are best evaluated at the regional level. In the document, the region is described as the area in Colorado, South of the White River, West of Cathedral Buttes, and North of the Colorado River/White River divide. The following is a summary of wild horse impacts on the soil and vegetation resources.

**Summary of Wild Horse Impacts on the Soils and Vegetation Standards**

| PASTURE | PROBLEMS NOTED WITH UPLAND | PROBLEMS NOTED WITH PLANT | HORSES (#) PRESENT ON THIS | HORSES IDENTIFIED AS A | OTHER INFORMATIO N |
|---|---|---|---|---|---|

|  | SOIL STANDARD | STANDARD | PASTURE | CAUSATIVE FACTOR |  |
|---|---|---|---|---|---|
| Cottonwood | Yes | Yes | Yes (4) | No |  |
| Lower Horse Draw | Yes | Yes | No | No |  |
| Water Canyon | Yes | Yes | Yes (10) | No |  |
| Texas Creek West | Yes | Yes | Yes (15) | Yes | Private Land Issues |
| Texas Creek East | Yes | Yes | Yes (11) | Impacts on Vegetation Only |  |
| West Creek | Yes | Yes | Yes (10) | No |  |
| Park | No | No | Yes (0) | No | Private Land Issues |
| Water Hole | Yes | Yes | Yes (0) | Yes | Private Land Issues |
| Bull Draw Allotment | Yes | Yes | Yes (Same horses as Water Canyon) | No |  |
| Evacustion Creek | Outside | Herd Area | Yes (36) | Not Applicable |  |
| E. Douglas Creek | Outside | Herd Area | Yes (4) | Not Applicable |  |

Refer to the project area map for horse locations.


## LANDSCAPE - COTTONWOOD PASTURE

### Affected Environment

Cottonwood pasture is actually two former allotments, Cottonwood and Moonlight. This pasture contains 13,389 acres of public land. Elevations range from 5500 feet to 7000 feet. Plant communities include sage/wheatgrass bottoms, the hillside bunchgrass community, sagebrush flats and pinyon juniper ridges. Currently approximately four wild horses use this pasture on a year-round basis.

**Analysis of Standard 1 - Upland Soils** exhibit infiltration and permeability rates that are appropriate for soil type, climate, land form, and geologic processes.

The soils in the bottoms of the draws are of concern as there are the following indicators of soil health problems. These bottom soils make up about 9.6% of the pasture. Indicators applied on the uplands showed no problems with the standard for soils. Problems with Indicators are:

| Indicators for Upland Soils - Standard 1 | Causative Factor |
|---|---|
| Actively Eroding Gullies | Oil & Gas Development - Livestock Grazing |
| Inappropriate Plant Canopy and Ground Cover | Oil & Gas Development - Livestock Grazing |
| Lack of Diversity of Plant Species | Livestock Grazing |
| Vigorous, Desirable Plants lacking | Livestock Grazing |

**Analysis of Standard 3 - Healthy, Productive Plant Communities**
As described in the Soils Standard section the condition of the plant communities in the bottoms of Cottonwood Pasture are unsatisfactory. Nonnative cheatgrass understory is undesirable. This vegetation type is limiting opportunities for improving the composition, reproductive capability and sustainability of these bottoms. Noxious weeds are occasionally popping up on this pasture. The species of concern are the knapweeds, Canada thistle, burdock, and showy milkweed. Currently all outbreaks have been controlled. Problems with Indicators are:

| Indicators for Plants - Standard 3 | Causative Factor |
|---|---|
| Noxious Weeds and Undesirable Species | Cheatgrass - Livestock<br>Noxious Weeds - Oil and Gas Development |
| Native Plant and Animal Communities are not of the Composition, Reproduction Capability and Sustainability | Livestock |
| Lack Appropriate Accumulations of Litter | Livestock |

**Environmental Consequences**
The current numbers of wild horses are not having any negative impacts on the soil or vegetation resources within the Cottonwood pasture. The proposed action will have limited impact on this pasture. Removal of horses outside of the herd area and the no gather alternatives would perpetuate horse use of this area. Trap sites would be set up in this pasture to remove these horses. There would be very localized trampling of vegetation. Trap sites are expected to return to a pre-trap condition within one growing season.

**Cumulative Impacts**- Currently approximately four horses are using this pasture. Horse use is not identified as a causative factor in the indicators for public land health. Additively wild horses, livestock and oil and gas development would impact adversely on the soil and vegetation components if the carrying capacity threshold of this pasture is exceeded. Removal of these horses would be a one time operation and would not have cumulative impacts associated with repeated usage of a trap site. Removal of the horses would mitigate some oil and gas, and livestock impacts

## LANDSCAPE - LOWER HORSE DRAW PASTURE
**Affected Environment**
Lower Horse Draw pasture contains 10,274 acres of public land. Lower Horse Draw is an upland pasture, without the broad drainage bottoms of Cottonwood pasture. Elevations range from 5,500 to 6,250 feet. Major vegetation types include hillside bunchgrass, pinyon/juniper, greasewood bottoms and sagebrush parks. There are no horses using this pasture.

**Analysis of Standard 1 - Upland Soils** exhibit infiltration and permeability rates that are appropriate for soil type, climate, land form, and geologic processes.

The majority of soil erosion is the result of oil and gas development, primarily from roads. Soil erosion related to grazing is very localized around waters (1% of pasture). On the Horse Draw

pasture adjacent to waters the following problems with indicators were found:

| Indicators for Upland Soils - Standard 1 | Causative Factor |
|---|---|
| Lack of Litter Accumulating in Place | Oil & Gas Development - Livestock Grazing |
| Inappropriate Plant Canopy and Ground Cover | Oil & Gas Development - Livestock Grazing |
| Lack of Diversity of Plant Species | Livestock Grazing |
| Vigorous, Desirable Plants lacking | Livestock Grazing |

**Analysis of Standard 3 -Healthy, Productive Plant Communities**
Noxious weeds are rarely found on this pasture. All known locations have been controlled. Problem noxious weeds have been spotted knapweed, Canada thistle and showy milkweed. There are localized areas, around waters, which do not have appropriate accumulations of litter. Problems with Indicators are:

| Indicators for Plants - Standard 3 | Causative Factor |
|---|---|
| Noxious Weeds and Undesirable Species | Cheatgrass - Livestock<br>Noxious Weeds - Oil and Gas Development |
| Lack Appropriate Accumulations of Litter | Livestock |

**Environmental Consequences**
There are no impacts from wild horses on this pasture. The proposed action will have limited impact on this pasture.

**Cumulative Impacts for Soils and Vegetation-**There are no horses in this pasture and no gather operations are proposed for this area. There would not be any cumulative impacts of soils and vegetation associated with wild horses unless horses were to move into this area. If wild horses were to take up residence in this pasture there would be additive negative impacts to soil and vegetation associated with wild horses, livestock and oil and gas development. Any negative impacts would be associated with exceeding the threshold of the carrying capacity of this pasture.


## LANDSCAPE - WATER CANYON PASTURE

**Affected Environment**
This pasture contains 23,010 acres of public land. Elevations range from 5650 feet to 7100 feet. Plant communities include sage/wheatgrass bottoms, greasewood bottoms, hillside bunchgrass, sagebrush flats and pinyon juniper ridges. There are approximately 8-10 wild horses using this pasture. Horse use is focused on the ridge between Vandamore and Big Bull Draw.

**Analysis of Standard 1 - Upland Soils** exhibit infiltration and permeability rates that are appropriate for soil type, climate, land form, and geologic processes.

On the Water Canyon Pasture the soils in the bottoms and steep slopes are of concern. The majority of erosion is the result of Oil and Gas Development, primarily from roads. There are no erosion problems associated with grazing on the steep slopes. On the Water Canyon pasture in

the bottoms the following problems with indicators are found:

| Indicators for Upland Soils - Standard 1 | Causative Factor |
|---|---|
| Lack of Litter Accumulating in Place | Oil & Gas Development - Livestock Grazing |
| Inappropriate Plant Canopy and Ground Cover | Oil & Gas Development - Livestock Grazing |
| Lack of Diversity of Plant Species | Livestock Grazing |

## Analysis of Standard 3 -Healthy, Productive Plant Communities

Noxious weeds are rarely found on this pasture. All known locations have been controlled. Problem noxious weeds have been Canada thistle. There are localized areas adjacent to waters which do not have appropriate accumulations of litter. Problems with Indicators are:

| Indicators for Plants - Standard 3 | Causative Factor |
|---|---|
| Noxious Weeds and Undesirable Species | Cheatgrass - Livestock<br>Noxious Weeds - Oil and Gas Development |
| Lack Appropriate Accumulations of Litter | Livestock |

## Environmental Consequences

At the current horse numbers there has not been any adverse impacts to the vegetation or soils resources. The proposed action will have limited impact on this pasture. The gather outside the herd area and the no-gather alternatives would allow these horses to increase in numbers, expanding their range and increasing demand on the forage resource. As horse use increases, either by increased horse numbers or duration of use the vegetation and soils would be adversely affected.

Under the proposed alternative trap sites would be set up in this pasture to remove these horses. There would be very localized trampling of vegetation. Trap sites are expected to return to a pre-trap condition within one growing season.

