# 2001  WRRA WILD HORSE REMOVAL PLAN/ENVIRONMENTAL ASSESSMENT
## West Douglas Region
NUMBER: CO-WRFO-01-100-EA

## TABLE OF CONTENTS

PURPOSE AND NEED FOR ACTION ................................................................................ 4
CONFORMANCE WITH THE LAND USE PLAN....................................................... 4
LAND USE PLANNING HISTORY AND DECISIONS.................................................. 4
RELATIONSHIP TO STATUTES, REGULATIONS OR OTHER PLANS........................ 8
1996 GATHER PLAN AND ASSOCIATED APPEAL/DECISION................................. 9
HABITAT ANALYSIS SUMMARY................................................................................ 9
DESCRIPTION OF THE ALTERNATIVES................................................................. 10
ALTERNATIVE A.  PREFERRED ACTION; REMOVAL OF HORSES......................... 10
REMOVAL METHOD............................................................................................... 10
PROJECT AREA MAP............................................................................................. 10A
ALTERNATIVE B. NO ACTION ALTERNATIVE........................................................ 17
ALTERNATIVES CONSIDERED BUT NOT DEVELOPED IN DETAIL...................... 17
AFFECTED ENVIRONMENT AND ENVIRONMENTAL CONSEQUENCES................. 19
Introduction Landscape Analysis............................................................................. 19
Summary Table of Horse Impacts on Soil and Vegetation Standards.......................... 20
Landscape - Cottonwood, Lower Horse Draw, Water Canyon, Park and Water hole Pasture Impacts on
Soil and Vegetation Standards................................................................................ 21
Landscape - Texas Creek Pasture General............................................................. 23
    West Side Impacts on Soil and Vegetation Standards..........................................23
    East Side Impacts on Soil and Vegetation Standards...........................................24
West Creek Pasture Impacts on Soil and Vegetation Standards................................. 27
Landscape - Douglas Creek Watershed -Riparian and Water Quality Standards.......... 29
Landscape - Cottonwood Creek Watershed - Water Quality Standard........................ 31
Landscape - Evacuation Creek Watershed - Riparian and Water Quality Standards...... 32
Landscape - Regional Healthy Animal Component.................................................... 34
Landscape - Regional Special Status and T & E Species.......................................... 39
Landscape - Regional Wild Horse Management........................................................ 40
Landscape - Regional Livestock Management.......................................................... 42
Landscape - Regional Cultural and Historical Resources.......................................... 43
Landscape - Regional Hazardous Materials............................................................. 43
Landscape - Regional Wilderness Study Areas........................................................ 44
Landscape - Regional Floodplains, Wetlands, Riparian Zones, and alluvial valleys....... 45
Landscape - Regional Noise.................................................................................. 45
Landscape - Regional Recreation........................................................................... 45
Landscape -Invasive Plant /Noxious Weeds............................................................ 45
Landscape -Land Status/Realty Authorizations....................................................... 46
Landscape - Regional Air Quality.......................................................................... 46
Landscape -Areas of Critical Environmental Concern.............................................. 46
Landscape-Wild and Scenic Rivers........................................................................ 46
Landscape-Environmental Justice.......................................................................... 46
Landscape-Prime and Unique Farmlands................................................................ 46
Landscapes-Native American Religious Concerns.................................................... 46
Cumulative Impacts.............................................................................................. 46
**CONSULTATION AND COORDINATION**.............................................................. 47
FINDING OF NO SIGNIFICANT IMPACT................................................................ 49
DECISION AND RATIONALE.................................................................................. 49
RATIONALE FOR FULL FORCE AND EFFECT....................................................... 50

RATIONALE FOR NO FULL FORCE AND EFFECT.............................................................. 51

MITIGATION MEASURES............................................................................................ 52

COMPLIANCE PLAN................................................................................................... 52

SIGNATURE PAGE..................................................................................................... 52

Plates 1-6

Form 1842-1 Appealing a Decision of the Authorized Officer

# 2001  WRRA WILD HORSE REMOVAL PLAN/ENVIRONMENTAL ASSESSMENT
## West Douglas Region
NUMBER: CO-WRFO-01-100 -EA

# Purpose and Need for Action

There are two actions associated with this proposal:  This gather plan implements the White River Resource Area, Land Use Plan decision for total removal of horses from the West Douglas Herd Area.  This gather plan also implements 43 CFR 4710.4 which requires removal of horses outside of Herd Areas.  This Environmental Assessment will focus on how to best remove the horses, and to reevaluate the rationale for previous land use planning decisions.

# Conformance with the Land Use Plan

| | |
|---|---|
| Name of Plan: | The proposed action conforms with the 1996 White River Resource Area Resource Management Plan and Record of Decision. |
| Date Approved: | July 1, 1997 |
| Decision Number: | Page 2-26, Wild Horse Management, Paragraph 2 |

The proposed action has been reviewed for conformance with this plan (43 CFR 1610.5,BLM 1617.3).

# Land Use Planning History and Decisions

Listed below is the planning history of the White River Resource Area from passage of the Wild and Free Roaming Horse and Burro Act to the current 1996 White River Resource Management Plan.  The Bureau of Land Management has conducted four planning efforts since 1974 culminating in the Current Resource Management Plan, approved July 1, 1997.  All of these planning efforts were in compliance with FLPMA and NEPA.  In each a reasonable range of alternatives was analyzed, including maintaining horses on the West Douglas Herd Area.  Decisions have been consistent for maintaining one high quality Herd Area, the Piceance/East Douglas and removing all horses from outside of this area.

## Management Framework plan of 1975

White River Resource Area (WRRA) completed and received State Director approval for it's first land use plan in 1975.  Alternatives considered in this Plan included:
> -Establish a wild horse range on parts of the Piceance Basin and Douglas Creek Herd Units.
> -Establish a wild horse range on all identified wild horse ranges.
> -Manage wild horses on all wild horse ranges in combination with livestock and other uses.

Following a process of conflict identification and public involvement the Colorado State Director approved the Multiple Use Decisions on June 30, 1957.  The decisions and reasons were as follows:

| Multiple Use Recommendation: | Reasons: |
|---|---|
| 1. That at the present time, the wild horses east of Douglas Creek be left where they presently are located. | 1. This is their natural habitat, and the degree of disturbance by other activities needs further study. |

| | |
|---|---|
| 4. That the horses west of Douglas Creek be removed from the entire resource area. | 4. The increase in oil and gas activities in this area warrants removal of the horses.  Without forage surveys completed east of Douglas Creek to determine the carrying capacity, the area should not be burdened.  Gas development activity is causing horses to disperse into areas where they did not exist prior to 1971.  The Wild Horse and Burro Act states that horse range or habitat will not expand beyond the area occupied when the law was passed. |
| 5. Construct a fence along the East Douglas Creek and Main Douglas Creek road. (These fences are complete since 1984.) | 5. This fence would keep the horses off the highway and out of the active oil and gas field. |

Also relative to wild horse management the Unit  Resource Analysis identified:
One "herd unit" in the Rangely area, this was the Douglas Herd Unit containing 187,970 acres.

- Likely interchange between the Piceance herd unit and the east side of Douglas Creek.
- Conflicts between wild horses and oil and gas development. "Currently, the greatest activity concerning oil and gas production in the Craig District is taking place within the Rangely Planning Unit."
- Utilization/distribution problems resulting from energy development and human population increases projected for the future. "There are three actions that one can expect:  The horses will migrate into other areas of the range that are not as accessible to the human population.  The areas they will migrate into will probably be less desirable that the areas presently occupied.  These areas would have less forage and could eventually be overused.  The second action that may take place is that horses will migrate into areas already used by horses.  This would result in overuse of the range and possibly increased conflict between horses."

## 1981 Management Framework Plan Decisions/Grazing EIS

In 1978 through 1980, another planning effort was undertaken to update the 1975 MFP.  This update was driven by the court ordered environmental impact statements for the livestock grazing program.  This update included a forage allocation for livestock, wild horses and big game wildlife.

As in the 1975 MFP, BLM conducted internal and external scoping meetings in development of the Unit Resource Analysis, present situation and opportunities for enhancement.  Again, the URA identified two wild horse herd units, the Douglas Creek Herd Unit and the Piceance Basin Herd Unit.

In the MFP, two objectives (alternatives) were advanced by the wild horse specialist to enhance or optimize opportunities for management of a viable wild horse population:

## Objective WH-1
Maintain 462,812 acres of wild horse habitat, capable of supporting a minimum of 200 wild horses and a maximum of 450 wild horses, within the 1971 wild horse range boundaries which include the Piceance Basin wild horse herd unit and the Douglas Creek herd unit.

## Objective WH-2
Maintain 107,000 acres of wild horse habitat capable of supporting a 100 to 250 wild horses.  This area will consist of Tommy's Draw, Philadelphia Creek, and Hogan Draw allotments in the Rangely Planning Unit (east of Douglas Creek) and part of the Boxelder and square S allotments in the Piceance Basin Planning Unit.

The next step was to conduct a multiple use conflict analysis.  Following this process the Area Manager recommended Objective WH-2 that would require the removal of all horses West of Douglas Creek.  The reasoning

for this recommendation was: The increase in oil and gas activities in this area warrants removal of those horses. Gas development activity is causing horses to disperse into areas where they did not exist prior to 1971. The Act states that horse range or habitat will not expand beyond the area occupied when the law was passed.

Recommendations were again presented to BLM's internal and external publics along with the scoping process for the court ordered grazing EIS. The Multiple-Use Recommendations became the proposed action for the Grazing EIS.

In addition to the proposed action, the Grazing EIS evaluated five other alternatives, some of which were developed from opportunities or objectives identified in the URA/MFP.

>Alternative A (Proposed Action):
>- Manage 90 to 140 horses on 148,153 acres public land (includes parts of both herd units).
>- Remove all horses west of Douglas Creek and from all other allotments in the Piceance Basin not designated for management of wild horses.

>Alternative B (No Action):
>- Manage present herd of 625 horses on 443,979 acres public land recognized as the area occupied by wild horses in 1971.

>Alternative C (Eliminate all Livestock Grazing)
>- Manage 500 to 750 head of wild horses on 443,979 acres public land.

>Alternative D (Optimize Livestock Grazing)
>- Manage 52 wild horses on 148,153 acres public land.
>- Remove all horses west of Douglas Creek and from all other allotments in the Piceance Basin not designated for management of wild horses.

>Alternative E (Emphasis on Other Resource Uses)
>- Manage 280 to 450 head of wild horses on 148,153 acres public land.
>- Remove all horses west of Douglas Creek and from all other allotments in the Piceance Basin not designated for management of wild horses.

>Alternative F (Optimize Wild Horses)
>- Manage 700 to 1125 head of wild horses on 443,979 acres public land.

The final grazing EIS again emphasized the principal considerations used in modifying the size of the wild horse range:
- The designated range (148,153 acres) is considered their preferred habitat and has been allocated for continued wild horse use;
- the amount of habitat lost from oil and gas development and associated human disturbance west of Douglas Creek;
- the amount of critical deer winter range, the number of existing fences restricting horse movement, the lack of dependable watering areas and the lack of sufficient summer forage in the non-designated ranges in the Piceance Basin.

In April 1981 the State Director approved both the Rangeland Program Summary (the record of decision for the Grazing EIS) and the Multiple-Use Decisions for the WRRA MFP. The decisions for wild horse management were:
1)    Allocate 2101 AUMs of forage for 95 to 140 wild horses to be managed on an area of 148,153 acres of public land;

2)    and remove horses from 295,826 acres which include all horses west of Douglas Creek and all horses from those allotments in the Piceance Basin which are not part of the designated

management area;

The rationale noted in the Rangeland Program Summary: "The proposed wild horse use area was chosen because it has the most concentrated wild horse population (their preferred habitat), has reliable sources of water during summer, and has a balance between summer and winter range." and, "Decisions for wild horse management are aimed at maintaining a viable wild horse population within the best habitat of their present range, while simultaneously satisfying the needs for various other resource considerations."

## 1981 WRRA Herd Management Area Plan

The herd management area plan (HMAP) was a activity plan developed to implement the land use decisions made in the 1981 MFP. This plan reiterated the land use decisions of managing a viable wild horse population on 148,153 acres of public land.

## 1985 WRRA Piceance Basin RMP

The Resource Area again developed another land use plan with appropriate scoping and public review driven by mineral resources in the Piceance Basin. In this plan, the 1981 MFP decisions concerning wild horse management in the Piceance Basin planning unit were reviewed and carried forward in the Final RMP. In addition, some of the objectives covering the Piceance Basin developed in the Herd Management Area Plan for managing a viable herd in a free roaming habitat were incorporated into the RMP as land use decisions.

## 1997 WRRA Resource Management Plan

The final Land Use Plan decision process is the Record of Decision for the White River Resource Area, Resource Management Plan which was approved by the Colorado State Director, July 1, 1997.

The Draft Resource Management Plan Evaluated four alternatives for wild horse management, developed through the public scoping process.

Alternative A
- The Piceance-East Douglas Herd Management Area , containing 161,300 acres would be managed to provide 900 to 2,100 AUMs of forage. Wild Horses would be removed from the North Piceance (107,590 acres) and the West Douglas (190,870 acres) Herd Areas.

Alternative B
- The Piceance-East Douglas HMA would be adjusted to exclude the upper part of the Boxelder Allotment. Horses also would also be removed from the North Piceance HA and the West Douglas HA.

Alternative C
- The Piceance-East Douglas HMA would be managed to provide 2,100 AUMs of forage for 90-140 horses. The North Piceance HA would be designated as the North Piceance HMA. The North Piceance HMA would be managed to provide 600-900 AUMs of forage for 40-60 wild horses. A portion of the West Douglas HA would be designated as the Texas Creek HMA; 1,050 AUMs of forage would be allocated for 60-70 wild horses. Texas Creek HMA and the remainder of the existing West Douglas HA would also serve as a permanent relocation area for older, predominantly male, unadoptable horses which are gathered from within the White River Resource Area.

- The Texas Creek HMA (41,370 acres) and the remainder of the West Douglas HA (149,500 acres) would also support a population of younger age-class animals. These horses might be used for introduction into the North Piceance and Piceance-East Douglas HMA for increased genetic diversity in those herds. The remainder of the West Douglas HA (149,500 acres) would be allocated 750 AUMs of forage to support a population of 0 to 50 horses.

7

Alternative D
-     The boundary of the Piceance- East Douglas HMA would be expanded to include the Greasewood Allotment (28,830 acres) portion of the North Piceance HA.  The expanded Piceance-East Douglas HMA, totaling 190,130 acres, would be managed to provide 1,430 to 2,100 AUMs of forage for 95-140 horses.  The remainder of the North Piceance HA and the West Douglas HA would be managed in the short term (0-10 years) for a population of 0 to 50 horses in each area.  The long-term objective would be to remove all wild horses in both areas.

The BLM again analyzed the impacts associated with each of the alternatives.  Five of the major impacts identified include:
-     Impacts of oil and Gas Management on Wild horses.
-     Loss of 27,000 acres of public land within the HMA to Oil Shale Claims.
-     Lack of perennial water on the North Piceance HA.
-     Impacts related to livestock management.
-     Impacts to Threatened and Endangered plant species.

The Record of Decision approving the Resource Management Plan was signed by the State Director, July 1, 1997.  The decision for horse management was Alternative D; "Manage for a wild horse herd of 95-140 animals on 190,130 acres within the Piceance-East Douglas Herd Management Area (HMA) so that a thriving ecological balance is maintained for plant and animal species on that range."

 Management included;
- The North Piceance and West Douglas Herd Areas will be managed in the short-term (0-10) years) to provide forage for a herd of 0 to 50 horses in each herd area.  The long term objective ( within 10 years) will be to remove all wild horses from these areas.

- The boundary of the Piceance-East Douglas HMA will be expanded to include the Greasewood allotment (presently a part of the North Piceance Herd Area).

