May 10, 1999

Twin Buttes Allotment Environmental Assessment and Incorporation of the Colorado Standards and Guidelines for Rangeland Health. E.A. #CO-017-99-93-EA.

PURPOSE AND NEED FOR ACTION
This Environmental Analysis is being prepared for three reasons: (1) to document current conditions prior to issuance of a new 10 year Grazing Permit #1456. (2) To address Colorado's Standards and Guidelines and their incorporation into the Grazing Permit.  (3) To document changes in the Allotment Management Plan and the impacts on the landscape.

In this document the problems with rangeland health and management are highlighted.  It should not be construed that this allotment is in poor condition and poorly managed, but only in pointing out where problems exist, can a program be developed to improve them.  Management cannot rest on the overall improvements in the landscape.

ALTERNATIVES
The first Allotment Management Plan (AMP) between the BLM and Twin Buttes ranch was prepared in 1983 (Alternative 1).  This plan was dependant on completion of a number of range improvement projects prior to implementing the grazing rotation.  Funding for these range improvement projects was not sufficient for completion of the projects and the grazing management program could not be implemented.  Until 1996 Twin Buttes Ranch has managed livestock under the interim program described within the AMP.  In the late fall of 1996 the AMP was revised based on the Standards for Rangeland Health (Alternative 2).
The permittee and BLM were unable to reach agreement on this grazing strategy, and in the Spring of 1997 the Colorado Department of Agriculture was requested to review the allotment and provide a recommendation on grazing management.  This recommendation was provided to the BLM in March of 1998 (Alternative 3). On March 23, 1999 a meeting with the Section 8, group was convened to discuss this Environmental Analysis.  The result of this meeting was the revision of the Section 8 grazing program that improved the forage plants opportunity to grow and reproduce following grazing (Alternative 4).

Listed below are the grazing systems proposed in 1983, 1996, 1998, 1999.  The Affected Environment section describes in greater detail the management prescriptions for each pasture.

GENERAL GOALS
During analysis of the Standards for Rangeland Health and from the recommendations of the Colorado Department of Agriculture team (Section 8 team) goals for this Allotment Management Plan were developed.  One of the main goals of the AMP was to develop a grazing management program that would enable Twin Buttes Ranch to preserve opportunities for continuing a viable livestock ranching operation.  Also, resource goals were developed in response to the Standards for Rangeland Health assessment and are are discussed within the Affected Environment section

for that resource.  These resource goals are applicable to each of the alternatives.

Alternative 1, Allotment Management Plan of 1983 and Current (Interim) Grazing Management.

A map showing the pastures and allotment division is shown in Appendix 1. Under the current Allotment Management Plan of 1983, the winter ranges of Cottonwood, Lower Horse draw, Water Canyon and Texas Creek are used during the period of October 15 to March 15 of each year.  After the start of plant growth approximately March 15, all livestock would be moved  into Cottonwood and West half of Texas Creek allotments and eventually driven to the south end of the west half of Texas creek pasture by June 5, or as key species are grazed to 60% use.  Starting June 5, all livestock would be moved into the small holding pasture east of Texas Mountain where they would be held for approximately ten days as they are processed and split into two herds of approximately equal numbers.  After June 15, or as Letterman needlegrass reaches five inches growth, one herd would be trailed to the West Douglas pasture and the other to the West Creek allotment.  The livestock would remain dispersed in these pastures for the duration of the summer,  June 15 to October 15 or until key species are grazed to 50 percent.  After October 15, the cattle would be allowed to drift back through all pastures until they are again secured in Cottonwood, Water Canyon, Lower Horse and Texas Creek by January 15.  The next year, cattle would remain on the four pastures through the winter grazing period, until March 15.  After the start of plant growth approximately March 15, the livestock would be moved into Lower Horse Draw, Water Canyon and East half of Texas Creek pastures.  The livestock would then be moved to the south end of the east half of Texas Creek pasture by June 5, or as key species are grazed to 60 percent use.  During this period the livestock would again be separated into two herds of equal numbers.  After June 5, the herds would be driven to West Douglas Creek and West Creek going east around the holding pasture.  Summer and fall  use would be the same as the first year.

Grazing Program 1983 Allotment Management Plan

| Pasture | Grazing Use Period | |
|---|---|---|
| Cottonwood | Year 1-March 15 to June 5, March 15 | October 15 to |
| | Year 2-Spring Deferred, March 15 | October 15 to |
| W1/2 Texas Creek | Year 1-March 1 to June 5, March 15 | October 15 to |
| | Year 2-Spring Deferred, March 15 | October 15 to |
| Holding Pasture | Year 1-June 5 to June 15 Year 2-Deferred | |
| Lower Horse Draw | Year 1-Spring Deferred, March 15 | October 15 to |
| | Year 2-March 15 to June 5, | October 15 to |

| | March 15 | |
|---|---|---|
| Water Canyon | Year 1-Spring Deferred, March 15 | October 15 to |
| | Year 2-March 15 to June 5, March 15 | October 15 to |
| Pasture | Grazing Use Period | |
| E 1/2 Texas Creek | Year 1-Spring Deferred, March 15 | October 15 to |
| | Year 2-March 15 to June 15, March 15 | October 15 to |
| West Creek | June 15 to October 15 | |
| West Douglas Creek | June 15 to October 15 | |
| Park Pasture | Not part of the operation in 1983. | |
| Red Rock Pasture | Not part of the operation in 1983 | |

Grazing Program 1983 Interim System

| Pasture | Grazing Use Period | |
|---|---|---|
| Cottonwood | March 1 to May 31, | November 1 to February 28 |
| W1/2 Texas Creek | March 1 to May 31, | November 1 to February 28 |
| Holding Pasture | Included in E1/2 Texas Creek | |
| Lower Horse Draw | March 1 to May 31, | November 1 to February 28 |
| Water Canyon | March 1 to May 31, | November 1 to February 28 |
| E 1/2 Texas Creek | March 1 to May 31, | November 1 to February 28 |
| West Creek | June 1 to October 31 | |
| West Douglas Creek | June 1 to October 31 | |
| Park Canyon Pasture (1) | March 1 to May 31, | November 1 to February 28 |
| Red Rock Pasture (2) | June 1 to October 31 | |

1. Park Canyon pasture added 1985  2. Red Rock pasture added 1996

Flexibility

-There will be 15 days of flexibility on either side of the pasture change dates.
-Numbers in excess of the normal operation must be authorized by the Area Manager.
-During periods of drought, fire damage to a grazing area, flood or snow damage to facilities, or poisonous plant occurrence, pastures being rested may be grazed provided prior approval from the Area Manager is obtained.  If these conditions persist, livestock numbers or season of use would be adjusted correspondingly to the reduction in forage.
-Flexibility in numbers, turnout and closing dates may be authorized as studies show additional forage is available.

Billing Procedure
Billings will be made on the basis of actual use records maintained by the livestock operator.  The livestock operator shall submit at each pasture change actual livestock grazing use.  Upon failure to submit an actual use report, a bill immediately due and payable shall be issued for grazing use at the upper limit of flexibility.

 Studies and Evaluation
Actual use records would be maintained by the permittee throughout the course of each grazing season.  These records would provide the basis for actual use billings at the end of each grazing/billing period.  Studies to be conducted on the allotment would include those necessary to make an evaluation of the effectiveness of the plan.  These are shown below:

| Range Study | Study Completion Date | Frequency | Method | Responsibility |
|---|---|---|---|---|
| Actual Use | End of Grazing Fee Year | With each pasture change | Actual Use Record | Permittee |
| Utilization | Annually | After each pasture change | Paired Plot Key Forage plant | BLM |
| Condition and Trend | September | Every three years | Photo Plots Daubenmire | BLM |
| Climate | Annually | Annually | Weather Bureau BLM rain gauge | BLM/Permittee |
| Riparian | September | Every two years | Photo points | BLM |

Subject to funding and manpower availability
AMP Evaluation  Evaluation would be made after each cycle of the grazing system.

Rangeland Improvement Projects
A number of range improvement projects have been completed including prescribed fires, ponds, fences and spring developments.  Also, a number of range improvements have been proposed or are currently permitted.  These projects include; prescribed fires, ponds, and fences which would

enhance either the production of forage , control use or improve the opportunity to use currently under utilized resources (improve distribution).

**Alternative 2, Grazing Management as Proposed in the Allotment Management Plan of December 1996:**

Maps showing use periods, use areas and numbers of livestock are contained in Appendix 2. The winter use period would be December 1, to March 30, on Cottonwood, Upper Horse Draw and E1/2 and N1/2 of Water Canyon.  Spring use would be April 1, to April 31, on the south and west part of Water Canyon and May 1, to June 1, on the Texas Creek pasture.  The Park pasture would be used May 1, to June 15.  Summer use would be on the West Douglas, West Creek and Red Rock pastures. The use period would be approximately June 1 to September 30, with a rotation around the two pastures. The head of Missouri Creek would be deferred from grazing every year. Fall use would primarily be the private lands of West Creek and West Douglas Creek for the month of October and early November, which coincides with the primary hunting seasons. Livestock would then be drifted through Texas Creek and Water Canyon to the winter ranges. Shown below is the grazing schedule for this grazing program.

Grazing Program 1996 Allotment Management Plan

| Pasture | Grazing Use Period |
|---|---|
| Cottonwood | March 1 to May 1,                    December 1 to February 28, |
| Lower Horse Draw | March 1 to May 1,                    November 1 to February 28, |
| Water Canyon | May 1 to May 31,                    November 1 to February 28, |
| Texas Creek West | March 1 to May 1, May 1 to June 15,    November 1 to February 28, |
| Texas Creek East | May 1 to June 15,                    November 1 to December 1, |
| West Creek | July 1 to September 30 |
| West Douglas Creek | July 1 to September 30 |
| Park Canyon Pasture (1) | May 1 to June 15, |
| Red Rock Pasture (2) | July 1 to September 30 |

1. Park Canyon pasture added 1985
2. Red Rock pasture added 1996

Flexibility
-Flexibility is designed to provide options to the permittee as far as exercising his judgment in coping with seasonal fluctuations in climate and forage production.

-Operator flexibility not requiring approval of the Area Manager-use may be exceeded by 10% of the Active Qualifications (AUMs) for any pasture.
-Turnout and departure dates may vary fifteen days in any pasture.
-Flexibility requiring approval by the Area Manager.  Turnout and departure dates greater than the fifteen day leeway period, and use above the 10% of Active Qualifications by pasture must be approved by the Area Manager in advance of the use.
-Use outside of the normal grazing system: for example, supplemental feeding, changes due to drought or other natural factors must be approved by the Area Manager in advance of the change.

Billing Procedure
-Billings will be made on the basis of actual use records maintained by the livestock operator.  -Billings for grazing fees will be made after the fact in accordance with 43 CFR 4120.203 (e).
-Dates for submittal of Actual Use data for billings would be worked out between the permittee and BLM.

 Studies and Evaluation
Actual use records would be maintained by the permittee throughout the course of each grazing season.  These records would provide the basis for actual use billings at the end of each grazing/billing period.  Studies to be conducted on the allotment would include those necessary to make an evaluation of the effectiveness of the plan.  These are shown below.

| Range Study | Study Completion Date | Frequency | Method | Responsibility |
|---|---|---|---|---|
| Actual Use | End of each grazing period | With each pasture change | Actual Use Record | Permittee |
| Utilization | 3 Periods-winter spring, summer/fall | Every year | Key Forage plant | BLM |
| Condition and Trend | August/September | 5 years | ESI, Photo Plots Daubenmire | BLM |

Subject to funding and manpower availability

Riparian Monitoring (BLM):
Willow Distribution-Using photo points, retaken yearly on June 1.
Willow Distribution would be determined using low level aerial photos, retaken on a five year schedule.

Trend Monitoring (BLM).

As outlined above, permanent photo would be established in each pasture to ensure consistency in the vegetative data that will be obtained. Paired plots would be established in conjunction with the permanent photo plots. These plots would be read every five years.

Compliance Monitoring (BLM).

In addition to specific resource studies, such as those mentioned above, allotment supervision visits would be conducted to check licensed compliance of the AMP. A compliance checklist would be completed at this time and filed with the AMP.

AMP Evaluation

Evaluation of the AMP would be made after each monitoring cycle.

Rangeland Improvement Projects

A number of range improvements would be required to implement this alternative. These improvements would be concentrated in the Texas Mountain area. The primary objectives of the range improvements would be to improve accessibility and increase grazing use of this area. Range improvement projects will include prescribed burns, mechanical forage treatments, water developments and livestock trail construction.

Stipulations to the Terms and Conditions of the Grazing Permit

Actual Grazing use will be provided by the permittee each year prior to November 10 and March 10.

**Alternative 3,  Recommended Management, Section 8 Team (1998):**
Four units within the grazing management area have been identified within the lower winter and spring ranges.  These units are Lower Cottonwood, Lower Big Horse, Lower Douglas Creek and Lower Texas Creek (see Appendix 3)

Livestock will be spread across the whole of the winter range from about November 1 to March 31.  This spread will allow for livestock to use the rims and south slopes through the winter periods.  At the onset of early spring, about April 1, the livestock will be herded out of one of the four units.  In addition, one other will be cleared by about May 1, or shortly thereafter.  To effectively defer the use of the areas of concern,  livestock should be moved far enough to decrease undesired return of livestock.  The remaining units will be cleared by about May 20.  In the last units to be cleared, the livestock would be moved to higher elevations as early as it is reasonable, thereby providing as much recovery opportunity for the remaining two units as possible.  This strategy should foster full growth of vegetation in the units where livestock are removed by April 1.  Substantial plant recovery should occur in the one area deferred shortly after May 1.  Appendix 4, shows the rotation system in greater detail.

The summer use period would be June 5, to November 1, using the Red Rock, West Douglas and West Cr. pastures.  Livestock would be split, with half of the herd using the Red Rock and West Douglas pastures, and the remainder using the West Creek pasture.  Cattle would be rotated around each grazing area for two years and then the rotation would be reversed.  Shown below is the grazing schedule for this grazing program.

