UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>Defendants. | )<br>)<br>)<br>)  Civ. No. 06-1609 RMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' NOTICE OF ADDITION TO**
**SUPPLEMENTAL ADMINISTRATIVE RECORD**

PLEASE TAKE NOTICE that Defendants are hereby filing an additional document in connection with their Supplemental Administrative Record filed in the captioned matter on June 6, 2008.  See Dkt. No. 65.  Attached hereto is a complete copy of Plaintiffs' October 1, 2005 protest letter to the 2005 West Douglas Herd Area Amendment to the White River Resource Management Plan.  Due to its size, the document is being filed in two parts.

This document completes the Supplemental Administrative Record.

Respectfully submitted this 11th day of June, 2008.

>RONALD J. TENPAS,
>Assistant Attorney General
>U.S. Department of Justice
>Environment and Natural Resources
>Division
>
>CHARLES FINDLAY, Assistant Chief
>JACOB HASEMAN, Trial Attorney
>Natural Resources Section
>601 D Street, N.W.
>Washington, D.C.  20004
>Telephone: (202) 305-0240
>Jacob.Haseman@usdoj.gov
>
>JEAN E. WILLIAMS, Chief
>Wildlife and Marine Resources Section
>
>/s/ Kristen Byrnes Floom
>KRISTEN BYRNES FLOOM
>Trial Attorney (DC Bar No. 469615)
>Wildlife and Marine Resources Section
>601 D Street, N.W.
>Washington, D.C.  20004
>Telephone: (202) 305-0340
>Facsimile: (202) 305-0275
>Kristen.Floom@usdoj.gov
>
>*Attorneys for Defendants*