**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| **COLORADO WILD HORSE** ) | |
| **AND BURRO COALITION, INC.** ) | |
| <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1609 (RMC) |
| ) | |
| **DIRK KEMPTHORNE,** ) | |
| <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and LCvR 56.1, Plaintiffs Colorado Wild Horse and Burro Coalition, American Mustang and Burro Association, The Cloud Foundation, Front Range Equine Rescue, and Dr. Don Moore (collectively, "Plaintiffs") move for summary judgment. As set forth in the accompanying Memorandum, there are no genuine issues of material fact in dispute, and Plaintiffs are entitled to judgment as a matter of law. In support of this motion, Plaintiffs submit the accompanying Memorandum, Statement of Undisputed Material Facts, Proposed Order, and Exhibits 1-4.

Dated this 18th day of June, 2008.

                                        Respectfully submitted,

                                        /s/ Valerie J. Stanley
                                        Valerie J. Stanley
                                        D.C. Bar No. 384882
                                        329 Prince George Street
                                        Laurel, MD 20707
                                        (301) 549-3126
                                        (301) 549-3228 fax

                                        /s/ Mara C. Hurwitt
                                        Mara C. Hurwitt
                                        D.C. Bar No. 482409
                                        Dewey & LeBoeuf LLP
                                        1101 New York Ave. N.W.
                                        Suite 1100
                                        Washington, D.C. 20005-4213
                                        (202) 346-8094
                                        (202) 956-3280 fax

                                        Counsel for Plaintiffs