**Exhibit 1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COLORADO WILD HORSE AND BURRO COALITION, INC.** et al., <br><br> Plaintiffs, <br><br> v. <br><br> **DIRK KEMPTHORNE,** et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 06-1609 (RMC) ) ) ) ) ) ) |

DECLARATION OF DONALD E. MOORE, DVM

I submit this Declaration in support of Plaintiffs' Motion for Summary Judgment in this case.

1. I was born in Hayden, Colorado and have lived in northwestern Colorado for well over 50 years. Since I was a child, I have ridden horseback almost every year through the territory in and around the West Douglas Creek Herd Area, especially in and around West Douglas Creek, Texas Creek, Texas Mountain and Oil Springs Mountain areas. I have also taken occasional horseback trips in the area known as the Piceance-East Douglas Herd Area and Herd Management Area located in the White River Resource Area.. During my tenure with the National Park Service, I rode extensively in the Browns Park area of Dinosaur National Monument. I was also the BLM contract veterinarian for the Douglas Mountain Removals starting in 1976 and ending in 1980. I canvassed that area via horseback, helicopter, and truck to perform my duties.

2. On these trips, I always look forward to observing wild horses as that is my main objective for the trips. Seeing them in their natural surroundings and running free is essential to the aesthetic enjoyment of these trips, which I have been taking for the past 55 years. I intend to continue taking these trips to observe all wildlife, especially wild horses, for the rest of my life. I now bring my children on camping and day trips to observe the wild horses just as my father brought me when I was a boy. Sharing the experience of observing wild horses living free as they have for centuries connects us all with the rich history of western Colorado. My children and friends with whom I've shared these experiences have also gained a sense of freedom and an obligation to become stewards of our public lands.

3. During the 1950s and 1960s, my father was involved in rounding up wild horses from the West Douglas Creek, Texas Creek, Texas Mountain, Oil Springs Mountain, as well as the Piccance-East Douglas Creek Herd Use Areas. From my observation of these activities and my own subsequent experiences, I became very familiar with the areas that wild horses utilized in the years just prior to and after the passage of the Wild Horse and Burro Act of 1971. Wild horses were present in areas just south and west of Rangely, Colorado along the White River, which is farther north and west of the area identified by BLM in 1974. Wild horses also roamed west on public and private lands utilized by the Cripple Cowboy cattle operation (there were no boundary fences or natural barriers prohibiting their movement) towards the Utah border. There were areas of interior fencing constructed to assist in the drift of livestock operations, but they did not contain the free-roaming nature of the wild horses. In fact, there was a herd of wild horses north of Colorado Highway 139 near the Staley Coal Mine which were not observed during the initial flyover during the 1974 aerial census. These horses were removed by local residents when the Douglas Mountain removal was occurring. BLM later acknowledged they missed these animals during their original census, but since they had been illegally removed and their location unknown, BLM took no further action. BLM also missed a significant number of animals during this same period when conducting the census for Douglas Mountain. During my winter break from Colorado State University (December, 1971 and January 1972) I rode for the VT/ livestock brand looking for cattle which had not drifted to the winter range west of Douglas Creek to Dragon Road. During that time frame while looking for cattle that had not drifted towards winter range, I personally saw about 20 wild horses in several bands in Little Horse Draw and Sand Draw. These animals were bay, gray, and dark bay. Wild horses also inhabited the area on and around Rabbit Mountain during this time period, yet this area was not noted as wild horse habitat. Wild horses were also seasonally migrating southeast of what is now the "identified" boundary for the Piceance Herd Use Area. Seasonal migration occurred in all areas where lack of complete fencing and natural boundaries were absent. Boundaries assessed for wild horses closely mirror (in some cases are exactly the same) as allotment boundaries for livestock operations. Blatant disregard for biotic needs of wild horses by assigning these artificial boundaries correlated to BLM's disregard of the Wild Horse and Burro Act and attempts to lighten their workload.

4. Wild horses have played an integral part of my life. From the early 1950s through the mid 1960s, I ran wild horses with my father (Don Moore) and his friends along with my schoolmates in this area. During the early 1960s I performed cowboy day work and trail drives along Douglas Creek. Between 1962 and 1973, I also did cowboy day jobs along with summer jobs working for Walt Deacon and with Gordon Sullivan (the Deacon ranch was later acquired by the Twin Buttes Ranch). During this time I saw wild horses that were grays, blue roans, sorrels, bays, and occasionally red roans, blacks, palominos and pintos.

5. Over time, I've continued to see wild horses in the West Douglas Herd Use Area, with the predominant color of the animals change to bay with some sorrels and blacks.

6.  During the Unit Resource Analysis phase of implementing the multiple use philosophy into public land management, I attended a meeting in Meeker, Colorado with my father. BLM was represented by a panel of employees who informed the citizens who attended what the protocol for management would be, gave a slide show (which showed a coyote, the next slide showed a wild horse and the moderator stated "both are range predators"), and recorded public comments (I gave comments to support wild horses on our public lands).

7.  This type of staged meeting gave only a cursory nod to the NEPA process. There was no discussion at this meeting as to any type of management protocol for wild horses in the White River Resource Area. There were no opportunities for development of wild horse habitat, management, or needs presented, therefore I find it incredulous the strictly in house interdisciplinary team determined the objectives and prepared the rationale and then analyzed them for impacts (Steps 1 and 2). Step 3 was a review of the impacts and a decision was made by the Area Manager. There was no period of time for the public to protest these in house management decisions before they were published in the Management Framework Plan and subsequently summarized in the White River Grazing EIS. BLM did not take the hard look required by NEPA, before applying an in house decision to not manage for wild horses in the West Douglas Creek Herd Use Area and the North Piceance Herd Area. This is evidenced by the email written by Jim Cagney to Fran Ackley and Bea Wade 10/14/1999. Paragraph 3 states "The West Douglas Herd Area contains the acreage evaluated but not selected in the Douglas Creek Basin in the 1975 planning effort....". (VOL 1 – PAGE 26 – CO-WRFO-05-083-EA Administrative Record).

8.  I am a veterinarian whose practice experience has encompassed treatment of small animals, equine, livestock, exotic and wild animals for over 30 years (with current practice emphasis on companion animals – equine and small animals). I have practiced in Colorado, Utah, Nebraska, Arizona, and California since graduation from Colorado State University. I am extremely concerned over the irregular, recent practice BLM and the contractor employed during the 2006 West Douglas Creek roundup. During the October, 2006 roundup, I stopped to examine the welfare of the horses being removed upon my return from a continuing education seminar. I was not allowed access to the trap. From the position I was able to reach, it appeared the contractor set up wings (funnels) leading into the horse trailer intended for transporting the animals. There was not the usual configuration of wings leading the horses into a pen which usually is large enough to separate and contain several bands of wild horses. BLM also denied my request to use my camera to take pictures of wings and trap. I have real and sincere concerns for the overall treatment and health of any wild horses removed from this area as BLM is extremely intent upon completely removing all wild horses from this area in an expeditious manner. I believe this is to prevent any further public involvement concerning wild horses in this area, leading to a complete extinction of a species which has survived here since the mid 1660s.

9.  If BLM removes any more wild horses from the West Douglas Creek Herd Area they will have eradicated this herd from an area which I have lived near or visited almost

3

my entire life. The ability to share western Colorado's rich history will be lost to me and my family forever, but also, with equal importance to every American who is a stakeholder in our country's rich history and who hold claim to our public lands, held for the common interests of all.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 17th of June, 2008.

*Donald E. Moore, DVM*
Donald E. Moore, DVM

4