**Exhibit 2**

## *FRONT RANGE EQUINE RESCUE*

May 25, 2008

Bureau of Land Management
White River Field Office
ATTN:  Ms. Melissa Kindall
220 East Market Street
Meeker, CO 81641

Dear Ms. Kindall:

Front Range Equine Rescue and its supporters appreciate the opportunity to respond to the EA CO-110 (WRFO) 4700 titled "West Douglas Wild Horse Herd Area Removal".  After review of this document, we believe it is in noncompliance with NEPA because no data is shown regarding range conditions or the herd numbers.  There appears to be no information regarding monitoring of the horses, of available forage or inventory data.

If conditions were to have improved with respect to available forage by the referenced 1997 decision, where are the facts to show whether or not a larger vs. smaller horse herd size achieved  this?  What impact has been shown by cattle grazing or other foraging animals in the herd area?

The West Douglas herd has existed in Colorado before it was even recognized as a state.  This herd is a tremendous part of our history.  Preserving them should be tantamount to the special interests and pressures of wealthy ranchers and the barrage of oil/gas development interests.  Public opinion is very strong in opposition to further removal and zeroing out.  The 1971 Wild Free Roaming Horse and Burro Act should take precedence over any current plans and be adhered to.

It is also extremely inhumane to even consider winter round up of any horses – below freezing temperatures and the likelihood of deep snow can only lead to massive stress, injuries and death to any horses.  No domestic horse, any animal or even human athlete would be forced (or asked to attempt) such conditions.

We are more than happy to work together to come up with viable solutions to future management instead of perceived mismanagement of this very special herd of horses.

Sincerely,
/s/
Hilary T. Wood, President/Founder


*PO Box 307, Larkspur, CO 80118*
*719-481-1490*
*Email: info@FrontRangeEquineRescue.org*
*www.frontrangeequinerescue.org*