UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| **COLORADO WILD HORSE** ) | |
| **AND BURRO COALITION, INC.** ) | |
| **et al.**, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1609 (RMC) |
| ) | |
| **DIRK KEMPTHORNE,** ) | |
| **et al.**, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

This matter is before the Court on the parties' cross-motions for summary judgment. Upon consideration of the motions, the replies thereto, and the entire record in this case, it is hereby this _____ day of _____, 2008,

**ORDERED** that plaintiffs' motion for summary judgment is granted and defendants' motion for summary judgment is denied; and it is further

**ORDERED** that the 2005 Amendment to the White River Resource Management Plan is set aside; and it is further

**ORDERED** that defendant BLM shall not authorize or conduct an action to zero out the West Douglas wild horse herd.

**SO ORDERED.**

_____
Rosemary M. Collyer
United States District Judge

## ATTORNEYS TO BE NOTIFIED

Valerie J. Stanley
329 Prince George Street
Laurel, MD 20707
(301) 549-3126
(301) 549-3228 fax
valeriejstanley@gmail.com

Mara C. Hurwitt
Dewey & LeBoeuf LLP
1101 New York Ave. N.W.
Suite 1100
Washington, D.C. 20005-4213
(202) 346-8094
(202) 956-3280 fax
mhurwitt@dl.com
Counsel for Plaintiffs


Jacob Thomas Haseman
U.S. DEPARTMENT OF JUSTICE
P.O. Box 663
Washington, DC 20004
(202) 305-0240
jacob.haseman@usdoj.gov

Kristen Byrnes Floom
U.S. DEPARTMENT OF JUSTICE
601 D Street, NW
3rd Floor
Washington, DC 20004
(202) 305-0340
(202) 305-0275 fax
kristen.floom@usdoj.gov
Counsel for Federal Defendants