RONALD J. TENPAS,
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

CHARLES FINDLAY, Assistant Chief
JACOB HASEMAN, Trial Attorney
Natural Resources Section
601 D Street, N.W.
Washington, D.C.  20004
Telephone: (202) 305-0240
Jacob.Haseman@usdoj.gov

JEAN E. WILLIAMS, Chief
Wildlife and Marine Resources Section
KRISTEN BYRNES FLOOM
Trial Attorney (DC Bar No. 469615)
Wildlife and Marine Resources Section
601 D Street, N.W.
Washington, D.C.  20004
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>    Defendants. | Civ. No. 06-1609 RMC<br><br>**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT** |

Plaintiffs' Second Amended Complaint for Declaratory and Injunctive Relief, Doc. No. 57 (Jan. 4, 2008) ("Second Am. Compl."), seeks declaratory judgment on whether the Bureau of Land Management's ("BLM") decision to remove all remaining wild horse herds in the West Douglas Herd Area ("West Douglas HA") complies with the Wild Free-Roaming Horses and Burros Act ("WFRHBA"), 16 U.S.C. § 1331 et seq., National Environmental Policy Act ("NEPA"), 16 U.S.C. § 1331 et seq., and Federal Land Policy and Management Act ("FLPMA"), 43 U.S.C. §§ 1701 et seq.  See Second Am. Compl. at 30-31.  Plaintiffs also ask the Court, inter alia, to set aside the West Douglas HA Amendment to the White River Resource Management Plan and issue an order prohibiting BLM from removing all horses from the West Douglas HA. See id. at 31-32.

Defendants hereby oppose Plaintiffs' Motion for Summary Judgment, Doc. No. 68 (June 18, 2008), and cross-move for summary judgment.  The Court should grant summary judgment in Defendants' favor because: (1) Plaintiffs' claims under the WFRHBA and FLPMA related to the West Douglas HA Amendment are not reviewable as a "final agency action" within the meaning of the Administrative Procedure Act ("APA"); and (2) Plaintiffs' claims under the WFRHBA, NEPA, and FLPMA challenging BLM's decision to remove all horses from the West Douglas Herd Area must fail on the merits.  The reasons and authority supporting this cross-motion are set forth more fully in Defendants' Combined Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of Cross-Motion for Summary Judgment, filed herewith.

Respectfully submitted this 16th day of July, 2008.

RONALD J. TENPAS,
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

CHARLES FINDLAY, Assistant Chief
JACOB T. HASEMAN, Trial Attorney
Natural Resources Section
601 D Street, N.W.
Washington, D.C.  20004
Telephone: (202) 305-0240
Jacob.Haseman@usdoj.gov

JEAN E. WILLIAMS, Chief
Wildlife and Marine Resources Section
/s/ *Kristen Byrnes Floom*
KRISTEN BYRNES FLOOM
Trial Attorney (DC Bar No. 469615)
Wildlife and Marine Resources Section
601 D Street, N.W.
Washington, D.C.  20004
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

*Attorneys for Defendants*

OF COUNSEL:

Andrea Gelfuso
Office of the Solicitor
Rocky Mountain Region
U.S. Department of the Interior
755 Parfet Street, Suite 151
Lakewood, CO 80215