UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>Defendants. | )<br>)<br>)<br>) Civ. No. 06-1609 RMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' NOTICE OF FILING SECOND
SUPPLEMENTAL ADMINISTRATIVE RECORD**

PLEASE TAKE NOTICE that Defendants are hereby filing a Second Supplemental Administrative Record for the captioned matter. On July 16, 2008, Defendants filed their cross-motion for summary judgment and supporting memorandum. See Doc. Nos. 70, 71. Pursuant to the Court's April 18, 2008 scheduling order, Defendants also filed the environmental assessment and gather plan for the total removal of wild horses from the West Douglas Herd Area. See 2008 West Douglas Removal Plan EA, CO-110-2008-052-EA (July 14, 2008), Doc. No. 71, Attachment I ("2008 West Douglas EA").

Defendants are hereby filing a Second Supplemental Administrative Record containing the supporting documents for the 2008 West Douglas EA. Attached hereto are the Certification (Exhibit 1) and Index (Exhibit 2) to the Second Supplemental Administrative Record, as well as the supplementing documents.

Respectfully submitted this 18th day of July, 2008.

    RONALD J. TENPAS,
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

CHARLES FINDLAY, Assistant Chief

*/s/ Jacob T. Haseman*
JACOB T. HASEMAN
Trial Attorney (WY Bar No. 6-4238)
Natural Resources Section
601 D Street, N.W.
Washington, D.C. 20004
Telephone: (202) 305-0240
Facsimile: (202) 305-0274
Jacob.Haseman@usdoj.gov

JEAN E. WILLIAMS, Chief
Wildlife and Marine Resources Section
KRISTEN BYRNES FLOOM
Trial Attorney (DC Bar No. 469615)
Wildlife and Marine Resources Section
601 D Street, N.W.
Washington, D.C. 20004
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

*Attorneys for Defendants*