


# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
White River Field Office
220 East Market Street
Meeker, Colorado  81641

CO-110 (WRFO)
4700

April 25, 2008

**West Douglas Wild Horse Herd Area Removal**

Dear Interested Public:

The Bureau of Land Management, White River Field Office (WRFO), is releasing for public comment an Environmental Assessment (EA), CO-110-08-052-EA, for the West Douglas Wild Horse Removal Plan.  The EA analyzes the proposed implementation of the affirmed decision for the total removal of wild horses within and outside the West Douglas Herd Area in CO-WRFO-2005-083-EA.  The West Douglas Herd Area is located south of Rangely, Colorado and approximately 75 miles north of Grand Junction, Colorado.  Enclosed are CO-110-08-052-EA and the Finding of No Significant Impact (FONSI) for the proposed removal plan for your review and comment.  For a copy of the reference EA you may request a copy on disk or paper from Melissa Kindall or you can go to the website at:  www.blm.gov/co/st/en/BLM_Information/nepa/wrfo/FY_2005.html then select CO-110-2005-083-EA.

All comments to this EA, CO-110-08-052-EA, must be submitted in writing and received by the White River Field Office within a 30-day comment period determined by the date of the mailing of said document as identified above.  You may submit comments via e-mail (be sure to state "Wild Horse Removal Plan" in the subject line) to: melissa_kindall@blm.gov.

Mail comments via regular mail to:
Bureau of Land Management
White River Field Office
Attention:  Melissa Kindall
220 East Market Street
Meeker, Colorado  81641

All comments, including the names and street addresses of respondents, will be made available for review at the White River Field Office, and may be published as part of the Decision Record.  If you wish us to withhold your name and/or address from public review or from disclosure, under the Freedom of Information Act, you must state so prominently at the beginning of your written or electronic comment.  All submissions from organizations or businesses, and from individuals identifying themselves as representatives or officials of organizations and businesses, will be made available for public inspection in their entirety.

We appreciate your participation in this analysis process.  Your involvement enhances the integrity of this EA and will help us make a more informed decision.  Should you have any questions regarding the proposed action, please contact Melissa Kindall at 970-878-3842.

Sincerely,

Kent E. Walter
Field Manager

Enclosures:  CO-110-08-052-EA and FONSI