SHERRY MORTENSON <isarose@earthlink.net>
05/21/2008 12:31 PM
To
melissa_kindall@blm.gov
cc

Subject
West Douglas Wild Horse Herd

Please reconsider the plan to round up these horses and come up with some acceptable alternatives that allow for this hard scrabble little herd to continue their life of freedom.
Sherry Mortenson, Colorado visitor from North Carolina


cera dempsey <cerakiss@yahoo.com>
05/21/2008 12:44 PM
To
melissa_kindall@blm.gov
cc

Subject
Please DON'T remove the horse herds!

Please, just leave them there unless you have full documentation that leaving them there would endanger their lives! Don't remove horses just because the Cattle Groups want that space! that's bias against the animals that had been there first, besides the horses. from everything that i have read, horses do not do as much damage to the range land that cattle does. it seems unfair that the horses always lose when it comes to grazing rights! Don't remove the horses!!! ~ Cera



denverponylover@aim.com
05/21/2008 12:45 PM
To
melissa_kindall@blm.gov
cc

Subject

Dear Ms. Kindall;

On behalf of The Cloud Foundation and our thousands of supporters thank you for the opportunity to submit comments on EA CO-110 (WRFO) 4700 entitled "West Douglas Wild Horse Herd Area Removal". This is an unusual EA. It clearly does not comply with NEPA in that it reveals no data regarding range conditions or herd numbers. It indicates no monitoring of animals or of the forage and no inventorying of anything. Is this data

available, and, if so, why was it not presented in this document? At least this EA is somewhat consistent with earlier EA's for this herd as it remains short on facts supporting a removal of these beleaguered wild animals.

On page 2 you reference the 1997 decision in which horses were to be managed in North Piceance and West Douglas in a range from 0-50 in order to improve range conditions. Yet, where is the data indicating what the range conditions were at a smaller and larger herd size? Is this a contention of this EA—that removing the horses will increase the forage? Forage for what other species? Let me guess. . cattle?

After 1997, I recall that your office chose to manage wild horses in East Piceance only, indicating they would be easier to manage than horses in the rugged West Douglas Creek area. Now, you are anticipating removing the East Piceance wild horses as well due to intense oil and gas development. Your plan is transparent. BLM is systematically doing away with wild horses in the entire area even though the public remains opposed.

It appears you continue to curry favor with the livestock permittees in the area, wealthy and well-placed ranchers and business people who lobby to increase their bottom line at the expense of the hardy little West Douglas Creek wild horses.

The West Douglas Herd has been living free in what is now Colorado long before there was a Colorado. Written documentation of horses in this area exists as a result of the travels of the Fathers Escalante and Dominguez who traveled on foot from Mexico into the area in the 1770's. The West Douglas Creek mustangs may be one of the oldest documented herds in the United States and for that reason alone deserve preservation as a link to our western heritage. This is a significant reason why Congress unanimously passed the Wild Horse and Burro Act in 1971.

The West Douglas horses are noted for their toughness, are dark in color and small in stature. They are known to resist life as domestic horses. Therefore, they are not ideal adoption animals. This is another reason to let them live free rather than subject them to captivity. And, does an adoption demand exist for the West Douglas horses? Doubtful. Removing them then is counter to the intent of the Wild Horse and Burro Act.

Beyond the illegality of the BLM planned removal of all the wild horses in this area, there are clear inhumane aspects to this plan which include rounding up wild horses in winter. Winter is brutal in the West Douglas Creek area and is an inappropriate time to be rounding up wild horses or stressing any wild animals. You allow for running the mustangs "only" 5 miles instead of 10 in a foot of snow or less. Please tell me if you would treat a domestic horse in this way? I doubt that any humane individual would contemplate such a cruel and dangerous act.

