Terrie Douglas <Terrie.Douglas@Sun.COM>
Sent by: Terrie.Douglas@Sun.COM
05/21/2008 01:43 PM
Please respond to
Terrie.Douglas@Sun.COM

To
melissa_kindall@blm.gov
cc

Subject
Comments regarding EA CO-110 (WRFO) 4700 entitled "West Douglas Wild Horse
Herd Area Removal"


May 21, 2008
Bureau of Land Management
White River Field Office
Attention: Melissa Kindall
220 East Market Street
Meeker, Colorado 81641

Dear Ms. Kindall;

Thank you for the opportunity to submit comments on EA CO-110 (WRFO) 4700
entitled "West Douglas Wild Horse Herd Area Removal".  I would like to
see
some data regarding range conditions and better herd numbers.  This
indicates no monitoring of animals or of the forage availability.

To be honest I am appalled at the inhumane manner these horses are to be
"gathered".  I am appalled the horses will be moved period.  These small
herds should be allowed to remain where they are undisturbed as much as
possible.  I seriously doubt that such few numbers of horses in such
rugged terrain has cause and may continue to cause that much 'terrain
damage' that they should all be removed to allow grasses to grow!  ???
What???  Sorry but I seriously do not comprehend this entire idea.  The
terrain where the WDWHH (West Douglas Wild Horse Herd) resides is not of
good use for much else.  People would probably not want to build in this
area, there may be other natural resources available but so what?  Why
do
we always feel we have to have everything?  When will our taking of our
nation's land's resources end?

Reason for removal of this herd, and the East Piceance herd as well, is
unfounded.  Where are the real facts to back this proposal?

These "gathers" of the wild horses are also extremely inhumane.  I don't
care how you propose to gather these animals, it involves extreme stress
and fear.  Sometimes resulting in their death.  And why? Maybe we can
help manage their numbers for their survival, but often mother nature

tends to that quite well on her own too, if allowed to do so.   This
proposal and gathering of the horses in winter months is extremely
cruel.
Running a horse hard even a quarter of a mile in foot deep snow is
cruel!
The temperatures listed in this EA I won't even go into, it's just plain
stupid in my opinion.   You should not run a horse when the temps are at
freezing or below, it's just not something we do.  Would you want this
for
your own horses?  I guess my question should be more would you care if
this were done to your own horses?  Many people, unfortunately, would not
care.  Well I care.

We are losing so much of our heritage in this country.  These wild horses
are part of what makes this nation what it is.  The 'wild west' is no
longer wild at all.  Many of the species that used to make this country
so
unique are now gone forever or only visible in zoos.  The wild horses of
the US is rapidly heading in that direction also.   Sorry I just do not
understand why these beautiful, majestic creatures have to be removed
from
lands they have roamed for centuries.

Where are they to go?   Adoptions?   This will basically cause their
'extinction' in a way.  If they are to be relocated to another BLM area,
doing so in dead of winter may greatly jeopardize their ability to
survive.  At least in the areas they know they can find enough food to
sustain themselves in harsh winters.  Oh gee this EA doesn't even use the
words "relocate" or "relocation", it clearly just states "REMOVAL".  In
any words it is wrong, dead wrong to do.

What happened to the Wild Horse and Burro Act???

I would really appreciate an answer here, I am going to ask everyone I
know to try to stop this from happening, because it is just the wrong
thing to do to these horses.  Removal should NOT be an option.

Thank you,
Terrie Douglas

NOTICE: This email message is for the sole use of the intended
recipient(s) and
may contain confidential and privileged information.  Any unauthorized
review,
use, disclosure or distribution is prohibited.  If you are not the
intended
recipient, please contact the sender by reply email and destroy all
copies
of
the original message.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

"Susan Wilson" <susanmandewilson@cox.net>

05/21/2008 02:13 PM
To
<melissa_kindall@blm.gov>
cc

Subject
West Douglas Creek wild horses


Bureau of Land Management
White River Field Office
Attention: Melissa Kindall
220 East Market Street
Meeker, Colorado 81641

Dear Ms. Kindall;
As an observer of wild horses I implore you to look out for the West
Douglas Creek herd. I am so afraid this area is desired for cattle. These
National treasures have a provanance dating back to the 1770's. You
really
must take action to not interfere in this beautiful natural and national
history.

Please remain a true friend to this herd and protect them from surly
decision's like a winter round up, or any round up.

Sincerely,

Susan Wilson


Courtney Stewart <greatlakeswolf@hotmail.com>
05/21/2008 02:22 PM
To
<melissa_kindall@blm.gov>
cc

Subject
OPPOSITION of EA CO-110 (WRFO) 4700


Dear Ms. Kindall,

I am writing in support of the views of The Cloud Foundation regarding
the
West Douglas Wild Horse Herd in western Colorado.  It is vital to
American
heritage and prestige that we exhaust all efforts to preserve the very
existence of our country's remaining wild horse herds, wherever they are
found.  This requires we work together in securing their existence for
future generations, and strongly resist any and all actions that threaten

precious freedom critical to the wellness of these animals.
EA CO-110 (WRFO) 4700 entitled "West Douglas Wild Horse Herd Area
Removal"
is one such action that, for the aforementioned importance and concerns
detailed to you by The Cloud Foundation, I must resist.  Please add my
personal opposition of this EA to public record.  Thank you.


Sinceraly,
Courtney Stewart
Rochester Hills, MI



BOB JUDY TOMLINSON <rockingjbt@q.com>
05/21/2008 02:27 PM
To
<melissa_kindall@blm.gov>
cc

Subject
Wild horse round-up



Dear Ms. Kindall,
Please have a heart. Don't round up the wild horses in Western Colorado.
Let them live their life of freedom as they have for hundreds of years.
They aren't bothering anyone, except maybe the cattle ranchers. They can
run their cattle on their own lands. I am a horse lover, as are lots of
other people who would agree with me, that rounding up these hardy little
horses at any time, and especially in winter, would be disasterous. They
have a right to the lands that they have occupied for many years.
Cordially,
Judy Tomlinson
Horse lover and owner
NVSperry@aol.com
05/21/2008 02:35 PM
To
melissa_kindall@blm.gov
cc

Subject
West Douglas Wild Horses



                                        May 19, 2008
Bureau of Land Management
White River Field Office
Attention: Melissa Kindall
220 East Market Street
Meeker, Colorado 81641


Dear Ms. Kindall;

My name is Laura Sperry and I agree with Ginger Kathrens of The Cloud Foundation, we need to save our heritage and our wild horses.  BLM is trying to annihilate all wild horses in our country.  I can not say it better than the letter below and I strongly agree with the entire letter so I am sending it to you again.


On behalf of The Cloud Foundation and our thousands of supporters thank you for the opportunity to submit comments on EA CO-110 (WRFO) 4700 entitled "West Douglas Wild Horse Herd Area Removal". This is an unusual EA. It clearly does not comply with NEPA in that it reveals no data regarding range conditions or herd numbers. It indicates no monitoring of animals or of the forage and no inventorying of anything. Is this data available, and, if so, why was it not presented in this document?  At least this EA is somewhat consistent with earlier EA's for this herd as it
remains short on facts supporting a removal of these beleaguered wild animals.

On page 2 you reference the 1997 decision in which horses were to be managed in North Piceance and West Douglas  in a range from 0-50 in order to improve range conditions. Yet, where is the data indicating what the range conditions were at a smaller and larger herd size?  Is this a contention of this EA—that removing the horses will increase the forage? Forage for what other species? Let me guess. . cattle?

After 1997, I recall that your office chose to manage wild horses in East Piceance only, indicating they would be easier to manage than horses in the rugged West Douglas Creek area. Now, you are anticipating removing the
East Piceance wild horses as well due to intense oil and gas development. Your plan is transparent. BLM is systematically doing away with wild horses in the entire area even though the public remains opposed.

It appears you continue to curry favor with the livestock permittees in the area, wealthy and well-placed ranchers and business people who lobby to increase their bottom line at the expense of the hardy little West Douglas Creek wild horses.

The West Douglas Herd has been living free in what is now Colorado long before there was a Colorado. Written documentation of horses in this area exists as a result of the travels of the Fathers Escalante and Dominguez who traveled on foot from Mexico into the area in the 1770's. The West Douglas Creek mustangs  may be one of the oldest documented herds in the United States and for that reason alone deserve preservation as a link to our western heritage. This is a significant reason why Congress unanimously passed the Wild Horse and Burro Act in 1971.

The West Douglas horses are noted for their toughness, are dark in color and small in stature. They are known to resist  life as domestic horses. Therefore, they are not ideal adoption animals. This is another reason to let them live free rather than subject them to captivity. And, does an

adoption demand exist for the West Douglas horses? Doubtful. Removing them
then is counter to the intent of the Wild Horse and Burro Act.

Beyond the illegality of the BLM planned removal of all the wild horses in
this area, there are clear inhumane aspects to this plan which include
rounding up wild horses in winter. Winter is brutal in the West Douglas
Creek area and is an inappropriate time to be rounding up wild horses or
stressing any wild animals. You allow for running the mustangs "only" 5
miles instead of 10 in a foot of snow or less. Please tell me if you would
treat a domestic horse in this way? I doubt that any humane individual
would contemplate such a cruel and dangerous act.

Round ups are inherently dangerous. I believe a mare and her foal were
killed in 2006 during the last West Douglas round up and this was not in
winter. Add the stress of winter and you really have a formula for
disaster. You allow for no rounding up when it is 10 below. Horse people
know that if it is cold, no horse should be strenuously worked if the
temperature is below freezing, let alone 10 below!

Please reconsider this plan and come up with some acceptable alternatives
that allow for this hard scrabble little herd to continue their life of
freedom. I would appreciate a timely reply to my questions.

Thank you,
Laura J. Sperry
3050 Eastlake Blvd.
Carson City, NV USA


"Angie Friehauf" <cricketgurl@gmail.com>
05/21/2008 02:35 PM
To
melissa_kindall@blm.gov
cc

Subject
West Douglas Wild Horse Herd



Dear Ms. Kindall,
I read with increasing dismay about the proposal to remove the West
Douglas Wild Horse Herd in is targeted for removal due to intense oil
and gas development. Your plan is totally selfish. What is apparent is
that the BLM is systematically doing away with wild horses in the
entire area even though the public remains opposed.

It is obvious that wealthy and well-placed ranchers and business
people who lobby to increase their bottom line are being given favor
and at the expense of this hardy little West Douglas Creek herd of
wild horses.

No thought has been given to their welfare, during the proposed round up or afterwards. Roundups in themselves are dangerous, and many times horses have been killed. Winters in that area are harsh and as any horse person knows, stressing horses and putting them under stress in snow or in the cold cruel and inhumane. Also.....this planned removal is illegal. The very reason that Congress unanimously passed the Wild Horse and Burro Act in 1971 was to protect these types of animals as a link ot our past and to our western heritage. This West Douglad Herd has been living free in Colorado long before it was named a state. There is written documentation of this fact. In fact, the West Douglas Creek mustangs may be one of the oldest horse herds in the United States and for that reason alone, they should be protected.

The BLM needs to stop catering to those with greedy individuals who value nothing else but making a quick buck. This is about taking the high road and doing with is inherently right.

Sincerely,
Angie Friehauf

"Marilyn Adore" <madore@gwu.edu>
05/21/2008 02:46 PM
To
<melissa_kindall@blm.gov>
cc

Subject
EA CO-110 (WRFO) 4700 - "West Douglas Wild Horse Herd Area Removal"


Dear Ms. Melissa Kindall,

Please reconsider this plan and come up with some acceptable alternatives that allow for this hard scrabble little herd to continue their life of freedom.  DO WHAT'S HUMANE AND GOOD FOR THESE HORSES.  THEY WERE CREATED BEFORE HUMANS!

Marilyn Adore

"Wolf, Annie (LLU)" <awolf@llu.edu>
05/21/2008 02:54 PM
To
<melissa_kindall@blm.gov>
cc

Subject
Historic West Douglas Creek Wild Horse Herd Removal


Dear Ms. Kindall…Are you familiar with the Gettysburg Address and the concept that government of the people is by the people and for the

people?  Do you understand the land you have been entrusted to manage is publicly owned by all our people, not by you or your agency or the cattle lobbyists or our government?

The US public at large voted to protect this country's native wild horse and burro herds; to allow them to continue living in areas they have inhabited for centuries.  Has that tide now changed and the public is seeking to develop more shopping malls and homesites in their native ranges?  No, it is just the modern day cattle barrons wanting to fatten their wallets while they fatten everyone else's bellys and butts!

Life in the wild is hard at best and sometimes brutal, but nature keeps its own fairly balanced.  There is little in nature that can compare to the inhumane brutality of man (and woman) for the sake of money.

The BLM was created to be safekeepers of public lands, yet it seems with each passing day it looks more like the death rendering arm of the money mongers.  Where will you stand, Ms. Kindall, when held accountable to the public owners?

Very sincerely,

Elizabeth Ann Wolf
"Vergun, Alexandra" <avergun@huntington.org>
05/21/2008 03:11 PM
To
<melissa_kindall@blm.gov>
cc

Subject
West Douglas Wild Horse Herd


Attention: Melissa Kindall
Bureau of Land Management
White River Field Office
220 East Market Street
Meeker, Colorado 81641

Dear Ms. Kindall;

Thank you for the opportunity to submit comments on EA CO-110 (WRFO) 4700 entitled "West Douglas Wild Horse Herd Area Removal". This EA doesn't reveal data regarding range conditions,  herd numbers nor monitoring of animals or of the forage and any inventorying. It seems that this type of information for a proper assessment would be necessary. Is this data available? Shouldn't it be in the document as well? How did it come to an assessment that this herd should be removed?

On page 2 you reference the 1997 decision in which horses were to be managed in North Piceance and West Douglas  in a range from 0-50 in order to improve range conditions. Yet, where is the data indicating what the range conditions were at a smaller and larger herd size?  Is this a

contention of this EA—that removing the horses will increase the forage? Forage for what other species? Also, the herd has been able to sustain themselves in the range conditions described. So it doesn't make sense why
the removal is necessary.

After 1997, your office chose to manage wild horses in East Piceance only,
indicating they would be easier to manage than horses in the rugged West Douglas Creek area. Now, you are anticipating removing the East Piceance wild horses as well due to intense oil and gas development. Your plan is transparent. BLM is systematically doing away with wild horses in the entire area even though the public remains opposed.

It appears you continue to curry favor with the livestock permittees in the area, wealthy and well-placed ranchers and business people who lobby to increase their bottom line at the expense of the hardy little West Douglas Creek wild horses.

The West Douglas Herd has been living free in what is now Colorado long before there was a Colorado. Written documentation of horses in this area exists as a result of the travels of the Fathers Escalante and Dominguez who traveled on foot from Mexico into the area in the 1770's. The West Douglas Creek mustangs  may be one of the oldest documented herds in the United States and for that reason alone deserve preservation as a link to our western heritage. This is a significant reason why Congress unanimously passed the Wild Horse and Burro Act in 1971.

The West Douglas horses are noted for their toughness, are dark in color and small in stature. They are known to resist  life as domestic horses. Therefore, they are not ideal adoption animals. This is another reason to let them live free rather than subject them to captivity. And, does an adoption demand exist for the West Douglas horses? Doubtful. Removing them
then is counter to the intent of the Wild Horse and Burro Act.

Beyond the illegality of the BLM planned removal of all the wild horses in
this area, there are clear inhumane aspects to this plan which include rounding up wild horses in winter. Winter is brutal in the West Douglas Creek area and is an inappropriate time to be rounding up wild horses or stressing any wild animals. You allow for running the mustangs "only" 5 miles instead of 10 in a foot of snow or less. Please tell me if you would
treat a domestic horse in this way? I doubt that any humane individual would contemplate such a cruel and dangerous act.

Round ups are inherently dangerous. I believe a mare and her foal were killed in 2006 during the last West Douglas round up and this was not in winter. Not to mention, foals become more stressed and injured in these types of 'capture' scenarios. Add the stress of winter and you really have
a formula for disaster. You allow for no rounding up when it is 10 below. Horse people know that if it is cold, no horse should be strenuously

worked if the temperature is below freezing, let alone 10 below!  I cannot
conceive how it is called humane to run horses for up to five miles in
winter like conditions. Their leg structures would be severely damaged
with one slip, not to mention any kind of fall.

Please reconsider this plan and come up with some acceptable alternatives
that allow for this little herd to continue their life of freedom. I
would
appreciate a timely reply to my questions. Thank you.
Sincerely,
Alexandra D. Vergun
1151 Oxford Road
San Marino, CA 91108
avergun@huntington.org
MinRadford@aol.com
05/21/2008 03:17 PM
To
melissa_kindall@blm.gov
cc

Subject
West Douglas Wild Horses


Ms Kindall:

I am absolutely opposed to BLM removing the West Douglas wild horses.
They are one of the oldest documented herds in the United States.  The
Wild Horse and Burro Act of 1971 was meant to protect these horses.  Your
EA also does not give any supporting evidence of why this should be done.
Polls of American citizens oppose removal of wild horses.  BLM is
supposed
to be upholding what the people want!!  Please develop a plan to protect
these horses in their current environment.

Thank you,
Mindy Radford

actonbarns@aol.com
05/21/2008 03:19 PM
To
melissa_kindall@blm.gov
cc

Subject
West Douglas Wild Horses


Melissa,

I have to concur with The Cloud Foundations stand on the removal of these

horses.  When congress passed the Wild Horse and Burro Act in 1971, it was
for the protection of these and other wild herds in the United States.
Cattle were brought here as an import and now with large ranches and
international companies owing sections of land, the wild horses are being
pushed out of habitats that they have roamed for several hundred years.
Unfortunately human encroachment is happening everywhere to all wild life
and horses in particular are seen as more of a nucience than other animals.
This removal needs to be prevented at all cost.  Do not remove these
animals - they deserve to be part of Americas heritage and live free.

Teresa Spencer
Concerned Citizen
charmaine settle <char1queen@yahoo.com>
05/21/2008 03:34 PM
To
melissa_kindall@blm.gov
cc

Subject
Preserve the West Douglas Wild Horse Herd



As you know, the Cloud Foundation has long supported the preservation of
the West Douglas Wild Horse Herd in western Colorado. Now the BLM wants to
totally remove this heroic, sweet little herd, perhaps even rounding them
up in the dead of winter!

PLEASE RECONSIDER this action! There are already more horses than can be
accommodated/adopted in the BLM holding pens around the West. Certainly
leaving this one, small herd alone and free will not amount to any big
picture inconvenience for anyone or anything.

