

**Jon Hill**
<cripple-cowboy@hotmail.com>
05/01/2008 03:55 PM

To <melissa_kindall@blm.gov>
cc
bcc
Subject West Douglas Gather Plan

  Thank you for the chance to review your plan. It looks fine to me. I would ask that we be consulted as to timing before/if you use water traps. So we can be prepared for dealing with our livestock if nesessary. Also hay trapping would by nesessity be done when our livestock was in the area, so, would ask the same for that.
  Lastly, we have a lot of experience succesfully water and hay trapping wild cows and would like to be placed on a bid list for those 2 methods if used.
  Thank you for your time, Jon D. Hill

---

Express yourself wherever you are. Mobilize!