FROM; Thomas M. Berry

      9355 Kannah CK. R.d

      Whitewater Co. 81527

I am writing this letter to support the decision to remove the feral horses from West Douglas.

The decision to remove these horses has been made to protect the resource and it has been made more than once and it has been made after professional people have looked at the science. I do not understand how any responsible agency could not do the obvious, in the face of the facts….

PLEASE do not "give in "to emotional rhetoric & do the right thing!!!!

        Thank you

        Thomas M. Berry

        *Thomas M. Berry*

        *5/23/2008*