

Melodie Lloyd/GJFO/CO/BLM/DOI
07/29/2005 09:56 AM

To: Kent Walter/MEFO/CO/BLM/DOI@BLM

cc: Jamie Connell/GSFO/CO/BLM/DOI@BLM, Fran Ackley/CCFO/CO/BLM/DOI@BLM, Denise Adamic/COSO/CO/BLM/DOI@BLM

bcc:

Subject: Fw: West Douglas wild horse working group recommendations

---

Mel Lloyd, Public Affairs Specialist
2815 H Rd., Grand Junction, CO 81506
T 970.244.3097
F 970.244.3152

----- Forwarded by Melodie Lloyd/GJFO/CO/BLM/DOI on 07/29/2005 09:55 AM -----



"WRIGHT DICKINSON"
<TWRIGHTDICKINSON@direcway.com>
07/29/2005 09:46 AM

To: <gblakeslee@tnc.org>, <jcomstock@moffatcounty.net>, <mtncj7j@aol.com>, <jonrac@starband.net>, <Kathy.nail10@bresnan.net>, <wrpaints@amigo.net>, <dbailey@westcomuseum.org>, <jmartin@gvii.net>, <cyates@wyoming.com>, <TWRIGHTDICKINSON@direcway.com>, <dave.cesark@williams.com>, <wade.haerle@xcelenergy.com>, <pkcsk@aol.com>, <ricekerr@bresnan.net> <mcdigs@rof.net>

cc: <Melodie_Lloyd@blm.gov>

Subject: West Douglas wild horse working group recommendations

Fellow NWRAC members Attached are the working group summary, recommendations and DRAFT resolution for the West Douglas Herd Area Amendment to the White River Management Plan (Co-WRFO-05-083-EA) for your consideration on today's conference call. Also find attached the previous comments submitted by the NWRAC to the 2004 EA on this same issue.
Melodie will you please distribute to BLM staff and post for the public for today's call.

📄 Whereas the BLM North West Resource Advisory Council.doc    📄 North West Resource Advisory Council Working Group.doc

EXHIBIT 1

DRAFT 7-29-05

Whereas the BLM North West Resource Advisory Council (NWRAC) has established the West Douglas Wild Horse Working Group (WDWHWG) to consider, inform and make recommendations to the NWRAC on BLM planning issues for that area and

Whereas WDWHWG has made reasonable efforts to become inform on BLM planning issues for the area by holding; a tour of the area, multiple meetings over several years with BLM staff, reviewing all public comments submitted to BLM over several EAs and by asking for input from representatives of major stake holders interest and

Whereas The NWRAC finds that it is not feasible and practicable to maintain a viable Wild Horse Herd in the West Douglas Creek Area as out lined in the July 29, 2005 Summary of the WDWHWG

Therefore the North West Resource Advisory Council respectfully recommends and encourages the adoption of Alternative A of CO-WRFO-05-083-EA, the removal of all wild horses for the West Douglas Creek Herd Area

North West Resource Advisory Council West Douglas Wild Horse Working Group
Forrest Nelson Chair, Charles Yates, T. Wright Dickinson and Geoff Blakeslee,

West Douglas Wild Horse Herd Summary

The North West RAC Formed the working group several years ago When the White River Office Proposed to amend the White River RMP Regarding Management Actions for Wild horses in the West Douglas Area.

The NWRAC held a field tour in the area and received a briefing on the issues on May 7th 2003.

Though subsequent working group meetings the working group reviewed EA CO-WRFO-03-050 and provide recommendations which the NWRAC endorsed and forwarded to BLM. (See attached June 1 04 Letter to Kent Walter). That letter included supporting Alternative B the removal of Wild Horses from the area.

BLM Subsequently withdrew that EA.

In April 2005 BLM proposed a new EA CO-WRFO-05-083

Which Alt. A. Implements previous record of decision form 1997 RMP to remove wild
    Horses from West Douglas creek
Or    Alt. B. which proposes the creation of a Herd Management Area to manage a herd
    of 29-60 horses.

On June 30th 2005 the working group (with the exception of Charles Yates who was unable to attend) and NWRAC chairman Jeff Comstock met with BLM staff to obtain BLM's information and perspective.
Endeavoring to meet BLM's decision time lines (decision by early August) and to obtain input from affected parties, on July 13th 2005 the working group sponsored a teleconference to receive input from affected parties. Known representatives of affected interests (Wild Horse, Grazing, Oil& Gas, Wilderness, Environmental) where invited to participate and provide comment on this EA. All of the public comments received by the White River BLM office were forwarded to the working group for review.
The NWRAC is holding as special teleconference call July 29th to receive the working groups recommendation and to allow the NWRAC to submit a recommendation if they choose to Kent Walter White River Field Manager.

Recommendation of the working group members Nelson, Blakeslee, Dickinson.

The Working group recommends that the NWRAC support Adoption of Alternative A. by the BLM as the Record of Decision.

The working group finds that it is not feasible to manage wild horses as proposed in the West Douglas Herd area.

All of the previous Planning decisions for the area have supported the same conclusion.

Based on public comment and the member's knowledge of the issues we agree that it is not feasible to maintain a genetically viable population of horses at these levels and in a thriving ecological balance. This EA does not reconcile past EA finding of detrimental impacts form year long Wild horse grazing with which we share similar concerns.

The BLM's ability to retain horses within the prescribed area is not feasible with out the construction and maintenance of a fence in the WSA which is of concern both legally and aesthetically by certain interests.

The existing gas leases and subsequent development complicates the feasibility to manage the horses and will only bring greater complexity.

Alternative B in regards to livestock grazing is out side the scope of the plan amendment process and coordinated resource management agreements signed with the Colorado Department of Agriculture and grazing permittee.

The working group is also concerned that the economic analysis is seriously inadequate in this EA and recommends a complete and through analysis be completed.

The working group seriously weighed the value of limited tax payer resources, BLM management capacities and recognizes that a viable wild horse population and area exist nearby in the East Douglas Creek Area which effectively and efficiently allows for recognition and enjoyment of wild horses as provided for under the Wild Horse and Burro act.

In conclusion based on the above mentioned factors therefore the West Douglas Working group recommends that the NWRAC supports Alternative A and the complete removal of wild horses from the West Douglas Herd area as the most logical and practicable management decision and encourages the BLM to adopt the same in the ROD.