April 29, 2004

Dear Mr. Walter:

This letter has to do with the West Douglas wild horses. I don't write letters or get involved in politics but what is going on with the BLM and the West Douglas horses looks like a selfish snow job on the part of the permittee and the anti-horse groups.

I grew up in Meeker and there is not much of this country that I have not seen more than once. I own a sheep ranch and know about managing livestock on the same land that supports wildlife. I have been a guide and outfitter for 25 years and have been working for wildlife services as a gunner and trapper for over 20 years. Those Texas Mountain horses were surviving in that country a long time before you or I or Robertson ever were there. Where do you think Horse Draw got its name? BLM is supposed to manage a land of many uses which means you stand by your own laws and manage a few horses along with everything else. I believe the public would rather come over a hill and see a wild horse mare and her colt standing by a pond than a cow standing in the middle filthing the water.

If having a few wild horses on Texas Mountain is doing that much damage to the riparian and to the range and starving out the deer and elk then you need to do something a lot bigger than taking off a few wild horses. If those horses on Robertson are causing him that much trouble then he's broke anyway.

These horses are protected as wildlife by law and have the right to be there with the other wild and domestic animals. If you set the precedent by taking all the horses off West Douglas you leave yourself open for other permittes that want the horses off their allotments. Are you going to let the permittes demand that all the elk and deer be taken off too?

  1

I've heard how horses graze all year long and cows are only seasonal but Robertson is running a lot more cattle than there ever will be horses in that country. I doubt you have spent any time in Red Wash or Cottonwood but it won't take a scientist to see what is doing the damage. It's the livestock. You better look at the permitte and his management practices. A permitte needs to be a good steward of the land and a good steward knows how to adjust his management to make room for the wild and domestic animals on the range. I do this on my own ranch and there is no reason Robertson shouldn't be expected to do it on his.

  2

When I am gunning for the sheep men in Cottonwood I can tell when I fly over the fence into the cow allotment. The difference is night and day. You can't tell me the horses are doing the damage because when I gun in Boise Creek there are more horses but the creek banks are sodden and the riparian looks healthy. In sand wash where there are horses and sheep the rancher takes a cut on his AUMs and finds grass somewhere else when the

EXHIBIT 2

horse numbers are high before a gather. Why can't the Douglas Creek permittes do the same? Like I said this sounds like a selfish snow job. You need to stand up for what's right.

I know a few people my age and my Dad's age who grew up catching those horses and always putting in a few studs to keep the horses healthy. If they aren't writing to you then they should be because you are taking away a part of their history that you don't have any right to take. Like I said before I grew up in this country and don't believe you have any right to take history, wildlife and nature because of a permitte who forgets that grazing is a privilege, not a right.

Sincerely,
Glen Papez
Papez Outfitting