United States General Accounting Office



Report to the Secretary of the Interior

August 1990

# RANGELAND MANAGEMENT

# Improvements Needed in Federal Wild Horse Program





142041



EXHIBIT 4

GAO/RCED-90-110



United States
General Accounting Office
Washington, D.C. 20548

Resources, Community, and
Economic Development Division

B-240548

August 20, 1990

The Honorable Manuel Lujan, Jr.
The Secretary of the Interior

Dear Mr. Secretary:

This report discusses the Bureau of Land Management's efforts to manage wild horses on the public rangelands in 10 western states, including the removal and disposition of excess wild horses under the Adopt-A-Horse program.

This report contains recommendations to you in chapters 2, 3, and 4. The head of a federal agency is required by 31 U.S.C. 720 to submit a written statement on actions taken on our recommendations to the Senate Committee on Governmental Affairs and the House Committee on Government Operations not later than 60 days after the date of this letter and to the House and Senate Committees on Appropriations with the agency's first request for appropriations made more than 60 days after the date of this letter.

We are sending copies of this report to the Director, Bureau of Land Management; Director, Office of Management and Budget; congressional offices; and other interested parties. If we can be of further assistance, please contact me at (202) 275-7756. Other major contributors are listed in appendix II.

Sincerely yours,

James Duffus III
Director, Natural Resources
  Management Issues

# Executive Summary

| | |
|---|---|
| **Purpose** | In response to concerns over the widespread abuse and exploitation of wild horses and the possibility that the remaining population might eventually be eradicated, the Congress passed the Wild Free-Roaming Horses and Burros Act in 1971 to grant the animals special protection. Subsequent population counts indicated that there were many more wild horses than previously thought and that these horses were contributing to overgrazing of the federal rangelands. This new information led the Congress to amend the law in 1978 and establish protection of the range from wild horse overpopulation as a major program objective. Accordingly, it authorized the agency responsible for administering the program—the Department of the Interior's Bureau of Land Management (BLM)—to limit wild horse populations to levels the range can sustain. This dual mandate of protecting wild horse populations while at the same time protecting the rangelands they roam from deterioration continues to govern program operations.

Responding to expressions of congressional concern over BLM's management of the wild horse program, GAO reviewed BLM's basis for determining the number of wild horses to be removed from the range; the treatment of horses disposed of under a special adoption program; and the cost-effectiveness of other aspects of BLM's wild horse disposal program. |
| **Background** | Since 1980, BLM has rounded up, removed, and disposed of more than 80,000 wild horses from federal rangelands. About 60,000 of these horses have been adopted through BLM's Adopt-A-Horse program which allows individuals to obtain title to up to four horses a year for $125 each. In an effort to enhance the adoptability of wild horses, BLM in recent years has been sending some horses to state prison facilities to be "gentled" by inmates who halter train them. However, all the wild horses removed from the range have not proven to be adoptable because of age or physical imperfection. Accordingly, from 1984 through September 1988, BLM placed about 20,000 wild horses with large-scale adopters who agreed to take a minimum of 100 horses when BLM waived the normal adoption fee. This program was terminated in response to widespread congressional and public criticism. Since the summer of 1988, BLM has placed unadoptable horses in private sanctuaries. |
| **Results in Brief** | GAO found that despite congressional direction, BLM's decisions on how many wild horses to remove from federal rangelands have not been based on direct evidence that existing wild populations exceed what the |

range can support. Moreover, wild horse removals often have not been accompanied by reductions in authorized livestock grazing levels or effective range management to increase the land's capacity. As a result, range conditions have not demonstrably improved, and the number of wild horses removed has exceeded the capacity of the Adopt-A-Horse program. These conditions, in turn, led BLM to implement two mass disposal options that have resulted in either inhumane treatment and commercial exploitation of the horses or committed the government to long-term financial responsibility for the removed horses' welfare. BLM's halter training and gentling program also has not been as cost-effective as it could be. Many horses remain at prison training facilities much longer than necessary resulting in increased program costs and lost adoption opportunities.

