# Contents

| | | |
|---|---|---:|
| **Executive Summary** | | 2 |
| **Chapter 1** **Introduction** | | 8 |
| | Exploitation of Wild Horses and Burros Prompted Federal Protection | 8 |
| | BLM's Wild Horse Program | 11 |
| | Related GAO Products | 18 |
| | Objectives, Scope, and Methodology | 18 |
| **Chapter 2** **Wild Horse Removals Need to Be Linked to Rangeland Conditions** | | 21 |
| | BLM Lacks Adequate Data to Make Informed Wild Horse Removal Decisions | 21 |
| | Basis for BLM's Wild Horse Removals Is Inappropriate | 22 |
| | Wild Horse Removals Have Not Significantly Improved Range Conditions | 24 |
| | Recent Wild Horse Removal Levels Have Exceeded Disposal Capabilities | 26 |
| | Conclusions | 26 |
| | Recommendations to the Secretary of the Interior | 27 |
| | Agency Comments and GAO Response | 27 |
| **Chapter 3** **Fee-Waiver Adoptions Led to Inhumane Treatment and Commercial Exploitation** | | 29 |
| | Increasing the Number of Wild Horses Removed From the Range Led BLM to Authorize Fee-Waiver Program | 29 |
| | Many Fee-Waiver Horses Treated Inhumanely | 30 |
| | Thousands of Horses Sent to Slaughter After Title Passed | 31 |
| | Conclusions | 33 |
| | Recommendation to the Secretary of the Interior | 33 |
| | Agency Comments and GAO Response | 33 |
| **Chapter 4** **Continuing Problems With Wild Horse Disposal Activities** | | 34 |
| | Sanctuaries More Costly Than Originally Thought | 34 |
| | Halter Training Program Can Be Made More Cost-Effective | 36 |
| | Alternative Disposal Options May Need to Be Considered | 39 |
| | Conclusions | 40 |
| | Recommendations to the Secretary of the Interior | 40 |
| | Agency Comments and GAO Response | 41 |

Contents

# Appendixes

Appendix I: Comments From the Department of the                42
    Interior
Appendix II: Major Contributors to This Report                 58

# Figures

Figure 1.1: Wild Horses in Nevada                              9
Figure 1.2: General Areas of Wild Horse and Burro Herds        13
    in the Western States
Fig. 1.3: Locations Where Wild Horses Are Adopted by           14
    the Public
Figure 1.4: Horses Taken From Round-Up Pens on Range           16
    to Preparation Center in Nevada
Figure 1.5: BLM's Removals of Wild Horses and Burros           17
    and Appropriations, 1983-1990

## Abbreviations

| | |
|---|---|
| AUM | Animal Unit Month |
| BLM | Bureau of Land Management |
| FLPMA | Federal Land Policy and Management Act |
| GAO | General Accounting Office |
| IRAM | Institute of Range and the American Mustang |

# Introduction

During this century, tens of thousands of wild horses have been either killed or captured for slaughter on America's western ranges. Public concern about the fate of these animals led the Congress to pass the Wild Free-Roaming Horses and Burros Act of 1971. Under the act, wild horses and burros on federal rangelands were granted special protection from abuse and commercial exploitation. The Department of the Interior's Bureau of Land Management (BLM) has lead responsibility for managing these animals as a public lands resource.[1]

## Exploitation of Wild Horses and Burros Prompted Federal Protection

Wild horses on the western range are descended from horses brought to the North American continent by Spanish explorers in the 16th century (see fig. 1.1). Over time, stray domestic horses belonging to settlers and Native Americans bred with the Spanish mustangs and, at the beginning of the 20th century, an estimated 2 million wild horses roamed America's ranges. For many years, as human settlements and livestock ranching expanded westward, these horses were freely exploited by (1) ranchers who shot them to make room for cattle and sheep, (2) individuals who captured them for domestic use and breeding, and (3) profiteers who rounded-up large herds from the public lands for sale to slaughterhouses.

Documented abuses suffered by wild horses led concerned individuals and national humane organizations to push for federal protection in the 1950s. In response, the Congress passed legislation in 1959 (18 U.S.C. 47) prohibiting the use of aircraft, motor vehicles, and poisoned water holes to trap or kill wild horses on federal rangelands. Despite the act, wild horse exploitation continued and, by 1971, the reported population of wild horses on federal rangelands declined to about 9,500. Some questioned whether the population would eventually be eradicated.

---

[1] The act also protects wild horses and burros on national forest lands managed by the U.S. Forest Service in the Department of Agriculture.

**Chapter 1**
**Introduction**

**Figure 1.1: Wild Horses in Nevada**



Source: BLM.

