## Specific Activity Report for the
## APHIS/BLM Wild Horse and Burro Partnership
## (Gathers, Adoptions, Site Visits, Meetings, Consultations)

| SECTION A - IDENTIFICATION | | | | |
|---|---|---|---|---|
| 1. TYPE OF ACTIVITY (Mark one) | | | | 4. TODAY'S DATE |
| X GATHER | ADOPTION | OTHER – Specify: | | October 18, 2006 |
| 2. NAME (First, MI, Last) | | 16. JOB TITLE / POSITION (VMO, AHT, OTHER) | | 3. HOME OFFICE / STATE |
| James M. Williams | | VMO | | USDA APHIS VS CO |
| 22. NAME OF EVENT/ACTIVITY | | LOCATION OF EVENT/ACTIVITY (23. city, 5. state) | | |
| West Douglas Gather | | Rangely, CO | | |
| DATES OF TRAVEL / WORK | | WAS TRAVEL VOUCHER SUBMITTED | | |
| 6. from | 7. through | 17. YES/NO: Y | | 18. AMOUNT: $ 636.33 |
| 10/10/06 | 10/16/06 | | | |
| 15. HOURS CHARGED TO APHIS/BLM ACCOUNT | 19. OTHER CHARGES TO APHIS/BLM ACCOUNT (Description, $ Amount) | | | |
| 34 OT | | | | $ |
| | | | | $ |
| | | | | $ |

This form is for reporting work activity conducted by APHIS for the BLM Wild Horse and Burro Program related to specific events including but not limited to gathers, adoptions, site or facility visits, meetings, in depth inspections or investigations. Copies should be sent by email to the BLM person requesting the work, the AVIC and the APHIS National Program Manager.

20. **Trip Report/Comments** (Use additional space/pages as needed:

10/10/06
   Drove to Rangely, CO, to assist with the BLM Wild Horse Gather (West Douglas Management Area).

10/11/06
   Located Holding facility, met contractor (K&G L/S) Personnel. Relocated to Fruita (there was no lodging available in Rangely).

10/12/06
   Met Mark Hafkenschiel, Melissa Kindall & BLM Ranger Barry Nelson at initial capture site along state road 139 (N39.77688/W108.77738). Observed capture activities, 16 head captured (6 male, 10 female) all in small groups. Additionally, 2 head (1 adult mare and 1 filly > 1 year) were fatally injured this day. Injuries consisted of apparent luxation/ subluxation of atlanto-axial joint. These injuries were virtually simultaneous and were caused by collision with steel post & panels. Death was instantaneous in both instances. The capture facility was then modified by adding additional jute screening material to make the barrier more visible to the horses. This event occurred to the second (of 4) groups captured that day. No other injuries occurred. The 16 head captured alive appeared to be sound & were in good condition. All 16 horses were transported to holding pens on County Road 116.

EXHIBIT 6

10/13/06

    I met with Mark Hafkenschiel, Melissa Kindall & Colorado Brand Inspector Ed Coryell at holding facility and checked the condition and health status of horses held there. All appeared healthy, with no injuries requiring medical care. Capture was moved to another location (N39.79783/W108.94276) on county road 109. Seventeen head of horses (7 male & 10 female) were then captured. All were sound and in good condition. No injuries were noted. Followed horses to holding pens and checked on their condition as well as the condition of those captured on 10/12/06. All were in excellent condition and grouped by age & sex.

10/14/06

    Met Melissa Kindall at holding facility. Checked horses there - No injuries requiring treatment found. Went to capture site on road 109 to observe capture/trapping. Rained most of the day and only 2 head (1 male & 1 female) were captured. Both were in good condition and sound. The female was later determined to have been an escapee from a local rancher's pasture. The brand inspector held her for return to her rightful owner.

10/15/06

    Met Melissa Kindall at holding facility. Checked horses there - No injuries requiring treatment found. Went to capture site on road 109 to observe trapping. Only one horse (stallion) was captured by mid day & it was determined that further efforts would likely be unproductive and possibly unsafe for the contract pilot. Shortly after this decision was made, a veterinarian (Dr. Don Moore - Fruita, CO) arrived and asked to take pictures of any horses that had been captured that day. He had already stopped at the holding facility where he looked at the horses, took pictures, & talked with Melissa Kindall. He was informed by Mark H Hafkenschiel that the trailer just leaving contained the only horse captured this day. He followed the trailer back to the holding pens but must not have stayed long as he wasn't there when I arrived. I returned to holding facility, met with Melissa Kindall & Ed Coryell and observed horses, all in remained good condition.

10/16/06

    Met Melissa Kindall & contract personnel at holding pens. Observed loading of 35 horses from holding pens (trucked to Canon City facility). All horses were in good health and appeared sound in all respects. Returned to regular duty station.

**21. What could we do more of, differently, and/or better to assist with the Wild Horse and Burro Program?** The incident that resulted in the death of two wild horses could <u>possibly</u> have been prevented by making the panels on that portion of the capture facility look like more of a solid barrier, but I don't believe these horses were hazed unnecessarily. I have no other suggestions. This operation would have been difficult under the best of conditions due to the extremely difficult terrain and the large area that the horses were scattered over because of limited forage. It became even more difficult because of unforeseeable delays, namely litigation & the weather conditions. My opinion is that the BLM and contractor performed this operation as proficiently as possible given these conditions. The captured horses were handled humanely and were well cared for throughout the operation.