# The Use of Helicopters to Remove
# Wild Horses and Burros from Public Lands

## June 2007

To Everyone Who Has Worked So Hard,
For So Long
To Help America's
Wild Horses And Burros

## THANK YOU

The copyright photos included in this Helicopter & Round Up
Pictorial are used with express permission for the purposes of this
document only.  No other permission was granted or authorized.
No pictures may be removed or utilized in any other way without
written permission from those credited for the photos.

In 1971, when Congress passed the
Wild Free-Roaming Horse and Burro Act,
the use of fixed wing aircraft and motorized vehicles
to chase and capture wild horses and burros was illegal.

Due to pressure from special interests,
Congress later amended the Act, reinstating the use of
motorized vehicles to allow helicopter driving instead.

Public outcry caused Congress to require annual hearings
on the use of these capture methods in efforts to
establish accountability to the public and the law.

For years, BLM has awarded the majority of
helicopter contracts to two contractors, "Cook and Cattoor",
asserting that they are highly skilled, experienced and
well-versed in humane handling procedures.

In order to highlight numerous parallels in
round up results and the methods these contractors
employ, special focus has been given to two specific ·
round ups conducted in the summer of 2006;
The Sheldon National Wildlife Refuge conducted by Cattoor
in June 2006 for United States Fish & Wildlife Service (USFWS) and
the Sulphur Springs Herd Management Area conducted by Cook
in July 2006 for the Bureau of Land Management (BLM).

The following documents the results of some of these round ups,
the humane handling procedures utilized by these contractors,
comments and concerns of the public, and the
Bureau of Land Managements response to these concerns.

"The use of helicopters and motorized vehicles has proven to be a safe, effective and practical means for the gather and removal of excess wild horses and burros from the range."

BLM Response to Public Concerns
Nevada Hearing on Helicopters And the Use of Motorized Vehicles
In Wild Horse and Burro Removals
May 16, 2007

"This type of round up is very similar to the methods used before the Wild and Free Roaming Horse and Burro Act of 1971. They were wrong then and they are no more acceptable now."

Candace Oathout
Public Comment
Nevada Hearing on Helicopters
And the Use of Motorized Vehicles
In Wild Horse and Burro Removals
May 16, 2007



Courtesy of Front Range Equine Rescue
Used with Permission-Copyright 2007-All Rights Reserved

"I have observed serious mayhem and suffering of the helicopter rounded horses and know this is not the right way"

Craig Downer
Public Comment
Nevada Hearing on Helicopters
And the Use of Motorized Vehicles
In Wild Horse and Burro Removals
May 16, 2007

**"The contract pilots are very experienced and skilled at safely moving wild horses through all types of terrain"**

Nevada Wild Horse Gather
EA #NV062-EA07-120
May 2007

*"JoLynn Worley, a spokeswoman for the bureau's Reno office, said the contractor who conducted the roundup, Dave Cattoor of Nephi, Utah, was used by the agencies even though he pleaded guilty and was sentenced for hunting wild horses with aircraft during a 1990 wild horse capture near Duckwater Indian Reservation, 80 miles west of Ely."*

*"While convicted, that does not preclude the fact he does excellent work for us,"*
*Worley said."*

Las Vegas Review Journal
Keith Rogers   12/28/93



Contractor: Cattoor   Sheldon National Wildlife Refuge-USFWS
June 2006   Helicopter Round Up
Courtesy of Flora Steffan & American Wild Horse Preservation Campaign
Used with permission-Copyright 2006- All Rights Reserved.



"Several witnesses also observed the NPS crew loading burros into a trailer, how each burro was restrained with ropes and two "cowboys" had ropes around the burro's neck and go at a full out run on their horses and flipped the burro right into the trailer and dragged them until they could drag them no more. Every time I have to repeat the story all I see is torture and death, severe animal cruelty."

Jennifer & Ken Foster
Public Lands for Public Use

 

Contractor- Cattoor  National Park Service Round Up (NPS) –
Death of a Mojave Burro- 2005  Courtesy of Jennifer & Ken Foster
Used with Permission-Copyright 2005-All Rights Reserved

Shortly after the passage of the Wild Free-Roaming Horse and Burro Act, the estimated National burro population was 14,000. Today, the BLM has a National AML target of only 2,956 burros.

