UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civ. No. 06-1609 RMC |

**DEFENDANTS' NOTICE OF FILING SECOND
SUPPLEMENTAL ADMINISTRATIVE RECORD**

PLEASE TAKE NOTICE that Defendants are hereby filing an additional document in the Second Supplemental Administrative Record for the captioned matter. On July 16, 2008, Defendants filed their cross-motion for summary judgment and supporting memorandum. See Doc. Nos. 70, 71. Pursuant to the Court's April 18, 2008 scheduling order, Defendants also filed the environmental assessment and gather plan for the total removal of wild horses from the West Douglas Herd Area. See 2008 West Douglas Removal Plan EA, CO-110-2008-052-EA (July 14, 2008), Doc. No. 71, Attachment I ("2008 West Douglas EA").

Defendants filed a Second Supplemental Administrative Record containing the supporting documents for the 2008 West Douglas EA on July 18, 2008. See Doc. No. 73. Attached hereto are the Certification (Exhibit 1) and Index (Exhibit 2) to the Second Supplemental Administrative Record, filed on July 18, 2008.

Respectfully submitted this 18th day of July, 2008.

>RONALD J. TENPAS,
>Assistant Attorney General
>U.S. Department of Justice
>Environment & Natural Resources Division
>
>CHARLES FINDLAY, Assistant Chief
>
>*/s/ Jacob T. Haseman*
>JACOB T. HASEMAN
>Trial Attorney (WY Bar No. 6-4238)
>Natural Resources Section
>601 D Street, N.W.
>Washington, D.C.  20004
>Telephone: (202) 305-0240
>Facsimile: (202) 305-0274
>Jacob.Haseman@usdoj.gov
>
>JEAN E. WILLIAMS, Chief
>Wildlife and Marine Resources Section
>KRISTEN BYRNES FLOOM
>Trial Attorney (DC Bar No. 469615)
>Wildlife and Marine Resources Section
>601 D Street, N.W.
>Washington, D.C.  20004
>Telephone: (202) 305-0340
>Facsimile: (202) 305-0275
>Kristen.Floom@usdoj.gov
>
>*Attorneys for Defendants*