# EXHIBIT 1

# United States of America

## DEPARTMENT OF THE INTERIOR
## Bureau of Land Management, Colorado State Office

*I certify that the official records of the Department of the Interior identified below are in my legal custody and attest that each CD is a true copy of a document comprising part of the official records of the Department of the Interior:*

- Supplement to the Administrative Record, as reflected in the attached index, supporting the Dept. of Interior's Bureau of Land Management, White River Field Office July 14, 2008 Record of Decision for the 2008 West Douglas Herd Area Wild Horse Removal (CO-110-2008-052-EA) . The Administrative Record does not contain fax cover sheets, privileged and protected documents, or voluminous publicly available scientific records.
- Additional documents related to Plaintiff's claims in the litigation.

*IN TESTIMONY WHEREOF, I swear under penalty of perjury that the foregoing is true and correct. Signed this 17th day of July, 2008.*

SIGNATURE: _____

TITLE: __WILD HORSE PROGRAM LEADER

OFFICE: ___COLORADO STATE OFFICE

Surscribed and sworn to me this 17th day of July, 2008

My commission expries 8/24/2010

Tammy K Lester

MY COMMISSION EXPIRES 8/24/2010

# EXHIBIT 2

2008 West Douglas Herd Area Wild Horse Removal
CO-110-2008-052-EA
**Supplemental** Administrative Record
DOCUMENT INDEX

| Date | Document | Filename on CD |
|---|---|---|
| 04/25/2008 | Cover letter for CO-110-2008-052-EA | Cover Letter – EA for Public Comments |
| 04/25/2008 | CO-110-2008-052-EA, West Douglas Herd Area Wild Horse Removal Plan for Public Comment | EA for Public Comments |
| Various | E-mail comments to CO-110-2008-052-EA, Group 1 | Public comments Group 1 |
| Various | E-mail comments to CO-110-2008-052-EA, Group 2 | Public comments Group 2 |
| Various | E-mail comments to CO-110-2008-052-EA, Group 3 | Public comments Group 3 |
| 05/01/2008 | Written comments from Cripple Cowboy Outfit | Cripple Cowboy |
| 05/23/2008 | Written comments from Thomas Berry | Berry |
| 06/02/2008 | Written comments from Valerie Stanley, cover letter | Stanley Comments |
| " | Stanley comments, exhibit 1 | VStanley Exhibit 1 |
| " | Stanley comments, exhibit 2 | VStanley Exhibit 2 |
| " | Stanley comments, exhibit 3 | VStanley Exhibit 3 |
| " | Stanley comments, exhibit 4, part 1 | Stanley Exhibit 4 Pt 1 |
| " | Stanley comments, exhibit 4, part 2 | Stanley Exhibit 4 Pt 2 |
| " | Stanley comments, exhibit 4, part 3 | Stanley Exhibit 4 Pt 3 |
| " | Stanley comments, exhibit 4, part 4 | Stanley Exhibit 4 Pt 4 |
| " | Stanley comments, exhibit 5 (omitted due to potential copyright infringement) | |
| " | Stanley comments, exhibit 6 | VStanley Exhibit 6 |
| " | Stanley comments, exhibit 7 | VStanley Exhibit 7 |
| 07/14/2008 | Final Decision Record CO-110-2008-052-EA | Final EA, DR, FONSI |