UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, et al., <br><br> Defendants. | ) <br> ) <br> )    Civ. No. 06-1609 RMC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' NOTICE OF FILING ADDITIONAL
ADMINISTRATIVE RECORD DOCUMENT**

PLEASE TAKE NOTICE that Defendants are hereby filing an additional document to the Second Supplemental Administrative Record for the captioned matter. On July 16, 2008, Defendants filed their cross-motion for summary judgment and supporting memorandum. See Doc. Nos. 70, 71. Pursuant to the Court's April 18, 2008 scheduling order, Defendants also filed the environmental assessment and gather plan for the total removal of wild horses from the West Douglas Herd Area. See 2008 West Douglas Removal Plan EA, CO-110-2008-052-EA (July 14, 2008), Doc. No. 71, Attachment I ("2008 West Douglas EA").

Defendants filed a Second Supplemental Administrative Record containing the supporting documents for the 2008 West Douglas EA on July 18, 2008. See Doc. No. 73. Defendants are hereby filing an additional document to the Second Supplemental Administrative Record. Attached hereto is the additional document, entitled "Public Comments Group 3."

Respectfully submitted this 22th day of July, 2008.

        RONALD J. TENPAS,
        Assistant Attorney General
        U.S. Department of Justice
        Environment & Natural Resources Division

        CHARLES FINDLAY, Assistant Chief

        */s/ Jacob T. Haseman*
        JACOB T. HASEMAN
        Trial Attorney (WY Bar No. 6-4238)
        Natural Resources Section
        601 D Street, N.W.
        Washington, D.C.  20004
        Telephone: (202) 305-0240
        Facsimile: (202) 305-0274
        Jacob.Haseman@usdoj.gov

        JEAN E. WILLIAMS, Chief
        Wildlife and Marine Resources Section
        KRISTEN BYRNES FLOOM
        Trial Attorney (DC Bar No. 469615)
        Wildlife and Marine Resources Section
        601 D Street, N.W.
        Washington, D.C.  20004
        Telephone: (202) 305-0340
        Facsimile: (202) 305-0275
        Kristen.Floom@usdoj.gov

        *Attorneys for Defendants*