UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COLORADO WILD HORSE<br>AND BURRO COALITION, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-1609 (RMC)<br>)<br>)<br>)<br>)<br>) |

### ORDER

This matter comes before the Court on Plaintiffs' Motion to Supplement the Administrative Record and to Require Defendants to Include in the Administrative Record Certain Information Noted as Withheld in the Defendants' Privilege Log [Dkt. # 63]. Pursuant to the Court's Memorandum Opinion filed simultaneously herewith, it is hereby

**ORDERED** that Plaintiffs' Motion to Supplement the Administrative Record and to Require Defendants to Include in the Administrative Record Certain Information Noted as Withheld in the Defendants' Privilege Log [Dkt. # 63] is **DENIED**.

**SO ORDERED**.

DATE: August 4, 2008

/s/
ROSEMARY M. COLLYER
United States District Judge