UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE<br>AND BURRO COALITION, INC.<br><u>et al.</u>,<br><br>        Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE,<br><u>et al.</u>,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-1609 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY**

Plaintiffs respectfully submit this motion for leave to file a short surreply to Defendants' Reply in Support of Defendants' Cross-Motion for Summary Judgment. There is good cause for this motion. Defendants' reply brief raises a new matter and attempts to direct the Court's attention away from the substantive issues before it in this suit. It is within the Court's discretion to permit the filing of a surreply. <u>Groobert v. President of Georgetown College</u>, 219 F. Supp. 2d 1, 13 (D.D.C. 2002).

Defendants now assert that Plaintiffs may only seek review of the decision by the Bureau of Land Management ("BLM") to zero out the West Douglas herd by challenging BLM's 2008 West Douglas Herd Area Gather Plan Environmental Assessment ("Gather Plan EA"), while conceding that the decision to remove the West Douglas horses is outside the scope of that Environmental Assessment. Defendants also incorrectly state that Plaintiffs have waived the right to raise any claims or complaint as to the Gather Plan

EA. Plaintiffs believe that a short response to these assertions is necessary and respectfully request the opportunity to file the surreply submitted herewith.

In all additional respects, Plaintiffs rely on the arguments made in their Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment and Opposition to Defendants' Cross-Motion for Summary Judgment and Reply in Support of Plaintiffs' Motion for Summary Judgment.

Counsel for Defendants have indicated that they will oppose this Motion for Leave to File a Surreply.

Dated this 26th day of August, 2008.

Respectfully submitted,

/s/ Valerie J. Stanley
Valerie J. Stanley
D.C. Bar No. 384882
329 Prince George Street
Laurel, MD 20707
(301) 549-3126
(301) 549-3228 fax

/s/ Mara C. Hurwitt
Mara C. Hurwitt
D.C. Bar No. 482409
Dewey & LeBoeuf LLP
1101 New York Ave. N.W.
Suite 1100
Washington, D.C. 20005-4213
(202) 346-8094
(202) 956-3280 fax

Counsel for Plaintiffs