**Exhibit 1**

```
                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA


COLORADO WILD HORSE AND       :
BURRO COALITION, INC. ET AL:
                              :
           Plaintiffs,        :
      vs.                     :      Docket No. CA 06-1609
                              :
DIRK KEMPTHORNE, ET AL        :          Washington, D.C.
                              :      Wednesday, April 23, 2008
                              :             10:05 a.m.
           Defendants.        :
------------------------------


              TRANSCRIPT OF STATUS CONFERENCE
          BEFORE THE HONORABLE ROSEMARY M. COLLYER
                UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:          VALERIE STANLEY, Esquire
                             MARA HURWITT, Esquire
                             329 Prince George St.
                             Laurel, MD  20707


For the Defendants:          KRISTEN BYRNES FLOOM, Esquire
                             JACOB T. HASEMAN, Esquire
                             U.S. Department of Justice
                             Environment & Natural Resources Div.
                             601 D Street, NW
                             Washington, DC  20004


Court Reporter:              CRYSTAL M. PILGRIM, RPR
                             United States District Court
                             District of Columbia
                             333 Constitution Avenue, NW
                             Room 4704
                             Washington, DC  20001



Proceedings recorded by machine shorthand, transcript produced
by computer-aided transcription.
```

```
 1              THE DEPUTY CLERK:  Civil Action 06-1609 Colorado Wild
 2   Horses and Burro Coalition Inc. et al versus Dirk Kempthorne.
 3   For the plaintiff, Valerie Stanley and Mara Hurwitt.  For the
 4   defense, Jacob Haseman and Kristen Floom.
 5              THE COURT:  Good morning, how is everybody?  I think
 6   we set this because -- we set this right?
 7              MS. STANLEY:  Yes.
 8              THE COURT:  Right.  Because I wanted to know what the
 9   status was of the location of the wild horses.  It seemed to me
10   that in the papers it indicated they're all moved; is that not
11   true?
12              MS. FLOOM:  No, Your Honor, not to my knowledge.
13   None of them have been gathered or moved yet out of this herd
14   area that is at issue now West Douglas.
15              THE COURT:  All right, so that there's still
16   something to argue about here?
17              MS. FLOOM:  Yes, there is, Your Honor.
18              THE COURT:  And you're going to be, you're going to
19   supplement the record, then you're going to file a motion for
20   summary judgment or the plaintiffs are going to file a motion
21   for summary judgment?
22              MS. FLOOM:  Yes, Your Honor.
23              THE COURT:  I sort of -- we had a case handling
24   meeting and I got lost as to what was actually happening in
25   this case.  Maybe you could just tell me where we are.
```

```
 1            MS. FLOOM:  Sure.  Plaintiffs have amended their
 2   complaint a second time.  We answered that amended complaint
 3   back in February.  The parties have agreed to a mutually
 4   agreeable briefing schedule adopted by the Court.  Our
 5   administrative record was filed last week.  And the purpose of
 6   the supplement to that is that there's a draft environmental
 7   assessment on this specific gather in the West Douglas herd
 8   area and that is going to be released for public comment this
 9   Friday.  So it won't be finalized until, we anticipate on or
10   around July 15th.  And that's the purpose of the supplement so
11   that all of the most current documents will be before the Court
12   and the parties can refer to them in their briefs.
13            THE COURT:  Is it assumed that the EA will be
14   sufficient and there won't be a need to go further?
15            MS. FLOOM:  I don't, I doubt that plaintiffs would
16   concede that which is why we wanted to have an opportunity,
17   which is why we wanted to supplement the record in the midst of
18   briefing so that they would have an opportunity to have a
19   remaining brief so that they could address any deficiencies
20   that they found with the document.
21            THE COURT:  All right, maybe you could help me too.
22            MS. STANLEY:  Thank you, Your Honor.
23        As Your Honor might recall from the hearing on the
24   plaintiffs TRO motion, there are two issues.
25            THE COURT:  Right.
```

