UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COLORADO WILD HORSE**<br>**AND BURRO COALITION, INC.**<br><u>et al.</u>,<br><br>            **Plaintiffs,**<br><br>v.<br><br>**DIRK KEMPTHORNE,**<br><u>et al.</u>,<br><br>            **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-1609 (RMC)<br>)<br>)<br>)<br>)<br>) |

### **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Leave to File a Surreply to Defendants' Reply in Support of Defendants' Cross-Motion for Summary Judgment, it is hereby this _____ day of _____, 2008,

**ORDERED** that Plaintiffs' motion is granted.

**SO ORDERED.**

_____
Rosemary M. Collyer
United States District Judge