UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE<br>AND BURRO COALITION, INC.<br><u>et al.</u>,<br><br>      Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE,<br><u>et al.</u>,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-1609 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE THE APPENDIX**

Plaintiffs hereby respectfully move this Honorable Court for a brief, additional period of time in which to file the Appendix of the Administrative Record in this case. Pursuant to Local Rule 7(n), the Appendix is due to be filed tomorrow, August 27, 2008, which, under the Federal Rules of Civil Procedure, would be 10 days from the date of Defendants' Reply in Support of Cross-Motion for Summary Judgment, the final memorandum on this motion. Plaintiffs have been aware of this requirement but also conferred and determined that it was necessary to seek leave to file a surreply to Defendants' Reply Memorandum.

Concurrently with the filing of this motion, Plaintiffs have moved this Court for leave to file a short surreply and have submitted that surreply as an attachment to that motion. If the Court permits Plaintiffs to file their surreply, it will be the final memorandum on the cross-motions for summary judgment. Plaintiffs therefore move this

1

Honorable Court for a period of five (5) days from this Court's ruling on the Motion for Leave to file a surreply or from the filing of the surreply in which to file the Appendix.

Counsel for Defendants have represented that they do not oppose this motion.

Dated this 26th day of August, 2008.

Respectfully submitted,

/s/ Valerie J. Stanley
Valerie J. Stanley
D.C. Bar No. 384882
329 Prince George Street
Laurel, MD 20707
(301) 549-3126
(301) 549-3228 fax

/s/ Mara C. Hurwitt
Mara C. Hurwitt
D.C. Bar No. 482409
Dewey & LeBoeuf LLP
1101 New York Ave. N.W.
Suite 1100
Washington, D.C. 20005-4213
(202) 346-8094
(202) 956-3280 fax

Counsel for Plaintiffs
