**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **COLORADO WILD HORSE** | ) |
| **AND BURRO COALITION, INC.** | ) |
| <u>et al.</u>, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )  **Civil Action No. 06-1609 (RMC)** |
| | ) |
| **DIRK KEMPTHORNE,** | ) |
| <u>et al.</u>, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Extension of Time in Which to File

the Appendix, it is hereby this _____ day of _____, 2008,

**ORDERED** that Plaintiffs' motion is granted.

**SO ORDERED.**

_____
Rosemary M. Collyer
United States District Judge