UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>　　　　Defendants. | Civ. No. 06-1609 RMC<br><br>**DEFENDANTS' NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY** |

　　　　Defendants hereby inform the Court that they do not oppose Plaintiffs' Motion for Leave to File A Surreply, Dkt. No. 81 (August 26, 2008). Defendants do not intend to file a separate response to Plaintiffs' Surreply in Response to Defendants' Reply in Support of Defendants' Cross-Motion for Summary Judgment, Dkt. No. 81-2 (August 26, 2008) ("Pl. Surreply"), but respond here to an issue raised for the first time therein: Plaintiffs' reservation of its "right to challenge the Gather Plan EA directly in a motion for a temporary restraining order. . . ." Id. at 4.

　　　　Plaintiffs argue that the July 14, 2008 Environmental Assessment and Gather Plan ("2008 EA") is not relevant to their claims in this action. See, e.g., Id. at 4 (arguing that "the methods with which the Gather Plan EA is concerned are not, in and of themselves, directly relevant to the issues before this Court on the parties' cross-motions for summary judgment"). Nor have Plaintiffs taken the opportunity to raise any claims related to the 2008 EA in their surreply, filed nearly six weeks after Defendants filed the 2008 EA with the Court. See Dkt. No 71-2 (July 16, 2008). However, Plaintiffs indicate that they may challenge the 2008 EA through a motion for a temporary restraining order "if the issue concerning the legality of [the West Douglas] removal has not been resolved." Pl.

Surreply at 5. Plaintiffs should not be permitted to have it both ways, claiming that the 2008 EA is irrelevant and refusing to raise any claims regarding the document in a timely manner, then forcing the Court to consider such claims one month from now on an emergency basis, contrary to the Court's stated preference for litigating Plaintiffs' claims "one time around instead of in pieces." See Dkt. No. 81-3, at 7:23-25 (Transcript of April 23, 2008 Status Conference).

Respectfully submitted this 2nd day of September, 2008.

RONALD J. TENPAS,
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

JEAN E. WILLIAMS, Chief
Wildlife and Marine Resources Section

CHARLES FINDLAY, Assistant Chief
RUTH ANN STOREY, Trial Attorney
Natural Resources Section
601 D Street, N.W.
Washington, D.C. 20004
Telephone: (202) 305-0493
Ruth.Ann.Storey@usdoj.gov

/s/ Kristen Byrnes Floom
KRISTEN BYRNES FLOOM
Trial Attorney (DC Bar No. 469615)
Wildlife and Marine Resources Section
601 D Street, N.W.
Washington, D.C. 20004
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

Attorneys for Defendants