RONALD J. TENPAS,
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

CHARLES FINDLAY, Assistant Chief
RUTH ANN STOREY, Trial Attorney
Natural Resources Section
601 D Street, N.W.
Washington, D.C. 20004
Telephone: (202) 305-0493
Facsimile: (202) 305-0506
Ruth.Ann.Storey@usdoj.gov

JEAN E. WILLIAMS, Chief
Wildlife and Marine Resources Section
KRISTEN BYRNES FLOOM
Trial Attorney (DC Bar No. 469615)
Wildlife & Marine Resources Section
601 D Street, N.W.
Washington, D.C. 20004
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COLORADO WILD HORSE AND BURRO COALITION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, et al., <br><br> Defendants. | Civ. No. 06-1609 RMC <br><br> **SUBSTITUTION OF COUNSEL** |

PLEASE TAKE NOTICE that Ruth Ann Storey, Trial Attorney for the U.S. Department

of Justice, has replaced Jacob Haseman as counsel for the Defendants. Mail delivered through

the U.S. Postal Service should be addressed to:

    Ruth Ann Storey
    Trial Attorney
    U.S. Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C. 20044-0663.

    Mail delivered by Federal Express, United Parcel Service, or special messenger should be addressed to:

    Ruth Ann Storey
    Trial Attorney
    U.S. Department of Justice
    Environment and Natural Resources Division
    Natural Resources Section
    601 D Street, N.W.
    Washington, D.C. 20004.

    Ms. Storey's telephone number is (202) 305-0493 and her fax number is (202) 305-0506.

    Electronic mail should be addressed to ruth.ann.storey@usdoj.gov.

Dated: September 5, 2008            Respectfully submitted,

                                      RONALD J. TENPAS,
                                      Assistant Attorney General
                                      U.S. Department of Justice
                                      Environment & Natural Resources Division

                                      CHARLES FINDLAY, Assistant Chief

                                      /s/ Ruth Ann Storey
                                      Ruth Ann Storey, Trial Attorney
                                      Natural Resources Section
                                      601 D Street, N.W.
                                      Washington, D.C.  20004
                                      Telephone: (202) 305-0493
                                      Ruth.Ann.Storey@usdoj.gov

JEAN E. WILLIAMS, Chief
Wildlife and Marine Resources Section
KRISTEN BYRNES FLOOM
Trial Attorney (DC Bar No. 469615)
Wildlife and Marine Resources Section
601 D Street, N.W.
Washington, D.C.  20004
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

*Attorneys for Defendants*

OF COUNSEL:
Andrea Gelfuso
Office of the Solicitor
Rocky Mountain Region
U.S. Department of the Interior
755 Parfet Street, Suite 151
Lakewood, CO 80215