UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
_____

| | |
|---|---|
| COLORADO WILD HORSE ) | |
| AND BURRO COALITION, INC. ) | |
| <u>et al.</u>, ) | |
| ) | |
|       Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1609 (RMC) |
| ) | |
| DIRK KEMPTHORNE, ) | |
| <u>et al.</u>, ) | |
| ) | |
|       Defendants. ) | |
| _____ ) | |

**PLAINTIFFS' NOTICE OF FILING APPENDIX OF
<u>ADMINISTRATIVE RECORD</u>**

Pursuant to Local Rule 7(n), Plaintiffs are submitting herewith the Appendix of the Administrative Record filed in this case. By Minute Order dated August 27, 2008, this Court granted Plaintiffs' Motion for Extension of Time in Which to File the Appendix and directed Plaintiffs to "file the Appendix no later than five (5) days after the filing of the surreply, if the Court grants the motion for leave to file a surreply." On September 3, 2008, this Court granted Plaintiffs' Motion for Leave to File a Surrreply. Plaintiffs' Surreply (Doc. No. 84) was filed on September 3, 2008.

Pursuant to Local Rule 5.4e(1), the Appendix cannot be filed electronically. Therefore, copies of the Appendix are being hand delivered to the Court. An electronic

2

copy of the Appendix will be served upon counsel. In addition, an electronic copy is being submitted along with the paper copy Appendix.

Dated this 10th day of September, 2008.

                                        Respectfully submitted,
                                        /s/ Valerie J. Stanley
                                        Valerie J. Stanley
                                        D.C. Bar No. 384882
                                        329 Prince George Street
                                        Laurel, MD 20707
                                        (301) 549-3126
                                        (301) 549-3228 fax

                                        /s/ Mara C. Hurwitt
                                        Mara C. Hurwitt
                                        D.C. Bar No. 482409
                                        Dewey & LeBoeuf LLP
                                        1101 New York Ave. N.W.
                                        Suite 1100
                                        Washington, D.C. 20005-4213
                                        (202) 346-8094
                                        (202) 956-3280 fax

                                        Counsel for Plaintiffs