## Cumulative Impacts For Soils and Vegetation

Currently approximately ten horses are using this pasture. Horse use is not identified as a causitive factor in the indicators for public land health. Additively wild horses, livestock and oil and gas development would impact adversely on the soil and vegetation components if the carrying capacity threshold of this pasture is exceeded. Removal of these horses would be a one time operation and would not have cumulative impacts associated with repeated usage of a trap site. Removal of the horses would mitigate some oil and gas, and livestock impacts

## LANDSCAPE - TEXAS CREEK PASTURE

This is the largest pasture on the allotment. This pasture contains 64,894 acres of public land. Elevations range from 6000 feet to 8400 feet. Plant communities include sagebrush/greasewood/wheatgrass bottoms, desert shrub hillsides, sagebrush flats, pinyon/juniper ridges, and Douglas-fir hillsides. This pasture is composed of canyonlands,

mountainous terrain and broad valleys. The broad valleys are located in the Texas Creek drainages. Because of the size of this pasture, for discussion purposes, this pasture has been divided into two units the West 1/2 and the East 1/2.

**Affected Environment** - **West Side of Texas Creek Pasture**
Approximately 15 head of wild horses are using this area with use concentrated in the flats and basins of Texas Creek.

**Analysis of Standard 1 - Upland Soils** exhibit infiltration and permeability rates that are appropriate for soil type, climate, land form, and geologic processes.

The majority of soil problems are on the bottom-lands and adjacent hillsides. On the Texas Creek pasture in the bottoms and on the alkaline slopes range site the following problems with indicators are present in about 15% of pasture.

| Indicators for Upland Soils - Standard 1 | Causative Factor |
|---|---|
| Excessive Rills and Soil Pedestaling | Wild Horses - Livestock Grazing |
| Actively Eroding Gullies | Wild Horses - Livestock Grazing |
| Inappropriate Plant Canopy and Ground Cover | Wild Horses - Livestock Grazing |
| Lack of Diversity of Plant Species | Wild Horses - Livestock Grazing |
| Vigorous, Desirable Plants lacking | Wild Horses - Livestock Grazing |

Utilization monitoring studies on the uplands of the Texas Creek basin have shown there are indicators of soil problems. These studies have shown these problems are almost exclusively because of overuse by wild horses.

**Environmental Consequences**
**Alternative A, Complete Removal**- Season long grazing is the primary cause of the problems with indicators. Removal of the horses is expected to allow the soil problems with rangeland health the opportunity to improve.

**Alternative B, Removal outside the Herd Area Only**- Removing the wild horses outside of the herd area would not improve the identified soil problems within the herd area.

**Alternative C, No Action**- Under the no action alternative, no horses would be gathered. Soil problems identified through the standards for public land health would increase proportionally with the increases in horses. The rangelands outside of the herd area are expected to degrade as the number of horses increases.

**Analysis of Standard 3 -Healthy, Productive Plant Communities**
The problems indicated in the soils section are also expressed in the vegetation. In the Texas Creek basin there are areas on which desirable forage species have been totally grazed out leaving only annual forbs and grasses. This also relates to the photosynthetic activity. The annuals usually complete their life cycle before available moisture has become limiting. These annual vegetation associations also lack appropriate accumulations of litter. Litter is the

accumulation of non-living plant parts including; leaves, roots, stems and branches. Litter functions to decrease soil movement resulting from rain drop impact and overland water movement. Litter also helps increase infiltration of water into the soil profile and decreases evaporation which increases the moisture available for plant growth. Our observations of these sites show the concentration of horses in this area are causing overgrazing and trampling damage to the vegetation, and creating large horse trails crossing the bottoms of Texas Creek. The size and depth of these horse trails prevents overland flow of water worsening the soil and vegetation problems created by the overgrazing of the area.

Utilization studies conducted during 1999 grazing season, continued to show wild horse preference for the Texas Basin area. Grazing use on the Twin Buttes side of the Texas Creek Basin was decreased from past years because of the shift of horses off the HA and an above average precipitation year. While conducting utilization studies the recorder noted an increase in blue grama, galletta, sand dropseed and snakeweed. Blue grama in particular, is an indicator of grazing use occurring too late into the growing season. The projected scenario by which blue grama has increased in the Texas Creek basin is; cool season grasses are grazed through the growing season and are unable to fulfill their phenological requirements of growth, reproduction and carbohydrate storage. Subsequently the cool season grasses are replaced by warm season grasses which grow in response to late summer showers. The climate of N.W. Colorado generally has more reliable moisture during the winter and spring than the summer. A conversion to warm season grasses dependant on less reliable precipitation creates a scenario of decreased and unreliable forage production.

Problems with Indicators are:

| Indicator for Plants - Standard 3 | Causative Factor |
|---|---|
| Noxious Weeds and Undesirable Species | Cheatgrass - Wild horses - Livestock  Noxious Weeds - Oil and Gas |
| Photosynthetic activity evident through growing season. | Wild Horses - Livestock |
| Lack Appropriate Accumulations of Litter | Wild Horses - Livestock |

Noxious weeds have been a problem on this pasture; two noxious weeds are of concern, Canada thistle and spotted knapweed. Maintaining healthy productive plant communities provides competition to weed species which deters establishment and spread.

**Environmental Consequences**
**Alternative A, Complete Removal**- Removal of the horses would allow forage species the opportunity to meet their requirements for growth, reproduction and carbohydrate storage. Within the Texas Creek Basin the affects of season long grazing established a plant community which will compete and hinder development of the climax community. Conversion to the climax community is expected to take 15 years or longer. Trap sites would be set up in this pasture to remove these horses. There would be very localized trampling of vegetation. Trap sites are expected to return to a pre-trap condition within one growing season.

**Alternative B, Removal outside the Herd Area Only**- The identified problems of vegetation health would be perpetuated. As horse numbers increase, the degree and size of the area degraded would expand. Season long grazing would continue with no improvement in vegetation condition expected. Removal of horses outside of the herd area is expected to increase available forage which will draw horses from the herd area.

**Alternative C, No Action**- The identified problems of vegetation health would be perpetuated. As horse numbers increase, the degree and size of the area degraded would expand. Season long grazing would continue with no improvement in vegetation condition expected.

**Cumulative Impacts Soils and Vegetation The** additive impacts of wild horses, livestock, and oil and gas development have exceeded the threshold for maintaining healthy and productive plant communities and stable soils. Implementation of Alternative A, Removal of the horses would decrease grazing pressure below the threshold level allowing improvement in soil and vegetation health. Vegetation is expected to improve over the long term to the desired climax communities. Soils would stabilize. Alternative B and C, under this alternative forage use would continue to exceed the threshold for maintaining healthy productive plant communities. With this alternative there would be progressive degradation of plant communities and soil stability as wild horses extend their range in search of additional forage. There would also be displacement of other forage users, increasing animal densities and increasing grazing pressure, adversely impacting the soil and vegetation resources. Projected increases oil and gas activity would also increase demands on the forage resource by physically removing vegetation and displacement of horses around developed areas.

Under Alternative A, all the horses would be removed and there would not be future gathers. Trap sites would not be repeatedly used in the future and there would be no cumulative impacts. Under alternative B and C, there would be repeated gatherings. Damage to the vegetation and soil at trap sites is minimal and even under a recurring gathering scenario no cumulative impacts are expected to the soil and vegetation resources.

**Affected Environment** - **East Side of Texas Creek Pasture**
The East side of Texas Creek pasture is mountainous with the primary vegetation being pinyon/juniper woodland. Several ridges have been chained to remove the pinyon /juniper overstory and increase forage. Currently the majority of use by wild horses is on these chainings. Current estimates are that 11 horses are using this pasture.

**Analysis of Standard 1 - Upland Soils** exhibit infiltration and permeability rates that are appropriate for soil type, climate, land form, and geologic processes.

In the drainage bottoms of Upper Horse draw and West Douglas creek soil related problems related to intense livestock use and surface disturbance from oil and gas production. Problems with Indicators are:

| Indicators for Upland Soils - Standard 1 | Causative Factor |
| --- | --- |
| Actively Eroding gullies | Oil & Gas Development - Livestock Grazing |

| Inappropriate Plant Canopy and Ground Cover | Oil & Gas Development - Livestock Grazing |
| Lack of Diversity of Plant Species | Oil & Gas Development - Livestock Grazing |
| Vigorous, Desirable Plants lacking | Oil & Gas Development - Livestock Grazing |

The areas identified above are avoided by the horses because of the human disturbances associated with oil and gas development. Livestock grazing in this area is being addressed in the Twin Buttes Allotment Management Plan.

**Analysis of Standard 3 -Healthy, Productive Plant Communities**

Vegetation problems in Little Horse Draw and West Douglas Creek are the result of livestock grazing both period of use (growing season long) and intensity (Utilization often exceeds 80%). Throughout the pasture there is excessive erosion on roads.

Problems with Indicators are:

| Indicators for Plants - Standard 3 | Causative Factor |
|---|---|
| Noxious Weeds and Undesirable Species | Cheatgrass - Wild horses, Livestock<br>Noxious Weeds - Oil and Gas |
| Photosynthetic activity evident through growing season. | Wild Horses - Livestock |
| Lack Appropriate Accumulations of Litter | Wild Horses - Livestock |

Changes in the grazing program are designed to improve vegetation and soil health in the bottoms of West Douglas, Sand, Little Horse, Waggoner and West Creeks. Livestock use would be seasonal with increased use of the area immediately east of Texas Mountain and the Pinyon/Juniper chainings. Increased livestock use of these areas would provide additional competition with horses for the forage resource, but would not change the character of the vegetation or soils. Oil and Gas development has the potential to occur throughout this area. Suitable development sites are located on the same ridges as the Pinyon /Juniper chainings.

Horses are concentrated on the chainings around Texas Mountain. Localized impacts to vegetation are found on the Sand, Waggoneer and Mail Box chainings and in the bottoms of Mailbox and Waggoneer drainages. Horse use on the East Side of Texas Creek pasture is related to the location of waters, forage and degree of human disturbance. Use by the horses is season long creating localized areas of overuse.