The Bureau of Land Management has conducted four planning efforts since 1974 culminating in the current Resource Management Plan, approved July 1, 1997.  All of these planning efforts were in compliance with FLPMA and NEPA.  In each a reasonable range of alternatives was analyzed, including maintaining horses on the West Douglas Herd Area.  Decisions have been consistent for maintaining one high quality Herd Management Area (The Piceance East Douglas HMA), and removing all horses from outside of this area.

# Relationship to Statutes, Regulations or Other Plans

The Wild and Free Roaming Horse and Burro Act of 1971 (Public Law 92-195) requires; horses be considered in the area where presently found; and excess wild horses be removed in order to restore and maintain a thriving natural ecological balance and multiple-use relationship in that area.

The Public Rangeland Improvement Act of 1978 specifically tied the management of wild horses to the Federal Land Policy and Management Act of 1976.  The Federal Land Policy and Management Act required the development or revision of  land use plans with public involvement.  The White River Resource Area, Resource Management Plan of 1997, and all subsequent planning efforts were prepared in accordance with these laws.

The necessity of removing horses outside the West Douglas Herd Area is consistent with 43 CFR 4710.4 which states "Management of wild horses will be undertaken with the objective of limiting the animal's distribution to herd areas".  A herd area is the geographic area identified as having been used by a herd as its habitat in 1971 (43 CFR 4700.0-5).

Following approval of the land use plan, the field office prepared an operational plan to guide implementation.  The

8

operation plan was developed with extensive public participation and it specified five gather operation necessary to reach our wild horse Appropriate Management Level.  This proposed West Douglas Gather Operation has been scheduled on a public document since August of 1997.

The removal action is consistent with both the Strategic Plan for Management of Wild Horses and Burros on Public Lands (1992) and the Strategic Plan for the Management of Wild horses and Burros in Colorado (1993).

# 1996 Gather Plan and Associated Appeal/Decision

BLM completed a Gather Plan in 1996 which was appealed by Animal Protection Institute of America, ET AL  to the Interior Board of Land Appeals.  (Case #  IBLA 96-489, 96-490, 96-492) This case was decided on February 15, 2000.  The appellants assailed the Environmental Assessment and decision to gather horses based on faulty methodologies and failure to consider the impact of cattle use.  From IBLA Decision 96-489, " they argue that the EA ignored the impact of cattle use.  This, however, is simply not true.  The EA is replete with references to cattle use....  Moreover, we agree with BLM that the data clearly establishes that the decline in forage conditions is directly attributable to the increases in wild horse population."  Concerning rangeland monitoring studies, " It is clear from a review of the Environmental Assessment that BLM's decision to remove horses from the HMA and HA is supported by years of comprehensive studies."  Also, "[w]e conclude that the record in this case supports BLM's removal decision, which is based on an analysis of monitoring data and trends in range condition"  Through this Gather Plan the bureau was able to establish that large numbers of horses (60-151) were creating severe adverse environmental impacts.  What this gather plan did not attempt to do was establish an AML.  This was because wild horse ranges had not stabilized, nor did the current locations of horses bear any resemblance with the location of horses at the passage of the Wild and Free Roaming Horse and Burro Act.

# Habitat Analysis Summary (Plates attached in Appendices)

Plate 1   In 1974 the definitive horse inventory was conducted showing the distribution of 152 wild horses.

Plate 2   During 1974-75 the BLM evaluated the horse habitat areas in the planning process.

Plate 3   The Piceance - East Douglas Herd Management Area, initially referred to as "the horse range."  Was the habitat selected in the planning process.

Plate 4   During 1996/1997 nearly 800 horses were using the White River Field Office public lands.  This map shows the change in distribution from 1975.

Plate 5   The West Douglas Herd Area Boundary does not correctly portray where wild horses were found in 1971.

Plate 6   The BLM re-evaluated the West Douglas Herd Area in the 1996 White River Resource Management Plan.  The detrimental resource impacts of long term management of horses in the West Douglas Herd Area that were projected in 1975 have in fact been realized.  Consequently, the decision to not manage horses in the West Douglas HA was reaffirmed through environmental analysis.

# Description of the Alternatives

## Alternative A.  The Preferred Alternative: Complete Removal of All Horses in the West Douglas Region -- Using Helicopter Drive Trapping and Roping

This removal will target all horses in the West Douglas Herd Area and the Evacuation Creek and East Douglas Creek Grazing Allotments.  The majority of horses are located in the Texas Creek, Texas Mountain, and Sand Draw areas.  Horses are also found in the West Vandamore and Cottonwood Draw areas.  (See attached map)

As of the late summer of the year 2001 we estimate there will be approximately 115 horses to gather. This estimate includes the horses inside the herd area (65 horses) and outside(50 horses). (Population estimates are contained in the Wild Horse Section)

The initial operation may take two to three weeks to complete and is scheduled to start in August of 2001.  However, due to difficult terrain, trap-wise horses, and past experience in gathering gorses in this area, it may take a number of less intensive gathers in succeeding years to complete the removal operation.  This plan would remain in effect until all horses are removed.

## Removal Method

Drive trapping using a helicopter would be the primary removal method.  Horses would be herded to a trap of portable panels and on extremely rare occasions to ropers who, after roping the animal, will bring it to the trap. Gathering would be conducted by using experienced agency personnel or contractors.  The same rules apply whether a contractor or BLM personnel are used.  The following stipulations and procedures will be followed during the contract period to ensure the welfare, safety and humane treatment of the wild horses (or burros) in accordance with the provisions of 43 CFR 4700 and if a contract is used, the White River Capture Contract.

**1. Capture Methods That May Be Used in the Performance of a Helicopter Gather**
Drive Trapping - Helicopter

This capture method will involve driving horses into a pre-constructed trap using a helicopter.  The trap is constructed of portable steel panels constructed of round pipe.  Wings are constructed off the ends of the panel trap to aid in funneling horses into the trap.  The wings are constructed of natural jute, (or similar netting which will not injure a horse), which is hung on both trees and long steel posts.  This sort of wing forms a very effective visual barrier to the horses that they typically will not run through.  When the trap is ready for use, a helicopter will start moving one band of horses at a time toward the trap and into the wings.

In heavily wooded areas, it may be necessary to use wranglers in support of the helicopter to move the horses.  The helicopter will act more as a spotter for the ground crew in this situation.

The contractor/BLM shall assure that bands remain together, and that foals shall not be left behind.

A minimum of one saddle-horse shall be immediately available at the trap site to perform roping if necessary. Roping shall be done as determined by the Contracting Officer's Representative (COR) or Project Inspector (PI). Under no circumstances shall animals be tied down for more than one hour.

Domestic saddle horses may also be used to assist the helicopter pilot (on the ground) during the gather operation, by having the domestic horse act as a pilot (or "Judas") horse on the ground, leading the wild horses into the trap site. Individual ground hazers and individuals on horseback may also be used to assist in the gather.

Roping - Helicopter

Capture attempts may be accomplished by utilizing a helicopter to drive animals to ropers.
Under no circumstances shall horses or burros be tied down for more than one hour.

Roping shall be performed in such a manner that bands will remain together.  Foals shall not be left behind.

**2.  Contract Helicopter, Pilot and Communications**
The Contractor must operate in compliance with Federal Aviation Regulations, Part 91.  Pilots provided by the
Contractor shall comply with the Contractor's Federal Aviation Certificates, applicable regulations of the State in
which the gather is located, and shall follow what are recognized as safe flying practices.

When refueling, the helicopter shall remain a distance of at least a 1,000 feet or more from animals, vehicles (other
than fuel truck), and personnel not involved in refueling.

The COR/PI shall have the means to communicate with the Contractor's pilot at all times.  If communications cannot
be established, the Government will take steps as necessary to protect the welfare of the animals.  The frequency(ies)
used for this contract will be assigned by the COR/PI when the radio is used.  When a VHF/AM radio is used, the
frequency will be 122.925 MHz.

The Contractor shall obtain the necessary FCC licenses for the radio system.

The proper operation, service and maintenance of all Contractor furnished helicopters is the responsibility of the
Contractor.  The BLM reserves the right to remove from service pilots and helicopters which, in the opinion of the
Contracting Officer or COR/PI, violate contract and FAA rules, are unsafe or otherwise unsatisfactory.  In this event,
the Contractor will be notified in writing to furnish replacement pilots or helicopters within 48 hours of notification.
All such replacements must be approved in advance of operation by the Contracting Officer or representative.

At time of delivery order completion, the Contractor shall provide the COR with a completed copy of the Service
Contract Flight Hour Report.

All incidents/accidents occurring during the performance of any delivery order shall be immediately reported to the
COR.

**3.  Non-Contract Helicopter Operations**
An Aircraft Safety Plan and flight hazard analysis will have been filed and approved prior to commencing the
removal operation.  Daily flight plans will also be filed.  If a BLM contract helicopter is used, all BLM, Aircraft
Safety and Operations standards will be adhered to.

There will be daily briefings with the helicopter pilot, Authorized Officer and all personnel involved in the days
operation.  The purpose of this meeting is to discuss in detail all information gathered during the familiarization
flight such as hazards, location of horses, potential problems, etc.  Discuss any safety hazards anticipated for the
coming day's operation or any safety problems observed by the Authorized Officer or anyone else, outline the plan
of action, delineate course of actions,  specifically position the hazers and their responsibilities, logistics, and timing.
 After each flight, removal personnel will discuss any problems and suggest solutions.  This may be accomplished
over the radio or on the ground as the need dictates.

A flight operations plan will be filed with the Craig Interagency Dispatch Center.  This plan will describe the area to
be flown.  The expected time frames of flight operations.  A weather forecast will be acquired from the dispatcher.
There will be no flights on days of high or gusty, erratic winds or days with poor visibility.

Two-way radio communication between the helicopter and the ground crew will be maintained at all times during
the operation.

An operation or contractor's log will be maintained for all phases of the operation.  The log will be as detailed as

possible and will include names, dates, places and other pertinent information, as well as, observations of personnel involved.

**4. Animal Handling and Care**

Prior to any gathering operations, the COR/PI will provide for a pre-capture evaluation of existing conditions in the gather areas. The evaluation will include animal condition, prevailing temperatures, drought conditions, soil conditions, road conditions, and a topographic map with location of fences, other physical barriers, and acceptable trap locations in relation to animal distribution. The evaluation will determine the level of activity likely to cause undue stress to the animals, and whether such stress would necessitate a veterinarian be present. If it is determined that capture efforts necessitate the services of a veterinarian, one would be obtained before capture would proceed.

A contract veterinarian or an APHIS veterinarian will be available for the duration of the removal operation. The APHIS Veterinarian will not administer care to the horses but will work in a advisory capacity on all aspects of horse health and handling.

The Contractor will be appraised of the all conditions and will be given directions regarding the capture and handling of animals to ensure their health and welfare is protected.

The Authorized Officer and pilot may take a familiarization flight identifying all natural hazards (rims, canyons, winds) and man-made hazards in the area so that helicopter flight crew, ground personnel, and wild horse safety will be maximized. Aerial hazards will be recorded on the project map.

The Authorized Officer will make a careful determination of a boundary line to serve as an outer limit within which horses will be herded to a selected trap site. The Authorized Officer will insure that the pilot is fully aware of all natural and man made barriers which might restrict free movement of horses. Topography, distance, and current condition of the horses are factors that will be considered to set limits so that undue stress on horses is avoided.

All capture attempts may be accomplished utilizing either helicopter drive trapping or roping which shall be determined by the contractor (with BLM concurrence) prior to issuance of delivery orders. All capture attempts shall incorporate the following:

> The rate of movement and distance the animals travel shall not exceed limitations set by the COR/PI who will consider terrain, physical barriers, weather, condition of the animals and others factors.

> Helicopter operations would be monitored and restricted (if necessary) to assure the body condition of the horses are compatible with the distances and the terrain over which they must travel.

> All trap and holding facilities locations must be approved by the COR/PI prior to construction. The Contractor may also be required to change or move trap locations as determined by the COR/PI. All traps and holding facilities not located on public land must have prior written approval of the landowner.

> Trap sites will be located to cause as little injury and stress to the animals, and as little damage to the natural resources of the area, as possible. Sites will be located on or near existing roads. Additional trap sites may be required, as determined by the COR/PI, to relieve stress caused by specific conditions at the time of the gather (i.e. dust, rocky terrain, temperatures, etc.).

> All traps, wings, and holding facilities shall be constructed, maintained and operated to handle the animals in a safe and humane manner and be in accordance with the following:

> Traps and holding facilities shall be constructed of portable panels, the top of which shall not be less than 72 inches high for horses and 60 inches for burros, and the bottom rail of which shall not be more than 12 inches from ground level. All traps and holding facilities shall be oval or round in design.

All loading chute sides shall be fully covered with plywood (without holes) or like material.  The loading chute shall also be a minimum of 6 feet high.

All runways shall be a minimum of 30 feet long and a minimum of 6 feet high for horses, and 5 feet high for burros, and shall be covered with plywood, burlap, plastic snow fence or like material a minimum of 1 foot to 5 feet above ground level for burros and 1 foot to 6 feet for horses.

Wings shall not be constructed out of barbed wire or other materials injurious to animals and must be approved by the COR/PI.  Wings may be constructed along existing fence lines, at the discretion of the COR/PI, only if the barbed wire or other wire fencing material is removed from the fence posts and rolled up for the length of the wing, or if portable panels are placed along the inside of the fence to protect the animals from injury from the fence wire.

All crowding pens including the gates leading to the runways shall be covered with a material which prevents the animals from seeing out (plywood, burlap, etc.) and shall be covered a minimum of  2 feet to 6 feet for horses.  Eight linear feet of this material shall be capable of being removed or let down to provide a viewing window.

All pens and runways used for the movement and handling of animals shall be connected with hinged self-locking gates.

No fence modifications will be made without authorization from the COR/PI.  The Contractor/BLM shall be responsible for restoration of any fence modification which he has made.

If the route the Contractor/BLM proposes to herd animals passes through a fence, the Contractor/BLM shall be required to roll up the fence material and pull up the posts to provide at least a 50 yard gap.  The standing fence on each side of the gap will be well flagged or covered with jute or like material for a distance of 50 yards from the gap on each side.

Alternate pens, within the holding facility shall be furnished by the Contractor to separate mares or jennies with small foals, sick and injured animals, and estrays from the other animals.  Animals shall be sorted as to age, number, size, temperament, sex, and condition when in the holding facility so as to minimize, to the extent possible, injury due to fighting and trampling.  Under normal conditions, the government will require that animals be restrained for the purpose of determining an animal's age or other similar practices.  In these instances, a portable restraining chute will be provided by the government.  Alternate pens shall be furnished by the Contractor to hold animals if the specific gathering requires the animals be released back into the capture area(s).  In areas requiring one or more satellite traps, and where a centralized holding facility is utilized, the Contractor may be required to provide additional holding pens to segregate animals transported from remote locations so they may be returned to their traditional ranges.  Either segregation or temporary marking and later segregation will be at the discretion of the COR.

The Contractor shall provide animals held in the traps and/or holding facilities with a continuous supply of fresh clean water at a minimum rate of 10 gallons per animal per day.  Animals held for 10 hours or more in the traps or holding facilities shall be provided good quality hay at the rate of not less than two pounds of hay per 100 pounds of estimated body weight per day.  An animal that is held at a temporary holding facility from no later than 5:00 p.m. and on through the night, is defined as a horse/burro feed day.  An animal that is held for only a portion of a day does not constitute a feed day.

Separate water troughs shall be provided at each pen where animals are being held.  Water troughs shall be constructed of such material (e.g. rubber, rubber over metal) so as to avoid injury to animals.
The horses will be transferred from the trap site to the Yellow Creek Corrals.  Horses will be held at Yellow Creek until the tests for Equine Infectious Anemia  are obtained.

13

When dust conditions occur within or adjacent to the trap or holding facility, the Contractor/BLM shall be required to wet down the ground with water.

It is the responsibility of the Contractor/BLM to provide security to prevent loss, injury or death of captured animals until delivery to final destination.