Grazing Program 1998 Allotment Management Plan

| Pasture | Year | Grazing Use Period | |
|---|---|---|---|
| Cottonwood GMA<br><br><br><br>Cottonwood Pasture | 1<br>2<br>3<br>4<br>ALL | March 1 to April 1<br>March 1 to May 1<br>March 1 to May 20<br>March 1 to May 20<br>March 1 to May 20 | November 1 to February 28 |
| Lower Horse Draw | 1<br>2<br>3<br>4 | March 1 to May 20<br>March 1 to April 1<br>March 1 to May 1<br>March 1 to May 20 | November 1 to February 28 |
| Water Canyon GMA<br><br><br><br>Water Canyon | 1<br>2<br>3<br>4<br>ALL | March 1 to May 20<br>28,<br>March 1 to May 20<br>March 1 to April 1<br>March 1 to May 1 | November 1 to February |

| Pasture | L | March 1 to May 20 | |
|---|---|---|---|
| W1/2 Texas Creek GMA<br><br><br><br>W1/2 Texas Pasture | 1<br>2<br>3<br>4<br>ALL | March 1 to May 1<br>March 1 to May 20<br>March 1 to May 20<br>March 1 to April 1<br>March 1 to May 20 | November 1 to February 28 |
| Pasture | Year | Grazing Use Period | |
| E1/2 Texas Creek | ALL | May 20 to June 12 | November 1 to December 31, |
| West Creek | ALL | June 5  to November 1 | |
| West Douglas Creek & Red Rock | ALL | June 5  to November 1 | |
| Park Canyon Pasture (1) | ALL | March 1 to May 20 | November 1 to February 28 |

 Flexibility
-Flexibility is designed to provide options to the permittee as far as exercising his judgment in coping with seasonal fluctuations in climate and forage production.
-Flexibility not requiring approval of the Area Manager.  Turnout and departure dates may
 vary five days in any pasture.
-Flexibility requiring approval by the Area Manager.  Turnout and departure dates greater than the five day leeway period, and use above the Active Qualifications by pasture.
-Use outside of the normal grazing system: for example, supplemental feeding, changes due to drought or other natural factors must be approved by the Area Manager in advance of the change.

Billing Procedure
-Billings will be made on the basis of actual use records maintained by the livestock operator.  -Billings for grazing fees will be made after the fact in accordance with 43 CFR 4120.203 (e).
-Dates for submittal of Actual Use data for billings will be worked out between the permittee and BLM.

## Studies and Evaluation
Actual use records would be maintained by the permittee throughout the course of each grazing season.  These records will provide the basis for actual use billings at the end of each grazing/billing period.  Studies to be conducted on the allotment would include those necessary to

make an evaluation of the effectiveness of the plan. Studies completion would be subject to funding and manpower availability.

The studies are shown below.

| Range Study | Study Completion Date | Frequency | Method | Responsibility |
|---|---|---|---|---|
| Actual Use | End of each grazing period | With each pasture change | Actual Use Record | Permittee |
| Utilization | 3 Periods-winter spring, summer/fall | Every year | Key Forage plant | BLM |
| Condition and Trend | August/September | 5 years | ESI, Photo Plots Daubenmire | BLM |

During the Section 8, process several areas of concern were identified.  For these areas a reference plant community that is desired and reasonably attainable will be identified and described.  The reference area should be similar to the problem area in the type of soil, precipitation, and elevation.  These sites would be monitored and compared through time to determine what progress is being made in the problem area.

Riparian Monitoring (BLM):
Willow Distribution-Using low level aerial photos, retaken on a five year schedule.

Trend Monitoring (BLM):
As outlined above, permanent photo plots would be established in each pasture to ensure consistency in the vegetative data that would be obtained.  Paired plots would be established in conjunction with the permanent photo plots.  These plots would be read every five years.

Compliance Monitoring (BLM):
In addition to specific resource studies, such as those mentioned above, allotment supervision visits would be conducted to check licensed compliance of the AMP.  A compliance checklist would be completed at this time and filed with the AMP.

Special Studies- Twin Buttes Ranch Co. has identified conflicts with wildlife, specifically with elk.  Determination of the scope and monitoring needs for special studies will be coordinated with Colorado DOW, BLM and Twin Buttes Ranch Co.  Twin Buttes ranch has expressed an interest in conducting monitoring studies which were established as a part of their program with Colorado State University.  Utilization studies should be compiled and mapped yearly.

AMP Evaluation
Evaluation of the AMP would be made after each monitoring cycle.

<u>Stipulations to the Terms and Conditions of the Grazing Permit</u>
Actual Grazing use will be provided by the permittee each year prior to November 10 and March 10.

The permittee will provide on a yearly basis, prior to November 10, maps of weed locations, type of weed present and control methods used.

The operator is responsible for informing all persons who are associated with the Allotment operations that they will be subject to prosecution for knowingly disturbing historic or archaeological sites, or for collecting artifacts on public lands.  If historic or archaeological materials are uncovered during any Allotment activities and grazing activities, the operator is to immediately stop activities in the immediate area of the find that might further disturb such materials, and immediately contact the authorized officer (AO).  Within five working days the AO will inform the operator as to:
- whether the materials appear eligible for the National Register of Historic Places;
- the mitigation measures the operator will likely have to undertake before the identified area can be used for grazing activities again and,

Pursuant to 43 CFR 10.4(g) the holder of this authorization must notify the AO, by telephone with written confirmation, immediately upon the discovery of human remains, funerary items, sacred objects, or objects of cultural patrimony. Further, pursuant to 43 CFR 10.4(c)and (d), you must stop activities in the vicinity of the discovery and protect it for 30 days or until notified to proceed by the authorized officer.

If paleontological materials (fossils) are uncovered during Allotment activities, the operator is to immediately stop activities that might further disturb such materials, and contact the authorized officer (AO).  The operator and the authorized officer will consult and determine the best option for avoiding or mitigating paleontological site damage.

Known Eligible and National Register sites should be spot monitored for evidence of damage due to grazing activities. If grazing impacts are noted, the appropriate mitigation measures must be implemented.

<u>Rangeland Improvement Projects</u>
Under Alternative 3, a number of range improvements would be required to implement this alternative.  These improvements would be concentrated in the Texas Mountain area. The primary objectives of the range improvements would be to improve accessibility and increase grazing use of this area.  Range improvement projects would include prescribed burns, mechanical forage treatments, fences, water developments and livestock trail construction. Additional information on the proposed range improvements is contained in the Section 8, recommendation.

Acts listed under 43 CFR 4140 Prohibited Acts are not superseded by this document.

**Alternative 4, Revised Management, Section 8 Team: (1999)**
Livestock management was changed from Alternative 3 as a result of not sufficiently meeting forage species needs for growth and reproduction. Four units within the grazing management area have been identified within the lower winter and spring ranges. These units are Lower Cottonwood, Lower Big Horse, Lower Douglas Creek and Lower Texas Creek (see Appendix 3).

Livestock would be spread across the whole of the winter range from approximately November 1 to March 31. This will allow for livestock to use the rims and south slopes through the winter periods.

On the Cottonwood Grazing Management (Area #1), over a four year period, livestock would be cleared out by April 1, May 1, May 7, and May 31. On the remaining area of Cottonwood pasture, livestock would be progressively moved off the pasture ending May 31.

On the Lower Horse Draw Grazing Management (Area #2), over a four year period livestock would be cleared out by May 31, April 1, May 1, and May 15 ( bottom areas cleared by May 7).

On the Lower Douglas Grazing Management (Area #3), over a four year period livestock would be cleared by May 15, May 31, April 1, and May 1. On the remaining Water Canyon pasture livestock would be progressively moved off the pasture ending May 31.

On the W1/2 Texas Creek Grazing Management (Area #4), over a four year period livestock would be cleared by May 1, May 15, May 31 and April 1. On the remaining area of W1/2 Texas Creek pasture livestock would be progressively moved off the pasture ending May 31.

The summer use period would be June 5, to November 1, using the Red Rock, West Douglas and West Cr. pastures. Livestock would be split, with half of the herd using the Red Rock and West Douglas pastures, and the remainder using the West Creek pasture. Cattle would be rotated around each grazing area for two years and then the rotation would be reversed. Shown below is the grazing schedule for this grazing program.

Grazing Program 1999 Allotment Management Plan

| Pasture | Year | Grazing Use Period | |
|---|---|---|---|
| Cottonwood GMA | 1 | March 1 to April 1 | November 1 to February 28 |
| | 2 | March 1 to May 1 | |
| | 3 | March 1 to May 7 | |
| | 4 | March 1 to May 31 | |
| Cottonwood Pasture | ALL | March 1 to May 31 | |
| Lower Horse Draw | 1 | March 1 to May 31 | November 1 to February 28 |

| | | | |
|---|---|---|---|
| | 2 | March 1 to April 1 | |
| | 3 | March 1 to May 1 | |
| | 4 | March 1 to May 7 (Bottoms) May 15 (Uplands) | |
| Lower Douglas GMA | 1 | March 1 to May 15 | November 1 to February 28, |
| | 2 | | |
| | 3 | March 1 to May 31 | |
| | 4 | March 1 to April 1 | |
| Water Canyon Pasture | ALL | March 1 to May 1 | |
| | | March 1 to May 31 | |
| W1/2 Texas Creek GMA | 1 | March 1 to May 1 | November 1 to February 28 |
| | 2 | March 1 to May 15 | |
| | 3 | March 1 to May 31 | |
| | 4 | March 1 to April 1 | |
| W1/2 Texas Pasture | ALL | March 1 to May 31 | |
| E1/2 Texas Creek | ALL | May 20 to June 12 | November 1 to December 31, |
| West Creek | ALL | June 5  to November 1 | |
| West Douglas Creek & Red Rock | ALL | June 5  to November 1 | |
| Park Canyon Pasture (1) | ALL | March 1 to May 20 | November 1 to February 28 |

 Flexibility
-Flexibility is designed to provide options to the permittee as far as exercising his judgment in coping with seasonal fluctuations in climate and forage production.
-Flexibility not requiring approval of the Area Manager.  Turnout and departure dates may vary five days in any pasture.
-Flexibility requiring approval by the Area Manager.  Turnout and departure dates greater than the five day leeway period, and use above the Active Qualifications by pasture must be approved by the Area Manager in advance of the use.
-Use outside of the normal grazing system: for example, supplemental feeding, changes due to drought or other natural factors must be approved by the Area Manager in advance of the change.

Billing Procedure
-Billings will be made on the basis of actual use records maintained by the livestock operator.  -

Billings for grazing fees will be made after the fact in accordance with 43 CFR 4120.203 (e).
-Dates for submittal of Actual Use data for billings will be worked out between the permittee and BLM.

Acts listed under 43 CFR 4140 Prohibited Acts are not superseded by this document.

**Studies and Evaluation**
Actual use records would be maintained by the permittee throughout the course of each grazing season.  These records will provide the basis for actual use billings at the end of each grazing/billing period.  Studies to be conducted on the allotment would include those necessary to make an evaluation of the effectiveness of the plan. Studies completion would be subject to funding and manpower availability.

The studies are shown below.

| Range Study | Study Completion Date | Frequency | Method | Responsibility |
|---|---|---|---|---|
| Actual Use | End of each grazing period | With each pasture change | Actual Use Record | Permittee |
| Utilization | 3 Periods-winter spring, summer/fall | Every year | Key Forage plant | BLM |
| Condition and Trend | August/September | 5 years | ESI, Photo Plots Daubenmire | BLM |

During the Section 8, process several areas of concern were identified.  For these areas a reference plant community that is desired and reasonably attainable will be identified and described.  The reference area should be similar to the problem area in the type of soil, precipitation, and elevation.  These sites would be monitored and compared through time to determine what progress is being made in the problem area.

Riparian Monitoring (BLM):
Willow Distribution-Using low level aerial photos, retaken on a five year schedule.

Trend Monitoring (BLM):
As outlined above, permanent photo plots would be established in each pasture to ensure consistency in the vegetative data that would be obtained.  Paired plots would be established in conjunction with the permanent photo plots.  These plots would be read every five years.

Compliance Monitoring (BLM):
In addition to specific resource studies, such as those mentioned above, allotment supervision visits would be conducted to check licensed compliance of the AMP.  A compliance checklist

would be completed at this time and filed with the AMP.

Special Studies- Twin Buttes Ranch Co. has identified conflicts with wildlife, specifically with elk. Determination of the scope and monitoring needs for special studies will be coordinated with Colorado DOW, BLM and Twin Buttes Ranch Co. Twin Buttes ranch has expressed an interest in conducting monitoring studies which were established as a part of their program with Colorado State University. Utilization studies should be compiled and mapped yearly.

AMP Evaluation
Evaluation of the AMP would be made after each monitoring cycle.

Stipulations to the Terms and Conditions of the Grazing Permit
Actual Grazing use will be provided by the permittee each year prior to November 10 and March 10.

The permittee will provide on a yearly basis, prior to November 10, maps of weed locations, type of weed present and control methods used.

The operator is responsible for informing all persons who are associated with the Allotment operations that they will be subject to prosecution for knowingly disturbing historic or archaeological sites, or for collecting artifacts on public lands. If historic or archaeological materials are uncovered during any Allotment activities and grazing activities, the operator is to immediately stop activities in the immediate area of the find that might further disturb such materials, and immediately contact the authorized officer (AO). Within five working days the AO will inform the operator as to:
-       whether the materials appear eligible for the National Register of Historic Places;
-       the mitigation measures the operator will likely have to undertake before the identified area can be used for grazing activities again and,

Pursuant to 43 CFR 10.4(g) the holder of this authorization must notify the AO, by telephone with written confirmation, immediately upon the discovery of human remains, funerary items, sacred objects, or objects of cultural patrimony. Further, pursuant to 43 CFR 10.4(c)and (d), you must stop activities in the vicinity of the discovery and protect it for 30 days or until notified to proceed by the authorized officer.
If paleontological materials (fossils) are uncovered during Allotment activities, the operator is to immediately stop activities that might further disturb such materials, and contact the authorized officer (AO). The operator and the authorized officer will consult and determine the best option for avoiding or mitigating paleontological site damage.

Known Eligible and National Register sites should be spot monitored for evidence of damage due to grazing activities. If grazing impacts are noted, the appropriate mitigation measures must be implemented.

Rangeland Improvement Projects

Under Alternative 4, a number of range improvements would be required to implement this alternative.  These improvements would be concentrated in the Texas Mountain area. The primary objectives of the range improvements would be to improve accessibility and increase grazing use of this area.  Range improvement projects would include prescribed burns, mechanical forage treatments, fences, water developments and livestock trail construction. Additional information on the proposed range improvements is contained in the Section 8, recommendation.

**Affected Environment and Environmental Consequences**
Generally the area is characterized as a canyon/plateau geographic type.  Elevations range from 6,300 feet near Rangely to 8,000 feet on Oil Spring Mountain.  Precipitation ranges from 11 inches at the lower elevations to 18 inches at the higher elevations.  Vegetation is highly varied as a result of topography and precipitation.  At the lower elevations are greasewood bottoms.  Mid-elevations are Pinyon/juniper woodlands and sagebrush parks.  Upper elevations are made up of the mountain shrub and Douglas-fir communities.  There are few natural waters (springs, seeps, creeks) with the majority of water provided by stock ponds which are scattered throughout the area.