Please reconsider this plan and come up with some acceptable alternatives that allow for this hard scrabble little herd to continue their life of freedom.

```
marguerite o <omarguerite@hotmail.com>
05/21/2008 12:47 PM
Please respond to
<omarguerite@hotmail.com>

To
<melissa_kindall@blm.gov>
cc

Subject
Save Wild Horses - West Douglass Herd
```

Dear Ms. Kindall,

I am Colorado resident and I am very concerned about the plans to round up the West Douglas Wild Horses in western Colorado. First, the plans for the roundup are ill-conceived and will place terrible, unnecessary stress on the horses. Second, there is no reason to do a roundup at all. The wild horses of Colorado are a wonderful part of our heritage here and they should be protected and fostered. As a Colorado resident I know that oil, gas and cattle are an important part of our economy, but I do not think it necessary, or well advised, to surrender the majesty of the natural wonders we have here, like wild horses, to accommodate old style business.  I believe that with more forward looking effort, both nature and business can flourish. Please make the effort to preserve and promote the health and herd integrity of our wild horses, including the West Douglas herd.

Thank You,
Marguerite Ogle



```
Amber Coleman <ManOWar1122@Verizon.net>
05/21/2008 12:47 PM
To
melissa_kindall@blm.gov
cc

Subject
West Douglas Wild Horses
```

Dear Ms. Kindall,

The removal of this little herd in Colorado is a terrible idea!  Anyone who has horses or loves them can tell you that if it is cold no horse should be strenuously worked!  It is extremely dangerous, and so are round ups. And according to the characteristics of these horses they are not ideal adoption animals. Please reconsider your plan. There are always alternatives that are better for the lives of the horses.

-Amber

```
"Susan O'Hearn-Tartre" <srtartre@qwest.net>
05/21/2008 12:48 PM
To
<melissa_kindall@blm.gov>
cc

Subject
Colorado's Wild Horses

PLEASE reconsider the plan to disrupt one of the last herds of Wild
Horses!!!  Once they are stressed and gone, they are gone forever!
Sincerely,
Susan O'Hearn-Tartre
```

```
"Postel, Charlotte" <Charlotte_Postel@mail.msj.edu>
05/21/2008 12:53 PM
To
<melissa_kindall@blm.gov>
cc

Subject
LET THE HORSES ALONE -

From: The Cloud Foundation [mailto:news=thecloudfoundation.org@mcsv7.net]
On Behalf Of The Cloud Foundation
Sent: Wednesday, May 21, 2008 2:25 PM
To: Postel, Charlotte
Subject: Help Save Colorado's Historic West Douglas Creek Herd

Dear Friends of our Wild Horses;

The Cloud Foundation has long supported the preservation of the West
Douglas Wild Horse Herd in western Colorado. BLM wants to totally remove
this historic little herd and we have on going litigation to try to stop
this action. Please take the time to read my letter to the BLM, which
follows below. Then send an email or letter to oppose this awful decision
which includes rounding up the horses in the dead of winter!

Comments are due by May 25. Send your email to melissa_kindall@blm.gov.
Click here to read the  BLM Environmental Assessment.

Thanks so much for helping us preserve our wonderful wild horses.

Happy Trails!
Ginger
```

May 19, 2008

Bureau of Land Management
White River Field Office
Attention: Melissa Kindall
220 East Market Street
Meeker, Colorado 81641

Dear Ms. Kindall;

On behalf of The Cloud Foundation and our thousands of supporters thank you for the opportunity to submit comments on EA CO-110 (WRFO) 4700 entitled "West Douglas Wild Horse Herd Area Removal". This is an unusual EA. It clearly does not comply with NEPA in that it reveals no data regarding range conditions or herd numbers. It indicates no monitoring of animals or of the forage and no inventorying of anything. Is this data available, and, if so, why was it not presented in this document?  At least this EA is somewhat consistent with earlier EA's for this herd as it
remains short on facts supporting a removal of these beleaguered wild animals.

On page 2 you reference the 1997 decision in which horses were to be managed in North Piceance and West Douglas  in a range from 0-50 in order to improve range conditions. Yet, where is the data indicating what the range conditions were at a smaller and larger herd size?  Is this a contention of this EA—that removing the horses will increase the forage? Forage for what other species? Let me guess. . cattle?