The Western States are watching.  We hope you choose freedom and life over
impoundment and broken spirit.

Many thanks--

Charmaine Settle
A.C.T. S.  Television
Boulder, Colorado
_____
"Beth Ekberg" <elizabethekberg@pcisys.net>
05/21/2008 04:05 PM
To
<melissa_kindall@blm.gov>
cc

Subject

The Wild Horse Removal


Dear Ms. Melissa Kindall;

Removing the wild horses makes no sense. They support the range as well as
keep the ecosystem in balance. They may seem to be a nuesance but, they
are graceful creatures that make the terrain beautiful. Your EA does not
make sense to me as it supports no data that suggests that the herds
numbers are doing that much harm to kill the range. I agree with Ginger
Kathrens as I have read the document myself and have gone over it over and
over again. You don't have any data to support the reason to remove this
herd. Now I don't know anything about the NEPA but, I do agree to an
extreme extent that your proposal does not comply with a good enough
reason to remove the herd. I don't see any harm to the forage up in the
West Douglas range. The range looks good enough to hold such a herd that
you are trying to remove. On one note, I notice more livestock farms and
ranches in the area as I go around looking at the natural beauty of the
land. Yes I do that every once in a while just to destress myself of urban
living.
The West Douglas horses are so beautifully made as they are the oldest
documented wild herd of horses in the U.S. Knowing about the herd, I know
that they are known to resist life in captivity as they are very hardy and
tough to handle. This reason makes sense that they can't be adopted out as
they would pose as a threat to most horse riders as they will fight for
their freedom to the death. So, if they can't be adopted out, are you
going to sell them to slaughter. The removal of these horses then is the
counter to the intent of the Wild Horse and Burro Act in 1971. I also
remember hearing about an issue prohibiting the sale of horses to
slaughter. However I am not so sure about that as I heard it as a rumor.
Also I personally think that it is inhumane to round up the herd in the
dead of winter as there can be ice under snow that could easily injure a
horse when pushed or stressed to run on it. Ice as you may know is slick.
I don't even ride my horse outside in winter as I knew a horse owner that
lost their horse to an injury done on ice in a light workout. It is
inhumane to even think a horse can run on snow covered ice. Especially how
you round up the wild herds with helicopters that can stress out a horse
even more in winter. Once again I agree with Ginger Kathrens, there is no
doubt that any humane individual would contemplate a cruel and dangerous
act. In addition to that, every horse person knows that the applied stress
of a horse with a streneous work out is just dangerous in winter. Horses
will work up a good lathering sweat under both of these conditions. The
sweat itself with being in the cold is very dangerous as a horse could die
from being to cold from both the freezing temperatures and sweat put
together. With my horse, if I work her to a sweat in the indoor arena in

winter, I will usually let her roll and keep her indoors and walk her
until I can put her in her stall that is outside. Come on now, it is very
common horse sense that anyone working with horses should know. Even my
little sister who is only eight years old knows that. If I were a person
of your stance, I would take that as an insult that a very young person
knows something that is common sense in the horse world.
It is just unbearable to think that you are allowing and approving this
as
it is very dangerous to the horses. I know that when horse lovers who
don't get notices until it is too late to reply will be very upset. I
stand by Ginger Kathrens when it comes to such creulty as this. If you
had
research behind this maybe just maybe we could see your point. However
you
don't have any data and it is very common horse sense to know that it is
dangerous to move wild horses in winter in a stressful state.

Sincerely,
Beth Ekberg
"dawn myers" <dawnmyersid@gmail.com>
05/21/2008 04:54 PM
To
melissa_kindall@blm.gov
cc

Subject
EA CO-110 (WRFO) 4700 West Douglas Herd


Bureau of Land Management
White River Field Office
Attention: Melissa Kindall
220 East Market Street
Meeker, Colorado 81641

Dear Ms. Kindall;

Thank you for the opportunity to submit comments on EA CO-110 (WRFO) 4700
entitled "West Douglas Wild Horse Herd Area Removal".

It is appalling to me that your office is choosing to do so little to
help
this wild herd maintain sustainability, and even more appalling that your
intentions seem to be aimed at destroying this historic wild herd.
Please, tell me you have just overlooked their importance and will
reconsider.  I am beginning to believe that my children will know the BLM
as anti-American because they obviously are managing the land for
development not for preservation. Multiple -use of the land for humans
only?  Our children will not know what "wild " animals are unless they
visit a zoo I suppose.  Can we not share some of what we have.

Just leave them alone, monitor their progress and take steps to ensure
that our children's children will someday take pride in our generations

ability to live and let live!

Thank You for your concern- Dawn Myers
dawnmyersid@gmail.com
3511 S. Timothy Lane
Coeur d'Alene ID 83814
"Karen Head" <karen@equinection.org>
05/21/2008 05:47 PM
To
<melissa_kindall@blm.gov>
cc

Subject
Wild Horse Concern




West Douglas Wild Horse Herd in western Colorado needs to keep its home.
There are not enough wild herds left in the country and we can certainly
afford to help the few remaining live a free life. I oppose this awful
decision which includes rounding up the horses in the dead of winter!

Karen Head
Equinection LLC
www.equinection.org
828-682-9157

"Vicki" <vicki@firesurf.com>
05/21/2008 06:47 PM
To
<melissa_kindall@blm.gov>
cc

Subject
Please...and thanks.



Please listen to our collective voices...as a public school teacher, I
realize with sadness how little of our past is still in the 'present'.
What a wonderful legacy to pass on, and what a shame to 'cull' the herd.
I
am all for capitalism, and development, as it fuels our economy and
provides economic stability to a region.

However, in our high tech society with all of our skills at balancing
resources, there MUST be a way to protect our wild horses..such a tiny
cog
in the huge wheel of society. Please consider saving these herds.

Thanks and God bless.

Sincerely,

Vicki Perry
Vista, California

Mary Ann Kennedy <ponymak@aol.com>
05/21/2008 07:48 PM
To
melissa_kindall@blm.gov
cc

Subject
west douglas wild horse herd


this is truly an abomination of everything that AMERICA stands for. you
must...must..stop this effort to wipe out this herd.
if the masses knew of these efforts..which..believe me..with the show biz
people i know..they could in a big hurry...and bring this truth to the
public...they would be appauled.
PLEASE..let this herd remain free..in the LAND OF THE FREE...remember..it
IS the land of the free..not..the land of the dollar.
i beg of you

Happy Trails, Mary Ann
www.maryannkennedy.com


"Donna Beeman" <rabbitlady@gmail.com>
05/21/2008 07:58 PM
To
melissa_kindall@blm.gov
cc

Subject
roundup of mustangs


Dear Melissa,
I am writing to you because I am very disturbed that the people who are
supposed to be taking care of wildlife in our state are planning a
roundup
that could result in many of the West Douglas animals being injured and
killed. These horses are very valuable to our western history and should
be carefully preserved. They've never been domesticated and would suffer
much stress and anguish if they were sold off. It is a crime; this is a
good example of the government taking advantage of their position for
their own selfish reasons. Once a West Douglas herd such as this is
destroyed, you can never regain the history and heritage again that it
once envisioned. Please reconsider and preserve this valuable asset to
our

American West and do not go forward with the roundup. Thank you very much
for your consideration.
Sincerely,
Donna Beeman
625 Northstar Court
Boulder, CO 80304
"Pam Nickoles" <pnickoles@comcast.net>
05/21/2008 08:42 PM
To
<melissa_kindall@blm.gov>
cc

Subject
West Douglas Wild Horse Herd


Dear Melissa,

I am writing to voice my strong opposition to the removal of this
historic
and hardy little herd of West Douglas horses (actually, all of the
Piceance Creek and East/West Douglas herds). It is not only a privilege
to
have the few wild horses that live in Colorado, it's our duty to maintain
and protect them as the Living Legends that they are. I lobby for all of
the wild horses, but these are in my own backyard and that's where I want
them to stay - protected and not harassed, rounded-up and removed because
some ranchers or an oil company wants what has been theirs for hundreds
of
years. It's my understanding that these particular horses don't adjust
well to domestication, so what is to be their fate if they are removed?
And in the middle of winter?!  There has to be an alternative solution
that will provide a middle ground for all the interests involved,
including the horses. Please reconsider the current plan for removal.
Keep
our Colorado wild horses on their home range....where they belong.

Please add me to any list for announcements regarding this issue.

Regards,

Pam Nickoles
Golden, CO



SHEILA STONE <sheilajs@yahoo.com>
05/21/2008 09:33 PM
To
melissa_kindall@blm.gov
cc

Subject
West Douglas Wild Horse Herd


Dear Ms. Kindall,

I am very opposed to the removal of the West Douglas Wild Horse Herd.
Please stop this action to hurt this wonderful historical herd! The BLM's
intended actions actions are horrific.  Please don't let their removal
happen.

Sincerely,

Sheila J Stone
"Carole Polasek" <muleride@frontiernet.net>
05/21/2008 10:19 PM
To
<Melissa_Kindall@blm.gov>
cc

Subject
Wild horses


I have loved horses, beginning with WILD horses, since my earliest
childhood memories. Please preserve one of our last heritages of the
west!
Leave the horses alone!

Carole Polasek
PO Box 792
Ferndale CA 95536

Pamela Whited <pamwhited@sbcglobal.net>
05/21/2008 10:23 PM
To
melissa_kindall@blm.gov
cc

Subject
West Douglas Wild Horse Herd Area Removal


I thank you for the opportunity to submit comments on EA CO-110 (WRFO)
4700 entitled "West Douglas Wild Horse Herd Area Removal". This is a
strange EA. It obviously does not comply with NEPA in that it reveals no
data regarding range conditions or herd numbers. It indicates no
monitoring of animals or of the forage and no inventorying of anything.
Is
this data available, and, if so, why was it not presented in this
document? At least this EA is somewhat consistent with earlier EA's for

this herd as there are few facts supporting a removal of these beleaguered
wild animals.  Now, you are anticipating removing the East Piceance wild horses as well due to intense oil and gas development. Your plan is transparent. BLM is systematically doing away with wild horses in the entire area even though the public remains opposed.  It appears you continue to ingratiate with the livestock permittees in the area, wealthy and well-placed ranchers and business people who lobby to increase their bottom line at the expense of the hardy little West Douglas Creek wild horses.

The West Douglas Herd has been living free in what is now Colorado long before there was a Colorado. Written documentation of horses in this area exists as a result of the travels of the Fathers Escalante and Dominguez who traveled on foot from Mexico into the area in the 1770's. The West Douglas Creek mustangs may be one of the oldest documented herds in the United States and for that reason alone deserve preservation as a link to our western heritage. This is a significant reason why Congress unanimously passed the Wild Horse and Burro Act in 1971.

The West Douglas horses are noted for their toughness, are dark in color and small in stature. They are known to resist life as domestic horses. Therefore, they are not ideal adoption animals. This is another reason to let them live free rather than subject them to captivity. And, does an adoption demand exist for the West Douglas horses? Doubtful. Removing them
then is counter to the intent of the Wild Horse and Burro Act.

Beyond the illegality of the BLM planned removal of all the wild horses in
this area, there are clear inhumane aspects to this plan which include rounding up wild horses in winter. Winter is brutal in the West Douglas Creek area and is an inappropriate time to be rounding up wild horses or stressing any wild animals. You allow for running the mustangs "only" 5 miles instead of 10 in a foot of snow or less. Please tell me if you would
treat a domestic horse in this way? I doubt that any humane individual would contemplate such a cruel and dangerous act  Horse people know that if it is cold, no horse should be strenuously worked if the temperature is
below freezing, let alone 10 below!

Please reconsider this plan and come up with some acceptable alternatives that allow for this historic little herd to continue their life of freedom. I would appreciate a timely reply to my questions. Thank you.

Respectfully yours,

Pamela Winders
1415 Donner Pass Road
Vallejo, CA
brenda mazzuca <bremazz@yahoo.com>
05/21/2008 10:38 PM
To

melissa_kindall@blm.gov
cc

Subject
West Douglas Herd's future

I find the information regarding the removal of wild horses from western
Colorado very disturbing and perplexing.  The methods described for
gathering these wild horses sound very cruel and dangerous.  The cost of
these multiple gatherings has to be in the hundreds of thousands of
dollars.  Why not utilize a bit of kindness and manage these fine wild
animals through birth control and put that money toward supplemental hay
to ease the burden on the grazing?  I would guess you would be able to
attract more volunteers to help with maintaining the herd rather than
destroying it.  Please reconsider this plan.  There are many other
positive ways to deal with the problems that 147 wild horses are causing
on this large parcel of land.  Please put my name on the list of people
interested in receiving information about this matter as it becomes
available.  I would also like to state I will help with any efforts to
save this herd that I can.

Sincerely,

Brenda Mazzuca
bremazz@yahoo.com

Michelle Raese <stuartier@hotmail.com>
05/21/2008 11:09 PM
To
<melissa_kindall@blm.gov>
cc

Subject
comments on W. Douglas

Dear Ms. Kindall,

     I am writing to encourage you to find a more creative solution
regarding the historic wild mustang herd of the West Douglas.  These
beautiful and precious animals, as well as the herd of the North Piceance
deserve our protection and preservation, just as the land of these areas
should be preserved.  It is time to develop more sustainable strategies
for renewable energy, rather than wasting dollars on oil and gas
development until these resources are depleted.  As a native from
Colorado, I love the land and want to see it preserved for future
generations.  Additionally, any solution should not be considered viable
if it involves harming other people or creatures in the process.  I know

you can do better, there is a creative genius in you that is waiting to be
expressed.  Please do the right thing and do no harm to these animals.
They have lived in these areas longer than we have been alive.

Sincerely,

Michelle Raese

"Ellen Fitzgerald" <ellen@saddlehands.com>
05/21/2008 11:54 PM
To
<melissa_kindall@blm.gov>
cc
"'Pam Nickoles'" <pnickoles@comcast.net>
Subject
EA CO-110 (WRFO) 4700


Dear Ms. Kindall

Thank you for the opportunity to submit comments on EA CO-110 (WRFO) 4700
entitled "West Douglas Wild Horse Herd Area Removal".  I strongly oppose
the way in which this action has been approached, the conclusions it
reaches, and the proposed actions.

Please consider the contrasting the irreparable impact on ground water as
a result of drilling for natural resources versus the damage this
document
describes below:

 "With this rest, the removal of wild horses is expected to improve
watershed stability, decreasing sediment and salts which would all
indirectly improve water quality."

I would hope that the BLM, if serious about water quality, could find
higher priorities before eliminating natural American West heritage.

Ellen Fitzgerald
434 Gilpin St.
Denver, Colorado

Constance Sweitzer <cesweitzer@embarqmail.com>
05/22/2008 12:54 AM
To
Melissa_Kindall@blm.gov
cc

Subject
Colorado's Wild Horses - EA# CO-110-2008-052-EA

EA# CO-110-2008-052-EA  - Proposal Number
I think it's outrageous that you are even considering removing Colorado's
last remaining herds just to put more cattle, elk, and oil wells on the
land. Your agency was created to also PROTECT the wild horses. I must
say,
I don't think you're doing your job very well.

Just in case you haven't read it in a while, I've included the BLM's Code
of Federal Regulations here: (this doesn't mean that you just
automatically remove all the wild horses!)

BLMs Code of Federal Regulation 43 CFR 4710.5(a) Closure To Livestock
Grazing, which states: "If necessary to provide habitat for wild horses
or
burros, to implement herd management actions, or to protect wild horses
or
burros from disease, harassment or injury, the authorized officer may
close appropriate areas of the public lands to grazing use by all or a
particular kind of livestock."

Please reconsider your roundup plans and allow the horses to remain.

Thank you,
Constance Sweitzer
cesweitzer@embarqmail.com

"Viola Kluge" <viola.kluge@hamburg.de>
05/22/2008 03:43 AM
To
<Melissa_Kindall@blm.gov>
cc

Subject
Stop the removal of the West Douglas Wild Horse Herd


Dear Ms. Kindall,

I have just experienced from the AHDF and the Cloud Foundation, that the
BLM will remove the West Douglas Wild Horse Herd in Western Colorado
during winter time!
(Due to oil and gas exploitation and cattle ranchers?)

I am not a citizen of your country, but it is important to me and
especially for my son, that the variety of  these wild horses must
be protected from extinction. When you consider, that the ancestors of
these horses are older than your Declaration of Independence, it is your
duty to preserve this wild horse population.

Hunting  these horses, which means without any doubt in immense stress
for
the horses and their foals is not a legal action. It will cost many lives
and will send the horses to an unfortunate future. Perhaps, adopted from

friends, but very unlucky and waiting for the freedom, which is their demand and their right!

Please, save the West Douglas Wild Horse Herd!!

Sincerely,
Viola Kluge
D-22147 Hamburg, Germany

"Jo Osborne" <jo@joosborne.com>
05/22/2008 04:04 AM
To
<melissa_kindall@blm.gov>
cc

Subject
West Douglas Wild Horse Herd Area Removal


Dear Ms Kindall,

I have been following the issue around the W Douglas WIld Horse Herd Area Removal from here in the UK.

It appears incredibly remiss of an appointed organisation to not be protecting the natural inhabitants of an area in place of short term capital gain.

I wonder at what point will human-kind realise that the systematic destruction of fellow beings on this planet is working against all.

I implore you to re-consider your decision and at the very least be able to justify and account for your actions; which it appears has not been done.

Yours sincerely,

Jo Osborne
UK.
Tai Cash <imikto@yahoo.com>
05/22/2008 05:40 AM
To
melissa_kindall@blm.gov
cc

Subject
Douglas Hosrse


I strongly oppose the removal of the West Douglas Wild Horse Herd. Please let us keep what few wild Horses we do have.
Sincerely,

Tai M. Cash

Sarah <momof05twins@hotmail.com>
05/22/2008 06:52 AM
To
<melissa_kindall@blm.gov>
cc

Subject
Please dont hurt the horses


On behalf of The Cloud Foundation and our thousands of supporters thank
you for the opportunity to submit comments on EA CO-110 (WRFO) 4700
entitled "West Douglas Wild Horse Herd Area Removal".


Do not hurt the last of our wild heritage.  Let these animals live in
peace.  Do not attempt to move them if its cold.  Leave them alone.  Why
must you not only destrop our land but hurt innocent animals in the
process.  They have a right to happy life just like we do.  PLEASE leave
them be

Happy Trails!


Sarah

Naturalhorse101@aol.com
05/22/2008 07:22 AM
To
melissa_kindall@blm.gov
cc

Subject
West Douglas Wild Horse Herd Area Removal.....