## Principal Findings

### Wild Horse Removals Are Not Linked to Rangeland Conditions

GAO found that existing information is insufficient to determine how many wild horses the range can support, the extent of degradation caused by wild horses, or consequently the number of wild horses that should appropriately be removed from individual herd areas. For example, for the five BLM areas GAO visited (covering 46 wild horse herd areas), BLM had not assessed the land's carrying capacities in over 20 years in three cases and in over 10 years in another case. The one resource area with data less than 10 years old did not use it to set target wild horse population levels and removal objectives. Despite the lack of data, BLM has proceeded with horse removals using targets based on perceived population levels dating back to 1971 and/or recommendations from BLM advisory groups comprised largely of livestock permittees.

BLM could not provide GAO with any information demonstrating that federal rangeland conditions have significantly improved because of wild horse removals. This lack of impact has occurred largely because BLM has not reduced authorized grazing by domestic livestock, which because of their vastly larger numbers consume 20 times more forage than wild horses, or improved the management of livestock to give the native vegetation more opportunity to grow. In some areas, GAO found that BLM increased authorized livestock grazing levels after it had removed wild horses, thereby negating any reduction in total forage consumption and potential for range improvement. According to BLM range managers, BLM has not acted to reduce authorized grazing levels

**Executive Summary**

primarily because it believed it did not have sufficient range condition data to justify the reductions.

## Mass Disposal Led to Inhumane Treatment and Commercial Exploitation

By 1985, BLM was removing thousands more wild horses yearly from the range than its Adopt-A-Horse program could absorb. Faced with the escalating costs of maintaining these excess horses in holding facilities, BLM placed about 20,000 wild horses with large-scale adopters. BLM did not always comply with its regulations and internal guidance for approving and monitoring these adoptions. This noncompliance resulted in the inhumane treatment and death of hundreds of horses during the 1-year probation period when the horses were still owned by the government. Most adopters sold thousands of wild horses to slaughterhouses.

BLM terminated the program in September 1988 after negative publicity and pressure from the Congress. However, it has not rescinded the regulations authorizing such adoptions.

## Disposal Program's Cost-Effectiveness Can Be Improved

Problems continue to exist in BLM's remaining disposal activities. GAO found that many horses remain at the prison facilities much longer than the 30 to 60 days needed to halter train them. Some horses remained at the facilities for up to 19 months, thereby substantially increasing program costs. In addition, GAO found that BLM adoption staff have questioned the quality of the training many horses have received. BLM has taken steps to tighten the management of the halter training program but to date has not established needed standards for the length of time the prisons should take to halter train a wild horse or the number and quality of trained horses the prison facilities should produce.

With respect to the wild horse sanctuaries, GAO believes that BLM will not be able to meet its objective of limiting financial support for the sanctuaries to their first 3 years of operation. Accordingly, GAO believes that BLM will either have to commit to a long-term financial commitment to the sanctuaries (now approaching $900,000 a year for the first sanctuary alone) or be prepared to have the horses returned to its custody.

## Recommendations

To ensure that wild horse removal decisions are made in the context of a rational range betterment strategy, GAO recommends that BLM expeditiously develop carrying capacity and range condition data. In locations where these data indicate that overgrazing is occurring, BLM should

Executive Summary

implement range management techniques designed to give native vegetation more opportunity to grow and when necessary remove wild horses and reduce livestock grazing in proportion to the numbers of each species on the range. GAO also makes several other recommendations to improve BLM's wild horse removal and disposal efforts. (See pp. 44 and 56.)

## Agency Comments

BLM generally agreed with GAO's recommendations and stated that implementing action to address them either has been taken or is being initiated. BLM disagreed, however, with a recommendation in a draft of this report to reduce overgrazing by removing wild horses and reducing the levels of authorized domestic livestock grazing in proportion to the amount of forage each is consuming and the amount of range damage each is causing. GAO revised its recommendation to acknowledge the role improved livestock management can have in reducing the impact of domestic livestock grazing on range conditions. Recognizing the difficulty in distinguishing between the impacts of wild horses and domestic livestock on range deterioration, GAO also revised its recommendation to base any needed reductions in grazing activity on the relative numbers of wild horses and domestic livestock on the range.