To ensure the survival of the wild horse herds, in 1971 the Congress enacted the Wild Free-Roaming Horses and Burros Act (16 U.S.C. 1331 et seq.) declaring that

"wild free-roaming horses and burros are living symbols of the historic and pioneer spirit of the West; that they contribute to the diversity of life forms within the Nation . . . and that these horses and burros are fast disappearing from the American scene."

The act directed the Secretary of the Interior (this responsibility was internally delegated to BLM) to protect wild horses and burros from various types of abuse or death and to consider them in areas they were found as of 1971 as an integral part of the natural system of the public lands. Further, BLM was directed to manage them to achieve and maintain a thriving natural ecological balance on the public lands. The act precludes managing wild horses and burros to areas outside of where they were found in 1971.

Soon after the act's passage, more thorough BLM censuses revealed that wild horse populations were much higher than the 9,500 previously thought to exist. In the ensuing years, the focus of program debates shifted from ensuring the continued survival of wild horses to determining the number that should remain on the public lands. On the one hand, livestock permittees (ranchers who pay a fee to graze their livestock on public lands) and wildlife conservationists argued that lower population levels should be maintained because horse populations were damaging the range and displacing domestic livestock and various wildlife species also competing for the limited available forage. Horse protection groups, on the other hand, argued for higher population levels on the basis of their view that horses were not a major cause of the ongoing degradation in public range resources.

Responding to deteriorating range conditions, the Congress enacted the Federal Land Policy and Management Act of 1976 (FLPMA, 43 U.S.C. 1701 et seq.). In FLPMA, the Congress directed BLM to scientifically manage the rangelands under the principles of multiple use and sustained yield. The act defined multiple use as the management of public lands and their various resource values (fish and wildlife, livestock grazing, mining, recreation, etc.) so that they are used in the combination that best meets the public's present and future needs. The term sustained yield means the achievement and maintenance in perpetuity of a high-level annual or regular periodic output of various renewable resources. Under FLPMA, wild horses and burros are one of the resources that BLM must balance as it manages the range.

FLPMA also directs BLM to conduct multiple-use and sustained- yield management through a land use planning process. Under the act, land use plans should be based on scientific knowledge of conditions and result in a management program that allows a judicious variety of uses while protecting and even enhancing resources.

Because of continuing concerns over degradation of rangeland resources and BLM's implementation of the wild horse program, the Congress amended the Wild Horses and Burros Act as part of the Public Rangelands Improvement Act in 1978 (P.L. 95-514). These amendments require BLM to maintain a current inventory of wild horses. They further authorize BLM to remove wild horses deemed to be in excess of what the range can support as documented in (1) land use plans completed under FLPMA; (2) court-ordered environmental impact statements for the

Chapter 1
Introduction

grazing program; (3) information from a research program also estab-
lished in the act; or (4) absent any of those, on the basis of all informa-
tion currently available that excess animals need to be removed. Under
the act, removal actions are to be taken to "restore a thriving natural
ecological balance to the range, and protect the range from the deterio-
ration associated with overpopulation." The amendments in part
defined excess animals as those that must be removed from an area in
order to preserve and maintain a thriving natural ecological balance and
multiple-use relationship in that area. Thus, BLM's management of wild
horse herd levels is to be directly linked to rangeland conditions and
carrying capacity[2] for horses and other species, such as wildlife and
domestic livestock.

In 1985, the Congress directed BLM to accelerate the removal of wild
horses and burros from public rangelands. It took this action in response
to information from BLM that the population of wild horses and burros
exceeded the range's carrying capacity and was threatening range
resources. Since that time, BLM has argued that high wild horse removal
levels are necessary to protect public rangeland resources from further
deterioration.

# BLM's Wild Horse Program

BLM manages all programs, including the wild horse program, under a
management philosophy of decentralized control, with as much
authority and responsibility as possible delegated to lower operating
levels. BLM is organized with four levels of management, one in the
Washington, D.C., headquarters and three in field operations. The BLM
Director heads the agency, assisted by the program office—the Division
of Wild Horses and Burros in the Land and Renewable Resources direc-
torate. BLM headquarters oversees the program by developing policies,
guidance, procedures, regulations, and budget estimates and organizing
coordination workshops for the field offices.

BLM field operations consist of state offices, district offices, and resource
area offices. BLM has 12 state offices, each managed by a state director.
State offices are responsible for providing statewide program direction,
oversight, and coordination of resource programs for federal lands
under BLM's jurisdiction. Each state office has several district offices,
each managed by a district manager. Most district offices are respon-
sible for two or more resource areas. District offices provide oversight

---

[2]Carrying capacity refers to assessments that determine the consumption by wildlife, wild horses,
and livestock that available forage can support on a sustained-yield basis.

**Chapter 1**
**Introduction**

and support to their resource area offices. Resource area offices, each managed by an area manager, are the primary field location for program operations. In fiscal year 1990, the equivalent of 145 full-time employees were expected to be employed to carry out the wild horse and burro program in BLM headquarters and field offices.