Since 1980, Southern California BLM has reduced their burro population and habitat by over 90%.  One of the last wild herds left, the historical Clark Mountain burros have been zeroed out as well, and their final removals began in January 2007 by Cook. California news crews filmed the removal operations, which documented burros being pushed with the helicopter skids during the round up.

California BLM has approved of continued removals of the estimated 30 remaining Clark Mountain burros thru 2012 or until all these rare burros are gone.

"In most cases, horses are allowed to travel
at their own pace, and are not "pushed".

Nevada Wild Horse Gather
EA #NV062-EA07-120
May 2007







Photos taken from various
BLM Wild Horse & Burro websites.



Photo taken from BLM Wild Horse and Burro Website



Courtesy of Return to Freedom
Used with Permission-Copyright 2007-All Rights Reserved

 

 

 

**"The rate of movement and distance the animals travel shall not exceed limitations set by the BLM, who will consider terrain, physical barriers, weather, condition of the animals, and other factors"**

Appendix 5: Standard BLM Operating Procedures for
Wild Horse Capture, Removal, Handling and Safety 2004



BLM Wild Horse Removals-Tule Springs, OR

*"Why would BLM undertake a major round up of horses in the dead of winter? January is the coldest month in Wyoming. Horses will be stressed from weather, the mares will be heavy with foal, the cold air can be damaging to the horses' lungs, and the stress from a winter gather can put their general health at risk."*

Ginger Kathrens
Public Comment
Wild Horse Removals
Adobe Town-Salt Wells, WY
January 2007

**"Distances average 2-10 miles over mixed terrain which may consist of rolling foothills, or steeper terrain, drainages, ridges, and valley bottoms."**

Nevada Wild Horse Gather
EA #NV062-EA07-120
May 2007




Courtesy of Front Range Equine Rescue
Used with Permission-Copyright 2007-All Rights Reserved

**"The Helicopter-Drive Trapping method, requires that horses be herded to a trap of portable panels or a permanent holding facility."**

Appendix 5: Standard BLM Operating Procedures for
Wild Horse Capture, Removal, Handling and Safety 2004

"The trap was set up without any holding pens, only a horse trailer that all of the horses were directly run into, including young foals. As additional horses were brought in, they were jammed in with the horses already in the trailer, despite the fact that horses from different family bands will tend to fight when held together in close quarters."

Eyewitness Testimony
BLM Wild Horse Removals
July 2006-Sulphur Springs, UT
Contractor: Cook

This method of running wild burros straight into trailers and using trailers as pens was also cited by eyewitnesses in the Johnnie HMA (NV) and the Clark Mountain HA (CA) wild burro removals conducted in 2007.

**"The Contractor shall provide animals held in the traps and/or holding facilities with a continuous supply of fresh clean water at a minimum rate of 10 gallons per animal per day."**

Appendix 5: Standard BLM Operating Procedures for
Wild Horse Capture, Removal, Handling and Safety 2004

"The horses were left in the trailers until the end of the day, when they were taken off-site to holding pens. The temperature was in the high 90s and no water was provided while horses waited all day in the trailers after enduring a helicopter chase."

Eyewitness Testimony
BLM Wild Horse Removals
July 2006-Sulphur Springs, UT
Contractor: Cook



*Sulphur Springs Wild Horse*
*7 Year Old Mare #3297*
*Captured 7/26/06*
*Photo taken from*
*BLM Internet Adoption*
*Ewing, Illinois*
*Adoption Facility*

**"Animals shall not be allowed to remain standing on trucks while not in transport for a combined period of greater than three (3) hours."**

Appendix 5: Standard BLM Operating Procedures for
Wild Horse Capture, Removal, Handling and Safety 2004

**"To assure humane treatment of captured animals, BLM staff is on-site throughout capture and handling operations."**

BLM Response to Public Concerns
Nevada Hearing on Helicopters And the Use of Motorized Vehicles
In Wild Horse and Burro Removals
May 16, 2007

*"BLM staffers consistently turn a blind eye on abuse by round-up contractors."*

Rebuttal to BLMs Response
American Wild Horse Preservation Campaign
May 16, 2007

"I told him that I did not have a lot of money, but I would buy some plywood and fix those fences, so that it would never happen again. I said that with all the resources and technology that the US government had available, there was surely a method that a wild horse, trying to jump out of a pen he was held captive in, would not break a leg and have to die... There has to be a better way...a solution.... please direct me if you can to someone that could help prevent this from ever happening again...."