1          MS. STANLEY: One is the legal issue of whether BLM
2  may zero out a herd area. At the time Your Honor heard this
3  case BLM's planning documents were in flux. They were
4  operating of a 1997 plan. And there was an amendment to that
5  plan that protests had been filed to, but BLM was still in the
6  process of reviewing those comments.
7          So that planned amendment had not yet been finalized.
8  That happened in October of last year. They finalized their
9  plan. They decided to continue the decision that they made
10 back in 1997 which is to zero out the West Douglas herd area
11 meaning remove all of the horses from that. So that's one
12 aspect of the case.
13         The other aspect of the case is the environmental
14 assessment which they will consider the environmental impacts
15 of removing the horses. So there are two statutes at issue,
16 Your Honor. One is the wild roaming horses in Burro's Act as
17 amended by the Federal Land Policy Management Act and that goes
18 to the actual decision to remove, to zero out the herd area.
19 Then there's NEPA which deals with only the technical issue of
20 gathering the horses.
21         THE COURT: That is the way in which one does that,
22 or the fact of gathering them and impact of having no horses?
23         MS. STANLEY: I don't necessarily think that BLM will
24 be analyzing the environmental impacts of having no horses. I
25 think from the documents that have been issued they plan to

1 just issue the EA on the removal of the horses. How it should
2 be done, what should happen to them, how they'll be processed
3 in the system. And this is sort of gets at the crux of the
4 matter, Your Honor, because plaintiffs sometimes come into
5 court and all they're able to discuss is the environmental
6 assessment which is really not getting to the legal issues.
7 It's getting to the procedural issues.
8           THE COURT: Right. I mean the environmental -- if
9 all you're left with arguing about is the environmental
10 assessment, you've sort of lost on the main issue which is
11 whether they can zero out the herd in the first place.
12          MS. STANLEY: That's why we amended our complaint the
13 second time after they amended their land use plan. And we
14 feel that through the briefing schedule the legal issues will
15 be briefed and ripe for Your Honor to rule on prior to the
16 actual removal.
17          THE COURT: What is the date for that, do you know?
18          MS. STANLEY: BLM has not said exactly what the date
19 will be. They've given me a range. They said that it will not
20 occur any earlier then September, then early September.
21     Your Honor and this is another point, a related point I
22 wanted to bring up to Your Honor's attention. BLM has the
23 capacity to when it issues decisions to remove horses to put a
24 decision into what's called full force and effect. That means
25 that once they've made the decision they can act at any time.

1  BLM and so counsel and I have been discussing the fact that BLM
2  continues to still plan to put this into full force and effect
3  while representing to counsel that the removal will not occur
4  any time prior to the earliest, early September.
5       I should also say that counsel has represented that BLM
6  will notify, will give plaintiff's counsel one week notice
7  before they actually do the removal of the horses.
8           THE COURT:  Which lets us all run into court for a
9  TRO.
10          MS. STANLEY:  Pardon Your Honor?
11          THE COURT:  Which lets you run into court for a TRO,
12 okay.  So we're going have -- this is very helpful to me to
13 help me get my mind around this again.
14      We're going to have briefing completed by August 13th, and
15 if they plan to zero out the horses in early September it
16 doesn't give me much time, does it?  Lawyers always give
17 themselves time, but never give Court's time.  No, you work at
18 it, I work at it; we both work at it.  It's not that easy,
19 right.  It's hard to write these briefs.
20          The way I have the schedule the motion for summary
21 judgment from the plaintiffs is filed no later then June 18th.
22 The defendant's response et cetera, et cetera is July 16th.
23 The plaintiff's reply et cetera, et cetera is July 30th, and
24 then the defendant's reply is August 13th, right?
25          MS. STANLEY:  Yes, Your Honor.

```
 1            THE COURT:  Did you want me to read these before I
 2  decide it or should I just decide it?  If I don't have to read
 3  them before I decide I can decide now.
 4            MS. STANLEY:  Two points.
 5            THE COURT:  I'm sorry, I'm being --
 6            MS. STANLEY:  I understand Your Honor.
 7            THE COURT:  Forgive me.
 8            MS. STANLEY:  Two points.  We would certainly
 9  entertain BLM's willingness to postpone this until a later
10  date.  But I wanted to just address one point your Honor made
11  and that is that this environmental assessment will not be the
12  decision whether to remove the horses or not.
13            THE COURT:  No, I know that.
14            MS. STANLEY:  The decision has already been made.
15            THE COURT:  All right, what can I do about this
16  schedule?  What wise advice do you have for me on behalf of the
17  government about what to do about this schedule?
18            MS. FLOOM:  Well, Your Honor, the delay in the
19  schedule I apologize.  It's driven in part by the schedule for
20  the environmental assessment.  We wanted to provide that
21  document because we assumed that plaintiffs would want to
22  address it in the context of this case.
23            THE COURT:  I don't have -- and it seems to me that
24  we should try as you have set this up to do this kind of one
25  time around instead of in pieces.
```