**Environmental Consequences**
**Alternative A, Complete Removal**- Removal of the horses would allow forage species the opportunity to meet their requirements for growth, reproduction and carbohydrate storage. On the East side of the Texas Creek Pasture those localized areas that were degraded by wild horses are expected to recover within five years. Trap sites would be set up in this pasture to remove these horses. There would be very localized trampling of vegetation. Trap sites are expected to return to a pre-trap condition within one growing season.

**Alternatives B and C,** The identified problems of vegetation health would be perpetuated. As

horse numbers increase, the degree and size of the area degraded would expand.  Season long grazing would continue with no improvement in vegetation condition expected. When Oil and Gas development occurs there is expected to be displacement of horses from the choice forage producing areas.

**Cumulative Impacts Vegetation and Soils**
On the East Side of the Texas Creek pasture the threshold for maintaining plant community and soil health has not been exceeded on an area wide basis.  Alternative A, With the removal of the horses there would be localized improvement in the plant communities.  Under Alternatives B and C, horse numbers would increase, placing additional demands on the forage resource increasing the size of degraded areas.  Development of oil and gas resources in the area would decrease available forage for horses by physical removal and displacement.  Increasing horse numbers and shrinking habitat would, at some time, cause degradation of the vegetation and soil resources.

Under Alternative A, all the horses would be removed and there would not be future gathers.  Trap sites would not be repeatedly used in the future and there would be no cumulative impacts.  Under alternative B and C, there would be repeated gatherings.  Damage to the vegetation and soil at trap sites is minimal and even under a recurring gathering scenario no cumulative impacts are expected to the soil and vegetation resources.


**LANDSCAPE - WEST CREEK PASTURE**

**Affected Environment**
This pasture contains 18,127 acres of public land and 5,821 acres of private land.  Elevations range from 6,500 feet to 8,700 feet.  Plant communities include sage/wheatgrass bottoms, mountain shrub hillsides, pinyon juniper ridges, aspen pockets, and Douglas-fir slopes.  Horse use has historically been confined to the northern 1/3 of this pasture.  Specific horse use locations include; the top of Texas mountain; Round Mountain and Texas draws,  **(this is not Texas Creek)** and the south slope of Oil Spring mountain.  Current estimates are that 10-12 horses use this area.  Horse use in these areas is extensive and  possibly transitional because of a lack of close reliable waters.

**Analysis of Standard 1 - Upland Soils** exhibit infiltration and permeability rates that are appropriate for soil type, climate, land form, and geologic processes.

Problems with soil indicators are found in the headwaters of Missouri creek as a result of season long and concentrated use by livestock.  There are soil related problems on the bottoms of Missouri Creek.  Problems with Indicators are:

| Indicators for Upland Soils - Standard 1 | Causative Factor |
|---|---|
| Excessive rills and soil pedestaling | Livestock Grazing |
| Actively Eroding gullies | Livestock Grazing |

| | |
|---|---|
| Inappropriate Plant Canopy and Ground Cover | Livestock Grazing |
| Lack of Diversity of Plant Species | Livestock Grazing |
| Vigorous, Desirable Plants lacking | Livestock Grazing |

**Analysis of Standard 3 -Healthy, Productive Plant Communities**

There are vegetation related problems near the head of Missouri Creek. Vegetation problems include Kentucky bluegrass which is a shallow rooted perennial that is the result of heavy grazing. On this site production is less than 300 lbs. of forage per acre on a site that should be producing 2,000+ lbs./acre. Being a shallow rooted species, Kentucky bluegrass does not make use of water deeper in the soil profile, as a result growth of forage species through the growing season is severely limited. Areas of Kentucky bluegrass are not resilient and lack diversity. There continues to be problems with houndstongue, the knapweeds, Canada thistle and in the future expect problems with the biennial thistles. Problems with Indicators are:

| Indicators for Plants -  Standard 3 | Causative Factor |
|---|---|
| Noxious Weeds and Undesirable Species | Kentucky bluegrass-livestock<br>Noxious Weeds - Oil and gas, livestock |
| Diversity and density exhibit resilience | Livestock |
| Photosynthetic activity evident through growing season. | Livestock |
| Lack Appropriate Accumulations of Litter | Livestock |

The northern portion of the West Creek Pasture is a peninsula extending into the Texas Creek Pasture. Displacement of horses from of the Texas Creek Pasture (East and West sides) resulting from increased oil and gas development is expected to increase wild horse use in this area.

The Livestock Management plan program would make seasonal use of the area around Texas Mountain increasing forage use. Moderate utilization and seasonal use would provide for the forage plants requirements for growth and reproduction. Use of this area would decrease use in the Texas Creek pasture.

**Environmental Consequences**

Alternative A, (Removal of the Horses) Vegetation studies in the area that horses use, of which there are two studies, show current horse use is not degrading soil or vegetation at the current level of use. The proposed action decrease horse use in the area, but would not change the vegetation or soil. Trap sites would be set up in this pasture to remove these horses. There would be very localized trampling of vegetation. Trap sites are expected to return to a pre-trap condition within one growing season.

Alternatives B &C, Horse numbers would increase placing additional demands on the forage resource. Displacement of horses resulting from oil and gas development would increase forage use. Livestock grazing use is expected to increase in the area placing additional demands on the forage resource.

**Cumulative Impacts Vegetation and Soils**

On the North end of West Creek pasture the threshold for maintaining plant community and soil health has not been exceeded on an area wide basis. Alternative A, The removal of the horses would not significantly change the current conditions. Seasonal livestock grazing use would not change current conditions. Under Alternatives B and C, cumulative impacts associated with increasing horse numbers by recruitment and displacement, combined with growing season long use by horses, and seasonal livestock use, the would exceed the threshold for the areas ability to produce suitable habitat. Overgrazing would result in degradation of the vegetation and soil resources.

Under Alternative A, all the horses would be removed and there would not be future gathers. Trap sites would not be repeatedly used in the future and there would be no cumulative impacts. Under alternative B and C, there would be repeated gatherings. Damage to the vegetation and soil at trap sites is minimal and even under a recurring gathering scenario no cumulative impacts are expected to the soil and vegetation resources.

## LANDSCAPE - PARK AND WATER HOLE PASTURES

**Affected Environment**
The Park pasture contains 920 acres of public land and 1,000 acres of private land. Elevations range from 5,650 feet to 6,100 feet. Plant communities include sage/wheatgrass flats, hillside bunchgrass, and pinyon juniper ridges.

The Water Hole pasture contains 40 acres of public land and 640 acres of private land. Elevations range from 5650 feet to 6100 feet. Plant communities include sage/wheatgrass flats, hillside bunchgrass, and pinyon juniper ridges.

No problems with the standards have been identified with the Park Pasture. The Water Hole pasture is primarily private land and an analysis of the Standards for Rangeland Health have not been conducted. These pastures have been brought into the discussion because they adjoin the West side of Texas Creek pasture and wild horses have in the past consistently used these pastures.

There have been informal complaints about horse use of these pastures by the landowners. Points of these complaints include; forage loss, use of water, damage to fences, and injuries to livestock.

Park and Water Hole pastures are currently being intensively drilled for oil and gas, which has displaced the wild horses. This displacement has decreased landowner complaints about wild horses.

On the Water Hole pasture past wild horse use have adversely affected the vegetation and soils.

**Environmental Consequences**

Under the proposed action any horses found on these pastures would be removed. There would be maintenance/improvement in the soil and vegetation components. Trap sites would be set up in this pasture to remove any horses. There would be very localized trampling of vegetation at the trap sites. Trap sites are expected to return to a pre-trap condition within one growing season.

Under Alternatives B and C, horses would not be gathered. As horse numbers increase, outside of these pastures there is a high probability that horses will return. At such time the land owner could make a formal request that these horses be removed. The bureau is required to remove all wild horses from private lands when a request for removal is received. The horses would be removed. There would be maintenance/improvement in the soil and vegetation components. Trap sites would be set up in this pasture to remove any horses. There would be very localized trampling of vegetation at the trap sites. Trap sites are expected to return to a pre-trap condition within one growing season.

**Cumulative Impacts Vegetation and Soils**

There are currently no horses in this pasture and no gather operations are proposed for this area. There would not be any cumulative impacts of soils and vegetation associated with wild horses unless horses were to move into this area. If wild horses were to take up residence in this pasture there would be additive negative impacts to soil and vegetation associated with wild horses, livestock and oil and gas development. Any negative impacts would be associated with exceeding the threshold of the carrying capacity of this pasture.

**Landscape - Bull Draw Allotment**

**Affected Environment**

This pasture contains 9,778 acres of public land. Elevations range from 5650 feet to 7100 feet. Plant communities include sage/wheatgrass bottoms, greasewood bottoms, hillside bunchgrass, sagebrush flats and pinyon juniper ridges. There are approximately 8-10 wild horses using this pasture. These are the same horses using the Water canyon pasture. Horse use is focused on the ridge between Vandamore and Big Bull Draw.

**Analysis of Standard 1 - Upland Soils** exhibit infiltration and permeability rates that are appropriate for soil type, climate, land form, and geologic processes.