The Contractor/BLM shall restrain sick or injured animals if treatment is necessary. A veterinarian may be called to make a diagnosis and final determination. Destruction shall be done by the most humane method available. Authority for humane destruction of wild horses (or burros) is provided by the Wild Free-Roaming Horse and Burro Act of 1971, Section 3(b)(2)(A), 43 CFR 4730.1, BLM Manual 4730 - Destruction of Wild Horses and Burros and Disposal of Remains, and is in accordance with BLM policy as expressed in Instructional Memorandum No. 98-141.

Any captured horses that are found to have the following conditions may be humanely destroyed:

  a. The animal shows a hopeless prognosis for life.
  b. Suffers from a chronic disease.
  c. Requires continuous care for acute pain and suffering.
  d. Not capable of maintaining a body ratio of one.
  e. The animal is a danger to itself or others.

The COR/PI will determine if injured animals must be destroyed and provide for destruction of such animals. The Contractor/BLM may be required to dispose of the carcasses as directed by the COR/PI.

The carcasses of the animals that die or must be destroyed as a result of any infectious, contagious, or parasitic disease will be disposed of by burial to a depth of at least 3 feet.

The carcasses of the animals that must be destroyed as a result of age, injury, lameness, or noncontagious disease or illness will be disposed of by removing them from the capture site or holding corral and placing them in an inconspicuous location to minimize visual impacts. Carcasses will not be placed in drainages regardless of drainage size or downstream destination.

Animals shall be transported to final destination from temporary holding facilities within 24 hours after capture unless prior approval is granted by the COR/PI for unusual circumstances. Animals shall not be held in traps and/or temporary holding facilities on days when there is no work being conducted except as specified by the COR/PI. The Contractor shall schedule shipments of animals to arrive at final destination between 7:00 a.m. and 4:00 p.m. No shipments shall be scheduled to arrive at final destination on Sunday and Federal holidays, unless prior approval has been obtained by the COR. Animals shall not be allowed to remain standing on trucks while not in transport for a combined period of greater than three (3) hours. Animals that are to be released back into the capture area may need to be transported back to the original trap site. This determination will be at the discretion of the COR.

Branded or privately owned animals whose owners are known will be impounded by BLM, and if not redeemed by payment of trespass and capture fees, will be sold at public auction. If owners are not known, the private animals will be turned over to the State for Processing under Colorado estray laws.

If the horses have been transported to the holding facilities, the Authorized Officer will notify the State Brand Inspector and local ranchers that horses are available for inspection. If the Brand Inspector determines that one or more of the horses are branded, he will notify the owner of those horses. After consultation with the parties who inspected the horses, the BLM Authorized Officer, will then make a final written determination and decision concerning wild horses, and ownership of claimed animals pursuant to the appropriate Federal Regulations and the cooperative agreement between the BLM and the Colorado State Board of Stock Inspection.

Those unclaimed, branded horses, their determined progeny, and horses with obvious signs of domestication will be released to the State of Colorado for disposition under the state estray laws. Those branded horses (or unbranded

horses with a valid claim) will be considered to have been in trespass and will not be released until trespass charges have been assessed by the Authorized Officer and have been paid by the claimant. Examples of costs might include trespass fee for forage; and cost of gathering and removal such as, prorated cost of helicopter, prorated vehicle costs, prorated cost of rented facilities, corrals or equipment, and brand inspection fee.

**5. Motorized Equipment**
All motorized equipment employed in the transportation of captured animals shall be in compliance with appropriate State and Federal laws and regulations applicable to the humane transportation of animals. The Contractor/BLM shall provide the COR/PI with a current safety inspection (less than one year old) of all tractor/stock trailers used to transport animals to final destination.

Vehicles shall be in good repair, of adequate rated capacity, and operated so as to ensure that captured animals are transported without undue risk or injury.

Only stock trailers with a covered top shall be allowed for transporting animals from trap site(s) to temporary holding facilities. Only stock trailers, or single deck trucks shall be used to haul animals from temporary holding facilities to final destination(s). Sides or stock racks of transporting vehicles shall be a minimum height of 6 feet 6 inches from the vehicle floor. Single deck trucks with trailers 40 feet or longer shall have two (2) partition gates providing three (3) compartments within the trailer to separate animals. The compartments shall be of equal size plus or minus 10 percent. Trailers less than 40 feet shall have at least partition gate providing two (2) compartments within the trailer to separate animals. The compartments shall be of equal size plus or minus 10 percent. Each partition shall be a minimum of 6 feet high and shall have at the minimum a 5 foot wide swinging gate. The use of double deck trailers is unacceptable and will not be allowed.

All vehicles used to transport animals to the final destination(s) shall be equipped with at least one (1) door at the rear end of the vehicle, which is capable of sliding either horizontally of vertically. The rear door must be capable of opening the full width of the trailer. All panels facing the inside of all trailers must be free of sharp edges or holes that could cause injury to the animals. The material facing the inside of the trailer must be strong enough, so that the animals cannot push their hooves through the sides. Final approval of vehicles to transport animals shall be held by the COR/PI.

Floors of vehicles, trailers, and the loading chute shall be covered and maintained with wood shavings , dirt or rubber mats to prevent the animals from slipping.

Animals to be loaded and transported in any vehicle or trailer shall be as directed by the COR/PI and may include limitations on numbers according to age, size, sex, temperament, and animal condition. The following minimum square feet per animal shall be allowed in all trailers: 11 sq. ft. per adult horse (1.4 linear ft. in an 8ft. wide trailer); 6 sq. ft. per horse foal (.75 linear ft. in an 8ft. wide trailer);

The COR/PI shall consider the condition of the animals, weather conditions, type of vehicles, distance to be transported, or other factors when planning for the movement of captured animals. The COR/PI shall provide for any brand and/or inspection services required for the captured animals.

It is currently planned to ship all animals to the Canon City facility. Communication lines have been established with personnel involved in off-loading the animals to receive feedback on how the animals arrive. Should problems arise, gathering methods, shipping methods and/or separation of the animals will be changed in an attempt to alleviate the problems.

If the COR/PI determines that dust conditions are such that animals could be endangered during transportation, the Contractor/BLM will be instructed to adjust speed and/or use alternate routes.

Periodic checks by the COR/PI will be made as animals are transported along dirt roads. If speed restrictions are in effect the COR/PI will at times follow and/or time trips to ensure compliance.

15

**6. Special Stipulations**.
Private landowners or the proper administering agency(s) would be contacted and authorization obtained prior to setting up traps on any lands which are not administered by BLM.  Wherever possible, traps would be constructed in such a manner as to not block vehicular access on existing roads.

Gathering would be conducted when soils are dry or frozen and conditions are optimal for safety and protection of the horses and wranglers and when possible, outside the firearm hunting seasons for big game.  Additionally, gathers would not be conducted 6 weeks on either side of peak foaling season which for this gather is scheduled for mid-August to reduce the chance of injury or stress to pregnant mares or mares with young foals.

Winter removals would be conducted primarily by helicopter herding within those areas where horses could be readily removed and not hampered due to snow conditions.

The helicopter would avoid eagles and other raptors, and would not be flown repeatedly over any active raptor nests.  No unnecessary flying would occur over big game on their winter ranges or active fawning/calving grounds.

Standard operating procedures in the siting and construction of traps will avoid any adverse impacts from trap siting, construction, or operation to wildlife species, including threatened, endangered, or sensitive species.

**7. Herd Health**
The Contractor will be required to assist in the special handling of some animals before their release or transport.  Such special handling includes, but is not limited to, inoculations, drawing blood, fertility control vaccinations, sterilization, and freeze branding.

All horses will be tested for Equine Infectious Anemia via the Elisa or  Coggins test.  Because of the outbreak of Equine Infectious Anemia in Utah, horses will be held until the  test results are received.  Horses testing positive with an Elisa test will be separated from the rest of the animals and receive a Coggins test.  Those testing positive with a Coggins test will be euthanized, and disposed of in accordance with standard veterinary practices.  Those testing negative will be shipped to the Cannon City facility.  At the Cannon City facility the horses will be quarantined for a period of 60 days, and additional Coggins tests will be performed.

**8. Public Participation**
The public is welcome to view the capture of the horses at traps where the public presence will not interfere with the operation, or where the safety of the public, employees or horses is not at risk.  The public must adhere to guidance from the agency representative and viewing must be prearranged.  Qualified local volunteers may also help in the preparation and care of the horses.  Volunteers will only be placed in non-hazardous support roles.  Each volunteer will have a current BLM Volunteer agreement in place prior to helping with any facet of the removal or adoption operation.

**9. Safety**
Safety of BLM employees, contractors, members of the public, and the wild horses themselves will be given primary consideration.  The following safety measures will be used by the Authorized Officer and all others involved in the operation as the basis for evaluating safety performance and for safety discussions during the daily briefings:

A briefing between all parties involved in the gather will be conducted each morning.

All BLM personnel, contractors and volunteers will wear protective clothing suitable for work of this nature.  BLM will alert observers of the requirement to dress properly.  BLM will assure that members of the public are in safe observation areas.

The handling of hazardous, or potentially hazardous materials such as liquid nitrogen and vaccination needles will be accomplished in a safe and conscientious manner by BLM personnel or the contract veterinarian.  (Refer to page 28, Hazardous Materials.)

16

## Alternative B.  No Action

Under this alternative, no gather operation would be conducted and the horses would be allowed to expand at the existing rate of about 20% annually.  The horse population would be approximately 115 in 2001, and 136 horses in the year 2002.

Those horses outside the Herd Area would not be gathered which is in violation of the Wild and Free Roaming Horse and Burro Act.

# Alternatives Considered but not Developed in Detail
# Removal of All Horses in the West Douglas Region,  Outside the West Douglas Herd Area  –  Using Helicopter Drive Trapping and Roping

Approximately 50 horses in the West Douglas Region occupy areas outside the West Douglas Herd Area.  Generally these animals are south and west of the herd area in the Evacuation Creek allotment, and east of the herd area on the East Douglas Creek Allotment.  The capture methods would be the same as detailed under Alternative A.

Horses outside the herd area boundary hold a different regulatory status than those using habitat within the West Douglas Herd Area.  43 CFR 4710.4 specifies that, "Management of wild horses ... shall be undertaken with the objective of limiting the animals' distribution to herd areas."  Given this specific requirement, the field office considered an alternative wherein only the animals outside the West Douglas Herd Area would be captured.  However the region's geography makes this distinction impractical.  The Herd Area boundary runs along an unfenced line in the Oil Spring Mountain Wilderness Study Area.  The terrain is inordinately rugged even for Western Colorado.  Capture efforts could not reasonably adhere to one side of this unfenced boundary.  Furthermore, if the BLM were successful in capturing horses outside the Herd Area only, the on the ground affects would be temporary.  Preferred habitat exists on both sides of the unfenced Herd Area line.  Following the gather operation, the horses inside the Herd Area would redistribute themselves, and within two years, the situation would revert to the current status.

This alternative would result in an extremely difficult gather operation, for no real purpose on the ground, and will not be considered further.

# Removal of All Horses in the West Douglas Region  --  Using Water Trapping, Bait Trapping, Darting and Net Gunning Alternatives

Water trapping of wild horses is not a feasible method of gathering, because of the number of reliable water sources available to the  wild horses, horses are not forced to rely on any single source and are likely to avoid sources with structural confinement.  To use water trapping would require fencing numerous springs, seeps, creeks and ponds.

Bait trapping is not feasible because of terrain and weather problems.  Bait trapping would be conducted during severe winters when horses are concentrated.  The horses winter ranges are remote with difficult terrain and a lack of roads.  Suitable access is needed to transport and set a trap, haul bait, to monitor horses use of the bait, and transport captured horses out of the area.  There are no reasonable areas for bait trapping the horses.

At this point in time it is believed that all the horses can be caught by drive trapping.  Darting and net gunning may be required in the future if necessary.  If necessary, in the future, an environmental analysis will be prepared analyzing these alternatives.

For the above reasons water trapping, bait trapping, darting and net gunning are considered unreasonable and will not be considered further in this document.

# Affected Environment and Environmental Consequences

Generally the area is characterized as a canyon/plateau geographic type. Elevations range from 6,300 feet near Rangely to 8,000 feet on Oil Spring Mountain. Precipitation ranges from 11 inches at the lower elevations to 18 inches at the higher elevations. Vegetation is highly varied as a result of topography and precipitation. At the lower elevations are greasewood bottoms. Mid-elevations are Pinyon/juniper woodlands and sagebrush parks. Upper elevations are made up of the mountain shrub and Douglas-fir communities. There are few natural waters (springs, seeps, creeks) with the majority of water provided by stock ponds which are scattered throughout the area.

## Landscape Analysis

Wherever practical, the Affected Environment and Environmental Consequences have been evaluated through the application of the Colorado Public Land Health Standards. The Standards and Guidelines for Colorado are attached in Appendix A. To facilitate this analysis the standards have been applied on three fundamental landscapes. This landscape analysis was conducted as follows;

| | |
|---|---|
| Pasture | -Standard 1, Upland Soils |
| | -Standard 3, Healthy Plant Community Component |
| | |
| Watershed | -Standard 2, Riparian System Function |
| | -Standard 5, Water Quality |
| | |
| Region | -Standard 3, Healthy Animal Community Component |
| | -Analysis of issues and values (such as Cultural Resources) that are not directly addressed by the Colorado Public Land Health Standards, are conducted using a regional landscape framework |

## Pasture

An analysis of Public Land Health was conducted during consultation and coordination for revision of the Twin Buttes Allotment Management Plan, which contains the West Douglas Herd Area. This analysis was conducted by applying the Colorado Standards for Public Land Health. During this analysis the primary concern dealt with the soil and vegetation resources. Also, as a part of the process the "causative factors' were determined. Causative factors are the responsible agent for degradation of the standard. For this gather plan an analysis of the Bull Draw Allotment has also been included.

Following the summary chart of "Wild Horse Impacts on the Soils and Vegetation Standards" is the pasture by pasture analysis. For each pasture a map is included showing the location of the pasture, a brief description of the pasture, followed by a chart showing the indicators of concern, and causative factor.

## Watershed

Analysis of Riparian Systems and Water Quality is based on three watersheds - Douglas Creek, Cottonwood Creek, and Evacuation Creek.

## Region

Several values, most notably the animal component of healthy public lands are best evaluated at the regional level. In the document, the region is described as the area in Colorado, South of the White River, West of Cathedral Buttes, and North of the Colorado River/White River divide.

# Summary of Wild Horse Impacts on the Soils and Vegetation Standards

| PASTURE | PROBLEMS NOTED WITH UPLAND SOIL STANDARD | PROBLEMS NOTED WITH PLANT STANDARD | HORSES IDENTIFIED AS A CAUSATIVE FACTOR | OTHER INFORMATION |
|---|---|---|---|---|
| Cottonwood | Yes | Yes | No | |
| Lower Horse Draw | Yes | Yes | No | |
| Water Canyon | Yes | Yes | No | |
| Texas Creek West | Yes | Yes | Yes | Private Land Issues |
| Texas Creek East | Yes | Yes | Impacts on Vegetation Only | |
| West Creek | Yes | Yes | No | |
| Park | No | No | No | Private Land Issues |
| Water Hole | Yes | Yes | Yes | Private Land Issues |
| Bull Draw Allotment | Yes | Yes | No | |
| Evacuation Creek | Outside | Herd Area | Not Applicable | |
| E. Douglas Creek | Outside | Herd Area | Not Applicable | |

Refer to the project area map for horse locations.

# Landscape - Cottonwood Pasture, Lower Horse Draw Pasture, Water Canyon Pasture,  Park and Water Hole Pastures, Bull Draw Allotment

## Affected Environment

These pastures were combined into one analysis, as individual analysis of each pasture showed similar affected environments and environmental consequences.  Cottonwood pasture contains 13,389 acres of public land. Lower Horse Draw pasture contains 10,274 acres of public land.  Water Canyon contains 23,010 acres of public land.  Park pasture contains 920 acres of public land and 1,000 acres of private land.  Water Hole pasture contains 40 acres of public land and 640 acres of private land.  Bull Draw contains 9,778 acres of public land.  Elevations range from 5,650 feet to7,100 feet.  Plant communities include sage/wheatgrass flats, greasewood bottoms, hillside bunchgrass, and pinyon juniper ridges.