**Landscape Analysis**
Wherever practical, the Affected Environment and Environmental Consequences have been evaluated through the application of the Colorado Rangeland Health Standards.  The Standards and Guidelines for Colorado are attached in Appendix A.  To facilitate this analysis the standards have been applied on four fundamental landscapes.  This landscape analysis was conducted as follows;

> Pasture-Standard 1, Upland Soils
> -Standard 3, Healthy Plant Community Component
> Watershed    -Standard 2, Riparian System Function
> -Standard 5, Water Quality
> Allotment    -Analysis of Grazing Management Information (Livestock and Wild Horses)
> Region-Standard 3, Healthy Animal Community Component
> -Analysis of issues and values (such as Cultural Resources) that are not directly addressed by the Colorado Public Land Health Standards, are conducted using a regional landscape framework

**Pasture**-
An analysis of rangeland health was conducted during consultation and coordination for revision of the Twin Buttes Allotment Management Plan and 1998 Wild Horse Gather Plan.  This analysis was conducted by applying the Colorado Standards for Rangeland Health.  During this analysis, the primary concern dealt with the soil and vegetation resources.  Also, as a part of the process the "causative factors" were determined.  Causative factors are the responsible agent for degradation of the standard.

The pasture by pasture analysis is organized by showing the location of the pasture, a brief

description of the pasture, followed by a chart showing the indicators of concern, and causative factor.

**Watershed**-
Analysis of Riparian Systems and Water Quality is based on three watersheds - Douglas Creek, Evacuation Creek and Cottonwood Creek.

**Allotment**-
Analysis of the Twin Buttes Allotment as a whole including; acreages and qualifications (AUMs).  Analysis of proposed grazing systems impact on wild horses.

**Region**-Several values, most notably the animal component of healthy rangelands are best evaluated at the regional level.  In the document, the region is described as the area in Colorado, West of Cathedral Bluffs, East of the Utah line, South of the White River, and  North of the Douglas Pass.

**Landscape - Cottonwood Pasture**

**Affected Environment**

Cottonwood pasture is two former allotments, Cottonwood and Moonlight. This pasture contains 13,389 acres of public land.  Elevations range from 5500 feet to 7000 feet.

**Analysis of Standard 1 - Upland Soils**

The area of concern for soils is in the bottoms of the draws as there are the following indicators of soil health problems.  These bottom soils make up about 9.6% of the pasture.  Indicators applied on the uplands showed no problems with the standard for soils.  Problems with Indicators are:

| Indicators for Upland Soils - Standard 1 | Causative Factor |
|---|---|
| Actively Eroding Gullies | Oil & Gas Development - Livestock Grazing |
| Inappropriate Plant Canopy and Ground Cover | Oil & Gas Development - Livestock Grazing |
| Lack of Diversity of Plant Species | Livestock Grazing |
| Vigorous, Desirable Plants lacking | Livestock Grazing |

**Analysis of Standard 3 - Plant Component**

Plant communities on the Cottonwood allotment include sage/wheatgrass bottoms, the hillside bunchgrass community, sagebrush flats and pinyon/juniper ridges.  As described in the Soils Standard section the condition of the plant communities in the bottoms of Cottonwood Pasture are unsatisfactory.  The nonnative cheatgrass understory is undesirable and limiting opportunities for improving the composition, reproductive capability and sustainability of these bottoms.  Noxious weeds are occasionally popping up on this pasture.  The species of concern are the knapweeds, Canada thistle, burdock, and showy milkweed.  Currently all outbreaks have been controlled.  Within the Cottonwood pasture forage plant growth is initiated approximately April 1, and ends June 1, with the last date of dependable growth May 10 (Appendix 7).

Problems with Indicators are:

| Indicators for Plants - Standard 3 | Causative Factor |
|---|---|
| Noxious Weeds and Undesirable Species | Cheatgrass -  Livestock<br>Noxious Weeds - Oil and Gas Dev. |
| Native Plant and Animal Communities are not of the Composition, Reproduction Capability and Sustainability | Livestock |
| | |

| Lack Appropriate Accumulations of Litter | Livestock |

<u>Goals for the Plant component are:</u>
>   Improve cover of perennial grass species and decrease the dominance of cheatgrass.
>   Increase the competitive advantage of native plant associations to prevent noxious weed outbreaks.
>   Increase litter to provide soil cover and improve moisture relationships.

**Environmental Consequences**

*Alternative 1*- Under Alternative 1, the 1983 AMP proposed a system which deferred this pasture every other year. If, the proposed AMP system could have been implemented, with the combination of deferment and utilization limits, there are reasonable expectations that cover and composition of the identified plant communities would improve, resulting in a decrease in erosion.

The AMP was not implemented and this pasture has been grazed during the period November 1, to May 31, which is growing season long grazing use, every year. This has resulted in the problems indicated above in the soil and vegetation analysis of standards. No improvement is expected in the plant communities of concern with this program.

*Alternative 2*- Under Alternative 2, 1996 grazing program, this pasture would be grazed every year starting November 1, until May 1. Utilization would be limited to 40% of current annual growth during the period April 1 to May 1. Utilization would be limited to 60% current annual growth November 1 to March 30. Adhering to utilization limits would prevent overuse during the critical spring growing period. Under this alternative the pasture is allowed an opportunity to grow following grazing every year, which in conjunction with utilization limits should provide for be an improvement in plant cover and composition, and a decrease in erosion.

*Alternative 3*- Under Alternative 3, 1998 grazing system, on the grazing management area #1 (Appendix 3), off dates over a four year period would be April 1, May 1, May 20, and May 20. This pasture would receive complete deferment of growing season use, one out of four years and partial growing season deferment, one out of four years. This strategy would foster full growth of vegetation where livestock are removed by April 1, (40 days plus the regrowth period). Substantial plant recovery should occur where livestock are removed shortly after May 1 (7-8 days plus the regrowth period). Two out of four years grazing use would be beyond the last date of dependable opportunity for regrowth. This alternative would be highly dependant on good precipitation years during the May 1, off-date to allow appropriate regrowth. With appropriate regrowth this system would allow alternate year regrowth. Without appropriate regrowth this system becomes a one year in four deferred grazing system. In terms of vegetation response, as stated earlier this system may not allow for adequate opportunity for growth and reproduction of forage species, needed for improvement in cover or composition. Erosion rates would reflect the changes in vegetation.

Outside of the grazing management area, grazing would be permitted to May 20. On these areas

there would be no regrowth period.

*Alternative 4*- Under Alternative 4, 1999 grazing system, on the Grazing Management Area #1 (Appendix 3), off dates over a four year period would be April 1, May 1, May 7, and May 30. This area would receive complete deferment of growing season use, one out of four years and partial growing season deferment, one out of four years. The May 7, date would match the date of last dependable growth opportunity.  This strategy would foster full growth of vegetation where livestock are removed by April 1, (40 days plus the regrowth period).  Substantial plant recovery should occur where livestock are removed shortly after May 1 (7-8 days plus the regrowth period).  The May 7th date would provide regrowth on average precipitation years.  One out of four years grazing use would be through the growing season (0 day regrowth period). With appropriate moisture this system would allow regrowth three out of four years. With this system there is expected to be adequate opportunity for growth and reproduction of forage species, needed for improvement in cover or composition.  Erosion rates would reflect the changes in vegetation.

Outside of the grazing management area, grazing would be permitted to May 30.  On these areas there would be no regrowth period.

*All Alternatives*-Appendix 6 compares the opportunity for regrowth for the three alternatives.

**Landscape - Lower Horse Draw Pasture**

**Affected Environment**
Lower Horse Draw pasture contains 10,274 acres of public land.  Lower Horse Draw is an upland pasture, without the broad drainage bottoms of Cottonwood pasture.  Elevations range from 5,500 to 6,250 feet.

**Analysis of Standard 1 - Upland Soils**
The majority of soil erosion is the result of oil and gas development, primarily from roads.  The area of concern for soil erosion related to grazing is in the bottom of Big Horse draw and very localized around waters (1% of pasture).  On the Horse Draw pasture adjacent to waters the following problems with indicators were found:

| Indicators for Upland Soils - Standard 1 | Causative Factor |
|---|---|
| Lack of Litter Accumulating in Place | Oil & Gas Development - Livestock Grazing |
| Inappropriate Plant Canopy and Ground Cover | Oil & Gas Development - Livestock Grazing |
| Lack of Diversity of Plant Species | Livestock Grazing |
| Vigorous, Desirable Plants lacking | Livestock Grazing |

**Analysis of Standard 3 - Plant Component**
 Major vegetation types include hillside bunchgrass, pinyon/juniper, greasewood bottoms and sagebrush parks.  Noxious weeds are rarely found on this pasture.  All known locations have been controlled.  Problem noxious weeds have been spotted knapweed, Canada thistle and showy milkweed.  There are localized areas, around waters, which do not have appropriate accumulations of litter.

Within the Lower Horse Draw pasture forage plant growth is initiated approximately April 1, and ends June 1, with the last date of dependable growth May 10 (Appendix 7).

Problems with Indicators are:

| Indicators for Plants - Standard 3 | Causative Factor |
|---|---|
| Noxious Weeds and Undesirable Species | Cheatgrass -  Livestock Noxious Weeds - Oil and Gas Development |
| Lack Appropriate Accumulations of | Livestock |

| Litter | |
|---|---|

<u>Goals for the Plant component are:</u>

  Improve cover of perennial grass species and decrease the dominance of cheatgrass.
  Increase the competitive advantage of native plant associations to prevent noxious weed outbreaks.
  Increase litter to provide soil cover and improve moisture relationships.

**Environmental Consequences**

*Alternative 1*- Under the current Allotment Management Plan of 1983, this pasture would be rested every other year. The AMP was not implemented and this pasture was grazed during the period November 1, to May 31. Currently this pasture has distribution with areas that are under-utilized. The period of use is growing season long which would be a problem if the intensity of use was greater.

*Alternative 2*- Under the December 1996, AMP this pasture would be grazed every year starting December 1, as livestock drift onto the pasture, until May 1. Utilization would be limited to 40% of current annual growth at the end of the period March 1 to April 30. Utilization would be limited to 60% current annual growth during the period November 1, to March 30. Adhering to utilization limits would prevent overuse during the critical spring growing period and retain adequate litter for soil cover. Under this alternative vegetation composition and cover is not expected to change. Overall this pasture is in good condition and this grazing program would perpetuate this condition. Under this alternative distribution of livestock is expected to improve. Improving, increasing use of this pasture has the potential to decrease use of the adjacent pastures, increasing the opportunities for their improvement.

*Alternative 3*- Under Alternative 3, 1998 grazing system, The Big Horse Draw area between the Hatch corral and Main Stem Douglas Creek would, over a four year period, have four off dates. The off dates would be April 1, May 1, May 20 and May 20. Big Horse Draw would receive complete deferment of growing season use, one out of four years, and partial growing season deferment, one out of four years. This strategy would foster full growth of vegetation where livestock are removed by April 1 (40 days regrowth period). Substantial plant recovery should occur where livestock are removed shortly after May 1 (7-8 day regrowth period). Two out of four years grazing use would be through the growing season (0 days regrowth period). This alternative would be highly dependant on good precipitation years during the May 1 off-date to allow appropriate regrowth. If growing conditions are adequate following grazing, forage plants will meet their requirements for growth and reproduction every other year. Without appropriate regrowth this system becomes a one year in four deferred grazing system. In terms of vegetation response, as stated earlier, this system may not allow for adequate opportunity for growth and reproduction of forage species, needed to improve cover and composition. Erosion rates would reflect the changes in vegetation.

*Alternative 4*- Under Alternative 4, 1999 grazing system, on the grazing management area #2 (Appendix 3), off dates over a four year period would be April 1, May 1, May 7 and 15 (bottoms and uplands respectively), and May 30. On the bottoms this pasture would receive complete

deferment of growing season use, one out of four years and partial growing season deferment, one out of four years. The May 7 date would match the last date of dependable growth.  This strategy would foster full growth of vegetation where livestock are removed by April 1, (40 days plus the regrowth period).  Substantial plant recovery should occur where livestock are removed shortly after May 1 (7-8 day plus the regrowth period). The May 7th date would provide regrowth on average precipitation years.  One out of four years grazing use would be through the growing season (0 days regrowth period).  With appropriate moisture this system would allow regrowth three out of four years. With this system there is expected to be adequate opportunity for growth and reproduction of forage species, needed for improvement in cover or composition.  Erosion rates would reflect the changes in vegetation.

On the uplands there would be four off dates; April 1, May 1, May 15 and May 31. The April 1 off date would provide full opportunity for regrowth. The May 1 off date is expected to provide 9 days plus the regrowth period on average years. The May 15 off date would only provide for regrowth on above average precipitation years. The May 30 off date would not provide regrowth on most years. Generally this grazing system allows for three years of deferment followed by one year of grazing after the last date of dependable growth.  With this system there is expected to be adequate opportunity for growth and reproduction of forage species, needed for improvement in cover or composition.  Erosion rates would reflect the changes in vegetation.

*All Alternatives*-Appendix 6 compares the opportunity for regrowth for the four alternatives.

**Landscape - Water Canyon Pasture**

**Affected Environment**
This pasture contains 23,010 acres of public land.  Elevations range from 5650 feet to 7100 feet.

**Analysis of Standard 1 - Upland Soils**
On the Water Canyon Pasture the areas of concern are the soils in the bottoms and steep slopes.  The majority of erosion is the result of Oil and Gas Development, primarily from roads.  There are no erosion problems associated with grazing on the steep slopes.  On the Water Canyon pasture in the bottoms the following problems with indicators are found:

| Indicators for Upland Soils - Standard 1 | Causative Factor |
|---|---|
| Lack of Litter Accumulating in Place | Oil & Gas Development - Livestock Grazing |
| Inappropriate Plant Canopy and Ground Cover | Oil & Gas Development - Livestock Grazing |
| Lack of Diversity of Plant Species | Livestock Grazing |

**Analysis of Standard 3 - Plant Component**
Plant communities include sage/wheatgrass bottoms, greasewood bottoms, hillside bunchgrass, sagebrush flats and pinyon juniper ridges.  Noxious weeds are rarely found on this pasture.  All known locations have been controlled.  Problem noxious weeds have been Canada thistle.  There are localized areas adjacent to waters which do not have appropriate accumulations of litter.  Problems with Indicators are:

Within the Water Canyon pasture forage plant growth is initiated approximately April 1, and ends June 15 with the last date of dependable growth June 1 (Appendix 7).