After 1997, I recall that your office chose to manage wild horses in East Piceance only, indicating they would be easier to manage than horses in the rugged West Douglas Creek area. Now, you are anticipating removing the
East Piceance wild horses as well due to intense oil and gas development. Your plan is transparent. BLM is systematically doing away with wild horses in the entire area even though the public remains opposed.

It appears you continue to curry favor with the livestock permittees in the area, wealthy and well-placed ranchers and business people who lobby to increase their bottom line at the expense of the hardy little West Douglas Creek wild horses.

The West Douglas Herd has been living free in what is now Colorado long before there was a Colorado. Written documentation of horses in this area exists as a result of the travels of the Fathers Escalante and Dominguez who traveled on foot from Mexico into the area in the 1770's. The West Douglas Creek mustangs  may be one of the oldest documented herds in the United States and for that reason alone deserve preservation as a link to our western heritage. This is a significant reason why Congress unanimously passed the Wild Horse and Burro Act in 1971.

The West Douglas horses are noted for their toughness, are dark in color and small in stature. They are known to resist  life as domestic horses. Therefore, they are not ideal adoption animals. This is another reason to

let them live free rather than subject them to captivity. And, does an adoption demand exist for the West Douglas horses? Doubtful. Removing them
then is counter to the intent of the Wild Horse and Burro Act.

Beyond the illegality of the BLM planned removal of all the wild horses in
this area, there are clear inhumane aspects to this plan which include rounding up wild horses in winter. Winter is brutal in the West Douglas Creek area and is an inappropriate time to be rounding up wild horses or stressing any wild animals. You allow for running the mustangs "only" 5 miles instead of 10 in a foot of snow or less. Please tell me if you would
treat a domestic horse in this way? I doubt that any humane individual would contemplate such a cruel and dangerous act.

Round ups are inherently dangerous. I believe a mare and her foal were killed in 2006 during the last West Douglas round up and this was not in winter. Add the stress of winter and you really have a formula for disaster. You allow for no rounding up when it is 10 below. Horse people know that if it is cold, no horse should be strenuously worked if the temperature is below freezing, let alone 10 below!

Please reconsider this plan and come up with some acceptable alternatives that allow for this hard scrabble little herd to continue their life of freedom. I would appreciate a timely reply to my questions. Thank you.

Sincerely,
Ginger Kathrens
Volunteer Executive Director
The Cloud Foundation
A Colorado 501(c)3



"BIGGS, DIANA" <BIGGSD@D11.ORG>
05/21/2008 12:59 PM
To
<melissa_kindall@blm.gov>
cc

Subject
West Douglas Herd

I would think that our government could figure out a way to get the oil and gas development people to work with the horses on the range – or not get the development approved.  I'm sure that if they were given an either/or situation, they would quickly get creative.  Perhaps the herd could be "grandfathered" in, since they pre-date statehood.  It would be nice for our federal government to follow the laws handed down by Congress, such as the Wild Horse and Burro Act.  I know the workers in the BLM, or any federal agency, are mandated to by their bureaucratic bosses. Unfortunately this doesn't always allow for common sense.

Hopefully someone will listen to some sanity in this situation - or perhaps Congress can intervene again.  Thanks.  Diana Biggs - western USA citizen, educator, wildlife rehabiliter, voter.


"Pam Galchutt" <pamegal@juno.com>
05/21/2008 01:12 PM
To
melissa_kindall@blm.gov

Subject
w. Douglas Ck wild horse disposal

Dear Ms. Kindall,

This email is to protest the planned capture and removal of the remaining wild horses in the W. Douglas Creek area of Colorado. I strongly suspect that it intentionally and blatently ignores general public opinion (other than cattlemen) and is contradictory to the Wild Horse and Burro Act. Just why, really, is this removal of a historically established herd being planned? Not only do I object to the removal of this old line of horses, but the environmental report as to the methods  planned during winter is downright inhumane. "Excessive sweating" should be avoided? ANY sweating in sub-freezing temperatures is unacceptable! This whole operation is highly suspect in it's motivation, and I am adamantly opposed to it. I read no legitimate basis in the documentation.