Dear Ms. Kindall,

What are people supposed to think?

Is your employment so well secured that you can violate any premise of
the
BLM without any thought of consequences?

Avarice abounds in our political system. Are you an integral part of that
social malfeasance?

Or is it just absurdly poor judgment?

We have no way of knowing for certain and can only judge your motivation

by your actions.

But in either case, we hope and pray you will reconsider what can only be
viewed as one or the other, or perhaps both.

Sincerely,

Charles H. Mintzlaff

Leslie Vornholt <artemisdancer@earthlink.net>
05/22/2008 07:27 AM
Please respond to
Leslie Vornholt <artemisdancer@earthlink.net>

To
melissa_kindall@blm.gov
cc

Subject
West Douglas Wild Horse Herd


Dear Melissa,
Please act to preserve the Wild Horse Herd of West Douglas Creek. Please
allow these wild horses to live a life free of interference from people,
private and public interest groups, as they have for centuries. They are
symbolic of our western history, they have a right to live freely and
they
are a beautiful part of Colorado.

Thank you for your attention and positive action in this matter.

Sincerely,
Leslie Vornholt, LCSW

Kay Sutton <coaltrain31@yahoo.com>
05/22/2008 07:49 AM
To
melissa_kindall@blm.gov
cc

Subject
BLM Round Up


Bureau of Land Management
White River Field Office
Attention: Melissa Kindall
220 East Market Street
Meeker, Colorado 81641

Dear Ms. Kindall;

On behalf of The Cloud Foundation and our thousands of supporters thank you for the opportunity to submit comments on EA CO-110 (WRFO) 4700 entitled "West Douglas Wild Horse Herd Area Removal". This is an unusual EA. It clearly does not comply with NEPA in that it reveals no data regarding range conditions or herd numbers. It indicates no monitoring of animals or of the forage and no inventorying of anything. Is this data available, and, if so, why was it not presented in this document?  At least this EA is somewhat consistent with earlier EA's for this herd as it
remains short on facts supporting a removal of these beleaguered wild animals.

On page 2 you reference the 1997 decision in which horses were to be managed in North Piceance and West Douglas  in a range from 0-50 in order to improve range conditions. Yet, where is the data indicating what the range conditions were at a smaller and larger herd size?  Is this a contention of this EA—that removing the horses will increase the forage? Forage for what other species? Let me guess. . cattle?

After 1997, I recall that your office chose to manage wild horses in East Piceance only, indicating they would be easier to manage than horses in the rugged West Douglas Creek area. Now, you are anticipating removing the
East Piceance wild horses as well due to intense oil and gas development. Your plan is transparent. BLM is systematically doing away with wild horses in the entire area even though the public remains opposed.

It appears you continue to curry favor with the livestock permittees in the area, wealthy and well-placed ranchers and business people who lobby to increase their bottom line at the expense of the hardy little West Douglas Creek wild horses.

The West Douglas Herd has been living free in what is now Colorado long before there was a Colorado. Written documentation of horses in this area exists as a result of the travels of the Fathers Escalante and Dominguez who traveled on foot from Mexico into the area in the 1770's. The West Douglas Creek mustangs  may be one of the oldest documented herds in the United States and for that reason alone deserve preservation as a link to our western heritage. This is a significant reason why Congress unanimously passed the Wild Horse and Burro Act in 1971.

The West Douglas horses are noted for their toughness, are dark in color and small in stature. They are known to resist  life as domestic horses. Therefore, they are not ideal adoption animals. This is another reason to let them live free rather than subject them to captivity. And, does an adoption demand exist for the West Douglas horses? Doubtful. Removing them
then is counter to the intent of the Wild Horse and Burro Act.

Beyond the illegality of the BLM planned removal of all the wild horses in
this area, there are clear inhumane aspects to this plan which include rounding up wild horses in winter. Winter is brutal in the West Douglas

Creek area and is an inappropriate time to be rounding up wild horses or stressing any wild animals. You allow for running the mustangs "only" 5 miles instead of 10 in a foot of snow or less. Please tell me if you would
treat a domestic horse in this way? I doubt that any humane individual would contemplate such a cruel and dangerous act.

Round ups are inherently dangerous. I believe a mare and her foal were killed in 2006 during the last West Douglas round up and this was not in winter. Add the stress of winter and you really have a formula for disaster. You allow for no rounding up when it is 10 below. Horse people know that if it is cold, no horse should be strenuously worked if the temperature is below freezing, let alone 10 below!

Please reconsider this plan and come up with some acceptable alternatives that allow for this hard scrabble little herd to continue their life of freedom. I would appreciate a timely reply to my questions. Thank you.

Sincerely,


God Bless The Trails You Ride
Kay and Animals
Jennifer Luttrell <jlluttrell@hotmail.com>
05/22/2008 08:03 AM
To
<melissa_kindall@blm.gov>
cc

Subject
West Douglas Wild Horse Herd Area Removal


Thank you for the opportunity to submit comments on EA CO-110 (WRFO) 4700 entitled "West Douglas Wild Horse Herd Area Removal". This is an unusual EA. It reveals no data regarding range conditions or herd numbers. It indicates no monitoring of animals or of the forage and no inventorying of
anything. Is this data available, and, if so, why was it not presented in this document?

On page 2 you reference the 1997 decision in which horses were to be managed in North Piceance and West Douglas in a range from 0-50 in order to improve range conditions. Yet, where is the data indicating what the range conditions were at a smaller and larger herd size? Is this a contention of this EA—that removing the horses will increase the forage? Forage for what other species? Let me guess. . cattle?

After 1997, I recall that your office chose to manage wild horses in East Piceance only, indicating they would be easier to manage than horses in the rugged West Douglas Creek area. Now, you are anticipating removing the
East Piceance wild horses as well due to intense oil and gas development.

Your plan is transparent. BLM is systematically doing away with wild horses in the entire area even though the public remains opposed.

It appears you continue to curry favor with the livestock permittees in the area, wealthy and well-placed ranchers and business people who lobby to increase their bottom line at the expense of the West Douglas Creek wild horses.

The West Douglas Herd has been living free in what is now Colorado long before there was a Colorado. Written documentation of horses in this area exists as a result of the travels of the Fathers Escalante and Dominguez who traveled on foot from Mexico into the area in the 1770's. The West Douglas Creek mustangs  may be one of the oldest documented herds in the United States and for that reason alone deserve preservation as a link to our western heritage. This is a significant reason why Congress unanimously passed the Wild Horse and Burro Act in 1971.

The West Douglas horses are noted for their toughness, are dark in color and small in stature. They are known to resist  life as domestic horses. Therefore, they are not ideal adoption animals. This is another reason to let them live free rather than subject them to captivity. And, does an adoption demand exist for the West Douglas horses? Doubtful. Removing them
then is counter to the intent of the Wild Horse and Burro Act.

Beyond the illegality of the BLM planned removal of all the wild horses in
this area, there are clear inhumane aspects to this plan which include rounding up wild horses in winter. Winter is brutal in the West Douglas Creek area and is an inappropriate time to be rounding up wild horses or stressing any wild animals. You allow for running the mustangs "only" 5 miles instead of 10 in a foot of snow or less. Please tell me if you would
treat a domestic horse in this way? I doubt that any humane individual would contemplate such a cruel and dangerous act.  I believe a mare and her foal were killed in 2006 during the last West Douglas round up and this was not in winter. Add the stress of winter and you really have a formula for disaster. You allow for no rounding up when it is 10 below. Horse people know that if it is cold, no horse should be strenuously worked if the temperature is below freezing, let alone 10 below!

Please reconsider this plan and come up with some acceptable alternatives that allow for this hard scrabble little herd to continue their life of freedom. I would appreciate a timely reply to my questions. Thank you.

Jennifer Luttrell
409 Arlington Avenue
Frankfort, KY 40601

"G. R. Field" <grfield@wildhorsefoundation.org>
05/22/2008 08:21 AM
To
<Melissa_Kindall@blm.gov>
cc

"Tom Pogacnik" <Tom_Pogacnik@blm.gov>, "debra barkley \(CA\)"
<barkleysmustangfreedom@gmail.com>, "Kathleen Hayden \(CA\)"
<Kats@znet.com>
Subject
Request to be Heard


Melissa Kindall, BLM

In reference to EA# CO-110-2008-052-EA Please include me in ANY
communication, reading, hearing on this subject and I reserve my rights
to
be heard on this issue for the Wild Horses.

Ray Field
Wild Horse Foundation

GCole18594@aol.com
05/22/2008 08:26 AM
To
melissa_kindall@blm.gov
cc
Senator_Salazar@salazar.senate.gov, rob.witwer.house@state.co.us
Subject
1997 White River Resource Management Plan, et seq.


Dear Ms. Kindall:

Having spent the better part of a day reading through various documents
and environmental assessments published by the White River Field Office
of
the Bureau of Land Management, I have yet to find a substantive reason
for
the removal of the West Douglas mustang herd.   The only hint that I have
found is that removal of the herd would facilitate the extraction of oil
and gas from the region, which would benefit three private, for-profit
corporations at the expense of the public as a whole.

Perhaps I am mistaken.  Perhaps I have not inquired deeply enough.
Perhaps you can enlighten me.

However, I thoroughly object to the disruption of natural and historic
environment, which in the present case includes the West Douglas mustang
herd, in order to benefit for-profit organizations.  Since the herd has
apparently existed in the region for several hundred years, in spite of
intrusive and ill-considered human actions, I infer that the ecosystem is
reasonably balanced.  I therefore urge the BLM to reconsider the proposed
action, and to leave the mustangs wild and free in the West Douglas area.

Sincerely,
Geoffrey N. Coleman

20 Penstemon
Littleton, CO 80127

cc:  The Honorable Ken Salazar, United States Senator
     The Honorable Rob Witwer, Colorado House of Representatives

Sharon Saare <sharonsaare@juno.com>
05/22/2008 09:08 AM
To
Melissa_Kindall@blm.gov
cc

Subject
Wild HOrse Gather


Dear Melissa,
Having owned about 1800 Wild Horses 40 years ago I"m more than a little
familiar with them both in natural habitat and domestic.....If the horses
have long hair re: winter weather...and they are driven 5 miles in snow a
foot deep, they will become overheated...wet...and eventually cold...and
will go into strangles very quickly.  They shouldn't be stressed by
moving in those circumstances.  I also formerly contracted with BLM and
did some of the first training, capture and adoption slide programs for
the Agency.
Sharon Saare
Berthoud, Co.

Terri Goon <t_goon@mac.com>
05/22/2008 09:23 AM
To
melissa_kindall@blm.gov
cc

Subject
West Douglas Wild Horse Herd Area Removal


I read the assessment of this horse removal proposal and I'm afraid it
isn't making sense unless the object here is to put cattle over and above
the wild animals in this area.
The horses have been there for a few hundred years without ruining a
thing.  What makes things different now?
Please re-think this proposal.

Sincerely
Terri Goon

"Lynn B" <coachlynnb@comcast.net>
05/22/2008 09:26 AM
To

<melissa_kindall@blm.gov>
cc

Subject
West Douglas Wild Horse Herd


Dear Melissa,

Please take to heart the efforts of the Cloud Foundation and the many
voices of the public regarding the West Douglas wild horse herd. I
request
that the BLM refrain from its present plan and look at alternatives that
are more humane to the horses and more consistent with public sentiment.

Sincerely,

Lynn Baskfield

debyZ719@aol.com
05/22/2008 09:49 AM
To
melissa_kindall@blm.gov
cc

Subject
Newest Projected Round Up........


May 22, 2008

Bureau of Land Management
White River Field Office
Attention: Melissa Kindall
220 East Market Street
Meeker, Colorado 81641

Dear Ms. Kindall,
  As a resident of Colorado I am VERY concerned with this newest proposal
of Wild Horse REMOVAL.  I have worked up in that area, driven truck
around
it and have seen FAR MORE damage caused by your money making cattle
leases
than ANY herd of wild horses could possibly do.  As for "MANAGEMENT" of
the cattle???  You will only pass THAT joke on to those who live in the
cities and have NO IDEA what cattle are like.  Unlike wild horses, cattle
tend to stay local to whatever water there is, and thus TOTALLY DESTROY
ALL VEGETATION because they don't wander far from the water.  Also, HOW
can you possibly JUSTIFY WINTER HELICOPTER round ups when mares are heavy
in foal, ALL possibly in a weaker condition depending on the severity of
the winter and scared to death by that helicopter???????

   WHAT is the payoff here for the BLM to do something like this??  Like
Ginger Kathryns mentions, it is not only the Big Cattle money, but also
the oil and gas development there that seems to be the MAJOR DETERMINING
FACTOR rather than the lame excuse of any environmental impact.  These
horses have been here LONG BEFORE anyone settled this state before the
Native Americans.  WHY is it, that the areas deemed inaccessible for
human
use and left for the NATIVE WILD LIFE---(which in this case DOES include
the wild horses!!!) are not given any thought UNTIL some clown figures
out
that either by running cattle there for added revenue (ignoring the
DAMAGE
factor, only seeing the MONEY factor) or in this case GAS AND OIL
DRILLING...THEN you figure that blaming the wild horse for damage caused
to the environment (that never was a factor before) is NOW of such
consequence that it is necessary to remove the supposedly offending
party.  It's known (but NEVER admitted because of their revenue
generated)
that HUNTERS cause tons of damage with their off road vehicles "needed"
for hunting and they get to goofing off and tearing up the landscape, but
THAT'S alright.  Well, NO IT'S NOT! and neither is this lame excuse of
blaming an animal that is as adapted to the area as any of the other wild
animals, weather they be deer, elk, or antelope.  It is so pathetic of
you
to ALWAYS put the blame on the horses, and then try and excuse it all
with
some even more lame excuses of environmental impact.

   You need to remember that these horses were seen as long ago as the
1770's and written about by two Fathers, Escalante and
Dominguez........how do you justify the excuse of only the horses causing
damage to the environment when they are no where near as numerous as the
other wildlife there???

   For the BLM to go ahead with this atrocity would really be the icing on
the cake!  It is bad enough that there is less and less land for the wild
horses yet plenty for ("harvestable") game that you can make money on by
hunting, or the other one...CATTLE LEASING....where you (supposedly) only
allow COW/CALF pairs, when in fact the "calves" I have seen on one of
these leases, and read about on others, were LONG WEANED and capable of
having their own, or heading to the packing plant!!!  Why can't you just
leave alone that which is NOT bothering anyone, (other than your greed
for
money) and are NOT in excess for their location???

   Please, find it in your heart to reconsider this plan and leave these
horses enjoy their freedom.  They are not the only animals there and not
the only ones making their "impact" on the land, but it's them that you
are singling out as a problem.

   I would appreciate a response from you with explinations as to "why"
this is being considered, let alone pushed for.

Respectfully,

Deby Zimmerman
Loyal advocate for ALL Mustangs
Boone, Co.

HUNNICUTCR@aol.com
05/22/2008 10:00 AM
To
melissa_kindall@blm.gov
cc

Subject
West Douglas Wild Horse Herd Area Removal


Dear Ms. Kindall,

As a private citizen I would like to strongly oppose the plan you have
for
the rounding up of these wild horses.  It is inhumane for them to be
treated this way which would lead to their eventual dist ruction and
annihilation over time.
Cannot these animals be treated as well as our wildlife in Alaska are?
We
should hope so.

Hopefully you will reconsider this plan and come up with something more
acceptable for this little herd of horses.

Thank you.

Yours truly,
Elizabeth Robinson
Dallas, TX

Nature98LV@aol.com
05/22/2008 10:04 AM
To
melissa_kindall@blm.gov
cc

Subject
Re:  The West Douglas Wild Horse Herd


The West Douglas Wild Horse Herd in western Colorado, the historic little
herd, one of Colorado's last remaining herds, deserves to live in freedom
on their land which is certainly sustainable.  This is in accordance with
Federal Regulation 43-CFR 4710-5(a).

Please stop the "Final Solution".

Carol Lushear
Dunedin, Florida

Pam Stoddard <destinysmama@earthlink.net>
05/22/2008 10:17 AM
Please respond to
Pam Stoddard <destinysmama@earthlink.net>

To
melissa_kindall@blm.gov
cc

Subject
West Douglas wild horses


Hello Ms. Kindall,
I am adding my voice to the effort to preserve the West Douglas wild
horse
herd in Colorado.  Please reconsider the plan to gather and remove these
horses from their home.  I can't help but equate what we're doing to the
wild horses to the countless atrocities we white people have done and
continue to do to various natives of past and present.  Where is the
equality in our society?  What makes us so greedy and self righteous?

My hope is that the BLM will look for a win/win for these magnificent
animals in Colorado as well as any other native habitat where they range.

Sincerely, Pam Stoddard
Placerville, Ca

christina lauritsen <xinael@yahoo.com>
05/22/2008 10:32 AM
Please respond to
xinael@yahoo.com

To
melissa_kindall@blm.gov
cc

Subject
Regarding EA CO-110 (WRFO) 4700


Dear Ms. Kindall;

I've been alerted to the issue of "West Douglas Wild Horse Herd Area
Removal" and am concerned with the plan.

Ginger Kathrens of The Cloud Foundation wrote an excellent letter,
stating
some very legitamate points.  Instead of restating all of those, I

encourage you to seriously consider what she's laid out.  The concerns to
the animals' welfare is genuine and I think alternative solutions ought to
be considered.

Thank you for your time,
Christina Lauritsen

_____

Dear Ms. Kindall;

On behalf of The Cloud Foundation and our thousands of supporters thank
you for the opportunity to submit comments on EA CO-110 (WRFO) 4700
entitled "West Douglas Wild Horse Herd Area Removal". This is an unusual
EA. It clearly does not comply with NEPA in that it reveals no data
regarding range conditions or herd numbers. It indicates no monitoring of
animals or of the forage and no inventorying of anything. Is this data
available, and, if so, why was it not presented in this document?  At
least this EA is somewhat consistent with earlier EA's for this herd as it
remains short on facts supporting a removal of these beleaguered wild
animals.

On page 2 you reference the 1997 decision in which horses were to be
managed in North Piceance and West Douglas in a range from 0-50 in order
to improve range conditions. Yet, where is the data indicating what the
range conditions were at a smaller and larger herd size?  Is this a
contention of this EA—that removing the horses will increase the forage?
Forage for what other species? Let me guess. . cattle?

After 1997, I recall that your office chose to manage wild horses in East
Piceance only, indicating they would be easier to manage than horses in
the rugged West Douglas Creek area. Now, you are anticipating removing the
East Piceance wild horses as well due to intense oil and gas development.
Your plan is transparent. BLM is systematically doing away with wild
horses in the entire area even though the public remains opposed.