Presently, BLM has identified 270 wild horse and burro herd areas in 10 western states, but it does not plan to manage any horses or burros on 68 of the areas.[3] (See fig. 1.2.) Almost all herd areas overlap areas where domestic livestock graze under BLM permits or leases assigned to ranchers. BLM's rangeland is divided into 22,000 grazing allotments.[4] In 1989, BLM reported a wild horse population of 41,774 on BLM lands with 74 percent located in Nevada and 10 percent located in Wyoming. The Forest Service has less than 4 percent of the wild horse population on its lands.[5]

Through its land use planning process, BLM has determined that about 27,000 wild horses is the most appropriate population level for public lands that BLM manages in the West.[6] Since it believes that about 42,000 wild horses currently roam the range, it has determined that about 15,000 horses are excess and need to be immediately removed.

Once excess wild horses are rounded up, they are disposed of in various ways. Although most of these horses are removed from public lands in Nevada, over two-thirds of those removed are offered for adoption by BLM's Eastern States Office and New Mexico State Office under the agency's Adopt-A-Horse program (see fig. 1.3.). Since program inception, BLM has removed and disposed of more than 80,000 wild horses from the federal rangelands.

The Adopt-A-Horse program allows individuals to take up to four horses per year for $125 each. Since 1973, about 60,000 horses have been adopted through this program. To improve the adoptability of older

---

[3]The 68 herd areas are generally located contiguous with privately owned lands. To avoid the problem of removing wild horses that stray onto private lands, BLM designated these areas for complete removal.

[4]Grazing allotments are designated areas of land available to ranchers with BLM permits or leases for grazing specific numbers and kinds of livestock.

[5]The Forest Service administers 43 wild horse and burro herd areas. The act does not protect wild horses found on other federal lands, such as military bases and national parks and refuges.

[6]Because wild burros populations total only about 11 percent of the wild population and few problems have been reported with their adoption, this report deals primarily with wild horses.

Chapter 1
Introduction

**Figure 1.2: General Areas of Wild Horse and Burro Herds in the Western States**



Source: BLM.

Chapter 1
Introduction

**Fig. 1.3: Locations Where Wild Horses Are Adopted by the Public**



horses, BLM has since 1986 sent these horses to various state prisons so that prison inmates can train and "gentle" them before adoption.

Because of a growing backlog of wild horses in BLM holding facilities, BLM initiated the so-called "fee-waiver" adoption program in 1984. This program allowed individuals, and Native American tribes under power-of-attorney arrangements, to take, free-of-charge, wild horses determined by BLM to be unadoptable because of age or physical imperfections. After a 1-year waiting period, the fee-waiver adopters obtained titles on the horses from BLM. Under this program, BLM disposed of about 20,000 horses, surpassing adoptions under the Adopt-A-Horse program in 1987. In September 1988, BLM terminated the program in response to intense public and congressional criticism.

Following the termination of the fee-waiver program, BLM turned to a second alternative for disposing of wild horses deemed to be unadoptable. This alternative involves placing wild horses in private sanctuaries. Wild horse sanctuaries are designed to provide unadoptable horses humane, life-long care in a natural setting off the public rangelands. Unlike the fee-waiver program, BLM retains title to the horses in the sanctuary and shares in the costs of their maintenance.

Excess horses can travel through a complicated "pipeline" before adoption or placement in a private sanctuary. At various stops in the pipeline, BLM must incur costs for the animals' care and to assure that they are humanely treated. For example, after rounding up several hundred wild horses in Nevada, they are taken by truck to BLM's initial preparation center near Reno, Nevada, where they are separated by sex into holding corrals (see fig. 1.4). All horses receive immediate veterinary examination, vaccinations, and other treatment, are branded with an identification number, and then are held for a few weeks until they are strong enough to be shipped out. From here, the horses can be transported by truck to holding and halter training sites before being sent to adoption or sanctuary.

Chapter 1
Introduction

**Figure 1.4: Horses Taken From Round-Up Pens on Range to Preparation Center in Nevada**





Source: BLM.

Chapter 1
Introduction

In fiscal year 1989, the Congress directed BLM to establish an advisory group to assist BLM in its wild horses and burros program. BLM plans to have this advisory group functioning in 1990. The group will gather and analyze information, make studies, and hear public testimony in order to offer advice and develop recommendations for the Secretary of the Interior and BLM's Director to consider.

From 1985 through 1989, BLM's total program costs have averaged $1,500 for each horse removed from the range. In fiscal years 1985 through 1989, BLM was appropriated about $81 million to remove and dispose of 53,925 wild horses and burros and has budgeted another $13.4 million to remove and dispose of 8,700 more animals in fiscal year 1990. (See fig. 1.5.)