Eye Witness
Testimonial
Golde Wallingford
Idaho 2004



Courtesy of Wild Horse Spirit, Ltd.
Used with Permission-Copyright 2004-All Rights Reserved

"BLM employees seemed quite disappointed in the way the contractor was doing things. The day before, a dead mare was found on the ground. The contractor had explained that the horse had freaked out and ran into the panel and broke her neck. Then later that day the contractor had brought in some babies that had been lost and when they turned them in with the other horses, one of the babies was kicked by another horse and killed."

Eyewitness Testimony
BLM Wild Horse Removals
July 2006, Sulphur Springs, UT
Contractor: Cook

*"After reviewing the facts, I've concluded that proper procedures were followed and that BLM personnel who were present at the gather took appropriate precautions to ensure the health and safety of the animals, and personnel on site."*

Gus Warr-BLM Utah State Wild Horse & Burro Lead
Email Response to 2006 Sulphur Springs Round Ups
September 13, 2006

*"A panicked mare ran into a panel and broke her neck."*

Eyewitness Testimony
BLM Wild Horse Removals
July 2006-Sulphur Springs, UT
Contractor: Cook



Contractor: Cattoor
Sheldon National Wildlife Refuge-USFWS
June 2006 Helicopter Round Up
Courtesy of Flora Steffan &
American Wild Horse Preservation Campaign
Used with permission-Copyright 2007-
All Rights Reserved.

"Another mare seemed to be having difficulty breathing and drinking as a result of roping injuries on her neck and throat. The next day she was found down on the ground and thrashing, trying to keep other horses from stepping on her. When alerted to this, the contractor and his crew refused to help and just walked away."

Eyewitness Testimony
BLM Wild Horse Removals
July 2006-Sulphur Springs, UT
Contractor: Cook



Contractor: Cook  Sulphur Springs Round Up- July 2006
Used with Permission-Courtesy of Nylene Schoellhorn

"....however, the health and well-being of the gathered and captured horses is paramount during this scheduled operation. The responsibility for overseeing this operation lies with the designated COR and PI, as well as the Field Manager."    Appendix 5: Standard BLM Operating Procedures for Wild Horse Capture, Removal, Handling and Safety 2004



Contractor: Cattoor
Sheldon National Wildlife Refuge-USFWS  June 2006  Helicopter Round Up
Courtesy of Flora Steffan & American Wild Horse Preservation Campaign
Used with permission-Copyright 2007-All Rights Reserved.



Photo taken from a 2006 BLM Wild Horse Gather
Courtesy of Front Range Equine Rescue
Used with Permission-Copyright 2006-All Rights Reserved

"Among other aspects, capture operations shall be monitored to ensure foals are not orphaned and left on the range. It will be standard practice to check for wet mares without foals or foals coming into the trap without a mare. This information will be relatively easy to verify due to the existence of a very current identification database for the population."

Appendix 5:  Standard BLM Operating Procedures for
Wild Horse Capture, Removal, Handling and Safety 2004

"About a dozen lactating mares were brought in with their foals nowhere in sight, likely left behind on the range because they were too young to keep up with the herd."

Eyewitness Testimony
BLM Wild Horse Removals
July 2006-Sulphur Springs, UT
Contractor:  Cook

"Foals Left Behind on the Range at Sheldon"



Contractor: Cattoor   Sheldon National Wildlife Refuge-USFWS  June 2006 Helicopter Round Up
All photos on this page courtesy of Flora Steffan & American Wild Horse Preservation Campaign
Used with permission-Copyright 2007- All Rights Reserved.