1     My concern is that I am left with a pile of arguments
2 which I'm sure will be very well presented. They have been in
3 the past with no time to actually consider them. What is the
4 seasonal schedule for removal of the horses? If it's not done
5 in September are we talking you know waiting until next May or
6 something?
7     MS. FLOOM: Your Honor, my understanding is that it
8 could be done in October and we had asked our clients. We
9 explored this issue with our clients because we were concerned
10 about providing the Court adequate time. Their concern is that
11 they have contractors lined up who will in theory will be ready
12 to go September 1 and their contracts to date with these third
13 parties is based on the idea that the work would commence
14 sometime around September 1.
15     We can explore further with them expressing Your Honor's
16 concern which may spur them to look more carefully at how they
17 could possibly postpone this until maybe October 1 if Your
18 Honor thinks that will be sufficient.
19     THE COURT: September is unfortunately the end of the
20 sixth month period for every District Court Judge, so September
21 and March is always a race to get things done so that you all
22 of your old motions are addressed. This would not qualify as
23 an old motion because it hasn't even been filed yet.
24     MS. FLOOM: Right.
25     THE COURT: So the month of September is not usually

```
 1  a good month for me to spend time on something that's new and
 2  heavy like this.  I mean, I don't think that I can promise you
 3  that I would be able to get to it.  And then what I would have
 4  to do in order to buy some time, because once the horses are
 5  gone they're gone would be to somehow enjoin BLM from even
 6  doing it.  Well that just gets everybody up in arms.
 7       So why don't you see what time you can get for me and file
 8  a notice of whatever your client's willingness is and then I'll
 9  either work within that schedule or we'll figure out something
10  else to do about it.
11            MS. FLOOM:  Yes, Your Honor.
12            THE COURT:  Thank you.  Well, thank you everybody.
13  It was nice to see you.  I hope you have a good spring and I
14  will get ready and put on my -- I was going to say stirrups or
15  something but I won't say that.  We want these to be wild
16  horses.
17            MS. STANLEY:  Thank you.
18            THE COURT:  Thank you.  Thank for the information.  I
19  couldn't put it together in my head, so I needed your help.
20                              -oOo-
21
22
23
24
25
```

```
 1                         CERTIFICATE
 2          I certify that the foregoing is a true and correct
 3   transcript, to the best of my ability, of the above pages, of
 4   the stenographic notes provided to me by the United States
 5   District Court, of the proceedings taken on the date and time
 6   previously stated in the above matter.
 7          I further certify that I am neither counsel for,
 8   related to, nor employed by any of the parties to the action in
 9   which this hearing was taken, and further that I am not
10   financially nor otherwise interested in the outcome of the
11   action.
12
13   _____      _____
        Crystal M. Pilgrim, RPR              8/25/08
14                                             Date
15
16
17
18
19
20
21
22
23
24
25
```

```
                              authentication [1]    5/5      client's [1]   9/8
 -oOo [1]    9/20             any [5]    3/19 5/20 5/25      clients [2]    8/8 8/9
0                              6/4 10/8                      COALITION [2]    1/3 2/2
                              apologize [1]    7/19          COLLYER [1]    1/10
 06-1609 [2]    1/5 2/1       APPEARANCES [1]    1/12        COLORADO [2]    1/3 2/1
1                             April [1]   1/6                COLUMBIA [2]    1/1 1/20
                              are [7]    2/20 2/25 3/24      come [1]    5/4
 10:05 [1]    1/7              4/15 8/5 8/22 9/4             commence [1]    8/13
 13th [2]    6/14 6/24        area [5]    2/14 3/8 4/2       comment [1]    3/8
 15th [1]    3/10              4/10 4/18                     comments [1]    4/6
 1609 [2]    1/5 2/1          argue [1]    2/16              complaint [3]    3/2 3/2
 16th [1]    6/22             arguing [1]   5/9               5/12
 18th [1]    6/21             arguments [1]    8/1           completed [1]    6/14
 1997 [2]    4/4 4/10         arms [1]    9/6                computer [1]    1/24
2                             around [4]    3/10 6/13 7/25   computer-aided [1]    1/24