On the Bull Draw allotment the soils in the bottoms and steep slopes are of concern. The majority of erosion is the result of Oil and Gas Development, primarily from roads. There are no erosion problems associated with grazing on the steep slopes. On the Bull Draw allotment in the bottoms there are the following problems with indicators:

| Indicators for Upland Soils - Standard 1 | Causative Factor |
|---|---|
| Inappropriate Plant Canopy and Ground Cover | Oil & Gas Development - Livestock Grazing |
| Lack of Litter Accumulating in Place | Oil & Gas Development - Livestock Grazing |
| Lack of Diversity of Plant Species | Livestock Grazing |

**Analysis of Standard 3 -Healthy, Productive Plant Communities**

Noxious weeds are rarely found on this pasture. All known locations have been controlled. Problem noxious weeds have been Canada thistle. There are localized areas adjacent to waters which do not have appropriate accumulations of litter.

| Indicators for Plants - Standard 3 | Causative Factor |
|---|---|
| Noxious Weeds and Undesirable Species | Cheatgrass - Livestock |
| | Noxious Weeds - Oil and Gas Development |
| Lack Appropriate Accumulations of Litter | Livestock |

**Environmental Consequences**
At the current horse numbers in this area there have not been any adverse impacts to the vegetation or soils resources attributable to horses. The proposed action will have limited impact on this pasture. The gather outside the herd area and the no-gather alternatives would allow these horses to increase in numbers, expanding their range and increasing demand on the forage resource. As horse use increases, either by increased horse numbers or duration of use the vegetation and soils would be adversely affected. Trap sites could be set up in this pasture to remove these horses. There would be very localized trampling of vegetation. Trap sites are expected to return to a pre-trap condition within one growing season.

**Cumulative Impacts Vegetation and Soils** Currently approximately ten horses are using this pasture. Horse use is not identified as a causative factor in the indicators for public land health. Additively wild horses, livestock and oil and gas development would impact adversely on the soil and vegetation components if the carrying capacity threshold of this pasture is exceeded. Removal of these horses would be a one time operation and would not have cumulative impacts associated with repeated usage of a trap site. Removal of the horses would mitigate some oil and gas, and livestock impacts.

## LANDSCAPE - DOUGLAS CREEK WATERSHED

**Affected Environment**
Douglas Creek is tributary to the White River near Rangely, Colorado. The hydrologic setting of the Douglas Creek watershed ranges from relatively low lying, semi-arid lands yielding relatively little flow to steep, moderately high mountains that contribute major flows to Douglas Creek. There is very little flow or water quality data available for the tributaries to Douglas Creek. A USGS gaging station at the mouth of Douglas Creek collected instantaneous flows and periodic water quality data for the years, 1977, 1978 and 1995. For the period of record, data indicates, this drainage to be an ephemeral stream, flowing in direct response to snow melt or rain. Spring runoff from the semi-arid lands generally occurs from March through early May and from the higher terrain, into early June. Documented instantaneous peak flows from summer storms are 3,250 cfs on July 24, 1977, and 541 cfs July 14, 1995. The major pollutant the Douglas Creek watershed contributes to the White River is high sediment and salinity loads. USGS measured a late summer rainstorm on October 6, 1994. The instantaneous sediment at a discharge of 6.3 cfs was 15,800 mg/l or 270 tons per day with a specific conductance of 4,750 umhos. Douglas Creek watershed is also listed in the White River RMP as a fragile watershed

because it has soils that are both highly erosive and moderately saline.

## Analysis of Standard 2 - Riparian Systems

### Douglas Creek Watershed-Riparian Standard

### Affected Environment
Within the Douglas Creek watershed riparian systems occur on Main Douglas, West Douglas and West Creek.   Main Douglas and West Creek are in Proper Functioning Condition with an upward trend.  West Douglas Creek is split between not functioning and functioning at risk with an upward trend.  West Douglas is projected to have a Proper Functioning Classification within five years.

Due to the importance and relative scarcity of riparian areas for use by domestic, wild, and feral animals, all opportunities to improve conditions (i.e., enhance riparian vegetation diversity and vigor, and improve channel stability) should be utilized.  Because riparian areas attract so much animal use, efforts to limit competitive use of vegetation by livestock, big game, and wild horses would aid in reducing trampling effects on stream banks and reduce vegetation consumption which may improve the functional capacity of streams to reduce bank sloughing (via armoring of the banks), increase bank-building (via slowing of flood waters and subsequent fallout of sediment), and improving water quality.  Efforts are currently underway to improve livestock grazing and the state is managing big game numbers.

### Environmental Consequences
Removal of wild horses (alt. A) would aid in relieving perceived and real pressures on the existing riparian areas.  Removal of wild horses outside of the herd area would not fully address this problem.  Continued problems may become evident in the herd area with annual increases in horse numbers and year-long use of some of these systems (alt. B&C).

### Analysis of Standard 5 - Water Quality
The State has classified this segment of the White River and its tributaries (from above Douglas Creek to the state line) as a "Use Protected" reach. Its designated beneficial uses are: Warm Aquatic Life 2, Recreation 2, and Agriculture.  The antidegredation review requirements in the Antidegredation Rule, are not applicable to waters designated use-protected.  For those waters, only the protection specified in each reach will apply.  For this reach, minimum standards for three parameters have been listed.  These parameters are:  dissolved oxygen = 5.0 mg/l, pH = 6.5 - 9.0 and Fecal Coliform = 2000/100ml.   In addition, this lower reach of the White River and its tributaries are also listed in the report, "Water Quality Limited Segments still requiring TMDLs", a list prepared by the state to fulfill section 303(d) of the *Clean Water Act*.  This segment is one of many drainages the state found to have reason to suspect water quality problems. The source of impairment for these tributaries is sediment. Currently the state does not have a numerical standard for sediment loads.
Within the herd area are 1,830 acres of saline soils.  Typically saline soils also have a very high erosion potential.

**Environmental Consequences**

Annual runoff from public land is quite variable and is dependent on soil type and properties, vegetation type and density, watershed aspect and slope, amount of precipitation, and management practices. Forage deficits could deplete the vegetative cover needed to protect watersheds from runoff and erosion and could cause long-term watershed problems. Sensitive (e.g. fragile soils) watersheds have a very high erosion potential and are frequently high is salts. It is evident from the data collected by the USGS, that these drainages often contribute increased sediment and salinity loads into the White River. Because wild horses tend to remain in the same area year after year, watershed conditions in these sensitive watersheds are at an extreme risk of becoming even more degraded. Proper grazing practices within fragile watersheds is consequential in reducing erosion and sedimentation from both streambed and upland sources. Compliance and consistency with the state nonpoint source management plan, state water quality standards and the Clean Water Act is mandatory. The CWA places responsibility for protection of water quality with the states and requires federal agency compliance. Improving the rangeland conditions and vegetation cover by reducing the amounts of vegetation grazed by wild horses and better distributing the animals, would have a positive affect on watershed stability and water quality.

**Cumulative Impacts**

Impacts to the Douglas Creek Watershed are related to current conditions of the physical environment and the management practices affecting them. Removal of the horses would reduce the risk of degrading fragile watersheds. Since no studies have been completed to show the individual contribution of oil and gas development, livestock grazing and wild horse impacts on erosion in the watershed, no comparative analysis can be made or thresholds determined. Removal of horses is expected to improve watershed stability, decreasing sediment and salts, which would improve water quality. Under Alternatives B and C, horses would not be removed and horse numbers would increase. Increasing horse numbers would degrade fragile watersheds, increase sediments and salts which would degrade water quality. Horse use of riparian areas is expected to damage these critical sites. Expected impacts to the riparian areas are decreased woody and herbaceous components of riparian vegetation which is critical to streambank stability. The result would be streambank loss; increased sediment transport downstream, and the inability to weather high water events. Loss of riparian vegetation is a loss of critical wildlife habitat.

Gather operations would not be sited in riparian areas so the operation itself should have no impact on riparian areas, though the impact of gathering animals on watersheds should be positive.

## LANDSCAPE - COTTONWOOD CREEK WATERSHED

### Affected Environment

Cottonwood Creek is an ephemeral drainage that is tributary to the White River downstream from Rangely Colorado. It is typical of a semi-arid setting, in that runoff comes during spring snowmelt and intense summer or late fall rainstorms and carries with it, elevated sediment loads.

A localized intense storm has the ability to erode upstream sediments deposited over a five to ten year period in just one event. Cottonwood Creek watershed is listed in the White River RMP as a fragile watershed because it is a low precipitation area with flashy intense runoff and soils that are highly erosive.

**Analysis of Standard 2 - Riparian Systems**
Cottonwood Creek has no riparian vegetation nor is there any known opportunity for the development of a riparian system in this channel.  The proposed action would not improve this stream system.

**Analysis of Standard 5 - Water Quality**
Water quality of all water bodies, including groundwater where applicable, located on or influenced by BLM lands will achieve or exceed the Water Quality Standards established by the State of Colorado.  Water Quality standards for surface and groundwaters include the designated beneficial uses, numeric criteria, narrative criteria and antidegradation requirements set forth under State law as found in (5 CCR 1002-8) as required by Section 303(c) of the Clean Water Act.

The State has classified this segment of the  White River and its tributaries (from above Douglas Creek to the state line) as a "Use Protected" reach. It's designated beneficial uses are: Warm Aquatic Life 2, Recreation 2, and Agriculture.  The antidegradation review requirements in the Antidegradation Rule, are not applicable to waters designated use-protected.  For those waters, only the protection specified in each reach will apply.  For this reach, minimum standards for three parameters have been listed.  These parameters are:  dissolved oxygen = 5.0 mg/l, pH = 6.5 - 9.0 and Fecal Coliform =  2000/100ml.

In addition, this lower reach of the White River and its tributaries are also listed in the report, "Water Quality Limited Segments still requiring TMDLs", a list  prepared by the state to fulfill section 303(d) of the *Clean Water Act*.  This segment is one of many drainages the state found to have reason to suspect water quality problems. The source of impairment for these tributaries is sediment. Currently the state does not have a numerical standard for sediment loads.

**Environmental Consequences**
Annual runoff from public land is quite variable and is dependent on soil type and properties, vegetation type and density, watershed aspect and slope, amount of precipitation, and management practices.  Forage deficits could deplete the vegetative cover needed to protect watersheds from runoff and erosion and could cause long-term watershed problems.  Sensitive (e.g. fragile soils) watersheds that have very high erosion potential are frequently high is salts and can contribute to increased salinity loads into the White River.  Proper grazing practices, from domestic, wildlife or wild horses, within sensitive watersheds is consequential in reducing erosion and sedimentation from both streambed and upland sources. Improving the rangeland conditions and vegetation cover by removing wild horses, would therefore have a positive affect on watershed stability and water quality.