## Analysis of Standard 1 - Upland Soils

Soils in the bottoms, steep slopes and some bottoms were identified as areas of concern.  The majority of erosion is the result of Oil and Gas Development, primarily from roads.  There are no erosion problems associated with grazing on the steep slopes.  Listed below are problems with indicators:

| Indicators for Upland Soils - Standard 1 | Causative Factor |
|---|---|
| Lack of Litter Accumulating in Place | Oil & Gas Development - Livestock Grazing |

| Inappropriate Plant Canopy and Ground Cover | Oil & Gas Development - Livestock Grazing |
|---|---|
| Lack of Diversity of Plant Species | Livestock Grazing |
| Vigorous, Desirable Plants Lacking | Livestock Grazing |

## Analysis of Standard 3 -Healthy, Productive Plant Communities

Noxious weeds are rarely found on these pastures.  All known locations have been controlled.  Problem noxious weeds have been Canada  thistle, showy milkweed, mullein, and spotted knapweed.  There are localized areas adjacent to waters which do not have appropriate accumulations of litter.  Problems with Indicators are:

| Indicators for Plants -  Standard 3 | Causative Factor |
|---|---|
| Noxious Weeds and Undesirable Species | Cheatgrass -  Livestock<br>Noxious Weeds - Oil and Gas Development |
| Native Plant and Animal Communities are not of the Composition, Reproductive Capability and Sustainability. | Livestock |
| Lack Appropriate Accumulations of Litter | Livestock |

## Environmental Consequences Soils and Plant Communities

Livestock grazing issues have been addressed through the Twin Buttes Allotment Management Plan completed May 20, 1999.  The effectiveness of this plan is being is being monitored.  Issues related to energy development activities are being addressed through established regulatory procedure on a case by case basis.

20

**Alternative A, Complete Removal** Horses are found on Cottonwood, Water Canyon and Bull Draw pastures. Current wild horse population levels do not impact the soil and vegetation resource values. There would be very localized trampling of vegetation associated with the trapping operation. Trap sites are expected to return to a pre-trap condition within one growing season. Removal of these horses will have limited positive impact on these pastures. Outside the herd area, removal of horses is expected to decrease the demand on the forage resource, preventing rangeland degradation. Within the Lower Horse Draw, Park, and Water Hole pastures there are currently no horses. No traps would be placed in these pastures and there would be no impacts associated with a trapping operation.

**Alternative B, No Action** There would be no impacts associated with a trapping operation. Inside and outside the herd area the number of horses would increase. Inside the herd area, wild horse populations will increase by 20+ percent per year placing additional demands on a depleted forage resource, maintaining a sub-optimal forage resource, unstable soils and accelerated erosion levels. The wild horses are expected to expand their search for forage with some of the horses emigrating into these pastures, placing additional demands on the forage resource. Outside the herd area, competition between livestock and horses would increase. Those areas on which the wild horses concentrate are expected to decline in vegetation condition. As vegetation cover declines erosion would increase.

**Cumulative Impacts For Soils and Vegetation** Under Alternatives A, there would be no cumulative impacts related to the gather operation. There are no expectations that trapping of horses will be continued over a number of years, or that the same trap site would be reused. The minimal disturbance associated with trapping horses would not be additive with other surface uses in the area, creating a significant impact scenario.

Under Alternatives B, wild horse numbers would increase both inside and outside the herd area , which would place additional demands on the forage resource. Wild horses are expected to be displaced into these pastures. Additional horse use when combined with livestock use and surface disturbance associated with oil and gas development could cumulatively degrade plant communities, decrease soil stability and increase erosion rates.

# Landscape - Texas Creek Pasture

This pasture contains 64,894 acres of public land. Elevations range from 6000 feet to 8400 feet. Plant communities include sagebrush/greasewood/wheatgrass bottoms, desert shrub hillsides, sagebrush flats, pinyon/juniper ridges, and Douglas-fir hillsides. This pasture is composed of canyon lands, mountainous terrain and broad valleys. The broad valleys are located in the Texas Creek drainages. Because of the size of this pasture, for discussion purposes, this pasture has been divided into two units the West 1/2 and the East ½.

## Affected Environment - West Side of Texas Creek Pasture

The west side of Texas Creek Pasture is identified as the area on which wild horses concentrate creating serious soil and vegetation impacts. Overuse of the Texas Creek by horses is documented in the Gather Plans and Environmental Assessments completed in 1996 and 1998. Wild horse impacts were also documented in the Environmental Assessment for the Allotment Management Plan for Twin Buttes Ranch and Section 8 report.

### Analysis of Standard 1 - Upland Soils

The majority of soil problems are on the bottom-lands and adjacent hillsides. On the Texas Creek pasture in the bottoms and on the alkaline slopes range site the following problems with indicators are: (15% of pasture).

| Indicators for Upland Soils - Standard 1 | Causative Factor |
|---|---|
| Excessive Rills and Soil  Pedestaling | Wild Horses - Livestock Grazing |
| Actively Eroding Gullies | Wild Horses - Livestock Grazing |

| Inappropriate Plant Canopy and Ground Cover | Wild Horses - Livestock Grazing |
|---|---|
| Lack of Diversity of Plant Species | Wild Horses - Livestock Grazing |
| Vigorous, Desirable Plants lacking | Wild Horses - Livestock Grazing |

On the uplands of the Texas Creek basin there are indicators of soil problems.  These problems are almost exclusively because of overuse by wild horses.

## Analysis of Standard 3 -Healthy, Productive Plant Communities

The problems indicated in the soils section are also expressed in the vegetation.  As stated earlier the vegetation problems described here are almost exclusively the result of overuse by wild horses.  The Texas Creek basin  is an arid area with plant communities that are easily damaged and  slow to recover.  Season long grazing by wild horses has affected these plant communities by changing vegetation composition to types that are grazing tolerant, unproductive or unpalatable.  One conversion has been to an annual forbs and grass community.  These annual communities complete their life cycle early in the year before the available moisture has become limiting.  This has the affect of decreased opportunity for vegetation production, which is valuable for forage and litter.  Excessive grazing has also resulted in grazing tolerant vegetation communities consisting of  blue grama, galletta and snakeweed which are expanding in the area.  Blue grama in particular, is an indicator of grazing use occurring too late into the growing season.  The projected scenario by which blue grama has increased in the Texas Creek basin is; cool season grasses are grazed through the growing season and are unable to fulfill their phenological requirements of growth, reproduction and carbohydrate storage.  Subsequently the cool season grasses are replaced by warm season grasses which grow in response to late summer showers.  The climate of NW Colorado generally has more reliable moisture during the winter and spring than the summer.  A conversion to warm season grasses dependant on less reliable summer precipitation creates a scenario of decreased and unreliable forage production.  These plant communities lack of resilience which when coupled with continual horse use which maintains  a degraded and unproductive condition.  There are also large horse trails crossing the bottoms of Texas Creek.  The size and depth of these horse trails prevents overland flow of water by gathering the water onto the trails and funneling the water off site making this moisture unavailable for vegetation.  Several of the horse trails now function as drainages with active headcuts.  Because of the limited forage resources, wild horses have and will increase their range to procure forage, This will degrade additional areas.  Problems with Indicators are:

| Indicator for Plants -  Standard 3 | Causative Factor |
|---|---|
| Noxious Weeds and Undesirable Species | Cheatgrass -  Wild horses - Livestock<br>Noxious Weeds - Oil and Gas |
| Photosynthetic activity evident through growing season. | Wild Horses - Livestock |
| Lack Appropriate Accumulations of Litter | Wild Horses - Livestock |

Noxious weeds have been a problem on this pasture, two noxious weeds are of concern, Canada thistle and spotted knapweed.  Maintaining healthy productive plant communities provides competition to weed species which deters establishment and spread.

## Environmental Consequences Soils and Plant Communities

Livestock grazing issues have been addressed through the Twin Buttes Allotment Management Plan completed May 20, 1999.  The effectiveness of this plan is being is being monitored.  Issues related to energy development activities are being addressed through established regulatory procedure on a case by case basis.

## Alternative A, Complete Removal

Trap sites would be set up in this pasture to remove these horses. There would be very localized trampling of vegetation associated with the trapping operation. Trap sites are expected to return to a pre-trap condition within one growing season. Inside the herd area, removal of the continuous, year-long grazing by horses would aid in the reestablishment of healthy, productive plant communities, by allowing forage species the opportunity to meet their physiological requirements for growth, reproduction and carbohydrate storage. On several of the degraded plant communities progression to the climax community is expected to take 15 years or longer. Improvements in soil stability would mirror improvements in the vegetation communities. Outside the herd area, removal of horses is expected to decrease demands on the forage resource, preventing rangeland degradation

## Alternative B, No Action

Inside and outside the herd area the number of horses would increase. Competition between livestock and horses would increase. Those areas on which the wild horses concentrate are expected to decline in vegetation condition. As horse numbers increase, the degree and size of the area degraded would expand. Season long grazing would continue with no improvement in vegetation condition expected. Production of forage would decline over the years. Identified soil problems would intensify and expand as the wild horse population increases.

## Cumulative Impacts Soils and Vegetation

Under Alternatives A there would be no cumulative impacts related to the gather operation. There are no expectations that trapping of horses will be continued over a number of years or that the same trap site would be reused. The minimal disturbance associated with trapping horses would not be additive with other surface uses in the area, creating a significant impact scenario. Under Alternatives B, horse numbers would increase, placing additional demands on the forage resource. Additional horse use when combined with livestock use and surface disturbance associated with oil and gas development could cumulatively degrade plant communities, decrease soil stability and increase erosion rates.

# Affected Environment - East Side of Texas Creek Pasture

The East side of Texas Creek pasture is mountainous with the primary vegetation being pinyon/juniper woodland. Several ridges have been chained to remove the pinyon /juniper overstory and increase forage.

## Analysis of Standard 1 - Upland Soils

In the drainage bottoms of Upper Horse draw and West Douglas creek soil related problems related to intense livestock use and surface disturbance from oil and gas production. Throughout the pasture there is excessive erosion on roads. Problems with Indicators are:

| Indicators for Upland Soils - Standard 1 | Causative Factor |
|---|---|
| Actively Eroding gullies | Oil & Gas Development - Livestock Grazing |
| Inappropriate Plant Canopy and Ground Cover | Oil & Gas Development - Livestock Grazing |
| Lack of Diversity of Plant Species | Oil & Gas Development - Livestock Grazing |
| Vigorous, Desirable Plants lacking | Oil & Gas Development - Livestock Grazing |

## Analysis of Standard 3 -Healthy, Productive Plant Communities

Vegetation problems in Little Horse Draw and West Douglas Creek are the result of livestock grazing both period of use (growing season long) and intensity (Utilization often exceeds 80%). The Rangeland Monitoring analysis of 1996 identified site specific utilization problems associated with wild horses on the Mailbox and Waggoneer chainings. Problems with Indicators are:

| Indicators for Plants - Standard 3 | Causative Factor |
|---|---|

| Noxious Weeds and Undesirable Species | Cheatgrass -  Wild horses, Livestock<br>Noxious Weeds - Oil and Gas |
|---|---|
| Photosynthetic activity evident through growing season. | Wild Horses - Livestock |
| Lack Appropriate Accumulations of Litter | Wild Horses - Livestock |

## Environmental Consequences Soils and Plant Communities

Livestock grazing issues have been addressed through the Twin Buttes Allotment Management Plan completed May 20, 1999.  The effectiveness of this plan is being is being monitored.  Issues related to energy development activities are being addressed through established regulatory procedure on a case by case basis.

### Alternative A, Complete Removal

Trap sites would be set up in this pasture and outside the herd area to remove the horses.  There would be very localized trampling of vegetation.  Trap sites are expected to return to a pre-trap condition within one growing season.  Inside this pasture, removal of the horses would increase the opportunity of forage plants to meet their requirements for growth, reproduction and carbohydrate storage by eliminating season long grazing.  On this pasture, those areas that were degraded by wild horses are expected to recover within five years.  Outside the herd area, removal of horses is expected to decrease forage use overlap between horses and cattle, preventing rangeland degradation.

### Alternative B,  No Action

In this pasture, the identified problems of vegetation health would be perpetuated.  As horse numbers increase by 20+ percent/year, the degree and size of the area degraded would expand.  Season long grazing would continue with no improvement in vegetation condition expected.  Outside the herd area, competition between livestock and horses would increase with expected to declines  in vegetation condition and production.  Horses would increase their range in search of forage.  As these horses have access to this pasture through Oil Spring Mountain, horses are fully expected to increase their use of this pasture

### Cumulative Impacts Vegetation and Soils

Under the proposed action there would be no cumulative impacts related to the gather operation.  There are no expectations that trapping of horses will be continued over a number of years or that the same trap site would be reused.  The minimal disturbance associated with trapping horses would not be additive with other surface uses in the area, creating a significant impact scenario.  Under Alternative A, removal of the horses would increase the opportunity of forage plants to meet their requirements for growth, reproduction and carbohydrate storage by eliminating season long grazing.  On this pasture, those areas that were degraded by wild horses are expected to recover within five years. Under Alternatives B, horse numbers would increase both inside and outside the herd area, which would place additional demands on the forage resource.  Additional horse use when combined with livestock use and surface disturbance associated with oil and gas development could cumulatively degrade plant communities, decrease soil stability, increasing the erosion rates.

# Landscape - West Creek Pasture

## Affected Environment

This pasture contains 18,127 acres of public land and 5,821 acres of private land. Elevations range from 6,500 feet to 8,700 feet. Plant communities include sage/wheatgrass bottoms, mountain shrub hillsides, pinyon juniper ridges, aspen pockets, and Douglas-fir slopes. Horse use has historically been confined to the northern 1/3 of this pasture. Specific horse use locations include; the top of Texas mountain; Round Mountain and Texas draws, (this is not Texas Creek) and the south slope of Oil Spring mountain.

## Analysis of Standard 1 - Upland Soils

Problems with soil indicators are found in the headwaters of Missouri creek as a result of season long and concentrated use by livestock. There are soil related problems on the bottoms of Missouri Creek. Problems with Indicators are:

| Indicators for Upland Soils - Standard 1 | Causative Factor |
|---|---|
| Excessive rills and soil pedestalling | Livestock Grazing |
| Actively Eroding gullies | Livestock Grazing |
| Inappropriate Plant Canopy and Ground Cover | Livestock Grazing |
| Lack of Diversity of Plant Species | Livestock Grazing |
| Vigorous, Desirable Plants lacking | Livestock Grazing |

## Analysis of Standard 3 -Healthy, Productive Plant Communities

There are two rangeland trend monitoring plots associated with areas used by wild horses. The data indicates that horse use is not degrading soil or vegetation at the current level of use. This may be the result of the rough terrain and limited water supplies, or the seasonal use of this area. There continues to be problems with houndstongue, the knapweeds, Canada thistle and in the future problems with the biennial thistles are expected. Problems with Indicators are:

| Indicators for Plants - Standard 3 | Causative Factor |
|---|---|
| Noxious Weeds and Undesirable Species | Kentucky bluegrass-livestock<br>Noxious Weeds - Oil and gas, livestock |
| Diversity and density exhibit resilience | Livestock |
| Photosynthetic activity evident through growing season. | Livestock |
| Lack Appropriate Accumulations of Litter | Livestock |

# Environmental Consequences Soils and Plant Communities

Livestock grazing issues have been addressed through the Twin Buttes Allotment Management Plan completed May 20, 1999. The effectiveness of this plan is being is being monitored. Issues related to energy development activities are being addressed through established regulatory procedure on a case by case basis.

## Alternative A, Complete Removal

Trap sites would be set up in this pasture to remove these horses. There would be very localized trampling of vegetation. Trap sites are expected to return to a pre-trap condition within one growing season. Outside the herd area, removal of horses is expected to decrease the demand on the forage resource. Within this pasture, removing the horses will not appreciably improve the vegetation communities or improve soil stability.