Problems with Indicators are:

| Indicators for Plants -  Standard 3 | Causative Factor |
|---|---|
| Noxious Weeds and Undesirable Species | Cheatgrass -  Livestock Noxious Weeds - Oil and Gas Development |
| Lack Appropriate Accumulations of Litter | Livestock |

Goals for the Plant component are:

Improve cover of perennial grass species and decrease the dominance of cheatgrass.
Increase the competitive advantage of native plant associations to prevent noxious weed outbreaks.
Increase litter to provide soil cover and improve moisture relationships.

**Environmental Consequences**

*Alternative 1*-The 1983 AMP proposed a system which deferred this pasture every other year. If, the proposed AMP system could have been implemented, with the combination of deferment and utilization limits, there are reasonable expectations that cover and composition of the identified plant communities would improve, resulting in a decrease in erosion.

The AMP was not implemented and this pasture has been grazed during the period November 1, to May 31. Which is growing season long grazing use, every year. This has resulted in the problems indicated above in the soil and vegetation analysis of standards. No improvement is expected in the plant communities of concern with this management program.

*Alternative 2*- Under the December 1996, AMP this pasture would be grazed every year starting November 1, as livestock drift onto the pasture, until May 1. Utilization would be limited to 40% of current annual growth at the end of the period April 1 to March 30. Utilization would be limited to 60% current annual growth November 1 to March 30. Adhering to utilization limits would prevent overuse during the critical spring growing period.
During the spring period there would be a 40% utilization limit measured at the end of the growing period. With this grazing system there would be the opportunity for regrowth and reproduction of plant species during normal and increased precipitation years. On low precipitation years the amount of regrowth may not allow the plants to meet their phenological requirements. Overall this system is expected to improve the plant communities in cover and composition of desirable plant species. Erosion rates are expected to decrease as vegetation cover improves.

*Alternative 3*- Under alternative 3, 1998 grazing system, Grazing Management Area #3 (Appendix 3), Main Stem Douglas Creek and Little Vandamore draws would, over a four year period, have four off dates. The off dates would be April 1, May 1, May 20 and May 20. Grazing Management Area 3 would receive complete deferment of growing season use one out of four years and partial growing season deferment, one out of four years. This strategy would foster full growth of vegetation where livestock are removed by April 1 (40 days plus the regrowth period). Substantial plant recovery should occur where livestock are removed shortly after May 1 (7-8 days plus the regrowth period). Two out of four years grazing use would be through the growing season (0 days plus the regrowth period). This alternative would be highly dependant on good precipitation years during the May 1, off date to allow appropriate regrowth. If growing conditions are adequate following grazing, forage plants will meet their requirements for growth and reproduction every other year. Without appropriate regrowth this system becomes a one year in four deferred grazing system. In terms of vegetation response, as stated earlier, this system may not allow for an adequate opportunity for growth and reproduction of

forage species.  This system may not provide for an improvement in vegetation cover or composition.  Erosion rates would reflect the changes in vegetation.

Outside of the grazing management area, grazing would be permitted to May 20.  On these areas there would be no regrowth period.

*Alternative 4*- Under Alternative 4, 1999 grazing system, on the Grazing Management Area #1 (Appendix 3), off dates over a four year period would be April 1, May 1, May 15, and May 30. This area would receive complete deferment of growing season use, one out of four years and partial growing season deferment, two out of four years. The May 15 date would match the date of last dependable growth opportunity.  This strategy would foster full growth of vegetation where livestock are removed by April 1, (40 days plus the regrowth period).  Substantial plant recovery should occur where livestock are removed shortly after May 1 (15 days plus the regrowth period).  The May 15th date would provide regrowth on average precipitation years. One out of four years grazing use would be through the growing season (0 day regrowth period). With appropriate moisture this system would allow regrowth three out of four years. With this system there is expected to be adequate opportunity for growth and reproduction of forage species, needed for improvement in cover or composition.  Erosion rates would reflect the changes in vegetation.

Outside of the grazing management area, grazing would be permitted to May 30.  On these areas there would be no regrowth period.

*All Alternatives*-Appendix 6 compares the regrowth opportunity for the four alternatives.

**Landscape - Texas Creek Pasture**

This is the largest pasture on the allotment.  This pasture contains 64,894 acres of public land.  Elevations range from 6000 feet to 8400 feet.   This pasture is composed of canyonlands, mountainous terrain and broad valleys.  The broad valleys are located in the Texas Creek drainages. Because of the size of this pasture, for discussion purposes, this pasture has been divided into two units the West 1/2 and the East 1/2.

**Affected Environment** - **West Texas Pasture**
**Analysis of Standard 1 - Upland Soils**
The majority of the areas of concern for soil problems are on the bottomlands and adjacent hillsides.  On the Texas Creek pasture in the bottoms and on the alkaline slopes range site the following problems with indicators are: (15% of pasture).

| Indicators for Upland Soils - Standard 1 | Causative Factor |
|---|---|
| Excessive Rills and Soil Pedestalling | Wild Horses - Livestock Grazing |
| Actively Eroding Gullies | Wild Horses - Livestock Grazing |
| Inappropriate Plant Canopy and Ground Cover | Wild Horses - Livestock Grazing |
| Lack of Diversity of Plant Species | Wild Horses - Livestock Grazing |
| Vigorous, Desirable Plants lacking | Wild Horses - Livestock Grazing |

On the uplands of the Texas Creek basin there are indicators of soil problems.  There are also large horse trails crossing the bottoms of Texas Creek.  The size and depth of these horse trails prevents overland flow of water by gathering the water onto the trails and funneling the water off site.  Several of the horse trails now function as drainages with active head-cuts. These problems are almost exclusively because of overuse by wild horses.

**Analysis of Standard 3 - Plant Component**
Plant communities include sagebrush/greasewood/wheatgrass bottoms, desert shrub hillsides, sagebrush flats, pinyon/juniper ridges, and Douglas-fir hillsides. The problems indicated in the soils section are also expressed in the vegetation. In the Texas Creek basin there are areas on which desirable forage species have been totally grazed out leaving only annual forbs and grasses.  This also relates to the photosynthetic activity.  The annuals usually complete their life cycle before available moisture has become limiting.  These annual vegetation associations also lack appropriate accumulations of litter.  As stated earlier the vegetation problems are almost exclusively the result of overuse by wild horses.  Because of the degraded rangeland conditions Twin Buttes Ranch has significantly decreased their grazing use of this area.

On the lower elevations of the Texas Creek pasture forage plant growth is initiated approximately April 15 and ends June 5, with the last date of dependable growth May 20 (Appendix 7).  On the

upper elevations around Texas mountain forage plant growth is initiated approximately May 15, and ends August 15, with the last date of dependable growth July 21.

Problems with Indicators are:

| Indicator for Plants - Standard 3 | Causative Factor |
|---|---|
| Noxious Weeds and Undesirable Species | Cheatgrass - Wild horses - Livestock Noxious Weeds - Oil and Gas |
| Photosynthetic activity evident through growing season. | Wild Horses - Livestock |
| Lack Appropriate Accumulations of Litter | Wild Horses - Livestock |

Goals for the Plant component are:
> Improve cover of perennial grass species and decrease the dominance of cheatgrass.
> Increase the competitive advantage of native plant associations to prevent noxious weed outbreaks.
> Increase litter to provide soil cover and improve moisture relationships.

**Environmental Consequences**

Noxious weeds have been a problem on this pasture, two noxious weeds are of concern, Canada thistle and spotted knapweed.

The negative impacts of wild horse use in the Texas creek basin is well documented. The White River RMP decision concerning wild horses is for total removal. Following removal of the horses the following impacts related to livestock grazing are forecast.

*Alternative 1*- Under the 1983 AMP this area would be deferred from grazing every other year. As the AMP was not implemented, cattle used the allotment November 1, to June 16, which is season long grazing. There is a lack of upland waters which concentrates use in the bottoms. Growing season long grazing would continue to negatively impact the soil and vegetation resources. Livestock would continue to concentrate in the bottoms using these areas until the lack of forage requires using the hillsides and ridge tops. Unless stocking rates are decreased to the carrying capacity of the bottoms no improvement in vegetation condition or composition, or in erosion rates is expected.

*Alternative 2*- Under the grazing system of 1996, cattle would use the pasture, November 1, to December 1, with livestock moving through this pasture on the way to the winter ranges. The N1/3 would be available for grazing December 1 and ending May 1,. During the period May 1, to June 15, cattle would use the uplands, using the receding snow for water, while moving their way towards the summer ranges. The N1/3 would be devoid of cattle by June 1. The focus of grazing during the period May 1, to June 15, would be around Texas Mountain and the chainings

of Sand, Waggoneer and Mailbox ridges. Water developments and land treatments are proposed to make the uplands more suitable to livestock grazing. The uplands receive moisture throughout the summer months which allows for regrowth of the forage plants. During the spring period there would be a 40% utilization limit measured at the end of the grazing period. With this grazing system there would be the opportunity for regrowth and reproduction of plant species during normal and increased precipitation years. On low precipitation years the amount of regrowth may not allow the plants to meet their phenological requirements. Overall this system is expected to improve the plant communities in cover and composition of desirable plant species. Erosion rates are expected to decrease as vegetation cover improves.

*Alternative 3*-Under Alternative 3, (1998 grazing system), the West side of the Texas Creek Pasture, Grazing Management Area (4) would be deferred from grazing one out of four years starting approximately April 1, and deferred one year in four, starting the May 1, the other two years this area would be cleared of livestock approximately May 20. The two years that livestock use this area May 20, would allow for ten days of regrowth and reproduction during normal precipitation years. During drought years there may not be sufficient growth to meet the plants requirements for growth and reproduction. The opportunity for regrowth during the April 1, and May 1, years should provide the rest needed to improve the condition of these plant communities.

On the area outside Grazing Management Area 4, livestock would use the area until approximately June 1. On these areas there would be no opportunity for regrowth based on the period of use.

This system is dependant on the use of Texas Mountain and the chainings for spring use. The more spring use that is made on the mountain the greater the opportunity for regrowth on this pasture. This would also apply to the other pastures used during the spring. Livestock trailing use of the ridge leading to Texas Mountain would increase (no use presently). There is expected to be an increase in erosion along portions of this trail. Use of this trail and Texas mountain would decrease use of Little Horse Draw and West Douglas Creek improving vegetation and soil stability on these areas.

*Alternative 4*- Under Alternative 4, 1999 grazing system, on the Grazing Management Area #4 (Appendix 3), off dates over a four year period would be April 1, May 1, May 15, and May 31. This area would receive complete deferment of growing season use, two out of four years and partial growing season deferment, one out of four years. This strategy would foster full growth of vegetation where livestock are removed by April 1, (40 days plus the regrowth period). Substantial plant recovery should occur where livestock are removed shortly after May 1 (23 days plus the regrowth period). The May 15th date would provide regrowth on average precipitation years. One out of four years grazing use would be after the date of of last dependable opportunity for regrowth (0 days plus the regrowth period). With appropriate moisture this system would allow regrowth three out of four years. With this system there is expected to be adequate opportunity for growth and reproduction of forage species, needed for improvement in cover or composition. Erosion rates would reflect the changes in vegetation.

Outside of the grazing management area, grazing would be permitted to May 30. On these areas there would be no regrowth period.

*All Alternatives*-Appendix 6 compares the opportunity for regrowth for the four alternatives.

**Affected Environment - East Texas Pasture**
The East Texas pasture is mountainous with the primary vegetation being pinyon/juniper woodland. Several ridges have been chained to remove the pinyon /juniper overstory and increase forage.

**Analysis of Standard 1 - Upland Soils**
In the drainage bottoms of Upper Horse draw and West Douglas creek soil related problems related to intense livestock use and surface disturbance from oil and gas production. As a result of erosive soils and poor road construction and maintenance there is excessive erosion on roads. The causative factor of road erosion is energy development and county.

Problems with Indicators are:

| Indicators for Upland Soils - Standard 1 | Causative Factor |
|---|---|
| Actively Eroding gullies | Oil & Gas Development - Livestock Grazing |
| Inappropriate Plant Canopy and Ground Cover | Oil & Gas Development - Livestock Grazing |
| Lack of Diversity of Plant Species | Oil & Gas Development - Livestock Grazing |
| Vigorous, Desirable Plants lacking | Oil & Gas Development - Livestock Grazing |

**Analysis of Standard 3 - Plant Component**
Vegetation problems in Little Horse Draw and West Douglas Creek are the result of livestock grazing both period of use (growing season long) and intensity (Utilization often exceeds 80%).

Within the Texas Creek pasture forage plant growth is initiated approximately April 15, and ends June 1, with the last date of dependable growth May 20 (Appendix 5). On the upper elevations around Texas mountain forage plant growth is initiated approximately May 15, and ends August 15, with the last date of dependable growth July 21.

Problems with Indicators are:

| | |
|---|---|
| | |

| Indicators for Plants - Standard 3 | Causative Factor |
|---|---|
| Noxious Weeds and Undesirable Species | Cheatgrass - Wild horses, Livestock<br>Noxious Weeds - Oil and Gas |
| Photosynthetic activity evident through growing season. | Wild Horses - Livestock |
| Lack Appropriate Accumulations of Litter | Wild Horses - Livestock |

Goals for the Plant component are:
> Improve cover of perennial grass species and decrease the dominance of cheatgrass.
> Increase the competitive advantage of native plant associations to prevent noxious weed outbreaks.
> Increase litter to provide soil cover and improve moisture relationships.

**Environmental Consequences**

*Alternative 1*- Under the 1983 AMP this pasture was to be deferred every other year. As used currently, cattle used this pasture December 1, to June 16, which is season long grazing. There is a lack of upland waters which concentrates use in the bottoms. West Douglas creek has been the primary water for the cattle run by the Jim Steele. Twin Buttes Ranch uses Little Horse Draw and West Douglas as the major route for moving cattle between the winter and summer ranges. Duration and intensity of use has been identified as a problem (related to grazing) in maintaining the current vegetation problems in Little Horse and West Douglas Cr. With this program, current vegetation and soil problems would continue.

*Alternative 2*- Under the system proposed December 1996, Twin Buttes cattle would use the pasture starting May 1, and ending June 15. Cattle would graze the uplands using the receeding snow for water. The major change in use would be, Little Horse draw would no longer be the primary corridor for moving cattle to the summer ranges. Instead, cattle would be moved through Texas Creek, and along the main ridge to Texas Mountain. Livestock would use Texas Mountain and then work their way down through the Sand, Waggoneer and Mailbox chainings. Cattle would also use the allotment during the period November 1, to December 1. With this program there would be a decrease in grazing use of Little Horse Draw and West Douglas Creek as livestock increase their use of Texas Mountain. To meet the forage plants requirements for growth, reproduction and carbohydrate storage the lower elevations growth would have started in April giving a month growth prior to grazing. On all elevations of this pasture the forage plants would have about six weeks of regrowth following grazing to meet their growth requirements. Utilization would be limited to 40% during the growing season. To implement this change, waters and land treatments are proposed to improve the uplands suitability for livestock grazing.