Please urge "the powers that be" to abandon this plan, and leave this long-established line of horses alone!

Sincerely,

Pamela Galchutt
3360 Schilling Rd
Monument, CO 80132

ANDREA                        PERSONETT <apersonett67@embarqmail.com>
05/21/2008 01:14 PM
To
melissa_kindall@blm.gov
cc

Subject
Please do NOT remove the West DOuglas Wild Horses

I am in total agreement with the Cloud Foundation, which has long supported preservation of western Colorado's West Douglas Wild Horse Herd. The Bureau of Land Management should NOT remove this herd from their home.  What's the matter with you people?????

Andrea Personett
530 Williams Street
Tallahassee, FL 32303
850.412.0072



Bobbe Ernzer <prizmbluekigers@yahoo.com>
05/21/2008 01:24 PM
To
melissa_kindall@blm.gov
cc

Subject
West Douglas Wild Horse Herd

Dear Melissa,

I wanted to take the time to write to you and add my protest to the removal of these horses.  My objections are numerous:

1            Round-up time – late fall and winter?  Really, do you know anything about horses?  Winter conditions, possible deep snow, low forage so the horses may not be in top shape.  Foals?  You propose to run foals through deep snow?  That will eliminate some of them making your job easier I guess.  Rather than putting them through the trauma of a round-up, why not just shoot them where they live.  Cheaper for the government right?

2           Not relocating to another HMA?  So they are condemned to a life in a holdingfacility?  Nice way to take care of one of America's Treasures.  There is a surfeit of horses in the market today. The economy is so bad that I would expect horse adoptions to decrease until we see better economic times.  Folks have "free" horses because they can't afford them any longer.  How many horses are already in holding facilities?  Thousands and the quality of life would be much different than living free.

3       I saw language that dealt with the impact on the environment, big game hunting, raptors and the forage available.  What about the impact on the horses?  Yes, they graze year round, but who is REALLY looking out for them?  Ginger has done an admirable job through the years of being a voice for the horses and others are taking up the cause in droves because we are tired of mustangs being systematically eliminated while hiding behind a government mandate designed to aid another species while failing to come up with a viable alternative.

4       I am willing to devote hours of my own time to help promote better plans for the future of these horses, and I promise to do all I can to arouse the awareness of each and every horse person I know and everyone that they know.

I wanted to close by saying thanks for reading this and while I am in strong opposition to the plans BLM has, I agree that we need a better solution to increasing number of unwanted horses.  I would be open to a reasonable plan that at least gives the appearance of taking the horses into consideration.  I also realize you may have a tough job, but I couldn't sleep at night knowing I was a part of these actions.  Please reconsider an alternative plan.


marilyn wilson <mjwilson4978@yahoo.com>
05/21/2008 01:32 PM
To
melissa_kindall@blm.gov
cc

Subject
West Douglas Herd

Dear Melissa,

I'm writing to let you know that I oppose the roundup of the West Douglas Wild Herd. You should be there to preserve our dwendling wild herd not destroying it.

Please chose what's right and leave the remaining herd alone.

Sincerely,

Marilyn Wilson
3345 Beity Rd.
Valley, Wa.
99181

```
Kathy Martineau <2km@sbcglobal.net>
05/21/2008 01:44 PM
To
melissa_kindall@blm.gov
cc

Subject
West Douglas Creek Herd
```

Dear Ms. Kindall:

The round up of the West Douglas Creek Herd concerns me greatly.  Where will these horses end up?  It seems a shame that other animals can be labeled "endangered"  or "extinct" and not this historic breed of horse.

I am writing to add my voice to the fight against the rounding up of wild horses.

Thank you for your attention.

Kathy Martineau