It appears you continue to curry favor with the livestock permittees in
the area, wealthy and well-placed ranchers and business people who lobby
to increase their bottom line at the expense of the hardy little West
Douglas Creek wild horses.

The West Douglas Herd has been living free in what is now Colorado long
before there was a Colorado . Written documentation of horses in this area
exists as a result of the travels of the Fathers Escalante and Dominguez
who traveled on foot from Mexico into the area in the 1770's. The West
Douglas Creek mustangs may be one of the oldest documented herds in the
United States and for that reason alone deserve preservation as a link to
our western heritage. This is a significant reason why Congress
unanimously passed the Wild Horse and Burro Act in 1971.

The West Douglas horses are noted for their toughness, are dark in color and small in stature. They are known to resist life as domestic horses. Therefore, they are not ideal adoption animals. This is another reason to let them live free rather than subject them to captivity. And, does an adoption demand exist for the West Douglas horses? Doubtful. Removing them
then is counter to the intent of the Wild Horse and Burro Act.

Beyond the illegality of the BLM planned removal of all the wild horses in
this area, there are clear inhumane aspects to this plan which include rounding up wild horses in winter. Winter is brutal in the West Douglas Creek area and is an inappropriate time to be rounding up wild horses or stressing any wild animals. You allow for running the mustangs "only" 5 miles instead of 10 in a foot of snow or less. Please tell me if you would
treat a domestic horse in this way? I doubt that any humane individual would contemplate such a cruel and dangerous act.

Round ups are inherently dangerous. I believe a mare and her foal were killed in 2006 during the last West Douglas round up and this was not in winter. Add the stress of winter and you really have a formula for disaster. You allow for no rounding up when it is 10 below. Horse people know that if it is cold, no horse should be strenuously worked if the temperature is below freezing, let alone 10 below!

Please reconsider this plan and come up with some acceptable alternatives that allow for this hard scrabble little herd to continue their life of freedom. I would appreciate a timely reply to my questions. Thank you.

Sincerely,
Ginger Kathrens
Volunteer Executive Director
The Cloud Foundation
A Colorado 501(c)3

Lavonne Barr <endy22000@yahoo.com>
05/22/2008 10:52 AM
Please respond to
endy22000@yahoo.com

To
melissa_kindall@blm.gov
cc

Subject
West Douglas Wild Horse Herd


Dear Ms. Kindall,
I am opposed to the removal of the West Douglas Wild Horse Herd. Please reconsider.
Thank you for your time.

Carol L. Barr

"Evans, Ann" <EvansA@exempla.org>
05/22/2008 11:04 AM
To
<melissa_kindall@blm.gov>
cc

Subject
West Douglas Herd


                              May 19, 2008
Bureau of Land Management
White River Field Office
Attention: Melissa Kindall
220 East Market Street
Meeker, Colorado 81641

Dear Ms. Kindall;

Thank you for the opportunity to submit comments on EA CO-110 (WRFO) 4700
entitled "West Douglas Wild Horse Herd Area Removal". This is an unusual
EA. It clearly does not comply with NEPA in that it reveals no data
regarding range conditions or herd numbers. It indicates no monitoring of
animals or of the forage and no inventorying of anything. Is this data
available, and, if so, why was it not presented in this document?  At
least this EA is somewhat consistent with earlier EA's for this herd as
it
remains short on facts supporting a removal of these beleaguered wild
animals.

On page 2 you reference the 1997 decision in which horses were to be
managed in North Piceance and West Douglas in a range from 0-50 in order
to improve range conditions. Yet, where is the data indicating what the
range conditions were at a smaller and larger herd size?  Is this a
contention of this EA—that removing the horses will increase the forage?
Forage for what other species? Let me guess. . cattle?

After 1997, I recall that your office chose to manage wild horses in East
Piceance only, indicating they would be easier to manage than horses in
the rugged West Douglas Creek area. Now, you are anticipating removing
the
East Piceance wild horses as well due to intense oil and gas development.
Your plan is transparent. BLM is systematically doing away with wild
horses in the entire area even though the public remains opposed.

It appears you continue to curry favor with the livestock permittees in
the area, wealthy and well-placed ranchers and business people who lobby
to increase their bottom line at the expense of the hardy little West
Douglas Creek wild horses.

The West Douglas Herd has been living free in what is now Colorado long

before there was a Colorado. Written documentation of horses in this area exists as a result of the travels of the Fathers Escalante and Dominguez who traveled on foot from Mexico into the area in the 1770's. The West Douglas Creek mustangs may be one of the oldest documented herds in the United States and for that reason alone deserve preservation as a link to our western heritage. This is a significant reason why Congress unanimously passed the Wild Horse and Burro Act in 1971.

The West Douglas horses are noted for their toughness, are dark in color and small in stature. They are known to resist  life as domestic horses. Therefore, they are not ideal adoption animals. This is another reason to let them live free rather than subject them to captivity. And, does an adoption demand exist for the West Douglas horses? Doubtful. Removing them
then is counter to the intent of the Wild Horse and Burro Act.

Beyond the illegality of the BLM planned removal of all the wild horses in
this area, there are clear inhumane aspects to this plan which include rounding up wild horses in winter. Winter is brutal in the West Douglas Creek area and is an inappropriate time to be rounding up wild horses or stressing any wild animals. You allow for running the mustangs "only" 5 miles instead of 10 in a foot of snow or less. Please tell me if you would
treat a domestic horse in this way? I doubt that any humane individual would contemplate such a cruel and dangerous act.

Round ups are inherently dangerous. I believe a mare and her foal were killed in 2006 during the last West Douglas round up and this was not in winter. Add the stress of winter and you really have a formula for disaster. You allow for no rounding up when it is 10 below. Horse people know that if it is cold, no horse should be strenuously worked if the temperature is below freezing, let alone 10 below!

Please reconsider this plan and come up with some acceptable alternatives that allow for this hard scrabble little herd to continue their life of freedom. Thank you.

Sincerely,
Ann Evans
12668 W Dorado Pl
Littleton, CO 80127

"dorise borg" <dorise.borg@gmail.com>
05/22/2008 12:26 PM
To
Melissa_Kindall@blm.gov
cc

Subject
wild horse and burros

I am writing  to plea with you to re consider killing these wild animals.
i have wittnessed first hand the rounding up by helicopter and capturing
that happens to these animals and how tramatic it is for them.  the
shipping them off  for very long trailer rides to climates that are
unfamiliar to their bodies and the ones that dont make it.And I have seen
the the out and out killing of the wild burros. so, so sad.
there are more choices available and we must  as human beings  give them
the right to survive.
 we have used them up and  now that we aren't in need of their services
we
are singleing them out and killing them.
please.lets find another  way.

concerned  citizen

dorise borg

"Vanessa Register" <chilvan@verizon.net>
05/22/2008 01:06 PM
To
<melissa_kindall@blm.gov>
cc

Subject
West Douglas Wild Horse Herd


   Dear Melissa,

I am writing to you to express my concerns for the round up of the West
Douglas Wild Herd Horses.

I don't want to tear apart your report, and tell you its short comings.
You are well aware of them.

I do however want to encourage you to consider what you are doing.
Have you thought about your motives? Are they for the benefit of the
horses?
Does man have a right to take away their way of life?
I believe they have been moved once before, was it a benefit, for who?
They to have a right to their way of life, the life they know.
I own two mustangs and I am sad that they do not run free anymore.
They deserve to be left alone.

I strongly urge you to consider the impact you are having on them.

Sincerely,

Vanessa Register
10959 Yunis Court
Yucaipa, CA 92399

chilvan@verizon.net

"Campbell, Carol" <Carol.Campbell@ATK.com>
05/22/2008 01:09 PM
To
<melissa_kindall@blm.gov>
cc

Subject
EA CO-110(WRFO) 4700 East Douglas Wild Horse Herd Area Removal


Bureau of Land Management
White River Field Office
Attention: Melissa Kindall
220 East Market Street
Meeker, Colorado 81641

Dear Ms. Kindall;

Thank you for the opportunity to submit comments on EA CO-110 (WRFO) 4700
entitled "West Douglas Wild Horse Herd Area Removal". This EA does not
comply with NEPA in that it reveals no data regarding range conditions or
herd numbers. It indicates no monitoring of animals, or of the forage,
and
no inventorying of variables or assets. Is this data available, and, if
so, why was it not presented in this document?

On page 2 you reference the 1997 decision in which horses were to be
managed in North Piceance and West Douglas  in a range from 0-50 in order
to improve range conditions. There appears to be no  data indicating what
the range conditions were as a function of smaller and larger herd size.
What other foraging animals are considered as a part of this study?  Are
cattle grazing permits allowed in the area, and what effect do those
permits have on the range condition?  What are the effects of oil and gas
development?

The land and the wild horse herd represent national assets, which should
not be sacrificed for the benefit of the relatively few, and their
financial gain at our expense.  The West Douglas Herd has been living
free
in what is now Colorado long before there was a Colorado. Written
documentation of horses in this area exists as a result of the travels of
the Fathers Escalante and Dominguez who traveled on foot from Mexico into
the area in the 1770's. The West Douglas Creek mustangs  may be one of
the
oldest documented herds in the United States and for that reason alone
deserve preservation as a link to our western heritage. This is a
significant reason why Congress unanimously passed the Wild Horse and
Burro Act in 1971.  Removing them then is counter to the intent of the
Wild Horse and Burro Act.

Beyond the illegality of the BLM planned removal of all the wild horses in
this area, there are clear inhumane aspects to this plan which include
rounding up wild horses in winter. Winter is brutal in the West Douglas
Creek area and is an inappropriate time to be rounding up wild horses or
stressing any wild animals. You allow for running the mustangs "only" 5
miles instead of 10 in a foot of snow or less. It is my contention this
represents a serious jeopardy to the animals, and a calculated convenience
to the BLM in striking when the animals are most vulnerable.

Please reconsider this plan and come up with some acceptable alternatives
that allow for preservation of this national asset.
Thank you.

Sincerely,
Dr. Carol Campbell
Cat-Tail Ranch
2602 W. 1900 N.
Ogden, UT 84404

darynne jessler <darynnej@yahoo.com>
05/22/2008 01:17 PM
To
melissa_kindall@blm.gov
cc

Subject
West Douglas Herd Area Removal


EA # CO-110-220-052-EA

Dear Ms. Kendall,

Thank you for the opportunity to make my voice heard on the BLMs plan to
round up wild horses in winter. I'm 100% against it for all the obvious
reasons. It's inhumane, dangerous, innappropriate, and illegal. If these
were stabled, privately owned horses what do you think would happen if you
did that? That's right - headline news! The HSUS and the ASPCA would be
all over it. Why in the world can't you offer the wild horses the same
respect and dignity? It's incredible to me that you can't. Truly
unbelievable.

Just because the BLM CAN wipe out the wild horses without it making
headline news does not mean it SHOULD. Please stop yourself from thinking,
"Oh, not that many people will really know about this and it won't be on
CNN or any newspapers or anything. No one really cares about wild horses
or burros so it's ok and I'm not responsible for causing any real harm."
Guess what? You really are causing REAL harm. You personally and the BLM

in general. Breaking the law is serious it sets a very bad precident.
Come
to think of it such dastardly treatment of animals is regularly kept
secret and done in the dark. It's unimaginable to me that my tax dollars
are being squandered on animal abuse. Yeah, I realize my words aren't as
polite and professional as they could be but I'm angery.

By the way, we need wild horses. We don't need more cattle. In case
that's
the real motivation behind all this insanity. And surely it is.

I look forward to your prompt reply and to the BLMs final decision in
this
very important matter.

Sincerely, Darynne Jessler 4408 Gentry Ave Valley Village, CA 91607

"Susan Sefscik" <ssefscik@cfl.rr.com>
05/22/2008 01:59 PM
Please respond to
<ssefscik@cfl.rr.com>

To
<melissa_kindall@blm.gov>
cc

Subject
Comments on EA CO-110


Dear Ms. Lindall:
I am submitting my comments on EA CO-110 (WRFO) 4700 which are entitled
"West Douglas Wild Horse Herd Area Removal". This EA clearly does not
comply
with NEPA.  There is no data regarding range conditions or herd numbers.
I
see no animal monitoring,  or data on forage and no inventory. Upon what
scientific data does the BLM decide to remove these horses???

It appears to me that BLM (my TAX DOLLARS at work?) is systematically
doing
away with wild horses in the entire area even though most of the public
is
opposed. BLM is supposed to do the Will of ALL people, not just the
monied
interests.

It appears the BLM continues to cater to the livestock permittees in the
area, wealthy and well-placed ranchers and business people who lobby to
increase their bottom line at the expense of the West Douglas Creek wild
horses.

The West Douglas Herd has been living free in what is now Colorado long

before there was "Colorado." Written documentation of horses in this area
exists as a result of the travels of the Fathers Escalante and Dominguez
who
traveled on foot from Mexico into the area in the 1770's. The West
Douglas
Creek mustangs thus may be one of the oldest documented herds in the
United
States.  For that single reason, they deserve preservation as a link to
our
Western heritage. Republican President Richard Nixon signed and Congress
unanimously passed the Wild Horse and Burro Act in 1971.

The West Douglas horses do not make good adoption animals. This is
another
reason to let them live free rather than subject them to captivity.
Removing
them then is counter to the intent of the Wild Horse and Burro Act.

Winter round ups are totally unnecessary and are brutal in the West
Douglas
Creek area.  This is an inappropriate time to be rounding up wild horses
or
stressing any wild animals. These mustangs should not be run at all!  The
statement of running them "only" 5 miles instead of 10 in a foot of snow
is
a cruel and dangerous act.

Please reconsider this plan and respond to this taxpayer in a timely
manner.
Thank you.

For those who cannot speak,
Sue Sefscik
27 Seaview Drive
Ormond Beach, FL 32176

Judy Paterson <judy4horses@yahoo.co.uk>
05/22/2008 02:28 PM
Please respond to
judy4horses@yahoo.co.uk

To
melissa_kindall@blm.gov
cc

Subject
West Douglas Wild Horse Herd Area Removal


Dear Ms Kindall,

I was dismayed to hear that the West Douglas Wild Horses are to be removed
from their homelands and that this historic herd will become extinct.
As a student of the horse in my  homeland Scotland I have learned much
from the videos made by Ginger Katherens. The study of this herd is
undertaken by all students of Friendship Training- students in Sweden, UK,
Australia, and of course USA.

That such a herd lived and roamed in some sort of managed freedom was a
tribute the the various authorities in Colorado.
Many people around the world know of these horses and their "value" is
their life as a herd, able to live as nature intended and certainly a
symbol of what one presumes America to be... the land of the free.
At a time when we look to preserving natural heritage I am saddened to
think these rare horses can be considered a pest rather than an asset.
I share the concerns of Ginger Katherens as detailed in a copy of her
letter below and urge you to preserve these unique horses.
Yours sincerely
Judy Paterson
address at the end of email

copy of letter

Bureau of Land Management
White River Field Office
Attention: Melissa Kindall
220 East Market Street
Meeker, Colorado 81641

Dear Ms. Kindall;

On behalf of The Cloud Foundation and our thousands of supporters thank you
for the opportunity to submit comments on EA CO-110 (WRFO) 4700 entitled "
West Douglas Wild Horse Herd Area Removal". This is an unusual EA. It clearly
does not comply with NEPA in that it reveals no data regarding range
conditions or herd numbers. It indicates no monitoring of animals or of
the forage and
no inventorying of anything. Is this data available, and, if so, why was it
not presented in this document? At least this EA is somewhat consistent
with earlier EA's for this herd as it remains short on facts supporting a
removal of these beleaguered wild animals.

On page 2 you reference the 1997 decision in which horses were to be managed
in North Piceance and West Douglas in a range from 0-50 in order to improve
range conditions. Yet, where is the data indicating what the range
conditions were at a smaller and larger herd size? Is this a contention of

this EA—
that removing the horses will increase the forage? Forage for what other
species? Let me guess. . cattle?

After 1997, I recall that your office chose to manage wild horses in East
Piceance only, indicating they would be easier to manage than horses in
the
rugged West Douglas Creek area. Now, you are anticipating removing the
East
Piceance wild horses as well due to intense oil and gas development. Your
plan
is transparent. BLM is systematically doing away with wild horses in the
entire area even though the public remains opposed.

It appears you continue to curry favor with the livestock permittees in
the
area, wealthy and well-placed ranchers and business people who lobby to
increase their bottom line at the expense of the hardy little West
Douglas
Creek
wild horses.

The West Douglas Herd has been living free in what is now Colorado long
before there was a Colorado. Written documentation of horses in this area
exists
as a result of the travels of the Fathers Escalante and Dominguez who
traveled on foot from Mexico into the area in the 1770's. The West
Douglas
Creek
mustangs may be one of the oldest documented herds in the United States
and
for that reason alone deserve preservation as a link to our western
heritage.
This is a significant reason why Congress unanimously passed the Wild
Horse
and Burro Act in 1971.

The West Douglas horses are noted for their toughness, are dark in color
and
small in stature. They are known to resist life as domestic horses.
Therefore, they are not ideal adoption animals. This is another reason to
let them
live free rather than subject them to captivity. And, does an adoption
demand
exist for the West Douglas horses? Doubtful. Removing them then is
counter
to the intent of the Wild Horse and Burro Act.

Beyond the illegality of the BLM planned removal of all the wild horses
in
this area, there are clear inhumane aspects to this plan which include
rounding up wild horses in winter. Winter is brutal in the West Douglas
Creek area
and is an inappropriate time to be rounding up wild horses or stressing

any
wild animals. You allow for running the mustangs "only" 5 miles instead of
10
in a foot of snow or less. Please tell me if you would treat a domestic
horse in this way? I doubt that any humane individual would contemplate such a
cruel and dangerous act.

Round ups are inherently dangerous. I believe a mare and her foal were
killed in 2006 during the last West Douglas round up and this was not in winter.
Add the stress of winter and you really have a formula for disaster. You allow
for no rounding up when it is 10 below. Horse people know that if it is
cold, no horse should be strenuously worked if the temperature is below
freezing, let alone 10 below!

Please reconsider this plan and come up with some acceptable alternatives
that allow for this hard scrabble little herd to continue their life of
freedom. I would appreciate a timely reply to my questions. Thank you.