**Figure 1.5: BLM's Removals of Wild Horses and Burros and Appropriations, 1983-1990**



Chapter 1
Introduction

## Related GAO Products

In the past, GAO has reported that overgrazing is damaging a large portion of the public's land. Over half of the public rangelands remain in unsatisfactory condition, and about one out of every five public rangeland grazing allotments is threatened with further deterioration.[7] The condition of riparian areas—those ecologically critical zones bordering rivers, streams, lakes, and bogs—is even worse. Many thousands of miles of streams have degraded riparian areas needing improvement.[8]

Wild horse and burro populations consume forage on the public rangelands and consequently contribute to the overgrazing problem. However, as we have noted in previous testimony,[9] the primary cause of the degradation in rangeland resources is poorly managed domestic livestock (primarily cattle and sheep) grazing. When more animals are allowed to graze in an area than the land can support, forage consumption exceeds the regenerative capacity of the natural vegetation, resulting in erosion, watershed damage, and other deterioration. Although recognizing that overgrazing was occurring, BLM range managers reported that no adjustments in the authorized livestock grazing levels were scheduled in 75 percent of the allotments threatened with further damage. These managers cited insufficient data on specific range conditions and resistance by livestock permittees as the primary reasons why action had not been taken.

As we further testified, BLM has been more concerned with the immediate needs of livestock interests or budget reductions than with ensuring the long-term health of the range. We further stated that a fundamental change in the agency's management approach and orientation is necessary if substantive progress is to be made.

## Objectives, Scope, and Methodology

In response to congressional inquiries reflecting concern over various aspects of BLM's management of its wild horse program, we began a programwide review in February 1988. Our work evaluated (1) BLM's basis for determining the number of wild horses to remove from the public range, (2) the treatment of wild horses removed from the range

---

[7] Rangeland Management: More Emphasis Needed on Declining and Overstocked Grazing Allotments (GAO/RCED-88-80, June 10, 1988).

[8] Public Rangeland: Some Riparian Areas Restored But Widespread Improvement Will Be Slow (GAO/RCED-88-105, June 30, 1988).

[9] Change in Approach Needed to Improve the Bureau of Land Management's Oversight of Public Lands (GAO/T-RCED-89-23, April 11, 1989).

Chapter 1
Introduction

and adopted in large numbers, and (3) the cost-effectiveness of several aspects of BLM's wild horse disposal program.

To determine BLM's basis for removing wild horses from public range-lands, we focused on Nevada and Wyoming which together have about 84 percent of BLM's wild horse population. We examined BLM's wild horse and range management in four districts and resource areas in Nevada and one district and resource area in Wyoming that encompass 46 wild horse herd areas. We reviewed various documents, such as the legisla-tive history, regulations, policies, internal guidance, and range manage-ment plans to determine the basis for both livestock and wild horse management levels. We interviewed BLM officials at various levels about the range management program.

To evaluate the treatment of wild horses removed from the range and adopted in large numbers, we focused on BLM's fee-waiver adoption pro-gram. We did not evaluate the treatment of wild horses and burros adopted under BLM's full-fee adoption program. We concentrated prima-rily on BLM's Montana State Office which had placed almost 60 percent of the fee-waiver adoptions and had given thousands of horses to Native American tribes, and reviewed selected fee-waiver adoptions in Wyo-ming and New Mexico. In the BLM Montana State Office, we reviewed relevant documents and interviewed BLM officials in the state office, two district offices, and two resource area offices. To determine if fee-waivered wild horses were commercially exploited, we obtained records from and interviewed buyers and managers at horse slaughterhouses and livestock sales barns in South Dakota, Nebraska, Texas, and Canada. We also interviewed livestock brand inspectors in Montana, North Dakota, and South Dakota.

To determine the cost-effectiveness of BLM's halter training program, we examined BLM's New Mexico and Colorado state offices' cooperative agreements with state correctional agencies to train 2,000 wild horses at 4 state prisons. We reviewed documents and interviewed BLM officials in both state offices and two district offices. We also reviewed documents and interviewed officials with the state correctional agencies. To observe operations, we visited the prisons in Santa Fe and Los Lunas, New Mexico and Canon City, Colorado.

To assess the cost-effectiveness of sanctuaries, we reviewed the agree-ments as well as documents on the sanctuaries and discussed various matters with BLM officials in Washington, D.C., the Montana State Office, and the South Dakota resource area. We visited two sanctuary sites to

view pasture conditions and the facilities to maintain horses. We discussed concerns about sanctuary lands leased from the Rosebud Sioux tribe with officials from Interior's Bureau of Indian Affairs. We interviewed state and other officials about procedures for caring for the horses, fund-raising, and operating the sanctuary without BLM funding.

We obtained official comments on a draft of this report from BLM. Its comments are included as appendix I. We conducted our review between February 1988 and November 1989 in accordance with generally accepted government auditing standards.