"Some foals were retrieved later and indiscriminately turned in with the adults; one of the babies was kicked by another horse and killed."

Eyewitness Testimony
BLM Wild Horse Removals
July 2006-Sulphur Springs, UT
Contractor: Cook

"Sheldon Foal Kicked by Adults"





*"Trampled in the chaos of the capture pens, this foal was badly injured and clearly not able to walk. Still, the wranglers felt the need to hog-tie him." (later)*

Reality of Round Ups
The Story Behind The Picture
American Wild Horse Preservation Campaign

Contractor: Cattoor
Sheldon National Wildlife Refuge-USFWS
June 2006 Helicopter Round Up
All photos on this page
Courtesy of Flora Steffan &
American Wild Horse
Preservation Campaign
Used with permission
Copyright 2007
All Rights Reserved.

In the Nevada January 2007 Spring Mountain Complex Wild Horse Removals, BLM personnel confirmed the death of a foal trampled during transport to the adoption facilities. While no official reason was given, logic would suggest that BLM and the Contractor failed again to provide proper separation and protection.

*"Two of the three foals had limb swellings and injuries, and all were lame due to excessive wear of their hooves and injuries….all three had severely elevated muscle enzymes consistent with severe over-exertion..."*

Wendy Krebs, DVM
Bend Equine Medical Center
June 2006



"Condition consistent with the reported history of 3-4 days as orphans on the range"

Wendy Krebs, DVM
Bend Equine Medical Center
June 2006





Contractor: Cattoor   Sheldon National Wildlife Refuge-USFWS   June 2006   Helicopter Round Up
Courtesy of Flora Steffan & American Wild Horse Preservation Campaign
Used with permission-Copyright 2007- All Rights Reserved.

"Some capture attempts may be accomplished by utilizing a helicopter to drive animals to ropers. This will only happen if helicopter drive-trapping methods are proving unsuccessful and only under the express permission of the Field Manager."    Appendix 5:  Standard BLM Operating Procedures for Wild Horse Capture, Removal, Handling and Safety 2004



Photo taken from a BLM Website



Rope Burns

Contractor: Cattoor
Sheldon National Wildlife Refuge-USFWS
June 2006  Helicopter Round Up
Photo courtesy of Flora Steffan &
American Wild Horse Preservation Campaign
Used with permission-Copyright 2007-
All Rights Reserved.

**"Only under circumstances of extreme emergency, involving issues of horse safety and as determined by the COR/PI, shall horses be tied down."**
Appendix 5: Standard BLM Operating Procedures for
Wild Horse Capture, Removal, Handling and Safety 2004



This is the foal that was trampled and later hog-tied by the wranglers.

Reality of Round Ups
The Story Behind the Picture
American Wild Horse Preservation Campaign

Contractor: Cattoor
Sheldon National Wildlife Refuge-USFWS
June 2006  Helicopter Round Up
All photos on this page courtesy of Flora Steffan &
American Wild Horse Preservation Campaign
Used with permission-Copyright 2006
All Rights Reserved.



"Some foals, exhausted by the chase and unable to follow the herd, were left hog-tied in the desert heat for wranglers to pick up later."
Reality of Round Ups
American Wild Horse Preservation Campaign

*"The information given to me by vets is that horses and burros that are not conditioned to run long distances can be harmed by helicopter chases. Results may be abortion and premature birth, permanent damage to bones, hearts, lungs, joints, and death."*

Kathleen Hayden
Public Comment
Nevada Hearing on Helicopters
And the Use of Motorized Vehicles
In Wild Horse and Burro Removals
May 16, 2007



"...46 wild horses at the BLM corral in Susanville, California, have died of strangles, an upper-respiratory infection that can kick in after a horse is stressed — or after, for instance, being run too hard during a helicopter roundup."