                               8/14                          concede [1]    3/16
 20001 [1]    1/21            as [5]    2/24 3/23 4/16       concern [3]    8/1 8/10 8/16
 20004 [1]    1/18             7/24 8/22                     concerned [1]    8/9
 2008 [1]    1/6              asked [1]    8/8               CONFERENCE [1]    1/10
 20707 [1]    1/14            aspect [2]    4/12 4/13        consider [2]    4/14 8/3
 23 [1]    1/6                assessment [6]    3/7 4/14     Constitution [1]    1/20
3                              5/6 5/10 7/11 7/20            context [1]    7/22
                              assumed [2]    3/13 7/21       continue [1]    4/9
 30th [1]    6/23             attention [1]    5/22          continues [1]    6/2
 329 [1]    1/14              August [2]    6/14 6/24        contractors [1]    8/11
 333 [1]    1/20              August 13th [2]    6/14 6/24   contracts [1]    8/12
4                             Avenue [1]    1/20             correct [1]    10/2
                              B                              could [5]    2/25 3/19 3/21
 4704 [1]    1/21                                             8/8 8/17
6                             back [2]    3/3 4/10           couldn't [1]    9/19
                              based [1]    8/13              counsel [5]    6/1 6/3 6/5
 601 [1]    1/17              be [19]                         6/6 10/7
A                             because [7]    2/6 2/8 5/4     court [11]
                               7/21 8/9 8/23 9/4             Court's [1]    6/17
 a.m [1]    1/7               been [8]    2/13 4/5 4/7       crux [1]    5/3
 ability [1]    10/3           4/25 6/1 7/14 8/2 8/23        CRYSTAL [2]    1/19 10/13
 able [2]    5/5 9/3          before [5]    1/10 3/11 6/7    current [1]    3/11
 about [7]    2/16 5/9 7/15    7/1 7/3                       D
  7/17 7/17 8/10 9/10         behalf [1]    7/16
 above [2]    10/3 10/6       being [1]    7/5               D.C [1]    1/6
 act [3]    4/16 4/17 5/25    best [1]    10/3               date [6]    5/17 5/18 7/10
 action [3]    2/1 10/8 10/11 BLM [9]    4/1 4/5 4/23 5/18    8/12 10/5 10/13
 actual [2]    4/18 5/16       5/22 6/1 6/1 6/5 9/5          DC [2]    1/18 1/21
 actually [3]    2/24 6/7 8/3 BLM's [2]    4/3 7/9           deals [1]    4/19
 address [3]    3/19 7/10     both [1]    6/18               decide [4]    7/2 7/2 7/3
  7/22                        brief [1]    3/19               7/3
 addressed [1]    8/22        briefed [1]    5/15            decided [1]    4/9
 adequate [1]    8/10         briefing [4]    3/4 3/18       decision [6]    4/9 4/18
 administrative [1]    3/5     5/14 6/14                      5/24 5/25 7/12 7/14
 adopted [1]    3/4           briefs [2]    3/12 6/19        decisions [1]    5/23
 advice [1]    7/16           bring [1]    5/22              defendant's [2]    6/22 6/24
 after [1]    5/13            BURRO [2]    1/3 2/2           Defendants [2]    1/7 1/15
 again [1]    6/13            Burro's [1]    4/16            defense [1]    2/4
 agreeable [1]    3/4         buy [1]    9/4                 deficiencies [1]    3/19
 agreed [1]    3/3            BYRNES [1]    1/15             delay [1]    7/18
 aided [1]    1/24            C                              Department [1]    1/16
 al [3]    1/3 1/6 2/2                                       Did [1]    7/1
 all [10]    2/10 2/15 3/11   CA [1]    1/5                  DIRK [2]    1/6 2/2
  3/21 4/11 5/5 5/9 6/8       called [1]    5/24             discuss [1]    5/5
  7/15 8/21                   can [8]    3/12 5/11 5/25      discussing [1]    6/1
 already [1]    7/14           7/3 7/15 8/15 9/2 9/7         DISTRICT [7]    1/1 1/1 1/11
 also [1]    6/5              capacity [1]    5/23            1/19 1/20 8/20 10/5
 always [2]    6/16 8/21      carefully [1]    8/16          Div [1]    1/17
 am [3]    8/1 10/7 10/9      case [6]    2/23 2/25 4/3      do [8]    5/17 6/7 7/15 7/16
 amended [5]    3/1 3/2 4/17   4/12 4/13 7/22                 7/17 7/24 9/4 9/10
  5/12 5/13                   certainly [1]    7/8           Docket [1]    1/5
 amendment [2]    4/4 4/7     CERTIFICATE [1]    10/1        document [2]    3/20 7/21
 analyzing [1]    4/24        certify [2]    10/2 10/7       documents [3]    3/11 4/3
 another [1]    5/21          cetera [4]    6/22 6/22 6/23    4/25
 answered [1]    3/2           6/23                          does [2]    4/21 6/16
 anticipate [1]    3/9        Civil [1]    2/1               doesn't [1]    6/16
```