**Cumulative Impacts**-Impacts to the Cottonwood Watershed are related to current conditions of

the physical environment and the management practices affecting them.  Removal of the horses would reduce the risk of degrading fragile watersheds.  Since no studies have been completed to show the individual contribution of oil and gas development, livestock grazing and wild horse impacts on erosion in the watershed, no comparative analysis can be made or thresholds determined.   Removal of horses is expected to improve watershed stability, decreasing sediment and salts, which would improve water quality.  Under Alternatives B and C, horses would not be removed and horse numbers would increase.  Increasing horse numbers would degrade fragile watersheds, increase sediments and salts which would degrade water quality.

There are no riparian areas that could be affected by the gather operation.


## LANDSCAPE - EVACUATION CREEK WATERSHED

**Affected Environment**
Texas and Missouri Creeks are tributary to Evacuation Creek which is tributary to the White River in Utah.  Surface water and water quality data are not available for these tributaries of Evacuation Creek.  The hydrologic setting of area ranges from relatively flat dissected basins to steep, barren side slopes in the upper reaches.  Runoff from these semi-arid areas is generally snowmelt from March through May and high intensity summer and late fall rainstorms. Texas Creek is an ephemeral channel and tributary to Missouri Creek while Missouri Creek is tributary to Evacuation Creek.  Both Missouri Creek and Evacuation Creek are intermittent streams, having perennial segments in the upper reaches of the watershed.

Currently, there are two active soil stabilization plans within the Lower Missouri Creek watershed. The purpose of these activity plans are to reduce the present rate of soil erosion, control salinity transportation off-site, improve native plant cover and aid the watersheds ability to retain precipitation.

The upper reaches of Evacuation Creek (Texas and Missouri Creeks) are listed in the White River RMP as a fragile watershed.  This listing is due to the highly erosive soil within the watershed and the fact that it contains soils that are moderately saline. The RMP recommends using best management practices to help heal the watershed and reduce sediment and salinity loads.

**Analysis of Standard 2 - Riparian Systems**
**Evacuation Creek Watershed**-Riparian Standard

Within the the project area, Missouri creek, is the only stream system with potential for important riparian values.  Currently Missouri creek is classified as Not Functioning.  The causative factor for this classification is livestock grazing.  Wild horses have yet to be documented using this stream.  An exclosure has been constructed to exclude livestock. There are no indications that wild horse use has had any adverse impacts on these riparian areas. The proposed action would have no effect on this stream system.

Texas Creek has no riparian vegetation nor is there any known opportunity for the development of a riparian system in this channel. The proposed action would not improve this stream system.

Springs and associated riparian areas have shown considerable use by ungulates, notably on Texas Mountain. Although resource damage cannot be tied to any one class of animal (livestock, big game, or wild horses), efforts to decrease pressure on these isolated areas of heavy use should aid in preventing trampling damage which can result in the loss of utility of these springs.

**Analysis of Standard 5 - Water Quality**
As required by the Clean Water Act, the state of Utah has designated the White River from the Colorado-Utah state line to the confluence with the Green River as fully supporting of all of its beneficial use classifications. This segments beneficial use classification are: Recreation and Aesthetics, 2B; and Aquatic Life Use Support, 3C. Four parameters have been listed on the Numeric Criteria for this reach. These parameters are: dissolved oxygen = 5.5 mg/l, pH = 6.5 - 9.0, maximum Fecal Coliform = 2000/100ml and maximum Total Coliform = 5000/100ml. For these parameters, a fully supporting rating indicated the criterion was not exceeded in more than 10% of the samples collected. Evacuation Creek in Utah has not been assessed at this time. Data that is available for this drainage indicates total dissolved solids entering the White River to exceed state standards in 18 of the 19 samples collected. The mean concentration was 3,041 mg/l.

**Environmental Consequences**
Complete removal of horses would address the spring issue on Texas Mountain and any similar instances of use in other areas currently unknown. Although removal of horses outside of the herd area could prevent damage to springs that may be receiving excessive use now or in the future, of more importance is the maintenance or enhancement of riparian resources on springs within the herd area. Growth of horse numbers has been shown to decrease the health of rangelands in the herd area; it follows that increased pressure on limited riparian areas would also occur.

In addition, although short-term improvement of riparian conditions in Texas, Missouri, and Evacuation Creeks may not be realized, concomitant use of resources by big game, livestock, and wild horses may be having an unknown impact on these systems. Improving livestock grazing systems, removing horses, and maintaining appropriate big game numbers may produce long-term gains in rangeland health which may provide the impetus for initiating the formation of functioning riparian systems in these streams.

Proper grazing practices within fragile watersheds is consequential in reducing erosion and sedimentation from both streambed and upland sources. Improving the rangeland conditions and vegetation cover by removing wild horses, would have a positive affect on watershed stability and water quality.

**Cumulative Impacts**-Impacts to the Evacuation Creek Watershed are related to current conditions of the physical environment and the management practices affecting them. Removal

of the horses would reduce the risk of degrading fragile watersheds. Since no studies have been completed to show the individual contribution of oil and gas development, livestock grazing and wild horse impacts on erosion in the watershed, no comparative analysis can be made or thresholds determined. Removal of horses is expected to improve watershed stability, decreasing sediment and salts, which would improve water quality. Under Alternatives B and C, horses would not be removed and horse numbers would increase. Increasing horse numbers would degrade fragile watersheds, increase sediments and salts which would degrade water quality.

Gather operations would not be sited in riparian areas so the operation itself should have no impact on riparian areas, though the impact of gathering animals on watersheds should be positive.

## LANDSCAPE – REGION

**Affected Environment**

The following resources either by their general occurrence or the scale by which they are managed are being discussed at a regional scale, which is the entire project area. This regional scale contains the Twin Buttes, Bull Draw and eastern portion of the Evacuation Creek allotments. This area is inclusive of the West Douglas Herd Area. Approximate acreage is 230,000 acres.

**Analysis of Standard 3 - Animal Component**

For a general synopsis of impacts on wildlife attributable to management of livestock and wild horses, please refer to pages 4-68 through 4-70 (big game), 4-84 through 4-85 (raptors), 4-97 through 4-98 (grouse), 4-107 (fish), and 4-118 through 4-119 (special status species) in the draft WRRA RMP/EIS. Although much of this discourse may not be directly applicable to the Twin Buttes, Evacuation Creek, or Bull Draw allotments, all aspects of land management (associated with livestock management and/or wild horse management) are discussed, and therefore, the general direction of wildlife management in this RA can be inferred. Land management performed in this RA is expected to correspond with management applications described within this document (and are also reflected in the Standards and Guidelines).

Because the BLM has no management authority concerning animal numbers, the suitability of wildlife habitat (i.e., rangeland health) is of utmost concern. Habitat of import for big game within the identified horse use areas include summer range/critical habitat for both deer and elk, and elk severe winter range. There are no critical habitats associated with winter ranges, however, the availability of residual herbaceous forage and browse, and the presence of suitable PJ cover for use as thermal shelters are extremely important for winter survival of big game. Sagebrush parks having a good herbaceous understory, in close proximity to mature PJ woodlands with a mix of herbaceous shrubs, would be considered suitable winter range for big game.

Horizontal and vertical diversity of trees, shrubs, and herbaceous cover are necessary to sustain a

varied assemblage of neotropical migratory birds, a group of species that is receiving considerable attention worldwide, and that often indicate rangeland health. Individual vegetation components must vary structurally (age classes), and the composition of species over a broad area must also vary to ensure that species specific niches are available. These niches may be found in any of the native plant communities of NW Colorado. Monocultures of non-native vegetation decrease avian diversity, but the interspersion of grasslands, sagebrush parks, riparian bottomlands, black timber and aspen stands, deciduous shrub communities, etc., all enhance the diversity of avian species, and also lead to a more healthy rangeland.

**Environmental Consequences**
Habitats within the Twin Buttes allotment considered most important (in terms of wildlife/livestock/horse conflicts) include lower elevation sagebrush/grasslands, herbaceous dominated bottomlands, and mesic areas containing riparian vegetation (both upper and lower elevation areas). These areas are also important for raptors (as foraging habitat because they would contain significant numbers of prey species--both mammalian and avian) and to a lesser extent blue grouse (in the upper elevation mesic meadows). Although much of this area contains healthy examples of these habitats, localized areas throughout are in an unhealthy state, and problems are exacerbated through less than optimal livestock management or a horse population that is exceeding its carrying capacity (considering cumulative impacts on the vegetation component). It is in these areas where management efforts are directed, for wildlife species also find these areas attractive and may compound the problem. However, BLM does not have primary authority to physically manage wildlife, while management of livestock is a major undertaking of this agency, and horse management is solely the responsibility of the BLM. Therefore, through enhanced livestock management and a concerted and continual effort at managing wild horses (in addition to habitat improvements), the overall health of the area used by livestock and horses can be increased, hence improving habitat for wildlife.

Impacts on wildlife as a result of this proposed horse gather varies by group. Generally speaking, this gather is intended to restore a thriving ecological balance between the horses and their habitat. In other words, by removing some horses, the BLM is assuming that rangeland health, and thus wildlife habitat, will improve. Improving the habitat can nearly always be considered beneficial to all wildlife species in the long term. However, some short term impacts may also be realized by implementing the proposed action.