## Alternative B, No Action

Within this pasture and outside the herd area, horse numbers are expected to increase at a 20+ percent rate. Rangeland carrying capacity will be exceeded in the adjacent Texas Creek area, forcing horses to seek additional forage resources. Outside the herd area, competition between livestock and horses would increase with expected to declines in vegetation condition and production. Horses would increase their range in search of forage. As these horses have access to this pasture through Oil Spring Mountain, horses are fully expected to increase their use of this pasture, resulting in degradation of the plant communities. Soils stability would be jeopardized and erosion rates would increase.

## Cumulative Impacts For Soils and Vegetation

Under Alternatives A, there would be no cumulative impacts related to the gather operation. There are no expectations that trapping of horses will be continued over a number of years, or that the same trap site would be reused. The minimal disturbance associated with trapping horses would not be additive with other surface uses in the area, creating a significant impact scenario.

Under Alternatives B, wild horse numbers would increase both inside and outside the herd area , which would place additional demands on the forage resource. Wild horses are expected to be displaced into this pasture. Additional horse use when combined with livestock use could cumulatively degrade plant communities, decrease soil stability and increase erosion rates. Outside the herd area, removal of horses is expected to decrease the demand on the forage resource.

# Landscape - Douglas Creek Watershed

## Affected Environment
### Analysis of Standard 5 - Water Quality

There are 271,504 acres in the Douglas Creek watershed, 240,796 acres are on BLM lands and 79,368 acres are on BLM lands within the West Douglas Herd Area. Douglas Creek is tributary to the White River near Rangely, Colorado. The hydrologic setting of the Douglas Creek watershed ranges from relatively low lying, semi-arid lands yielding relatively little flow to steep, moderately high mountains that contribute major flows to Douglas Creek. There is very little flow or water quality data available for the tributaries to Douglas Creek. A USGS gaging station at the mouth of Douglas Creek collected instantaneous flows and periodic water quality data for the years, 1977, 1978 and 1995. For the period of record, data indicates, this drainage to be an ephemeral stream, flowing in direct response to snow melt or rain. Spring runoff from the semi-arid lands generally occurs from March through early May and from the higher terrain, into early June. Documented instantaneous peak flows from summer storms are 3,250 cfs on July 24, 1977, and 541 cfs on July 14, 1995. The major pollutants that the Douglas Creek watershed contributes to the White River are high sediment and salinity loads. USGS measured a late summer rainstorm on October 6, 1994. The instantaneous sediment at a discharge of 6.3 cfs was 15,800 mg/l or 270 tons per day with a specific conductance of 4,750 umhos. Douglas Creek watershed is also listed in the White River RMP as a fragile watershed because it has soils that are both highly erosive and moderately saline.

The State has classified this segment of the White River and its tributaries (from above Douglas Creek to the state line) as a "Use Protected" reach. It's designated beneficial uses are: Warm Aquatic Life 2, Recreation 2, and Agriculture. The antidegradation review requirements in the Antidegradation Rule, are not applicable to waters designated use-protected. For those waters, only the protection specified in each reach will apply. For this reach, minimum standards for three parameters have been listed. These parameters are: dissolved oxygen = 5.0 mg/l, pH = 6.5 - 9.0 and Fecal Coliform = 2000/100ml. In addition, this lower reach of the White River and its tributaries are

also listed in the report, "Water Quality Limited Segments still requiring TMDLs", a list prepared by the state to fulfill section 303(d) of the *Clean Water Act*. This segment is one of many drainages the state found to have reason to suspect water quality problems. The source of impairment for these tributaries is sediment. Currently the state does not have a numerical standard for sediment loads. Compliance and consistency with the state nonpoint source management plan, state water quality standards and the Clean Water Act is mandatory. The CWA places responsibility for protection of water quality with the states and requires federal agency compliance.

Overall wild horse use is not significant in this watershed. Only in the area of Sand and Waggoneer Draws have adverse impacts to vegetation and soils, associated with wild horses been identified.

## Environmental Consequences
### Alternative A, Complete Removal
Removal of horses, because of the current limited number, would not affect water quality.

### Alternative B, No Action
Under the no action alternative, horse numbers would increase in this watershed. Because of the sensitive nature of these watersheds, the loss of vegetation and increase in erosion would adversely impact water quality.

### Cumulative Impacts
Under the proposed alternative, water quality would not significantly improve as the current numbers of horses has not been shown to be significantly affecting this watershed. Under the no action alternative horse numbers would increase and additional acreage would be disturbed. The cumulative surface disturbance of energy development, livestock grazing and wild horse use may significantly contribute to water quality degradation.

**Analysis of Standard 2 - Riparian Systems**
Within the Douglas Creek watershed riparian systems occur on Main Douglas, West Douglas and West Creek. Main Douglas and West Creek are in Proper Functioning Condition with an upward trend. West Douglas Creek is split between Not Functioning and Functioning at Risk with an upward trend. West Douglas is projected to have a Proper Functioning Classification within five years. Due to the importance and relative scarcity of riparian areas for use by domestic, wild, and feral animals, all opportunities to improve conditions (i.e., enhance riparian vegetation diversity and vigor, and improve channel stability) should be utilized. On these stream systems wild horse use is negligible. Horses appear to avoid these streams because of the close proximity of the state highway.

# Environmental Consequences
## Alternative A, Complete Removal
No horse traps would be placed in or near riparian areas. There would be no impacts to riparian areas by the gather operation. At current numbers no direct impacts to riparian habitats from wild horses have been shown. There are possible indirect impacts to riparian areas that the removal of horses may affect. The majority of horses use upland springs and ponds as water sources. Competition between wild horses and cattle at these water sources may displace livestock, forcing them to concentrate along creek bottoms. If this is the case, removal of the horses would decrease livestock use of these streambanks, benefitting riparian habitat.

## Alternative B, No Action
Under the No Action alternative wild horse numbers would increase, placing increased pressure on the water resources of the area. During drought years the number of upland water sources would decrease, increasing horse dependance on the remaining upland sources and forcing use of bottom stream systems. Particularly during drought years, with increased horse numbers, grazing use in riparian areas would be increased. Displacement of livestock as described in Alternative A, would further aggravate grazing associated impacts on riparian systems, causing degradation of the riparian communities.

## Cumulative Impacts
Four users can be identified that have the potential to affect riparian habitat conditions in this watershed. They are; livestock, energy development, wildlife and wild horses. Cumulatively, removal of the horses would benefit riparian habitat by buffering the impacts of the other users. Under the No Action alternative wild horses would increase in number. Energy development has been shown to displace ungulates through loss of forage and harassment. During drought years livestock, wildlife and wild horses would all be competing for decreased water and forage supplies, creating the potential for degradation of riparian habitat.

# Landscape - Cottonwood Creek Watershed
## Analysis of Standard 5 - Water Quality

# Affected Environment
There are 28,300 acres in the Cottonwood Creek watershed, 26,500 acres are on BLM lands and 18,460 acres are on BLM lands within the West Douglas Herd Area. Cottonwood Creek is an ephemeral drainage that is tributary to the White River downstream from Rangely Colorado. It is typical of a semi-arid setting, in that runoff comes during spring snowmelt and intense summer or late fall rainstorms and carries with it, elevated sediment loads. A localized intense storm has the ability to erode upstream sediments deposited over a five to ten year period in just one event. Cottonwood Creek watershed is listed in the White River RMP as a fragile watershed because it is a low precipitation area with flashy intense runoff and soils that are highly erosive.

In addition, this lower reach of the White River and its tributaries are also listed in the report, "Water Quality Limited Segments still requiring TMDLs", a list prepared by the state to fulfill section 303(d) of the *Clean Water Act*. This segment is one of many drainages the state found to have reason to suspect water quality problems. The source of impairment for these tributaries is sediment. Currently the state does not have a numerical standard for sediment loads. At current wild horse numbers impacts to water quality have not been identified.

28

## Environmental Consequences
### Alternative A, Complete Removal
The trapping operation would not affect water quality.  Removal of horses, because of the limited number,  would not affect water quality.

### Alternative B,  No Action
Under the no action alternative horse numbers would increase in this watershed.  Because of the sensitive nature of these watersheds, the loss of vegetation and increase in erosion would adversely impact water quality.

### Cumulative Impacts
Under the proposed alternative, water quality would not significantly improve, as the numbers of horses has not been shown to be affecting this watershed.  Under the no action alternative, if horse numbers are allowed to increase, additional acreage would be disturbed.  The cumulative surface disturbance resulting from energy development, wild horse and livestock grazing may significantly contribute to water quality degradation

### Analysis of Standard 2 - Riparian Systems
Cottonwood Creek has no riparian vegetation nor is there any known opportunity for the development of a riparian system in this channel.
### Alternative A, Complete Removal  No Impacts
### Alternative B,  No Action No impacts
### Cumulative Impacts  No Impacts

# Landscape - Evacuation Creek Watershed
## Affected Environment

Evacuation Creek watershed is 114,800 acres, of these acres 99,100 acres are on BLM and of these, 24,700 acres are in the herd area. Within the herd area the only tributary to Evacuation Creek is Texas Creek. Texas Creek is an ephemeral channel and is listed in the White River RMP as a fragile watershed. This listing is due to the highly erosive soils within the watershed and the fact that it contains soils that are moderately saline. The RMP recommends using best management practices to help heal the watershed and reduce sediment and salinity loads.

## Analysis of Standard 5 - Water Quality

As required by the Clean Water Act, the state of Utah has designated the White River from the Colorado-Utah state line to the confluence with the Green River as fully supporting of all of its beneficial use classifications. This segments beneficial use classification are: Recreation and Aesthetics, 2B; and Aquatic Life Use Support, 3C. Four parameters have been listed on the Numeric Criteria for this reach. These parameters are: dissolved oxygen = 5.5 mg/l, pH = 6.5 - 9.0, maximum Fecal Coliform = 2000/100ml and maximum Total Coliform = 5000/100ml. For these parameters, a fully supporting rating indicated the criterion was not exceeded in more than 10% of the samples collected. Evacuation Creek in Utah has not been assessed at this time. Data that is available for this drainage indicates total dissolved solids entering the White River to exceed state standards in 18 of the 19 samples collected. The mean concentration was 3,041 mg/l.

## Alternative A, Complete Removal

Texas Creek is an area on which significant erosion problems exist. Wild horses have been identified as major contributors to the degradation of vegetation and soil resources. It can be reasonably inferred that complete removal of wild horses from this watershed will significantly affect runoff, erosion and total dissolved solids entering the White River. The capture operation would not affect water quality.

## Alternative B, No Action

Under this alternative horse numbers would increase at a 20+ percent rate per year. In two more years horse numbers would exceed the maximum number of horses documented in 1996. The Gather Plan of 1996 documented severe rangeland degradation at these numbers. It is expected that rangeland degradation would exceed that of 1996 with increased erosion and contribution of sediment into the White River. Water quality would be negatively affected.

## Cumulative Impacts

Under Alternative A, the removal of horses is expected to offset current and projected vegetation disturbance attributable to livestock and energy development. Rangeland conditions are expected to improve with decreased contribution of sediments into the White River. Under the No Action Alternative horse numbers would increase, placing additional demands on the forage resource. Additional horse use when combined with livestock use and surface disturbance associated with oil and gas development could cumulatively degrade plant communities, decrease soil stability, increase erosion rates and sediment contribution to the White River.

## Analysis of Standard 2 - Riparian Systems
## Affected Environment

Only the headwaters of Texas Creek are located within the herd area. Texas Creek has no riparian vegetation nor is there any known opportunity for the development of a riparian system in this channel.

Springs and associated riparian areas have shown considerable use by ungulates, notably on Texas Mountain. Although resource damage cannot be tied to any one class of animal (livestock, big game, or wild horses), efforts to decrease pressure on these isolated areas of heavy use should aid in preventing trampling damage which can result in

the loss of utility of these springs.

# Environmental Consequences
## Alternative A, Complete Removal
Complete removal of horses would address the spring issue on Texas Mountain and any similar instances of use in other areas currently unknown.  Proper grazing practices within fragile watersheds is consequential in reducing erosion and sedimentation from both streambed and upland sources.  Improving the rangeland conditions and vegetation cover by removing wild horses, would have a positive affect on watershed stability and water quality.

## Alternative B,  No Action
Growth of horse numbers has been shown to decrease the health of rangelands in the herd area; it follows that increased grazing pressure on limited riparian areas would degrade these areas.

## Cumulative Impacts
Under Alternative A, improving livestock grazing systems, removing horses, and maintaining appropriate big game numbers may produce long-term gains in rangeland health which may provide the impetus for initiating the formation of functioning riparian systems.

Under the No Action alternative, as horse numbers increase the pressure on upland water sources (ponds, springs) is also expected to increase, with degraded  riparian habitat conditions being maintained.  Improved grazing systems and maintaining appropriate big game numbers would not contribute to maintaining the health of these areas in light of excessive horse numbers.  Conversely poor grazing management practices and uncontrolled big game populations would exacerbate riparian habitat problems.

# Landscape - Region

The following resources either by their general occurrence or the scale by which they are managed are being discussed at a regional scale, which is the entire project area. This regional scale contains the Twin Buttes, Bull Draw and eastern portion of the Evacuation Creek allotments. This area is inclusive of the West Douglas Herd Area. Approximate acreage is 230,000 acres.

# Analysis of Standard 3 - Animal Component
## Listed below are the important wildlife components of this region.

### Raptors and Non-game Wildlife
### Affected Environment

Raptor nesting activities are dispersed throughout the project area in pinyon-juniper woodlands (e.g. Cooper's and sharp-shinned hawks, long-eared owl, Northern Goshawk) and on rock outcrops (e.g. red-tailed hawk, golden eagle). Nesting records for potentially affected hawks, eagles, and owls indicate that nest attempts would be largely complete and young fledged by late July.

The non-game bird community throughout the project area's uplands is considered representative and complete with no obvious deficiencies in composition. Small mammal populations and distribution is poorly documented, however, the 20 or so species potentially occurring in this area are widely distributed throughout the Great Basin or Rocky Mountain regions. Even though several species have relatively specialized habitat affiliation (i.e., riparian associates), all species display broad ecological tolerance. No narrowly distributed or highly specialized species or subspecific populations are known to occur in the project locale.

The maintenance of raptor populations is largely dependent on its small mammal and bird prey base. Nongame animal populations are relied upon to provide sufficiently abundant and diverse prey to satisfy the requirements of these predators. Under any given circumstance, nongame populations are typically more diverse and abundant when the habitat's herbaceous component, as substrate for cover or forage, is better expressed in terms of height, ground cover, and compositional and structural diversity.

The primary objectives of the 1979 grazing decisions, revalidated through the 1997 White River RMP, are to increase the vigor, abundance and diversity of herbaceous ground cover in the interest of improving watershed conditions and minimizing the adverse influences of ungulate grazing use on plant community health. Improved grazing management (e.g., decreasing the intensity and duration of grazing use) lends impetus for widespread enhancement and development of herbaceous ground cover beneath woodland and shrub canopies--key determinants in the capacity of habitats to support raptors and their prey.

# Environmental Consequences
## Alternative A, Complete Removal

Although horse gathering operations, including helicopter use, are capable of disrupting ongoing raptor nest activity, horse removal activity would generally occur after the vast majority of raptor nesting activity is complete. Based on maximum potential raptor nest density (1 pair/2000 acres), a presumed proportion of nesting attempts that persist into August (15%) and a conservative estimate of low-level helicopter coverage (5%), it is unlikely that more than 1 active nest would be encountered across the project's 177,750 acres. The benefits associated with reduced grazing influence on herbaceous understory expression (i.e. long term enhancement of habitat conditions for non-game prey populations) are believed to far outweigh the small likelihood of disrupting an individual late nesting attempt with helicopter activity. Once horses were removed from this area, there would be no further disturbance associated with gather operations. The potential for encountering active nests at trap sites is considered very low, but avoidable. Advance delineation and survey of proposed trap sites (if necessary, adjusting trap location) would be used as a means of avoiding such conflict.