*Alternative 3*-Under Alternative 3, 1998 grazing system, the East side of the Texas Creek Pasture would be used yearly during the periods of May 20, to June 12, and during November and December. As livestock learn the trail to Texas Mountain the intensity of herding livestock

would progressively decrease, as would the amount of use of the bottoms.  Improvement of the vegetation in the bottoms is dependant on the use of Texas Mountain, and the P/J chainings for spring use.  The more spring use that is made on Texas Mountain the greater the opportunity for reducing the intensity of use on the critical areas of this pasture. The discussion (Alt. 2) of the stock trail and decreasing use of Little Horse Draw in the West side Texas Creek is also applicable here.

Jim Steele would use the Texas Creek pasture throughout the winter and spring.  Winter use would occur on the south facing slopes on the ridges of Rope, Waggoneer, Mailbox, Sand and Upper Horse Draws.  When water becomes limiting on these ridges, the cattle would be moved onto the Mailbox and Waggoneer chainings.  Livestock would not be allowed to graze along West Douglas Creek.  Utilization would be limited to 40% during the growing season.  We would continue to control weeds under all alternatives.

*Alternative 4*- Impacts under Alternative 4 would be the same as Alternative 3.

**Landscape - West Creek Pasture**

**Affected Environment**
This pasture contains 18,127 acres of public land and 5,821 acres of private land.  Elevations range from 6,500 feet to 8,700 feet.  Plant communities include sage/wheatgrass bottoms, mountain shrub hillsides, pinyon juniper ridges, aspen pockets, and Douglas-fir slopes.

**Analysis of Standard 1 - Upland Soils**
Problems with soil indicators are found in the headwaters of Missouri creek as a result of season long and concentrated use  by livestock.  There are soil related problems on the bottoms of Missouri Creek.

Problems with Indicators are:

| Indicators for Upland Soils - Standard 1 | Causative Factor |
| --- | --- |
| Excessive rills and soil pedestalling | Livestock Grazing |
| Actively Eroding gullies | Livestock Grazing |
| Inappropriate Plant Canopy and Ground Cover | Livestock Grazing |
| Lack of Diversity of Plant Species | Livestock Grazing |
| Vigorous, Desirable Plants lacking | Livestock Grazing |

Analysis of Standard 3 - Plant Component
There are vegetation related problems near the head of Missouri Creek. Vegetation problems include Kentucky bluegrass which is a shallow rooted perennial that is the result of heavy grazing.  On this site production is less than 300 lbs. of forage per acre on a site that should be producing 2,000+ lbs./acre. Being a shallow rooted species, Kentucky bluegrass does not make use of water deeper in the soil profile, as a result growth of forage species through the growing season is severely limited.  Areas of Kentucky bluegrass are not resilient and lack diversity.  The current problems are related more to the current vegetation composition than the management. The lack of production of the Kentucky bluegrass along with the tendency for the livestock to concentrate in the bottoms, perpetuates the current plant community.  In order to break this cycle the climax species to must be given the opportunity to invade these sites and complete their requirements for growth and reproduction.  (The climax grass community on this site should be Columbia needlegrass, mountain brome, and elk sedge.) There continues to be problems with houndstongue, the knapweeds, Canada thistle and in the future problems with the biennial thistles are expected.

Within the West Creek pasture forage plant growth is initiated approximately June 1, and ends September 10, with the last date of dependable growth August 21.

Problems with Indicators are:

| Indicators for Plants - Standard 3 | Causative Factor |
|---|---|
| Noxious Weeds and Undesirable Species | Kentucky bluegrass-livestock Noxious Weeds - Oil and gas, livestock, Elk |
| Diversity and density exhibit resilience | Livestock |
| Photosynthetic activity evident through growing season. | Livestock |
| Lack Appropriate Accumulations of Litter | Livestock |

Goals for the Plant component are:

      Improve cover of native perennial grass species and decrease the dominance of bluegrass.
      Increase the competitive advantage of native plant associations to prevent noxious weed outbreaks.
      Increase litter to provide soil cover and improve moisture relationships.

**Environmental Consequences**

*Alternative 1*- Under the Alloment Management Plan of 1983, the head of Missouri Creek was to be deferred from grazing use every other year.  Under the interim system this area was authorized to be grazed during the period June 1 to October 31 which is growing season long grazing.  Twin Buttes has been working on a two year deferred/two year used rotation.  To date no determination as to the success of this system can be made because of the incomplete fences, incomplete water developments, incomplete brush treatments and trespass livestock.  The system proposed is the same as Alternative 3, and the analysis of soil and vegetation response would be the same.

*Alternative 2*- Under the proposed program December 1996, the head of Missouri Creek would be deferred from grazing every year.  The prescribed burn in the bowl of Missouri Creek would be completed and a fence built to keep livestock on this area.  The prescribed burn is expected to double the available forage in the Missouri Creek area.  The fence would prevent cattle from drifting to the head of the canyon.  Cooperative agreements have been approved for the construction of the ponds on the ridges.  These ponds would increase livestock use of the ridges and decrease use on the bottoms.  Deferring grazing every year would provide the forage species the opportunity to meet the requirements for growth and reproduction every year.  All grazing would be post carbohydrate storage period, when the opportunity to damage a forage plant, by grazing, is the least.  On other allotments using this grazing strategy there has been a dramatic improvement in plant composition to desired forage species, and total pounds of forage produced.

Soil stability is expected to increase as the vegetation component improves.

*Alternative 3*- Under Alternative 3, 1998 grazing system, the head of Missouri creek would be deferred from grazing for a two year period and then grazed during the growing season for a two year period.  The prescribed burn in the bowl of Missouri Creek would be completed and a fence built to keep livestock on this area.  The prescribed burn is expected to double the available forage in the Missouri Creek area.  The fence would prevent cattle from drifting to the head of the canyon.  Cooperative agreements have been approved for the construction of the ponds on the ridges.  These ponds would increase livestock use of the ridges and decrease use on the bottoms.  This grazing system would allow for meeting the plants requirements for growth and reproduction two out of four years.  This system is more dependant on the additional forage provided by the prescribed burn and ponds than is the deferred yearly option.  These range improvements would help to decrease grazing use on the areas currently overgrazed.  This system is expected to improve the vegetation component if, on the years the area is used during the growing season, livestock are properly distributed.  Soil stability would also improve with an improvement in vegetation composition.

*Alternative 4*- Impacts under Alternative 4 would be the same as Alternative 3.

**Landscape - West Douglas Creek Pasture**

**Affected Environment**
This pasture contains 4,907 acres of public land and 4,919 acres of private land. Elevations range from 6,650 feet to 8,800 feet. Plant communities include sage/wheatgrass bottoms, mountain shrub hillsides, pinyon juniper ridges, aspen pockets, and Douglas-fir slopes.

**Analysis of Standard 1 - Upland Soils**
On one parcel (80 acres) located in the bottom of West Douglas Creek, Standard 1 is not being met as a result of concentrated early season use. There are the following problems related to soils.

| Indicators for Upland Soils - Standard 1 | Causative Factor |
|---|---|
| Actively Eroding gullies | Livestock Grazing |
| Inappropriate Plant Canopy and Ground Cover | Livestock Grazing |
| Lack of Diversity of Plant Species | Livestock Grazing |
| Vigorous, Desirable Plants lacking | Livestock Grazing |

**Analysis of Standard 3 - Plant Component**
On one BLM parcel (80 acres) located in the bottom of West Douglas Creek the vegetation community lacks appropriate accumulations of litter. This is shown by the lack of ground cover on the slopes into West Douglas creek and high utilization rates on the upper terraces.

Throughout the West Douglas Creek pasture there have been outbreaks of noxious weeds. The main problem weeds are houndstongue, Canada thistle, bull and musk thistle and several knapweed species.

Within the West Douglas Creek pasture forage plant growth is initiated approximately June 1, and ends September 10, with the last date of dependable growth August 21.

Problems with Indicators are:

| Indicators for Plants - Standard 3 | Causative Factor |
|---|---|
| Noxious Weeds | Noxious Weeds - Oil and gas, livestock |
| Diversity and density exhibit resilience | Livestock - Elk |
| Lack Appropriate Accumulations of Litter | Livestock |

<u>Goals for the Plant component are:</u>
>Increase the competitive advantage of native plant associations to prevent noxious weed outbreaks.
>Increase litter to provide soil cover and improve moisture relationships.

**Environmental Consequences**

***Alternative 1***- Under the current grazing program livestock are concentrated on this area for the purpose of breeding during the month of June. Intensity of use has been identified as a problem. With this grazing system identified problems with vegetation and soils are expected to continue.

***Alternative 2***- Under the alternative proposed December 1996, this pasture would be rotated with the Red Rock Pasture, deferring grazing use every other year. There is also the opportunity to improve the forage component of this area by treating the tall sagebrush. If the intensity of use during the grazed year allows for adequate litter retention, there is expected to be an improvement in vegetation composition and cover, and soil stability.

***Alternative 3***- Under Alternative 3, 1998 grazing system, this pasture would be rotated with the Red Rock Pasture, deferring grazing use every other year. There is also the opportunity to improve the forage component of this area by treating the tall sagebrush. If the intensity of use during the grazed year allows for adequate litter retention, there is expected to be an improvement in vegetation composition, cover, and soil stability.

***Alternative 4***- Impacts under Alternative 4 would be the same as Alternative 3.

**Landscape - Red Rock Pasture**

**Affected Environment**

This pasture contains 3,839 acres of public land.  Elevations range from 5,600 feet to 8,000 feet. Plant communities include sage/wheatgrass bottoms, hillside bunchgrass, mountain shrub hillsides, pinyon juniper ridges.

**Analysis of Standard 1 - Upland Soils**

On the Red Rock pasture the soils of concern are in the bottoms.

Problems relating to the criteria of standard 1 are:

| Indicators for Upland Soils - Standard 1 | Causative Factor |
| --- | --- |
| Excessive rills and soil pedestalling | Livestock grazing |
| Actively Eroding gullies | Oil and Gas Development, Livestock Grazing |
| Litter Is Not Accumulating In Place | Oil and Gas Development, Livestock Grazing |
| Lack of Diversity of Plant Species | Livestock Grazing |
| Vigorous, Desirable Plants lacking | Livestock Grazing |

**Analysis of Standard 3 - Plant Component**

In the past, the majority of grazing on this pasture was growing season long and limited to the bottoms.  As a result, overgrazing was common.  Adjacent to livestock waters there is poor cover of perennial species.  Weed surveys have not been conducted on this allotment, but expectetations are there could have problems with houndstongue, the knapweeds, Canada thistle and the biennial thistles.

Within the Red Rock pasture forage plant growth is initiated approximately May 15, and ends July 15, with the last date of dependable growth June 15.

Problems with Indicators are:

| Indicators for Plants -  Standard 3 | Causative Factor |
| --- | --- |
| Noxious Weeds and Undesirable Species | Noxious Weeds - Oil and gas, livestock |
| Diversity and density exhibit resilience | Livestock |
| Photosynthetic activity evident through growing season. | Livestock |

| Lack Appropriate Accumulations of Litter | Livestock |
|---|---|

<u>Goals for the Plant component are:</u>
Increase the competitive advantage of native plant associations to prevent noxious weed outbreaks.
Increase litter to provide soil cover and improve moisture relationships.

**Environmental Consequences**

*Alternative 1*- This pasture was not a part of the allotment when the 1983 AMP was prepared.

*Alternative 2*- Under the alternative proposed December 1996, this pasture would be included in the West Douglas rotation allowing deferred use every other year. There is also the opportunity to improve the forage component of this area by treating the tall sagebrush, prescribed burning of the hillsides and providing upland water. Acquiring the Red Rock pasture increases the flexibility of the West Douglas rotation. The vegetation and soil  problems described above are expected to improve.

*Alternative 3*-Under Alternative 3, 1998 grazing system, this pasture would be included in the West Douglas rotation allowing deferred use every other year. There is also the opportunity to improve the forage component of this area by treating the tall sagebrush, prescribed burning of the hillsides and providing upland water. Acquiring the Red Rock pasture increases the flexibility of the West Douglas rotation. The vegetation and soil indicator problems described above are expected to improve.

*Alternative 4*- Impacts under Alternative 4 would be the same as Alternative 3.

**Landscape - Park  Pasture**

**Affected Environment**
The Park pasture contains 920 acres of public land and 1,000 acres of private land.  Elevations range from 5,650 feet to 6,100 feet.  Plant communities include sage/wheatgrass flats, hillside bunchgrass, and pinyon juniper ridges.

**Environmental Consequences**
No problems with the standards have been identified with the Park Pasture.

*Alternative 1*-  The Park pasture was acquired after preparation of the 1983 AMP, and was authorized to be used during the period March 1 to May 31.  During the past three years this pasture has been used during November and December.  No vegetation or soil problems have been associated with this grazing use.  No adverse impacts to the vegetation or soil resources are expected if this use is continued.

*Alternative 2*- Under the alternative proposed December 1996, grazing use would have been authorized during the period of May 1 to June 15.  Grazing would tie in with the removal of livestock from the Cottonwood allotment.  As a result of higher precipitation, good water distribution and excellent vegetation conditions, current vegetation and soil conditions are expected to be maintained.

*Alternative 3*- Under Alternative 3, 1998 grazing system, grazing use would be authorized during the period November 1 to June 12.  Grazing would tie in with removal of livestock from the Cottonwood allotment and turning out of first year cows and calves.  Expected use would be May 1 to June 1.  As a result of higher precipitation, good water distribution and excellent vegetation conditions, current vegetation and soil conditions are expected to be maintained.

*Alternative 4*-Under Alternative 4 , 1999 grazing system, grazing use would be during the period November 15 to January 30 every year. This pasture would be deferred from grazing every year providing an opportunity for growth and reproduction every year.  Excellent vegetation conditions would be maintained.

**Landscape- Twin Buttes Allotment**

**Grazing Management**
Twin Buttes Ranch Company is a cow/calf operation that also maintains a registered hereford herd.  Twin Buttes is reliant on the public lands for grazing throughout the year.