Sincerely,
Ginger Kathrens
Volunteer Executive Director
The Cloud Foundation
A Colorado 501(c)3


Judy Paterson

"amy" <abiliunas@cox.net>
05/22/2008 02:53 PM
Please respond to
<abiliunas@cox.net>

To
<Melissa_Kindall@blm.gov>
cc

Subject
FW: Comments EA CO-110 (WRFO) 4700 entitled "West Douglas Wild Horse Herd
Area Removal".


Dear Melissa,

I would like to mirror the comments and request for information as put
forth in the letter herewith by Mrs. Hayden of the CCCDA.
Please halt the gather to perform the necessary due diligence as
requested.

Thank you,

Amy Biliunas
4313 Resmar Road
La Mesa, CA  91941
619-670-9818

-----Original Message-----
From: Kathleen Hayden [mailto:Kats@znet.com]
Sent: Thursday, May 22, 2008 1:38 PM
To: Melissa_Kindall@blm.gov
Subject: Comments EA CO-110 (WRFO) 4700 entitled "West Douglas Wild Horse
Herd Area Removal".

May 22, 2008
Coyote Canyon Caballos d'Anza
POB 236 Santa Ysabel, Ca. 92070
CCCDA@znet.com

Bureau of Land Management
White River Field Office
Attention: Melissa Kindall
220 East Market Street
Meeker, Colorado 81641

Dear Ms. Kindall;

On behalf of Coyote Canyon Caballos d'Anza, thank you for the opportunity
to submit comments on EA CO-110 (WRFO) 4700 entitled "West Douglas Wild
Horse Herd Area Removal".
The West Douglas Herd was native to Colorado prior to statehood as
documented by 1770's Spanish exploration.  The West Douglas Creek Herd
Area mustangs as one of the oldest documented herds in the United States
deserve preservation and maintenance as a link to our western heritage.
This unique Herd Area meets National Register Criterion "a" for its
associations with the traditions, traditional culture, and traditional
values of the equestrian American West, a significant pattern of
development in American history.

Please explain how a SEC 106 compliance may be exempt from this gather
under the NEPA process in accordance with the National Historic
Preservation Act as well as  NEPA under the Wild Horse and Burro Act?
The Federal Mandates for preservation, restoration, and maintenance of
historic districts, re introduced species, and wild horses and burros
overlaps jurisdictions including: The Wild Horse and Burro Act, National
Historic Preservation Act (NEPA and 106 Compliance) and US Code Title 16
(Conservation.)  The Federal Mandates are carried out in consultation
with
the wildlife agency of the State wherein such lands are located.  Please
provide all compliance documents in your possession.

Also, please provide data for monitoring of animals,  forage and
inventory of anything not presented in this document  which is necessary
and imperative to implement this gather.

In agreement with Ginger Kathren's statement that "Beyond the illegality of the BLM planned removal of all the wild horses in this area, there are clear inhumane aspects to this plan which include rounding up wild horses in winter.  Winter is brutal in the West Douglas Creek area and is an inappropriate time to be rounding up wild horses or stressing any wild animals. "  I would add that this inhumane treatment constitutes endangerment/abuse that well might result in death, clearly a criminal violation.
Bases on results, this removal plan is consistent with all others only in its NEPA violations that continue to endanger wild horse herds into extinction.  Therefore
I urge you to halt this gather until you can provide a timely reply to my questions.
Thank you.

Sincerely,
Kathleen Hayden
Director Coyote Canyon Caballos d'Anza

"Deborah M. Terry" <debbiechp@msn.com>
05/22/2008 03:00 PM
To
<melissa_kindall@blm.gov>
cc

Subject
Douglas Wild herd


We need to continue to provide space for all of mother natures animals.
This is a small herd and I strongly ask you to find a way to maintain them
for future people to enjoy.  We need to find another way to round up these
animals if they must be rounded up.

Deborah M. Terry
DMT Enterprises, Inc.
1382 Flintwood Rd.
Franktown, CO 80116
303-688-3266 Office
303-688-3847 Fax
dmtevents@msn.com

Judy.Thomas@sybase.com
05/22/2008 05:20 PM
To
melissa_kindall@blm.gov
cc

Subject
Save Colorado's Historic West Douglas Creek Herd

May 23, 2008

Bureau of Land Management
White River Field Office
220 East Market Street
Meeker, Colorado 81641

Attention: Melissa Kindall

Dear Ms. Kindall;

As part of a concerned group here in Colorado, I'm writing in response to
EA CO-110 (WRFO) 4700 ("West Douglas Wild Horse Herd Area Removal"). This
clearly does not comply with NEPA in that there is no data regarding range
conditions or herd numbers,  no monitoring of animals or the forage, and
no inventory of anything. Why is this data not presented in this
document?  It is sadly short on facts supporting a removal of these wild
animals.

On page 2 you reference the 1997 decision in which horses were to be
managed in North Piceance and West Douglas in a range from 0-50 in order
to improve range conditions. Yet where is the data indicating what the
range conditions were at a smaller and larger herd size?  Is this a
contention of this EA--that removing the horses will increase the forage?
For what? Let me guess-- cattle and oil?

After 1997,  BLM chose to manage wild horses in East Piceance only,
indicating they would be easier to manage than horses in the rugged West
Douglas Creek area. Now, you are anticipating removing the East Piceance
wild horses as well. So, is your plan to systematically do away with wild
horses in the entire area, disreagrding the public sentiment that opposes
this idea?
Is your office currying favor with wealthy ranchers and business people
who lobby to increase their bottom line at the expense of the hardy
little
West Douglas Creek wild horses? Is it the same old story--follow the
money?

The West Douglas Herd is a Colorado heritage. Fathers Escalante and
Dominguez documented these wild herds when they traveled on foot from
Mexico into the area in the 1770's. In fact, the West Douglas Creek
mustangs may be one of the oldest documented herds in the United States.
For that reason alone, they deserve to be preserved as a link to our
western heritage. This is a significant reason why Congress unanimously
passed the Wild Horse and Burro Act in 1971. As a result, removing them
is
violating the intent of the Wild Horse and Burro Act.

Beyond the illegality of the BLM planned removal of all the wild horses
in
this area, there are inhumane aspects to this plan, one of which includes

rounding up wild horses in winter. Winter is a brutally bad time to be
rounding up wild horses or any wild animals. You allow for running the
mustangs only 5 miles instead of 10 in a foot of snow or less.  I hear
that a mare and her foal were killed in 2006 during the last West Douglas
roundup, and that didn't even occur in winter. You do allow for no
rounding up when it is 10 below. However, horse people know that if it is
even close to below freezing, no horse should be strenuously worked and
pushed, let alone at 10 below.  Stress and cold weather can kill these
horses; are you concerned about this possibility?

Please reconsider this plan and come up with some acceptable alternatives
that allow for this hardscrabble herd to continue their life of freedom.
Thank you.

Sincerely,
Judy Thomas
Concerned tax-paying, voting citizen and horse owner
6616 Zang Circle
Arvada, CO 80004

"Larry Scott" <slarry1035@qwest.net>
05/22/2008 05:24 PM
To
<melissa_kindall@blm.gov>
cc

Subject
West Douglas Wild Horse Herd


            Ms Kindall,

                My wife and I are both long-term residents of this
beautiful state of Colorado. We are also
wild horse advocates,and have travelled to several states in our search
for them.
The Wild Horse and Burro Act is NOT about pandering to the wishes of the
wealthy cattle ranchers and the
Big Oil companies. It IS about the proper managing of our wild horses and
burros on PUBLIC land. You folks
seem to forget that part of it, that this land and these horses are
PUBLIC
property.  I think Ginger Kathrens
said it best in her letter to you that stated, "Your plan is
transparent."
                The complete removal of all the horses of the West
Douglas
Herd is a big mistake, and I encourage
you to reconsider.

                Larry and Valerie Scott
                1640 Elmwood St

```
                    Broomfield, CO 80020
                    slarry1035@qwest.net
CCPMorgan@aol.com
05/22/2008 05:32 PM
To
melissa_kindall@blm.gov
cc
Senator_Salazar@salazar.senate.gov, rob.witwer.house@state.co.us
Subject
CO. Historic West Douglas herd
```

Dear Ms. Kindall,

Having spent the better part of a day reading through various documents
and environmental assessments published by the White River Field Office
of
the Bureau of Land Management, I have yet to find a substantive reason
for
the removal of the West Douglas mustang herd.   The only hint that I have
found is that removal of the herd would facilitate the extraction of oil
and gas from the region, which would benefit three private, for-profit
corporations at the expense of the public as a whole.


Perhaps I am mistaken.  Perhaps I have not inquired deeply enough.
Perhaps you can enlighten me.


However, I thoroughly object to the disruption of natural and historic
environment, which in the present case includes the West Douglas mustang
herd, in order to benefit for-profit organizations.  Since the herd has
apparently existed in the region for several hundred years, in spite of
intrusive and ill-considered human actions, I infer that the ecosystem is
reasonably balanced.  I therefore urge the BLM to reconsider the proposed
action, and to leave the mustangs wild and free in the West Douglas area.


Sincerely,

Connie Morgan


174 Gordon Ave

Wadsworth, OH 44281

cc:  The Honorable Ken Salazar, United States Senator

       The Honorable Rob Witwer, Colorado House of Representatives


"Tom Nickoles" <TNickole@co.jefferson.co.us>
05/22/2008 06:04 PM
To
<melissa_kindall@blm.gov>
cc
<Senator_Salazar@salazar.senate.gov>, <rob.witwer.house@state.co.us>
Subject
EA CO-110 (WRFO) 4700 - "West Douglas Wild Horse Herd Area Removal"


Dear Ms Kindall,

I am writing to voice my strong opposition to the removal of the historic
herd of East/West Douglas and Piceance Creek horses. Removing these
horses
for unspecified reasons is an outrage. The limited number of horses are
not causing the problems with the plants and water in the area. The oil
company vehicles cause more damage than any horse could not to mention
the
drilling rigs and pipelines. I have enjoyed looking at these herds and
admired how the horses put up with the invasion of the oil company and
cattle. We only have a limited number of wild horses left in Colorado and
to take away a Management area is ridiculous and unjust. I have heard
that
these horses don't adjust well to adoption. That leaves us with taking
care of these wild animals in long term holding facilities putting
further
burden on us the taxpayers. The negligent spending of money has got stop.
The money saved by not implementing this proposal would be gigantic.

Please allow these wild horses to remain wild on our public lands. The
only logical solution is to manage these horses where they are on a
designated Horse Management Area.

Regards,

Tom Nickoles
P.O. Box 1432
Golden, CO  80402-1432


cc:  The Honorable Ken Salazar, United States Senator
       The Honorable Rob Witwer, Colorado House of Representatives


DANIELLE PFEIFER <dpfeifer@shaw.ca>
05/22/2008 06:37 PM

Please respond to
hi_low10@hotmail.com

To
melissa_kindall@blm.gov
cc

Subject
EA CO-110 (WRFO) 4700 entitled "West Douglas Wild Horse Herd Area
Removal"


                              May 22, 2008

Bureau of Land Management
White River Field Office
Attention: Melissa Kindall
220 East Market Street
Meeker, Colorado 81641

Dear Ms. Kindall;
I am a canadian citizan who is deeply effected and outraged at the
proposal of removing these wild horses. Over the last few years I have
had
my eyes opened to the diminishing numbers of these amazing and magestic,
historical creatures. I've read all these new bills and acts that have
been passed that make no logical sense or that clearly do not have the
horse in mind. I've read about the miscarriages and birth defects caused
by birth control that was administered to mares to bring down the
population. If there is that much of a problem with not enough food or
area for these wild horses than it is your job to improve it, to help
these wild horses survive. It seems all of these proposed actions to the
horses and their environment is for your profit. Gas and oil, cattle,
that's very typically american and sickens me and all horse lovers. There
is more to life than money.

Beyond the illegality of the BLM planned removal of all the wild horses
in
this area, there are clear inhumane aspects to this plan which include
rounding up wild horses in winter. Winter is brutal in the West Douglas
Creek area and is an inappropriate time to be rounding up wild horses or
stressing any wild animals. You allow for running the mustangs "only" 5
miles instead of 10 in a foot of snow or less. Please tell me if you
would
treat a domestic horse in this way? I doubt that any humane individual
would contemplate such a cruel and dangerous act.

I hope you will reconsider this decision,
Thank you for your time,

Danielle Pfeifer
Vancouver, B.C. Canada

"McKinley Harvey" <mckinley24k@gmail.com>

05/22/2008 08:50 PM
To
melissa_kindall@blm.gov
cc

Subject
WILD HORSE HERD


The Cloud Foundation has long supported the preservation of the West
Douglas Wild Horse Herd in western Colorado. This is why you cant totally
remove this historic little herd and I have on going litigation to try to
stop this action. Please don't go through with this awful decision which
includes rounding up the horses in the dead of winter! PLEASE!!!

Nancy Coyne <ncoyne@gwi.net>
05/22/2008 09:01 PM
To
melissa_kindall@blm.gov
cc

Subject
West Douglas Wild Horse Herd in western Colorado.


Dear Melissa

Please do not remove this little herd.  It is precious and the horses
need
our protection.  They have much to teach us.

Nancy Coyne, M.D.
ncoyne@gwi.net
www.heartsworknancycoyne.com

207 751 7109
520 455 5918

Bonnie Mandell-Rice <velsubus@yahoo.com>
05/22/2008 10:31 PM
Please respond to
velsubus@yahoo.com

To
Melissa_Kindall@blm.gov
cc

Subject
EA # CO-110-20080052-EA

Dear Ms. Kindall

I am writing to ask that the BLM leave the wild mustangs alone.  We do not
need more oil and gas development - we need alternative, renewable and
sustainable energy solutions.  We do not need more room for cows to graze;
there is plenty of grazing land - and people eat way too much meat
anyway.  Spare the wild mustangs.

Thank you.

Sincerely,
Bonnie Mandell-Rice
Broomfield, CO

jerry hale <alpacajer@frontiernet.net>
05/22/2008 11:10 PM
To
Melissa_Kindall@blm.gov
cc

Subject
West Douglas Herd comment


I urge the BLM to seriously consider the failings of the past 7 years
and not follow along like lemmings in this latest matter.  We are
stewards of the land and its inhabitants - we must save the wild horses
of the west, including those in Colorado.  Once this "National
Treasure" is wiped out for political reasons, there will no longer be
the majestic beauty of the wild mustangs roaming free on our lands -
the public lands BLM is responsible for.  You have an obligation to
more than the powerful money laden lobby group representing cattlemen.
You also have an obligation to the rest (and the majority) of us,
American citizens who wish to have the wild horses saved, protected and
left alone from BLM interference.

Perhaps during your public hearings on this matter, you can explain the
strange allotment of land which the BLM has been doling out in recent
years.  The Twin Butte livestock allotment, which spans 140,000 acres
can support 3,900 cattle but the West Douglas Herd Management Area,
which spans 128,000 acres can only support 60 wild horses.  Perhaps
some strange new math was used on that one - most likely conceived by
cattlemen.

It is time that the BLM do the right thing and stop making decisions
solely based on financial power brokers.  Listen to the American
people, and listen to your hearts.  Please save the American wild
horse.  What a great legacy you can leave!

Jerry Hale (former resident of Colorado)

1069 Riverside Drive
Lake Havasu City, AZ  86404
928.764.2340

Alpacas of Castle Rock
Champion Herdsires
www.alpacasofcastlerock.com

Bbllco@aol.com
05/22/2008 11:35 PM
To
melissa_kindall@blm.gov
cc

Subject
West Douglas Wild Horse Herd


Dear Ms. Kindall,
     I have just read the BLM report regarding the West Douglas Wild
Horse
Herd and fail to see the reasoning behind the removal of these horses.
There is no mention of any environmental reasons for the removal.  It
confuses me the 147 horses need to be removed from thousands of acres of
BLM land.  Why are we spending all this money to round up these few
horses?
For oil and gas leases?  For ranchers with cattle?
The description of the round ups of these horses is appalling.  What
century are we living in here?  It is cruel and inhumane treatment of
these horses.
Please reconsider this plan and respect the Wild Horse and Burro Act of
1971.
Ginger Kathrens letter from the Cloud Foundation gives many pints as to
why this plan is unreasonable and wrong.
I am looking forward to hearing what alternative plans are available.
Thank you,

Belinda Biddle

Comments are due by May 25. Send your email to melissa_kindall@blm.gov.
Click here to read the  BLM Environmental Assessment.

Thanks so much for helping us preserve our wonderful wild horses.

Happy Trails!
Ginger
_____


                              May 19, 2008
Bureau of Land Management
White River Field Office
Attention: Melissa Kindall

220 East Market Street
Meeker, Colorado 81641

Dear Ms. Kindall;

On behalf of The Cloud Foundation and our thousands of supporters thank you for the opportunity to submit comments on EA CO-110 (WRFO) 4700 entitled "West Douglas Wild Horse Herd Area Removal". This is an unusual EA. It clearly does not comply with NEPA in that it reveals no data regarding range conditions or herd numbers. It indicates no monitoring of animals or of the forage and no inventorying of anything. Is this data available, and, if so, why was it not presented in this document?  At least this EA is somewhat consistent with earlier EA's for this herd as it
remains short on facts supporting a removal of these beleaguered wild animals.

On page 2 you reference the 1997 decision in which horses were to be managed in North Piceance and West Douglas  in a range from 0-50 in order to improve range conditions. Yet, where is the data indicating what the range conditions were at a smaller and larger herd size?  Is this a contention of this EA—that removing the horses will increase the forage? Forage for what other species? Let me guess. . cattle?

After 1997, I recall that your office chose to manage wild horses in East Piceance only, indicating they would be easier to manage than horses in the rugged West Douglas Creek area. Now, you are anticipating removing the
East Piceance wild horses as well due to intense oil and gas development. Your plan is transparent. BLM is systematically doing away with wild horses in the entire area even though the public remains opposed.

It appears you continue to curry favor with the livestock permittees in the area, wealthy and well-placed ranchers and business people who lobby to increase their bottom line at the expense of the hardy little West Douglas Creek wild horses.

The West Douglas Herd has been living free in what is now Colorado long before there was a Colorado. Written documentation of horses in this area exists as a result of the travels of the Fathers Escalante and Dominguez who traveled on foot from Mexico into the area in the 1770's. The West Douglas Creek mustangs  may be one of the oldest documented herds in the United States and for that reason alone deserve preservation as a link to our western heritage. This is a significant reason why Congress unanimously passed the Wild Horse and Burro Act in 1971.