Deanne Stillman
LA Weekly
January 31, 2006

Courtesy of Front Range Equine Rescue - Used with Permission
Copyright 2007-All Rights Reserved

*"In the fall of 2006, the Palomino Valley, NV and Litchfield, CA holding facilities suffered from outbreaks of strangles, a highly infectious and serious respiratory disease. During the past two years, practically every BLM facility has experienced similar disease outbreaks, leading to the confirmed deaths of scores of animals....."*

"Managing for Extinction"
The Animal Welfare Institute

"BLM conveniently omits injury statistics and is able to issue such low mortality rates because almost no deaths are deemed by officials a "result" of the removal operations."

"Many injuries/deaths sustained during round-ups are conveniently attributed to natural causes.  Reports of horses that later have to be euthanized due to injuries sustained during capture are common."

American Wild Horse Preservation Campaign
May 16, 2007



*"I am also informed that following the 2003 Coyote Canyon (Ca.) roundup, all mares lost their foals."*
Kathleen Hayden-Public Comment
Nevada Hearing on Helicopters
And the Use of Motorized Vehicles
In Wild Horse and Burro Removals
May 16, 2007

**"It is the responsibility of the contractor/BLM to provide security to prevent loss, injury or death of captured animals until delivery to final destination."**     Appendix 5:  Standard BLM Operating Procedures for
Wild Horse Capture, Removal, Handling and Safety 2004

"It is not uncommon for contractors to drag a listless body into the round-up pen to collect their fee, as they get paid per horse, dead or alive."

American Wild Horse Preservation Campaign
May 16, 2007



Courtesy of Front Range Equine Rescue
Used with Permission-Copyright 2006-All Rights Reserved

**"Wild Horses are not as frightened of a helicopter as one would think, and BLM staff often document wild horses that run towards the helicopter when conducting census flights."**

Nevada Wild Horse Gather
EA #NV062-EA07-120
May 2007



Courtesy of Return to Freedom & American Wild Horse Preservation Campaign
Used with permission-Copyright 2006-All Rights Reserved.

"Normally I do not involve myself in these matters and have helped to place many BLM horses in homes. I have 73 Mustangs on my ranch. I am well known by Sally Spencer and Don Glenn in Washington and communicate with them on a regular basis. I have expressed to them and to others in the past my concern of using helicopters to round up horses and have expressed this in a book I am writing "Living With Wild Horses". It not only increases the number of injuries but places a fear into them that they never get over. Even my trained horses that we use on the ranch never totally get over it and if a helicopter flies over it takes a good rider to control the horse. We are able to train a few to ignore them but most of them never loose their fear. I learned the hard way with one of the first Mustangs I trained in 1996. While working cows a helicopter flew over low and my horse went crazy. Had I not been a good rider I would have been hurt or perhaps killed. I have since always warned anyone training a Mustang of this danger. The danger is very real!!!! Perhaps this can be discussed at your hearing. If nothing else BLM could start warning people of this danger. A life could be saved. Young people adopting horses have no way of knowing about this until it is too late. Here in our own county a young girl was thrown and killed 6 years ago because of a helicopter. She was riding a Mustang that they had owned for several years."

Larry Jones-L B Ranch
Public Comment
Nevada Hearing on Helicopters
And the Use of Motorized Vehicles
In Wild Horse and Burro Removals
May 16, 2007

**"Additionally, representatives from humane groups and media are invited and welcome to observe wild horse gather operations."**

> BLM Response to Public Concerns
> Nevada Hearing on Helicopters
> And the Use of Motorized Vehicles
> In Wild Horse and Burro Removals
> May 16, 2007

*"That is simply not true. Most round-ups are conducted in secrecy, with heavy police presence to keep the public at bay. Once in a while, BLM will invite the public and the media to a carefully staged capture, where a few horses are trotted into a pen."*

> Rebuttal to BLMs Response
> American Wild Horse Preservation Campaign
> May 16, 2007

"All along the contractor made it very clear that he did not want members of the public to be allowed to watch the proceedings, and threatened to quit if onlookers were not asked to leave."

> Eyewitness Testimony
> BLM Wild Horse Removals
> July 2006-Sulphur Springs, UT
> Contractor: Cook

"These groups are hand selected and know if they complain, will not be "invited back"."