**D**
doing [1] 9/6
don't [6] 3/15 4/23 7/2 7/23 9/2 9/7
done [4] 5/2 8/4 8/8 8/21
doubt [1] 3/15
Douglas [3] 2/14 3/7 4/10
draft [1] 3/6
driven [1] 7/19

**E**
EA [2] 3/13 5/1
earlier [1] 5/20
earliest [1] 6/4
early [3] 5/20 6/4 6/15
easy [1] 6/18
effect [2] 5/24 6/2
either [1] 9/9
else [1] 9/10
employed [1] 10/8
end [1] 8/19
enjoin [1] 9/5
entertain [1] 7/9
Environment [1] 1/17
environmental [9] 3/6 4/13 4/14 4/24 5/5 5/8 5/9 7/11 7/20
Esquire [4] 1/13 1/13 1/15 1/16
et [7] 1/3 1/6 2/2 6/22 6/22 6/23 6/23
even [2] 8/23 9/5
every [1] 8/20
everybody [3] 2/5 9/6 9/12
exactly [1] 5/18
explore [1] 8/15
explored [1] 8/9
expressing [1] 8/15

**F**
fact [2] 4/22 6/1
February [1] 3/3
Federal [1] 4/17
feel [1] 5/14
figure [1] 9/9
file [3] 2/19 2/20 9/7
filed [4] 3/5 4/5 6/21 8/23
finalized [3] 3/9 4/7 4/8
financially [1] 10/10
first [1] 5/11
FLOOM [2] 1/15 2/4
flux [1] 4/3
force [2] 5/24 6/2
foregoing [1] 10/2
Forgive [1] 7/7
found [1] 3/20
Friday [1] 3/9
full [2] 5/24 6/2
further [4] 3/14 8/15 10/7 10/9

**G**
gather [1] 3/7
gathered [1] 2/13
gathering [2] 4/20 4/22
George [1] 1/14
get [5] 6/13 8/21 9/3 9/7 9/14
gets [2] 5/3 9/6

getting [1] 5/4
give [4] 6/6 6/16 6/16 6/17
given [1] 5/19
go [2] 3/14 8/12
goes [1] 4/17
going [8] 2/18 2/18 2/19 2/20 3/8 6/12 6/14 9/14
gone [2] 9/5 9/5
good [3] 2/5 9/1 9/13
got [1] 2/24
government [1] 7/17