Because the gather is scheduled for the months of August-October, few if any impacts will be realized for raptors, neotropical migratory birds, grouse, or fish. Grouse and fish habitat do not occur in the vicinity of trap sites, and raptor and NTMBs will have completed all nesting and fledging activities. Air operations and trap site activities would likely preclude use of those areas by foraging raptors, however, these effects would be localized and short-term in nature, and would not adversely influence the populations of any raptor species.

Of greater concern (and this may be mainly in regards to public perception) would be impacts related to big game harassment. Human activities on the ground, and inadvertent hazing of big game from the air (via helicopter during gather operations) may force big game out of their normal daily routines, and may cause animals to flee the area. Reduced intake of food and

increased energy expenditures just prior to hunting season may have consequences on big game later in the year.  Hunting seasons, the rut, and winter are times where big game often only maintain body condition or actually start relying on energy reserves.  Again, gather operations will be temporary and more localized in nature, thus negative impacts would be short-lived.

Relatedly, big game hunters on scouting trips will likely place blame on the horse gather (air operations) for "scattering animals" if their season is not successful.  Additional public information (to guides and outfitters, CDOW, and the general hunting community) may be provided to allay any fears.

Complete removal of wild horses should show improvements to big game conditions on a GMU basis, whereas removal of only those horses outside of the herd area would not address issues in the core area of
winter ranges in this GMU.

**Cumulative Impacts**
Alternative A, Cumulative impacts on wildlife or their habitat, resulting from the gather of horses, are unlikely because any impacts occasioned by the gather will be short-lived as noted in the discussion above, ending with completion of the operation.  Long term impacts are likely improvement in wildlife habitat because of decreased competition for resources.

Alternatives B and C, Not gathering the horses would allow the horse population to increase. Increased competition for habitat between wild horses and wildlife are expected, with the potential for habitat degradation.  Impacts associated with the gather operation would not occur.

.
**Analysis of Standard 4 - Special Status Threatened and  Endangered Species.**
These subjects are adequately covered in the Affected Environment and Environmental consequences sections of the White River Resource Area, Resource Management Plan.  No T&E species are known to make any appreciable use of the herd area.  The Northern Goshawk (a species of concern) inhabits PJ woodlands, but impacts would be minimal as described above.

**Cumulative Impacts**
None- Gather operations would not affect the special status threatened and endangered species**.**

**Wild Horse Management**
Affected Environment

The first census of wild horses took place in 1974, three years after passage of the Wild Horse and Burro Act, in the "Douglas Unit" forty nine horses were found, nine of which were west of State Highway 139.

**Population History of the West Douglas Herd Area**:

| Year | Number Removed | Estimated Population |
|---|---|---|

| | | |
|---|---|---|
| 1974 | | 9* |
| 975 | | 30 |
| 1976 | | 40 |
| 1977 | | 53* |
| 1978 | | 68 |
| 1979 | | 85 |
| 1980 | | 106 |
| 1981 | 74 | 133* |
| 1982 | | 68* |
| 1983 | | 82 |
| 1984 | 45 | 98 |
| 1985 | 45 | 59* |
| 1986 | | 32 |
| 1987 | | 40 |
| 1988 | | 50 |
| 1989 | 23 | 63 |
| 1990 | | 50 |
| 1991 | | 61* |
| 1992 | | 66* |
| 1993 | | 84 |
| 1994 | | 105* |
| 1995 | | 126 |
| 1996 | 60 | 151 |
| 1997 | | 95* |
| 1998 | 72 | 137 |
| 1999 | | 78 |
| 2000 | | 94 |

* Number from Aerial Counts

Shading is prior to the highway fence being completed which segregated the horses.

All census data is prior to the census year foal crop.

Note:  All censuses were conducted by helicopter.

Thriving Natural Ecological Balance- From 1976 to present oil and gas development has intensively disturbed the West Douglas Herd Area.  As a result the horses moved away from the development, concentrating the majority of horses in the far south portion of the area.  The

limited area on which horses occur has led to the problems identified by the Standards for Public Land Health. The analysis of habitat information has consistently shown that a thriving natural ecological balance is not present in the area that would ensure the long-term viability of the herd. Genetics and Viability- The West Douglas Herd area was fenced from the Piceance/Douglas Herd Management Area in 1984. In 1986, this herd was reduced down to 32 head. This has resulted in a herd which may experience higher rates of loss of genetic diversity than would be considered acceptable. Removal of these horses would not be a loss of genetic variety as these horses were derived from the Piceance/East Douglas herd and these genes would be maintained in the Piceance-East Douglas Herd Area without the concomitant danger of in-breeding.

Equine Infectious Anemia-. Currently there is an outbreak of Equine Infectious Anemia. in the wild horses of the Uintah Basin. Wild horses involved with this outbreak are using ranges approximately 15 miles to the west of the project area. Equine Infectious Anemia is a chronic viral disease, with mortality rates of approximately 30%. This disease is spread by biting insects. The West Douglas Herd Area is between the Bonanza Herd and the Piceance/East Douglas Herd Management Area. The West Douglas Herd would be the stepping stone for this disease to migrate east into the herd management area. Two complete gathers of the horses in the Bonanza herd have been conducted. The second gather conducted November of 1999, found 31 of the 205 horses gathered to be positive which is 15% of the population. Currently all of the Bonanza horses have tested negative for EIA, and have been released.

Gathers of the West Douglas herd were conducted in 1996 and 1998 with none of the horses found to be affected by EIA. There is no information to conclude that the West Douglas H.A. horses are infected by EIA. As precautionary measures the following mitigation measures will be implemented to further protect the Piceance/East Douglas HMA horses while the West Douglas horses are held at the Yellow Creek corrals.

1. Prior to the start of the gather the water gaps on Yellow Creek near the corrals will be closed. Closing these water gaps will force the horses to go up or downstream for water away from the corrals.

2. Prior to the gather the contractor will use the helicopter to determine if any horses are near the Yellow Creek Corrals. If any horses are found, the horses will be moved out of the area.

3. When West Douglas horses are at the corrals, personnel at the corral facility will watch the surrounding area for horses. If horses are spotted the horses will be moved out of the area. Precautions for moving these horses will be determined in consultation with the Aphis Veterinarian.

4. Horses will be sent to Cannon City after consultation with the Colorado State Veterinarian.

Horses Outside the Herd Area- There are currently approximately 40 horses outside of the herd area. Horses pioneering onto new ranges, outside the herd area, has been a continual problem. The associated problems of oil and gas development displacing the horses and forage problems related to concentrated horse use has forced wild horses outside of the herd area. Because of

topography it is not reasonable to enclose the herd area.  This situation is expected to continue or increase as rangelands degrade and oil and gas development displacement becomes more acute.

**Environmental Consequences**
**Alternatives A and B, Complete Removal and Removal outside the Herd Area**- Wild horses will be subject to stress during the course of the removal operation.  All operations will be conducted in accordance with BLM policy, the intent of which is to insure both human safety and to minimize stress and physical injury to horses.  Applicable mitigation measures that are intended to reduce adverse impacts to horses are listed in the Removal Plan.  Stress on horses is inherent in gathering, transport, holding and processing operations.  Good judgement, proper facilities and equipment, and experienced BLM and contract personnel will limit the negative impact of stress and physical injury to wild horses.

Gathering of the horses will allow for testing of Equine Infectious Anemia.  If this disease is found, emergency measures can be implemented to prevent spread into the Piceance/East Douglas Herd Management Area.  The mitigation measures described above are designed to keep the West Douglas and Piceance/East Douglas HMA horses separated to prevent transfer of EIA.  Any Herd Management Area horses that are in close proximity to the Yellow Creek Corrals will incur very limited stress resulting from the change of water source or being hazed away from the corral facility.  As sources of water are relatively abundant and the horses are well aware of other water sources closing of the water gap can be considered as an inconvenience, rather than a danger to the horses.   Water sources are scattered within on mile of the corral facility.

**Alternative A, Complete Removal**- Removal of the horses would correct the current problems; resource damage contrary to a thriving ecological balance.  Removal would reduce the opportunity for EIA transfer to the Piceance/Douglas Herd Management Area.  Total  removal of horses would end the problems of horses outside of the herd area.

**Alternative B, Removal of Horses Outside the Herd Area**- With this alternative we would not maintain a thriving natural ecological balance.  Removal of horses outside of the herd area would not significantly reduce the opportunity for introduction of EIA into the Piceance/East Douglas herd.  If EIA were to infect the West Douglas horses, the method for controlling the outbreak would be by repeated gathering and testing, or by gathering and quarantining of the horses.  This would be extremely difficult, expensive and would negatively affect band associations.  Within a few years horses are expected to pioneer outside of the Herd Area requiring future removals.

**Alternative C, No Action Alternative**- Under this alternative, horses would not be subject to the stress of a gather operation. Horses would be maintained outside of a herd area which is contrary to the Wild Horse and Burro Act.  Maintaining horses on the herd area perpetuates the problems with public land health and is not in accordance with maintaining a "Thriving Ecological Balance".  Maintaining horses on the herd area and outside of this H.A. would allow for a pathway for the transfer of EIA to the Piceance/Douglas HMA.  If EIA were to infect the West Douglas horses, the method for controlling the outbreak would be by repeated gathering and testing, or by gathering and quarantining of the horses.  This would be extremely difficult,

expensive and would negatively affect band associations.  With this alternative, horses will continue to range outside of a herd area; a thriving natural ecological balance will not be maintained.

**Cumulative Impacts**
Under Alternative A- resource problems associated with a thriving natural ecological balance and horses outside of the herd area  would be corrected.  Horses would be retained in the Piceance/East Douglas Herd Management Area.  Under Alternatives B and C, a thriving natural ecological balance would not be achieved and continual problems with horses outside the herd area would continue.