Horses are currently removing about 10% of the herbaceous production reserved for watershed and non-game/small

game wildlife values. Removing horse populations within the West Douglas region would contribute incrementally to improved understory expression across 178,000 acres, or about 40% of Douglas/Evacuation Basin (see grouse section for more detail). Complete horse removal would enhance the effectiveness of applied vegetation and habitat management and would preclude recurrent concerns for plant community health when horses populations peak prior to irregularly applied gather efforts.

## Alternative B, No Action

Under this alternative, there would be no gather activities that would potentially impose on raptor nest activity during the 2001 season. Ultimately, gather operations would be conducted over an indefinite timespan, involving at least the same intensity levels as the proposed action. Deferral of these gather operations to subsequent years would serve no advantage in terms of raptor nest functions.

Deferring horse gather operations for an indefinite period would fail to address grazing-related effects on understory expression across 178,000 acres (about 40%) of Douglas/Evacuation Basin. At the present time, it is calculated that horses are removing about 10% of the herbaceous production reserved for watershed and non-game/small game wildlife values. Inroads against the reserved forage base (see grouse section) would increase commensurate with horse population expansion until a future removal operation were implemented (e.g., horses would use about 20% of the reserved forage base by 2004).

Although current horse use comprises only 15% of the total grazing load in this area, the unregulated nature of their distribution promotes inappropriate levels and, particularly, duration of growing season use on areas consistently favored by horses. Season-long grazing regimens suppress both the development and availability of herbaceous growth throughout the year and would be expected to more strongly affect small mammals that rely on seed and flower production from grasses and/or forbs in the later summer months, ground or low-shrub nesting birds, and flycatching insectivorous birds. Under this use pattern, reductions in herbaceous vegetation as cover or forage for ground-dwelling or nesting species are progressive through breeding season, and it allows no regrowth opportunity before continued use into the fall and early winter periods. Those areas favored by horses likely retain little herbaceous residual through winter. With persistent use over time, herbaceous communities subjected to season-long grazing deteriorate (i.e., reduced ground cover density, declining plant diversity and production of herbaceous forage or seed, proliferation of weedy species) and further suppress the habitat's capacity and long-term potential to support former numbers and types of small mammals and birds.

The more profound ecological conversion of cool-season bunchgrass communities to a warm-season type (see grouse section) is considered deleterious in terms of non-game animal habitat and populations. Although composed of native species, the maintenance and ultimate expansion of these types under season-long grazing regimens does not provide comparable resource traits. Because of their insular and relatively confined extent, these "unique" habitats have no corresponding animal associations and would tend to be inhabited by a weak assemblage of generalists–lending nothing toward animal diversity or abundance.

## <u>Grouse</u>
## Affected Environment

Horse distribution in the West Douglas region is generally below those elevations preferred by blue grouse, however, there are approximately 5200 acres of mixed mountain shrub association above 7200' within the area occupied by horses that provide suitable blue grouse brood and nest habitat. This acreage comprises about 14% of the habitat available in Game Management Unit (GMU) 21.

Horses make consistent use of the open mountain shrub and sagebrush ridgeline communities which comprise general summer, nesting and/or brood-rearing habitats for grouse. Optimal nest and brood habitat consists of open mixed shrub stands with a conformation that provides effective horizontal and vertical concealment. Understory herbaceous components, including grasses, complements horizontal nest concealment and improves microclimatic (e.g. temperature, humidity, wind) conditions at the nest site. Both nest success and the survival of young broods is markedly enhanced by well developed herbaceous understories beneath and among shrub canopies. Upland parks

and adjacent drainage systems and spring sites produce persistent broadleaf herbage and insects favored and nutritionally required by grouse broods from April through August.

Collective forage use by livestock, horses and big game on grouse nest and brood ranges affects the availability and utility of herbaceous plants used directly as forage, or as substrate for invertebrate prey, and the efficacy of herbaceous cover (i.e. grasses and forbs) as thermal cover and concealment during the nesting and early-brood rearing period.  Both early herbaceous growth (April-June) and residual stubble that persists from the previous growing season are important determinants in nest success and brood survival.  Heavy grazing use typically prompts retreat of broods to more moderately utilized ranges (i.e., reducing the extent of suitable habitat).

# Environmental Consequences
## Alternative A, Complete Removal
Gather operations in late summer/early fall would not coincide with nest or brood rearing activities of grouse. Temporary and short term disturbance of grouse during the later summer/early fall months would have no consequence on the population.

Removal of horses from the West Douglas region would remove horse-related influences (see above) across 14% of GMU 21's blue grouse nest and brood habitats, and prevent further expansion or intensification of these effects in the GMU.

At current levels of horse use, removal would increase the quantity of herbaceous cover and forage available for grouse use by about 10% and would increase effective ground cover height by up to 20%.  Complete horse removal would enhance the effectiveness of applied vegetation/habitat management and would preclude recurrent concerns for plant community health when horses populations peak prior to irregularly applied gather efforts (e.g., current horse populations in West Douglas exceed the short term allocation authorized in the White River RMP by 35% or 300-400 AUMs).  Adverse changes in plant community composition attributable to horse use would be arrested and, without the constraints of season-long grazing use, these areas would be expected to respond to management and regain native bunchgrass characteristics in the long term.

## Alternative B,  No Action
Horses influence grouse habitat directly by contributing to and accelerating ground cover reductions as a forage and cover base, and indirectly by prompting deleterious ecological shifts in herbaceous composition on grouse nest and brood ranges.

Forage necessary to support horse use within the West Douglas region is comparable to 10% of herbaceous vegetation allocated for big game and livestock use in this area.  Although temporary allocations have been granted horse use in this area, forage use by horses is derived from that portion of the forage base administratively reserved for watershed and non-game/small game values.  At typical rates of increase, these horses would be expected to double their forage requirements to 20% of the reserved forage base within 4 years.

Beyond the mere quantity of herbaceous material removed, the nature of horse use has more serious implications with regard to the condition of grouse (and other wildlife) habitat.  Differing significantly from big game seasonal use patterns and managed livestock use, horses tend to make prolonged use of discrete parcels of land during the year.

This tendency to make persistent use of a given area through the growing season and into the fall reduces the utility of that habitat for coincident grouse nest or brood functions.  The prolonged presence of horses in these situations thwarts management efforts that enhance grouse nest success and brood survival (e.g., development of deferred rotation livestock grazing systems, reductions in big game herd objectives) by improving herbaceous density, height, and composition.  It is calculated that removal of horses from mutually preferred areas would be capable of increasing effective ground cover height by as much as 20%.

Besides removing forage and cover substrate, strong reductions of herbaceous ground cover through the growing season prompt ecological changes in the plant community, and aggravates soil moisture loss during the later summer and early fall months.

Monitoring data developed in the adjacent Piceance/East Douglas HMA strongly suggests that the timing and duration of grazing use attributable to horses is inconsistent with residual growth and deferral regimes favorable for grouse nesting and brood habitat conditions. Horse use has been implicated in localized declines in native bunchgrass composition and reductions in herbaceous canopy and litter--conditions and trend counterproductive to the maintenance or restoration of suitable grouse brood and nesting habitats. Persistent season-long grazing tends to suppress and eventually remove native bunchgrasses, shifting the community to one strongly represented by weedy annuals (e.g., cheatgrass, purple mustard), non-native grazing tolerant species (e.g., Kentucky bluegrass) or prostrate warm-season grasses. These plant components fail to provide suitable cover and forage characteristics required by grouse for nesting and brood-rearing activities. Once established, these degraded associations tend to remain stable with little, if any, additional grazing influence. Resistance to recovery and prolonged recovery time frames allows for the continued expansion and steady accumulation of affected acreage over time.

Declining ground cover and litter associated with season long grazing patterns increases the exposure of the soil surface to the effects of sun and wind. The consequent and premature curing of perennial forbs reduces the availability of these important summer/fall dietary components of grouse.

## Big Game

In general, the seasonal ranges of horses are not as spatially distinct as big game and yearlong occupation tends to largely coincide with big game winter and transitional ranges. Horse distribution in the West Douglas region coincides with nearly half (45%) the deer winter range in Game Management Unit (GMU) 21, and involves about 21% of the severe winter range and 16% of the critical summer range habitat delineated for elk in the GMU. Critical habitat is a designation conveyed to habitats that, within a given herd area, are most limited in supply or are of inordinately high value; the loss or deterioration of which would adversely affect the species.

Current deer populations are well below the desired long-term population objectives established by CDOW (about 50%). Compared to deer populations of the late 1980's, CDOW has reduced herd objectives in GMU 21 by about 20%, adopting a management strategy of maintaining smaller, more resilient herds with enhanced productivity and reduced winter carryover. Current elk populations have been reduced by about 36% from historic highs in 1989-90 and, with populations exceeding population objectives by about 15%, CDOW is continuing attempts at curbing elk populations through sport hunting.

The mid to late winter/early spring period (December to early May) presents the greatest nutritional challenge for deer, in part, because the quantity and accessibility of forage is constrained by snow accumulations and the nutritional qualities of available forage is low. Adequate forage volume and quality are essential for avoiding excessive weight loss which results in mortality or inadequate fetal development. During most winters, snow cover limits the effective foraging area available to deer. Under heavy snow conditions and normally by February, much deer use is relegated to southerly aspects which offer moderated daytime temperatures and snow depth. Although forage volume is small, south-facing slopes promote early herbaceous emergence and minimal constraint in accessing forage.

Preferred browse on transitional and early winter ranges are typically subject to heavy utilization levels, with the condition intensifying on lower elevation winter ranges where site conditions impose further limitations on plant reproduction and recovery and where maximum animal densities are attained. Utilization levels that exceed 60-70% dormant season use of current annual growth are considered incompatible with sustained browse vigor and productivity.

In March and April, deer seek and make increasing use of emerging herbaceous forage. Early spring (April-May) forage supplies and availability are essential for increasing the physical condition of deer--recuperating from winter

deficiencies in preparation for spring movements, accelerated fetal growth and development, and subsequent lactation. As sites producing fresh herbaceous material decline through late fall, browse begins to assume a dominant and nutritionally superior dietary fraction. Throughout this period (August through December), deer must assimilate nutrients and energy in excess of need, thereby allowing for the production and storage of fat and protein reserves in preparation for winter.

## Alternative A, Complete Removal

Horse removal would reduce the overall grazing load in the West Douglas region by a minimum of 15% and would provide both immediate and longer-term improvements in the quantity and diversity of big game forage and range conditions across 178,000 acres in GMU 21. Reductions in big game population objectives and efforts to improve livestock grazing practices which moderate or defer use of mutually preferred forages would be allowed to operate as intended and without incompatible additive use.

Reducing the intensity and duration of vegetation use in those areas favored by horses would increase the availability, vigor and diversity of herbaceous forage. Enhanced range conditions would promote more divergent forage selection by big game and enhance animal nutrition throughout the year, especially on late summer through early winter ranges( i.e., lactation and winter preparation) and early to mid spring ranges (i.e., winter recovery and gestation). This action would also help maintain deciduous browse expression on wildland burns and reduce reliance on alternate woody forage by livestock as a winter forage base for deer.

## Alternative B,  No Action

Forage-related impacts with big game are additive to and similar in nature to livestock and interspecific big game competition. It is estimated that horse use in the West Douglas region increases total wild and domestic ungulate use by 15% and is comparable to half of that forage currently allocated to big game in the area. Within 3 additional years (2005), and without intervention, forage use attributable to horses would assume levels comparable to big game allocations and represent about 25% of herbaceous production reserved for watershed and other wildlife values. The fact that horse populations periodically exceed allowable numbers within the WRRA RMP, aggravates forage-related competition between and among deer, elk, and livestock. Present use within West Douglas region exceeds the temporary allocation authorized in the White River RMP by 300-400 AUMs (35%). Periodic peaks in horse populations prior to gathers impose still further on a limited herbaceous forage base and increase the likelihood of short-term overuse and long-term deterioration of rangeland productivity and plant diversity in favored deer and elk habitats.

The unregulated aspects of horse grazing use has indirect implications on long term forage conditions in GMU 21. Big game use by nature is seasonal and, by design, livestock use is increasingly seasonal to allow for plant regrowth and maintenance requirements. Horse use in favored areas tends to supplant reductions in the  duration or intensity of grazing use gained under either strategy. Horse populations in the Douglas and Evacuation basins tend to exploit vegetation responding to improvements garnered from declining big game populations and static livestock numbers under improved management. Deleterious ecological changes attending persistent growing season use (discussed under non-game and grouse sections)tend to expand and accumulate because impacts are incurred at rates that exceed recovery. Species that replace more desirable native forages typically offer inferior nutritional value, or are available or palatable for shorter periods of time (i.e.,  asynchronous with big game occupation).

There is concern that competitive forage interactions from expanding elk populations may have adverse nutritional effects on deer populations in northwest Colorado. Behaviorally similar, it is probable that horses exert similar influences on deer winter range. Colorado Division of Wildlife responded to concerns of excessive cumulative grazing use, in part, by reducing GMU 21 big game populations objectives by 20-25% for deer and 40-50% for elk from mean 1986-90 populations. Particularly during winters of heavy snowpack, Forage competition between deer and horses is exaggerated when horses use the same southerly aspects or lower elevation ranges used by deer during the later winter season. Horses, by virtue of behavior and physique, are capable of seeking new range when forage supplies are exhausted, whereas deer display very strong fidelity to traditional seasonal home ranges and will remain on home ranges depleted by more transient groups of horses.

36

Horses also have indirect, and perhaps long-term influences on deer winter range forage by pioneering and making prolonged use of vegetation treatments or wildfires. Although emerging herbaceous growth is likely the primary attraction, horses use such areas extensively during the growing season, stripping leaves from leaders of resprouting shrubs and causing die-back of annual growth. This form of use reduces the quantity of woody forage available for deer that following winter and depresses plant vigor in subsequent growing seasons. By retarding or suppressing redevelopment of deciduous browse on burns, this use ultimately causes a long-term shift in community structure and composition adverse to deer and other wildlife.

Another indirect effect of heavy cumulative use of herbaceous forage involves heightened cumulative use of important winter browse supplies. As herbaceous forage becomes increasingly depleted in late summer and early fall, livestock tend to make increased use of woody shrubs that are relied upon by deer for fall/winter subsistence.

## Cumulative Impacts

Under Alternative A, long term improvements in herbaceous ground cover and plant diversity would effect subtle and likely undetectable wildlife population response on a watershed basis, and may be measurable only locally on more heavily degraded sites. Over time and assuming horse removal would allow vegetation to begin responding to management actions designed to enhance community condition (e.g., reduced big game populations objectives and improved livestock management), habitat utility for the entire array of wildlife species would be expected to improve. Even in areas more heavily developed for oil and gas, improved herbaceous understories in favored horse areas should have a pronounced influence on species with small home ranges and more tolerant of human activity (most non-game species).

Under Alternative B the no action alternative, wild horses would contribute to the continued long term and subtle accumulation of adversely modified habitats in GMU 21. Losses of habitat utility attributable to horses would not be substantial in the short term when compared to oil and gas development (e.g., unreclaimed sites and facility occupation) and the current extent of bottomlands now inhabited by aggressively competitive introduced weeds. It is unlikely that horse related influences would be instrumental in extirpating any species from a major watershed unit (e.g., Douglas, Evacuation), but they would continue to contribute to localized reductions in overall abundance and more specialized species would likely become more poorly represented or no longer be represented in local community composition.

Big game populations associated with areas inhabited by horses may be expected to respond with long term and largely undetectable rates of decline. The effects of reduced resource quality and availability would likely be manifest in reduced population resilience (i.e., slower rates of recovery) after periods of environmental stress (e.g., drought, severe winter, prolonged spring conditions).

# Analysis of Standard 4 - Special Status Threatened and Endangered Species.

These subjects are adequately covered in the Affected Environment and Environmental consequences sections of the White River Resource Area, Resource Management Plan. No T&E species are known to make any appreciable use of the herd area. The Northern Goshawk (a species of concern) inhabits PJ woodlands, but impacts would be minimal as described above.