In general the northern part of the allotment is lower in elevation with a milder climate and precipitation averaging about 10-12 inches per year. These lower elevations are used during the winter and spring.  The middle elevations, centered around Texas mountain has a wide variance in elevation and vegetation associations. This area is used during the fall, winter, and spring.  The southern part of the allotment has the highest elevations (8000feet) with precipitation ranging from 15-20 inches/year.  This area is used during the summer and fall.

Listed below are the acre and Animal Unit Month (AUM) statistics for the Twin Buttes allotment.

Area and Land Status

| Ownership | Acres | AUMs | % Acres | % AUMs |
|---|---|---|---|---|
| Federal | 142883 | 11540 | 90 | 65 |
| Private (Controlled) | 15237 | 6000 | 10 | 35 |
| Private Uncontrolled | 400 | | | |
| Total | 158520 | 17540 | 100 | 100 |

Park Pasture and Red Rock have been included.

**Qualifications** Twin Buttes Allotment By Operator

| Operator | Active AUMs | Suspended AUMs | Total |
|---|---|---|---|
| Twin Buttes | 11,143 | 1,130 | 12,273 |
| James Steele | 407 | 57 | 464 |
| Total | 11,550 | 1,187 | 12,737 |

Twin Buttes Allotment Qualifications By Pasture

| Pasture | Active | Suspended | Total |
|---|---|---|---|
| Cottonwood | **1340** | **1130** | 2470 |
| Lower Horse Draw | **680** | 0 | 680 |
| Water Canyon | **3360** | 0 | 3360 |
| Park Canyon | **96** | 0 | 96 |
| Texas Creek | **3143** | 0 | 3143 |
| Red Rock | **140** | 0 | 140 |
| West Douglas | **1095** | 0 | 1095 |
| West Creek | **1289** | 0 | 1289 |
| TOTALS | **11,143** | **1,130** | **12,273** |

**Environmental Consequences**

There would be no changes to the information provided above by the three alternatives.

**Wild Horse Management**

**Affected Environment**

A large portion of the Twin Buttes allotment is within the West side of the Douglas Herd Area. Following passage of the Wild Free Roaming Horse and Burro Act this area was inventoried in 1974 to determine the number of horses present. That inventory (1974) found nine horses to be present in the area. These horses were part of the herd that now occupies the Piceance/East Douglas Herd Management Area. The allotment was evaluated but not identified as key habitat associated with the 1974 distribution. Horses later expanded into the area between 1974 and 1981 when the first gather operation was conducted ten years after passage of the act. Several horse gathers were conducted (1981, 1984 and 1985) with the population following the 1985 capture estimated at 28 horses. Additional gathers have taken place, with the 1998 population of horses estimated at about 60 head.

The White River Resource Area Resource Management Plan of 1996 decision for wild horses management on the Twin Buttes allotment is for: in the short term (0-10 years) to provide forage for a herd of 0 to 50 horses in this area. The long term objective (+10 years) will be to remove all

wild horses from this area.

**Environmental Consequences**
*Alternative 1*- 1984 Grazing Program.  The grazing program in itself benefitted the horses by increasing the number water facilities and increasing forage through vegetation manipulations. The major contributors to increasing forage were the prescribed burns on the Sand and Waggoneer ridges, and the 1986 pinyon/juniper chainings on Mailbox ridge.  Horses have used these developments intensively.

*Alternative 2*- 1996 Grazing Program and *Alternative 3*-1998 Section 8 recommended program, and *Alternative 4*- Under these alternatives livestock grazing use would increase around Texas mountain and on the pinyon/juniper chainings.  Livestock use of these areas, which were previously used by horses almost exclusively,  would lead to direct forage competition between the horses and livestock.  Within the Texas creek area degraded range conditions were attributed to wild horses use.  Given the horses fidelity to their home ranges which prevents decreasing the frequency, intensity and duration of grazing use, there is no opportunity for implementing a livestock management strategy that would improve these areas.

**Landscape  - Douglas Creek Watershed**

**Affected Environment**
The following pastures are within the Douglas Creek Watershed: Texas Creek East, north half of Texas Creek West, Water Canyon, Lower Horse Draw, east half of West Creek, West Douglas Creek, and Red Rock.  Douglas Creek is tributary to the White River near Rangely Colorado. The hydrologic setting of the Douglas Creek watershed ranges from relatively low lying, semi-arid lands yielding relatively little flow to steep, moderately high mountains that contribute major flows to Douglas Creek. There is very little flow or water quality data available for the tributaries to Douglas Creek.  A USGS gaging station at the mouth of Douglas Creek collected instantaneous flows and periodic water quality data for the years,  1977, 1978 and 1995. For the period of record, data indicates, this drainage to be an ephemeral stream, flowing in direct response to snow melt or rain.  Spring runoff from the semi-arid lands generally occurs from March through early May and from the higher terrain, into early June.  Documented instantaneous peak flows from summer storms are 3,250 cfs on July 24, 1977, and  541 cfs July 14, 1995. The major pollutants the Douglas Creek watershed contributes to the White River is high sediment and salinity loads. USGS measured a late summer rainstorm on October 6, 1994.  The instantaneous sediment at a discharge of 6.3 cfs was 15,800 mg/l or 270 tons per day with a specific conductance of 4,750 umhos. Douglas Creek watershed is also listed in the White River RMP as a fragile watershed because it has soils that are both highly erosive and moderately saline.  Sensitive (e.g. fragile soils) watersheds have a very high erosion potential and are frequently high in salts.  It is evident from the data collected by the USGS, that these drainages often contribute increased sediment and salinity loads into the White River.

**Analysis of Standard 2 - Riparian Systems**
Within the Douglas Creek watershed riparian systems occur on Main Douglas,  West Douglas and West Creek.   Main Douglas and West Creek are in Proper Functioning Condition with an upward trend.  West Douglas Creek is split between Not Functioning and Functioning at Risk.  Trend on these streams is upward.   West Douglas is projected to have a Proper Functioning Classification within five years.

*Alternative 1*-The 1983 AMP proposed a system which deferred this pasture every other year.  If, the proposed AMP system had been implemented, with the combination of deferment and utilization limits, there are reasonable expectations that that development of the riparian area would be enhanced on Main and West Douglas Creeks.

The AMP was not implemented, and the area along Main and West Douglas Creeks have been grazed during the period November 1, to May 31, which is growing season long grazing use, every year.  On uplands season long grazing can be a problem.  Riparian areas function differently because of an enhanced growing season and in this case livestock's forage preference.  Livestock preference in the spring is for grasses and forbs and not for willows. This improvement in the woody component of the riparian zone.  During the fall and winter livestock change their forage preference and do browse willows.  To date we have seen an increase in the dominance in willows

throughout the stream system and can conclude winter grazing under this grazing system and at current levels is acceptable.

*Alternative 2*- Under the December 1996, AMP this pasture would be grazed every year starting November 1, as livestock drift onto the pasture, until May 1. Utilization would be limited to 40% of current annual growth at the end of the period April 1 to March 30. Utilization would be limited to 60% current annual growth November 1 to March 30. With this grazing system there would be additional opportunity for development of the riparian areas resulting from improved vegetation cover and improved water relationships on the uplands. Adhering to utilization guidelines would maintain a forage reserve which would decrease use of herbaceous riparian vegetation. The herbaceous component of riparian vegetation is important in silt gathering and bank building.

*Alternative 3*- Under Alternative 3, 1998 grazing system, the Big Horse Draw, Main Stem Douglas Creek and Little Vandamore draws would, over a four year period, have four off dates. The off dates would be April 1, May 1, May 20 and May 20. During the years livestock are removed April 1 and May 1, there should be a decrease in the use of upland forage which would relate to less use of the herbaceous component of riparian vegetation. On these years the additional stubble would be valuable in retaining silt. On the May 20, off dates there would be less stubble for retaining silt. Overall the riparian community is expected to continue improving.

*Alternative 4*- Under Alternative 4, the off dates for the critical area would be April 1, May 1, May 15 and May 31. This system offers forage plants the opportunity to grow following grazing three out of four years. On these years the additional stubble would be valuable for retaining silt. Overall the riparian community is expected to continue improving.

## Analysis of Standard 5 - Water Quality

The State has classified this segment of the White River and its tributaries (from above Douglas Creek to the state line) as a "Use Protected" reach. It's designated beneficial uses are: Warm Aquatic Life 2, Recreation 2, and Agriculture. The antidegradation review requirements in the Antidegradation Rule, are not applicable to waters designated use-protected. For those waters, only the protection specified in each reach will apply. For this reach, minimum standards for three parameters have been listed. These parameters are: dissolved oxygen = 5.0 mg/l, pH = 6.5 - 9.0 and Fecal Coliform = 2000/100ml. In addition, this lower reach of the White River and its tributaries are also listed in the report, "Water Quality Limited Segments still requiring Total Maximum Daily Loads (TMDLs)", a list prepared by the state to fulfill section 303(d) of the *Clean Water Act*. This segment is one of many drainages the state found to have reason to suspect water quality problems. The source of impairment for these tributaries is sediment. Currently the state does not have a numerical standard for sediment loads.

## Environmental Consequences

*Alternative 1*-The grazing management proposed in this alternative (current management) has not been implemented. Current management of continual grazing during the growing season without any rest has contributed to some of the erosion and water quality problems within the watershed.

Fragile watersheds that have a very high erosion potential (i.e. Douglas Creek) are frequently high in salts and can contribute to increased salinity loads to the White River and the Colorado River Basin. Annual runoff is dynamic and dependent on some aspects we control, such as the amount of vegetation retained for watershed protection and vegetation density. Depleting this vegetation cover needed to protect watersheds from raindrop impact and runoff could cause long-term erosion and water quality problems for Douglas Creek and on downstream. If the proposed allotment management plan would have been implemented with the combination of deferment and utilization limits, this plan may of been adequate to protect the watershed during normal runoff years.

*Alternative 2-*Under this alternative, Douglas Creek and its tributaries would be utilized during the winter months from November 1 until May 1 and be limited to 40% of the current annual growth. Having utilization limits and removing the cattle before the end of the growing season, would help maintain vegetation needed to protect the watershed from runoff and potentially reduce the amount of erosion and sedimentation that could occur.

*Alternative 3-*Alternative 3 grazing system allows for rest one in four years after April 1 and one in four years after May 1. This system is dependent on getting the required growing conditions during these years to allow for regrowth and watershed protection. Annual runoff from public land is quite variable and is dependent on the amount of precipitation and management practices. During normal climatic years, this rest would probably be adequate. If there are years when precipitation is below the norm, vegetation regrowth needed to protect the watershed from erosion may not be accomplished. During drought years, forage deficits could deplete the vegetative cover needed to protect watersheds from runoff and erosion and could cause long-term watershed problems. Under this grazing system, there would be no utilization limits implemented to assure adequate vegetation cover exists to protect the watershed. Sediment and erosion rates to Douglas Creek would probably remain the same or even increase.

*Alternative 4-*This area would receive complete deferment of growing season use, one out of four years and partial growing season deferment, two of four years. One out of four years grazing use would be through the growing season (0 day regrowth period). With appropriate moisture this system would allow regrowth three out of four years. With this system there is expected to be adequate opportunity for growth and reproduction of forage species, needed for improvement in cover or composition. During drought years, forage deficits could deplete the vegetative cover needed to protect watersheds from runoff and erosion and could cause long-term watershed problems. Under this grazing system, there would be no utilization limits implemented to assure adequate vegetation cover exists to protect the watershed. Sediment and erosion rates to Douglas Creek would probably remain the same or decrease.

**Landscape  -  Evacuation Creek Watershed**

**Affected Environment**
The following **pastures** are within Evacuation Creek Watershed: south half of Texas Creek West, west half of West Creek and Park Canyon.  Texas and Missouri Creeks are tributary to Evacuation Creek which is tributary to the White River in Utah.  Surface water and water quality data are not available for these tributaries of Evacuation Creek.  The hydrologic setting of area ranges from relatively flat dissected basins to steep, barren side slopes in the upper reaches.  Runoff from these semi-arid areas is generally snowmelt from March through May and high intensity summer and late fall rainstorms. Texas Creek is an ephemeral channel and tributary to Missouri Creek while Missouri Creek is tributary to Evacuation Creek.  Both Missouri Creek and Evacuation Creek are intermittent streams, having perennial segments in the upper reaches of the watershed.

Currently, there are two active soil stabilization plans within the Lower Missouri Creek watershed.  The purpose of these activity plans are to reduce the present rate of soil erosion, control salinity transportation off-site, improve native plant cover and aid the watershed's ability to retain precipitation.

The upper reaches of Evacuation Creek (Texas and Missouri Creeks) are listed in the White River RMP as a fragile watershed.  This listing is due to the highly erosive soil within the watershed and the fact that it contains soils that are moderately saline. The RMP recommends using best management practices (BMP's) to help heal the watershed and reduce sediment and salinity loads to the Colorado River Basin.

**Analysis of Standard 2 - Riparian Systems**
Within this the project area, Missouri creek, is the only stream system with potential for important riparian values.  Currently Missouri creek is classified as Not Functioning.  The causative factor for this classification is livestock grazing.  An exclosure has been constructed to exclude livestock from important spring sources and from a large headcut.  The Colorado Department of Agriculture, Section 8, final report stated; "Inspection by the team has found that there is a combination of influences occurring in this area.  There is a history of limited number of trespass cattle that continues and was observed by the team during a field tour.  However, the area of concern appears to be small in acreage with most of the vegetation beyond the stream bottom showing good vigor.  Additionally, when the cattle rotation uses Missouri Creek early, frequently there is inadequate regrowth and recovery."  The Twin Buttes ranch analysis identified frequency and intensity of use as the problems in grazing use contributing to the current upland conditions.  (Uplands in this reference is the bottom of Missouri Creek.).  Much of the upper reach of Missouri Creek is an entrenched channel.  The streambank materials are relatively fine and dependant on riparian vegetation for bank stability.  True riparian vegetation along the channel is lacking.  There is some wild rose and nettle colonizing the banks, but their contribution to stability is minor.  Also, with the severity of entrenchment, in order for riparian function to be restored, regrading of the stream-banks to the point of developing a floodplain is required.   This will be a massive loss of streambank material.

Texas Creek has no riparian vegetation nor is there any known opportunity for the development of a riparian system in this channel.  The proposed action would not improve this stream system.

**Environmental Consequences**

**West Creek Pasture-Evacuation Creek Watershed**
*All Alternatives-* The discussion of upland vegetation environmental consequences for West Creek pasture, page 23, strongly influences riparian conditions and potential.  In all cases there will be bank loss until the channel widens to the point of allowing development of meanders and a functional floodplain.  Vegetation along the stream course will be critical to maintaining the stability of the streambank and allowing the floodplains to function, allowing aggradation of the channel.  Trespass of livestock from the adjacent allotment is expected to decrease as a result of a recently constructed fence.  This fence will place two barriers between the cattle and the head of Missouri Creek.  Grazing use of the identified problem area would be decreased with a commensurate opportunity for vegetation to improve on the riparian area.