The West Douglas horses are noted for their toughness, are dark in color and small in stature. They are known to resist  life as domestic horses. Therefore, they are not ideal adoption animals. This is another reason to let them live free rather than subject them to captivity. And, does an adoption demand exist for the West Douglas horses? Doubtful. Removing them
then is counter to the intent of the Wild Horse and Burro Act.

Beyond the illegality of the BLM planned removal of all the wild horses in
this area, there are clear inhumane aspects to this plan which include
rounding up wild horses in winter. Winter is brutal in the West Douglas
Creek area and is an inappropriate time to be rounding up wild horses or
stressing any wild animals. You allow for running the mustangs "only" 5
miles instead of 10 in a foot of snow or less. Please tell me if you
would
treat a domestic horse in this way? I doubt that any humane individual
would contemplate such a cruel and dangerous act.

Round ups are inherently dangerous. I believe a mare and her foal were
killed in 2006 during the last West Douglas round up and this was not in
winter. Add the stress of winter and you really have a formula for
disaster. You allow for no rounding up when it is 10 below. Horse people
know that if it is cold, no horse should be strenuously worked if the
temperature is below freezing, let alone 10 below!

Please reconsider this plan and come up with some acceptable alternatives
that allow for this hard scrabble little herd to continue their life of
freedom. I would appreciate a timely reply to my questions. Thank you.

Sincerely,
Ginger Kathrens
Volunteer Executive Director
The Cloud Foundation
A Colorado 501(c)3

MaryKay Killam <littlemscowgirl@hotmail.com>
05/23/2008 12:14 AM
To
<melissa_kindall@blm.gov>
cc

Subject
Wild Horses


Dear Ms. Kindall,

I am a very big supporter of letting the wild horses that exist through
out the United States be allowed to live and be free on the lands in
which
they inhabit.  In regards to the West Douglas herd in Colorado please
come
up with other alternatives to allow these horses to continue to live in
their region.  There can't be that much of a need for the area in
question
that would mean displacing this herd.  I urge you Ms. Kindall to seek
viable alternatives in order to preserve this historical herd from being
reduced in numbers to eventual extinction.  There is no need for that to
happen.  Please help the wild horses of West Douglas.  Thanks for your
time in this matter.

Sincerely,
MaryKay Killam
Member of the Cloud Foundation

AntiqueDi@aol.com
05/23/2008 01:27 AM
To
melissa_kindall@blm.gov
cc

Subject
(no subject)


Dear Ms. Kindall;
I am writing you in regards to a email that I received from rGinger
Kathrens. She wrote us about what EA CO-110 (WRFO) 4700 entitled "West
Douglas Wild Horse Herd Area Removal".  I oppose what is planed to
happened and I am expressing this in my email. I hope that this
propositon
is revisted and canceled . I would like if you can keep me updated on
what
is happening on this . Thank you for your time.

                Sincerely,

           Diane Maloney

         22641 Paragon DR

         Saugus, Ca 91350


Jennifer White <hamsterqueen1@yahoo.com>
05/23/2008 03:16 AM
To
Melissa_Kindall@blm.gov
cc

Subject
About EA# CO-110-2008- 052-EA




I thinik it is unfair to continue to allow ranchers to take the land that
these horses live on.  Or continue to build on land that they live on.
When will the captures stop and the horses stop being treated as if they
have no feelings or a place in this world?  I understand the need for
herd
control, however why take the whole herd?

What is wrong with this picture if you truely think nothing is wrong then
you are sadly wrong.


*Life is to short to fill with cruelty and hatered.  Lets protect all
creatures great and small.
SPAY/NEUTER YOUR PETS PLEASE*

Love from the White House,

JenW & Gang
Linda Aiello <lindasylvanaaiello@yahoo.com>
05/23/2008 08:25 AM
To
melissa_kindall@blm.gov
cc

Subject
Wild horse Removal Plan: West Douglas Region


We support Ginger Katherns letter opposing the removal of the Wild Horses
in the West Douglas Region.

Sincerely,

Linda S. Aiello
Jurisdoctorate


Linda Aiello at
lindasylvanaaiello@yahoo.com
"sherri halligan" <s_halligan@algxmail.com>
05/23/2008 08:54 AM
To
<Melissa_kindall@blm.gov>
cc

Subject
West Douglas Creek Herd



 ear Ms. Kindall,   It is with great sadness that I've heard of plans to
remove the remaining horses known as the West Douglas Creek herd.  I hope
that this isn't going to happen and that the few horses that have roamed
wild in this area will be left to continue this part of history.  We can
not keep losing our western heritage represented by these wild horses for
the sake of grazing cattle.  Please reconsider any plan of action against

these horses.  Thank you, Sherri Halligan

Natalie Pilon <remy919@yahoo.com>
05/23/2008 08:54 AM
To
melissa_kindall@blm.gov
cc
Senator_Salazar@salazar.senate.gov, rob.witwer.house@state.co.us
Subject
Preservation of the West Douglas Wild Horse Herd


 Dear Ms. Kindall:

I recently became aware of the BLM's intention to remove the West Douglas
mustang herd in Colorado.   The wild mustangs have been a valued part of
the state since before Colorado became Colorado.  In reading through the
information available I have concluded that the removal of the herd would
be to facilitate oil and gas drilling.

This is unacceptable.  The wild mustang herd should be preserved and
allowed to remain where they have resided for years.  I object to the
removal of the herd and ask the BLM to reconsider in favor of the
environment, the herd and not in favor of wealthy landowners.


Sincerely,

Natalie D. Pilon
Vice President, New Instruments Division
Biodirect, Inc.


ELIZABETH MCKENNA <emarizona@msn.com>
05/23/2008 10:56 AM
To
<melissa_kindall@blm.gov>
cc

Subject
Piceance and West Douglas Wild Horses




Bureau of Land Management
White River Field Office
Attn: Melissa Kindall
220 E Market St
Meeker, Colorado  81641

 Dear Ms Kindall,

I find it somewhat laughable that I find myself here today writing to you in Meeker Colorado, when not too long ago I lost a patient whose last wish
was to come to his hometown of Meeker to see it's beauty one last time. I
remember the photos, and his tender reminiscences of the area.  I never thought I would be writing to the representative of the wild horses in his
area so I might try to save them from his fellow countrymen. I find it somewhat repugnant that I am here today feeling the need to once again try
to save yet another herd of the wild horses that are today our living heritage.

I write to you today with a plea to please NOT remove these beautiful creatures from the East Piceance and West Douglas Creek areas.  It would be yet another atrocity of our age, only to further show what mankind has come to.  Isn't it bad enough that we have driven our brothers, the Native
Americans and their horses onto lands too small to thrive on?  Can't we at
this point finally just leave them be?

In the EA report for the removal of these animals in regards to the environmental consequences to the removal it states;

 "Livestock are managed to allow for vegetation rest during the growing season, while wild horses graze year-round.  The removal of wild horses would allow vegetation some rest during the growing season.  With this rest, the removal of wild horses is expected to improve watershed stability, decreasing sediment and salts which would all indirectly improve water quality".

This leaves me saying, hmm…..this really doesn't sound right.  Horses are on the move all day long, and naturally rotate feeding areas, never staying in one area very long.  They do not actually overgraze if given appropriate land to graze upon, as cattle do.  Neither do they take up root systems with their grazing as cattle do.  I think that although this plan has been in its processes for several years, I do not think that the BLM and Interior have done all of their homework.

Now, in the state of economical stress that our country is currently under, please tell the citizens of this country why we are flooding the taxpayers with yet more unneeded costs?  Flooding the adoption market with
horses that no one will be willing to adopt because they are too busy trying to pay for gas to put in their cars to get to work so they can continue the increasingly difficult struggle to put food on their tables and stay in their homes.  The added costs it would take to gather (fuel for helicopters, pay for veterinarians and other people involved in a gather is quite expensive) and keep these animals in the holding pens, feed them while they are held, the vet costs to geld the stallions and vaccinate the whole herd, the cost of holding adoptions and the advertisements for them do not seem worth it.  How long will funds be

needed to continue to keep these animals in holding pens when instead they
could be living free grazing on their own land?  Tell me please, how this
is more appropriate this day and age than just plain leaving them be where
they are.  Gathering every horse in this herd would not only put added
stress upon an already aching economy, it would put these beautiful
animals at a much higher risk for slaughter, as there are many people that
would love to take advantage of this gather and send these horses to
Mexico for slaughter to earn a quick buck.  Is this a reality that has
been well thought out and the BLM willing to allow to occur? If so, then
what is the point of the BLM being in existence?  The BLM was brought
about to PROTECT and manage the horses, not eradicate and help slaughter
them.

These are not 'feral' animals.  They are descendents of the working
horses, and the lif-long partners of our ancestors.  They are one of the
few things this country has left alive that we can actually call our
heritage.  They themselves are the ones that got us to where we are
today!  If it was not for the wild horse, we would not have 'conquered'
the west as we have.  They have contributed to our eco system, and our
environment.  As we continue to have rising gas prices, are we so ignorant
today as to destroy the icon who gave us 'horse power'?  Think of the
"Ford Mustang"…it's power, drive, and beauty.  We would not have it if it
wasn't for these beautiful creatures giving the man behind this machine
his ideas.  Are we too egotistical to think that maybe, if gasoline was to
get up to 10$ a gallon that most of our fellow countrymen would not go
back to using horses for work and travel?  I can already bear witness to
the fact that we just might.  I have seen many more hitching posts going
up with cowboy's horses tied to them at local saloons, hardware stores,
and town buildings.  If we eradicate these herds, what are we going to do
once they are all gone?

We cannot take back such large mistakes.  I beseech you to please find
other ways of working in harmony with these animals.  As I said, the
people of this country, once aware of all that the BLM is doing to try to
desecrate these animals, they will be appalled and disappointed that we
are still continuing to waste taxpayers dollars on things that are only
going to further stress our economy.  It would be much more appropriate to
leave these horses where they are, and stop trying to annihilate our
dreams and heritage.  Today of all times we all need our dreams….please
don't take them away from us.  I would like to think that the patient that
I spoke about earlier would be so much more proud of his childhood home if
they were to be loving and compassionate enough to save these animals
instead of sending them to such an unfortunate and disturbing fate.

Again, please listen to the people writing to you, we are the dreams and
lives of the country that you work for.  The laws state we are to

'protect' these animals, not rid our country-sides of something that was here long before us.

Thank You,


Elizabeth McKenna
Apache Junction, AZ

"Kim Baker" <k.ajbaker@gmail.com>
05/23/2008 12:26 PM
To
melissa_kindall@blm.gov
cc

Subject
EA CO-110 (WRFO) 4700 entitled "West Douglas Wild Horse Herd Area Removal"


May 23, 2008

Bureau of Land Management
White River Field Office
Attention: Melissa Kindall
220 East Market Street
Meeker, Colorado 81641

Dear Ms. Kindall;

My name is Kim Baker, you and I spoke on the phone at length about visiting this wild horse herd over Memorial Weekend.  Due to gas prices and time constraints, we agreed to visit the Sandwash Creek Basin Herd instead.  However, this does not imply lack of importance for the West Douglas Creek herd by myself or in general.  I am against their removal. Wild horses are part of American History and there are fewer roaming wild than in BLM holding facilities.

I am in complete agreement with Ginger Kathrens letter dated May 19, 2008 to you.  It is copied below for your convenience.

Please allow this herd to remain where they belong, running free.

Thank you,
Kim Baker
Concerned Citizen
Littleton, CO

May 19, 2008

Bureau of Land Management
White River Field Office
Attention: Melissa Kindall

220 East Market Street
Meeker, Colorado 81641

Dear Ms. Kindall;

On behalf of The Cloud Foundation and our thousands of supporters thank
you for the opportunity to submit comments on EA CO-110 (WRFO) 4700
entitled "West Douglas Wild Horse Herd Area Removal". This is an unusual
EA. It clearly does not comply with NEPA in that it reveals no data
regarding range conditions or herd numbers. It indicates no monitoring of
animals or of the forage and no inventorying of anything. Is this data
available, and, if so, why was it not presented in this document?  At
least this EA is somewhat consistent with earlier EA's for this herd as
it
remains short on facts supporting a removal of these beleaguered wild
animals.

On page 2 you reference the 1997 decision in which horses were to be
managed in North Piceance and West Douglas in a range from 0-50 in order
to improve range conditions. Yet, where is the data indicating what the
range conditions were at a smaller and larger herd size?  Is this a
contention of this EA—that removing the horses will increase the forage?
Forage for what other species? Let me guess. . cattle?

After 1997, I recall that your office chose to manage wild horses in East
Piceance only, indicating they would be easier to manage than horses in
the rugged West Douglas Creek area. Now, you are anticipating removing
the
East Piceance wild horses as well due to intense oil and gas development.
Your plan is transparent. BLM is systematically doing away with wild
horses in the entire area even though the public remains opposed.

It appears you continue to curry favor with the livestock permittees in
the area, wealthy and well-placed ranchers and business people who lobby
to increase their bottom line at the expense of the hardy little West
Douglas Creek wild horses.

The West Douglas Herd has been living free in what is now Colorado long
before there was a Colorado . Written documentation of horses in this
area
exists as a result of the travels of the Fathers Escalante and Dominguez
who traveled on foot from Mexico into the area in the 1770's. The West
Douglas Creek mustangs may be one of the oldest documented herds in the
United States and for that reason alone deserve preservation as a link to
our western heritage. This is a significant reason why Congress
unanimously passed the Wild Horse and Burro Act in 1971.

The West Douglas horses are noted for their toughness, are dark in color
and small in stature. They are known to resist life as domestic horses.
Therefore, they are not ideal adoption animals. This is another reason to
let them live free rather than subject them to captivity. And, does an
adoption demand exist for the West Douglas horses? Doubtful. Removing
them
then is counter to the intent of the Wild Horse and Burro Act.

Beyond the illegality of the BLM planned removal of all the wild horses in
this area, there are clear inhumane aspects to this plan which include
rounding up wild horses in winter. Winter is brutal in the West Douglas
Creek area and is an inappropriate time to be rounding up wild horses or
stressing any wild animals. You allow for running the mustangs "only" 5
miles instead of 10 in a foot of snow or less. Please tell me if you would
treat a domestic horse in this way? I doubt that any humane individual
would contemplate such a cruel and dangerous act.

Round ups are inherently dangerous. I believe a mare and her foal were
killed in 2006 during the last West Douglas round up and this was not in
winter. Add the stress of winter and you really have a formula for
disaster. You allow for no rounding up when it is 10 below. Horse people
know that if it is cold, no horse should be strenuously worked if the
temperature is below freezing, let alone 10 below!

Please reconsider this plan and come up with some acceptable alternatives
that allow for this hard scrabble little herd to continue their life of
freedom. I would appreciate a timely reply to my questions. Thank you.

Sincerely,
Ginger Kathrens
Volunteer Executive Director
The Cloud Foundation
A Colorado 501(c)3

Carl and Laura Pivonka <carl_laura_pivonka@yahoo.com>
05/23/2008 02:46 PM
To
melissa_kindall@blm.gov
cc

Subject
West Douglas Wild Horses


West Douglas Wild Horse Removal:

E.A. NUMBER: CO-110-2008-052-EA

Dear Melissa Kindall,

I don't know where to begin.  Perhaps, this is a good place to begin.
Please watch this video clip on YouTube:

Wild Horses-Falling Through The Cracks
http://video.google.com/videosearch?q=Wild+Horses-
Falling+Through+The+Crack
s+++&hl=en&sitesearch=

There has been much negativity about the oil companies in regards to wild horses. Although not related to this EA, fyi, my husband has been an engineer for ExxonMobil for 30 years, and he is adamant that the wild horses do not disturb the oil drillings going on, & vice versa. Exxon would never mind if wild horses were running around BLM lands, where they might drill. This is for your own future information, and THAT comes from
the LARGEST OIL corporation in the world.

But, regarding this EA, these wild horses, especially one of the last special wild horse herds there is in Colorado, the WEST DOUGLAS WILD HORSES, should not be destroyed, disturbed, or taken out of their environment. The baby colts & baby fillies should not be separated from their families, from the mares or the stallions. The fear, the upset, the
sadnesses that would occur, if you go through with this, would be devastating to these wild horses. How can anybody even think of doing this? Not to mention that there could be deaths & injuries. If anything, the BLM needs to eliminate cattle that are much harder on the earth environmentally.

The Sheldon National Wildlife Refuge had a long-standing agreement with Wild Horse Annie's organization to allow for a healthy, balanced herd of wild horses in perpetuity, but has just cruelly removed 300 horses during the foaling season. This removal resulted in much suffering among the horses, abortion by mares and social disruption of the bands and their herd. And, not only that, another consideration is that the West Douglas wild horses have shown before that they are LESS ADOPTABLE than other wild
horse herds, so it is IMPERATIVE that this group of wild horses be left alone & stay together. Move the cows somewhere else!

Is there ANYONE LEFT WHO CARES about our wild horses in America and keeping them in their environments??

The EA words are in the blue:

"Livestock are managed to allow for vegetation rest during the growing season, while wild horses graze year-round. The removal of wild horses would allow vegetation some rest during the growing season. With this rest, the removal of wild horses is expected to improve watershed stability, decreasing sediment and salts which would all indirectly improve water quality."
The wild horses have a "first right" to that land, not the ranchers, and are under the protection of the Wild Horse Annie Bill. It is not fair to put the cows ahead of the wild horses and to kick them off lands they have
been on for over a 100 years. It is obvious you are putting the cows ahead of them.

"To ensure that BLM plans for follow-up gathers do not unnecessarily compromise important big game activities, BLM will consult with.."
It is difficult to read this EA, when I see so much tendentiousness against these West Douglas Wild horses, a wonderful and rare Spanish

breed.

"The current estimate for the number of wild horses that will be in the
WDHA by September 1, 2008 is 147. These wild horses are especially
difficult to gather due to rugged terrain and a coniferous canopy
throughout much of the area."
147 is not very much!  You mean you can't find room for just 147 wild
horses??  Gus Cothran, a reknown genetic scientist, says we need to keep
at least 160 total to maintain the genetic continuity of a wild horse
herd.  But, you want to remove them ALL?  Don't remove ANY!  Really, this
is so distressful, I cannot believe I'm writing to you!  Is all the BLM
personel so heartless & cold??  I refuse to believe that is the case.

"These wild horses are especially difficult to gather due to rugged
terrain and a coniferous canopy throughout much of the area."
So, you go on to say you want to use a "Judas" horse?  What an
appropriate
name, Judas, a betrayer, but no, it's really NOT that horse, it's the MAN
on the horse that is betraying those wild horses & stallions & mares &
colts & fillies.