> Betty Lee Kelly
> Wild Horse Advocate
> May 2007

"I could write pages documenting how and why helicopter and mechanized roundups of these animals is inhumane – broken legs, horses run to death, hooves worn to nerve tissue, trampled foals, blind fear, dehydration, exhaustion – are but a few examples but the simple fact that witnesses and photographers are barred by BLM from observing wild horse and burro roundups is BLMs own testimony to the fact that no reasonable person would consider these methods to be humane. BLM does not want these roundups to be photographed or publicized because if the public DID know how these horses and burros are being tortured and destroyed through the roundup process, the public outcry would be overwhelming."

> Ann MacAdams
> Public Comment
> Nevada Hearing on Helicopters
> And the Use of Motorized Vehicles
> In Wild Horse and Burro Removals
> May 16, 2007

"FWS would not allow the public within a two-mile range of the round-up site."

> The Reality of Round Ups
> Sheldon National Wildlife Refuge, 2006
> Attempt At A Cover Up
> American Wild Horse Preservation Campaign

"I have heard from first hand accounts regarding some of the removal operations done in the last year that an extremely large force of "officers" were present that reportedly threatened, bullied and intimidated the public if they attempted to get too close or document the abusive effects of these chases, such as in the Spring Mountain round ups when several residents referred to the daily "show of force" as the Gestapo and they were forced to try and watch the round ups with binoculars...The locations of the holding pens were also kept a strict secret and I know of several people that tried to figure out where the wild horses and burros were being kept but BLM refused to let the general public know of their location. What is the purpose of this?"

Cindy MacDonald<br>
Public Comment<br>
Nevada Hearing on Helicopters<br>
And the Use of Motorized Vehicles<br>
In Wild Horse and Burro Removals<br>
May 16, 2007

Refusing to allow public access and documentation of helicopter activities and government approved round ups is also evident in other species management.

"The second BFC volunteer, Dan Brister, was arrested minutes later while attempting to document the bison crossing the highway.......These arrests were the result of an overzealous law enforcement officer **interfering with our rights to videotape a government operation**," said Brister. "I complied with his orders, did not resist, and still he arrested me and used excessive force, tackling me to the ground."

Buffalo Field Campaign<br>
Press Release<br>
May 10, 2007

*"The rights of American citizens are being infringed upon..."*

*"Government agencies are ignoring the voice of the American people and acting as rogue entities who answer to no law but their own."*

Buffalo Field Campaign
Press Release
May 9, 2007

Courtesy of Buffalo Field Campaign-Photo by Barbara Michelman
Used with Permission-Copyright 2007-All Rights Reserved

Also noteworthy is similar descriptions of "humane handling procedures" during round ups between buffalo, wild horses and burros.

"Pregnant bison and day-old newborns, as well as other bison, were run off of public land in an aggressive manner by agents on horseback and a DOL helicopter.... One baby bison fell injured and sick from the aggressive and relentless nature of today's hazing operation... The bison, with numerous calves, were run for over 8 miles without rest, food or water."

Buffalo Field Campaign<br>
Press Release<br>
May 9, 2007

**"The use of helicopter to gather wild horses is well established.
The method is safe, humane, and effective."**

Nevada Wild Horse Gather
EA #NV062-EA07-120
May 2007

*"The FS in NM has stopped using helicopters and instead successfully used lure traps
with food and water. Importantly, the New Mexico State Legislature has passed both
SM2 in 2006 and SJM8 in 2007 UNANIMOUSLY asking the FS and BLM to stop all use of
helicopters for round-ups in New Mexico...."*

Patience O'Dowd co-founder
Wild Horse Observers Assoc.
May 2007

*Sulphur Springs Wild Horse - April 2007*



Photo from BLM Internet Adoptions – Ewing, Illinois
Necktag #: 3296   Sex: Mare   Age: 5 Years   Color: Chestnut
Date Captured: 07/26/06    Captured: Sulphur (UT)

*"In all my life I have never seen such blatant abuse and neglect
and just plain lack of compassion for horses,
or animals in general for that matter."*

Eyewitness Testimony
BLM Wild Horse Removals
July 2006-Sulphur Springs, UT
Contractor: Cook