**H**
had [4] 2/23 4/5 4/7 8/8
handling [1] 2/23
happen [1] 5/2
happened [1] 4/8
happening [1] 2/24
hard [1] 6/19
has [4] 5/18 5/22 6/5 7/14
HASEMAN [2] 1/16 2/4
hasn't [1] 8/23
have [19]
having [2] 4/22 4/24
head [1] 9/19
heard [1] 4/2
hearing [2] 3/23 10/9
heavy [1] 9/2
help [3] 3/21 6/13 9/19
helpful [1] 6/12
herd [6] 2/13 3/7 4/2 4/10 4/18 5/11
here [1] 2/16
Honor [18]
Honor's [2] 5/22 8/15
HONORABLE [1] 1/10
hope [1] 9/13
HORSE [1] 1/3
horses [16]
how [4] 2/5 5/1 5/2 8/16
HURWITT [2] 1/13 2/3

**I**
I'll [1] 9/8
I'm [3] 7/5 7/5 8/2
idea [1] 8/13
impact [1] 4/22
impacts [2] 4/14 4/24
INC [2] 1/3 2/2
indicated [1] 2/10
information [1] 9/18
instead [1] 7/25
interested [1] 10/10
is [37]
issue [7] 2/14 4/1 4/15 4/19 5/1 5/10 8/9
issued [1] 4/25
issues [5] 3/24 5/6 5/7 5/14 5/23
it [23]
it's [5] 5/7 6/18 6/19 7/19 8/4

**J**
JACOB [2] 1/16 2/4
JUDGE [2] 1/11 8/20
judgment [3] 2/20 2/21 6/21
July [3] 3/10 6/22 6/23

July 16th [1] 6/22
July 30th [1] 6/23
June [1] 6/21
June 18th [1] 6/21
just [5] 2/25 5/1 7/2 7/10 9/6
Justice [1] 1/16

**K**
KEMPTHORNE [2] 1/6 2/2
kind [1] 7/24
know [4] 2/8 5/17 7/13 8/5
knowledge [1] 2/12
KRISTEN [2] 1/15 2/4

**L**
land [2] 4/17 5/13
last [2] 3/5 4/8
later [2] 6/21 7/9
Laurel [1] 1/14
Lawyers [1] 6/16
left [2] 5/9 8/1
legal [3] 4/1 5/6 5/14
lets [2] 6/8 6/11
like [1] 9/2
lined [1] 8/11
location [1] 2/9
look [1] 8/16
lost [2] 2/24 5/10

**M**
machine [1] 1/24
made [4] 4/9 5/25 7/10 7/14
main [1] 5/10
Management [1] 4/17
MARA [2] 1/13 2/3
March [1] 8/21
matter [2] 5/4 10/6
may [3] 4/2 8/5 8/16
maybe [3] 2/25 3/21 8/17
MD [1] 1/14
me [14]
mean [2] 5/8 9/2
meaning [1] 4/11
means [1] 5/24
meeting [1] 2/24
midst [1] 3/17
might [1] 3/23
mind [1] 6/13
month [3] 8/20 8/25 9/1
more [1] 8/16
morning [1] 2/5
most [1] 3/11
motion [5] 2/19 2/20 3/24 6/20 8/23
motions [1] 8/22
moved [2] 2/10 2/13
much [1] 6/16
mutually [1] 3/3
my [7] 2/12 6/13 8/1 8/7 9/14 9/19 10/3

**N**
Natural [1] 1/17
necessarily [1] 4/23
need [1] 3/14
needed [1] 9/19
neither [1] 10/7
NEPA [1] 4/19
never [1] 6/17

## N

new [1] 9/1
next [1] 8/5
nice [1] 9/13
no [8] 1/5 2/12 4/22 4/24
 6/17 6/21 7/13 8/3
None [1] 2/13
not [14]
notes [1] 10/4
notice [2] 6/6 9/8
notify [1] 6/6
now [2] 2/14 7/3
NW [2] 1/17 1/20