**Livestock Management**
**Affected Environment**
The project area includes three grazing allotments, the Twin Buttes, Bull Draw/ East Douglas Creek and the Evacuation Creek Allotment.  All of the allotments are year-round cow/calf operations.  Twin Buttes and Bull Draw allotments are within the West Douglas Herd Area.  The Evacuation Creek and East Douglas Creek allotments are outside of the Herd Area.  The Twin Buttes and Evacuation Creek allotments have Allotment Management Plans.

Livestock use of the Texas Creek Basin can be described as avoidance.  Livestock use that has been made was incidental as the result of a lack of fences to prevent use.  Utilization studies conducted during 1999 grazing season, continued to show wild horse preference for the Texas Basin area.

The grazing permittee of these allotments use horses in the management of their livestock.  They are all keenly aware of the Equine Infectious Anemia situation occurring near Bonanza, Utah, and are taking precautions to a segregate and test their personal horses.

**Environmental Consequences**
**Alternative A, Complete Removal**- Implementation of the proposed action would decrease the intensity and duration of use on key forage species. As described in the vegetation section the progression from the current plant community to a desired plant community would probably take more than 15 years.  If the cool season grasses are able to reestablish dominance on these sites, the quantity and consistency of forage produced would be increased. This increase in cool season species and the increased consistency of forage production would increase the flexibility of the livestock operation.  Removal of the horses would benefit the all users of the rangelands. Removal of the horses would decrease the opportunity for an EIA outbreak reaching the Piceance/East Douglas HMA.

**Alternative B, Removal outside the Herd Area Only**- Removal of horses **outside** of the West Douglas H.A. would decrease the grazing use of forage species on the allotments horses are removed from.  This would increase the flexibility of these livestock grazing operations.  There would still be horses inside the H.A. which would continue to make season long use of the forage resource.  The amount of grazing use inside the H.A. would be related to the number of horses present, which would increase yearly until horses are removed.  Under this scenario the

grazing permittee **outside** of the H.A. would benefit from the removal of the horses. The grazing permittee inside the H.A. would have the impacts as described in Alternative C.

**Alternative C, No Action**- With the no action alternative, horses would not be gathered. The number of horses would continue to increase, placing additional demands on the forage resource. This would likely continue to degrade the plant communities on which the horses and livestock are dependant. The decrease in quantity and quality of forage on the degraded sites would decrease the flexibility of the livestock operation. The decrease in flexibility increases the opportunity for catastrophe of the livestock operation.

**Cumulative Impacts**- Alternative A, Competition for forage resources would decrease allowing the native ranges the opportunity to improve, which benefits all rangeland users. The gather operation would not affect the livestock operation. Under Alternatives B and C, horse numbers would increase causing overgrazing and degredation of the rangeland resource. The additive impacts of Wild horse grazing, livestock grazing and oil and gas development as described in the Soil and Vegetation Section, West Side Texas Creek Pasture is applicable here.

**Cultural and Historical Resources**
**Affected Environment**
The area of the proposed gather contains some of the highest known site densities in the RA. Research has also shown that the sites, ranging from archaic in age up through the historic period, can be very significant in terms of the history of the area and the nation in general. Resources present include camp sites, prehistoric roads and trails, early mining/mineral development in the area, prehistoric tool stone quarries and rock art.

**Environmental Consequences**
Reducing the numbers of horses in the area would have an overall beneficial impact on cultural resources. Reducing horse numbers reduces the concentration of horses in a given area which reduces the trampling and artifact breakage on a site. Reducing the numbers of horses also benefits standing structure to some degree by reducing the amount of rubbing/scratching on the structure which hastens the collapse of the structure such as a historic cabin or wickiup. Reducing horse numbers and reducing the rate at which the area is devegetated contributes to better soil stability and reduces the loss of artifacts and feature context due to being washed away by water or blown away as fugitive dust in high wind situations. Reducing erosion rates also reduces the rate at which standing architecture is undermined slowing the rate at which structures might collapse. Trap sites would be surveyed for cultural materials prior to construction. If cultural materials are found the Field Manager will decide the course of action based on the Archaeologists recommendation.

**Cumulative Impacts**-Under alternative A, removal of horses would benefit cultural and historical resources by slowing the rate of loss of materials. Under Alternatives B and C, the above identified losses of cultural and historical materials would continue.

**Hazardous Materials**

**Affected Environment and Environmental Consequences**
During processing of gathered horses, vaccines, syringes and needles and liquid nitrogen will be used. These materials are hazardous and will be handled accordingly by all BLM personnel. Volunteer personnel will not be permitted to handle hazardous materials. Liquid nitrogen used in the freeze branding of horses during processing is a hazardous material. Personnel involved with its handling and transport will be briefed on its use, proper safety precautions, etc. A copy of the Material Safety Data Sheet (MSDS) for liquid nitrogen will be attached to the container.

**Cumulative Impacts-** There would be no cumulative impacts associated with Hazardous Materials associated with the gather operation.


**Wilderness Study Areas**
**Affected Environment**
The project area contains the Oil Spring Mountain Wilderness Study Area. Approximately one half of the Oil Spring Mountain wilderness area is within the herd area. Horse use the WSA both inside and outside of the herd area. Due to the remoteness of this WSA there are no formal studies of the horse impacts to the WSA. Past gathers and inventories have shown that horses do make significant use of the area.

Wilderness Study Areas administered by the BLM are managed under specific policies and procedures as provided in handbook H-8550-1 -INTERIM MANAGEMENT POLICY AND GUIDELINES FOR LANDS UNDER WILDERNESS REVIEW, release 8-67, dated 7/5/95 (IMP).

The Interim Management Policy specifically addresses wild horse and burro management within WSAs. In the policy, the BLM is directed to make every effort not to allow populations within WSAs to degrade wilderness values, or vegetative cover as it existed on the date of passage of FLPMA..

Helicopters and fixed wing aircraft may be used for the gathering of wild horses and burros. Helicopters may land on unimproved sites as long as the non-impairment criteria is satisfied.

Management to the non-impairment standard does not mean that the lands will be managed as though they had already been designated as wilderness. For example, some uses that could not take place in a designated wilderness area may be permitted under the IMP because they are only temporary uses that do not create surface disturbance or involve permanent placement of structures.

**Environmental Consequences**
**Alternatives A and B**- There is the possibility that a trap could be set up within the boundary of the W.S.A. Traps set up to capture wild horses may have some trampling of existing vegetation inside the traps. This trampling would be temporary and short term in nature. Any area affected would recover during the following growing season. Any potential short term negative effect on wilderness values by this trampling would be more than offset by the permanent enhanced

wilderness values that would result by removal of the excess horses within the WSA.

Mitigation:
-During construction of the trap, no vegetation would be removed which would alter the character of the area.  Logs and litter materials moved during trap construction would be replaced to their original character.
-Any soil disturbance would be smoothed out back to the original surface grade.
-Trap sites would be monitored for two years to determine reclamation success and to control any noxious       weeds that may occur.

**Alternative A, Complete Removal**- Oil Spring Mountain WSA is used by the horses in the herd area and by the horses using Evacuation Creek allotment.  Removal would allow forage used by the horses to be used by wild ungulates.  Removal of the horses would enhance the wilderness characteristics of the area.

**Alternative B, Removal outside the Herd Area Only**- Part of the Oil Spring Mountain WSA is outside of the herd area and would be gathered of horses.  Depending on the number of horses removed there would be a commensurate decrease in forage use.  This increase in forage would be available to wild ungulates.  Horses within the herd area are expected to reoccupy the area within one year.

**Alternative C, No Action**- Horses would continue to propagate and increase use within the WSA.  Horse use would eventually exceed the areas ability to provide forage resulting in a decline in quality and quantity of forage. Horse use would lead to degradation of the wilderness characteristics on the Oil Springs Mountain WSA.

**Cumulative Impacts**-Alternative A, Removal of the horses will improve the vegetation and soil resources which are critical to maintaining the quality of the Wilderness Study Area.  Improving forage conditions would benefit wildlife.  Impacts associated with the gather operation would be short term.  Under Alternatives B and C, horses would remain within the boundary of the Oil Spring Mountain WSA.  Overgrazing by wild horses would degrade the wilderness characteristics.

**FLOODPLAINS, WETLANDS, RIPARIAN SYSTEMS AND ALLUVIAL VALLEYS**
Covered in the analysis of the standards for rangeland health.

**NOISE**
**Affected Environment and Environmental Consequences**
Because the proposed action involves the use of a helicopter, some loud noise will occur.  However, no lasting impact is expected.

**Cumulative impacts** resulting from the gather operation.  None

**RECREATION**
The West Douglas HA provides significant recreational opportunities to the local population

year round and tourists during the hunting season. Wild horses provide recreational opportunities for viewing wild horses. Outside of the Oil Spring Mountain ACEC and areas around Texas Mountain the area is heavily impacted by oil and gas development.

**Cumulative impacts** resulting from the gather operation. None

**INVASIVE PLANTS/NOXIOUS WEEDS**
**Affected Environment**
The assessment of standard 3, healthy plant communities, provided a description of the weed problems by pasture. All of the weeds identified have the potential to establish and dominate this area.

**Environmental Consequences**
**Alternative A, Complete Removal**- There is a chance that noxious weeds could establish as a result of soil disturbances resulting from the gather operation. This area is regularly monitored for outbreaks of noxious weeds. The specific sites for trap location would be emphasized for monitoring. If noxious weeds were to establish the appropriate control method would be initiated, in accordance with bureau policy. Removal of the horses would on many sites improve the vegetation composition and vigor which relates to the competitiveness of the plant community to prevent establishment and spread of noxious weeds.