# Wild Horse Management
## Affected Environment
### Population History of the West Douglas Herd Area:

| Year | Number Removed | Estimated Population | Year | Number Removed | Estimated Population |
|------|----------------|---------------------|------|----------------|---------------------|
|      |                |                     |      |                |                     |

| 1974 |    | 9*   | 1988 |    | 50   |
|------|----|------|------|----|------|
| 1975 |    | 30   | 1989 | 23 | 63   |
| 1976 |    | 40   | 1990 |    | 50   |
| 1977 |    | 53*  | 1991 |    | 61*  |
| 1978 |    | 68   | 1992 |    | 66*  |
| 1979 |    | 85   | 1993 |    | 84   |
| 1980 |    | 106  | 1994 |    | 105* |
| 1981 | 74 | 133* | 1995 |    | 126  |
| 1982 |    | 68*  | 1996 | 60 | 151  |
| 1983 |    | 82   | 1997 |    | 95*  |
| 1984 | 45 | 98   | 1998 | 72 | 137  |
| 1985 | 45 | 59   | 1999 |    | 78   |
| 1986 |    | 32   | 2000 |    | 94   |
| 1987 |    | 40   | 2001 |    | 113  |

Table Notes:

      * Number observed in Aerial Counts; All censuses were conducted by helicopter

      Shading is prior to the highway fence being completed which seperated the West Douglas horses from the Herd Management Area.

      All census data is prior to the census year foal crop.

## Equine Infectious Anemia

Equine Infectious Anemia has been a problem in the wild horses of the Uintah Basin.  Wild horses involved with this outbreak are using ranges approximately 15 miles to the west of the project area.  Equine Infectious Anemia is a chronic viral disease, with mortality rates of approximately 30%.  This disease is spread by biting insects.  The West Douglas Herd Area  is between the Bonanza Herd and the Piceance/East Douglas Herd Management Area.  The West Douglas Herd would be the stepping stone for this disease to migrate east into the herd management area. Two complete gathers of the horses in the Bonanza herd have been conducted.  The second gather conducted November of 1999, found 31 of the 205 horses gathered in the Bonanza area to be positive which is 15% of the population. Currently all of the Bonanza horses have tested negative for EIA, and have been released.

Gathers of the West Douglas herd were conducted in 1996 and 1998 with none of the horses found to be affected by EIA.  There is no information to conclude that the West Douglas H.A. horses are infected by EIA.  As precautionary measures the following mitigation measures will be implemented to further protect the Piceance/East Douglas HMA horses while the West Douglas horses are held at the Yellow Creek corrals.
      1. Prior to the start of the gather the water gaps on Yellow Creek near the corrals will be closed.  Closing these water gaps will force the horses nearby wild horses to select water sources away from the corrals.
      2. Prior to the gather the contractor  will use the helicopter to determine if any horses are near the Yellow Creek Corrals.  If any horses are found, the horses will be moved out of the area.
      3.  When West Douglas horses are at the corrals, personnel at the corral facility will watch the surrounding

area for horses.  If horses are spotted the horses will be hazed out of the area.
4. Horses will be sent to Cannon City after consultation with the Colorado State and APHIS Veterinarian.
Horses Outside the Herd Area- There are currently approximately 50 horses outside of  the herd area.
Horses pioneering onto new ranges, outside the herd area, has been a continual problem.  Current forage
limitations is one of the factors forcing horses outside of the herd area.  Because of topography it is not
feasible to enclose the herd area.

# Environmental Consequences
## Alternatives A, Complete Removal
Wild horses will be subject to stress during the course of the removal operation.  All operations will be conducted in
accordance with BLM policy, the intent of which is to insure both human safety and to minimize stress and physical
injury to horses.  Applicable mitigation measures that are intended to reduce adverse impacts to horses are listed in
the Removal Plan.  Stress on horses is inherent in gathering, transport, holding and processing operations.  Good
judgement, proper facilities and equipment, and experienced BLM and contract personnel will limit the negative
impact of stress and physical injury to wild horses.

Gathering of the horses will allow for testing of Equine Infectious Anemia.  If  this disease is found, emergency
measures can be implemented to prevent spread into the Piceance/East Douglas Herd Management Area.  The
mitigation measures described above are designed to keep the West Douglas and Piceance/East Douglas HMA
horses separated to prevent transfer of EIA.  Any horses within Herd Management Area horses that are in close
proximity to the Yellow Creek Corrals will incur very limited stress resulting from the change of water source or
being hazed away from the corral facility.  As sources of water are relatively abundant and the horses are well aware
of other water sources closing of the water gap can be considered as a temporary inconvenience to the horses.

## Alternative B, No Action Alternative
Under this alternative, horses would not be subject to the stress of a gather operation. Horses would be maintained
outside of a herd area which is in violation of  the Wild Horse and Burro Act.  Maintaining horses on the herd area
perpetuates the problems with public land health and is not in accordance with maintaining a "Thriving Natural
Ecological Balance".  Maintaining horses on the herd area and outside of this H.A. would allow for a potential
pathway for the transfer of EIA to the Piceance/East Douglas HMA.  If EIA were to infect the West Douglas horses,
the method for controlling the outbreak would be by repeated gathering and testing, or by gathering and quarantining
of the horses.  This would be extremely difficult, expensive and would negatively affect band associations.  With
this alternative, horses will continue to range outside of a herd area; a thriving natural ecological balance will not be
maintained.  Horse numbers would increase causing overcrowding conditions and expansion of horses outside the
herd area.  Increased wild horse populations would create increased stress as they compete with one another for
space.  This would increase injuries to individual horses as fighting and competition increases.  Also, competition for
resources such as water, would increase.  During periods of dry weather, water may become scarce enough to be
detrimental to horses.  Sex ratios and age structures of wild horse herds would not be affected by this action

## Cumulative Impacts
Under Alternative A, horses would be removed there would not be any cumulative impacts to the horses.  Herd
genetics would be maintained in the East Douglas/Piceance Herd Management Area.

Under Alternative B, Competitive pressures for forage by livestock, horses and wildlife, and the impacts of energy
development would cumulatively place increased demand on the areas habitat.  Competition for resources would
increase conflict between horses.  Increased injuries between individuals and displacement outside the herd area is
expected.

# Livestock Management
## Affected Environment
The project area includes three grazing allotments, the Twin Buttes, Bull Draw/ East Douglas Creek  and the

Evacuation Creek Allotment.  All of the allotments are year-round cow/calf operations.  Twin Buttes and Bull Draw allotments are within the West Douglas Herd Area.  The Evacuation Creek and East Douglas Creek allotments are outside of the Herd Area.  The Twin Buttes and Evacuation Creek  allotments have Allotment Management Plans.

Livestock use of the Texas Creek Basin can be described as avoidance.  Livestock use that has been made was incidental as the result of a lack of fences to prevent use.  Utilization studies conducted during the 2000 grazing season, continued to show wild horse preference for the Texas Basin area.

The grazing permittee of these allotments  use horses in the management of their livestock.  They are all keenly aware of the Equine Infectious Anemia situation occurring near Bonanza, Utah, and are taking precautions to a segregate and test their personal horses.

# Environmental Consequences
## Alternative A, Complete Removal
Implementation of the proposed action would decrease the intensity and duration of use on key forage species. As described in the vegetation section the progression  from the current plant community to a desired plant community would probably take more than 15 years.  If the cool season grasses are able to reestablish dominance on these sites, the quantity and consistency of forage produced would be increased.  This increase in cool season species and the increased consistency of forage production would increase the flexibility of the livestock operation.  While the improvement in forage conditions is not expected to provide additional forage allocations for the livestock operators, it would increase flexibility in livestock operations and therefor allow for better range management.

## Alternative B, No Action
The number of horses would continue to increase, placing additional demands on the forage resource.  This would likely continue to degrade the plant communities on which the horses and livestock  are dependant.  The decrease in quantity and quality of  forage on the degraded sites would decrease the flexibility of the livestock operation.  The decrease in flexibility increases the opportunity for catastrophe of the livestock operation, and limits opportunities for improved range conditions.

## Cumulative Impacts
Under Alternative A, removal of the horses would decrease utilization and allow for seasonal deferment of the forage resource, both inside and outside the herd area.  Rangelands are expected to improve in forage composition, condition and cover. This will increase flexibility of the livestock operation which  is particularly critical during drought years.  Improved vegetation conditions may also offset forage losses to Oil and Gas development.

Under Alternative B, (No Action) horses would increase in numbers both inside and outside the herd area with the subsequent degradation of the vegetation and soil components on which the livestock operation is dependant.  The cumulative loss of vegetation productivity resulting from horses and livestock grazing, and energy development, would eliminate the flexibility of the livestock operation, increasing the probability for catastrophe.

# Cultural and Historical Resources
## Affected Environment
The area of the proposed gather contains some of the highest known site densities in the RA.  Research has also shown that the sites, ranging from archaic in age up through the historic period, can be very significant in terms of the history of the area and the nation in general.  Resources present include camp sites, prehistoric roads and trails, early mining/mineral development in the area, prehistoric tool stone quarries  and rock art.
# Environmental Consequences
## Alternative A, Complete Removal
Removing  horses from inside and outside the herd area would have an overall beneficial impact on cultural resources.  Removing  horses reduces the concentration of horses in a given area which reduces the trampling and

artifact breakage on a site. Removing horses also benefits standing structure to some degree by reducing the amount of rubbing/scratching on the structure which hastens the collapse of the structure such as historic cabin or wickiup. Reducing horse numbers and reducing the rate at which the area is devegetated contributes to better soil stability and reduces the loss of artifacts and feature context due to being washed away by water or blown away as fugitive dust in high wind situations. Reducing erosion rates also reduces the rate at which standing architecture is undermined slowing the rate at which structures might collapse.

## Alternative B, No Action
Wild horse numbers would increase, damaging the vegetation and soil resources, the loss of cultural artifacts and feature context would increase.

## Cumulative Impacts
There would be no cumulative impacts resulting from the actual gather operation. Removal of the horses would reduce erosion rates decreasing the impacts on cultural materials. Under the No Action Alternative, horse numbers would increase, adverse impacts associated with increased horse numbers in combination with livestock management and energy development would create greater impacts to cultural resources than these uses individually.

# Hazardous Materials
## Affected Environment and Environmental Consequences
During processing of gathered horses, vaccines, syringes and needles and liquid nitrogen will be used. These materials are hazardous and will be handled accordingly by all BLM personnel. Volunteer personnel will not be permitted to handle hazardous materials. Liquid nitrogen used in the freeze branding of horses during processing is a hazardous material. Personnel involved with its handling and transport will be briefed on its use, proper safety precautions, etc. A copy of the Material Safety Data Sheet (MSDS) for liquid nitrogen will be attached to the container.

# Wilderness Study Areas
## Affected Environment
The project area contains the Oil Spring Mountain Wilderness Study Area. Approximately one half of the Oil Spring Mountain wilderness area is within the herd area. Horse use the WSA both inside and outside of the herd area. Due to the remoteness of this WSA there are no formal studies of the horse impacts to the WSA. Past gathers and inventories have shown that horses do make significant use of the area.

Wilderness Study Areas administered by the BLM are managed under specific policies and procedures as provided in handbook H-8550-1 -INTERIM MANAGEMENT POLICY AND GUIDELINES FOR LANDS UNDER WILDERNESS REVIEW, release 8-67, dated 7/5/95 (IMP).

The Interim Management Policy specifically addresses wild horse and burro management within WSAs. In the policy, the BLM is directed to make every effort not to allow populations within WSAs to degrade wilderness values, or vegetative cover as it existed on the date of passage of FLPMA..

Helicopters and fixed wing aircraft may be used for the gathering of wild horses and burros. Helicopters may land on unimproved sites as long as the non-impairment criteria is satisfied.

Management to the non-impairment standard does not mean that the lands will be managed as though they had already been designated as wilderness. For example, some uses that could not take place in a designated wilderness area may be permitted under the IMP because they are only temporary uses that do not create surface disturbance or involve permanent placement of structures.

# Environmental Consequences

41

**Alternative A, Complete Removal**

There is the possibility that a trap could be set up within the boundary of the WSA. Traps set up to capture wild horses may result in some trampling of existing vegetation inside the traps. This trampling would be temporary and short term in nature. Any area affected would recover during the following growing season. Any potential short term negative effect on wilderness values by this trampling would be more than offset by the permanent enhanced wilderness values that would result by removal of the excess horses within the WSA.

> Mitigation:
> - During construction of the trap, no vegetation would be removed which would alter the character of the area.
> - Logs and litter materials moved during trap construction would be replaced to their original character.
> - Any soil disturbance would be smoothed out back to the original surface grade.
> - Trap sites would be monitored for two years to determine reclamation success and to control any noxious weeds that may occur.

Oil Spring Mountain WSA is used by the horses in the herd area and by the horses using Evacuation Creek allotment. Removal would allow forage used by the horses to be used by wild ungulates. Removal of the horses would enhance the wilderness characteristics of the area.

**Alternative B, No Action**

Horses would continue to propagate and increase use within the WSA. Horse use would eventually exceed the areas ability to provide forage resulting in a decline in quality and quantity of forage. Horse use would lead to degradation of the wilderness characteristics on the Oil Springs Mountain WSA.

**Cumulative Impacts**

Under Aternative A, there would be no cumulative impacts resulting from the gather operation. Decreasing grazing use by horses on the WSA would allow improvement in the condition of vegetation communities benefitting the wilderness characteristics

Under Alternative B, horse use of the WSA is expected to increase dramatically due to displacement from; oil and gas development and depleted forage conditions in the areas adjacent to the WSA. Degradation of the plant communities in the WSA are expected. Wilderness characteristics would be degraded.

# Floodplains, and Alluvial Valleys
## Affected Environment and Environmental Consequences

No Floodplains or Alluvial Valleys are present or would be affected by the proposed action.

# Noise
## Affected Environment and Environmental Consequences

Because the proposed action involves the use of a helicopter, some loud noise will occur. However, no lasting impact is expected. There are no cumulative impacts.

# Recreation
## Affected Environment and Environmental Consequences

The West Douglas HA provides significant recreational opportunities to the local population year round and tourists during the hunting season. Wild horses provide recreational opportunities for viewing wild horses. Outside of the Oil Spring Mountain ACEC and areas around Texas Mountain the area is heavily impacted by oil and gas development. There are no cumulative impacts.

# Invasive Plants/noxious Weeds
## Affected Environment
The assessment of standard 3, healthy plant communities, provided a description of the weed problems by pasture.  All of the weeds identified have the potential to establish and dominate this area.

## Environmental Consequences
### Alternative A, Complete Removal
There is a chance that noxious weeds could establish as a result of soil disturbances resulting from the gather operation. This area is regularly monitored for outbreaks of noxious weeds.  The specific sites for trap location would be emphasized for monitoring.  If noxious weeds were to establish the appropriate control method would be initiated, in accordance with bureau policy.  Removal of the horses would on many sites improve the vegetation composition and vigor which relates to the competitiveness of the plant community to prevent establishment and spread of noxious weeds.

Mitigation Alternatives A & B-
    -Vehicles coming from outside the area are to be cleaned prior to entering the area.
    - Weed free hay will be used on public lands.
    -Areas with soil disturbance as a result of gather operations will be monitored for two years .

### Alternative B, No Action
 There would be no soil disturbance resulting from a gather operation creating an opportunity for noxious weeds to establish.  As described in the vegetation section there are problems with the health of plant communities.  These problems with the plant communities offer the opportunity for the introduction and spread of noxious weeds.  As horse numbers increase the opportunity for noxious weed invasion would also increase.