*Alternative 1-*Under the management prescribed under the AMP of 1983, "livestock were to remain dispersed in these pastures for the duration of the summer, June 15 to October 15", which would have been growing season long grazing every year.  This would not allow improvement in vegetation of the bottoms or riparian areas as grazing frequency, intensity and duration would be excessive.

Twin Buttes Ranch was developing a summer grazing rotation.  The grazing rotation would defer grazing on Missouri creek for two years and then use Missouri creek for two years during the growing season.  During development of this rotation, range improvements were completed including; prescribed burns on the Twin Buttes benches and Oak Spring benches.  Stock ponds, fences and stock trails have been constructed or are in the planning stages which would further improve control of livestock on the West Creek pasture. Additional prescribed burns are in the planning stages to increase forage and improve distribution of livestock. With this program the riparian area is expected to improve if on the years the area is used during the growing season, livestock are properly distributed.

*Alternative 2-* Under the management prescribed under the AMP of 1996, the head of Missouri creek would be deferred from grazing every year.  The range improvements identified above would also be a part of this alternative.  Livestock distribution would improve with greater use of the uplands, and decreased use in the bottoms, which is desired.  Upland vegetation is expected to improve considerably in terms of cover and composition decreasing surface erosion.  The intensity of flows resulting from summer showers are expected to be moderated as a result of increased interception and percolation on the uplands.  The opportunity for riparian vegetation to increase and stabilize the channel would be improved under this alternative.

*Alternatives 3 and 4-* Under Alternative 3, 1998 grazing program: The grazing program and expected impacts would be the same as the second paragraph, Alternative 1, above.

**West Texas Creek Pasture-Evacuation Creek Watershed**

The negative impacts of wild horse use in the Texas creek basin is well documented. The White River RMP decision concerning wild horses is for total removal. Following removal of the horses the following impacts related to livestock grazing are forecast.

*Alternative 1-* Under the 1983 AMP this area would be deferred from grazing every other year. As the AMP was not implemented, cattle used the allotment November 1, to June 16, which is season long grazing. There is a lack of upland waters which concentrates use in the bottoms. There would be a lack of vegetation needed to protect soils. Summer thunderstorms are of high intensity and without vegetation to protect the soils there would be an increase in erosion. Summer thunderstorms would transport high sediment loads downstream.

*Alternative 2-* Within the Texas creek area grazing would end May 1st allowing for regrowth every year. Overall this system is expected to improve the plant communities in cover and composition of desirable plant species which would protect soil on-site. Capture of runoff by vegetation and protection from sheet erosion would decrease the transport of sediment downstream, during thunderstorm events.

*Alternative 3-*Under Alternative 3, (1998 grazing system), the West side of the Texas Creek Pasture, Grazing Management Area (4) would be deferred from grazing two out of four years, with the other two years this area would be cleared of livestock approximately May 20. The two years that livestock use this area May 20, would allow for ten days of regrowth and reproduction during normal precipitation years. During drought years there may not be sufficient growth to meet the plants requirements for growth and reproduction which increases the opportunity for erosion and downstream transportation of sediments.

On the area outside Grazing Management Area 4, livestock would use the area until approximately June 1st. On these areas there would be no opportunity for regrowth based on the period of use. If livestock numbers are not commensurate with forage production there is the opportunity for decreased health in these vegetation communities which would contribute to surface erosion and downstream transportation of sediments.

*Alternative 4-* Under Alternative 4, 1999 grazing system, With appropriate moisture this system would allow regrowth three out of four years. With this system there is expected to be adequate opportunity for growth and reproduction of forage species, needed for improvement in cover or composition. Erosion rates would reflect the changes in vegetation.
On the area outside Grazing Management Area 4, livestock would use the area until approximately June 1. On these areas there would be no opportunity for regrowth based on the period of use. If livestock numbers are not commensurate with forage production there is the opportunity for decreased health in these vegetation communities which would contribute to surface erosion and downstream transportation of sediments.

**Analysis of Standard 5 - Water Quality**
As required by the Clean Water Act, the state of Utah has designated the White River from the Colorado-Utah state line to the confluence with the Green River as fully supporting of all of its beneficial use classifications. This segments beneficial use classification are: Recreation and Aesthetics, 2B; and Aquatic Life Use Support, 3C. Four parameters have been listed on the Numeric Criteria for this reach. These parameters are: dissolved oxygen = 5.5 mg/l, pH = 6.5 - 9.0, maximum Fecal Coliform = 2000/100ml and maximum Total Coliform = 5000/100ml. For these parameters, a fully supporting rating indicated the criterion was not exceeded in more than 10% of the samples collected. Evacuation Creek in Utah has not been assessed at this time. Data that is available for this drainage indicates total dissolved solids entering the White River to exceed state standards in 18 of the 19 samples collected. The mean concentration was 3,041 mg/l.

**Environmental Consequences**
*Alternative 1*-Current management of continual grazing during the growing season, without any rest contributes to erosion and water quality problems. As stated in the affected environment, Evacuation Creek and its tributaries are listed as fragile watersheds. The BLM is required through the Colorado River Basin Salinity Control Act to avoid increasing salt loads to the Colorado River Basin through the use of BMP's. Depleting the vegetation cover needed to protect watersheds from raindrop impact and runoff could cause long-term erosion and water quality problems for Evacuation Creek and on downstream. Any increase in sediment and salt transport would have a negative impact to the watershed by increasing salinity loads in the White River and consequently the Colorado River Basin.

*Alternative 2*-Under this alternative, Evacuation Creek and its tributaries would be utilized during the winter months from November 1 until May 1 and be limited to 40% of the current annual growth. Having utilization limits and removing the cattle May 1 would maintain vegetation to protect the watershed and potentially reduce the amount of erosion and sedimentation that could occur.

*Alternative 3*-Alternative 3 grazing system allows for rest one in four years after April 1 and one in four years after May 1. This system is dependent on getting the required growing conditions during these years to allow for regrowth and watershed protection. During normal climatic years, this probably would be adequate. If there are years when the climate is below the norm, vegetation regrowth needed to protect the watershed from stream-bank and upland erosion may not be accomplished.

*Alternative 4*-Under this alternative the grazing system allows for deferment on the critical area, three out of four years. With this grazing system the opportunity for regrowth should be adequate to protect the watershed from stream-bank and upland erosion.

**Landscape - Cottonwood Creek Watershed**

**Affected Environment**
The following pastures flow into Cottonwood Creek Watershed: Cottonwood and a small northern portion of Texas Creek West. Cottonwood Creek is an ephemeral drainage that is tributary to the White River downstream from Rangely Colorado. It is typical of a semi-arid setting, in that runoff comes during spring snowmelt and intense summer or late fall rainstorms and carries with it, elevated sediment loads. A localized intense storm has the ability to erode upstream sediments deposited over a five to ten year period in just one event. Cottonwood Creek watershed is listed in the White River RMP as a fragile watershed because it is a low precipitation area with flashy intense runoff and soils that are highly erosive.

**Analysis of Standard 2 - Riparian Systems**
Cottonwood Creek has no riparian vegetation nor is there any known opportunity for the development of a riparian system in this channel. Cottonwood creek is named for several cottonwoods growing within two miles of the confluence of the White river. The cottonwood habitat is the result of side hill springs which do not contribute to Cottonwood Creek.

**Analysis of Standard 5 - Water Quality**
Water quality of all water bodies, including groundwater where applicable, located on or influenced by BLM lands will achieve or exceed the Water Quality Standards established by the State of Colorado. Water Quality standards for surface and ground-waters include the designated beneficial uses, numeric criteria, narrative criteria and antidegredation requirements set forth under State law as found in (5 CCR 1002-8) as required by Section 303(c) of the Clean Water Act.

The State has classified this segment of the White River and its tributaries (from above Douglas Creek to the state line) as a "Use Protected" reach. It's designated beneficial uses are: Warm Aquatic Life 2, Recreation 2, and Agriculture. The antidegredation review requirements in the Antidegredation Rule, are not applicable to waters designated use-protected. For those waters, only the protection specified in each reach will apply. For this reach, minimum standards for three parameters have been listed. These parameters are: dissolved oxygen = 5.0 mg/l, pH = 6.5 - 9.0 and Fecal Coliform = 2000/100ml.

In addition, this lower reach of the White River and its tributaries are also listed in the report, "Water Quality Limited Segments still requiring TMDLs", a list prepared by the state to fulfill section 303(d) of the *Clean Water Act*. This segment is one of many drainages the state found to have reason to suspect water quality problems. The source of impairment for these tributaries is sediment. Currently the state does not have a numerical standard for sediment loads.

**Environmental Consequences**
*Alternative 1-*Current management of continual grazing during the growing season without any rest contributes to erosion and water quality problems. Fragile watersheds that have a very high erosion potential (i.e. Cottonwood Creek) are frequently high in salts and can contribute to increased salinity loads to the White River and the Colorado River Basin. Annual runoff is dynamic and dependent on some aspects we control, such as the amount of vegetation retained for watershed protection and vegetation density. Depleting this vegetation cover needed to protect

watersheds from raindrop impact and runoff could cause long-term erosion and water quality problems for Cottonwood Creek and on downstream.

*Alternative 2*-Under this alternative, Cottonwood Creek would be utilized during the winter months from November 1 until May 1 and be limited to 40% of the current annual growth. Having utilization limits and removing the cattle May 1 would maintain vegetation to protect the watershed and potentially reduce the amount of erosion and sedimentation that could occur.
*Alternative 3*-Alternative 3 grazing system is dependent on getting precipitation during late spring, early summer when historically more precipitation in Cottonwood Creek comes from late summer, early fall thunderstorms. Concerning watershed protection, this alternative does not address management during periods of draught and low growth years. As stated in the affected environment, Cottonwood Creek is considered a fragile watershed due to the low amount of yearly precipitation and flashy, late summer rainstorms it receives. Proper grazing practices is consequential in providing the needed cover to reduce erosion and sedimentation from both streambed and upland sources.

*Alternative 4*- Under this alternative, the critical area of Cottonwood creek would have some form of deferment three out of four years. This grazing system offers the opportunity to change the composition from a cheatgrass understory to that of western wheatgrass. The additional cover and deeper root structure of western wheatgrass would provide greater soil protection to the area. A reduction in erosion and sediment transport could occur.

**Landscape - Region**

**Affected Environment**
The following resources either by their general occurrence or the scale by which they are managed are being discussed at a regional scale, which is the entire project area. This regional scale contains the area between the Cathedral Bluffs (East), Utah (West), Rangely (North) and Douglas Pass to the South. Approximate acreage is 400,000 acres.

**Analysis of Standard 3 - Animal Component**

**Affected Environment:**
Numerous wildlife species occupy and inhabit the region within which the Twin Buttes allotment occurs on both a temporary and year-round basis. Species upon which management emphasis is placed include big game (mule deer and elk) and raptors (notably cliff-nesting golden eagle and red-tailed hawk, and woodland nesting accipiters and small owls). Other groups receiving consideration include cold-water fish (Colorado Cutthroat Trout), grouse (blue and sage), and neotropical migratory birds.

Game Management Unit 21 (within which this allotment lies) is currently a trophy unit for mule deer, and thus receives heightened awareness by both the Colorado Division of Wildlife (CDOW) and the BLM. Management, in terms of hunting regulations and habitat enhancement, is geared to improving herd dynamics and numbers. Suitable summer habitat is confined to a portion of the

Cathedral Bluffs, the Baxter/Douglas Pass divide, and isolated tracts on Oil Spring, Texas, and Rabbit Mountains.  The CDOW has designated approximately 150,000 acres in this unit as critical summer range habitat.  This habitat can be described as upper elevation areas in the spruce-fir zone with use occurring on the fringes in the aspen and deciduous shrub vegetation types. Approximately 60% of the population winters at lower elevations in the Douglas, Missouri, and Evacuation Cr. drainages having significant expanses of mature pinyon and juniper woodlands (used as thermal cover) adjacent to sagebrush and/or deciduous browse.

Elk in this area have increased in numbers in recent years, and both the CDOW and the BLM have attempted to learn more of their movements and seasonal use areas.  Currently, elk critical summer range habitat overlaps that of mule deer, but is somewhat more limited in extent.  There is thought that population levels are much higher in the summer than in the winter, with animals moving out of the unit westward into Utah, and to the south onto the Colorado River side of the Baxter/Douglas divide during winter.  Elk numbers have increased such that forage/riparian conflicts with livestock and wild horses have begun to occur in limited areas.  This can be observed on a number of vegetation treatments manipulated to improve livestock forage in addition to some headwater stream reaches.

Raptors are observed with regularity in this area, however, nesting records are heavily skewed toward the more conspicuous cliff-nesting species.  Golden eagles and red-tailed hawks nest predominantly on cliff faces overlooking the narrow drainages that are found throughout this region, and are readily observable by the many roads put in place through oil and gas exploration efforts.  Woodland nesting species, including northern goshawks (a species of concern), Cooper's and sharp-shinned hawks, northern pygmy, saw-whet, and flammulated owls, as well as long-eared owls, are much less commonly observed, and very few nests have been recorded compared to the potential habitat that is available.  Although the majority of these birds would likely be found in the large expanses of PJ, inventory of this type has been lacking.  An inordinately high number of breeding raptors can be found in the relatively small and dispersed woodlands in the spruce-fir, aspen, and riparian types.  Portions of this region may also contain Mexican Spotted Owls (a federally threatened species).  Suitable habitat includes cliffs and/or conifers in steep, highly dissected drainages.  No known sightings have been recorded.

Although a very important Colorado River Cutthroat Trout fishery exists in the region, the majority of suitable habitat is found outside of this allotment.  There are currently no known CRCT fisheries found within the allotment, and no other cold-water fisheries are known to exist.

Blue and sage grouse are found in the region, however, due to their confined extent, sage grouse observations are relegated predominantly to areas north of the allotment in areas having significant sagebrush habitats.  Blue grouse are relatively widespread in the higher elevations.  Habitats used in the summer include upper elevation mixed shrub areas (>7200') whereas winter habitats are restricted predominantly to the spruce and fir zones.

Although little structured avian population monitoring occurs in this area, neotropical migratory birds have become important indicators of rangeland health and have been elevated in importance nationwide.  Over 200 species of nongame birds have been recorded in the region, located in all

habitat types (the majority are found in the extensive PJ vegetation type). However, highly specialized birds can be found in restricted areas, including lower elevation juniper dominated woodlands, riparian/wetland zones, and upper elevation spruce-fir/aspen areas. It is believed that these avian communities are relatively stable.