"When hazed to a stock trailer the wild horse is hobbled, laid on its
side
and then either pulled or slid into the trailer."
What a tragedy that you would do this to a horse?!  And, to think you
would hurt them by roping them hard?!  I am sorely saddened by this
callous disregard for the wild horses, the mares, the stallions, and the
babies.  To witness this.  To witness such fear in their eyes.  It is
WRONG, just plain WRONG.

"All hay used will be certified weed free hay."
An inference you care, but underneath it all is the truth.

    Melissa, if I can't reach you on a sensitive level, what about a
practical fact that these wild horses have such a unique Spanish
background and lineage going WAY BACK in Colorado's history.  And, if you
dig around in the history of Colorado, you will find information on these
BEAUTIFUL WILD HORSES going back to the 1600's.  How could anyone remove
these horses that are so HISTORYICALLY VALUABLE & UNIQUE.

    When will certain individuals & employees have enough courage to go
against the grain, to rub up against the upper levels of government
control who VISIBLY favor the "welfare" ranchers?  OUR TAX DOLLARS pay
for
those ranchers, therefore, we should have JUST AS MUCH SAY as they do
about how our BLM lands are used.  It is grossly unfair, to say the
least,
that the wild horses are seen as undesirables, and that the ranch
industry
should get PREFERENCE & a FREE PASS over our American wild horses.  There
is no reason we should be pitted against the powerful forces of big
business, wealthy ranchers, and certain government bureaucrats.

    How can I get through to you, Melissa?  If I had several thousand

acres of mountains and meadows,  I'd take the whole herd myself and keep
them "FREE", but even if I could, I wouldn't want to do that, because it's
WRONG, plain wrong.  These few remaining wild horses deserve to be on
their own land, and if the ranchers don't like it, then, TELL THEM TO MOVE
SOMEWHERE ELSE!

     The BLM has an obligation to protect the last of these precious wild
horse herds, of which the West Douglas Herd is one, a rare & unique
Spanish horse breed.

     Why is it that the BLM, in this 10 state region, is bent on
destroying, it appears, the entire American wild horse herds, OUR AMERICAN
HISTORY?  As HUGE tax paying citizens, we want the BLM, for once, to
listen, and to protect these wild horses!

     The passage of the Wild and Free-Roaming Horse & Burro Act in 1971
gave the West Douglas wild horses "federal protection".  I urge you to be
loyal to this document in its originality.

      I am a former AT&T Account Executive II manager, and I am currently
working for the government, too, and I strongly urge you to negotiate this
with those instigators who, it appears, would just as soon kill all the
wild horses, if they had their way!  They are getting out of hand and are
full of vitriolic hatred for these innocent wild horses.

     Melissa, what a LOTof this comes down to is a NEGATIVE PERCEPTION of
our own American government and how out of control it has become, in that
so many departments & politicians are doing "whatever they please", all
against the wishes of the people of America.  The BLM is not the only
department that, at times, acts in such ways as to FAVOR political action
groups, such as the Cattleman's Association.  Please take a stand against
this abuse of power.

     Please, I urge you, show some muster and fight these people AND the
senior people in the BLM who are wrong in even considering this.  Please.
Some day God will judge all those who have hurt or injured his precious
wild horses & creatures.  We believe it is wrong to hurt or injure a cat
or dog.

     It is wrong to hurt or injure a wild horse needlessly.  And,
certainly, it is true that the West Douglas Wild horses fall into this
"protective" category.

Regards,

Laura & Carl Pivonka
406-651-4400

P.S.  At one time it was LAW -- Public Law 86-234 -- that "Use of
aircraft

or motor vehicles to hunt certain wild horses or burros; pollution of
watering holes
(a) Whoever uses an aircraft or a motor vehicle to hunt, for the purpose
of capturing or killing, any wild unbranded horse, mare, colt, or burro
running at large on any of the public land or ranges shall be fined under
this title, or imprisoned not more than six months, or both."

There was a reason for this law, and now, so many years later, having
been
amended, I ask you this.  But, WHO was behind those changes?  The
powerful
forces of big business, wealthy ranchers, and government bureaucrats in
bed with these entities.  It is a real shame what happened, as far as
that
goes.  But, local BLM's have "some" power.

We just have to believe that your BLM entity will find a way to do the
"right" thing, for it will be a fatal blow to these BEAUTIFUL, absolutely
BEAUTIFUL, stunning wild horses, the West Douglas Wild Horses, SO unique,
as unique as the Pryor Wild Horses are.


Carl & Laura Pivonka
Billings, Montana

jkeyes <keymac@ocsnet.net>
05/23/2008 03:00 PM
To
Melissa_Kindall@blm.gov
cc

Subject
West Douglas Wild Horse Herd  Area removal



May 23. 2008
Californian Equestrian Trails and Lands Coalition
PO Box 579
Springville,Ca 93265

Bureau of Land Management
White River Field Office
Attention:Melissa Kindall
220 East Market Street
Meeker,Colorado 81641

Dear Ms Kindall;
My name is John Keyes and I am Chair for the California Equestrian Trails
and Lands Coalition.
CET&LC represents twelve horse organizations with a membership of these
organizations totaling over 35,000 members.
I am writing this letter on behalf of CET&LC to submit comments on EA

CO-110 (WRFO) 4700 entitled "West Douglas Wild Horse Area removal)
CET&LC is very concerned with the removal of historic objects from Our
lands. The West Douglas herd was native to Colorado  before Colorado  was
a State.  In fact some information show this herd was in existence in the
1700's.
The members of CET&LC feel that  maintaining our history and historical
objects is tantamount for today's and generations to come and the future
for the adults of tomorrow. Yes we are a California based organization,
but history is history and CET&LC feel strongly that  this herd is a link
to  our past and the discovery of this great nation.
We question the gathering of this herd under the National Historic and
Preservation Act. The words "historic and preservation" should be first
in
your final decision to  keep this herd.
CET&LC has not seen any scientific studies done concerning this herd  in
question. CET&LC is very upset by the way wild herds are being treated
during "roundups" and the hiring of people to  come and shoot these wild
horse herds (  ex: Reno,Nevada area)  and other lethal methods of
removal.
CET&LC asks you to please stop  the gathering of this herd.
CET&LC has one final question: Why is it that  the BLM will  spend
hundreds of thousands of dollars to  protect and reintroduce certain
species and then turn their backs and eliminate the wild horse herds that
have been on record for over three hundred years?

sincerely;
John Keyes
Chair :CET&LC
http://www.calequestriancoalition.com/

Kathy Valente <valentekathy@yahoo.com>
05/23/2008 04:31 PM
To
Melissa_Kindall@blm.gov
cc

Subject
West Douglas Wild Horse Herd Removal  /  EA CO-110 WRFO


Dear Ms. Kindall:

Please be advised that the inhumane and/or illegal/unjust removal of wild
horse herds does not go without notice. These treasured animals once
provided the power of transportation and force of  today's machinery to
work the farms so this Country could prosper and grow.  The abandonment
of
these horses is not justifiable.


Please do all in your power to provide safe humane treatment for the
freedom and life of all of these deserving horses.

Thank You.

Kathy Valente

MarSugarloaf@aol.com
05/23/2008 04:34 PM
To
Melissa_Kindall@blm.gov
cc

Subject
Wild Horses


To whom it may concern:

The round up of our wild horses is a national disgrace and represents
pandering to special interest groups in the worst way. Stop this cruel
unnecessary practice before you destroy the wild herds of horses forever!
These horses belong to all the citizens of this country. As Gandhi stated
you can tell the moral state of a country by how they treat their
animals!! Shame on the BLM!!!! In future generations this will be
compared
to the slaying of the buffalo. Your names will be in those history books
as the ones responsible for this reprehensible act!


Marcia Barber
Boulder, Colorado

"Barbara Warner" <bkwarner@windstream.net>
05/23/2008 04:50 PM
To
<melissa_kindall@blm.gov>
cc

Subject
EA# CO-110-2008-052-EA comments


Dear BLM:
    The 147 wild horses must not be removed from the West Douglas HMA.
There are 41,478 cattle there that are causing overgrazing. The wild
horses do not cause any damage to the range as a 1990 GAO study proved.
This would be an unlawful action and is also against NEPA. These wild
horses date back to the 1770's and have historic significance. They also
would not interfer in oil drilling .
    Read this to see how illegal this is, BLMs Code of Federal Regulation
43 CFR 4710.5(a) Closure To Livestock Grazing, which states: "If
necessary

to provide habitat for wild horses or burros, to implement herd management
actions, or to protect wild horses or burros from disease, harassment or
injury, the authorized officer may close appropriate areas of the public
lands to grazing use by all or a particular kind of livestock. " Remove
the cattle .
   Also no roundups should ever take place where horses are run for as
many as 5 miles. This could cause injuries and even death to the young
and
old horses especially from over-heating and exhaustion.  Then too wild
horses should never be run in the snow and cold where temperatures are
below freezing . To do so can also cause injuries as well as lung damage
and even peumonia. These actions are nothing but animal abuse and cruelty
and must not be allowed.
   I strongly object to this roundup. Leave these few wwild horses alone.
They belong to the American public and were supposed to have been
protected and preserved. Instead they are beiong wiped out. Stop this
now.
   Sincerely,
Barbara Warner
1955 Tatum Lane
Lebanon, KY 40033
bkwarner@windstream.net

"jjcass" <jjcass1@verizon.net>
05/23/2008 05:51 PM
To
<melissa_kindall@blm.gov>
cc

Subject
West Douglas herd


Ms. Kindall:

Although we are residents of New Jersey, we have a great admiration and
interest in the wild horses in the West.  We have had the privilege of
traveling there to observe them and plan to in the near future.  The
plight of  the wild herds with the stress put upon them from the BLM and
other interests is of great concern.  These horses are a magnificent
representative of historical importance; part of our national heritage.
They deserve to be protected and allowed to remain free, despite special
interests that would argue otherwise.

Roundups are inherently dangerous for the horses and wreak havoc on
established family bands.  Bait trapping has proved catastrophic as well.
Natural forces are the best factor in regulating herd size.  We implore
the BLM to honor the Wild Horse and Burro Act and the wishes of the
public
taxpayers.

Thank you for your consideration.

Sincerely,
Joe and Judy Cassario


Cathy Bryarly <robcathyderek@peoplepc.com>
05/23/2008 05:59 PM
Please respond to
Cathy Bryarly <robcathyderek@peoplepc.com>

To
james_caswell@blm.gov, melissa_kindall@blm.gov
cc

Subject
Colorado mustangs


I have read your plan to remove the entire herd of West Douglas mustangs
from the area.  I am confused.  I thought the BLM is supposed to manage
wild horses, not obliterate them. This is just plain wrong.  Was any type
of study conducted that led you to this conclusion?  I realize these
horses are ferel and not indigenous, but history shows they have been
there longer than our country has been in existance.

What will be done with these horse after thay are rounded up?  There are
already too many unwanted horses in this country, thanks in part to
well-meaning but misguided people who initiated the ban on slaughter.  If
there are too many big, rideable horses, who will want a little wild pony
to feed and care for?

Please reconsider this irresponsible and inhumane action.

Cathy Bryarly
754 Weld County Road 20 1/2
Longmont, CO  80504

Corinnejb@aol.com
05/23/2008 06:36 PM
To
melissa_kindall@blm.gov
cc

Subject
a concerned journalist


Dear Melissa,

As a writer for numerous Western media, I'd like to see the government
preserve not decimate our natural resources, wild horses included.
Kindly rethink your actions to reduce or eliminate the Douglas herd.

There are many of us who would like the West to stay the way it is.

Thanks,

C. J. Brown
Freelance Writer
Journalist

Working Ranch Magazine
Persimmon Hill
True West
American Cowboy

valfltirons@aol.com
05/23/2008 10:35 PM
To
melissa_kindall@blm.gov
cc

Subject
Wild horses


Wild horses are part of our heritage here in Colorado as well as a symbol
of the freedom and untamed wilderness that has always made up the
mystique
of the west. I believe that removing the heard's of wild mustangs here in
Colorado is a crime to no only the past but the future residents of the
entire western United States. Please do not let this bill pass.  Have
you
ever seen them yourself?  If not that's a shame, they really are
magnificent!!
Sincerely, Valerie Williams

Barbara Sayer <jsayer@dejazzd.com>
05/24/2008 09:51 AM
Please respond to
Barbara Sayer <jsayer@dejazzd.com>

To
misy kindall <melissa_kindall@blm.gov>
cc

Subject
Please save Colorado History


Dear Ms Kindall,
It has been a dream of my family to ride our horses in as many of the
remaining wild areas of the west as possible. Last year we rode in the
Torrey Valley in Wyoming seeing wonderful wildlife. We also want to ride
in the West Douglas Creek area to see the wild mustangs, the Arrowhead

Mountains in Montana and many other wild areas to see wildlife. My
children and grandchildren love to see wild horses and other wild
animals.
Please don't let these West Douglas Creek wild horses that are part of
Colorado's western heritage to be taken from their home range using
inhumane methods in terrible conditions. They need to be left to live
their wild lives in the area they have been living for well over 200
years. My family and many, many others want to see them in their wild
state.
Thank you, Barbara Sayer

Fay M McCoy <onlinefay@juno.com>
05/24/2008 01:51 PM
To
melissa_kindall@blm.gov
cc

Subject


5-24-08
Melissa,
I have just yesterday received emails concerning the Colorado wild horse
herd.  A small but historically important herd.
The statement from BLM seems not very informative to say the least.
Please please re-consider this approach.
I am very much in accordance with Ginger Kathrens of The Cloud
Foundations and her opinion concerning this herd.
We must do everything that we can to save these magnificent animals.
Nature definitely keeps the herds under control in Colorado and Montana.
The Pryor Mountain Wild Horse Herd has become a passion with me and
others in this area and there is enough pasture and yet articles are
appearing rather steadily that say there is not enough. I am certain that
this small Colrado Herd is the same situation.
Can you share with us just why this is happening there? Are there big
groups wanting this area for oil and gas exploration or are there big
ranchers wanting to utilize that araea for cattle to graze.
There is nothing more wonderful than watching these beautiful animals
interact and survive within the confines of the alloted ranges.
I can honestly tell you that I have learned more valuable lessons in life
from watching them than anything I have learned from books or the media.
Please don't let this happen.
Please give us some honorable information as to the reason for removal of
this Colorado Wild Horse Herd.
Thank You,
Respecffully,

Fay Mourich-McCoy
949 Kale Drive
Billings, MT 59105

"MHarris" <mtnmamma@comcast.net>
05/24/2008 02:36 PM

```
To
<melissa_kindall@blm.gov>
cc

Subject
I support you...............
```

I support your efforts on this issue. Has the Bureau of Land Management
EVER done a simple sensible thing?
PHarris
Aurora CO

```
"Kathy Bilodeau" <kbilodeau@evcohs.com>
05/24/2008 02:52 PM
To
<melissa_kindall@blm.gov>
cc

Subject
EA CO-110(WRFO)4700
```

Melissa Kindall,

I want my voice to be heard, and counted!  I am completely and totally
opposed to the West Douglas Wild Horse Removal.

Kathy Bilodeau

```
"Jillyz" <lady@xsinet.co.za>
05/25/2008 04:45 AM
To
<melissa_kindall@blm.gov>
cc

Subject
The West Douglas Wild Horse Herd
```

Mrs Jillian Vickerman
4 Vygies Crescent
Yzerfontein
Western Cape
7351
South Africa
email: lady@xsinet.co.za
24 May 2008

Dear Ms. Lindall,

I am writing to you on behalf of the wild horses of West Douglas Creek, and ask you to spare me a few moments of your time.

Having personally witnessed the demise of one of the last free ranging wild horses in my own country of South Africa, the mistakes that were made by those who did not know these horses true natures will haunt my dreams forever. When forestry decided to plant Pine trees where they ranged, the writing was on the wall and their fate was sealed, please dont
allow livestock ranchers or anyone else let this to happen to these wild horses.

It appears that these could well be one of the oldest herds of horses left
in the United States! this reason alone should afford them the protections
that they deserve. It is our duty as citizens of the earth to protect the horses, to ensure their survival for our children's children, we must never forget the sacrifice that they have made for our survival over the centuries.

We must protect them because they are wild, to watch these magnificent creatures  stream across the plain, being free as God intended is one of the most moving experiences on earth, how wonderful it would be to go on a
holiday where you could watch these horses in their element. Wake up to the sight of wild foals playing together, Stallions gathering their mares in a protective band and grazing in peace. Some people would give their eye teeth to watch them. There are so few places in the world left where animals are left in peace to live their lives in their natural habitat.

If the planned round up  goes ahead I am truly afraid that you will not know what a treasure you have in your hands until its too late.

I therefore add my voice with the many others who ask for the horses freedom to continue to live the life of the true wild horse, please strive
to preserve these last herds of American wild horses and protect their range.

Thank you for taking the time to read my letter,

Sincerely


Jillian Vickerman
4 Vygies Crescent
Yzerfontein
Western Cape
7351
South Africa
email: lady@xsinet.co.za

"julie smith" <jsmith@jsequineimages.com>

```
05/25/2008 08:47 AM
To
<melissa_kindall@blm.gov>
cc

Subject
Removal of West Douglas Herd
```

Dear Ms. Kindall,

After reading the latest proposal of the BLM's for the West Douglas wild
herd, I am totally appalled and dismayed over the BLM's total disregard
for
current legislation and proper procedures in issuing environmental
assessments.  Your agency somehow continues to operate in the most
unscrupulous manner, while getting away with it.

As a tax-paying citizen, as well as an employee of the federal government
of
the US, I am dismayed over your agency's lack of following federal
guidelines in environmental assessments.  Can you please tell me what
good
it would do to remove the West Douglas wild horses, other than to serve
the
interests of the cattle ranchers in the area?  I think not.

The BLM cares nothing for what the public wants.  If your positions were
elected positions and not appointed ones, maybe then you would listen to
what the tax-paying citizens of this great country are trying to say to
you.
Wake Up!

And for the record, let it be known that I am totally against the removal
of
the West Douglas wild horse herd.

Yours truly,

Julie R. Smith


"There is something about the outside of a horse that is good for the
inside
of a man."   ~Sir Winston Churchill

"Susan Vanden Bos" <sv2230@socal.rr.com>
05/25/2008 12:00 PM
To
<melissa_kindall@blm.gov>
cc

Subject
West Douglas Wild Horse Herd in western Colorado


Dear Ms. Kindall,

I am outraged at the BLM's plans to remove all of the wild horses from the
West Douglas Herd in Colorado. I do not understand why we have to take such drastic measures.