## O

occur [2] 5/20 6/3
October [3] 4/8 8/8 8/17
October 1 [1] 8/17
okay [1] 6/12
old [2] 8/22 8/23
once [2] 5/25 9/4
one [7] 4/1 4/11 4/16
 4/21 6/6 7/10 7/24
only [1] 4/19
oOo [1] 9/20
operating [1] 4/4
opportunity [2] 3/16 3/18
order [1] 9/4
other [1] 4/13
otherwise [1] 10/10
our [4] 3/4 5/12 8/8 8/9
out [7] 2/13 4/2 4/10
 4/18 5/11 6/15 9/9
outcome [1] 10/10

## P

pages [1] 10/3
papers [1] 2/10
Pardon [1] 6/10
part [1] 7/19
parties [4] 3/3 3/12 8/13
 10/8
past [1] 8/3
period [1] 8/20
pieces [1] 7/25
pile [1] 8/1
PILGRIM [2] 1/19 10/13
place [1] 5/11
plaintiff [1] 2/3
plaintiff's [2] 6/6 6/23
plaintiffs [9] 1/4 1/13
 2/20 3/1 3/15 3/24 5/4
 6/21 7/21
plan [7] 4/4 4/5 4/9 4/25
 5/13 6/2 6/15
planned [1] 4/7
planning [1] 4/3
point [3] 5/21 5/21 7/10
points [2] 7/4 7/8
Policy [1] 4/17
possibly [1] 8/17
postpone [2] 7/9 8/17
presented [1] 8/2
previously [1] 10/6
Prince [1] 1/14
prior [2] 5/15 6/4
procedural [1] 5/7
proceedings [2] 1/24 10/5
process [1] 4/6
processed [1] 5/2
produced [1] 1/24
promise [1] 9/2
protests [1] 4/5
provide [1] 7/20
provided [1] 10/4
providing [1] 8/10
public [1] 3/8
purpose [2] 3/5 3/10
put [4] 5/23 6/2 9/14
 9/19

## Q

qualify [1] 8/22

## R

race [1] 8/21
range [1] 5/19
read [2] 7/1 7/2
ready [2] 8/11 9/14
really [1] 5/6
recall [1] 3/23
record [3] 2/19 3/5 3/17
recorded [1] 1/24
refer [1] 3/12
related [2] 5/21 10/8
released [1] 3/8
remaining [1] 3/19
removal [5] 5/1 5/16 6/3
 6/7 8/4
remove [4] 4/11 4/18 5/23
 7/12
removing [1] 4/15
reply [2] 6/23 6/24
Reporter [1] 1/19
represented [1] 6/5
representing [1] 6/3
Resources [1] 1/17
response [1] 6/22
reviewing [1] 4/6
right [10] 2/6 2/8 2/15
 3/21 3/25 5/8 6/19 6/24
 7/15 8/24
ripe [1] 5/15
roaming [1] 4/16
Room [1] 1/21
ROSEMARY [1] 1/10
RPR [2] 1/19 10/13
rule [1] 5/15
run [2] 6/8 6/11

## S

said [2] 5/18 5/19
say [3] 6/5 9/14 9/15
schedule [9] 3/4 5/14
 6/20 7/16 7/17 7/19 7/19
 8/4 9/9
seasonal [1] 8/4
second [2] 3/2 5/13
see [2] 9/7 9/13
seemed [1] 2/9
seems [1] 7/23
September [10] 5/20 5/20
 6/4 6/15 8/5 8/12 8/14
 8/19 8/20 8/25
September 1 [2] 8/12 8/14
set [3] 2/6 2/6 7/24
shorthand [1] 1/24
should [5] 5/1 5/2 6/5
 7/2 7/24
sixth [1] 8/20
so [15]
some [1] 9/4
somehow [1] 9/5
something [5] 2/16 8/6
 9/1 9/9 9/15
sometime [1] 8/14
sometimes [1] 5/4
sorry [1] 7/5
sort [3] 2/23 5/3 5/10
specific [1] 3/7
spend [1] 9/1
spring [1] 9/13
spur [1] 8/16
St [1] 1/14
STANLEY [2] 1/13 2/3
stated [1] 10/6
STATES [4] 1/1 1/11 1/19
 10/4
status [2] 1/10 2/9
statutes [1] 4/15
stenographic [1] 10/4
still [3] 2/15 4/5 6/2
stirrups [1] 9/14
Street [1] 1/17
sufficient [2] 3/14 8/18
summary [3] 2/20 2/21
 6/20
supplement [4] 2/19 3/6
 3/10 3/17
sure [2] 3/1 8/2
system [1] 5/3