Mitigation Alternatives A & B-
    -Vehicles coming from outside the area are to be cleaned prior to entering the area.
    - Weed free hay will be used on public lands.
    -Areas with soil disturbance as a result of gather operations will be monitored for two years .

**Alternative B, Removal outside the Herd Area Only**-There is a chance that noxious weeds could establish as a result of soil disturbances resulting from the gather operation. This area is regularly monitored for outbreaks of noxious weeds. The specific sites for trap location would be emphasized for monitoring. If noxious weeds were to establish the appropriate control method would be initiated, in accordance with bureau policy. Within the herd area, the problems with vegetation offer the opportunity for the introduction and spread of noxious weeds. As horse numbers increase the opportunity for noxious weed invasion would also increase.

**Alternative C, No Action**- There would be no soil disturbance resulting from a gather operation creating an opportunity for noxious weeds to establish. As described in the vegetation section there are problems with the health of plant communities. These problems with the plant communities offer the opportunity for the introduction and spread of noxious weeds. As horse numbers increase the opportunity for noxious weed invasion would also increase.

**Cumulative Impacts**   Alternative A, improving the health of the vegetation communities increases the competitive ability of the vegetation, decreasing the opportunity for noxious weed establishment and spread. Under alternatives B and C, as horse numbers increase the opportunity for noxious weed establishment and spread increases. Spread of noxious weeds degrades rangeland conditions and forage production of the rangelands.

**LAND STATUS/REALTY AUTHORIZATIONS**
The subject lands have numerous land use authorizations.  None of the alternatives would directly affect these uses.

**Cumulative impacts** resulting from the gather operation.  None

**Air Quality**
There would be no impacts to air quality resulting from any of the three alternatives.  No cumulative impacts.

**Areas of Critical Environmental Concern**
There are no ACECs present in the area.  No cumulative impacts.

**Wild and Scenic Rivers**
There are no wild and scenic rivers in the area.  No cumulative impacts.

**Environmental Justice**
Implementation of any of the three alternatives would not prejudice any group of people.  No cumulative impacts.

**Farm Lands Prime or Unique**
There are no prime or unique farm lands in the project area. No cumulative impacts.

**Native American Religious Concerns**
No Native American religious concerns have been expressed.  No cumulative impacts.

**CUMULATIVE IMPACTS**
From the public involvement associated with the preparation of this gather plan and Environmental Assessment there was one point that needed to be clarified.  The decision for total removal of horses from the West Douglas Unit was a Land Use Plan Decision.  The current Land Use Plan, the WRRA Resource Management Plan, Record of decision dated July 1, 1997 was the latest LUP.  Impacts on resources for four alternatives and the **cumulative impacts** were addressed in the Draft Resource Management Plan.  The cumulative impact assessment of this Gather Plan relates to the three alternatives described in this document.

Alternative 1, Total removal of Horses.  Under this alternative several horse traps would be constructed and horses hazed into the traps.  If this gather is successful the trap sites will no longer be used and there would be no long term damage on these sites.  There would be no cumulative impacts associated with trap sites or helicopter operations.

Alternative 2, Removal of horses outside the Herd Area.  Under this alternative several horse traps would be constructed and horses hazed into the traps.  As horses moving outside the herd area is expected to continue, removal of the horses would be a regular occurrence.  If the same trap sites were reused there would not be significant vegetation or soil damage that would raise

concern about long term or cumulative impacts.  Inside the herd area there would be no impacts associated from gather operations.

Alternative 3, No Action.  Under this alternative no trapping would take place and there would be no resultant damage from the trapping operation.

## IV.  CONSULTATION AND COORDINATION

The intent of the Meeker Field Office to phase out horses in the West Douglas Herd Area has been widely discussed.  This topic was addressed in detail during scoping associated with the preparation of the White River Resource Area Resource Management Plan, 1996&1998 gather plans and the Twin Buttes Allotment Management Plan revision and grazing permit renewal.

Since the completion of the White River Resource Management Plan the Meeker Field Office has done presentations to the Colorado State Director (BLM), the Craig District Grazing Advisory Board, the Northwest Colorado Resource Advisory Council, Congressmen Scott McInnis, the Friends of the Mustangs, the Colorado Wild Horse and Burro Coalition, the Northwest Colorado Wild Horse Association, the Rangely Times, the Rocky Mountain News, the Meeker Herald, the National Wild Horse and Burro Advisory Board, and the Colorado Horseman's Council.
The Twin Buttes Allotment was involved in a two year program for revising the Allotment Management Plan.  This revision was conducted under the Section 8 process which assembles a team of experts to look at range management issues and provide a recommendation .   Wild horse issues were looked at with the team supporting the land use plan recommendation for removal of the horses.

A review copy of this document was made available for public comment March 1, 2000.  Comment letters to the Gather Plan were received from Animal Legal Defense Fund and Colorado Wild Horse and Burro Coalition.  These letters and the BLM response are available upon request from the White Rive Field Office (970) 878-3601.

List of Preparers
Glade Hadden    Archaeologist
Robert Fowler   Forester/Rangeland Specialist
Carol Hollowed Soil/Air/Water Coordinator
Mark  Robertson        Wildlife Biologist
Rusty Roberts   Rangeland Management Specialist
Mark Hafkenschiel     Rangeland Management Specialist
Vern Rholl        Realty Specialist
**FINDING OF NO SIGNIFICANT IMPACT**

The environmental assessment, analyzing the environmental effects of the proposed action, have been reviewed.  The approved mitigation measures result in a finding of no significant impact on the human environment.  Therefore, an environmental impact statement is not necessary to further analyze the environmental effects of the proposed action.

CO-WRFO-2000-133-EA                                                                                    45

**DECISION AND RATIONALE:**  It is my decision to implement the proposed action of this Environmental Assessment.  It is my decision to implement the above decision in full force and effect in accordance with 43 CFR 4770.3(c).   This decision is considered in effect until the actions included in the Proposed Action of the Removal Plan have been completed.

This decision may be appealed within 45 days of issuance of this decision.  Appeals are to be directed to the Interior Board of Land Appeals, Office of the Secretary, in accordance with the regulations contained in 43 CFR Part 4, in conjunction with with 43 CFR 4770.3(c).  The appellant has the burden of proof to show that the decision being appealed is in error.  If  you wish to file a petition for a stay of the effectiveness of this decision during the time your appeal is being reviewed by the Board, the petition for a stay must accompany your notice of appeal.  Please refer to the enclosed form 1840-3 for additional information.

Your appeal must also be filed with the Bureau of Land Management, White River Resource Area, 73544 HWY 64, Meeker, Colorado, 81641 within the same 45 day period described above.

If you request a stay, you have the burden of proof to demonstrate that the stay should be granted based on the following standards:

(1)  The relative harm to the parties if the stay is granted or denied;
(2)  The likelihood of the appellant's success on the merits;
(3)  The likelihood of immediate and irreparable harm if the stay is not granted; and
(4)  Whether the public interest favors granting a stay.

**Rationale**;  The decision to remove wild horses from the West Douglas Herd Area is based on the White River Resource Management Plan, wild horse decision for the total removal of horses from the West Douglas Herd Area. This decision is based on not being able to manage horses in this area and maintaining a thriving ecological balance with the horses or their habitat.  The Standards For Rangeland Health and Rangeland Assessment of 1995, documented that a thriving ecological condition is not being maintained.  Monitoring studies conducted in 1999 confirm the 1995 report.

Equine Infectious Anemia is a problem on the Bonanza Herd Management Area approximately 15 miles west of the West Douglas Herd Area.  Removal of this herd would provide a buffer area between the Bonanza and Piceance/East Douglas Herd Area.

The decision to remove wild horses from outside the West Douglas Herd Area is in compliance with Sec. 10 of Public Law 92-195, The Wild and Free Roaming Horse and Burro Act of 1971(as amended),  and 43 CFR 4710.4 which mandates that wild horse distribution be limited to the areas where they existed in 1971.  The horses currently located on the Evacuation Creek Allotment are outside of the West Douglas Herd Area and must be removed.

**Rationale for Full Force and Effect**:  The rationale for placing the proposed alternative into full force and effect is based on the following:

CO-WRFO-2000-133-EA                                                                                               46

1.  Protection of key forage plant species from the overuse attributed to wild horses.  The two year delay in action resulting from an appeal to the Interior Board of Land appeals would allow continued negative impacts by wild horses to the forage plant species relied upon by wild horses, wildlife and livestock.  These negative impacts will increase in proportion to the herd recruitment rate which is greater than 20% annually.

2.  Removal of horses outside of the West Douglas Herd Area is in compliance with 43 CFR 4710.4.

3.  Completion of the planned removal in a timely,  cost efficient manner, an action which is to the benefit of the taxpaying public.  Due to a combination of topography, vegetation cover and wild horse behavior capture operation costs are above average.  Considering these high costs along with increasing horse numbers (20%/year), delay of the planned removal will escalate future removal cost to a degree that they become unaffordable.

4.  Equine Infectious Anemia in this area would be difficult to control, expensive and would have the potential to be transferred to the Piceance/East Douglas Herd Management Area.  There would also be the opportunity for transfer of this disease to privately owned horses in the area.

**MITIGATION MEASURES:**  The mitigation measures described in the proposed action relating to the safety of the wild horses,  capture crew and public will be adhered to.   The mitigation measures for the care and management of wild horses will be adhered to.

**REMARKS:**

**COMPLIANCE PLAN:** Compliance with this plan will be the responsibility of the Area Manager, White River Resource Area.

**SIGNATURE OF PREPARER**:

**DATE SIGNED:**

**SIGNATURE OF ENVIRONMENTAL COORDINATOR:**

**DATE SIGNED:**

**SIGNATURE OF AUTHORIZED OFFICIAL:**

**DATE SIGNED:**