### Cumulative impacts
Noxious weed management relies on two strategies prevention and control.  Prevention includes strategies which decrease the opportunities for introduction of noxious weeds and prevention of suitable sites for weed establishment.  Control is a strategy for control of noxious weeds once they are identified.  Under the proposed action a strategy is in affect for managing weeds relating to the gather operation.  Surface disturbing activities including; energy development, livestock grazing and wild horses all contribute to the opportunity for noxious weed introduction and establishment. Under the proposed action, one of the surface disturbing activities (wild horses) would be removed.  Removal of horses would significantly decrease the cumulative area of surface, available for weed introduction.  Under the No Action Alternative, the area of surface available for weed introduction is expected to increase proportionally with surface disturbance.

# Land Status/Realty Authorizations
## Affected Environment and Environmental Consequences
The subject lands have numerous land use authorizations.  None of the alternatives would directly affect these uses.  There are no cumulative impacts.

# Air Quality
## Affected Environment and Environmental Consequences
There would be no impacts to air quality resulting from any of the three alternatives.  There are no cumulative impacts.

# Areas of Critical Environmental Concern
## Affected Environment and Environmental Consequences
There are no ACECs present in the area.  There are no cumulative impacts.

# Wild and Scenic Rivers

## Affected Environment and Environmental Consequences

There are no wild and scenic rivers in the area.  There are no cumulative impacts.

# Environmental Justice

## Affected Environment and Environmental Consequences

Implementation of any of the three alternatives would not prejudice any group of people.  There are no cumulative impacts.

# Farm Lands Prime or Unique

## Affected Environment and Environmental Consequences

There are no prime or unique farm lands in the project area.  There are no cumulative impacts.

# Native American Religious Concerns

## Affected Environment and Environmental Consequences

No Native American religious concerns have been expressed.  There are no cumulative impacts.

# Cumulative Impact Summary

## Alternative A, Complete Removal

Under this alternative several horse traps would be constructed and horses hazed into the traps.  If this gather is successful the trap sites will no longer be used and there would be no long term damage on these sites.  There would be no cumulative impacts associated with trap sites or helicopter operations.  Removal of the horses would decrease utilization and allow for seasonal deferment of the forage resource, both inside and outside the herd area.  Rangelands are expected to improve in forage composition, condition and cover. Water quality associated with the Texas Creek watershed is expected to improve.  This will increase flexibility of the livestock operation, particularly during drought years.  Improved vegetation conditions may also offset forage losses to Oil and Gas development.  Eliminating grazing use by horses on the WSA would allow improvement in the condition of vegetation communities, benefitting wilderness characteristics. Removal of wild horses would improve vegetation cover decreasing the area available for noxious weed establishment. Costs of control of noxious weeds would decline.

At this point in time, long term improvements in herbaceous ground cover and plant diversity would effect subtle and likely undetectable wildlife population response on a watershed basis, and may be measurable only locally on more heavily degraded sites.  Over time and assuming horse removal would allow vegetation to begin responding to management actions designed to enhance community condition (e.g., reduced big game populations objectives and improved livestock management), habitat utility for the entire array of wildlife species would be expected to improve. Even in areas more heavily developed for oil and gas, improved herbaceous understories in favored horse areas should have a pronounced influence on species with small home ranges and more tolerant of human activity (most non-game species).

## Alternative B, No Action

Under this alternative no trapping would take place and there would be no resultant damage from the trapping operation. Horses would increase in numbers both inside and outside the herd area with the subsequent degradation of the vegetation and soil components.  Water quality associated with the Texas Creek watershed would decline.  The cumulative loss of vegetation productivity resulting from horses and livestock grazing, and energy development, would eliminate the flexibility of the livestock operation, increasing the probability for catastrophe. Horse use of the WSA is expected to increase dramatically due to displacement from; oil and gas development and depleted forage conditions in the areas adjacent to the WSA.  There is expected to be degradation of the plant communities in the WSA.  Wilderness characteristics would be degraded.  Vegetation cover would continue to degrade increasing the area available for noxious weed establishment.  Costs of control of noxious weeds are expected to increase.

The no action alternative would contribute to the continued long term and subtle accumulation of adversely modified habitats in GMU 21.  Losses of habitat utility attributable to horses would not be substantial in the short term when compared to oil and gas development (e.g., unreclaimed sites and facility occupation) and the current extent of bottomlands  now inhabited by aggressively competitive introduced weeds.  It is unlikely that horse related influences would be instrumental in extirpating any species from a major watershed unit (e.g., Douglas, Evacuation), but they would continue to contribute to localized reductions in overall abundance and more specialized species would likely become more poorly represented or no longer be  represented in local community composition.

Big game populations associated with areas inhabited by horses may be expected to respond with long term and largely undetectable rates of decline.  The effects of reduced resource quality and availability would likely be manifest in reduced population resilience (i.e., slower rates of recovery) after periods of environmental stress (e.g., drought, severe winter, prolonged spring conditions).

# Consultation and Coordination

The intent of the White River Field Office to phase out horses in the West Douglas Herd Area has been widely discussed. This topic was addressed in detail during scoping associated with the preparation of the White River Resource Area Resource Management Plan, the 1996 & 1998 gather plans and the Twin Buttes Allotment Management Plan revision and grazing permit renewal.

Since the completion of the White River Resource Management Plan the White River Field Office has done presentations to the Colorado State Director (BLM), the Craig District Grazing Advisory Board, the Northwest Colorado Resource Advisory Council, Congressmen Scott McInnis, the Friends of the Mustangs, the Colorado Wild Horse and Burro Coalition, the Northwest Colorado Wild Horse Association, the Rangely Times, the Rocky Mountain News, the Meeker Herald, the National Wild Horse and Burro Advisory Board, and the Colorado Horseman's Council.
The Twin Buttes Allotment was involved in a two year program for revising the Allotment Management Plan.  This revision was conducted under the Section 8 process which involves assembling a team of experts to look at range management issues and provide a recommendation .  Wild horse issues were looked at with the team supporting the land use plan recommendation for removal of the horses.

# List of Preparers

| | |
|---|---|
| Glade Hadden | Archaeologist |
| Robert Fowler | Forester/Rangeland Specialist |
| Carol Hollowed | Soil/Air/Water Coordinator |
| Ed Hollowed | Wildlife Biologist |
| Rusty Roberts | Rangeland Management Specialist |
| Mark Hafkenschiel | Rangeland Management Specialist |
| Vern Rholl | Realty Specialist |

45

# Finding of No Significant Impact

The environmental assessment, analyzing the environmental effects of the proposed action, have been reviewed. The approved mitigation measures result in a finding of no significant impact on the human environment. Therefore, an environmental impact statement is not necessary to further analyze the environmental effects of the proposed action.

# Decision and Rationale

## Decision

It is my decision to implement the preferred alternative of this Environmental Assessment. This decision removes all wild horses from the West Douglas Herd Area, and the Evacuation Creek and East Douglas Creek Grazing Allotments as specified by the White River Resource Management Plan and 43 CFR 4710.4. This decision is considered in effect until the actions included in the Proposed Action of the Removal Plan have been completed.

It is my decision to implement a portion of this decision in full force and effect in accordance with 43 CFR 4770.3(c). The first 55 head will be captured under the provisions of full force and affect rules. The remaining 60 head will not. Please see the rationale below for an explanation of this unusual stipulation.

# THE APPEAL PROVISIONS DO NOT APPLY TO THIS DOCUMENT

If you wish to file an appeal, in accordance with 43 CFR Part 4, you have 30 days from receipt this decision to file a *Notice of Appeal*. Your *Notice of Appeal* must be filed with the office of the officer who made the decision. This is the Bureau of Land Management, White River Field Office, 73544 HWY 64, Meeker, CO. 81641. Your appeal must also be filed with the Office of the Solicitor, 755 Parfet St. Suite 151, Lakewood, CO. 80215

If you wish to file for a petition for stay, this petition must accompany the *Notice of Appeal*. You have the burden of proof to demonstrate that the stay should be granted based on the following standards:
    (1) The relative harm to the parties if the stay is granted or denied;
    (2) The likelihood of the appellant's success on the merits;
    (3) The likelihood of immediate and irreparable harm if the stay is not granted; and
    (4) Whether the public favors granting a stay.

Within 30 days of filing the *Notice of Appeal* a complete statement of the reasons why you are appealing must be filed with the United States Department of the Interior. Office of the Secretaty, Board of Land Appeals, 4015 Wilson Blvd., Arlington, Virginia 22203. If you fully stated your reasons for appealing when filing the Notice of Appeal, no additional statement is needed. A copy of the statement of reasons must also be filed with the Office of the Solicitor at the above address. Additional information about filing for an appeal can be found within Form 1842-1 (attached).

After the 30 day appeal period, both portions of my decision become final.

## Rationale for Decision

Prior to the decision to remove wild horses as specified by the preferred alternative, two key elements were carefully considered. First, the Field Office conducted a comprehensive review of the long term land use planning initiatives  that specify these horses be removed. Second, the Field Office evaluated the environmental issues for the entire region to assure that the most current information supports the planning documents.

The environmental assessment contains a review of all the planning documents affecting wild horse management since the passage of the Wild-Free Roaming Wild Horse and Burro Act. This review spans five separate documents, completed with public input, over the period 1975 to 1997. My conclusion is that the White River planning process has been consistent with appropriate law and provides prudent multiple use decisions. What emerges from the planning record is a

consistently applied effort to manage the Piceance East Douglas Herd Management Area by the letter and spirit of the Wild-Free Roaming Wild Horse and Burro Act. The Herd Management Area clearly provides ample year round habitat (190,000 Acres) for horses where they were presently found at the passage in the act. Analysis of long term wild horse distribution indicates that the entire West Douglas Herd emigrated from the Herd Management Area, so the removal of horses from West Douglas does not appear to diminish the wild horse gene pool.

The review demonstrates that the West Douglas Herd Area boundary does not correctly portray where wild horses were found in 1971. The current distribution and season long use pattern is clearly different than the one depicted on the original 1974 inventory map. The 1975 Unit Resource Analysis document is replete with speculation about what might happen if horses were to be managed West of Douglas Creek, because there were too few actually using the area to know for sure. The term "Herd Area" was not associated with the West Douglas area until 1986. Today, approximately 45 of the 115 animals using the region are south of the herd area boundary. This West Douglas Herd Area boundary has no relationship to horse distribution in 1971or 2001. The express purpose of this decision is to confine wild horses to the Piceance East - Douglas Herd Management Area.

Despite valid land use plans to the contrary, wild horses have continued to use the area. The table on page 40 identifies the number of horses using the area since 1974. The population has ranged from nine horses in 1974 to 151 in 1996. We know that 151 horses in this area causes severe problems. In IBLA decisions 96-489, 96-490, 96-492 the court articulated support for the BLM's analysis and conclusions. For whatever reasons, terrain, livestock, energy development, BLM gather efforts, horses in this area concentrate in the Texas Creek area and cause environmental degradation. This situation becomes severe whenever horses are present in large numbers. There is no evidence to suggest that there is an open niche in the West Douglas Region that warrants a revision of the White River Land Use Plan.

Nothing in this decision implies that wild horses are the only environmental problem in the region. The affected environment of this document makes numerous references to environmental issues associated with energy development and livestock. Yet the multiple use tradeoffs - the benefits and costs to society - are carefully evaluated  in the White River Land Use Plan. Decisions relating to these activities were made with full knowledge and disclosure of the environmental issues. Site specific problems are being addressed through established regulatory processes. A key component of this decision is to restrict multiple uses to those lawfully authorized. It seems apparent that when a region appears to be overused from a multiple use perspective, the logical first step is to restrict uses to only those authorized. The preferred alternative action does exactly that.

Equine Infectious Anemia has been a problem on the Bonanza Herd Management Area approximately 15 miles west of the West Douglas Herd Area. While there is no specific reason to assume that these horses are infected, it is prudent to assure they are not, and thereby protect the other horses in the region - both wild and domestic. EIA has also been found in domestic horses near the town of Rangely, Colorado, just north of the West Douglas Herd Area, and just Northwest of the Piceance - East Douglas Herd Management Area.

The decision to remove wild horses from outside the West Douglas Herd Area is in compliance with Sec. 10 of Public Law 92-195, The Wild and Free Roaming Horse and Burro Act of 1971(as amended), and 43 CFR 4710.4 which mandates that wild horse distribution be limited to the areas where they were found in 1971.

# Rationale for a Split Full Force and Effect Decision
As noted in the decision rational, the preferred alternative is driven by the need to 1) address the immediate need to restore a thriving natural ecological balance, and 2) implement the land use plan and return wild horse use to habitat where horses were presently found at the passage of the Wild - Free Roaming Horse and Burro act of 1971. This ecological balance issue clearly meets the criteria for Full Force and Effect decisions. The land use planning issue is also critical for long term management of the region, but does not appear to meet full force and effect criteria.
## Rationale for the Full Force and Effect Portion of the Decision
As noted in the decision, 55 head will be gathered under Full Force and Effect decision rules. The rationale for placing that portion of the preferred alternative into full force and effect is based on the following:

1. This action is critical to protection of key forage plant species from the overuse attributed to wild horses. The two to

three year delay in action resulting from an appeal to the Interior Board of Land appeals would allow continued negative impacts by wild horses to the forage plant species and watershed stability in preferred habitat.  The table below projects the population trend at given the 20% annual increase that is typical for the area.  The table shows that a stay of this gather operation would result in 48 more horses than the all time record of 151 using the area in 1996, when a  gather plan/environmental assessment prepared by this office documented severe environmental problems.  A failure to conduct this portion of the gather would almost certainly entail irreversible ecological damage.

| Current Horse Numbers | 2002 | 2003 | 2004 |
|---|---|---|---|
| 115 | 138 | 166 | 199 |

2.  Removal of horses outside of the West Douglas Herd Area is in compliance with 43 CFR 4710.4.  Note: If only the full force and effect portion of this gather operation were conducted, the animals outside the herd area would not be exclusive gather operation targets.  The horses in the Texas Mountain/Oil Springs Mountain area use both sides of the unfenced herd area line and the exact location of the horses captured on any given day would not effect the longer term distribution of the horses remaining in the area.

3.  Completion of the planned removal in a timely,  cost efficient manner, is an action which is to the benefit of the taxpaying public.  Due to a combination of topography, vegetation cover and wild horse behavior capture operation costs are above average.  Considering these high costs along with increasing horse numbers (20%/year), delay of the planned removal will cause an unnecessary increase in future removal costs.

4.  Equine Infectious Anemia, if present, must be detected.  An undetected infestation threatens privately owned animals and the Piceance/East Douglas Herd Management Area.  Capture of at least 55 head would provide an adequate sample for testing the equine infectious anemia threat.

 The 60 head figure is **not** an appropriate management level (AML).  The White River Field office has never attempted to derive an AML in opposition to our approved land use plans.  An AML would have to be proceeded or at least be accompanied by a set of wild horse management and multiple use decisions that have never been contemplated.  Horse use in this area has **never** been a part of an approved land use plan.  The 60 head figure is based on  IBLA decisions 96-489, 96-490, 96-492 where the court articulated support for the BLM's analysis and conclusions relating to a decision to take the population from 151 head to 60 in 1996.

### Rational for the Portion of the Decision Not Offered Full Force and Effect
If we are able to gather 55 head in 2001, population scenario shown in the table below will be invoked.  The table below shows a population dynamic that by the year 2004 will return us to the approximate environmental situation described in this document.  It's not a good situation.  Monitoring data since 1996 indicates that while horse numbers have been lower in recent years, vegetation recovery is limited.  This environmental assessment details the current vegetation and watershed issues.  However bringing the herd down to 60 head in the year 2001 will forestall severe and irreversible environmental degradation, while providing  the opportunity for public challenge to the BLM's long term planning decisions.

| Current Horse Numbers | 2002 | 2003 | 2004 |
|---|---|---|---|
| 60 | 72 | 86 | 104 |

# Remarks
None

# Mitigation Measures

Mitigation measures are included in the gather plan.  No additional mitigating measures are proposed.

## Compliance Plan

 Compliance with this plan will be the responsibility of the White River Field Office Manager.

## Signature of Preparer

### Date Signed

## Signature of Environmental Coordinator

### Date Signed

## Signature of Authorized Official

### Date Signed

49