**Environmental Consequences**:
For a general synopsis of impacts on wildlife attributable to livestock management (including wild horse management), refer to pages 4-68 through 4-70 (big game), 4-84 through 4-85 (raptors), 4-97 through 4-98 (grouse), 4-107 (fish), and 4-118 through 4-119 (special status species) in the draft WRRA RMP/EIS. Because the BLM has no management authority over wildlife numbers, the suitability of wildlife habitat (i.e., rangeland health) is of utmost concern. Management prescriptions that improve (or at a minimum maintain) suitable and preferred wildlife habitats would consequently improve wildlife population dynamics and how these species use the available habitat.

*Alternative 1*--Under the proposed AMP, lower elevation areas would be rested every other year. As these pastures house a large proportion of mule deer winter range, improvements expected in the cover and composition of plant communities would likely improve habitat conditions for mule deer. Late winter/early spring green-up is very important to deer coming out of the winter, and conditions would likely improve such that more palatable forage of higher nutritive quality would be available. Fall and winter grazing by livestock would be dispersed so few if any forage conflicts would be envisioned. To a lesser extent, elk would benefit through this grazing system as well, although this outcome be less desirable from the standpoint of CDOW's population objectives for decreased numbers of elk. However an increase in elk may not necessarily impact rangeland health if overall benefits to rangeland health are realized by this proposal.

Buteos and eagles (i.e., the cliff-nesting/soaring raptors) would likely benefit as habitat conditions would improve for small mammals (the vast majority of prey items), thus providing additional sources of food for these raptors. Woodland nesting raptors may also benefit through increased numbers of avian prey that would take advantage of improved habitat conditions. However, as the majority of time spent by these raptors occurs within the woodland types, the overall benefit would likely not be as great as for the soaring raptors where habitat would show marked improvement much quicker. Grouse would be minimally impacted, but would likely see improving habitat conditions related to improved rangeland health.

Benefits to nongame birds and small mammals would likely be observed through enhanced herbaceous cover and composition, and these species would then enhance habitat suitability for raptors as described above.

Because this AMP was never implemented, the above benefits were never realized. On those areas with season long grazing every year, suboptimal vegetation composition, cover and structure may adversely affect species diversity, and likely limits optimal use of available habitat thus exacerbating current perceived conflicts between wildlife and livestock.

*Alternative 2*--Utilization limits and a yearly regrowth period would enhance habitat conditions similar to what would have occurred had the 1983 AMP been implemented (Alt. 1).

*Alternative 3*--Because this system would be put on a yearly rotation over a 4 year period, the success of the program is highly dependent on vegetation growth factors during those specific years that the particular strategy was employed.  If the rest period and the regrowth period occur in years where the vegetation cannot adequately recover (e.g., drought), the subsequent 2 years of season long grazing may take more out of the plants than what they recovered during the rest phases, and wildlife habitat may be adversely affected.  Conversely, if substantial recovery does occur, than this system would likely reap a portion of the benefits that would potentially occur under either of the first 2 alternatives.

*Alternative 4*–Alternative 4 would also be a yearly rotation over a four year period. On the critical areas the rotation offers an opportunity for regrowth three out of four years. This offers significantly more opportunity for plant recovery in comparison to Alternative 3.  This alternative would enhance habitat conditions similar to what would have occurred had the 1983 AMP been implemented (Alt. 1).

*All Alternatives*--Perhaps of greatest concern is the additional range improvements (above what has already been identified) that may be needed to implement these grazing strategies.  Ideal big game habitat revolves around the premise of there being 60% foraging areas interspersed with 40% of the area used as cover.  Vegetation treatments would be planned with these percentages in mind, and treatments would also be required to consider raptors (0.5 mile buffer around woodland nesting raptor nests where appropriate).  Additionally, because the elk population is expanding and elk have used previous vegetation treatments quite effectively, elk may exacerbate any problem that a vegetation treatment was trying to remedy.  This is also the case with expanding water sources throughout this region.  Elk can and most likely will take full advantage of these improvements and may increase conflicts where currently there are none.

## Analysis of Standard 4 - Special Status Threatened and  & Endangered Species.

These subjects are adequately covered in the Affected Environment and Environmental consequences sections of the White River Resource Area, Resource Management Plan. No T&E species are known to make any appreciable use of the herd area.  The Northern Goshawk (a species of concern) inhabits PJ woodlands, but impacts would be minimal as described above.

## Cultural and Historical Resources

## Affected Environment

The Twin Buttes grazing allotment includes areas containing some of the highest cultural resource

site densities in the White River Resource Area. Sites are found associated with prehistoric transportation corridors, resource acquisition localities, Formative stage horticultural and occupations localities, historic transportation routes, mining and cattle ranching. The allotment also includes portions of the Canyon Pintado National Historic District, containing numerous examples of Fremont rock art, many of which are listed on the National Register of Historic Places.

Grazing allotment management practices must take into account these fragile and irreplaceable resources.   Identification of areas within the allotment in which continued grazing may cause substantial ground disturbing affects or significant cumulative, long term, irreversible impacts to eligible cultural properties require the appropriate Class III inventory.

Inventories in this allotment indicate a relatively high site density along with substantial favorable areas for prehistoric site locations.  Previous inventories indicate that sites are mainly limited to areas adjacent to water, vantage point localities, in Pinyon/Juniper forest - especially with southern exposure, along transportation corridors, and on slopes of less than 30% (Conner 1998, 1987, Hauck 1991, 1997).  The highest site densities appear to occur in the north while the upland areas to the south received less prehistoric use, although much of this pattern may be an artifact of the positioning of inventories.  Much of the BLM portion of this allotment contains steep (over 30%) slopes and is distant from water sources, while the majority of the land surfaces within this allotment are the more favorable Pinyon-Juniper ridges, bottomlands and steep cliff (rockshelter) areas.   The highest site densities occur in the northwestern portion of the allotment in the West Texas Creek pasture.  Site densities in this area west to Evacuation Creek may exceed 100 sites per section.  It is expected that this allotment will contain mainly ephemeral lithic scatters and isolates in the dryer and more upland areas, while the lower ridges and valley bottoms will contain the more substantial occupation sites. The majority of the allotment should contain an average of eight eligible sites per section.  Using these figures and extrapolating against the entire allotment area, it is estimated that a total of 3,720 cultural properties are located within the allotment boundaries, of which some 2,000 are eligible sites.

*Alternative 1-* Under this alternative, no significant change in current grazing activities is anticipated.  Continued vegetation and soils degradation implies continued or increased surface soil erosion effecting surface indications of cultural resources as well as buried deposits. Continued headcutting has the potential to disturb or destroy buried archaeological sites and materials, opening and destroying sealed contexts.  Winter pasture areas tend to concentrate cattle in places where localized warm spots occur such as south facing cliffs and rockshelter localities. These localities are also places where prehistoric site densities are highest, both for winter occupations and rock art.  Since no changes in winter cattle allocation are proposed under this alternative, impacts from concentrated cattle trampling in these sensitive localities are expected to continue.

*Alternative 2-* Under this alternative significant recovery of impacted vegetative species is anticipated.  Decreased erosion resulting from improved range management practices would serve to provide some degree of protection to both surface and buried cultural resources.  Changes in

winter pasture procedures as recommended in this alternative would tend to concentrate cattle in various areas across the allotment, leading to increased winter dominated impacts.  Range improvement projects associated with alternative 2 would require the appropriate class III inventory and mitigation.

*Alternative 3*-  Under this alternative, some recovery of affected plant species is expected, leading to decreased erosion and increased protection of buried cultural resources. Changes in winter range stock practices would tend to disperse cattle across the range which in turn results in deceleration of impacts in sensitive localities.  Range improvement projects associated with alternative 3 would require the appropriate class III inventory and mitigation.  Adoption of alternative 3 would tend to have a positive effect on the Cultural Resources within the allotment.

*Alternative 4*-  Under this alternative significant recovery of impacted vegetation species is anticipated. Decreased erosion resulting from improved range management practices would serve to provide some degree of protection to both surface and buried cultural resources.  Range improvement projects associated with alternative 4 would require the appropriate class III inventory and mitigation.  Adoption of alternative 4 would tend to have a positive effect on the Cultural Resources within the allotment.


**Wilderness Study Areas**
**Affected Environment and Environmental Consequences**
Oil Spring Mountain Wilderness Study area is within the boundary of the Twin Buttes allotment. Twin Buttes ranch has identified the designation of this area as a hinderance to development of the area for livestock grazing.  Specific to this issue are the additional restrictions to range improvement structures which are approved and no opportunity for constructing of certain range improvements within the interior (stock trails and roads).  The three grazing alternatives do not anticipate making any significant grazing use within the WSA.  There is the opportunity for light use to be made along the eastern boundary of the WSA (the ridge between Texas and Oil Spring Mountains) during movement of livestock between the summer and winter ranges.


**Floodplains, Wetlands, Alluvial Valleys**
Affected Environment and Environmental Consequences

Covered in the analysis of the standards for rangeland health.


**Recreation**
Affected Environment and Environmental Consequences
The region provides significant recreational opportunities to the local population year round and tourists during the hunting season.  The grazing program probably does not play any part in the amount of use, but as resource conditions improve the quality of the experience should increase. Outside of the Oil Spring Mountain ACEC and areas around Texas Mountain the area is heavily impacted by oil and gas development.

**The following items will not be affected by the proposed action, or will be indirectly improved through benefits associated with improvements to soil and vegetation:**
Air Quality, Areas of Critical Environmental Concern, Wild and Scenic Rivers, Native American Religious Concerns, Access and Transportation, Forest Management, Geology and Minerals, Land Status, Realty Authorizations, Paleontology, and Visual Resources.

**Consultation and Coordination**

**Public Participation**
The following individuals participated in preparation of this document.

Twin Buttes Ranch Company- Davie D. Robertson, Cheryl Robertson, Scott Robertson, Owen Robertson
Colorado Wild Horse and Burro Coalition- Toni Moore
American Mustang and Burro Assn., Inc.- Barb Flores

Colorado Department of Agriculture, Section 8 Team, (Rangeland Assessment and Livestock Management recommendations)
      Thomas A. Kourlis, Commissioner
      Warren Gore, Rancher, RAC member
      John Raftopoulas, Veterinarian, Rancher, RAC member
      Roy Roath, CSU Extension Specialist
      Charles Jones, BLM Rangeland Management Specialist (Retired)
Colorado Department of Agriculture, Section 8 Group
      Mark Cady, Colorado Division of Wildlife

**Attachments**
**Appendix 1- Map of 1983 Allotment Management Plan**
**Appendix 2- Maps of 1996 Grazing Program (7 pages)**
**Appendix 3- Map of 1998 Grazing Management Areas**
**Appendix 4- Twin Buttes Livestock Management Plan**
**Appendix 5-Vegetation Growth Period Chart**
**Appendix 6-Opportunity For Vegetation Regrowth Chart**

**Comments to the AMP/E.A.- Twin Buttes Ranch, Barb Flores, Charles Jones, Roy Roath**

**Decision Record/Rationale E.A. #CO-017-99-93-EA**

**DECISION:** It is my decision to accept and implement Alternative 4, the recommended grazing program of the Section 8 Team.

In accordance with 43 CFR 4160, if you feel this decision is in error, you have 15 days from its receipt for filing a protest. Upon the timely filing of a protest, I will reconsider the proposed decision in light of your statements and other information presented pertinent to the case before issuing the final decision.

In the absence of a timely filed protest, the proposed decision will become my final decision without further notice. Should this occur, you have the right to appeal for a hearing by an Administrative Law Judge by filing such an appeal within 30 calendar days after the proposed decision becomes final. During this same 30 day period you have the right to file a petition to stay the decision. In the absence of a timely filed petition for stay this decision will become effective at the end of the 30 day appeal period.

Any protest, appeal or petition to stay should be filed with the authorized officer of the Bureau of Land Management, White River Resource Area, 73544 HWY. 64, Meeker, CO. 81641, in a timely manner as described above. Any protest or appeal should clearly and concisely specify the reasons why you believe this decision is in error and comply with the provisions of 43 CFR 4.470, which is available for your use in a BLM office.

**RATIONALE**: In 1996 an allotment assessment was conducted using the Colorado Standards and Guidelines. As a result of this assessment a revision of the Twin Buttes Allotment Management Plan was prepared and a new Grazing Permit offered. The grazing program presented in 1996/1997 was opposed by Twin Buttes Ranch Co. who requested the Colorado Department of Agriculture to review grazing management on the Twin Buttes Ranch and provide a recommendation for grazing management. The Section 8, Team provided their recommendation to the BLM in March 1998. Following review of the environmental assessment, prepared by the BLM. the Section 8 team modified their recommended grazing program which became Alternative 4.

In this environmental assessment the Revised Section 8 recommendation (Alt. 4) was compared with the 1983 AMP (Alt. 1) and the grazing management program developed in 1996 (Alt. 2), and the previous Section 8 recommendation (Alt. 3). In comparison of the alternatives, Alternative 1, the 1983 AMP is not implementable because of the huge capital investment required for the range improvements. Alternative 2, offers management that would improve those areas identified using the Standards for Rangeland Health, but the permittee felt the costs/benefits associated with this program were prohibitive. Alternative 3, is the grazing system developed by the permittee in consultation with the Section 8, team. This program was modified by the Section 8 team to address resource concerns identified in this environmental assessment. The modified Section 8 team recommendation (Alt. 4) offers important changes in the grazing program that are expected

to improve the areas of concern.  In accepting any grazing program there is the recognition that the allotment management plans is modifiable.  Also, Grazing Permits may be modified based on new information, and are required  to be modified if there are problems with the any of the four fundamentals of rangeland health.  Implementation of an AMP is a dynamic process.

**MITIGATION MEASURES:**  The mitigation measures described in the proposed action would be included in the Grazing Permit.

**REMARKS:**

**COMPLIANCE PLAN:** Compliance with this plan will be the responsibility of the Area Manager, White River Resource Area.

**FINDING OF NO SIGNIFICANT IMPACT**
The environmental assessment, analyzing the environmental effects of the proposed action, have been reviewed.  The approved mitigation measures result in a finding of no significant impact on the human environment.  Therefore, an environmental impact statement is not necessary to further analyze the environmental effects of the proposed action.

**Signature of Preparer** Robert J.  Fowler

**Date Signed**   May 17, 1999

**Signature of Environmental Coordinator**

**Date Signed**

**Signature of Authorized Official**

**Date Signed**