The West Douglas Herd has been living free in what is now Colorado long before there was a Colorado. Written documentation of horses in this area exists as a result of the travels of the Fathers Escalante and Dominguez who traveled on foot from Mexico into the area in the 1770's. The West Douglas Creek mustangs  may be one of the oldest documented herds in the United States and for that reason alone deserve preservation as a link to our western heritage. This is a significant reason why Congress unanimously passed the Wild Horse and Burro Act in 1971. Why are we not abiding by this act?
Can you please help me to understand why we cannot come up with an alternative solution to this situation? As far as I can tell, every time I
read about wild horses in the Western U.S., there are some plans to remove
them. How can we treat these animals in this way?

Please re-consider the plans that have been submitted. I am really bothered by this decision.

Sincerely,

Susan Vanden Bos
The Boeing Company

Craig Downer <ccdowner@yahoo.com>
05/25/2008 08:24 PM
To
melissa_kindall@blm.gov
cc
Craig Downer <ccdowner@yahoo.com>, Craig Downer <ccdowner@aol.com>
Subject
Protest of Plan to zero out the West Douglas wild horse herd; re:
CO-110-08-052-EA


May 25, 2008

Bureau of Land Management
White River Field Office
Attention: Melissa Kindall
220 East Market Street

Meeker, Colorado 81641
re: CO-110-08-052-EA

Dear Public Servants:

I am in reception of your plan to zero out the West Douglas wild horse
herd from its legal herd management area received with letter dated April
25, 2008.  I am taking this opportunity to strongly and vigorously oppose
this very unfair and prejudiced plan and urge you to reconsider the
seriousness of your action.  It is obvious that you are catering to the
wild horse' enemies be they livestock, big game or whomsoever, people who
in very bias manner have targeted these magnificent returned natives for
elimination out of a sort of maliciousness that I find to be entirely
despicable!  Have you ever considered the great contribution these
wonderful animals make to the native ecosystem?  How they seed native
plants through their feces, which also builds the humus content of the
soils, thus making them more water retentive and nutritious to plants and
via plants to the entire ecosystem?  Have you ever considered how they
naturally tend to distribute their grazing pressure sparsely over vast
areas thus avoiding overgrazing, contrary to cattle that tend to camp on
the riparian areas?  Do you at all value these "national heritage
species"
for the great "aesthetic resource" appreciated by millions world wide --
a
point stressed in the Wild Free Roaming Horse and Burro Act?   Do you
know
how they actually complement the other native grazing animals by reducing
coarser vegetation for which their post gastric digestive system is best
suited, then allowing more tender vegetation to grow that is less
metabolically taxing to the ruminant grazers such as deer?  Do you
realize
how ancient their roots are here in North America and how many fine
mutualisms they have coevolved with the native fauna and flora?  Indeed,
they are among the very most truly deserving of any species or group on
this continent of being called "native"!  There are so many points in
favor of restoring these magnificent animals, but you seem to be
perversely blind to these and bent on their discreditation and
elimination
from their natural free life here, on for which very eons of time have
prepared them  and one provided for by national law.  The West Douglas
mustangs have been in this herd area for many generations, dating back
centuries, and are adapted to the unique, rocky and marginal habitat
here.
They deserve our admiration not our hostility!  If you could only wake up
to the true grace and blessing these animals presence in freedom
constitutes, surely you would not treat them the way you do!  There are
ways of managing a herd of horses using natural barriers and where
necessary selective barriers so that in a large area they can realize a
truly viable population and demonstrate their ability to attain a self
stablizing population, if only given the chance, as the climax species
they are. This would avoid the cruel and draconian helicopter roundups
that only perpetuate such violence, suffering, and dischord!

Please do not zero out this beautiful, hardy and ecosystem-enhancing wild

horse herd that also is a great reducer of flammable vegetation preventing
catastrophic fires.  These animals are precisely what is most needed today
in this perillous era of Global Warming.  To do so would constitute such a
horrendous crime, even sin, against the essence of horse kind and the
wonderful natural integrity to which they are so indispensible!

On Memorial Day I appreciate your serious reflection and ask you to modify
your plan so as to accommodate these wonderful animals to whom we owe so
much but whose true place in this world lies in the domain of Freedom.

Most sincerely yours,

Craig C. Downer
Wildlife Ecologist and author of book: Wild Horses: Living Symbols of Freedom
P.O. Box 456
Minden, NV 89423

Ronnie <ronnie.lange@mac.com>
05/25/2008 11:51 PM
Please respond to
Ron <rhonda.lange@mac.com>

To
melissa_kindall@blm.gov
cc

Subject
West Douglas Wild Horse Removal


Dear Ms. Kindall:
This communication is being sent in support of The Cloud Foundation's
position on the above referenced matter.  I, too, am curious to learn why
this little herd is being targeted.  Further, given this particular herd
does not appear to be of the typically adoptable more modern mustang, my
concern is heightened.

I do not support most activist positions which vehemently oppose slaughter
or any type of wild horse management.  However, I do believe the mustang
is an integral part of United States heritage, particularly in the west,
and therefore small herds should be protected.

Further, it would appear the West Douglas herd is particularly hardy,
likely due to lack of human interference. Therefore, it would seem to make
more sense to leave this herd alone, thereby, encourage the little herd to

reproduce even more hardy mustangs for future generations to enjoy.

Concerning oil producers, cattle ranchers, and other interests.  It is not
my desire to squelch growth designed to make our state, even country,
independent of foreign interests. However, I do not believe the removal of
the referenced herd is necessary for such goals to be obtained. It is
likely the mustangs and the business interests can, and should, work
around each other without causing permanent displacement of this little
herd. Nor, should the business interests be permitted to push them out of
their homeland.  Perhaps increasing the allowed range may be the answer.
 Wild horse ranges on public land are first and foremost the herds home...
however, I do not oppose responsible shared use, at this time.

Respectfully,

Rhonda Lange,
Colorado Resident since 1966

*************************************************************************
**
****************************************************
copied and pasted:


                            May 19, 2008
Bureau of Land Management
White River Field Office
Attention: Melissa Kindall
220 East Market Street
Meeker, Colorado 81641

Dear Ms. Kindall;

On behalf of The Cloud Foundation and our thousands of supporters thank
you for the opportunity to submit comments on EA CO-110 (WRFO) 4700
entitled "West Douglas Wild Horse Herd Area Removal". This is an unusual
EA. It clearly does not comply with NEPA in that it reveals no data
regarding range conditions or herd numbers. It indicates no monitoring of
animals or of the forage and no inventorying of anything. Is this data
available, and, if so, why was it not presented in this document?  At
least this EA is somewhat consistent with earlier EA's for this herd as it
remains short on facts supporting a removal of these beleaguered wild
animals.

On page 2 you reference the 1997 decision in which horses were to be
managed in North Piceance and West Douglas  in a range from 0-50 in order
to improve range conditions. Yet, where is the data indicating what the
range conditions were at a smaller and larger herd size?  Is this a
contention of this EA—that removing the horses will increase the forage?
Forage for what other species? Let me guess. . cattle?

After 1997, I recall that your office chose to manage wild horses in East Piceance only, indicating they would be easier to manage than horses in the rugged West Douglas Creek area. Now, you are anticipating removing the East Piceance wild horses as well due to intense oil and gas development. Your plan is transparent. BLM is systematically doing away with wild horses in the entire area even though the public remains opposed.

It appears you continue to curry favor with the livestock permittees in the area, wealthy and well-placed ranchers and business people who lobby to increase their bottom line at the expense of the hardy little West Douglas Creek wild horses.

The West Douglas Herd has been living free in what is now Colorado long before there was a Colorado. Written documentation of horses in this area exists as a result of the travels of the Fathers Escalante and Dominguez who traveled on foot from Mexico into the area in the 1770's. The West Douglas Creek mustangs  may be one of the oldest documented herds in the United States and for that reason alone deserve preservation as a link to our western heritage. This is a significant reason why Congress unanimously passed the Wild Horse and Burro Act in 1971.

The West Douglas horses are noted for their toughness, are dark in color and small in stature. They are known to resist  life as domestic horses. Therefore, they are not ideal adoption animals. This is another reason to let them live free rather than subject them to captivity. And, does an adoption demand exist for the West Douglas horses? Doubtful. Removing them then is counter to the intent of the Wild Horse and Burro Act.

Beyond the illegality of the BLM planned removal of all the wild horses in this area, there are clear inhumane aspects to this plan which include rounding up wild horses in winter. Winter is brutal in the West Douglas Creek area and is an inappropriate time to be rounding up wild horses or stressing any wild animals. You allow for running the mustangs "only" 5 miles instead of 10 in a foot of snow or less. Please tell me if you would treat a domestic horse in this way? I doubt that any humane individual would contemplate such a cruel and dangerous act.

Round ups are inherently dangerous. I believe a mare and her foal were killed in 2006 during the last West Douglas round up and this was not in winter. Add the stress of winter and you really have a formula for disaster. You allow for no rounding up when it is 10 below. Horse people know that if it is cold, no horse should be strenuously worked if the temperature is below freezing, let alone 10 below!

Please reconsider this plan and come up with some acceptable alternatives that allow for this hard scrabble little herd to continue their life of freedom. I would appreciate a timely reply to my questions. Thank you.

Sincerely,

Ginger Kathrens
Volunteer Executive Director
The Cloud Foundation
A Colorado 501(c)3

Ccangelsing@cs.com
05/26/2008 06:19 PM
To
melissa_kindall@blm.gov
cc

Subject
RE:  EA CO-110 (WRFO) 4700 entitled "West Douglas Wild Horse Herd Area
Removal"


Dear Ms. Kindall

RE:  EA CO-110 (WRFO) 4700 entitled "West Douglas Wild Horse Herd Area
Removal"

Regarding the preservation of the West Douglas Wild Horse Herd in western
Colorado, isn't there any way possible that these horses could remmain
where they are?  And if not, isn't there any way they could be moved
during better/warmer conditions?  It's cruel enough to move them at all,
but to move them when it will be hard on them to move, and to adjust to
their new surroundings.  Couldn't you find it in your heart to be more
meriful, as you would want God to be merciful to you?  They are His
creatures and it IS our responsibility to take care of them.

Please have a heart!

Perhaps someone like Mel Gibson, who has thousands of acres would find it
in his heart to take them to his land if asked.  Surely there is someone
who has enough land of their own to put them on so the Government
couldn't
keep taking land away from them to run free anymore.  Please try!

Thank you.

Lesa Hays

Lauri Parnella <lauriparnella@yahoo.com>
05/26/2008 07:19 PM
To
melissa_kindall@blm.gov
cc

Subject
NO wild horse removal..anywhere!!!!!

Dear Ms. Kindall and the BLM in general:
In regard to the West Douglas Wild Horse Herd Removal...
WHAT are you folks thinking??? Remove the ENTIRE herd?
WHY?? To increase the browsing area for MORE cattle, owned
by those RICH cattlemen!?

Unfortunately, I'm not rich, nor powerful...but I know my sentiments
echo the majority of the U.S. peoples:
These wild horses are on public lands, therefore as an American, those
are MY horses, as well as everyone else's to ENJOY!
The overwhelming MAJORITY of the U.S. population wish to KEEP
OUR HORSES INTACT; the cattlemen have far toooo much land
already! Hasn't enough bloodshed become of our beloved horses
already? It's unconstitutional and against the law what the BLM does
year after year...it absolutely SICKENS me to think you people care
more about lining your wallets with bribe money and pressure from
these ranchers, who've taken over OUR lANDS like a damn plague!
None of "us" go on vacation to see herds of cattle!!
We WANT more Bison, we WANT more Pronghorn Antelope, and we
really, really WANT the small remainder of wild horses left to be granted
the FREEDOM granted TO them in the Wild Horse and Burro Act...
These Natural Treasures have already paid far too high of a price; a
price covered in blood money and "favors" to you by these ranchers....

Pardon my language but...I think it's about time for a
rancher/cattleman's
roundup; let's send THEM to be slaughtered, seing as they have NO
concience, nor know right from horribly wrong!  Say NO to these uncaring
ranchers, and say YES to our poor beloved horses; and to US, the public
who LOVE them and will ALWAYS love them!
It's time for land-stealing and slaughter of these much cherished NATIVE
animals to stop...before it's too late to "referse" what you've ALL done!
YOUR OWN "Enviornmental Consequences of the Proposed Action" states
so clarly to US ALL that the removal of these herds will NOT have ANY
measurable improvement in graze, dust or air quality, and (am quoting
now),
"therefore impacts would be similar to NO ACTION"....so please, let our
horses run free and be at peace; WE, the public, DEMAND this, and MUST
demand this, as soon, all genetic viability of OUR horses will BE LOST...
FOREVER!  (None of you can "reverse" that, nor the emotional trauma you
are causing US as well. PLEASE...let our wild horses run free, as God
intends!)

It's long past-due for the BLM to remove some cattle from the rangelands
to restore the quality, for it is THEY who ruined it in the first place!
Wils horses have been here for centuries; no deforestation or permanent
damage to the land was EVER caused by them....
You're the B.L.M. for God's sake; mange the land with RESPECT to it's
natural inhabitants..and aleviate the man-made problems, ie: some cattle.
We're all paying higher prices for rent/mortgage, gasoline, food and
other
rate hikes...so raising a steak by 50 cents is a SMALL price to pay for
allowing these beautiful creatures to be left alone, and run free once
again,

as NATURE, (not "man"), intended.....

If you even truly read my letter and give it sincere consideration, I sincerely
THANK YOU for allowing me to speak my peace; which comes from MY
HEART, and not some twisted tale of "reality" from the rancher's WARPED,
cruel, and GREED-DRIVEN points-of-view.......

With utmost regard that SOMEBODY will do the right thing, for once.....
          Ms. Lauri Parnella
          235 W. 30th St., #A, Tucson, AZ. 85713
     or  lauriparnella@yahoo.com

Stop the heartbreak; our horses DESERVE to be free and cherised
for generations to come, don't turn your backs to our pleas any longer!?
America will become so much LESS, without these wild horses to admire,
and INSPIRE us to acheive to become better "Guardians of Nature".
And, better human beings in the process.....
Kathy <kala_85730@yahoo.com>
05/26/2008 09:15 PM
To
melissa_kindall@blm.gov
cc

Subject
Plese! Do NOT take these horses away from us.


To Ms. Kindall and to the BLM,

You must not let the rich ranchers get away with killing our beloved herds
that reside in the mountains in Montana and other places where you take
horses. I was in Montana last year and for the first time I saw these wild
horses and I saw the beauty and the power these animals have. I was in
tears when I saw them because they were so beautiful! To take that away
from US is MURDER!!!!!!!!!!!!!!!!

I am part of the Cloud Foundation who watches the horses in the Arrowhead
Mountains in Montana and I heard about your involvement in herding horses
and killing them or drugging them. This is VERY WRONG! These animals have
the right to be here just as we are and should be treated as equals than
just another animal for the kill.

I really hope that you will reconsider the trapping of these animals and
that you accept my e-mail. These horses need our help and it is my turn to
defend them as well.

Please save these animals from extinction before it is too late. Thank you!

Sincerely,

Donna Mayfield

Kala_85730@yahoo.com

"Catherine Read Noblett" <cdrnoblett@earthlink.net>
05/26/2008 09:50 PM
Please respond to
<cdrnoblett@earthlink.net>

To
<melissa_kindall@blm.gov>
cc

Subject
West Douglas Wild Horse Herd


Bureau of Land Management
White River Field Office
Attention: Melissa Kindall
220 East Market Street
Meeker, Colorado 81641

Dear Ms. Kindall;

I would like to submit my comments on EA CO-110 (WRFO) 4700 entitled
"West
Douglas Wild Horse Herd Area Removal".  The first thing I noticed about
this environmental assessment is that there is no data regarding range
conditions or herd numbers needed to manage the said planning area and
instead decides on total removal of the mustang herd in favor of grazing,
under the pretense that the wild mustang herd grazes all year and
prevents
forage from recovering during the growing season.  Yet no where does it
indicate what the timetable is for those ranches that lease the grazing
rights and are the competing grazing animals.  I would pretty much
guarantee that their animals are on the same lands during the growing
season.   But given that there is no factual data in the environmental
assessment of when the growing season is, this is therefore hard to
assess
and declare true or false.  This EA does not comply with NEPA!   This EA
is a blatant attempt to provide to special interests of ranchers and the
mining industry to the detriment of the public heritage and resource that
these wild mustangs are.

The West Douglas Herd has been living free in what is now Colorado long
before Colorado statehood. Written documentation of horses in this area
exists as a result of the travels of the Fathers Escalante and Dominguez
who traveled on foot from Mexico into the area in the 1770's. The West
Douglas Creek mustangs may be one of the oldest documented herds in the
United States and for that reason alone deserve preservation as a link to

our western heritage is vital. This herd is an example of why Congress
unanimously passed the Wild Horse and Burro Act in 1971.

I have been told that the West Douglas horses are noted for their
toughness and small size, and that they do not adapt as well as some
other
mustangs to life as a domestic horse.  Therefore, they are not ideal
adoption animals.  Currently, the BLM has over 40,000 animals in pens and
holding areas around the country awaiting adoption.  The likelihood that
these will ever be adopted is low and then they become another drain on
BLM and our countries tax dollars.  This is another reason to let them
live free rather than subject them to captivity.  Removing them is
counter
to the intent of the Wild Horse and Burro Act, which provides for a ready
adoption.

Please reconsider this plan and come up with some non-biased and fair
alternatives that allow for this small herd to continue their life of
freedom and be enjoyed by all.

Sincerely,
Catherine Read-Noblett
7751 N. Glade Road
Loveland, CO  80538

Anne Caumont <anne.caumont@hippoplus.com>
05/31/2008 03:10 AM
Please respond to
anne.caumont@hippoplus.com

To
melissa_kindall@blm.gov
cc

Subject
West Douglas Wild Horse Herd


Dear Ms Kindall,
I'm afraid it's late now for me to send you this letter, however I want
to
do it.
Just to let you know that here in France we are a lot of people to
totally
support and associate to Mrs Ginger Kathren's letter, from the Cloud
Foundation.
You in the United States are responsible to keep alive a wild nature that
has totally disappeared here in Europe, that's why we know the price.
That's also why people here associate the US to freedom.
Please keep alive wild nature with wild horses in the US, in respectful
conditions.
Best regards,
Anne Caumont

France

_____

Ce message a été vérifié par l'antivirus de MDaemon.

Par précaution, n'ouvrez pas de pièces jointes de correspondants
inconnus.
_____