## T

taken [2] 10/5 10/9
talking [1] 8/5
technical [1] 4/19
tell [1] 2/25
thank [6] 3/22 9/12 9/12
 9/17 9/18 9/18
that [56]
that's [4] 3/10 4/11 5/12
 9/1
their [6] 3/1 3/12 4/8
 5/13 8/10 8/12
them [8] 2/13 3/12 4/22
 5/2 7/3 8/3 8/15 8/16
themselves [1] 6/17
then [8] 2/19 4/19 5/20
 5/20 6/21 6/24 9/3 9/8
theory [1] 8/11
there [5] 2/17 3/14 3/24
 4/4 4/15
there's [3] 2/15 3/6 4/19
these [4] 6/19 7/1 8/12
 9/15
they [18]
they'll [1] 5/2
they're [3] 2/10 5/5 9/5
they've [2] 5/19 5/25
things [1] 8/21
think [4] 2/5 4/23 4/25
 9/2
thinks [1] 8/18
third [1] 8/12
this [24]
those [1] 4/6
through [1] 5/14
time [15]
together [1] 9/19
too [1] 3/21
transcript [3] 1/10 1/24
 10/3

### T

transcription [1]   1/24
TRO [3]   3/24 6/9 6/11
true [2]   2/11 10/2
try [1]   7/24
two [4]   3/24 4/15 7/4 7/8

### U

U.S [1]   1/16
understand [1]   7/6
understanding [1]   8/7
unfortunately [1]   8/19
UNITED [4]   1/1 1/11 1/19 10/4
until [4]   3/9 7/9 8/5 8/17
up [4]   5/22 7/24 8/11 9/6
us [1]   6/8
use [1]   5/13
usually [1]   8/25

### V

VALERIE [2]   1/13 2/3
versus [1]   2/2
very [2]   6/12 8/2

### W

waiting [1]   8/5
want [3]   7/1 7/21 9/15
wanted [6]   2/8 3/16 3/17 5/22 7/10 7/20
was [8]   2/9 2/24 3/5 4/4 4/5 9/13 9/14 10/9
Washington [3]   1/6 1/18 1/21
way [2]   4/21 6/20
we [21]
we'll [1]   9/9
we're [2]   6/12 6/14
Wednesday [1]   1/6
week [2]   3/5 6/6
well [4]   7/18 8/2 9/6 9/12
were [3]   4/3 4/3 8/9
West [3]   2/14 3/7 4/10
what [11]
what's [1]   5/24
whatever [1]   9/8
when [1]   5/23
where [1]   2/25
whether [3]   4/1 5/11 7/12
which [13]
while [1]   6/3
who [1]   8/11
why [4]   3/16 3/17 5/12 9/7
wild [5]   1/3 2/1 2/9 4/16 9/15
will [16]
willingness [2]   7/9 9/8
wise [1]   7/16
within [1]   9/9
won't [3]   3/9 3/14 9/15
work [5]   6/17 6/18 6/18 8/13 9/9
would [9]   3/15 3/18 7/8 7/21 8/13 8/22 9/3 9/3 9/5
write [1]   6/19

### Y

year [1]   4/8
Yes [5]   2/7 2/17 2/22 6/25 9/11
yet [3]   2/13 4/7 8/23
you [20]
you're [4]   2/18 2/18 2/19 5/9
you've [1]   5/10
your [23]

### Z

zero [5]   4/2 4/10 4/18 5/11 6/15